AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court    For the District of New Jersey    on the following

☐ Trademarks or ☒ Patents.  (☐the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:24-cv-09729-RMB | DATE FILED<br>October 10, 2024 | U.S. DISTRICT COURT<br>For The District of New Jersey | |
|---|---|---|---|
| PLAINTIFF<br><br>NOVO NORDISK INC. and<br>NOVO NORDISK A/S | | DEFENDANT<br><br>APOTEX INC. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1. 8,129,343 | 03/06/2012 | NOVO NORDISK A/S | |
| 2. 9,278,123 | 03/08/2016 | NOVO NORDISK A/S | |
| 3. 10,086,047 | 10/02/2018 | NOVO NORDISK A/S | |
| 4. 10,278,923 | 05/07/2019 | NOVO NORDISK A/S | |
| 5. 10,933,120 | 03/02/2021 | NOVO NORDISK A/S | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>December 11, 2024 | INCLUDED BY<br>☒ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1. 8,536,122 | 09/17/2013 | NOVO NORDISK A/S |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

**ADDENDUM TO AO 120 (ADDITIONAL PATENTS)**

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| | | For The District of New Jersey |

| PLAINTIFF | DEFENDANT |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S | APOTEX INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 10,960,052 | 03/30/2021 | NOVO NORDISK A/S |
| 7 | 11,382,957 | 07/12/2022 | NOVO NORDISK A/S |
| 8 | 11,759,501 | 09/19/2023 | NOVO NORDISK A/S |
| 9 | 11,759,502 | 09/19/2023 | NOVO NORDISK A/S |
| 10 | 11,759,503 | 09/19/2023 | NOVO NORDISK A/S |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |