**WALSH PIZZI O'REILLY FALANGA**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

July 9, 2025

**VIA ECF**
Hon. Renée Marie Bumb, Chief Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    *Novo Nordisk Inc., et al v. Apotex Inc.*
            **Civil Action No. 1:24-cv-09729 (RMB) (AMD)**

Dear Chief Judge Bumb:

    This firm, together with Groombridge, Wu, Baughman & Stone LLP, represents Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Plaintiffs") in the above-referenced action.

    We write on behalf of the parties to respectfully request a one-week extension of the July 9, 2025 deadline for the parties to file their Joint Claim Construction and Prehearing Statement. *See* ECF No. 29 (Scheduling Order). Specifically, the parties request the deadline be extended through and including July 16, 2025 to give the parties additional time to meet and confer and narrow the number of claim construction disputes to be brought before the Court.

    If the requested extension is acceptable to Your Honor, we respectfully request this letter be "So Ordered" and entered on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

                                    Respectfully submitted,

                                    */s/Liza M. Walsh*
                                  Liza M. Walsh

cc:    All Counsel of Record (via ECF and Email)

SO ORDERED:

_____
Hon. Renée Marie Bumb, Chief Judge