**WALSH**
PIZZI
O'REILLY
FALANGA

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

July 16, 2025

<u>**VIA ECF**</u>
Hon. Renée Marie Bumb, Chief Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  Re: *Novo Nordisk Inc., et al v. Apotex Inc.*
    Civil Action No. 1:24-cv-09729 (RMB) (AMD)

Dear Chief Judge Bumb:

  This firm, together with Groombridge, Wu, Baughman & Stone LLP, represents Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S in the above-referenced action.

  On behalf of all parties, enclosed please find the parties' Joint Claim Construction and Prehearing Statement pursuant to Local Patent Rule 4.3.

  As always, we thank the Court for its attention to this matter, and are available should Your Honor or Your Honor's staff have any questions regarding the within.

            Respectfully submitted,

            */s/ Liza M. Walsh*

            Liza M. Walsh

Encl.
cc: All Counsel of Record (via ECF and Email)