

Rebekah R. Conroy
rconroy@stoneconroy.com

August 7, 2025

**Via ECF**
Honorable Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

    *Re:*   *Novo Nordisk Inc. et al. v. Apotex Inc.*
           *Case No. 24-cv-9729 (RMB)(AMD)*

Dear Judge Donio:

    This office, along with RMMS LLP, represents defendant Apotex Inc. ("Apotex") in this matter. In light of the parties' joint submission regarding the parties' claim construction submissions (Doc. No. 69), we write with the consent of all parties to respectfully request a one-week adjournment of the parties' deadlines under the Scheduling Order (Doc. No. 29) to file their Opening Claim Construction Submissions (from August 21, 2025 to August 28, 2025) and to complete discovery from experts who submit declaration in support of a party's opening Markman brief (from September 24, 2025 to October 1, 2025).

    We appreciate Your Honor's consideration of this matter.

                          Respectfully submitted,

                          */s/ Rebekah R. Conroy*
                          Rebekah R. Conroy
                          STONE CONROY

RRC/br
cc: All counsel via ECF