UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                      Proceeding Date: August 29, 2025

**JUDGE ANN MARIE DONIO**

Court Reporter:  Court Conference Line

**TITLE OF CASE:**                              DOCKET NO.  24cv9729(RMB/AMD)
 **Novo Nordisk Inc., et al**
 v.
 **Apotex, Inc.**

 **APPEARANCES:**
 Lauren Malakoff, Esq., Liza Walsh, Esq., Jenny Wu, Esq., and Alyssa Ertel, Esq. for plaintiffs
 Rebekah Conroy, Esq., Joseph Jaros, Esq., Conly Wythers, Esq., and Katie Boda, Esq. for defendant

 **NATURE OF PROCEEDINGS:**    Telephonic Discovery and Status Conference

**DISPOSITION:**
Telephonic Discovery and Status Conference held on the record
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 10:03 a.m.    Time Adjourned: 10:43 a.m.    Total time:  40 mins.