IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S,<br><br>        Plaintiffs,<br><br>  v.<br><br>APOTEX INC.,<br><br>        Defendant. | Civil No. 24-9729 (RMB/AMD) |

**ORDER**

This Order confirms the directives given to counsel during the telephonic conference held on the record on August 29, 2025, with all appearances as noted on the record; and good cause appearing for the entry of the within Order:

IT IS on this **2nd** day of **September 2025**, hereby **ORDERED**:

1. Expert declarations and expert discovery in connection with claim construction shall be submitted as set forth on the record on August 29, 2025.

2. The parties shall meet and confer on a schedule consistent with the Court's ruling on August 29, 2025 for the submission of expert declarations, rebuttal declarations, expert depositions and the filing of claim construction briefs and submit such proposed schedule to the Court **by no later than September 3, 2025.**

                                          s/ Ann Marie Donio
                                          ANN MARIE DONIO
                                          UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb,
    Chief Judge