**WALSH**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

September 3, 2025

**VIA ECF**
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   Re: *Novo Nordisk Inc., et al v. Apotex Inc.*
     Civil Action No. 1:24-cv-09729 (RMB) (AMD)

Dear Judge Donio:

  This firm, together with Groombridge, Wu, Baughman & Stone LLP, represents Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Plaintiffs") in the above-referenced action.

  Pursuant to the Court's September 2, 2025 Order (ECF No. 73), the parties have conferred and agreed upon the following schedule related to expert declarations and claim construction briefing:

1. Opening Expert Declarations – Due Friday, September 19, 2025
2. Responsive Expert Declarations – Due Friday, October 3, 2025
3. Close of Expert Depositions – Friday, October 17, 2025
4. Opening Claim Construction Briefs – Due Friday, November 7, 2025
5. Responsive Claim Construction Briefs – Due Friday, December 5, 2025
6. Joint Proposed Schedule for Claim Construction Hearing – Due Friday, December 19, 2025

  Should the above schedule meet with Your Honor's approval, we respectfully request Your Honor "So Order" it and enter it on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

              Respectfully submitted,

              */s/ Liza M. Walsh*

              Liza M. Walsh

cc:   All Counsel of Record (via ECF)

SO ORDERED:

_____  9/4/2025
Hon. Ann Marie Donio, U.S.M.J.