

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

**September 19, 2025**

<u>**VIA ECF**</u>
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    *Novo Nordisk Inc., et al v. Apotex Inc.*
            Civil Action No. 1:24-cv-09729 (RMB) (AMD)

Dear Judge Donio:

    This firm, together with Groombridge, Wu, Baughman & Stone LLP, represents Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Plaintiffs") in the above-referenced action.

    On behalf of the parties, we respectfully submit the proposed amended schedule set forth below, which has been agreed to by all the parties. The proposed extension of fact discovery and the dates that follow are made in view of the parties' continuing negotiations regarding Apotex's production of samples for testing.

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Opening Expert Declarations | September 19, 2025 ||
| Responsive Expert Declarations | October 3, 2025 ||
| Deadline to complete discovery relating to claim construction (L. Pat. R. 4.4) | October 17, 2025 ||
| Opening Claim Construction Briefs (L. Pat. R. 4.5(a)) | November 7, 2025 ||
| Document Production Substantially Complete | September 16, 2025 | November 14, 2025 |
| Responsive Claim Construction Briefs (L. Pat. R. 4.5(c)) | December 5, 2025 ||
| Joint Proposed Schedule for Claim Construction Hearing (L. Pat. R. 4.6) | December 19, 2025 ||

| | | |
|---|---|---|
| Claim Construction Hearing | November 2025 (Subject to the Court's availability) | January 2026 (Subject to the Court's availability) |
| Deadline to Amend Pleadings/Add Parties(L. R. 16.1(b)(1)(A)) | November 13, 2025 | January 16, 2026 |
| Close of Fact Discovery (L. R. 16.1(b)(1)(C)) | December 19, 2025 | February 20, 2026 |
| Opening Expert Reports on Issues for Which a Party Bears the Initial Burden of Proof | 45 days after the deadline for Opening Expert Reports | April 24, 2026 |
| Responsive Expert Reports (including Novo's Expert Reports on Objective Indicia of Non-Obviousness) | 45 days after the deadline for Opening Expert Reports | June 9, 2026 |
| Reply Expert Reports (Including Responsive Expert Reports on Objective Indicia of Non-Obviousness) | 20 days after the deadline for Responsive Expert Reports | June 30, 2026 |
| Close of Expert Discovery | 30 days after the deadline for Reply Expert Reports, without prejudice to any party's right to seek additional time | August 7, 2026 |
| Parties Meet and Confer Regarding Pretrial Exchange Schedule | 7 days after Close of Expert Discovery | August 14, 2026 |
| Status Conference | June 2026 (Subject to the Court's availability) | August 2026 (Subject to the Court's availability) |
| Submission of Joint Pretrial Order | August 13, 2026 | October 16, 2026 |
| Expiration of 30 Month Stay | March 1, 2027 | |

    If the proposed schedule is acceptable to the Court, the parties respectfully request Your Honor "So Order" this letter and place it on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

        Respectfully submitted,

        */s/ Liza M. Walsh*

        Liza M. Walsh

cc:    All Counsel of Record (via ECF and Email)

SO ORDERED:

_____  September 22, 2025
Hon. Ann Marie Donio, U.S.M.J.