Rebekah R. Conroy
**STONE CONROY LLC**
25A Hanover Road, Suite 301
Florham Park, NJ 07932
rconroy@stoneconroy.com
(973) 400-4181

*Of Counsel*
William A. Rakoczy (wrakoczy@rmmslegal.com)
Joseph T. Jaros (jjaros@rmmslegal.com)
Katie A. Boda (kboda@rmmslegal.com)
Conly S. Wythers (cwythers@rmmslegal.com)
Steven J. Birkos (sbirkos@rmmslegal.com)
Alejandro Hernandez (ahernandez@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Apotex Inc.*

<div align="center">

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S, | |
| *Plaintiffs,* | Civil Action No. 24-cv-09729-RMB-AMD |
| v. | |
| APOTEX INC., | |
| *Defendant.* | |

<div align="center">

**DECLARATION OF CONLY S. WYTHERS IN SUPPORT OF**
**APOTEX'S DECLARATION OF GRAHAM BUCKTON, PH.D.**

</div>

I, Conly S. Wythers, hereby declare as follows:

1.    I am an attorney at Rakoczy Molino Mazzochi Siwik LLP, counsel for Defendant Apotex Inc. ("Apotex").

2. I am fully familiar with the matters set forth herein and submit this declaration in support of Apotex's Declaration of Graham Buckton, Ph.D.

3. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 10,933,120 ("120 patent") bearing Bates numbers NNI-RYBEL49336 - NNI-RYBEL49365.[1]

4. Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Patent No. 11,759,501 ("501 patent") bearing Bates numbers NNI-RYBEL49079 - NNI-RYBEL49111.

5. Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent No. 11,759,502 ("502 patent") bearing Bates numbers NNI-RYBEL49112 - NNI-RYBEL49143.

6. Attached hereto as **Exhibit 4** is a true and correct copy of U.S. Patent No. 11,759,503 ("503 patent") bearing Bates numbers NNI-RYBEL49144 - NNI-RYBEL49175.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Daniel Barrera-Medrano et al., *Granule Structure*, *in* HANDBOOK OF POWER TECHNOLOGY 1189 (J.C. Williams & T. Allen eds., 2007) bearing Bates numbers APOSEM85925 - APOSEM85950.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of HANDBOOK OF PHARMACEUTICAL GRANULATION TECHNOLOGY (Dilip M. Parikh ed., 2d ed. 2005) bearing Bates numbers APOSEM85720 - APOSEM85842.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of HANDBOOK OF PHARMACEUTICAL GRANULATION TECHNOLOGY (Dilip M. Parikh ed., 3d ed. 2010) bearing Bates numbers APOSEM85586 - APOSEM85689.

[1] Throughout this document, leading zeros from Bates-numbered document ranges have been omitted.

10.    Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of PHARMACEUTICS: THE SCIENCE OF DOSAGE FORM DESIGN (M. E. Aulton ed., 2d ed. 2002) bearing Bates numbers APOSEM85951 - APOSEM86029.

11.    Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of PHARMACEUTICAL PREFORMULATION AND FORMULATION: A PRACTICAL GUIDE FROM CANDIDATE DRUG SELECTION TO COMMERCIAL DOSAGE FORM (Mark Gibson ed. 2004) bearing Bates numbers APOSEM85843 - APOSEM85924.

12.    Attached hereto as **Exhibit 10** is a true and correct copy of 120 patent, 501 patent, 502 patent, and 503 patent claims, to which highlighting has been added.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of Apotex's summary of the file history of U.S. Patent Application No. 14/386,589.

14.    Attached hereto as **Exhibit 12** is a true and correct copy of Apotex's summary of the file history of U.S. Patent Application No. 17/157,363.

15.    Attached hereto as **Exhibit 13** is a true and correct copy of Apotex's summary of the file history of U.S. Patent Application No. 17/719,610.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of Apotex's summary of the file history of U.S. Patent Application No. 17/719,629.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of U.S. Patent No. 9,278,123 bearing Bates numbers NNI-RYBEL49320 - NNI-RYBEL49335.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of Valentyn Mohylyuk, *Effect of Roll Compaction Pressure on the Properties of High Drug-Loaded Piracetam Granules and Tablets*, 48(9) DRUG DEVELOPMENT AND INDUSTRIAL PHARMACY 425 (2022) bearing Bates numbers APOSEM148985 - APOSEM148998.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct.  Executed on this 19th day of September, 2025.

_____

Conly S. Wythers, Esq.