# Exhibit 5

# HANDBOOK OF POWDER TECHNOLOGY

**Advisory Editors**
**J.C. WILLIAMS**
*School of Powder Technology, University of Bradford, Bradford, West Yorkshire, England*
**and T. ALLEN**
*Senior Consultant, E.I. DuPont de Nemours & Co., Inc., Newark, Delaware, U.S.A.*

The Handbook presents, in convenient form, existing knowledge in all specialized areas of Powder Technology.

Information that can be used for the design of industrial processes involving the production, handling and processing of particulate materials so far did not exist in a form which it is readily accessible to design engineers. Scientists responsible for characterizing particulate materials, specifying the requirements of industrial processes, operating plants, or setting up quality-control tests all have similar problems in their fact-finding missions through the scattered and scanty literature. The aim of this handbook is to remedy this deficiency by providing a series of thematic volumes on various aspects of powder technology

**Vol. 1.** **Particle Size Enlargements** (C.E. Capes)
**Vol. 2.** **Fundamentals of Gas-Particle Flow** (G. Rudinger)
**Vol. 3.** **Solid-Gas Separation** (L. Svarovsky)
**Vol. 4.** **Dust Explosions** (P. Field)
**Vol. 5.** **Solid Liquid Separation Processes and Technology** (L. Svarovsky)
**Vol. 6.** **The Packing of Particles** (D.J. Cumberland and R.J. Crawford)
**Vol. 7.** **Dispersing Powders in Liquids** (R.D. Nelson)
**Vol. 8.** **Gas Fluidization** (M.Pell)
**Vol. 9.** **Powder Technology and Pharmaceutical Processes** (D. Chulia, M. Deleuil and Y. Pourcelot, Eds)
**Vol. 10.** **Handbook of Conveying and Handling of Particulate Solids** (A. Levy and H. Kalman)
**Vol. 11.** **Granulation** (A.D. Salman, M.J. Hounslow and J.P.K. Seville)

Elsevier
Radarweg 29, PO Box 211, 1000 AE Amsterdam, The Netherlands
The Boulevard, Langford Lane, Kidlington, Oxford OX5 1GB, UK

First edition 2007

Copyright © 2007 Elsevier B.V. All rights reserved

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means electronic, mechanical, photocopying, recording or otherwise without the prior written permission of the Publisher

Permissions may be sought directly from Elsevier's Science & Technology Rights Department in Oxford, UK: phone (+44) (0) 1865 843830; fax (+44) (0) 1865 853333; email: permissions@elsevier.com. Alternatively, you can submit your request online by visiting the Elsevier web site at http://elsevier.com/locate/permissions, and selecting *Obtaining permission to use Elsevier material*

Notice
No responsibility is assumed by the publisher for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products, instructions or ideas contained in the material herein. Because of rapid advances in the medical sciences, in particular, independent verification of diagnoses and drug dosages should be made

**Library of Congress Cataloging in Publication Data**
A catalogue record for this book is available from the Library of Congress

**British Library Cataloguing in Publication Data**
A catalogue record for this book is available from the British Library

ISBN-13: 978-0-444-51871-2
ISBN-10: 0-444-51871-1
ISSN: 0167-3785

For information on all Elsevier publications visit our website at books.elsevier.com

Printed and bound in The Netherlands

07 08 09 10 11 10 9 8 7 6 5 4 3 2 1

Working together to grow libraries in developing countries
www.elsevier.com | www.bookaid.org | www.sabre.org
ELSEVIER BOOK AID International Sabre Foundation

CHAPTER 25

# Granule Structure

Daniel Barrera-Medrano,* Agba D. Salman, Gavin K. Reynolds and Michael J. Hounslow

*Particle Products Group, Department of Chemical and Process Engineering, University of Sheffield, Mappin Street, Sheffield S1 3JD, UK*

**Contents**

1. Introduction 1189
2. Importance of granule structure 1190
3. First attempts to look into granule structure 1192
4. Solvent extraction 1193
5. Imaging techniques 1198
   5.1. Quantification of granule structure 1198
   5.2. XRT (X-ray tomography) 1199
      5.2.1. XRT samples of different materials and granulation conditions 1203
      5.2.2. Application of X-ray tomography to the description of single granules: method development 1206
References 1211

## 1. INTRODUCTION

The term structure describes the way a system is internally built-up from its basic components. For agglomerates, structure can then be defined as the spatial arrangement of the basic components of a granule, which are: primary solids, binder and intra-particle porosity.

Scale information should also be given alongside structural information. In this case, macro-structure would refer to the powder bed or the tablet structure, meso-structure to internal agglomerate structure and micro-structure would describe the structure of the basic components. To quantify structure the following must be known [1]:

- Amount of each component: quantified by its phase volume.
- Size of the defined phases, which can be calculated using chord length distributions.
- Distribution of the phases throughout the system, describing the granule homogeneity.

*Corresponding author. E-mail: D.Barrera-Medrano@sheffield.ac.uk

Granulation
*Edited by A.D. Salman, M.J. Hounslow and J.P.K. Seville*
© 2007 Elsevier B.V. All rights reserved

These characteristics can quantify the structure of an isotropic, spatially unlimited structure. They do not account for the granule's shape, outer morphology or radial concentration gradients.

## 2. IMPORTANCE OF GRANULE STRUCTURE

The structure of an agglomerate is a key factor in determining the final properties of the product, whether as independent agglomerates or tablets. It is therefore very important to understand how the structural characteristics of an agglomerate are going to affect its properties as well as how the manufacturing method is going to affect the structure achieved by the agglomerate. This way it would be possible to build links between manufacturing and final product properties that would allow for the structuring of agglomerates from the beginning of their processing in order to obtain a desired product performance. Early work shows how the granulation methods have a direct effect on the properties exhibited by the final product, but does not relate this effect to the granule structure [2].

Knowing how to measure and describe the internal structure of agglomerates would also allow its incorporation into fundamental modelling of granulation [3], allowing the use of structural characteristics in simulation tools, physical models or to predict structure-dependant granule behaviour [1].

Properties of granulated material are determined by its composition, size distribution, shape and internal structure [1]:

- Composition is fixed usually by chemical requirements to achieve certain properties.
- Size distribution is usually chosen to meet criteria such as appearance, de-dusting and bulk density targets.
- Therefore, it is the agglomerate morphology, shape and structure that ultimately determine the properties of the granule.

The granule structure will determine important properties such as the intergranular bonding during compression (important for tabletting), breakage or dissolution rates.

The intergranular bonding behaviour during compression is described in Ref. [4] as are the resulting tablets properties and structure [4,5]. Previous work by Seager *et al.* [6,7] described three types of structure depending on the manufacturing process of the granules (Fig. 1), summarized in Table 1. These models show different types of intergranular bonding during compression of the granules (Fig. 2):

- For pre-compressed granules (roller compacted granule), the binder particles are present as discrete particles within the granules and little intergranular




**Fig. 1.** Structure of granules prepared by different process methods (from Seager [7]). (Reprinted with permission from Wilmington Media.)

**Table 1.** Characteristics of granules prepared by different processes (adapted from Seager [7])

| Granulation process | Granule property | | | |
|---|---|---|---|---|
| | State of binder in granules | Concentration of binder at surface | Bulk density | Main bonding mechanisms |
| Pre-compression | Discrete particles or particle fragments | Very low | High | Particle fusion[a] Particle interlocking[b] Plastic deformation |
| Wet massing | Film matrix | Low | Low | Binder cohesion Interparticulate bonding[c] |
| Spray granulation | Film matrix | Moderate | Moderate | Binder cohesion Interparticulate bonding[c] |
| Spray coating | Surface shell | High | Very high | Binder cohesion Interparticulate bonding[c] |

[a] Cold melting during compression.
[b] Particle fracture during compression.
[c] Precipitation of dissolved drug during compression.

bonding occurs (bonds are only formed between drug crystals), leading to the formation of low-strength tablets.

- The opposite occurs in the case of spray-dried granules. The high concentration of the plastic binder at the surface creates large areas of intergranular binder-to-binder contact, even at low-compaction pressure.
- For wet-massed granules, the granules make contact between binder and binder, binder and crystals and the crystals themselves. The area of intergranular binder bonding is smaller, resulting in tablets weaker than those produced from spray-dried granules.




**Fig. 2.** Internal structure of a typical spray-coated powder (from Seager [7]). (Reprinted with permission from Wilmington Media.)




**Fig. 3.** Schematic representation of granule structure and intergranular bonding during compression (adapted from Rue *et al.* [4]).

- Spray-coated granules are characterized by the presence of a surface layer of binder (Figs. 1 and 3).

More recent work shows the importance of structural characteristics on the properties shown by agglomerates, such as breakage [8,9] or the behaviour of granules under stress [10]. The void fraction, as well as the size and spatial distribution of pores within the granule, is also a key characteristic since the presence of pores has a direct influence on properties such as wet and dry strength, dissolution and disintegration in a liquid medium [11].

## 3. FIRST ATTEMPTS TO LOOK INTO GRANULE STRUCTURE

The first attempts to look inside single agglomerates used an abrasion technique combined with chemical analysis to study the position and concentration of binder

throughout the granules [12]. Granules of magnesium carbonate were created using polyvinylpyrrolidone (PVP) as binding agent using wet massing. They studied the distribution of binder within the granule and its effect on local strength as drying occurred by calculating the radial distribution of binding agent at different stages during the drying process.

In order to do this, they used an attrition method previously described in Refs. [13] and [14] by which the outer layers of the specimens were removed and analysed for PVP content using infrared spectroscopy. The core weight was recorded and the diameter measured. Elastic modulus and hardness measurements were then made, and the process repeated until the core weight was reduced to about 10% of the original weight.

As a result of their work it is found that the granules have two concentric regions with different properties. The hardness was found to increase towards the outer layers of the granule. The Young's modulus of elasticity followed a similar pattern to the hardness, decreasing towards the centre of the granule up to a point where it stayed roughly constant. The amount of PVP was found to be higher in the outer layers of the granules. The extent of these depends on the drying profile that the samples are subjected to.

Non-uniform distribution of binder within agglomerates can be coupled to maldistribution of the active component (when talking about a pharmaceutical composition). Therefore, any attrition during storage or further processing can cause fines with a composition different from the bulk, resulting in lower product quality.

Optical techniques were also developed [15] to determine the distribution of PVP binder in fluidized-bed-dried granules, by labelling the binder with a fluorescent material and assessing its position within the granules by light microscopy. They used fluorescein isothiocyanate (FIC) to label the binder and make it fluoresce under light excitement.

After that a mixture of the labelled PVP and normal PVP was created to achieve suitable fluorescence, and this mixture was then used to granulate powder mixtures in a fluidized-bed. Sample granules were taken and observed using a fluorescence microscope. Sample granules were also embedded in wax and cut into 20 μm thick sections with a microtome. The sections were also inspected with a fluorescence microscope and they report that the distribution of PVP within the granules could be seen perfectly. Unfortunately, no quantitative results are given in their work about how the binder distributes within the agglomerates, only the method is explained.

## 4. SOLVENT EXTRACTION

Seager *et al.* [6] were the first who tried to study the structure of agglomerated material as related to the manufacturing process and final product conditions.

Previous work from the same authors [7] had suggested that properties of granules are governed by the distribution of the binding agent within them, which is in turn determined by the method of manufacture. A solvent extraction method was then developed [6] to study the position of the binder within granules prepared by three different methods (roller compaction, wet massing and spray drying) and relate the product structure with the production process mechanism (Fig. 4).

In order to study the structure by a solvent extraction technique an appropriate combination drug and binder was chosen with different properties of solubility. The system chosen was paracetamol with a hydrolysed gelatine binder. The solvent used consisted of a solution of 60/40 (v/v) chloroform and ethanol. The paracetamol readily dissolves in this mixture and the gelatine binder is not affected. Therefore the paracetamol is dissolved and washed away and the binder is kept intact.

After the extraction process was finished the binder residue was observed using SEM. As expected, different structures are seen for the different manufacturing techniques.

- *Roller compaction* – In the roller-compaction process, the binder was finely divided prior to addition to help the bonding process between it and the paracetamol crystals. Different proportions of binder were tested and in every case the binder was present as discrete particles forming the bonds between




**Fig. 4.** Schematic diagram of the mechanism of the solvent extraction method for binder matrix formation (adapted from Seager *et al.* [6]).

Case 1:24-cv-09729-RMB-EAH Document 83-5 Filed 11/07/25 Page 10 of 27 PageID: 2024



the paracetamol crystals. The binder particles showed different morphologies depending on the operation pressure of the compactor.

- *Wet massing* – In the case of wet-massed granules, the binder was found to be in the form of a solid sponge-like structure holding together the paracetamol crystals. The structure had the same characteristics at different binder levels, except for visible differences in thickness.
- *Spray-drying* – The structure was remarkably different in the case of spray-dried granules. For this manufacturing method the granules consisted of spherical particles composed of an outer shell of binder with an inner core of paracetamol powder. The structure was the same at all binder levels except for the thickness of the outer shell.

Although quite vague, this is the first reference of work trying to relate granule structure with process manufacture, introducing the solvent extraction method [6]. Three different kinds of structure for the different ways of manufacturing the granules were described: wet-massed granules showed the binder distributed throughout the agglomerates in a sponge-like matrix, spray-dried granules showed the binder concentrated as a shell at the surface of a sphere, and pre-compressed granules where the binder was present as discrete particles embedded in the agglomerates which were formed largely from interparticulate bonds between the paracetamol crystals (Fig. 5).

This method leads onto investigations focused on the effect of the structural characteristics of granules on their bonding and tabletting properties [4,5].

The solvent extraction method was also applied to fluidized-bed granules [16]. Two different size ranges from the fluidized-bed granules (250–500 and 500–1000 μm) were analysed to discover that the fluidized-bed granules had a more porous structure than wet-massed ones, resulting from the random nature of the agglomeration/fluidization process and the absence of shear during the fluidization. Individual solid particles or aggregates formed by electrostatic attraction become coated or partially covered with the granulation solution, leaving a layer of sticky binder. Other particles collided with these sticky crystals/agglomerates forming aggregates, that then themselves became coated with further deposits of binder solution and this process continued as the aggregates grew into granules, giving a characteristic open structure.

The solvent extraction technique was also used to dissolve the agglomerates and then describe the structure of the granules in terms of the size distribution of the primary particles left behind [17,18]. Granules were made with calcium carbonate ($CaCO_3$) and silicon carbide (SiC) powder, and distilled water was used as a binder. The structure of the composite granules formed was discussed on the basis of the size distributions of the SiC particles contained in the granule, dividing them into six kinds of structure models, which were affected by the granulation conditions (Figs. 6 and 7).

APOSEM0085933




**Fig. 5.** SEM photographs of the binder extraction methods (adapted from Seager *et al.* [6]): (a) view of wet-massed granules; (b) view of the state of the binder after solvent extraction process; (c) wet-massed granule; (d) wet-massed granule after solvent extraction process; (e) surface appearance of wet-massed granule; (f) surface appearance of wet-massed granule after solvent extraction method.

- The granules were dried for 1 h at 120°C. Different sieve sizes were selected for further studies. To prevent the SiC particles in the granule from being affected by further physical/chemical treatment they were solidified by heating the granules for 1 h at 1000°C. These are named *a-granules*.




**Fig. 6.** Representative projections of five composite granules (a) composed of the binary mixture of $CaCO_3$ and SiC powders and of the SiC agglomerates contained within it (b and c) using image analyser. (Adapted from Sugimoto *et al.* [18].) (Reprinted with permission from Elsevier.)




**Fig. 7.** Estimated composite structure models of a granule. In the models, the white part denotes the $CaCO_3$ component and the black denotes and agglomerate of SiC particles. (Adapted from Sugimoto *et al.* [18].) (Reprinted with permission from Elsevier.)

- To separate the SiC particles from the granule, the $CaCO_3$ was dissolved with a HCl solution. The SiC agglomerates are named *b-agglomerates*.
- Further treatment applied attempted to break up clusters of SiC that had been formed during the treatments by using EDTA···2Na in order to break bonds due to the presence of calcium silicate ($Ca_2SiO_4$) which might be produced by heating the granule composed of SiC and $CaCO_3$. The solution added did not have any effect on agglomerates of pure SiC that had been formed in the granulation process. These SiC agglomerates contained in the *b*-granules are named *c-agglomerates*.

The structure of the binary composite granules made of $CaCO_3$ and SiC powders is discussed in terms of the size distributions of SiC agglomerates

(*c*-agglomerates) contained in the granules. They grouped the structure into three classes (A, B and C) according to the characteristics of the dispersion of SiC agglomerates in a single granule. Each of these groups was further divided into two-subgroups according to the mean diameters of the *a*, *b* and *c*-granules (sizes $D_p$, $d_{pb}$ and $d_{pc}$, respectively).

## 5. IMAGING TECHNIQUES

Following the definition of structure as the spatial arrangement of the basic components of a granule [1], a technique capable of measuring it should give the spatial arrangement inside the granule either in two or three dimensions. Some of the techniques that can provide this kind of information are (from Kohlus [1]):

- SEM (scanning electron microscopy): standard tool to image microstructures. It has a high spatial resolution and good material contrast, therefore allowing the identification of different phases present in a granule. It is only a two-dimensional technique though, and in order to image internal structures they have to be exposed, requiring slicing of the specimen to be analysed. An example of the application of SEM in characterizing agglomerate morphology can be seen in Ref. [19].
- IR (infrared) microscopy: in this case infrared signal can be used for material identification. It presents the same disadvantages as SEM, and its spatial resolution is much lower.
- MRI (magnetic resonance imaging): non-destructive three-dimensional technique. Uses nuclear magnetic resonance properties of the material. High spatial resolution but its success depends on the nature of the specimen to be analysed.
- XRT (X-ray tomography): non-destructive three-dimensional technique. Utilizes the X-ray absorption properties of the material. It has the highest spatial resolution and if the X-ray source is of sufficient quality, the contrast between different materials is sufficient to be able to identify them and analyse the agglomerate structure (Fig. 8).

### 5.1. Quantification of granule structure

A segmentation step is necessary in order to quantify granular structure from images, meaning that each point in the image has to be classified as part of one of the defined phases [1].

In the segmentation process, the main area of uncertainty arises when partial voxeling happens. This effect happens when two or more phases occur in a single voxel. When only one phase is present in a voxel the signal intensity will be characteristic of that phase, but when more than one phase is present the signal



(a) (b)

**Fig. 8.** Comparison of MRI and XRT images of single granules. (a) Cross section through a single granule using MRI, nominal resolution $35 \times 35 \times 50\,\mu m$ (from Sochon [20]); (b) cross section through a single granule using XRT, nominal resolution $4.25 \times 4.25 \times 4.25\,\mu m$.

will be a combination of the contributions of the different phases. The quantitative limitations imposed by the partial voxeling effect have been subject to study in fields like medical imaging, and different approaches have been used in order to quantify and correct for this problem (e.g., [21]). Most research into this topic has been done in the field of medical imaging using MRI as the technique.

A set of five key descriptors in order to quantify granule structure are proposed in [1] using imaging techniques as the basis for this analysis and include the amounts of the phase volumes, their sizes and a homogeneity measurement.

### 5.2. XRT (X-ray tomography)

X-ray tomography was initially developed by Hounsfield and Cormack [22–24]. For developing computer-assisted tomography both Hounsfield and Cormack shared a Nobel Prize for medicine in 1979, a field in which this method was most likely to prove useful.

XRT has been primarily used in medical applications, and further developed and applied in other areas of research, such as geosciences [25,26] or materials sciences [27]. This has been possible due to the fast technical development of its basic components (X-ray source, detector, specimen holder).

The main advantages of XRT over other imaging techniques is that it allows for a non-destructive, three-dimensional evaluation of the internal structure of objects, with a continuously increasing special resolution as its physical components develop (it is claimed that features in the nanometre scale can be resolved).

XRT measures variations in material density generating images of different cutting planes of the material, and three-dimensional maps of density and elemental distributions can be obtained with high resolution and short scanning time. A more detailed description of how the technique works can be obtained in Refs. [28,29,30].

Owing to its origin well outside the powder technology area, its applications are only starting to be explored in this area, but the potential of the technique is immense after the selection of the most appropriate scanning configuration, the use of the most suitable X-ray sources and detectors, selection of an appropriate X-ray energy, possible calibration and minimization of the artefacts created by the technique.

A very interesting application of XRT to particle technology can be seen in Ref. [31]. XRT is used to characterize the internal structure of agglomerates. Two "test" granules were created with two different binders and two different primary powders, by dropping a single droplet of binder onto a bed of powder. XRT showed different structures: loosely packed for non-cohesive powders that let the binder disperse through the powder surrounding the nuclei and densely packed with cohesive powders with which the nuclei contract towards themselves.

Further work was done on the potential of XRT to characterize granular structure that would then be used as an input for DEM modelling to verify and validate existing models [32]. A model granule was created and XRT used to characterize the three-dimensional location of the primary particles and their respective diameters (Figs. 9 and 10). Simulations of a spherical-shaped granule produced within the DEM code were compared to those of the XRT characterized granule, showing different behaviour between the two different agglomerates, due only to structural and shape differences.

XRT has also been used to calculate the total porosity, pore size distribution and geometric structure of pores in pharmaceutical granules and compare the results to data obtained with more conventional methods (mercury porosimetry and gas adsorption) [11]. Results showed that XRT is less precise in the determination of total porosity than the more conventional methods, but on the other hand the main advantage of XRT is that it provides detailed information about the true pore geometry and distribution within the granules in a non-destructive manner. It also accounts for internal occluded pores, although its resolution may not yet resolve narrow pore channels. In this work, the granule is considered as a two-component system: air and solid matter, with no differentiation between binder and primary particles. This way, the images resulting form XRT analysis had to be transformed to binary ones, hence the need to find a threshold value (Fig. 11).

The effect of the amount of binder in the structure and behaviour of granules under stress has also been studied using XRT [10]. For this analysis the cross sections provided by the XRT analysis of the samples had to be transformed into binary images by choosing a threshold value. As before, this transforms the




**Fig. 9.** X-ray microtomographs of model granule. (a) Side view, (b) to (d) cross sections at different heights (from Golchert *et al.* [32]). (Reprinted with permission from Elsevier.)




**Fig. 10.** Model granule. (a) DEM reconstruction based on XRT characterization and (b) original X-ray image of granule (from Golchert *et al.* [32]). (Reprinted with permission from Elsevier.)




**Fig. 11.** Reconstructed cross-section images from XRT analysis of two different granules done under different granulation conditions, showing the difference in structure. (Adapted from Farber *et al.* [11].) (Reprinted with permission from Elsevier.)




(a) (b)

**Fig. 12.** Reconstructed cross-section images from XRT analysis of granules at two different granulation times: (a) 180 s and (b) 900 s (from Bouwman *et al.* [10]). (Reprinted with permission from Elsevier.)




**Fig. 13.** Shadow image (a) of a single granule with three reconstructed slices through it at different cutting planes. The light areas correspond to materials that attenuate X-rays less (white corresponding to the background air), the darker areas correspond to more attenuating materials.

sample in a two-component system: air and solid, without differentiating between solid and binder (Fig. 12).

On a scale bigger than single-granule analysis, XRT has been used in the powder technology area to measure density variations in tablets [33] and on an even bigger scale to characterize powder mixing [34].

As it can be seen, not much work has been done using XRT to resolve the structure of single granules. However, the application of this technique to the powder technology area offers great potential to develop physical insight on the single-granule scale, which would offer a great deal of information about how the agglomeration process works.

Current work using XRT is focused on how different processing conditions affect the structure of agglomerates [35], and different methodologies to extract as much information as possible from XRT analysis on agglomerates are being developed [35] (Figs. 13–15).

With the increasing availability of high-quality X-ray sources (synchrotron radiation) and the development of the physical instruments that compose an XRT scanner (detectors, specimen holders, X-ray sources and computing power) this non-destructive technique has the potential to become an extremely useful tool in power technology, allowing the resolution of each individual phase within a single agglomerate.




**Fig. 14.** Central cross sections of samples at different impeller speeds, taken after 10 min of granulation time: (a) 200 rpm, (b) 400 rpm, (c) 600 rpm and (d) 800 rpm.




**Fig. 15.** Central cross sections of samples at different granulation times (constant impeller speed of 200 rpm): (a) 2 min, (b) 4 min, (c) 6 min, (d) 10 min and (e) 15 min.

### *5.2.1. XRT samples of different materials and granulation conditions*

The following figures show different structures obtained by using X-ray tomography to visualize the internal structure of agglomerates made up of different materials and obtained under different granulation conditions.




**Fig. 16.** Example of three cross sections through a typical high-shear granule made of $CaCO_3$ and polyethylene glycol (PEG). An X-ray shadow image of the corresponding granule is shown in (a).




**Fig. 17.** Example of three cross sections through a typical fluidized-bed granule made of glass ballotini and PEG. The corresponding X-ray shadow image is shown in (a).

Figures 16 and 17 show the typical structures of granules made under high-shear conditions and in fluidized beds. High-shear granulation agglomerates are typically compact and rounded whereas fluidized-bed granules tend to show a much more opened structure, giving the products very different properties. Figure 16 shows three cross-sectional images of a typical high-shear granule made using calcium carbonate primary powder and polyethylene glycol as binder. Figure 17 shows cross sections of a typical fluidized-bed granule made using glass ballotini primary particles bound together using a molten polyethylene glycol spray in a fluidized bed. The structure is much more porous compared with that shown by the high-shear granule.

Figures 18–22 correspond to cross section of granules manufactured from different materials and under different granulation conditions, showing some of the different internal structures that XRT has discovered within single granules.

The linear attenuation coefficient of the materials plays a key role in being able to identify different phases within an agglomerate. The bigger the difference in the linear attenuation coefficient, the better the contrast that can be obtained. The



**Fig. 18.** Central cross sections of granules made with: (a) $Na_2CO_3$ and zeolite as primary particles, bound together using LAS acid (proportions 63:23:14) in a food mixer; (b) polystyrene particles and a water binder which is subsequently evaporated off (binderless granule).



**Fig. 19.** Central cross sections corresponding to two granules extracted from the same batch. The granules were manufactured in a high shear mixer using calcium carbonate as primary particles and a mixture of polyethylene glycol and HPC as binder (liquid to solid ratio of approximately 0.13). As it can be seen, the same conditions create two completely different structures.

linear attenuation coefficient for the different materials depends on the voltage applied to the X-ray source, hence the XRT scan can be tuned in order to obtain the best results. Figure 23 illustrates the different linear attenuation coefficients as a function of voltage for some materials commonly used in granulation.




**Fig. 20.** Cross section of a polyethylene glycol (PEG) flake. PEG is commonly used as a binding agent, either added as a liquid or as a solid flake that melts during the granulation process.




**Fig. 21.** Central cross sections of high-shear granules after 30 s of granulation time. The granules are made of $CaCO_3$ and PEG added as solid flakes. In both cases, the granulations conditions are identical except the temperature, which is of 60°C for the cross-sections in (a) and of 80°C in (b).




**Fig. 22.** Central cross sections corresponding to two granules extracted from the same batch. The granules were manufacture in a high shear mixer with lactose and starch as primary particles and a mixture of HPC and water as binder. As it can be seen, the same conditions create two completely different structures.




**Fig. 23.** Linear attenuation coefficient for some materials.

### *5.2.2. Application of X-ray tomography to the description of single granules: method development*

XRT analysis on single granules provides a great deal of data in the form of a stack of adjacent cross-sectional images showing the internal microstructure of the sample. A method developed to analyse these images to extract information about the structure of the granules can be found in Ref. [35] and is summarized here.

The XRT images can be understood as a group of spatial coordinates (position vectors $x_{i,j,k} = (i,j,k)$) with an associated greyscale intensity value, $g_{i,j,k}$, which provides information on the material attenuation coefficient which is a function of the material density. Therefore, every pixel belonging to the granule can be expressed as a pair of position vectors with an intensity value, as seen in Fig. 24.

The centre of mass of the particle, $\tilde{\underline{x}}$, can be calculated by averaging the greyscale and the coordinates for every pixel within the granule for each of the cross sections obtained after XRT (equation (1)). Once the centre of mass is known a scalar defining the position of all the granule pixels referred to it can be calculated (equation (2)).

$$\tilde{\underline{x}} = \frac{\sum_{i,j,k} g_{i,j,k}\underline{x}}{\sum_{i,j,k} g_{i,j,k}} \tag{1}$$

$$r_{i,j,k} = \sqrt{(x_i - \tilde{x}_x)^2 + (x_j - \tilde{x}_y)^2 + (x_k - \tilde{x}_z)^2} \tag{2}$$




**Fig. 24.** Schematic diagram showing a stack of XRT slices of a granule as a three-dimensional array of spatial coordinates and greyscale intensity values.




**Fig. 25.** Schematic representation of the binning procedure. The binning of the data consists on dividing the radial axis in bins. The average greyscale value of all the pixels included in each bin is calculated and assigned to a radial distance corresponding to the middle point of the bin. This process is carried out in the three dimensions, by constructing spherical shells around the calculated centre of mass.

Once the scalar is known for each of the pixels in each image that belong to the granule all the images are transformed into pairs of greyscale intensity and radial distance to the centre of mass. The data is then binned by radius (see Fig. 25) and results can then be analysed in the form of radial distributions of greyscale intensity values.

After the binning is done the data is in the form of pairs that can now be plotted. Many details have to be taken into account when carrying out this process, such as beam hardening, or the normalization of the radial distances. Details can be found in Ref. [35]. This method interprets the data from XRT in the form of radial distributions of greyscale intensities in within the granule as an indication of structure.

As an example of the results obtained, Fig. 26 shows the radial profiles corresponding to the scans shown in Fig. 15. The granules used for this experiment were manufactured in a Zanchetta Roto Junior laboratory scale mixer, with a capacity of 10 L and a diameter of 30 cm. The unit contains a vertically mounted three-blade impeller which was set at a speed of 200 rpm and a lid-mounted chopper set at a speed of 1400 rpm. Temperature is controlled through a water-filled jacket and set to 60 °C. Granules were produced from Durcal 40 (an industrial form of comminuted calcium carbonate) as primary particles and polyethylene glycol flakes (PEG) as a binder. The PEG had an average molecular weight of 1500 Da and a melting point of approximately 45 °C. This grade of Durcal (D40) has an $x_{50}$ size of approximately 24 μm (volume basis). The binder was added using the melt-in technique, whereby the powder is preheated to the




**Fig. 26.** Radial profiles corresponding to the scans shown in Fig. 15. Each line represents five granules of the same characteristics.

desired temperature at a low impeller speed, and the binder is then added at once as a solid at room temperature at the start of the experiment.

Each of the lines in Fig. 26 corresponds to the average of five granules per sampling time and the *x*-axis has been normalized by dividing the radial distance by the radius of gyration. High-greyscale intensities correspond to higher absorption of the X-rays. As it can be seen, there is a consolidation towards the edge of the granules (higher density areas towards the edge), as well as increased density with increasing granulation time. This can be understood by looking at the cross sections, as they show a core of binder that decreases as granulation time goes, although it is still present even after 15 min of granulation time (due to the low shear at which the experiment was carried out).

## REFERENCES

[1] R. Kohlus, Unilever R & D, Vlaardingen, The Netherlands, presented at the 4th World Congress in Particle Technology, Sydney, 2002.
[2] D.E. Fonner, G.S. Banker, J. Swarbrick, J. Pharm. Sci. 55 (1966) 181–186.
[3] G.K. Reynolds, C.A. Biggs, A.D. Salman, M.J. Hounslow, Powder Technol 140 (2004) 203–208.
[4] P.J. Rue, H. Seager, J. Ryder, I. Burt, Int. J. Pharm. Tech. Prod. Manuf. 1 (1980) 2–6.
[5] H. Seager, P.J. Rue, I. Burt, J. Ryder, J.K. Warrack, Int. J. Pharm. Tech. Prod. Manuf. 2 (1981) 41–50.
[6] H. Seager, I. Burt, J. Ryder, P. Rue, S. Murray, N. Beal, J.K. Warrack, Int. J. Pharm. Tech. Prod. Manuf. 1 (1979) 36–44.
[7] H. Seager, Manuf. Chemist Aerosol News (1977) 25–35.

[8] A. Samini, M. Ghadiri, R. Boerefjin, A. Groot, R. Kohlus, Powder Technol. 130 (2003) 428–435.
[9] P.C. Knight, Powder Technol. 119 (2001) 14–25.
[10] A.M. Bouwman, M.J. Henstra, D. Westerman, J.T. Chung, Z. Zhang, A. Ingram, J.P.K. Seville, H.W. Frijilink, Int. J. Pharm. 290 (2005) 129–136.
[11] L. Farber, G. Tardos, J.N. Michaels, Powder Technol 132 (2003) 57–63.
[12] M.H. Rubinstein, K. Ridgway, J. Pharm. Pharm. 26 (1974) 24–29.
[13] K. Ridgway, M.H. Rubinstein, J. Pharm. Pharm. 23 (Suppl.) (1971) 11S–17S.
[14] K. Ridgway, M.H. Rubinstein, J. Pharm. Pharm. 23 (1971) 587–589.
[15] M.E. Aulton, M. Banks, I. Davies, Drug Dev. Ind.Pharm. 4 (1978) 537–539.
[16] M.J. Gamlen, H. Seager, J.K. Warrack, Int. J. Pharm. Tech. Prod. Manuf. 3 (1982) 108–114.
[17] M. Sugimoto, D. Tojima, K. Yamamoto, S. Rengakuji, J. Soc. Powder Technol. Japan 36 (1999) 685–691.
[18] M. Sugimoto, I. Takehiko, Y. Ken-Ichi, M. Tosihiaki, Powder Technol. 130 (2003) 442–449.
[19] L. Rodriguez, C. Cavallari, N. Passerini, B. Albertini, M.L. Gonzalez-Rodriguez, A. Fini, Int. J. Pharm. 242 (2002) 285–289.
[20] R. Sochon, MEnG Research Project, The University of Sheffield, 2005.
[21] M.A. Gonzalez-Ballester, A.P. Zisserman, M. Brady, Med. Image Anal. 6 (2002) 389–405.
[22] G.N. Hounsfield, A method and apparatus for examination of a body by radiation such as X-ray or gamma radiation, Patent Specification 1283915, 1972.
[23] A.M. Cormack, J. Appl. Phys. 34 (1963) 2722–2727.
[24] A.M. Cormack, J. Appl. Phys. 35 (1964) 2908–2913.
[25] R.A. Ketcham, W.D. Carlson, Comput. Geosci. 27 (2001) 381–400.
[26] A. Macedo, S. Crestana, Soil Tillage Res. 49 (1998) 249–253.
[27] L. Salvo, P. Cloetens, E. Maire, S. Zabler, J.J. Blandin, J.Y. Buffiere, W. Ludwig, E. Boller, D. Bellet, C. Josserong, Nucl. Instrum. Meth. Phys. Res. B 200 (2003) 273–286.
[28] B.P. Flannery, H.W. Deckman, W.G. Roberge, K.L. D'Amico, Science 237 (1987) 1439–1444.
[29] ASTM, ASTM designation E1441-92a, Annual Book of ASTM Standards, Section 3, ASTM, Philadelphia, 1992, pp. 690–713.
[30] J. Barruchel, J.Y. Buffiere, E. Maire, P. Merie, F. Peix, X-ray tomography in material science, Hermes Science Publications, Paris, 2000.
[31] D.J. Golchert, L. Farber, L.X. Liu, J.D. Lister, N.W. Page, Proc. World Congress of Particle Technology 4, Sydney, Australia, 2002.
[32] D.J. Golchert, R. Moreno, M. Ghadiri, J. Litster, Powder Techonol. 143–144 (2004) 84–96.
[33] I.C. Sinka, S.F. Burch, J.H. Tweed, J.C. Cunningham, Int. J. Pharm. 271 (2004) 215–224.
[34] C.Y. Yang, X.Y. Fu, Powder Technol. 146 (2004) 10–19.
[35] D. Barrera-Medrano, PhD Thesis, The University of Sheffield, 2007.