# Exhibit 6

# Handbook of Pharmaceutical Granulation Technology

## Second Edition

edited by
Dilip M. Parikh
*Synthon Pharmaceuticals Inc.*
*Research Triangle Park, North Carolina, U.S.A.*

Taylor & Francis
Taylor & Francis Group
Boca Raton London New York Singapore

© 2005 by Taylor & Francis Group, LLC

Published in 2005 by
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2005 by Taylor & Francis Group, LLC

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2 1

International Standard Book Number-10: 0-8247-2647-2 (Hardcover)
International Standard Book Number-13: 978-0-8247-2647-8 (Hardcover)

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

No part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC) 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Library of Congress Cataloging-in-Publication Data**

Catalog record is available from the Library of Congress

T&F informa

Taylor & Francis Group
is the Academic Division of T&F Informa plc.

**Visit the Taylor & Francis Web site at**
**http://www.taylorandfrancis.com**

# 1

# Introduction

**Dilip M. Parikh**
*Synthon Pharmaceuticals Inc., Research Triangle Park, North Carolina, U.S.A.*

Perry's *Chemical Engineer's Handbook* (1) defines the granulation process as "any process whereby small particles are gathered into larger, permanent masses in which the original particles can still be identified." This definition is of course particularly appropriate to a pharmaceutical granulation where the rapid breakdown of agglomerates is important to maximize the available surface area and aid in solution of the active drug. The granulation process of size enlargement used within the pharmaceutical industry has its roots in ancient times. The practice of delivering medicinal powder by hand rolling into a pill by using honey or sugar has been used for centuries. It is still the practice to deliver the botanical and herbal extract in homeopathic and ayurvedic branches of medicine, which are still practiced in India along with allopathic medicine. The term "granulated" material is derived from the Latin word "granulatum," meaning grained. The granulated material can be obtained by direct size enlargement of primary particles, or size reduction from dry compacted material. In modern times, granulation technology has been widely used by a wide range of industries, such as coal, mining, and agrochemical. These industries employ agglomeration techniques to reduce dust, provide ease of handling, and enhance the material's ultimate utility.

The development of pharmaceutical granulation was driven by the invention of the tablet press by W. Brockedon in 1843. Subsequent improvements in the tablet machinery were patented in the United States by J. A. McFerran (1874), T. J. Young (1874), and J. Dunton (1876). The demands on the granulation properties were further enhanced in the 1970s as high-speed tablet and capsule filling machines with automated controls were introduced. The continuous refinements in the regulatory requirements such as low-dose products requiring blend uniformity/content uniformity necessitated knowledge and technology to produce the required granule characteristics. The high-speed compression and capsule filling machines require a uniform flow of material to the dies or filling stations that produce pharmaceutical dosage form.

Granulation is an example of particle design. The desired attributes of the granule are controlled by a combination of the formulation and the process.

Granulation methods can be divided into two major types: wet methods which utilize some form of liquid to bind the primary particles, and dry methods which do not utilize any liquid (Fig. 1).



© 2005 by Taylor & Francis Group, LLC




**Figure 1** Various granulation techniques.

Application of spray dryer to produce granulated product suitable for direct compression is now possible.

A new approach in the 1990s was to use supercritical fluid technology to produce uniform particles to replace crystallization. Even though super critical fluids were discovered over 100 years ago, and the commercial plant was built over 20 years ago in the United States, it is only now that the technology is used for a number of pharmaceutical applications (2–5), so as to produce aspirin, caffeine, ibuprofen, acetaminophen, etc. One of the major areas on which the research and development of supercritical fluids is focused is particle design. There are different concepts such as "rapid expansion of supercritical solution," "gas antisolvent recrystallization," and "supercritical antisolvent" to generate particles, microspheres, microcapsules, liposomes, or other dispersed materials.

When the supercritical fluid and drug solution make contact, a volume expansion occurs leading to a reduction in solvent capacity, increase in solute saturation, and then supersaturation with associated nucleation and particle formation. A number of advantages are claimed by using this platform technology (6), such as particle formation from nanometers to tens of micrometers, low residual solvent levels in products, preparation of polymorphic forms of drug, etc.

The classical granulation process using either wet or dry methods is employed in the process industries. Pharmaceutical granulation process is used for tablet and sometimes capsule dosage forms; however, in some applications the process is used to produce spherical granules for the modified release indications or to prepare granules as sprinkles to be used by pediatric patients. In some countries like Japan, having granulated product in a "sachet" is acceptable where a large dose of the drug product is not suitable for swallowing. The reasons for granulating a pharmaceutical compound are listed as follows:

1. To increase the uniformity of drug distribution in the product
2. To densify the material
3. To enhance the flow rates and rate uniformity
4. To facilitate metering or volumetric dispensing

© 2005 by Taylor & Francis Group, LLC

5. To reduce dust
6. To improve the appearance of the product.

Five primary methods exist to form an agglomerated granule. They are formation of solid bridges, sintering, chemical reaction, crystallization, or deposition of colloidal particles. Binding can also be achieved through adhesion and cohesion forces in highly viscous binders.

Successful processing for the agglomeration of primary particles depends on proper control of the adhesional forces between particles, which encourage agglomerate formation and growth and provide adequate mechanical strength in the product. Furthermore, the rheology of the particulate system can be critical to the rearrangement of particles necessary to permit densification of the agglomerate and the development of an agglomerate structure appropriate for the end-use requirements. If the particles are close enough then the surface forces such as van der Waals forces (short-range) and electrostatic forces can interact to bond particles. Decreasing particle size increases surface–mass ratio and favors the bonding. van der Waals forces are sevenfold stronger than electrostatic forces and increase substantially when the distance between them is reduced, which can be achieved by applying pressure as in dry granulation method.

The cohesive forces that operate during the moist agglomerates are mainly due to the liquid bridges that develop between the solid particles. Electrostatic forces keep particles in contact long enough for another mechanism to govern the agglomeration process.

The processing of drug substance with the excipients can be achieved without going through the granulation steps. By simply mixing in a blender, a directly compressible formulation can be processed and compressed in tablets or filled in the hard gelatin capsules. In the 1970s, microcrystalline cellulose as a directly compressible vehicle was introduced. The compressible formulation containing microcrystalline cellulose is suitable for a number of products. This has several obvious advantages, such as lower equipment cost, faster process time, and efficient operation involving only two process steps. Sometimes excipient costs may have to be compared against the savings in the processing steps and equipment by using alternate methods.

There are, however, a number of products that require low dose of drug substance, where the blend uniformity and the content uniformity in the drug product are critical. Traditionally, the assessment of the blend uniformity is done after the blending process is complete. This required considerable delays in obtaining results, and the sampling techniques and product discharge from the blender required consistency to obtain satisfactory results. However, with the current interest in process analytical technology (PAT) on-line measurement of ingredients is possible. The U.S. Food and Drug Administration (FDA) has recently released guidance for industry detailing the current thinking on PAT (7).

Other than content uniformity of a low-dose drug substance there are a number of reasons why direct compression may not be suitable for a wide array of products. These include the required flow properties; the amount of drug substance in a dosage form may require it to be densified to reduce the size of the drug product, obtain the required hardness, friability, disintegration/dissolution, and other attributes.

Another approach which is becoming popular is to use traditional spray-drying process to produce drum to hopper granulation by-passing the conventional granulation process. This process may be suitable for large-volume products such as over-the-counter tablets or capsules.

© 2005 by Taylor & Francis Group, LLC

Dry compaction technique like roller compaction is experiencing renewed interest in the industry. There are a number of drug substances which are moisture sensitive and cannot be directly compressed. The roller compaction provides suitable alternative technology for processing these products.

Early stages of wet granulation technology development, employed low-shear mixers or the mixers/blenders normally used for dry blending such as ribbon mixers. There are a number of products currently manufactured using these low-shear granulators. The process control and efficiency has increased over the years; however, the industry has embraced high-shear granulators for wet granulation because of its efficient and reproducible process and modern process control capabilities. The high-shear mixers have also facilitated new technologies, such as one-pot processing, that use the mixer to granulate and then dry using vacuum, gas stripping/vacuum, or microwave assist in the same vessel.

Fluid-bed processors have been used in the pharmaceutical industry for the last 35 years, initially only as a dryer, and now as a multiprocessor to granulate, dry, pelletize, and coat particles. The most preferred method of granulation is to use the high-shear mixer to granulate and use the fluid bed as a dryer in an integrated equipment setup. This provides the best of both technologies: efficient controllable dense wet granules and a fast drying cycle using fluid-bed dryer. Here again, the choice of this approach will be dependent on the product being processed, and its desired properties at the end of the granulation process. Extrusion/spheronization is used to produce granulation for the tableting or pelletizing, which involves mixing, extruding, spheronizing, and drying unit operations. These pellets can be produced as matrix pellets with the appropriate polymer or are coated in fluid-bed unit to produce modified release dosage forms. Table 1 illustrates various options to granulate a pharmaceutical compound.

Many researchers studied the influence of material properties of the granulating powder and process conditions on the granulation process in a rather empirical way. In the 1990s a fundamental approach to research was started on various topics in the granulation research, looking into more detailed aspects of particle wetting,

**Table 1** Frequently Used Granulation Techniques and Subsequent Processing

| | Process | Drying technique |
|---|---|---|
| Wet granulation | Low-shear mixer | Tray or fluid-bed dryer |
| | High-shear mixer | Tray or fluid-bed dryer |
| | High-shear mixer | Vacuum/gas stripping/microwave assist one-pot |
| | Fluid-bed granulator/dryer | Fluid-bed granulator/dryer |
| | Spray dryer | Spray dryer |
| | Extrusion/spheronization | Tray or fluid-bed dryer |
| | Continuous mixer granulator (mechanical) | Fluid bed continuous or batch |
| | Continuous fluid-bed granulator | Fluid bed (continuous) |
| Dry granulation | Process | Further processing |
| | Direct compression | Blend and process further |
| | Slugging | Mill slugged tablets/blend/recompress/process further |
| | Roller compactor | Compacts milled/blend/process further |

© 2005 by Taylor & Francis Group, LLC

mechanism of granulation, material properties, and influence of mixing apparatus on the product. The overall hypothesis suggested that the granulation can be predicted from the raw material properties and the processing conditions of the granulation process. One of the major difficulties encountered in granulation technology is the incomplete description of the behavior of powders in general. The ongoing fundamental research on mixing, segregation mechanisms of powder, surface chemistry, and material science are necessary to develop the theoretical framework of granulation technology. An excellent review of the wet granulation process was presented by Iveson and coauthors (8). The authors have advanced the understanding of the granulation process by stating that there are three fundamental sets of rate processes which are important in determining wet granulation behavior. These are wetting and nucleation, consolidation and growth; and breakage and attrition. Once these processes are sufficiently understood, then it will be possible to predict the effect of formulation properties, equipment type, and operating conditions of granulation behavior, provided these can be adequately characterized according to the reviewers.

Efficient and cost-effective manufacturing of pharmaceutical products is being evaluated by the scientists, engineers, and operational managers of pharmaceutical companies worldwide. In the United States, where 49% of the world pharmaceutical market is, pharmaceutical companies are under tremendous pressure from the managed care organizations, politicians, and consumers. The pharmaceutical industry, worldwide in general and in the United States in particular, faces a unique paradox—drive future innovation through substantial R&D investments and return competitive margin to shareholders, while providing access to pharmaceutical products at low or no cost. The industry has reached a critical juncture in its 100-year history. The industry is impacted simultaneously by growing competition, declining market performance, increasing regulation, escalating pricing pressures, and rapidly evolving innovations for improving people's health and quality of life. A new report (9) into pharmaceutical R&D has identified an emerging trend favoring outsourcing of discovery, research, clinical trials, and manufacturing of dosage forms, providing relief from the consistent, high-growth financial return faced by the majority of pharmaceutical companies. Outsourcing allows these companies to pursue potential new revenue streams outside of their core focus areas, and to benefit from improved productivity, emerging technologies, inlicensing opportunities, and increased growth. Consumers and local governments in the United States are pressuring the FDA authorities and politicians to allow importation of the drugs from other countries like Mexico and Canada where costs are generally lower than in the United States. Demands for price control also extend to Europe; government-backed pharmaceutical payment plans in Germany and Italy, for example, have cut back reimbursements. Other European countries have controls on the drug prices. As a result of these pricing pressures and to enhance the drugs in the pipeline, mergers and acquisitions have accelerated. Acquisitions remain the preferred route to quickly enhance a product portfolio. This trend of merging of equals or takeover of the significant technological companies will continue. This has created emergence of small niche technology companies as well. Major pharmaceutical companies are witnessing the end of traditional research and development. Drug delivery companies are becoming potential targets for mergers or strategic alliances. During all of the upheaval that the industry is going through, it is becoming obvious that the cost of development and production, and cost of goods, must be controlled. Recently released draft guidance by the U.S. FDA for quality systems approach for the current good manufacturing practices may help to streamline the

© 2005 by Taylor & Francis Group, LLC

compliance programs in the industry (10). The efficiencies in the research, development, and manufacturing, which were not necessarily sought after, are becoming the first priority of the pharmaceutical companies however small they may be in comparison to the final cost of the product to consumer. The manufacturing of solid dosage product is no exception.

The significant advances that have taken place in the pharmaceutical granulation technology are presented in this book to provide the readers with choices that are available. There is no substitute for good science. The characterization of the drug substance along with the knowledge of granulation theory, process modeling capability, in-line or on-line (PAT) tools, process scale-up approaches, and a good definition of the end product required will prepare the reader to explore the various options presented in this book. Each drug substance poses a unique challenge that must be taken into consideration at the process selection stage by the scientists. The various techniques presented in this book will further help the scientists in their understanding and selection of the granulation process most appropriate for the drug substance. For production engineering, validation, and quality professionals in the industry, this book is intended to provide the fundamental understanding of the technique of granulation, and the rationale behind the selection of each particular technique. This will further enhance the ability to design the production plant, carry out the technology transfer, scale-up, troubleshoot, and maintain the pharmaceutical granulation operation, in accordance with regulatory compliance.

## REFERENCES


1. Ennis BJ, Litster JD. Particle enlargement. Perry RH, Greens D, eds. Perry's Chemical Engineer's Handbook. 7th ed. New York: McGraw Hill, 1997:20-56 20-89.
2. Charoenchaitrakool M, Dehghani F, Foster NR. Micronization by RESS to enhance the dissolution rates of poorly water soluble pharmaceuticals. Proceedings of the 5th International Symposium on Supercritical Fluids, Atlanta, GA, April 8 12, 2000.
3. Matson DW, Fulton JL, Petersen RC, Smith RD. Rapid expansion of supercritical fluid solutions: solute formation of powders, thin films, and fibers. Ind Eng Chem Res 1987; 26:2298 2306.
4. Subra P, Boissinot P, Benzaghou S. Precipitation of pure and mixed caffeine and anthracene by rapid expansion of supercritical solutions. Proceedings of the 5th Meeting on Supercritical Fluids, Tome I, Nice, France, March 23 25, 1998.
5. Gilbert DJ, Palakodaty S, Sloan R, York V. Particle engineering for pharmaceutical applications a process scale up. Proceedings of the 5th International Symposium on Supercritical Fluids, Atlanta, GA, April 8 12, 2000.
6. York P, et al. Supercritical fluids ease drug delivery. Manuf Chemist 2000; 26 29.
7. Food and Drug Administration. Guidance for Industry PAT A Framework for Innovative Pharmaceutical Development, Manufacturing and Quality Assurance. FDA, September 2004.
8. Iveson SM, Litster JD, Hopgood K, Ennis B. Nucleation, growth, and breakage phenomenon in agitated wet granulation process: a review. Powder Technol 2001; 117:3 39.
9. Cambridge Healthcare Advisors (CHA) Report. Report identifies increasing outsourcing by pharma Inpharma.com, September 29, 2004.
10. Guidance for Industry. Quality Systems Approach to Pharmaceutical Current Good Manufacturing Practice Regulations, Draft Guidance, September 2004.


© 2005 by Taylor & Francis Group, LLC

APOSEM0085727

# 2
# Theory of Granulation: An Engineering Perspective

**Bryan J. Ennis**
*E&G Associates, Inc., Nashville, Tennessee, U.S.A.*

## 1. INTRODUCTION

### 1.1. Overview

Wet granulation is a subset of size enlargement (1–5), which involves any process whereby small particles are agglomerated, compacted, or otherwise brought together into larger, relatively permanent structures in which the original particles can still be distinguished. Granulation technology and size-enlargement processes have been used by a wide range of industries, from the pharmaceutical industry to fertilizer or detergent production to the mineral processing industries. Size enlargement generally encompasses a variety of unit operations or processing techniques dedicated to particle agglomeration. These processes can be loosely broken down into agitation and compression methods.

Although terminology is industry specific, agglomeration by agitation will be referred to as *granulation*. As depicted in Figure 1, a particulate feed is introduced to a process vessel and is agglomerated, either batchwise or continuously, to form a granulated product. Agitative processes include fluid bed, pan (or disk), drum, and mixer granulators. Such processes are also used as coating operations for controlled release, taste masking, and cases where solid cores may act as a carrier for a drug coating. The feed typically consists of a mixture of solid ingredients, referred to as a formulation, which includes an active or key ingredient, binders, diluents, flow aids, surfactants, wetting agents, lubricants, fillers, or end-use aids (e.g., sintering aids, colors or dyes, taste modifiers). A closely related process of spray drying is also included here, but is discussed more fully elsewhere [Refs. 6,7 and Chapter 5]. Product forms generally include agglomerated or layered granules, coated carrier cores, or spray dried product consisting of agglomerated solidified drops.

An alternative approach to size enlargement is agglomeration by compression, or *compaction*, where the mixture of particulate matter is fed to a compression device which promotes agglomeration due to pressure, as depicted in Figure 2. Either continuous sheets of solid material or solid forms such as briquettes or tablets are produced. Compaction processes range from confined compression devices such as tableting to continuous devices such as roll presses (Chapter 6), briqueting machines,



© 2005 by Taylor & Francis Group, LLC

APOSEM0085728




**Figure 1** The unit operation of agitative agglomeration or granulation. (From Refs. 1 5.)

and extrusion (Chapter 11). Some processes operate in a semicontinuous fashion such as ram extrusion. Capsule filling operations would be considered as low-pressure compaction processes.

At the level of a manufacturing plant, the size-enlargement process involves several peripheral, unit operations such as milling, blending, drying, or cooling, and classification, referred to generically as an agglomeration circuit (Fig. 3). In addition, more than one agglomeration step may be present as in the case of a pharmaceutical process. In the case of pharmaceutical granulation, granulated material is almost exclusively an intermediate product form, which is then followed by tableting. In the context of granulation, therefore, it is important to understand compaction processes to establish desirable granule properties for tableting performance.

Numerous benefits result from size-enlargement processes as summarized in Table 1. A wide variety of size-enlargement methods are available; a classification of these is given in Table 2 with key process attributes. A primary purpose of wet granulation in the case of pharmaceutical processing is to create free-flowing, nonsegregating blends of ingredients of controlled strength, which may be reproducibly metered in




**Figure 2** The unit operation of compressive agglomeration or compaction. (From Refs. 1 5.)

© 2005 by Taylor & Francis Group, LLC




**Figure 3** A typical agglomeration circuit utilized in the processing of pharmaceuticals involving both granulation and compression techniques. (From Refs. 1 5.)

subsequent tableting or for vial or capsule filling operations. The wet granulation process must generally achieve the desired granule properties within some prescribed range. These attributes clearly depend on the application at hand. However, common to most processes is a specific granule size distribution and granule voidage. Size distribution affects flow and segregation properties, as well as compaction behavior. Granule voidage controls strength, and impacts capsule and tablet dissolution behavior, as well as compaction behavior and tablet hardness.

Control of granule size and voidage will be discussed in detail throughout this chapter. The approach taken here relies heavily on attempting to understand interactions at a particle level, and scaling this understanding to bulk effects. Developing an understanding of these microlevel processes of agglomeration allows a rational approach to the design, scale-up, and control of agglomeration processes. Although

**Table 1** Objectives of Size Enlargement

| |
|---|
| Production of a useful structural form |
| Provision of a defined quantity for dispensing, with improved flow properties for metering |
| Improved product appearance |
| Reduced propensity to caking |
| Increased bulk density for storage |
| Creation of nonsegregating blends of powder ingredients |
| Control of solubility |
| Control of porosity, hardness, and surface-to-volume ratio and particle size |

*Source*: From Refs. 1–5.

© 2005 by Taylor & Francis Group, LLC

**Table 2** Size-Enlargement Methods and Application

| Method | Product size (mm) | Granule density | Scale of operation | Additional comments | Typical applications |
|---|---|---|---|---|---|
| Tumbling granulators: Drums, Disks | 0.5 20 | Moderate | 0.5 800 tons/hr | Very spherical granules | Fertilizers, iron ore, nonferrous ore, agricultural chemicals |
| Mixer granulators | | | | | |
| Continuous high shear (e.g., Shugi mixer) | 0.1 2 | Low | Up to 50 ton/hr | Handles very cohesive materials well, both batch and continuous | Chemicals, detergents, clays, carbon black |
| Batch high shear (e.g., paddle mixer) | 0.1 2 | High | Up to 500 kg, batch | | Pharmaceuticals, ceramics |
| Fluidized granulators: Fluidized beds, Spouted beds, Wurster coaters | 0.1 2 | Low (agglomerated), moderate (layered) | 100 900 kg, batch; 50 ton/hr, continuous | Flexible, relatively easy to scale, difficult for cohesive powders, good for coating applications | Continuous: fertilizers, inorganic salts, detergents; batch: pharmaceuticals, agricultural chemicals, nuclear wastes |

© 2005 by Taylor & Francis Group, LLC

APOSEM0085731

| | | | | | |
|---|---|---|---|---|---|
| Centrifugal granulators | 0.3 3 | Moderate to high | Up to 200 kg, batch | Powder layering and coating applications | Pharmaceuticals, agricultural chemicals |
| Spray methods | | | | | |
| Spray drying | 0.05 0.5 | Low | | Morphology of spray dried powders can vary widely | Instant foods, dyes, detergents, ceramics, pharmaceuticals |
| Prilling | 0.7 2 | Moderate | | | Urea, ammonium nitrate0 |
| Pressure compaction | | | | | |
| Extrusion | >0.5 | High to very high | Up to 5 ton/hr | Very narrow size distributions, very sensitive to powder flow and mechanical properties | Pharmaceuticals, catalysts, inorganic chemicals, organic chemicals, plastic preforms, metal parts, ceramics, clays, minerals, animal feeds |
| Roll press | >1 | | Up to 50 ton/hr | | |
| Tablet press | 10 | | Up to 1 ton/hr | | |
| Molding press | | | | | |
| Pellet mill | | | | | |

*Source*: From Refs. 1–5.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085732

the approach is difficult, qualitative trends are uncovered along the way, which aid in formulation development and process optimization, and which emphasize powder characterization as an integral part of product development and process design work.

### 1.2. Granulation Mechanisms

Four key mechanisms or *rate processes* contribute to granulation, as originally outlined by Ennis (3,4), and later developed further by Ennis and Litster (1,5). These include *wetting* and nucleation, coalescence or *growth*, *consolidation*, and attrition or *breakage* (Fig. 4). Initial wetting of the feed powder and existing granules by the binding fluid is strongly influenced by spray rate or fluid distribution as well as feed formulation properties, in comparison with mechanical mixing. Wetting promotes nucleation of fine powders, or coating in the case of feed particle size in excess of drop size. Often wetting agents such as surfactants are carefully chosen to enhance poorly wetting feeds. In the coalescence or growth stage, partially wetted primary particles and larger nuclei coalesce to form granules composed of several particles. The term nucleation is typically applied to the initial coalescence of primary particles in the immediate vicinity of the larger wetting drop whereas the more general term of




**Figure 4** The rate processes of agitative agglomeration, or granulation, which include powder wetting, granule growth, granule consolidation, and granule breakage. These processes combine to control granule size and porosity, and they may be influenced by formulation or process design changes.

© 2005 by Taylor & Francis Group, LLC

coalescence refers to the successful collision of two granules to form a new, larger granule. In addition, the term of layering is applied to the coalescence of granules with primary feed powder. Nucleation is promoted from some initial distribution of moisture, such as a drop, or from the homogenization of a fluid feed to the bed, as with high-shear mixing. The nucleation process is strongly linked with the wetting stage. As granules grow, they are consolidated by compaction forces due to bed agitation. This consolidation stage controls internal granule voidage or granule porosity, and therefore end-use properties such as granule strength, hardness, or dissolution. Formed granules may be particularly susceptible to attrition if they are inherently weak or if flaws develop during drying.

These mechanisms or *rate processes* can occur simultaneously in all granulation units, ranging from spray drying to fluidized beds to high-shear mixers. However, certain mechanisms may dominate in a particular manufacturing process. For example, fluidized bed granulators are strongly influenced by the wetting process, whereas mechanical redispersion of binding fluid by impellers and particularly high-intensity choppers diminishes the wetting contributions to granule size in high-shear mixing. On the other hand, granule consolidation is far more pronounced in high-shear mixing than in fluidized-bed granulation. These simultaneous rate processes taken as a whole—and sometimes competing against one another—determine the final granule size distribution and granule structure and voidage resulting from a process, and therefore the final end-use or product quality attributes of the granulated product.

## 1.3. Compaction Mechanisms

Compaction is a forming process controlled by mechanical properties of the feed in relationship to applied stresses and strains. Microlevel processes are controlled by particle properties such as friction, hardness, size, shape, surface energy, and elastic modulus.

Key steps in any compaction process include (1) powder filling, (2) stress application and removal, and (3) compact ejection. Powder filling and compact weight variability is strongly influenced by bulk density and powder flowability (1,2), as well as any contributing segregation tendencies of the feed. The steps of stress application and removal consist of several competing mechanisms, as depicted in Figure 5. Powders do not transmit stress uniformly. Wall friction impedes the applied load, causing a drop in stress as one moves away from the point of the applied load (e.g., a punch face in tableting or roll surface in roll pressing.) Therefore, the applied load and resulting density are not uniform throughout the compact, and powder frictional properties control the stress transmission and distribution in the compact (8). The general area of study relating compaction and stress transmission is referred to as powder mechanics (1,2,8,9). For a local level of applied stress, particles deform at their point contacts, including plastic deformation for forces in excess of the particle surface hardness. This allows intimate contact at surface point contacts, allowing cohesion/adhesion to develop between particles, and therefore interfacial bonding, which is a function of their interfacial surface energy. During the short time scale of the applied load, any entrapped air must escape, which is a function of feed permeability, and a portion of the elastic strain energy is converted into permanent plastic deformation. Upon stress removal, the compact expands due to the remaining elastic recovery of the matrix, which is a function of elastic modulus, as well as any expansion of the remaining entrapped air. This can result in loss of particle bonding, and flaw development, and this is exacerbated for cases of wide distributions in

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 17 of 124
PageID: 2058






**Figure 5** The microlevel processes of compressive agglomeration, or compaction. These processes combined control compact strength, hardness, and porosity.

compact stress due to poor stress transmission. The final step of stress removal involves compact ejection, where any remaining radial elastic stresses are removed. If recovery is substantial, it can lead to capping or delamination of the compact.

These microlevel processes of compaction control the final flaw and density distribution throughout the compact, whether it is a roll pressed, extruded, or tableted product, and as such, control compact strength, hardness, and dissolution behavior. Compaction processes will not be discussed further here, with the remainder of the chapter focusing on wet granulation, agitative processes. For further discussion regarding compaction, see Chapter 6 and Refs. 1, 2, and 10.

## 1.4. Formulation vs. Process Design

The end-use properties of granulated material are controlled by granule size and internal granule voidage or porosity. Internal granule voidage $\varepsilon_{granule}$ and bed voidage $\varepsilon_{bed}$, or voidage between granules, are related by

$$\rho_{bulk} \quad \rho_{granule}(1 \quad \varepsilon_{bed}) \quad \rho_s(1 \quad \varepsilon_{bed})(1 \quad \varepsilon_{granule}) \tag{1.1}$$

where $\rho_{bulk}$, $\rho_{granule}$, and $\rho_s$ are bulk, granule, and skeletal primary particle density, respectively. Here, granule voidage and granule porosity will be used interchangeably. Granule structure may also influence properties. To achieve the desired product quality as defined by metrics of end-use properties, granule size and voidage may be manipulated by changes in either process operating variables or product material variables (Figs. 4 and 5) as initially outlined by Ennis (3,4), and later developed further by Ennis and Litster (1,2,5). The first approach is the realm of traditional process engineering, whereas the second is product engineering. Both approaches are critical and must be integrated to achieve the desired end point in product quality. *Operating variables* are defined by the chosen granulation technique and

© 2005 by Taylor & Francis Group, LLC

APOSEM0085735




**Figure 6** Typical operating variable for pharmaceutical granulation processes. (From Ref. 4.)

peripheral processing equipment, as illustrated for a fluidized-bed and mixer granulator in Figure 6. In addition, the choice of agglomeration technique dictates the mixing pattern of the vessel. *Material variables* include parameters such as binder viscosity, surface tension, feed particle size distribution, powder friction, and the adhesive properties of the solidified binder. Material variables are specified by the choice of ingredients, or product formulation. Both operating and material variables together define the kinetic mechanisms and rate constants of wetting, growth, consolidation, and attrition. Overcoming a given size-enlargement problem often requires changes in both processing conditions and product formulation.

The importance of granule voidage to final product quality is illustrated in Figures 7–9 for a variety of formulations. Here, bulk density is observed to decrease, granule attrition to increase, and dissolution rate to increase with an increase in granule voidage. Bulk density is clearly a function of both granule size distribution, which controls bed voidage or porosity between granules, and the voidage within the granule itself. The data of Figure 7 are normalized with respect to its zero intercept, or its effective bulk density at zero granule voidage. The granule attrition results of Figure 8 are based on a CIPAC test method, which is effectively the percentage of fines passing a fine mesh size following attrition in a tumbling apparatus. Granules weaken with increased voidage. The dissolution results of Figure 9 measure the length required for granule dissolution in a long tube, or disintegration length (also based on the CIPAC test method). Increased granule voidage results in increased dissolution rate and shorter disintegration length. All industries have their own specific quality and in-process evaluation tests. However, what they have in common are the important contributing effects of granule size and granule voidage.

An example of the importance of distinguishing the effects of process and formulation changes can be illustrated with the help of Figures 8 and 9. Let us assume that the particular formulation and current process conditions produce a granulated material with a given attrition resistance and dissolution behavior (indicted as “current product”). If one desires instead to reach a given “target,” either the formulation or the process variable may be changed. Changes to the process, or operating variables, generally readily alter granule voidage. Examples to decrease voidage might include increased bed height, increased processing time,

© 2005 by Taylor & Francis Group, LLC




**Figure 7** Impact of granule density on bulk density: Normalized bulk density as a function of granule voidage. (From Ref. 4.)

or increased peak bed moisture. However, only a range of such changes in voidage, and therefore attrition resistance and dissolution, is possible and is illustrated by moving along the given formulation curve. The various curves in Figures 8 and 9 are due instead to changes in formulation properties. Therefore, it may not be




**Figure 8** Impact of granule density on strength and attrition: Illustration of process changes vs. formulation changes. $K_c$ is the fracture toughness. (From Ref. 4.)

© 2005 by Taylor & Francis Group, LLC




**Figure 9** Impact of granule density on disintegration: $G_c$ is the strain energy release rate. (From Ref. 4.)

possible to reach a target change in dissolution without changes in formulation or material variables. Examples of key material variables affecting voidage would include feed primary particle size, inherent formulation bond strength, and binder solution viscosity, as discussed in detail in the following sections. Understanding this crucial interaction between operating and material variables is critical for successful formulation, and requires substantial collaboration between processing and formulation groups, and a clear knowledge of the effect of scale-up on this interaction.

### 1.5. Key Historical Investigations

A range of historical investigations has been undertaken involving the impact of operating variables on granulation behavior. As a review, see Refs. 3–5,11–13. Typical variables have included the effects of bed hydrodynamics and agitation intensity, pan angle and speed, fluid-bed excess gas velocity, mixer impeller and chopper speeds, drum rotation speed, spray method, drop size, nozzle location, and binder and solvent feed rates. While such studies are important, their general application and utility to studies beyond the cited formulations and process conditions can be severely limited. Often the state of mixing, moisture distribution and rates, and material properties such as formulation size distribution, powder frictional properties, and solution viscosity are insufficiently defined. As such, these results should be used judiciously and with care. Often even the directions of the impact of operating variables on granule properties are altered by formulation changes.

Two key pieces of historical investigation require mention, as the approach developed here stems heavily from this work. The first involves growth and breakage mechanisms, which control the evolution of the granule size distribution (14), as

© 2005 by Taylor & Francis Group, LLC




**Figure 10** Growth and breakage mechanisms in granulation processes. (From Ref. 14.)

illustrated in Fig. 10. These include the nucleation of fine powder to form initial primary granules, the coalescence of existing granules, and the layering of raw material onto previously formed nuclei or granules. Granules may simultaneously be compacted by consolidation and reduced in size by breakage. There are strong interactions between these rate processes. In addition, these mechanisms in various forms have been incorporated into population-balance modeling to predict granule size in the work of Kapur and Sastry (14–19) (Chapter 23 for details). Given the progress made in connecting rate constants to formulation properties, the utility of population-balance modeling has increased substantially.

The second important area of contribution involves the work of Rumpf (20,21) and Ausburger and Vuppala (22), which studied the impact of interparticle force $H$ on granule static tensile strength, or

$$\sigma_T \quad \frac{9}{8}\left(\frac{1 \quad \varepsilon}{\varepsilon}\right)\frac{H}{a^2} \quad A\left(\frac{1 \quad \varepsilon}{\varepsilon}\right)\frac{\gamma \cos\theta}{a} \quad \text{with}\begin{cases} A \quad 9/4 & \text{for pendular state} \\ A \quad 6 & \text{for capillary state} \end{cases} \tag{1.2}$$

Forces of a variety of forms were studied, including viscous, semisolid, solid, electrostatic, and van der Waals forces. Of particular importance was the contribution of pendular bridge force arising from surface tension to granule tensile strength. Capillary pressure deficiency due to the curvature of the pendular bridge in addition to a contact line force results in an interparticle force, as highlighted in Figure 11 (here, interparticle velocity $U$ 0). This force summed over the granule area results in a granule static strength, which is a function of pore saturation $S$ as experimentally plotted. The states of pore filling have been defined as pendular (single bridges),

© 2005 by Taylor & Francis Group, LLC




**Figure 11** Static yield strength of wet agglomerates vs. pore saturation. (See Section 3.5 for nomenclature.) (From Refs. 20 22.)

funicular (partially complete filling and single bridges), capillary (nearly complete filling $S \approx 80$–100%) followed by drop formation, and loss of static strength. This approach will be extended in subsequent sections to include viscous forces and dynamic strength behavior ($U$ / $0$).

The approach taken, in this chapter, follows this same vein of research as originally established by Rumpf and Kapur, namely, relating granule and particle level interactions to bulk behavior through the development of the rate processes of wetting and nucleation, granule growth and consolidation, and granule breakage and attrition. Each of these will now be dealt with in turn in the following sections.

## 2. WETTING

### 2.1. Overview

The initial distribution of binding fluid can have a pronounced influence on the size distribution of seed granules, or nuclei, which are formed from fine powder. Both the final *extent* of and the *rate* at which the fluid wets the particulate phase are important. Poor wetting results in drop coalescence, and in fewer, larger nuclei with ungranulated powder and overwetted masses, leading to broad nuclei distributions. Granulation can retain a memory, with nuclei size distribution impacting final granule size distribution. Therefore, initial wetting can be critical to uniform nuclei formation and often a narrow, uniform product. Wide nuclei distributions can lead to a wide granule size distribution. When the size of a particulate feed material is larger than drop size, wetting dynamics controls the distribution of coating material which has a strong influence on the later stages of growth. Wetting phenomena also influence redistribution of individual ingredients within a granule, drying processes, and redispersion of granules in a fluid phase. Other granule properties such as voidage,

© 2005 by Taylor & Francis Group, LLC

strength, and attrition resistance may be influenced as well. Preferential wetting of certain formulation ingredients can cause component segregation with granule size. An extensive review of wetting research may be found in Litster and Ennis (5), Parfitt (23), and Hapgood (24), with a summary of references given in Table 3.

### 2.2. Mechanics of the Wetting Rate Process

As outlined previously, wetting is the first stage in wet granulation involving liquid binder distribution to the feed powder. There are two extremes: (1) liquid drop size is large compared to unit or primary particle size of the feed and (2) particle size is large compared to the drop size.

As depicted in Figure 12 for the first case of fine feeds compared to drop size, the wetting process consists of several important steps. First, droplets are formed related to spray distribution, or spray flux defined as the wetting area of the bed per unit time. Important operating variables include nozzle position, spray area, spray rate, and drop size. Second, droplets impact and coalesce on the powder bed surface if mixing or wet-in time is slow. Third, droplets spread and penetrate into the moving powder bed to form loose nuclei, again coalescing if wet-in is slow. In the case of high-shear processes, shear forces break down overwet clumps, also producing nuclei.

For the second case of small drop size compared to the primary particle size, the liquid will coat the particles as depicted in Figure 13. Coating is produced by collisions between the drop and the particle followed by spreading of the liquid over the particle surface. If the particle is porous, then liquid will also be sucked into the pores by capillary action. The wetting dynamics control the distribution of coating material, which has a strong influence on the later stages of growth as well as coating quality.

### 2.3. Methods of Measurement

Methods of characterizing the rate process of wetting include four approaches as illustrated in Table 4. The first considers the ability of a drop to spread across the powder. This approach involves the measurement of a contact angle of a drop on a powder compact, given by the Young–Dupré equation, or

$$\gamma^{sv} \quad \gamma^{sl} \quad \gamma^{lv}\cos\theta \tag{2.1}$$

where $\gamma^{sv}$, $\gamma^{sl}$, $\gamma^{lv}$ are the solid–vapor, solid–liquid, and liquid–vapor interfacial energies, respectively, and $\theta$ is measured through the liquid. In the limit of $\gamma^{sv} \quad \gamma^{sl} \geq \gamma^{lv}$, the contact angle equals 0° and the fluid *spreads* on the solid. The extent of wetting is controlled by the group $\gamma^{lv}\cos\theta$, which is referred to as *adhesion tension*. Sessile drop studies of contact angle can be performed on powder compacts in the same way as on planar surfaces. Methods involve the (1) direct measurement of the contact angle from the tangent to the air–binder interface, (2) solution of the Laplace–Young equation involving the contact angle as a boundary condition, or (3) indirect calculations of the contact angle from measurements of, e.g., drop height. The compact can either be saturated with the fluid for static measurements, or dynamic measurements may be made through a computer imaging goniometer, as depicted in Figure 14. For granulation processes, the dynamics of wetting are often crucial, requiring that powders be compared on the basis of a short time scale, dynamic contact angle.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085741

**Table 3** Summary of Wetting Research Contributions

| Workers (Year) | Materials | Equipment | Investigated |
|---|---|---|---|
| Schaefer and Wørts (1978) | Lactose and maize starch powder with gelatine, PVP, and MCC binders | Fluid bed | Drop size |
| Schaafsma et al. (1999) | Lactose powder with water and 3 8% PVP solution binders | Packed bed in petri dish | Drop size |
| Waldie (1991) | Lactose and ballotini powders with water and 5% PVP solution | Fluid bed | Drop size |
| Watano et al. (1994) | Lactose and cornstarch with water | Hybrid fluid bed with agitator | Drop size, binder distribution |
| Holm et al. (1983, 1984) | Lactose and calcium hydrogen phosphate with water and 10 15% PVP solution | High shear mixer | Drop size, binder distribution, and shear forces |
| Aulton and Banks (1979) | Lactose and salicylic acid powder with water | Fluid bed | Contact angle |
| Gluba et al. (1990) | Talcum, chalk, and kaolin powder combinations with water | Drum | Contact angle |
| Jaiyeoba and Spring (1980) | Lactose, boric acid, kaolin, suphanilamide, and salicylic acid powders with water. | Fluid bed | Contact angle |
| Krycer and Pope (1983) | Paracetamol powder with HPMC, PVP, and water | Fluid bed | Spreading coefficients |
| Zajic and Buckton (1990) | Methylcellulose powder with HPMC, PVP, and water | Mixer granulator | Spreading coefficients |
| Rankell et al. (1964) | Aluminium hydroxide and sucrose powder with water | Fluid bed | Binder addition rate, powder flux, spray zone |
| Heim and Antkowiak (1989) | Talc powder and water | Drum | Binder addition rate |
| Crooks and Schade (1978) | 5% Phenylbutazone in lactose powder mix with 10% solution | Fluid bed | Binder addition rate |
| Kristensen and Schaefer (1994) | Lactose powder with PEG300 and PEG6000 | High shear | Viscosity, binder dispersion, shear forces |

(*Continued*)

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 25 of 124
PageID: 2066



**Table 3** Summary of Wetting Research Contributions (*Continued*)

| Workers (Year) | Materials | Equipment | Investigated |
|---|---|---|---|
| Schaefer et al. (1992) | Lactose powder with PEG300 and PEG6000 | High shear | Viscosity, binder dispersion, shear forces, powder flux |
| Cartensen et al. (1976) | Lactose, sucrose, and starch powder mixed with water | High shear | Binder dispersion |
| Kokubo et al. (1996) | Lactose cornstarch MCC with HPMC 3cp | High speed mixer | Powder flux |
| Davies and Gloor (1971) | Lactose, comstarch, magnesium stearate, gelatin, and benzene powder with gelatin solution | Fluid bed | Spray zone |

*Source*: From Ref. 5.

Important factors are the physical nature of the powder surface (particle size, pore size, porosity, environment, roughness, pretreatment). The dynamic wetting process is therefore influenced by the rates of ingredient dissolution and surfactant adsorption and desorption kinetics (25).

The second approach to characterize wetting considers the ability of the fluid to penetrate a powder bed, as illustrated in Figure 15. It involves the measurement of the extent and rate of fluid rise by capillary suction into a column of powder, better known as the *Washburn* test. Considering the powder to consist of capillaries of radius $R$, the equilibrium height of rise $h_e$ is determined by equating capillary and gravimetric pressures, or

$$h_e \quad \frac{2\gamma^{lv}\cos\theta}{\Delta\rho g R} \tag{2.2}$$




**Figure 12** Stages of wetting for fine powder compared to drop size. (From Ref. 5.)

© 2005 by Taylor & Francis Group, LLC

APOSEM0085743

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 26 of 124
PageID: 2067






**Figure 13** Stages of wetting for coarse powder compared to drop size. (From Ref. 5.)

where is $\Delta\rho$ the fluid density with respect to air, $g$ is gravity, and $\gamma^{\mathrm{lv}} \cos\theta$ is the adhesion tension as before.

In addition to the equilibrium height of rise, the dynamics of penetration are particularly important. Ignoring gravity and equating viscous losses with the capillary pressure, the rate ($\mathrm{d}h/\mathrm{d}t$) and dynamic height of rise $h$ are given by

$$\frac{\mathrm{d}h}{\mathrm{d}t} \quad \frac{R\gamma^{\mathrm{lv}}\cos\theta}{4\mu h} \quad \text{or} \quad h \quad \sqrt{\left[\frac{R\gamma^{\mathrm{lv}}\cos\theta}{2\mu}\right]t} \tag{2.3}$$

where $t$ is time and $\mu$ is binder fluid viscosity (23). The grouping of terms in brackets involve the material properties which control the dynamics of fluid penetration, namely, average pore radius, or tortuosity $R$ (related to particle size and void distribution of the powder), adhesion tension, and binder viscosity. The rate of capillary fluid rise, or the rate of binding fluid penetration in wet granulation, increases with increasing pore radius (generally coarser powders with larger surface–volume average particle size), increasing adhesion tension (increased surface tension and decreased contact angle), and decreased binder viscosity.

The contact angle of a binder–particle system is not itself a primary thermodynamic quantity, but rather a reflection of individual interfacial energies (Eq. 2.1), which are a function of the molecular interactions of each phase with respect to one another. An interfacial energy may be broken down into its *dispersion* and *polar* components. These components reflect the chemical character of the interface, with the polar component due to hydrogen bonding and other polar interactions and the dispersion component due to van der Waals interactions. These components may be determined by the wetting tests described here, where a variety of solvents are chosen as the wetting fluids to probe specific molecular interactions (26). Interfacial energy is strongly influenced by trace impurities which arise in crystallization of the active ingredient, or other forms of processing such as grinding. It may be modified by judicious selection of surfactants (27). Charges may also exist at interfaces, as characterized by electrokinetic studies (28). The total solid–fluid interfacial energy (i.e., both dispersion and polar components) is also referred to as the *critical solid surface energy* of the particulate phase. It is equal to the surface tension of a fluid which just wets the solid with zero contact angle. This property of the particle feed may be determined by a third approach to characterize wetting, involving the penetration of particles into a series of fluids of varying surface tension (27,29), or by the variation of sediment height (30).

The last approach to characterizing wetting involves chemical probing of properties which control surface energy. As an example, inverse gas chromatography (IGC) uses the same principles and equipment as standard gas chromatography. In IGC, however, the mobile phase is composed of probe gas molecules that move

© 2005 by Taylor & Francis Group, LLC

APOSEM0085744

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 27 of 124
PageID: 2068



**Table 4** Methods of Characterizing Wetting Dynamics of Particulate Systems

| Mechanism of wetting | Characterization method |
|---|---|
| Spreading drops on powder surface<br><br> | Contact angle goniometer:<br>Contact angle<br>Drop height or volume<br>Spreading velocity<br>References:<br>Kossen, Heertjes. Chem Eng Sci 1965; 20:593<br>Pan et al. Dynamic Properties of Interfaces and Association Structure. New York: American Oil Chem Soc Press, 1995 |
| Penetration of drops into powder bed<br><br> | Washburn test:<br>Rate of penetration by height or volume<br>Bartell cell:<br>Capillary pressure difference<br>References:<br>Parfitt, ed. Dispersion of Powders in Liquids. Washburn: Elsevier Applied Science Publishers Ltd., 1986, and Phys Rev 1921; 17:273<br>Bartell, Osterhof. Ind Eng Chem 1927; 19:1277 |
| Penetration of particles into fluid<br><br> | Flotation tests:<br>Penetration time<br>Sediment height<br>Critical solid surface energy distribution<br>References:<br>Ayala R. Ph.D.Thesis, Chem. Eng., Carnegie Mellon University, 1985<br>Fuerstaneau et al. Coll Surf 1991; 60:127<br>Vargha-Butler. In: Botsaris, Glazman, eds. Interfacial Phenomena in Coal Technology, Chap. 2, 1994 |
| Chemical probing of powder<br><br> | Inverse gas chromatography:<br>Preferential adsorption with probe gases<br>Electrokinetics:<br>Zeta potential and charge<br>Surfactant adsorption:<br>Preferential adsorption with probe surfactants<br>References:<br>Lloyd et al., eds. ACS Symposium Series. Vol. 391. Washington, DC: ACS, 1989<br>Aveyard, Haydon. An Introduction to the Principles of Surface Chemistry. Cambridge University Press, 1973<br>Shaw. Introduction to Colloid & Surface Chemistry. London: Butterworths & Co. Ltd., 1983 |

*Source*: From Refs. 1,2,5.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085745

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 28 of 124
PageID: 2069






**Figure 14** Characterizing wetting by dynamic contact angle goniometry. (From Refs. 4,25.)

through a column packed with the powder of interest, which is the stationary phase. As the probe molecules travel through the packed column, they adsorb to and desorb from the powder. The rate and degree of this interaction is determined by the surface chemistry of the powder and the probe molecules. Since the surface chemistry of the probe molecules is known, this allows calculation of the surface chemistry (surface




**Figure 15** Characterizing wetting by Washburn test and capillary rise. (From Refs. 4,23.)

© 2005 by Taylor & Francis Group, LLC

APOSEM0085746




**Figure 16** IGC retention times for glass powder. (From Refs. 4,5.)

energies) of the powder with the help of a series of plots of both alkane and various polar probes. A distinct advantage of IGC is the reproducible measurements of physical chemical surface properties which control adhesion tension.

The strength of the solid/liquid interactions determines the average retention time of a probe. Retention time data for each probe is converted into net retention volumes, $V_N$. The free energy of desorption is given by

$$\Delta G \quad RT \ln V_N + c \quad 2Na\left(\sqrt{\gamma_S^D \gamma_L^D} + \sqrt{\gamma_S^P \gamma_L^P}\right) + c \tag{2.4}$$

where $R$ is the universal gas constant, $T$ is the column temperature, $c$ is a system constant, $N$ is Avagadro's number, and $a$ is the surface area of a probe molecule. As illustrated in Figure 16, a plot of $RT \ln V_N$ vs. $a\sqrt{\gamma_L^D}$ should give a straight line for a series of alkanes, the slope of which allows determination of the solid's dispersive surface energy $\gamma_S^D$. Plotting $RT \ln V_N$ vs. $a\sqrt{\gamma_L^D}$ for the polar probes will give a point that is generally somewhere above the alkane reference line. The polar solid energy $\gamma_S^P$ is then found from a plot of these deviations.

## 2.4. Granulation Examples of the Impact of Wetting

Wetting dynamics has a pronounced influence on initial nuclei distribution formed from fine powder. As an example, the influence of contact angle on the average granule size formed in fluid-bed granulation is illustrated in Figure 17. Water contact angle was varied by changing the percentages of hydrophilic lactose and hydrophobic salicylic acid (31). Note that granule size in this study is actually nuclei size, since little growth has taken place in the process. Nuclei size is seen to improve with contact angle. In addition, the $x$-coordinate would more appropriately be replaced with adhesion tension. Aulton et al. (32) also demonstrated the influence of surfactant concentration on shifting nuclei size due to changes in adhesion tension.

Figure 18(A) illustrates an example of dynamic wetting, where a time series of drop profiles are imaged as a drop wets in to a formulation tablet. Note that the time

© 2005 by Taylor & Francis Group, LLC




**Figure 17** The influence of contact angle on nuclei size formed in fluid-bed granulation of lactose/salicylic acid mixtures. Powder contact angle determined by goniometry and percent lactose of each formulation are given in parentheses. (From Ref. 31.)

scale of wetting in this case is 2 sec, with nearly complete wet-in occurring in 1 sec. This particular formulation was granulated on a continuous pan system in excess of 2 tons/hr. Figure 18(B) compares differences in lots of the formulation. Note that a second lot—referred to as problem technical—experiences significantly degraded granule strength and requires production rates to be substantially reduced. This is associated with nearly twice the initial contact angle (120°) and slower spreading velocity when compared with the good technical. Poor wetting in practice can translate into reduced production rates to compensate for increased time for drops to work into the powder bed surface. Weaker granules are also often observed, since poor wet phase interfacial behavior translates in part to poor solid bond strength and high granule voidage. Note that differences in the lots are only observed over the first 0.25–0.5 sec, illustrating the importance of comparing dynamic behavior of formulations, after which time surfactant adsorption/desorption reduces the contact angle.

As an example of Washburn approaches as illustrated in Figure 19, the effect of fluid penetration rate and the extent of penetration on granule size distribution for drum granulation was shown by Gluba et al. (Powder Hand. & Proc 1990; 2:323). Increasing penetration rate, as reflected by Eq. 2.3 increased granule size and decreased asymmetry of the granule size distribution.

### 2.5. Regimes of Nucleation and Wetting

As previously depicted in Figure 12, the wetting and nucleation process for fine powders consists of several important steps. First, droplets are formed related to spray distribution, or spray flux defined as the wetted area of the bed per unit time.

© 2005 by Taylor & Francis Group, LLC




**Figure 18** Dynamic imaging of drop wetting, and its impact on continuous pan granulation: (A) Dynamic image of a drop wetting into a formulation, with good active ingredient. (B) Comparison of surface spreading velocity and dynamic contact angle vs. time for good and bad active ingredients or technical. Bad technical required reduced production rates. (From Ref. 4.)

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 32 of 124
PageID: 2073



Second, droplets impact and coalesce on the powder bed surface if mixing or wet-in time is slow. Third, droplets spread and penetrate into the moving powder bed to form loose nuclei, again coalescing, if wet-in is slow. In the case of high-shear processes, shear forces break down overwet clumps, also producing nuclei.

Two key features control this wetting and nucleation process. One is the time required for a drop to wet-in to the moving powder bed, in comparison to some circulation time of the process. As discussed previously, this wet-in time is strongly influenced by formulation properties (e.g., Eq. 2.3). The second is the actual spray rate or spray flux, in comparison to solids flux, or mixing rates. Spray flux is strongly influenced by manufacturing and process design.

One can envision that drop penetration time and spray flux define *regimes of nucleation* and wetting. If the wet-in is rapid and spray fluxes are low, individual drops will form discrete nuclei somewhat larger than the drop size, defining a *droplet controlled regime*. At the other extreme, if drop penetration is slow and spray flux is large, drop coalescence and pooling of binder material will occur throughout the powder bed, which must be broken down by mechanical dispersion. In the *mechanical dispersion regime* of nucleation, shear forces control the breakdown of wetting clumps, independent of drop distribution.

Falling between these two extreme regimes, drop overlap and coalescence occur to varying extent defining an *intermediate regime* of nucleation, being a function of penetration time and spray flux. To better define wetting, particularly in the sense of process engineering and scale-up, we will consider drop penetration or wet-in time and spray flux in greater detail.

Beginning with penetration time, Eq. 2.3 defines key formulation properties controlling capillary rise in powder beds. From considering a distribution of macro- and micropores in the moving powder bed, as shown in Figure 20, Hapgood (24) determined a total drop penetration time $t_p$ of

$$t_p \quad 1.35 \frac{V_d^{2/3}}{\varepsilon_{eff}^2} \left[ \frac{\mu}{R_{eff} \gamma \cos\theta} \right] \tag{2.5}$$

As shown previously, drop wet-in time decreases with increasing pore radius $R_{eff}$, decreasing binder viscosity and increasing adhesion tension. In addition, drop penetration time decreases with decreasing drop size $V_d$ and increasing bed porosity $\varepsilon_{eff}$. Effective pore radius $R_{eff}$ is related to the surface-volume average particle size $d_{32}$, particle shape, and effective porosity of packing $\varepsilon_{eff}$ by

$$R_{eff} \quad \frac{\varphi\, d_{32}}{3} \left( \frac{\varepsilon_{eff}}{1 \quad \varepsilon_{eff}} \right) \tag{2.6}$$

To remain with a droplet controlled regime of nucleation, the penetration time given by Eq. 2.5 should be less than some characteristic circulation time $t_c$ of the granulator in question. Circulation time is a function of mixing and bed weight, and can change with scale-up.

Now turning our attention to spray flux, consider Figure 21 where an idealized powder bed of width $B$ moves past a flat spray of spray rate $(dV/dt)$ at a solids velocity of $w$. For a given spray rate, the number of drops is determined by drop volume, which in turn defines the drop area $a$ per unit time which will be covered by the spray, giving a spray flux of:

© 2005 by Taylor & Francis Group, LLC

APOSEM0085750




**Figure 19** Influence of capillary penetration on drum granule size: Increasing penetration rate, as reflected by Eq. 2.3 increases granule size and decreases asymmetry of the granule size distribution.




**Figure 20** Drop penetration in a moving powder bed. (From Ref. 5.)

© 2005 by Taylor & Francis Group, LLC




**Figure 21** Idealized flat spray zone in a spinning riffle granulator. (From Ref. 5.)

$$\frac{da}{dt} \quad \frac{dV/dt}{V_d}\left(\frac{\pi d_d^2}{4}\right) \quad \frac{3}{2}\frac{(dV/dt)}{d_d} \tag{2.7}$$

As droplets contact the powder bed at a certain rate, the powder moves past the spray zone at its own velocity, or at solids flux given for this simple example by

$$\frac{dA}{dt} \quad Bw \tag{2.8}$$

The ratio of the droplet spray flux to the solids flux defines a dimensionless spray flux given by

$$\psi_a \quad \frac{(da/dt)}{(dA/dt)} \quad \frac{3}{2}\frac{(dV/dt)}{d_d(dA/dt)} \tag{2.9}$$

The dimensionless spray flux is the ratio of the rate at which wetted area is covered by droplets to the area of flux of powder through the spray zone, and is a measure of the density of drops falling on the powder surface. As with drop penetration time, it plays a role in defining the regimes of nucleation as illustrated in Figure 22 (5,23). For small spray flux ($\psi_a \approx 1$), drops will not overlap on contact and will form separate discrete nuclei for fast penetration time. For large spray flux ($\psi_a \approx 1$), however, significant drop overlap occurs, forming nuclei much larger than drop size, and in the limit, independent of drop size.



**Figure 22** Monte-Carlo simulations of drop coverage. (From Ref. 5.)

© 2005 by Taylor & Francis Group, LLC




**Figure 23** Effect of spray drop distribution (low spray flux) on nuclei distribution: Lactose feed powder in spinning granulator. (From Ref. 33.)

For the case of random drop deposition as described by a Poisson distribution, Hapgood (23) showed the fraction of surface covered by spray was given by

$$f_{\mathrm{single}} \quad 1 \quad \exp( \quad \psi_a) \tag{2.10}$$

In addition, the fraction of single drops forming individual nuclei (assuming rapid drop penetration) vs. the number of agglomerates formed was given by

$$f_{\mathrm{single}} \quad \exp( \quad 4\psi_a) \tag{2.11}$$

$$f_{\mathrm{agglom}} \quad 1 \quad \exp( \quad 4\psi_a) \tag{2.12}$$

Examples of the above as applied to nucleation are depicted in Figures 23 and 24 and described by Litster et al. (33). Here, nuclei distribution was studied as a function of drop size and spray flux. Lactose was sprayed with a flat spray in a spinning riffle granulator, mimicking the geometry of Figure 21. For a moderate, intermediate spray flux of , $\psi_a$ 0.22, a clear relationship is seen between nuclei size and spray distribution, with nuclei formed somewhat larger than drop size as shown in Figure 23. However, as the speed of the riffles is slowed down (i.e., solids velocity and solids flux are decreased, and dimensionless spray flux increased), the nuclei distribution widens with the formation of agglomerates as depicted in Figure 24.

The spray flux captures the impact of equipment operating variables on nucleation, and as such is very useful for scale-up if nucleation rates and nuclei sizes are to be maintained constant. The overall impact of dimensionless spray flux on nucleation and agglomerate formation is illustrated in Figure 25, with agglomerates increasing with increased spray flux as clearly governed by Eq. 2.12 for the case of rapid drop penetration.

© 2005 by Taylor & Francis Group, LLC




**Figure 24** Effect of powder velocity (variable spray flux water) on nuclei distribution: Lactose feed powder in spinning granulator. (From Ref. 33.)

The regimes of nucleation may now be defined, as depicted in Figure 26 with the help of dimensionless drop penetration time $\tau_p$ and spray flux $\psi_a$, or

$$\tau_p \quad \frac{t_p}{t_c} \quad \frac{\text{penetration time}}{\text{circulation time}} \quad \text{and} \quad \psi_a \quad \frac{(\mathrm{d}a/\mathrm{d}t)}{(\mathrm{d}A/\mathrm{d}t)} \quad \frac{\text{spray flux}}{\text{solids flux}} \tag{2.13}$$

A *droplet controlled nucleation regime* occurs when there is both low spray flux—relatively few drops overlap—and fast droplet penetration—drops wet into




**Figure 25** Agglomerate formation vs. spray flux: Lactose powder with water and HPLC solutions. (From Ref. 5.)

© 2005 by Taylor & Francis Group, LLC




**Figure 26** A possible regime map of nucleation, relating spray flux, solids mixing (solids flux and circulation time), and formulation properties. (From Refs. 5,24.)

the bed completely before bed mixing allows further drop contact. Nuclei will be formed of the order of drop size.

A *mechanical dispersion regime* occurs at the other extreme of high spray flux—giving large drop overlap and coalescence, and large drop penetration times, promoted by poor wet-in rates and slow circulation times and poor mixing. In this regime, nucleation and binder dispersion occur by mechanical agitation. Viscous, poorly wetting binders are slow to flow through pores in the powder bed in the case of poor penetration time. Drop coalescence on the powder surface occurs (also known as ‘‘pooling’’) creating very broad nuclei size distributions. Binder solution delivery method (drop size, nozzle height) typically has minimal effect on the nuclei size distribution, though interfacial properties may affect nuclei and final granule strength.

An *intermediate regime* exists for moderate drop penetration times and moderate spray flux, with the resulting nuclei regime narrowing with decreases in both.

There are several implications with regard to the nucleation regime map of Figure 26 with regard to trouble shooting of wetting and nucleation problems. If drop penetration times are large, making adjustments to spray may not be sufficiently narrow granule size distributions if remaining in the mechanical regime. Significant changes to wetting and nucleation only occur if changes take the system across a regime boundary. This can occur in an undesirable way if processes are not scaled, with due attention to remaining in the drop controlled regime.

## 3. GRANULE GROWTH AND CONSOLIDATION

### 3.1. Overview

As previously outlined in Figures 4 and 10, the evolution of the granule size distribution of a particulate feed in a granulation process is controlled by several mechanisms, including wetting, nucleation, and coating; granule coalescence and consolidation; and granule breakage. Nucleation of fine powders and coating of existing granules by the fluid phase have been discussed in the previous section.

© 2005 by Taylor & Francis Group, LLC




**Figure 27** Granule porosity and mean (pellet) size: Typical regimes of granule growth and consolidation. (Adapted from Refs. 15 19.)

Breakage mechanisms will be treated in the following section. Here, we focus particularly on growth and consolidation mechanisms.

Granule growth includes the *coalescence* of existing granules as well as the *layering* of fine powder onto previously formed nuclei or granules. The breakdown of wet clumps into a stable nuclei distribution can also be included among coalescence mechanisms. As granules grow by coalescence, they are simultaneously compacted by *consolidation* mechanisms, which reduce internal granule voidage or porosity.

There are strong interactions between these rate processes, as illustrated in Figure 27 for the case of drum granulation of fine feed. Here, granule size is illustrated to progress through three stages of growth, including rapid, exponential growth in the initial *nucleation* stage, followed by linear growth in the *transition* stage, finishing with very slow growth in a final *balling* stage. Simultaneously with growth, granule porosity or voidage is seen to decrease with time as the granules are compacted. Granule growth and consolidation are intimately connected; increases in granule size are shown here to be associated with a decrease in granule porosity. This is a dominant theme in wet granulation.

As originally outlined in Ennis (3), these growth patterns are common throughout fluidized-bed, drum, pan, and high-shear mixer processes for a variety of formulations. Specific mechanisms of growth may dominate for a process—sometimes to the exclusion of others (4,5,11,12). However, what all processes have in common is that the prevailing mechanisms are dictated by a balance of critical particle level properties, which control formulation deformability, and operating variables which control the local level of shear, or bed agitation intensity.

### 3.2. Mechanics of the Growth Rate Process

In order for two colliding granules to coalesce rather than break up, the collisional kinetic energy must first be dissipated to prevent rebound as illustrated in Figure 28.

© 2005 by Taylor & Francis Group, LLC




**Figure 28** Mechanisms of granule coalescence for low- and high-deformability systems: Rebound occurs for average granule sizes greater than the critical granule size $D_c$. $K =$ deformability. (From Refs. 1,2.)

In addition, the strength of the bond must resist any subsequent breakup forces in the process. The ability of the granules to deform during processing may be referred to as the formulation's *deformability*, and deformability has a large effect on growth rate. Increases in deformability increase the bonding or contact area thereby dissipating and resisting breakup forces. From a balance of binding and separating forces and torque acting within the area of granule contact, Ouchiyama and Tanaka (34) derived a critical limit of size above which coalescence becomes impossible, or a maximum growth limit given by

$$D_c \quad (AQ^{3\varsigma/2}K^{3/2}\sigma_T)^{1/(4-(3/2)\eta)} \tag{3.1}$$

Here, $K$ is deformability, a proportionality constant relating the maximum compressive force $Q$ to the deformed contact area, $A$ is a constant with units of $[L^3/F]$, which relates granule volume to impact compression force, and $\sigma_T$ is the tensile strength of the granule bond. Granules are compacted as they collide. This expels pore fluid to the granule surface thereby increasing local liquid saturation in the contact area of colliding granules. This surface fluid (1) increases the tensile strength of the liquid bond $\sigma_T$ and (2) increases surface plasticity and deformability $K$.

$D_c$ represents the largest granule that may be grown in a granulation process, and it is a harmonic average granule size. Therefore, it is possible for the collision of two large granules to be unsuccessful, their average being beyond this critical size, whereas the collision of a large and small granule leads to successful coalescence. The growth limit $D_c$ is seen to increase with increased formulation deformability (which will be shown to be a strong function of moisture and primary particle size distribution), increased compressive forces (which are related to local shear levels in the process), and increased tensile forces (which are related to the interparticle forces previously discussed.) The parameters $\zeta$ and $\eta$ depend on the deformation mechanism within the contact area. For plastic deformation, $\zeta \quad 1$, $\eta \quad 0$, and $K \propto 1/H$ where $H$ is hardness. For elastic, Hertzian deformation, $\zeta \quad 2/3$, $\eta \quad 2/3$, and $K \propto (1/E^*)^{2/3}$ where $E^*$ is the reduced elastic modulus. Granule deformation is initially dominated by inelastic behavior of contacts during collision (35).

© 2005 by Taylor & Francis Group, LLC

### 3.3. Types of Granule Growth

The importance of deformability to the growth process depends on *bed agitation intensity*. If little deformation takes place during granule collisions, the system is referred to as a *low deformability* or *low agitation intensity* process. This generally includes fluid bed, drum, and pan granulators. Growth is largely controlled by the extent of any surface fluid layer and surface deformability, with surface fluid playing a large role in dissipating collisional kinetic energy. Growth generally occurs at a faster time scale than overall granule deformation and consolidation. This is depicted in Figure 29, where smaller granules can still be distinguished as part of a larger granule structure, or a "pop-corn"-type appearance as often occurs in fluid-bed granulation. (Note that such a structure may not be observed if layering and nucleation alone dominate with little coalescence of large granules.) In this case, granule coalescence and consolidation have less interaction than they do with high deformability systems, making low deformability–low agitation systems easier to scale and model.

For high shear rates or bed agitation intensity, large granule deformation occurs during granule collisions, and granule growth and consolidation occur on the same time scale. Such a system is referred to as a *deformable* or *high agitation intensity* process, and it generally includes continuous pin and plow shear-type mixers, as well as batch high-shear pharmaceutical mixers. In these cases, substantial collisional kinetic energy is dissipated with deformation of the wet mass composing the granule. Rather than a "sticking" together process as often occurs in the low deformability process of fluid beds, granules are "smashed" together as with a high-shear mixer, and smaller granules are not distinguishable with the granule structure, as depicted in Figure 29. High-agitation, high-deformable processes generally produce denser granules than those with low deformablity and low agitation intensity. In addition, the combined and competing effects of granule coalescence and consolidation make high-agitation processes difficult to model and scale. Both coalescence and consolidation increase with increase in shear and deformability, whereas as granules densify, they become less deformable, which works to lower coalescence in the later stages of growth.




**Figure 29** Granule structures resulting from (A) low- and (B) high-deformability systems, typical for fluid-bed and high-shear mixer granulators, respectively. (From Ref. 4.)

© 2005 by Taylor & Francis Group, LLC




**Figure 30** Classification of agglomeration processes by agitation intensity and compaction pressure. (From Refs. 1,2,5.)

Bed agitation intensity is controlled by mechanical variables of the process such as fluid-bed excess gas velocity, or mixer impeller and chopper speed. Agitation intensity controls the relative collisional and shear velocities of granules within the process and therefore growth, breakage, consolidation, and final product density. Figure 30 summarizes typical characteristic velocities, agitation intensities, and compaction pressures, and product relative densities achieved for a variety of size-enlargement processes.

Last, it should be noted that the process or formulation itself cannot define whether it falls into a low- or high-agitation intensity process. As discussed more fully in the following sections, it is a function of both the level of shear as well as the formulation deformability. A very stiff formulation with low deformability may behave as a low deformability system in a high-shear mixer, or a very pliable formulation may act as a high-deformable system in a fluid-bed granulator.

### 3.4. Granule Deformability

Granule deformability—and hence $D_c$—is a strong function of moisture, as illustrated in Figure 31 by the marked increase in average granule size. Deformability $K$ is related to both the *yield strength* of the material $\sigma_y$, i.e., the ability of the material to resist stresses, and the ability of the surface to be strained without degradation or rupture of the granule, with this maximum allowable *critical deformation strain* denoted by $(\Delta L/L)_c$. Figure 32 illustrates the low shear rate stress–strain behavior of agglomerates during compression as a function of liquid saturation, with strain denoted by $\Delta L/L$. In general, high deformability $K$ requires low yield strength $\sigma_y$ and high critical strain $(\Delta L/L)_c$. For this formulation, increasing moisture increases deformability by lowering interparticle frictional resistance, which also increases mean granule size (Fig. 31).

In most cases, granule deformability increases with increasing moisture, decreasing binder viscosity, decreasing surface tension, decreasing interparticle

© 2005 by Taylor & Francis Group, LLC




**Figure 31** Effect of granule saturation on mean granule diameter, indicating the marked increase in granule deformability. Mean granule diameter is a measure of the critical limit of size $D_c$. Granulation of calcium hydrogen phosphate aqueous binder solutions. Fielder PMAT 25 VG mixer. (From Ref. 36.)

friction, and increasing average particle size (specifically $d_{sv}$, or the surface–volume mean size), as well as increasing bed agitation intensity. The important contributions of binder viscosity and friction to granule deformability and growth are illustrated by fractions of energy dissipated during a granule collision as depicted in Figure 33. Note that 60% of the energy is dissipated through viscous losses, with the majority of the remainder through interparticle friction. Very little is loss due to capillary forces controlled by surface tension. Therefore, modern approaches to granule coalescence rest in understanding the impact of granule deformability on growth, rather than the original capillary framework alone, as put forth by Rumpf (20,21) regarding pendular and funicular forces due to interparticle liquid bridges.

### 3.5. Interparticle Forces Due to Pendular Bridges

Interstitial fluid and the resulting pendular bridges play a large role in both granule growth and granule deformability. Pendular bridges between particles of which a granule is composed, give rise to capillary and viscous interparticle forces. These forces develop interparticle pressure, which also allows friction to act between point contacts (Fig. 34). Interparticle forces due to pendular bridges, and their impact on deformability, warrant further attention. Note that capillary forces for small contact

© 2005 by Taylor & Francis Group, LLC




**Figure 32** The influence of sample saturation $S$ on granule deformability: Deformation strain $(\Delta L/L)$ is measured as a function of applied stress, with the peak stress and strain denoted by tensile strength $\sigma_y$ and critical strain $(\Delta L/L)_c$ of the material. Dicalcium phosphate with 15 wt% binding solution of PVP/PVA Kollidon® VA64. Fifty percent compact porosity. (From Ref. 37.)

angle attract particles (but repel for $\theta > 90°$), whereas viscous and frictional forces act to resist the direction of motion.

As shown in Figures 11 and 34, consider two spherical particles of radius $a$ separated by a gap distance $2h_o$ approaching one another at a velocity $U$. The two particles may represent two primary particles within the granule, in which case we are concerned about the contribution of interparticle forces to granule strength and deformability. Or they may represent two colliding granules, in which case we are concerned with the ability of the pendular bridge to dissipate granule kinetic energy and resist breakup forces in the granulation process. The two spheres are bound by a pendular bridge of viscosity μ, density ρ, and surface tension γ. The pendular bridge consists of the binding fluid in the process, which includes the added solvent and any solubilized components. In some cases, it may also be desirable to include very fine solid components within the definition of the binding fluid, and, therefore, consider instead a suspension viscosity and surface tension. These material parameters vary on a local level throughout the process, and are also time dependent and a function of drying conditions.

For the case of a static liquid bridge (i.e., $U$ 0) with perfect wetting, surface tension induces an attractive capillary force between the two particles due to a three-phase contact line force and a pressure deficiency arising from interfacial curvature. The impact of this static pendular bridge force on static granule strength has been studied and reported extensively (3,20–22). It is important to recognize that in most processes, however, the particles are moving relative to one another and, therefore, the bridge liquid is in motion. This gives rise to viscous resistance forces which can contribute significantly to the total bridge strength. The strength of both Newtonian

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 44 of 124
PageID: 2085






**Figure 33** Distribution of energy dissipation during agglomerate collisions, with granular simulations of wall impact for 128 µs duration for invisicid and viscous binder agglomerates. (From Ref. 11.)

and non-Newtonian pendular bridges have been studied extensively (3,39,40). For Newtonian fluids (39), the dynamic strength was shown to be given by

$$\frac{F}{\pi\gamma a} \quad F_{\text{cap}} + F_{\text{vis}} \quad F_{\text{o}} + 3Ca/\varepsilon \quad \text{where} \begin{cases} F_{\text{cap}} & (2 \quad 2H_{\text{o}}) \sin^2 \varphi \\ F_{\text{vis}} & 3Ca/\varepsilon \\ Ca & \mu U/\gamma \end{cases} \tag{3.2}$$

Here, all forces have been made dimensionless with respect to a measure of the capillary force, or $\pi\gamma a$. Note that the bridge strength consists of two components. $F_{\text{cap}}$ is the strength of a static capillary bridge, and is a function of curvature of




**Figure 34** Interparticle forces and granule deformability: Interparticle forces include capillary forces, viscous lubrication forces, and frictional forces. (From Ref. 4.)

© 2005 by Taylor & Francis Group, LLC

APOSEM0085762




**Figure 35** Maximum strength of a liquid bridge between two axial moving particles as a function of *Ca* for Newtonian and shear thinning fluids. (From Ref. 3.)

the interface $H_o$ and the filling angle. In dimensional form, it is given by

$$F^*_{cap} \quad \pi\gamma a(2 \quad 2H_o)\sin^2\varphi \tag{3.3}$$

$F_{vis}$ is the strength of a viscous, dynamic bridge, and is equivalent to the force between two spheres approaching one another in an infinite fluid. This force is a function of binder viscosity μ, and the collision velocity *U*. Here, $\varepsilon \quad 2h_o/a$ is gap distance, and not granule voidage. In dimensional form, the viscous force is given by

$$F^*_{vis} \quad 6\pi\mu Ua/\varepsilon \tag{3.4}$$

From Eq. 3.2, one finds that the dynamic bridge force begins with the static bridge strength—which is a constant independent of velocity (or *Ca*), and then increases linearly with *Ca*, which is a capillary number representing the ratio of viscous ($\pi\mu Ua$) to capillary ($\pi\gamma a$) forces, and is proportional to velocity. This is confirmed experimentally as illustrated in Figure 35 for the case of two spheres approaching axially. Extensions of the theory have also been conducted for non-Newtonian fluids (shear thinning), shearing motions, particle roughness, wettability, and time-dependent drying binders. The reader is referred to Ennis (3,39) for additional details. Curves for non-Newtonian fluids are also included in Figure 35.

For small velocities, small binder viscosity, and large gap distances, the strength of the bridge will approximate a static pendular bridge, or $F_{cap}$, which is proportional to and increases with increases in surface tension. This force is equivalent to the static pendular force *H* previously given in Eq. 1.2 as studied by Rumpf (20,21) and Augsburger and Vuppala (22). On the other hand, for large binder viscosities and velocities, or small gap distances, the bridge strength will approximately be equal to $F_{vis}$, which is proportional to and increases with increases in binder viscosity and velocity. This viscous force is singular in the gap distance and increases dramatically for small separation of the particles. It is important to note that as

© 2005 by Taylor & Francis Group, LLC

granules are consolidated, resulting in decreases in effective interparticle gap distance, and as binders dry, resulting in large increases in binder viscosity, the dynamic bridge strength can exceed the static strength by orders of magnitude.

### 3.6. Dynamic Wet Mass Rheology and Deformability Revisited

The yield stress of powder compacts has previously been reported in Figure 32 for the case of slow yielding. However, the dependence of interparticle forces on *shear rate* clearly impacts *wet mass rheology* and therefore deformability. Figure 36 illustrates the stress–strain response of compacts, demonstrating that the peak flow or yield stress increases proportionally with compression velocity (41). In fact, in a similar fashion to dynamic liquid bridge forces, the peak flow stress of wet unsaturated compacts (initially pendular state) can be seen to also increase with *Ca* as follows (Fig. 37):

$$\frac{\sigma_y^{\mathrm{Peak}}}{\gamma/a} \quad \sigma_o + A\,\overline{Ca}^{B} \quad \text{where} \begin{cases} \quad\quad\quad \sigma_o \quad 5.0 \quad 5.3 \\ A \quad 280 \quad 320, B \quad 0.58 \quad 0.64 \\ \quad\quad\quad \overline{Ca} \quad \mu\dot{\varepsilon}a/\gamma \end{cases} \tag{3.5}$$

There are several important issues worth noting with regard to these results. First is the similarity between the strength of the assembly or compact given by Eq. 3.5 and the strength of the individual dynamic pendular bridge given by Eq. 3.2; both curves are similar in shape with a capillary number dependency. As with the pendular bridge, two regions may be defined. In region 1, for a bulk capillary number of $\overline{Ca} < 10^{-4}$, the strength or yield stress of the compact depends on the static pendular bridge, and therefore on surface tension, particle size, and liquid load-




**Figure 36** Typical compact stress response for fast compression vs. crosshead compression velocity for glass ballotini ($d_{32} = 35\,\mu$m) and compact diameter 20 mm, length 25 mm. (From Ref. 41.)

© 2005 by Taylor & Francis Group, LLC




**Figure 37** Dimensionless peak flow stress of Fig. 36 vs. bulk capillary number, for various binder solutions. (From Ref. 41.)

ing. In region 2, for $\overline{Ca} > 10^{-4}$, the strength depends on the dynamic pendular bridge, and therefore on binder viscosity and strain rate, in addition to particle size.

Second, the results of Figure 37 do not clearly depict the role of saturation and compact porosity, though these properties are known to affect strength. Decreases in compact porosity generally increases compact strength through increases in interparticle friction, whereas increases in saturation lower strength (e.g., Figure 32) (36,37,42). Hence, the curve of Figure 37 should be expected to shift with these variables, particularly since the viscous force for axial approach is singular in the interparticle gap distance (Eqs. 3.4).

Third, the static granule or assembly strength (Eq. 1.2), as originally developed by Rumpf (20,21) and Augsburger and Vuppala (22), is captured by the constant, low $Ca$ value of the yield stress or

$$\sigma_y^{\text{Peak}} \approx \sigma_o(\gamma/a) \approx \frac{9}{8}\left(\frac{1 \quad \varepsilon}{\varepsilon}\right)\frac{H}{a^2} \approx \frac{9}{4}\left(\frac{1 \quad \varepsilon}{\varepsilon}\right)\frac{\gamma\cos\theta}{a} \quad \text{for } \overline{Ca} < 10^{-4} \tag{3.6}$$

Fourth, the mechanism of compact failure also depends on strain rate. Figure 38 illustrates schematically the crack behavior observed in compacts as a function of capillary number. At low Ca, compacts fail by brittle fracture with macroscopic crack propagation, whereas at high Ca, compacts fail by plastic flow.

Within the context of granulation, small yield stresses at low Ca may result in unsuccessful growth when these stresses are compared with large breakup forces. With increased yield stress comes stronger granules but also decreased deformability. Therefore, high strength might imply a low-deformability growth mechanism for low-shear processes such as a fluid bed. On the other hand, it might imply smaller growth rates for high-shear processes which are able to overcome this yield stress and bring about kneading action and plastic flow in the process. Therefore, it is important to bear in mind that increased liquid saturation may initially lower yield stress, allowing more plastic deformation during granule collisions. However, as granules grow and consolidate and decrease in voidage, they also strengthen and rise

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 48 of 124
PageID: 2089






**Figure 38** Collisions between surface wet granules, beginning with approach, and ending with separation. (From Refs. 3,5,43,44.) Note that no deformation takes place in the original Stokes model.

in yield stress, becoming less deformable with time and withstanding shear forces in the granulator. Hence, the desired granule strength and deformability is linked in a complex way to granulator shear forces and consolidation behavior.

### 3.7. Low-Agitation Intensity–Low-Deformability Growth

For those low-agitation processes or formulations which allow little granule deformation during granule collisions, consolidation of the granules occurs at a much slower rate than growth, and granule deformation can be ignored to a first approximation. The growth process can be modeled by the collision of two nearly stiff granules each coated by a liquid layer of thickness $h$. A pictorial depiction of a granule collision is illustrated in Figure 38. For the case of zero plastic deformation, the probability of successful coalescence as developed by Ennis and coworkers (3,43) is governed by a dimensionless energy, or Stokes number $St$ given by

$$St \quad \frac{4\rho u_0 a}{9\mu} \tag{3.7}$$

where $u_0$ is the relative collisional velocity of the granules, $\rho$ is granule density, $a$ is the harmonic average of granule diameter, and $\mu$ is the solution phase binder viscosity. The Stokes number represents the ratio of initial collisional kinetic energy to the energy dissipated by viscous lubrication forces, and it is one measure of normalized bed agitation energy. Successful growth by coalescence or layering requires that

$$St < St^* \quad \text{where } St^* \quad \left(1 + \frac{1}{e_r}\right) \ln(h/h_a) \tag{3.8}$$

where $St^*$ is a critical Stokes number representing the energy required for rebound. The binder layer thickness $h$ is related to liquid loading, $e_r$ is the coefficient of restitution of the granules, and $h_a$ is a measure of surface roughness or asperities. The critical condition given by Eq. 3.8 controls the growth of low deformability systems. This criteria has also been extended to capillary coalescence (3) and for cases of plastic deformation (44).

Binder viscosity is a function of local temperature, collisional strain rate (for non-Newtonian binders), and binder concentration dictated by drying rate and local

© 2005 by Taylor & Francis Group, LLC

APOSEM0085766




**Figure 39** Median granule diameter for fluid-bed granulation of ballotini with binders of different viscosity indicating regimes of growth. (From Refs. 3,43.)

mass transfer and local bed moisture. It can be controlled through judicious selection of binding and surfactant agents and measured by standard rheological techniques (45). The collisional velocity is a function of process design and operating variables, and is related to bed agitation intensity and mixing. Possible choices of $u_0$ are summarized in Figure 30, and discussed more fully regarding scale-up in Chapter 18. Note that $u_0$ is an interparticle *collisional* velocity, which is not necessarily the local average granular flow velocity.

Three regimes of granule growth may be identified for low-agitation intensity–low-deformability processes (3,43), as depicted for fluid-bed granulation in Figure 39, and outlined as follows:

*Noninertial regime*: For small granules or high binder viscosity lying within a noninertial regime of granulation, all values of $St$ will lie below the critical value $St^*$ and therefore all granule collisions result in successful growth provided binder is present. Growth rate is independent of granule kinetic energy, particle size, and binder viscosity (provided other rate processes are constant). Distribution of binding fluid and degree of mixing then control growth and, and this is strongly coupled with the rate process of wetting (see previous section). As shown in Figure 39, both binders have the same initial growth rate for similar spray rates, independent of binder viscosity. Increases in bed moisture (e.g., spray rate, drop rate) and increases in granule collisions in the presence of binder will increase the overall rate of growth. It must be borne in mind, however, that there is a 100% success of these collisions, since dissipation of energy far exceeds collisional kinetic energy.

*Inertial regime*: As granules grow in size, their collisional momentum increases, leading to localized regions in the process where $St$ exceeds the critical value $St^*$. In this inertial regime of granulation, granule size, binder

© 2005 by Taylor & Francis Group, LLC




**Figure 40** (**A**) Exponential growth in drum granulation reaching a growth limit $d_{max}$, or maximum extent of growth $(kt)_{max}$, which are functions of moisture saturation (15 19). (**B**) Maximum extent of noninertial growth $(kt)_{max}$ as a linear function of saturation of the powder feed and binder viscosity. (**C**) Maximum extent normalized for differences in binder viscosity, drum speed, granule density by Stokes number. (From Ref. 46.)

viscosity, and collision velocity determine the proportion of the bed in which granule rebound is possible. Increases in binder viscosity and decreases in agitation intensity increase the extent of granule growth—i.e., the largest granule that may be grown [e.g., $D_c$ of Eq. 3.1]. This is confirmed in Figure 39 with the CMC binder continuing to grow, whereas the PVP system with lower viscosity slows down in growth. Note that the rate of growth, however, is controlled by binder distribution and mixing, and not binder viscosity. For example, increasing binder viscosity will not affect growth rate, or initial granule size, but it will result in an increased growth limit.

*Coating regime*: When the spatial average of *St* exceeds $St^*$, growth is balanced by granule disruption or breakup, leading to the coating regime of granulation. Growth continues by coating of granules by binding fluid alone. The PVP system with lower viscosity is seen to reach its growth limit and therefore coating regime in Figure 39.

Transitions between granulation regimes depend on bed hydrodynamics. As demonstrated by Ennis et al. (3,4,43), granulation of an initially fine powder may exhibit characteristics of all three granulation regimes as time progresses, since *St* increases with increasing granule size. Implications and additional examples regarding the regime analysis are highlighted by Ennis (3,4,43). In particular, increases in fluid-bed excess gas velocity exhibit a similar but opposite effect on growth rate to binder viscosity; namely, it is observed to not affect growth rate in the initial Noninertial regime of growth, but instead lowers the growth limit in the inertial regime.

© 2005 by Taylor & Francis Group, LLC

### 3.8. Example: Extent of Noninertial Growth

Growth by coalescence in granulation processes may be modeled by population balances (Chapter 21). It is necessary to determine both the mechanism and the kernel which describe growth. For fine powders within the noninertial regime of growth, all collisions result in successful coalescence provided binder is present. Coalescence occurs via a random, size independent kernel which is only a function of liquid loading $y$, as well as mixing, or

$$\beta(u, v) \quad k \quad k^* f(y) \tag{3.9}$$

For random growth and in the presence of sufficient binding fluid, it may be rigorously proven that the average granule size increases exponentially with time, or

$$d \quad d_0 \, e^{kt} \tag{3.10}$$

This exponential increase in size with time is confirmed experimentally in Figure 40, where increases in liquid loading $f(y)$ increase growth rate. (Note that granule saturation $S$ is connected to liquid loading $y$ and porosity.) Based on the regime analysis work above, growth will continue in a process while the conditions of Eq. 3.8 are met, i.e., dissipation exceeds collisional kinetic energy. Examples of these growth limits are seen in the drum granulation work of Kapur (15–19) in Figure 40, as well as fluid beds (Fig. 39) and mixers (Fig. 41). It may be shown that the maximum extent of granulation $(kt)_{max}$ occurring within the noninertial regime is given by




**Figure 41** Granule diameter as a function of time for high-shear mixer granulation, illustrating the influence of deformability on growth behavior. Directions of increasing viscosity and impeller speed indicated by arrows. (A) Ten-liter melt granulation of lactose with 15 wt% binder and impeller speed of 1400 rpm for two different viscosity grades of polyethylene gylcol binders. (B) Ten-liter vertical high-shear mixer granulation of dicalcium phosphate with 15 wt% binder solution of PVP/PVA Kollidon® VA64, liquid loading of 16.8 wt%, and chopper speed of 1000 rpm for varying impeller speed. (From Refs. 47,48.)

© 2005 by Taylor & Francis Group, LLC

$$(kt)_{\max} \quad 6 \ln(St^*/St_0)\, f(y) \propto \ln\left(\frac{\mu}{\rho u_0 d_0}\right) \tag{3.11}$$

$St_0$ is the Stokes number based on initial nuclear diameter $d_0$ (46). Extent $(kt)_{\max}$ is taken as the logarithm of the growth limit in the first random stage of growth, or $d_{\max}$. The growth limits $d_{\max}$ of Figure 40(A) are replotted as extents in Figure 40(B). Here, $(kt)_{\max}$ is observed to depend linearly on liquid loading $y$. Therefore, the maximum granule size depends exponentially on liquid loading, as observed experimentally (Fig. 31).

From Eq. 3.11, it is possible to scale or normalize a variety of drum granulation data to a common drum speed and binder viscosity. Maximum granule size $d_{\max}$ and extent $(kt)_{\max}$ depend linearly and logarithmically, respectively, on binder viscosity and the inverse of agitation velocity. This is illustrated in Figure 40(B), where the slope of each formulation line depends linearly on binder viscosity. Figure 40 illustrates the normalization of extent $(kt)_{\max}$ for the drum granulation of limestone and fertilizers, correcting for differences in binder viscosity, granule density, and drum rotation speed, with the data collapsing onto a common line following normalization.

### 3.9. High-Agitation Intensity–Deformable Growth

For high-agitation processes involving high-shear mixing or for readily deformable formulations, granule deformability, plastic deformation, and granule consolidation can no longer be neglected as they occur at the same rate as granule growth. Typical growth profiles for high-shear mixers are illustrated in Figure 41. Two stages of growth are evident, which reveal the possible effects of binder viscosity and impeller speed, as shown for data replotted vs. impeller speed in Figure 42. The initial, nonequilibrium stage of growth is controlled by granule deformability, and is of most




**Figure 42** Granule diameter as a function of impeller speed for both initial nonequilibrium and final equilibrium growth limit for high-shear mixer granulation (From Ref. 10,48.)

© 2005 by Taylor & Francis Group, LLC

practical significance in manufacturing for high-shear mixers. Increases in $St$ due to lower viscosity or higher impeller speed increase the rate of growth, since the system becomes more deformable and easier to knead into larger granule structures (e.g., Fig. 29). These effects are contrary to what is predicted from the Stokes analysis based on rigid, low-deformability granules, where high viscosity and low velocity increase the growth limit.

Growth continues until disruptive and growth forces are balanced in the process. This last equilibrium stage of growth represents a balance between dissipation and collisional kinetic energy, and so increases in $St$ decrease the final granule size, as expected from the Stokes analysis. Note that the equilibrium granule diameter decreases with the inverse square root of the impeller speed, as it should based on $St \quad St^*$, with $u_0 \quad a^*(du/dx) \quad \omega a$.

The Stokes analysis is used to determine the effect of operating variables and binder viscosity on equilibrium growth, where disruptive and growth forces are balanced. In the early stages of growth for high-shear mixers, the Stokes analysis in its present form is inapplicable. Freshly formed, uncompacted granules are easily deformed, and as growth proceeds and consolidation of granules occur, they will surface harden and become more resistant to deformation. This increases the importance of the elasticity of the granule assembly. Therefore, in later stages of growth, older granules approach the ideal Stokes model of rigid collisions. In addition, the Stokes number controls in part the degree of deformation occurring during a collision since it represents the importance of collision kinetic energy in relation to viscous dissipation, although the exact dependence of deformation on $St$ is presently unknown.

The Stokes coalescence criteria of Eq. 3.8 developed by Ennis must be generalized to account for substantial plastic deformation in order to treat the initial nonequilibrium stages of growth in high-agitation systems such as high-shear mixers. In this case, granule growth and deformation are controlled by a generalization of $St$, or a deformation Stokes number $St_{\mathrm{def}}$, as originally defined by Tardos et al. (49,50):

$$St_{\mathrm{def}} \quad \frac{\rho u_{\mathrm{o}}^2}{\sigma_{\mathrm{y}}} \quad \frac{\rho (\mathrm{d}u_{\mathrm{o}} / \mathrm{d}x)^2 d^2}{\sigma_{\mathrm{y}}} \tag{3.12}$$

Viscosity has been replaced by a generalized form of plastic deformation controlled by the yield stress $\sigma_y$, which may be determined by compression experiments. As shown previously, yield stress is related to deformability of the wet mass, and is a function of shear rate, binder viscosity, and surface tension, primary particle size and friction, and saturation and voidage as previously given by Eq. 3.5 and Figures 32 and 37.

Critical conditions required for granule coalescence may be defined in terms of the viscous and deformation Stokes number, or $St$ and $St_{\mathrm{def}}$, respectively. These represent a complex generalization of the critical Stokes number given by Eq. 3.9, and are discussed in detail elsewhere (5,44).

An overall view of the impact of deformability on growth behavior may be gained from Figure 43, where types of granule growth are plotted vs. deformability in a regime map, and yield stress has been measured by compression experiments (51). Growth mechanism depends on the competing effects of high-shear promoting growth by deformation on the one hand and the breakup of granules giving a growth limit on the other. For high velocities, growth is not possible by deformation due to high shear, and the material remains in a crumb state. For low pore saturation,

© 2005 by Taylor & Francis Group, LLC




**Figure 43** Regime map of growth mechanisms, based on moisture level and deformabilty of formulations. (From Ref. 51.)

growth is only possible by initial wetting and nucleation, with the surrounding powder remaining ungranulated. At intermediate levels of moisture, growth occurs at a steady rate for moderate deformability, but has a delay in growth for low deformability. This delay, or induction time, is related to the time required to work moisture to the surface to promote growth. For high moisture, very rapid and potentially unstable growth occurs.

The currrent regime map as presented requires considerable development. Overall growth depends on the mechanics of local growth, as well as the overall mixing pattern and local/overall moisture distribution. Levels of shear are poorly understood in high-shear processes. In addition, growth by both deformation and the rigid growth model is possible. Lastly, deformability is intimately linked to both voidage and moisture. They are not a constant for a formulation, but depend on time and the growth process itself through the interplay of growth and consolidation. Nevertheless, the map provides a starting point, and is discussed in additional detail in Chapter 18.

### 3.10. Determination of $St^*$

The extent of growth is controlled by some limit of granule size, either reflected by the critical Stokes number $St^*$ or by the critical limit of granule size $D_c$. There are several possible methods to determine this critical limit. The first involves measuring the critical rotation speed for the survival of a series of liquid binder drops during drum granulation (3). A second refined version involves measuring the survival of granules in a couette-fluidized shear device (49,50). Both the onset of granule deformation and the complete granule rupture are determined from the dependence of granule shape and the number of surviving granules, respectively, on shear rate. The critical shear rate describing complete granule rupture defines $St^*$, whereas the onset of deformation and the beginning of granule breakdown defines an

© 2005 by Taylor & Francis Group, LLC




**Figure 44** Determination of the onset of granule deformation and complete granule breakdown with the fluidized couette constant shear device. $Y$ is a yield number, $F_{sur}$ is the fraction of surviving granules, and $D_{def}$ is the average degree of granule deformation. (From Refs. 49,50.)

additional critical value (Fig. 44). The third approach is to measure the deviation in the growth rate curve from random exponential growth (52). The deviation from random growth indicates a value of $w^*$, or the *critical granule diameter* at which noninertial growth ends. This value is related to $D_c$ (Fig. 45). (See Chapter 21 regarding




**Figure 45** Determination of critical granule diameter, or growth limit, from the evolution of the granule size distribution. (From Ref. 51.)

© 2005 by Taylor & Francis Group, LLC

modeling for further discussion.) The last approach is through the direct measurement of the yield stress through compression experiments.

### 3.11. Example: High-Shear Mixer Growth

An important case study for high-deformability growth was conducted by Holm et al. (42) for high-shear mixer granulation. Lactose, dicalcium phosphate, and dicalcium phosphate/starch mixtures (15% and 45% starch) were granulated in a Fielder PMAT 25 VG laboratory scale mixer. Granule size, porosity, power level, temperature rise, and fines disappearance were monitored during liquid addition and wet massing phases. Impeller and chopper speeds were kept constant at 250 and 3500 rpm, respectively, with 7.0–7.5 kg starting material. Liquid flow rates and amount of binder added were varied according to the formulation.

Figure 46 illustrates typical power profiles during granulation, whereas Figure 47 illustrates the resulting granule size and voidage (or porosity). Note that wet massing time (as opposed to total process time) is defined as the amount of time following the end of liquid addition, and the beginning of massing time is indicated in Figure 47.

Clear connections may be drawn between granule growth, consolidation, power consumption, and granule deformability. From comparing Figures 46 and 47 for the case of lactose, one may note that there is no further rise in power following the end of water addition (beginning of wet massing), and this corresponds to no further changes in granule size and porosity. In contrast, dicalcium phosphate continues to grow through the wet massing stage, with corresponding continual increases in granule size and porosity. Last, the starch formulations are noted to have power increase for approximately 2 min into the wet massing stage, corresponding to 2 min of growth; however, growth ceases when power consumption levels off. Therefore, power clearly tracks growth and consolidation behavior.

Further results connecting power and growth to compact deformability are provided in Holm (42). The deformability of lactose compacts, as a function of saturation and porosity, is shown to increase with moisture in a stable fashion.




**Figure 46** Power consumption for lactose, dicalcium phosphate, and dicalcium phosphate/starch mixtures (15% and 45% starch) granulated in a Fielder PMAT 25 VG. (From Ref. 42.)

© 2005 by Taylor & Francis Group, LLC




**Figure 47** Granule size and porosity vs. wet massing time for lactose, dicalcium phosphate, and dicalcium phosphate/starch mixtures (15% and 45% starch) granulated in a Fielder PMAT 25 VG. (From Ref. 42.)

Therefore, growth rates and power rise do not lag behind spray addition, and growth ceases with the end of spraying. Dicalcium phosphate compacts, on the other hand, remain undeformable until a critical moisture is reached, after which they become extremely deformable and plastic. This unstable behavior is reflected by an inductive lag in growth and power after the end of spray addition, ending with unstable growth and bowl sticking as moisture is finally worked to the surface.

In closing, a comment should be made with regard to using power for control and scale-up. While it is true the power is reflective of the growth process, it is a dependent variable in many respects. Different lots of an identical formulation, e.g., may have different yield properties and deformability, and a different dependence on moisture. This may be due to minute particle property changes controlling the rate processes. Therefore, there is no unique relationship between power and growth. However, power measurements might be useful to indicate a shift in formation properties.

Lastly, specific power is required for scale-up, where power is normalized by the active portion of the powder bed. The impact of scale-up on mixing and distribution of power in a wet mass, however, is only partly understood at this point.

### 3.12. Granule Consolidation

Consolidation of granules determines *granule porosity* or *voidage,* and hence *granule density.* Granules may consolidate over extended times and achieve high densities if there is no simultaneous drying to stop the consolidation process. The extent and rate of consolidation are determined by the balance between the collision energy and the granule resistance to deformation. The voidage $\varepsilon$ may be shown to depend on time as follows:

$$\frac{\varepsilon \quad \varepsilon_{\min}}{\varepsilon_0 \quad \varepsilon_{\min}} \quad \exp( \quad \beta t) \quad \text{where } \beta \quad fn(y, St, St_{\text{def}}) \qquad (3.13)$$

Here, $y$ is liquid loading, $\varepsilon_0$ and $\varepsilon_{\min}$ are the beginning and final minimum porosity, respectively (53). The effect of binder viscosity and liquid content are complex and interrelated. For low-viscosity binders, consolidation increases with liquid

© 2005 by Taylor & Francis Group, LLC




**Figure 48** Effect of binder liquid content and primary feed particle size on granule porosity for the drum granulation of glass ballotini: Decreasing granule porosity corresponds to increasing extent of granule consolidation. (From Ref. 53.)

content as shown in Figure 48 (53). This is the predominant effect for the majority of granulation systems, with liquid content related to peak bed moisture on average. Increased drop size and spray flux are also known to increase consolidation. Drying effects peak bed moisture and consolidation as well through varying both moisture level as well as binder viscosity. For very viscous binders, consolidation decreases with increasing liquid content. As a second important effect, decreasing feed particle size decreases the rate of consolidation due to the high specific surface area and low permeability of fine powders, thereby decreasing granule voidage. Last, increasing agitation intensity and process residence time increases the degree of consolidation by increasing the energy of collision and compaction. The exact combined effect of formulation properties is determined by the balance between viscous dissipation and particle frictional losses, and therefore the rate is expected to depend on the viscous and deformation Stokes numbers (53).

## 4. GRANULE STRENGTH AND BREAKAGE

### 4.1. Overview

Dry granule strength impacts three key areas of pharmaceutical processing. These include the physical attrition or breakage of granules during the granulation and drying processes, the breakage of granules in subsequent material handling steps such as conveying or feeding, and last, the deformation and breakdown of granules in compaction processes such as tableting. Modern approaches to granule strength rely on *fracture mechanics* (54). In this context, a granule is viewed as a nonuniform physical composite possessing certain macroscopic mechanical properties, such as a generally anisotropic yield stress, as well as an inherent flaw distribution. Hard materials may fail in tension, with the breaking strength being much less than the inherent tensile strength of bonds because of the existence of flaws. Flaws act to concentrate stress, as depicted in Figure 49 for commercial metamucil tablets. Here, razor scores or notches have been added to the tablets, which were subsequently broken under three-point bend loading (see later). In all cases, the tablets break at the razor score—which acts as a sharp flaw to concentrate stress—rather than at the tableted original indentation notch.

© 2005 by Taylor & Francis Group, LLC



(A) (B)

**Figure 49** Breakage of metamucil tablets by under three-point loading with razor scoring. (A) Upper left: unscored; upper right: notched scored; bottom: scored 90° to notch. (B) Breakage results. (From Ref. 4.)

Bulk breakage tests of granule strength measure both inherent bond strength and granule flaw distribution and voidage (3,4). Figure 8 presented previously illustrates granule attrition results for a variety of formulations. Granule attrition clearly increases with increasing voidage; note that this voidage is a function of granule consolidation discussed previously. Different formulations fall on different curves, due to inherently differing interparticle bond strengths. It is often important to separate the impact of bond strength vs. voidage on attrition and granule strength. Processing influences flaw distribution and granule voidage, whereas inherent bond strength is controlled by formulation properties.

The mechanism of granule breakage is a strong function of material properties of the granule itself as well as the type of loading imposed by the test conditions (55). Ranking of product breakage resistance by ad hoc tests may be test specific, and in the worst case differ from actual process conditions. Instead, material properties should be measured by standardized mechanical property tests which minimize the effect of flaws and loading conditions under well-defined geometries of internal stress, as described in the following section.

### 4.2. Mechanics of the Breakage Rate Process

Fracture toughness $K_c$ defines the stress distribution in the body just before fracture and is given by

$$K_c \quad Y\sigma_f\sqrt{\pi c} \tag{4.1}$$

where $\sigma_f$ is the applied fracture stress, $c$ is the length of the crack in the body, and $Y$ is a calibration factor introduced to account for different body geometries (Fig. 50). The elastic stress is increased dramatically as the crack tip is approached. In practice, however, the elastic stress cannot exceed the yield stress of the material, implying a region of local yielding at the crack tip. Irwin (57) proposed that this process zone size $r_p$ be treated as an effective increase in crack length $\delta c$. Fracture toughness is then given by

$$K_c \quad Y\sigma_f\sqrt{\pi(c+\delta c)} \quad \text{with } \delta c \sim r_p \tag{4.2}$$

The process zone is a measure of the yield stress or plasticity of the material in comparison to its brittleness. Yielding within the process zone may take place either plastically or by diffuse microcracking, depending on the brittleness of the material.

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 60 of 124
PageID: 2101






**Figure 50** Fracture of a brittle material by crack propagation. (From Ref. 56.)

For plastic yielding, $r_p$ is also referred to as the *plastic zone size.* The *critical strain energy release rate* $G_c$ is the energy equivalent to fracture toughness, first proposed by Griffith (58). They are related by

$$G_c \quad K_c^2/E \qquad (4.3)$$

### 4.3. Fracture Measurements

In order to ascertain fracture properties in any reproducible fashion, very specific test geometry must be used since it is necessary to know the stress distribution at predefined, induced cracks of known length. Three traditional methods are: (1) the three-point bend test, (2) indentation fracture testing, and (3) Hertzian contact compression between two spheres of the material. Figures 51 and 52 illustrate a typical geometry and force response for the case of a three-point bend test. By breaking a series of dried formulation bars under three-point bend loading of varying crack




**Figure 51** Three-point bend and indentation testing for fracture properties. (From Ref. 56.)

© 2005 by Taylor & Francis Group, LLC

APOSEM0085778




**Figure 52** Typical force displacement curve for three-point bend semistable failure. (From Ref. 56.)

length, fracture toughness is determined from the variance of fracture stress on crack length, as given by Eq. 4.2. (For details, see Ref. 56.)

In the case of indentation fracture, one determines hardness $H$ from the area of the residual plastic impression, and fracture toughness from the lengths of cracks propagating from the indent as a function of indentation load $F$ (59). Hardness is a measure of the yield strength of the material. Toughness and hardness in the case of indentation are given by

$$K_c \quad \beta\sqrt{\frac{E}{H}\frac{F}{c^3}} \quad \text{and} \quad H \sim \frac{F}{A} \tag{4.4}$$

Table 5 compares typical fracture properties of agglomerated materials. Fracture toughness $K_c$ is seen to range from 0.01 to 0.06 MPa $m^{1/2}$, less than that typical for polymers and ceramics, presumably due to the high agglomerate voidage. Critical strain energy release rates $G_c$ are from 1 to 200 J/$m^2$, typical for ceramics but less than that for polymers. Process zone sizes $\delta c$ are seen to be large and of the order of 0.1–1 mm, values typical for polymers. Ceramics on the other hand typically have process zone sizes less than 1 μm. Critical displacements required for fracture may be estimated by the ratio $G_c/E$, which is an indication of the brittleness of the material. This value was of the order of $10^{-7}$–$10^{-8}$ mm for polymer–glass agglomerates, similar to polymers, and of the order of $10^{-9}$ mm for herbicide bars, similar to ceramics. In summary, granulated materials behave not only similar to brittle ceramics, which have small critical displacements and yield strains, but also similar to ductile polymers, which have large process or plastic zone sizes.

### 4.4. Mechanisms of Breakage

The process zone plays a large role in determining the mechanism of granule breakage (56), with mechanisms such as those previously presented in Table 1.

© 2005 by Taylor & Francis Group, LLC

**Table 5** Fracture Properties of Agglomerated Materials

| Material | Id | $K_c$ (MPa-m$^{1/2}$) | $G_c$ (Jsolm$^2$) | $\delta c$ (µm) | $E$ (MPa) | $G_c/E$ (m) |
|---|---|---|---|---|---|---|
| Bladex 60®[a] | B60 | 0.070 | 3.0 | 340 | 567 | $5.29 \times 10^{9}$ |
| Bladex 90®[a] | B90 | 0.014 | 0.96 | 82.7 | 191 | $5.00 \times 10^{9}$ |
| Glean®[a] | G | 0.035 | 2.9 | 787 | 261 | $1.10 \times 10^{8}$ |
| Glean® Aged[a] | GA | 0.045 | 3.2 | 3510 | 465 | $6.98 \times 10^{9}$ |
| CMC-Na (M)[b] | CMC | 0.157 | 117.0 | 614 | 266 | $4.39 \times 10^{7}$ |
| Klucel GF[b] | KGF | 0.106 | 59.6 | 703 | 441 | $1.35 \times 10^{7}$ |
| PVP 360K[b] | PVP | 0.585 | 199.0 | 1450 | 1201 | $1.66 \times 10^{7}$ |
| CMC 2% 1kN[b] | C2/1 | 0.097 | 16.8 | 1360 | 410 | $4.10 \times 10^{8}$ |
| CMC 2% 5kN[b] | C2/5 | 0.087 | 21.1 | 1260 | 399 | $5.28 \times 10^{8}$ |
| CMC 5% 1kN[b] | C5/1 | 0.068 | 15.9 | 231 | 317 | $5.02 \times 10^{8}$ |

[a]DuPont corn herbicides.
[b]Fifty-micrometer glass beads with polymer binder.
*Source*: From Ref. 56.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085780

Agglomerates with process zones small in comparison to granule size break by a brittle fracture mechanism into smaller fragments, called *fragmentation* or *fracture*. On the other hand, for agglomerates with process zones of the order of their size, there is insufficient volume of agglomerate to concentrate enough elastic energy to propagate gross fracture during a collision. The mechanism of breakage for these materials is one of wear, erosion, or attrition brought about by diffuse microcracking. In the limit of very weak bonds, agglomerates may also shatter into small fragments or primary particles.

Each mechanism of breakage implies a different functional dependence of breakage rate on material properties. Granules generally have been found to have large process zones, which suggests granule wear as a dominant mechanism of breakage or attrition. For the case of abrasive wear of ceramics due to surface scratching by loaded indentors, Evans and Wilshaw (60) determined a volumetric wear rate $V$ of

$$V \quad \frac{d_{\mathrm{i}}^{1/2}}{A^{1/4} K_{\mathrm{c}}^{3/4} H^{1/2}} P^{5/4} l \tag{4.5}$$

where $d_{\mathrm{i}}$ is indentor diameter, $P$ is applied load, $l$ is wear displacement of the indentor, and $A$ is apparent area of contact of the indentor with the surface. Therefore, wear rate depends inversely on fracture toughness. For the case of fragmentation, Yuregir et al. (61) have shown that the fragmentation rate of organic and inorganic crystals is given by

$$V \sim \frac{H}{K_{\mathrm{c}}^{2}} \rho u^{2} a \tag{4.6}$$

where $a$ is crystal length, $\rho$ is crystal density, and $u$ is impact velocity. Note that hardness plays an opposite role for fragmentation than for wear, since it acts to concentrate stress for fracture. Fragmentation rate is a stronger function of toughness as well.

Drawing on analogies with this work, the breakage rates by wear $B_{\mathrm{w}}$ and fragmentation $B_{\mathrm{f}}$ for the case of fluid-bed granulation and drying processes should be of the forms:

$$B_{\mathrm{w}} \quad \frac{d_0^{1/2}}{K_{\mathrm{c}}^{3/4} H^{1/2}} h_{\mathrm{b}}^{5/4} (U \quad U_{\mathrm{mf}}) \tag{4.7}$$

$$B_{\mathrm{f}} \sim \frac{H}{K_{\mathrm{c}}^{2}} \rho (U \quad U_{\mathrm{mf}})^{2} a \tag{4.8}$$

where $d$ is granule diameter, $d_0$ is primary particle diameter, $(U \quad U_{\mathrm{mf}})$ is fluid-bed excess gas velocity, and $h_{\mathrm{b}}$ is bed height. Figure 53 illustrates the dependence of erosion rate on material properties for bars and granules undergoing a wear mechanism of breakage, as governed by Eqs. 4.5 and 4.7.

## 5. CONTROLLING GRANULATION PROCESSES

### 5.1. An Engineering Approach to Granulation Processes

Future advances in our understanding of granulation phenomena rest heavily in engineering process design. A change in granule size or voidage is akin to a change

© 2005 by Taylor & Francis Group, LLC

APOSEM0085781




**Figure 53** Bar wear rate and fluid-bed erosion rate as a function of granule material properties. $K_c$ is fracture toughness and $H$ is hardness. (From Ref. 56.)

in chemical species, and so analogies exist between granulation growth kinetics and chemical kinetics and the unit operations of size enlargement and chemical reaction. These analogies are highlighted in Figure 54, where several scales of analysis must be considered for successful process design. Let us begin by considering a small-volume element of material *A* within a mixing process as shown in Fig. 55, and consider either the molecular or the primary particle/single-granule scale. On the *granule scale of scrutiny*, the design of chemical reactors and granulation processes differs conceptually in that the former deals with chemical transformations, whereas the latter deals primarily with *physical transformations* controlled by *mechanical processing* [Refs. 62–64]*. Here, the rate processes of granulation are controlled by a set of key *physicochemical interactions.* These rate processes have been defined in the proceeding sections, including wetting and nucleation, granule growth and consolidation, and granule attrition and breakage.

We now consider a *granule volume scale of scrutiny*, returning to our small-volume element of material *A* of Figure 54. Within this small volume for the case of chemical kinetics, we generally are concerned with the rate at which one or more chemical species is converted into a product. This is generally dictated by a *reaction rate constant* or *kinetic constant*, which is in turn a local function of temperature, pressure, and the concentration of feed species, as was established from previous physicochemical considerations. These local variables are in turn a function of overall heat, mass, and momentum transfer of the vessel controlled by mixing and heating/cooling. The chemical conversion occurring within a local volume element may be integrated over the entire vessel to determine the chemical yield or extent of conversion for the reactor vessel; the impact of mixing and heat transfer is generally considered in this step at the *process volume scale of scrutiny.* In the case of a granulation process, an identical mechanistic approach exists for design, where

* This approach was pioneered by Hans Rumpf (62) and others in the early 1960s at the Universität Karlsruhe, leading to development of mechanical process technology within chemical engineering in Germany, or Mechanische Verfahrenstechnik. This was key to the founding of powder technology, an area in which the United States has traditionally lagged behind Europe and Japan in the areas of chemical engineering and pharmaceutical processing (61 63).

© 2005 by Taylor & Francis Group, LLC




**Figure 54** Changes in state as applied to granulator kinetics and design.

chemical kinetics is replaced by granulation kinetics. The performance of a *granulator* may be described by the *extent of granulation* of a species. Let $(x_1, x_2, \ldots, x_n)$ represent a list of attributes such as average granule size, porosity, strength, and any other generic quality metric and associated variances. Alternatively, $(x_1, x_2, \ldots, x_n)$ might represent the concentrations or numbers of certain granule size or density classes, just as in the case of chemical reactors. The proper design of a chemical reactor or a granulator then relies on understanding and controlling the evolution (both *time* and *spatial*) of the feed vector **X** to the desired product vector **Y**. Inevitably, the reactor or granulator is contained within a larger plant scale process chain, or *manufacturing circuit*, with overall plant performance being dictated by the interaction between individual unit operations. At the *plant scale of scrutiny*, understanding interactions between unit operations can be critical to plant performance and product quality. These interactions are far more substantial with solids processing, than with liquid–gas processing. Ignoring these interactions often leads processing personnel to misdiagnose sources of poor plant performance. Tableting is often affected by segregation or poor mixing. Segregation becomes vital for preferential wetting and drug assay

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 66 of 124
PageID: 2107






**Figure 55** Granulation within a local volume element, as a subvolume of a process granulator volume, which controls local size distribution.

variation per size class. This is often effected by trace impurites in the production of drug or excipients (1,2,64).

There are several important points worth noting with regard to this approach. First, the engineering approach to the design of chemical reactors is well developed and an integral part of traditional chemical engineering education [e.g. (65)]. At present, only the most rudimentary elements of reaction kinetics have been applied to granulator design (1,2,5). Much more is expected to be gleaned from this approach over the coming decade.

Examples might include staged addition of ingredients, micronization of processes, and tailored process designs based on specific formulation properties. Second, an appreciation of this engineering approach is absolutely vital to properly scale-up granulation processes for difficult formulations. Last, this perspective provides a logical framework to approach and unravel complex processing problems, which often involve several competing phenomena. Significant progress has been made with this approach in crystallization (66) and grinding (67).

© 2005 by Taylor & Francis Group, LLC

APOSEM0085784

Many complexities arise when applying the results of the previous sections detailing granulation mechanisms to granulation processing. The purpose of this section is to summarize approaches to control these rate processes by placing them within the context of actual granulation systems and granulator design. Additional details of modeling and granulator design can be found in Chapters 16 and 21.

### 5.2. Scale: Granule Size and Primary Feed Particles

When considering a scale of scrutiny of the order of granules, we ask what controls the rate processes, as presented in detail in the previous sections. This key step links formulation on material variables to the process operating variables, and successful granulator design hinges on this understanding. Two key local variables of the volume element *A* include the *local bed moisture* and the local level of shear (both *shear rate* and *shear forces*). These variables play an analogous role of species concentration and temperature in controlling kinetics in chemical reaction. In the case of chemical reaction, increased temperature or concentration of a feed species generally increases reaction rate. For the case of granulation considered here, increases in shear rate and moisture result in increased granule/powder collisions in the presence of binding fluid, resulting in an increased frequency of successful growth events and increases in granule growth rate. Increases in shear forces also increase the granule consolidation rate, and aid growth for deformable formulations. In the limit of very high shear (e.g., due to choppers), they promote wet and dry granule breakage, or limit the growth at the least. Last, in the case of simultaneous drying, bed and gas phase moisture and temperature control heat and mass transfer and the resulting drying kinetics.

### 5.3. Scale: Granule Volume Element

Next, consider a scale of scrutiny of the level of a small bulk volume of granules, or volume element of material *A* in Figure 55. This volume element has a particular granule size distribution controlled by the local granulation rate processes as shown pictorially in Figure 56. In the wetting and nucleation rate process, droplets interact with fine powder to form initial nuclei, either directly or through mechanical breakdown of pooled overwetted regions. It is generally useful to consider the initial *powder phase* and *drop phases* as independent feed phases to the *granule phase*. In addition, the granule phase can be broken down into separate *species*, each species corresponding to a particular granule mesh size cut. Nucleation therefore results in a loss of powder and drop phases, and the *birth* of granules. Granules and initial nuclei collide within this volume element with each other and with the surrounding powder phase, resulting in both granule growth, and consolidation due to compaction forces. Granule growth by coalescence results in the discrete *birth* of granules to a new granule size class or species, as well as loss or *death* of granules from the originating size classes. On the other hand, granule growth by layering and granule consolidation result in a slow differential increase and decrease in granule size, respectively. Granule breakage by fracture and attrition (or wear) act in a similar, but opposite fashion to granule coalescence and layering, increasing the powder phase and species of smaller granules. Last, this volume element of granules interacts with the surrounding material of the bed, as granulated, powder, and drop phases flow to and from the surrounding volume elements. The rate processes of granulation and the flows or exchanges with the surrounding elements combine to

© 2005 by Taylor & Francis Group, LLC




**Figure 56** The population balance over a sieve class, over specific granule size class.

control the local granule size distribution and growth rate within this small-volume element.

As illustrated in Figure 56, conducting an inventory of all granules entering and leaving a given size class $n(x)$ by all possible granulation mechanisms leads to a microlevel population balance over the volume element given by

$$\frac{\partial n_a}{\partial t} + \frac{\partial}{\partial x_i}(n_a u_i) \quad G_a \quad B_a \quad D_a \tag{5.1}$$

where $n(x,t)$ is the instantaneous granule size distribution, which varies with time and position. $G$, $B$, and $D$ are growth, birth, and death rates due to granule coalescence and granule fracture. The second left-hand side term reflects contributions to the distribution from layering and wear, as well as interchanges of granules from the surrounding volume elements. Nucleation rate would be considered a boundary condition of Eq. 5.1, providing a source of initial granules. Eq. 5.1 governs the local granule growth of volume element $A$.

Solutions to this population balance are described in greater detail in Chapter 21, as well as (5,46,52). Analytical solutions are only possible in the simplest of cases. Although actual processes would require specific examination, some general comments are warranted. Beginning with nucleation, in the case of fast drop penetration into fine powders, and for small spray flux, new granules will be formed of the order of the drop size distribution, and contribute to those particular size cuts or granule species. If spray is stopped at low moisture levels, one will obtain a bimodel distribution of nuclei size superimposed on the original feed distribution. Very little growth may occur for these low moisture levels. This should not be confused with induction type growth, which is a result of low overall formulation deformability. In fact, the moisture level of the nuclei themselves will be found to be high and nearly saturated. Moisture, however, is locked up within these nuclei, surrounded by large amounts of

© 2005 by Taylor & Francis Group, LLC

fine powder. Therefore, it is important not to confuse granule moisture, local moisture, and the overall average peak bed moisture of the process; they are very much not the same and are influenced by proper vessel design and operation. As moisture levels increase, and the concentration of the ungranulated powder phase decreases, the portion of the granule phase increases. As granules begin to interact more fully due to decreased surrounding powder and greater chances of achieved wet granule interaction, granule coalescence begins to occur. This in turn results in a decrease in granule number, and a rapid often exponential increase in granule size, as previously demonstrated. Coalescence generally leads to an initial widening of the granule size distribution until the granule growth limit is reached. As larger granules begin to exceed this growth limit, they can no longer coalesce with granules of similar size. Their growth rate drops substantially as they can only continue to grow by coalescence with fine granules, or by layering with any remaining fine powder. At this point, the granule size distribution generally narrows with time. Note that this provides a local description of growth, whereas the overall growth rate of the process depends greatly on mixing described next, as controlled by process design.

### 5.4. Scale: Granulator Vessel

The local variables of moisture and shear level vary with volume element, or position in the granulator, which leads to the kinetics of nucleation, growth, consolidation, and breakage being dependent on position in the vessel, leading to a scale of scrutiny of the vessel size. As shown in Figure 55, moisture levels, drop phase concentration, and nucleation will be high at position D. Significant growth will occur at position B due to increased shear forces and granule deformation, as well as increased contacting. Significant breakage can occur at position C in the vicinity of choppers. Each of these positions or volume elements will have their own specific granule size distribution.

Solids mixing (2,68) impacts overall granulation in several ways. First, it controls the local shear. Local shear rates and forces are functions of shear stress transfer through the powder bed, which is in turn a function of mixer design and bed bulk density, granule size distribution, and frictional properties. Local shear rates determine granule collisional velocities. This first area is possibly one of the least understood areas of powder processing, and requires additional research to establish the connection between operating variables and local shear rates and forces. It is also a very important scale-up consideration, as discussed in Chapter 18.

Second, solids mixing controls the interchange of moisture, powder phase, and droplet phases among the local volume elements. Third, it controls the interchange of the granulated phase. Within the context of reaction kinetics (65), one generally considers extremes of mixing between well-mixed continuous and plug flow continuous, or well-mixed batch processes. The impact of mixing on reaction kinetics is well understood, and similar implications exist for the impact of mixing on granulation growth kinetics. In particular, well-mixed continuous processes would be expected to provide the widest granule size distribution (deep continuous fluidized beds are an example), whereas plug flow or well-mixed batch processes should result in narrower distributions.† In addition, it is possible to narrow the distribution further by

† *All else being equal*, plug flow continuous and batch well mixed processes should produce identical size distributions. It is very difficult to achieve uniform mixing in practice, with properly operating fluidized beds possibly coming the closest.

© 2005 by Taylor & Francis Group, LLC

purposely segregating the bed by granule size,[‡] or staging the addition of ingredients, though this is a less explored area of granulator design. Last, it should be possible to predict the effects of dispersion, backmixing, and dead/stagnant zones on granule size distribution, based on previous work regarding chemical reaction kinetics.

Equation 5.1 reflects the evolution of granule size distribution for a particular volume element. When integrating this equation over the entire vessel, one is able to predict the granule size distribution vs. time and position within the granulator. Last, it is important to understand the complexities of scaling rate processes on a local level to overall growth rate of the granulator. If such considerations are not made, misleading conclusions with regard to granulation behavior may be drawn. Wide distributions in moisture and shear level, as well as granule size, and how this interacts with scale-up must be kept in mind when applying the detailed description of rate processes discussed in the previous sections. With this phenomenological description of granulation in place, we will now discuss controlling wetting, growth and consolidation, and breakage in practice, as well as the implications for two of the more common pharmaceutical granulation processes, namely fluid-bed and high-shear mixer granulation.

## 5.5. Controlling Processing in Practice

Table 6 summarizes operating variables and their impact on fluid-bed and high-shear mixer granulation. From a processing perspective, we begin with the uniformity of the process in terms of solids mixing. Approaching a uniform state of mixing as previously described will ensure equal moisture and shear levels and, therefore, uniform granulation kinetics throughout the bed; on the other hand, poor mixing will lead to differences in local kinetics. If not accounted for in design, these local differences will lead to a wider distribution in granule size distribution and properties than is necessary, and often in an unpredictable fashion—particularly with scale-up.

Increasing fluid-bed excess gas velocity ($U \quad U_{\mathrm{mf}}$) will increase solids flux and decrease circulation time. This can potentially narrow nuclei distribution for intermediate drop penetration times. Growth rates will be minimally affected due to increased contacting; however, the growth limit will decrease. There will be some increase in granule consolidation, and potentially a large increase in attrition. Lastly, initial drying kinetics will increase. Impeller speed in mixers will play a similar role in increasing solids flux. However, initial growth rates and granule consolidation are likely to increase substantially with an increase in impeller speed. The growth limit will decrease, partly controlled by chopper speed.

Fluidized beds can be one of the most uniform processes in terms of mixing and temperature. Powder frictional forces are overcome as drag forces of the fluidizing gas support bed weight, and gas bubbles promote rapid and intensive mixing. In the case of mixers, impeller speed in comparison to bed mass promotes mixing, with choppers eliminating any gross maldistribution of moisture and over growth.

With regard to bed weight, forces in fluid beds, and therefore consolidation and granule density, generally scale with bed height. As a gross rule of thumb, ideally, the power input per unit mass should be maintained with mixer scale-up, related in part

[‡] Pan granulation is a specific process promoting segregation by granule size. Since large granules interact less with smaller granule size classes, layering can be promoted at the expense of coalescence, thereby narrowing the granule size distribution.

© 2005 by Taylor & Francis Group, LLC

**Table 6** Impact of Key Operating Variables in Pharmaceutical Granulation

| Effect of changing key process variables | Fluidized beds (including coating and drying) | High-shear mixers |
|---|---|---|
| Increasing solids mixing, solids flux, and bed agitation | Increasing excess gas velocity:<br>Improves bed uniformity<br>Increases solids flux<br>Decreases solids circulation time<br>Potentially improves nucleation<br>No effect on noninertial growth rate<br>Lowers growth limit<br>Some increase in granule consolidation<br>Increases granule attrition<br>Increases initial drying kinetics<br>Distributor design: Impacts attrition and defluidization | Increasing impeller/chopper speed:<br>Improves bed uniformity<br>Increases solids flux<br>Decreases solids circulation time<br>Potentially improves nucleation<br>Increases growth rate<br>Lowers growth limit<br>Increase granule consolidation<br>Impeller/chopper design:<br>Improvements needed to improve shear transmission for cohesive powders |
| Increasing bed weight | Increasing bed height:<br>Increases granule consolidation, density and strength | Increasing bed weight:<br>Generally lowers power per unit mass in most mixers, lowering growth rate<br>Also increases nonuniformity of cohesive powders, and lowers solids flux and increases circulation time |
| Increasing bed moisture (Note: Increasing bed temperature normally acts to lower bed moisture due to drying) | Increases rates of nucleation, growth, and consolidation giving larger, denser granules with generally a wider distribution | Increases rates of nucleation, growth, and consolidation giving larger, denser granules with generally a wider distribution |
| Increasing residence time | Granule size and distribution generally increase until limit<br>Distribution can narrow if growth limit is reached<br>Increases chances of defluidization | Granule size and distribution generally increase until limit<br>Distribution can narrow if growth limit is reached<br>Increases chances of overmassing and bowl buildup |

(*Continued*)

© 2005 by Taylor & Francis Group, LLC

**Table 6** Impact of Key Operating Variables in Pharmaceutical Granulation (*Continued*)

| Effect of changing key process variables | Fluidized beds (including coating and drying) | High-shear mixers |
|---|---|---|
| Increasing spray distribution: | Largely affected | Less affected |
| Lower liquid feed or spray rate | Wettable powders and short penetration times generally required | Poorly wetting powders and longer penetration time possible |
| Lower drop size | For fast penetration: | For fast penetration: |
| Increase number of nozzles | Decreases growth rate | Decreases growth rate |
| Increase air pressure (two-fluid nozzles) | Decreases spread of size distribution | Decreases spread of size distribution |
| Increase solids mixing (above) | Decreases granule density and strength | Decreases granule density and strength |
| | For slow penetration: | For slow penetration: |
| | Poor process choice | Mechanical dispersion of fluid |
| | Defluidization likely | |
| | | Little effect of distribution; however, slowing rate of addition minimizes lag in growth rate |
| Increasing feed particle size (Can be controlled by milling) | Requires increase in excess gas velocity | Increase in growth rate |
| | Minimal effect of growth rate | Increase in granule consolidation and density |
| | Increase in granule consolidation and density | |

to swept volume per unit time, as studied by Kristensen and coworkers. However, cohesive powders can be ineffective in transmitting stress, meaning that only a portion of the bed may be activated with shear at large scale, whereas the entire bowl may be in motion at a laboratory scale. Therefore, mixing may not be as uniform in mixers as it is in fluidized beds. Equipment design also plays a large role, including air distributor and impeller/chopper design for fluid bed and mixers, respectively.

Increasing bed moisture and residence time increase overall growth and consolidation. However, it also increases the chances of bed defluidization or overmassing/bowl buildup in fluid beds and mixers, respectively. Increasing bed temperature normally acts to lower bed moisture due to drying. This acts to raise effective binder viscosity and lower granule consolidation and density, as well as initial growth rates for the case of high-shear mixers. This effect of temperature and drying generally offsets the inverse relationship between viscosity and temperature.

Spray distribution generally has a large effect in fluid beds, but in many cases, a small effect in mixers. In fact, fluid-bed granulation is only practical for wettable powders with short drop penetration time, since otherwise defluidization of the bed would be promoted to local pooling of fluid. Mechanical dispersion counteracts this in mixers. There may be benefit, however, to slowing spray rates in mixers for formulation with inductive growth behavior, as this will minimize the lag between spray and growth, as discussed previously.

© 2005 by Taylor & Francis Group, LLC

In summary, for the case of fluid-bed granulation, growth rate is largely controlled by spray rate and distribution and consolidation rate by bed height and peak bed moisture. For the case of mixers, growth and consolidation are controlled by impeller and chopper speed. From a formulation perspective, we now turn to each rate process.

### 5.6. Controlling Wetting in Practice

Table 7 summarizes typical changes in material and operating variables which improve wetting uniformity. Also listed are appropriate routes to achieve these changes in a given variable through changes in either the formulation or the processing. Improved wetting uniformity generally implies a tighter granule size distribution and improved product quality. Eqs. 2.5, 2.9, and 2.13 provide basic trends of the impact of material variables on wetting dynamics and extent, as described by the dimensionless spray flux and drop penetration time.

Since drying occurs simultaneously with wetting, the effect of drying can substantially modify the expected impact of a given process variable and this should not be overlooked. In addition, simultaneous drying often implies that the dynamics of wetting are far more important than the extent.

Adhesion tension should be maximized to increase the rate and extent of both binder spreading and binder penetration. Maximizing adhesion tension is achieved by minimizing contact angle and maximizing surface tension of the binding solution. These two aspects work against one another as surfactant is added to a binding fluid, and in general, there is an optimum surfactant concentration for the formulation (27). Surfactant type influences adsorption and desorption kinetics at the three-phase contact line. Inappropriate surfactants can lead to Marangoni interfacial stresses which slow the dynamics of wetting (25). Additional variables which influence adhesion tension include (1) impurity profile and particle habit/morphology typically controlled in the particle formation stage such as crystallization, (2) temperature of granulation, and (3) technique of grinding, which is an additional source of impurity as well.

Decreases in binder viscosity enhance the rate of both binder spreading and binder penetration. The prime control over the viscosity of the binding solution is through binder concentration. Therefore, liquid loading and drying conditions strongly influence binder viscosity. For processes without simultaneous drying, binder viscosity generally decreases with increasing temperature. For processes with simultaneous drying, however, the dominant observed effect is that lowering temperature lowers binder viscosity and enhances wetting due to decreased rates of drying and increased liquid loading.

Changes in particle size distribution affect the pore distribution of the powder. Large pores between particles enhance the rate of binder penetration, whereas they decrease the final extent. In addition, the particle size distribution affects the ability of the particles to pack within the drop as well as the final degree of saturation (69).

The drop distribution and spray rate of binder fluid have a major influence on wetting. Generally, finer drops will enhance wetting as well as the distribution of binding fluid. The more important question, however, is how large may the drops be or how high a spray rate is possible. The answer depends on the wetting propensity of the feed. If the liquid loading for a given spray rate exceeds the ability of the fluid to penetrate and spread on the powder, maldistribution in binding fluid will develop in the bed. This maldistribution increases with increasing spray rate, increasing drop size, and decreasing spray area (due to, e.g., bringing the nozzle closer to the bed or switching to fewer nozzles). The maldistribution will lead to large granules on the one hand and fine ungranulated powder on the other. In general, the width of the granule size distribution will

© 2005 by Taylor & Francis Group, LLC

**Table 7** Controlling Wetting in Granulation Processes

| Typical changes in material or operating variables which improve wetting uniformity | Appropriate routes to alter variable through formulation changes | Appropriate routes to alter variable through process changes |
|---|---|---|
| Increase adhesion tension<br>Maximize surface tension<br>Minimize contact angle | Alter surfactant concentration or type to maximize adhesion tension and minimize Marangoni effects<br>Precoat powder with wettable monolayers, e.g., coatings or steam | Control impurity levels in particle formation<br>Alter crystal habit in particle formation<br>Minimize surface roughness in milling |
| Decrease binder viscosity | Lower binder concentration<br>Change binder<br>Decrease any diluents and polymers which act as thickeners | Raise temperature for processes without simultaneous drying<br>Lower temperature for processes with simultaneous drying since binder concentration will decrease due to increased liquid loading |
| Increase pore size to increase rate of fluid penetration<br>Decrease pore size to increase extent of fluid penetration | Modify particle size distribution of feed ingredients | Alter milling, classification, or formation conditions of feed if appropriate to modify particle size distribution |
| Improve spray distribution (Related to dimensionless spray flux, given by ratio of spray to solid fluxes) | Improve atomization by lowering binder fluid viscosity | Increase wetted area of the bed per unit mass per unit time by increasing the number of spray nozzles, lowering spray rate, increasing air pressure or flow rate of two fluid nozzles |
| Increase solids mixing (Related to dimensionless spray flux) | Improve powder flowability of feed | Increase agitation intensity (e.g., impeller speed, fluidization gas velocity, or rotation speed) |
| Minimize moisture buildup and losses | Avoid formulations which exhibit adhesive characteristics with respect to process walls | Maintain spray nozzles to avoid caking and nozzle drip; avoid spray entrainment in process air streams, and spraying process walls |

*Source*: Refs. 1,2,5.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085792

**Table 8** Controlling Growth and Consolidation in Granulation Processes

| Typical changes in material or operating variables which maximize growth and consolidation | Appropriate routes to alter variable through formulation changes | Approprziate routes to alter variable through process changes |
|---|---|---|
| Rate of growth (low deformability): | | |
| Increase rate of nuclei formation | Improve wetting properties (see Wetting subsection); | Increase spray rate and number of drops |
| Increase collision frequency | Increase binder distribution | Increase mixer impeller or drum rotation speed or fluid-bed gas velocity |
| Increase residence time | | Increase batch time or lower feed rate |
| Rate of growth (high deformability): | | |
| Decrease binder viscosity | Decrease binder concentration or change binder; decrease any diluents and polymers which act as thickeners | Decrease operating temperature for systems with simultaneous drying; otherwise increase temperature |
| Increase agitation intensity | | Increase mixer impeller or drum rotation speed or fluid-bed gas velocity |
| Increase particle density | | |
| Increase rate of nuclei formation, collision frequency and residence time, as above for low-deformability systems | | |

© 2005 by Taylor & Francis Group, LLC

APOSEM0085793

| | | |
|---|---|---|
| Extent of growth: | | |
| Increase binder viscosity | Increase binder concentration, change binder, or add diluents and polymers as thickeners | Increase operating temperature for systems with simultaneous drying; otherwise decrease temperature |
| Decrease agitation intensity | | Decrease mixer impeller or drum rotation speed or fluid-bed gas velocity |
| Decrease particle density | | |
| Increase liquid loading | | Extent observed to increase linearly with moisture |
| Rate of consolidation: | | |
| Decrease binder viscosity | As above for high deformability systems | As above for high deformability systems; in addition, increase compaction forces by increasing bed weight, or altering mixer impeller or fluid-bed distributor plate design |
| Increase agitation intensity | Particle size and friction strongly interact with binder viscosity to control consolidation; feed particle size may be increased and fine tail of distribution removed | |
| Increase particle density | | |
| Increase particle size | | Size is controlled in milling and particle formation |

*Source*: From Refs. 1,2,5.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085794

**Table 9** Controlling Breakage in Granulation Processes

| Typical changes in material or operating variables which minimize breakage | Appropriate routes to alter variable through formulation changes | Appropriate routes to alter variable through process changes |
|---|---|---|
| Increase fracture toughness<br>Maximize overall bond strength<br>Minimize agglomerate voidage | Increase binder concentration or change binder; bond strength strongly influenced by formulation and compatibility of binder with primary particles | Decrease binder viscosity to increase agglomerate consolidation by altering process temperatures (usually decrease for systems with simultaneous drying)<br>Increase bed agitation intensity (e.g., increase impeller speed, increase bed height) to increase agglomerate consolidation<br>Increase granulation residence time to increase agglomerate consolidation, but minimize drying time |
| Increase hardness to reduce wear<br>Minimize binder plasticity<br>Minimize agglomerate voidage | Increase binder concentration or change binder; binder plasticity strongly influenced by binder type | See above effects which decrease agglomerate voidage |
| Decrease hardness to reduce fragmentation<br>Maximize binder plasticity<br>Maximize agglomerate voidage | Change binder; binder plasticity strongly influenced by binder type | Reverse the above effects to increase agglomerate voidage<br>Apply coating to alter surface hardness |

© 2005 by Taylor & Francis Group, LLC

APOSEM0085795

| | | |
|---|---|---|
| Decrease load to reduce wear | Lower formulation density | Decrease bed agitation and compaction forces (e.g., mixer impeller speed, fluid-bed height, bed weight, fluid-bed excess gas velocity) |
| Decrease contact displacement to reduce wear | | Decrease contacting by lowering mixing and collision frequency (e.g., mixer impeller speed, fluid-bed excess gas velocity, drum rotation speed) |
| Decrease impact velocity to reduce fragmentation | Lower formulation density | Decrease bed agitation intensity (e.g., mixer impeller speed, fluid-bed excess gas velocity, drum rotation speed)<br>Also strongly influenced by distributor plate design in fluid beds, or impeller and chopper design in mixers |

*Source*: From Refs. 1,2,5.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085796

increase and generally the average size will decrease. Improved spray distribution can be aided by increases in agitation intensity (e.g., mixer impeller or chopper speed, drum rotation rate, or fluidization gas velocity) and by minimizing moisture losses due to spray entrainment, dripping nozzles, or powder caking on process walls.

### 5.7. Controlling Growth and Consolidation in Practice

Table 8 summarizes typical changes in material and operating variables which maximize granule growth and consolidation. Also listed are appropriate routes to achieve these changes in a given variable through changes in either the formulation or the processing. Growth and consolidation of granules are strongly influenced by rigid (especially fluid beds) and deformability (especially mixers) Stokes numbers. Increasing *St* increases energy with respect to dissipation during deformation of granules. Therefore, the rate of growth for deformable systems (e.g., deformable formulation or high-shear mixing) and the rate of consolidation of granules generally increases with increasing *St*. *St* may be increased by decreasing binder viscosity or increasing agitation intensity. Changes in binder viscosity may be accomplished by formulation changes (e.g., the type or concentration of binder) or by operating temperature changes. In addition, simultaneous drying strongly influences the effective binder concentration and viscosity. The *maximum* extent of growth increases with decreasing *St* and increased liquid loading, as reflected by Eqs. 3.11. Increasing particle size also increases the rate of consolidation, and this can be modified by upstream milling or crystallization conditions.

### 5.8. Controlling Breakage in Practice

Table 9 summarizes typical changes in material and operating variables necessary to minimize breakage. Also listed are appropriate routes to achieve these changes in a given variable through changes in either the formulation or the processing. Both fracture toughness and hardness are strongly influenced by the compatibility of the binder with the primary particles, as well as the elastic/plastic properties of the binder. In addition, hardness and toughness increase with decreasing voidage and are influenced by previous consolidation of the granules. While the direct effect of increasing gas velocity and bed height is to increase breakage of dried granules, increases in these variables may also act to increase consolidation of wet granules, lower voidage, and therefore lower the final breakage rate. Granule structure also influences breakage rate, e.g., a layered structure is less prone to breakage than a raspberry-shaped agglomerate. However, it may be impossible to compensate for extremely low toughness by changes in structure. Measurements of fracture properties help define expected breakage rates for a product and aid product development of formulations.

## ACKNOWLEDGMENTS

This chapter is the result of many collaborative efforts. Support for initial granulation research was provided by the International Fine Particle Research Institute, G. Tardos and R. Pfeffer of The City College of the City University of New York, and E.I Du Pont de Nemours & Company. Based on earlier versions with A. Maraglou of Du Pont, the material was developed into a training course by E&G Associates, and later refined in collaboration with J. Litster of the Univer-

© 2005 by Taylor & Francis Group, LLC

sity of Queensland. All of these collaborations, as well as discussions with P. Mort, A. Adetayo, J. Seville, S. Pratsinis, S. Iveson, K. Hapgood, J. Green, P. C. Kapur, T. Schaefer, and H. Kristensen are acknowledged with great appreciation. Last, to the countless course participants over the last decade goes a special thank you.

## REFERENCES

1. Ennis BJ, Litster J. Size enlargement and size reduction. In: Green D, Perry R, eds. Perry's Chemical Engineers' Handbook. 7th ed. New York: McGraw-Hill, 1994: Section 21.
2. Ennis BJ, ed. Solids-solids processing. In: Green D, Perry R, eds. Perry's Chemical Engineers' Handbook. 8th ed. New York: McGraw Hill, 2005:Section 19.
3. Ennis BJ. On the Mechanics of Granulation. Ph.D. thesis, The City College of the City University of New York, University Microfilms International, 1990.
4. Ennis BJ. Design & Optimization of Granulation Processes for Enhanced Product Performance. Nashville, TN: E&G Associates, 1990 2004.
5. Litster J, Ennis BJ. The Science & Engineering of Granulation Processes. Dordrecht, The Netherlands: Kluwer Academic, 2004.
6. Masters K. Spray Drying Handbook 3rd ed. New York: Wiley & Sons, 2002.
7. Masters K. Spray Drying in Practice. ApS, Denmark: SprayDryConsult International, 1979.
8. Ennis BJ, Mehos G, Wu S, Patel P. Characterizing the impact of flow aids on flowability of pharmaceutical excipients by automated shear cell. AAPS Annual Meeting. Baltimore: MD, 2004.
9. Brown RL, Richards. Principles of Powder Mechanics. Oxford: Pergamon Press, 1970.
10. Stanley-Wood N. Enlargement and Compaction of Particulate Solids. London: Butterworth & Co. Ltd, 1983.
11. Ennis BJ. Powder Technol 1996; 88:203.
12. Turton R, Tardos G, Ennis BJ. Fluidized Bed Coating and Granulation. In: Yang WC, Fluidization, Solids Handling & Processing, New Jersey: Noyes Publications, Westword, 1999.
13. Pietsch W. Size Enlargement by Agglomeration. Chichester: John Wiley & Sons Ltd., 1992.
14. Sastry K, Fuerstenau D. In: Sastry, ed. Agglomeration '77. New York: AIME, 1977:381.
15. Kapur PC. Adv Chem Eng 1978; 10:55.
16. Kapur PC. Chem Eng Sci 1971; 26:1093.
17. Kapur PC, Fuerstenau DW. Ind Eng Chem Eng (Proc Des Dec) 1966; 5:5.
18. Kapur PC. Chem Eng Sci 1971; 26:1863.
19. Kapur PC. Chem Eng Sci 1971; 26:1093.
20. Rumpf H. The strength of granules and agglomerates. In: Knepper WA, ed. Agglomeration. New York: Interscience, 1962: 379 414.
21. Rumpf H. Particle adhesion. In: Sastry KVS, ed. Agglomeration '77, New York: AIME, 1997: 97 129.
22. Augsburger L, Vuppala M. Chap. 2, In: Parikh D, Handbook of Pharmaceutical Granulation Technology. 1st ed., New York: Marcel-Dekker, 1999.
23. Parfitt G, ed. Dispersion of Powders in Liquids. Amsterdam: Elsevier Applied Science Publishers Ltd., 1986.
24. Hapgood K. Nucleation and Binder Dispersion in Wet Granulation, Ph.D. Thesis, University of Queensland, 2000.
25. Pan R, Green J, Ennis BJ, Maderelli C. Dynamic Properties of Interfaces & Association Structure. New York: American Oil Chemical Society Press, 1995.
26. Zisman WA. Contact angle, wettability, and adhesion. Adv Chem Ser 1964; 43:1.
27. Ayala R. Ph.D. Thesis, Chem. Eng., Carnegie Mellon University, 1985.

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 81 of 124
PageID: 2122



28. Shaw R. Introduction to Colloid and Surface Chemistry. London: Butterworths & Co. Ltd, 1983.
29. Fuerstaneau DW, Diao J, Williams MC. Coll Surf 1991; 60:127.
30. Vargha-Butler EI. In: Botsaris GD, Glazman YM, eds. Interfacial Phenomena in Coal Technology. Chap. 2. New York: Marcel-Dekker, 1989.
31. Aulton ME, Banks M. Proceedings of Powder Technology in Pharmacy Conference: Powder Advisory Centre, Basel, Switzerland, 1979.
32. Aulton ME et al. J Pharm Pharmacol 1977; 29:59.
33. Litster JD, Hapgood KP, Kamineni SK, Hsu T, Sims A, Roberts M, Michaels J. Powder Technol 2001; 124:272.
34. Ouchiyama N, Tanaka T. I and EC. Proc Des Dev 1982; 21:29.
35. Johnson KL. Contact Mechanics. Cambridge University Press, 1985.
36. Ritala M, Holm P, Schaefer T, Kristensen HG. Drug Dev Ind Pharm 1988; 14(8):1041.
37. Holm P, Schaefer T, Kristensen HG. Powder Technol 1985; 43:213.
38. Adams M, Thornton C, Lian G. Agglomeration & size enlargement. In: Ennis BJ, ed. Proceedings of the First International Particle Technology Forum. Vol. 1. Denver, CO: AIChE, 1994:155 286.
39. Ennis BJ, Li J, Tardos G, Pfeffer R. Chem Eng Sci 1990; 45(10):3071.
40. Mazzone D, Tardos G, Pfeffer R. J Coll Interface Sci 1986; 113:544.
41. Iveson SM, Breathe JA, Page NW. Powder Technol 2002; 127:149.
42. Holm P, Schaefer T, Kristensen HG. Part V and VI. Powder Techol 1985; 43:213 233.
43. Ennis B, Tardos G, Pfeffer R. Powder Technol 1991; 65:257.
44. Liu LX, Litster JD, Iveson SM, Ennis BJ. AIChE J 2000; 46(3):529.
45. Bird RB, Armstrong R, Hassager O. Dynamics of Polymeric Liquids. Vol. 1. New York: John Wiley & Sons, Inc., 1977.
46. Adetayo AA, Lister JD, Pratsinis SE, Ennis BJ. Powder Technol 1995; 82:37.
47. Schaefer T, Holm P, Kristensen HG. Drug Dev Ind Pharm 1990; 16(8):1249.
48. Schaefer T, Holm P, Kristensen HG. Pharm Ind 1990; 52(9):1147.
49. Tardos G, Khan MI. AIChE Annual Meeting, Miami, 1995.
50. Tardos GI, Khan MI, Mort PR. Powder Technol 1997; 94:245.
51. Iveson SM, Wauters PAL, Forrest S, Litster JD, Meester GMH, Scarlett B, Ennis B. Powder Technol 2001; 117:83.
52. Adetayo AA, Ennis B. AIChE J 1997; 43(4):927.
53. Iveson SM, Litster JD, Ennis BJ. Powder Techol 1996; 88:15.
54. Lawn B. Fracture of Brittle Solids. 2nd ed. Cambridge University Press, 1975.
55. Benbow JJ, Bridgwater J. Powder Technol 1987; 49:97.
56. Ennis BJ, Sunshine G. Tribology International 1993; 26:319.
57. Irwin J Appl Mech 1957; 24:361.
58. Griffith AA. Philos Trans T Soc 1920; A221:163.
59. Johnsson L, Ennis BJ. In: Ennis BJ, ed. Proceedings of the First International Particle Technology Forum. Vol. 2. Denver, CO: AIChE, 1994:178.
60. Evans AG, Wilshaw TR. Acta Metall 1976; 24:939.
61. Yuregir KR, Ghadiri M, Clift R. Chem Eng Sci 1987; 42:843.
62. Rumpf H. Translated FA Bulletin. Particle Technology. New York: Chapman & Hall, 1990.
63. Ennis BJ, Green J, Davies R. The US Legacy of Neglect. Chem Eng Prog 1994; 90(4):32.
64. Ennis BJ, Green J. Visualizing Pharmaceutical Manufacturing as an Integrated Series of Particle Processes. New York: Interphex, 1995.
65. Levenspiel O. Chemical Reaction Engineering. 2nd ed. New York: Wiley, 1972.
66. Randolph AD, Larson MA. Theory of Particulate Processes. 2nd ed. San Diego: Academic Press Inc., 1991.
67. Prasher CL. Crushing and Grinding Process Handbook. New York: Wiley, 1987.
68. Weinekötter R, Gericke H. Mixing of Solids. Dordrecht, The Netherlands: Kluwer Academic, 2000.
69. Waldie B. Chem Eng Sci 1991; 46:2781.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085799

# 10
# Single-Pot Processing

**Harald Stahl**
*Niro Pharma Systems, Muellheim, Germany*

**Griet Van Vaerenbergh**
*Collette N.V., Wommelgren, Belgium*

## 1. INTRODUCTION

Single-pot processing was developed to provide the means for mixing, granulating, drying, and blending pharmaceutical granulations in a single apparatus. Although equipment design varies from manufacturer to manufacturer (Figs. 1–3), this category of processors consists of a high- or low-shear mixer–granulator (similar to conventional granulators) and outfitted with a variety of drying options. Initially, vacuum was combined with a heat-jacketed bowl to provide the means for drying in the single pot. Today, processors are available that provide vacuum drying with microwaves or that percolate gas under low pressure into the vacuum chamber (i.e., processing bowl). Another very interesting improvement is the use of swinging processing bowls (1).

Single-pot processors for the pharmaceutical industry have been available for years. They received renewed interest in the mid-1980s when microwaves were coupled with vacuum to enhance the drying operation. Microwaves applied to drying pharmaceutical granulations became synonymous with single-pot processing, and there was anticipation that this technology would eventually become the norm for granulation processing. Several major pharmaceutical companies purchased production-scale units following successful trials conducted at vendors' pilot facilities. In the ensuing years, when the technology did not become as popular as expected, there were rumors that microwave systems could not be validated and suffered from excessive regulatory hurdles. The reality is neither, and single-pot technology has continued to evolve during the last decade. It has de-emphasised its association with microwave drying while continuing to demonstrate its appropriate role in granulation technology (2).

In a production setting, single-pot processing may offer a number of advantages. By integrating granulating and drying capabilities into a single unit, capital investment in equipment and good manufacturing practice floor space may be lower than the other alternatives. The number of material-handling steps is decreased; consequently, the total processing time may be shorter while maintaining a high yield



© 2005 by Taylor & Francis Group, LLC

APOSEM0085800

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 83 of 124
PageID: 2124





**Figure 1** UltimaPro™ 600 microwave/vacuum single-pot processor with swinging bowl. (Courtesy of Collette NV, Belgium.)

and keeping production support to a minimum. Environmental variables, such as humidity, are eliminated from the manufacturing process, which may offer advantages for processing moisture-sensitive formulations. State of the art is to outfit a single-pot processor with clean-in-place systems, thereby enhancing operator safety by minimizing exposure to the product both during manufacturing and during cleaning




**Figure 2** L.B. Bohle single-pot processor. (Courtesy of the L.B. Bohle Group, Germany.)

© 2005 by Taylor & Francis Group, LLC

APOSEM0085801



**Figure 3** Zanchetta single-pot processor. (Courtesy of Zanchetta, Italy.)

(3). Requirements for solvent recovery systems are lower for single-pot processors compared with fluid-bed driers. Single-pot processors outfitted with vacuum are attractive for evaporating events that are explosive or for containing drug substances with low-exposure limits.

The versatility and compactness of small-scale (3–25 L) single-pot processors also make the technology attractive for development and pilot laboratory facilities. Within the last few years, equipment manufacturers began offering single-pot processors that can accommodate the batch sizes required during early development (0.3 g–10 kg). The processors can be used as mixer–blenders for direct compression formulations, or as mixer–granulators to prepare wet granulations for fluid-bed drying, or utilized for their full range of capabilities as a single-processing unit for all the steps required for granulation preparation. Some vendors offer the option of upgrading their small-scale processors. For example, a user can initially purchase a single-pot processor with vacuum-drying capabilities and add a microwave drying system at a later time. Consequently, single-pot processors should be given strong consideration when equipping a development laboratory or a pilot plant intended to offer a variety of processing options to the pharmaceutical formulator.

The following text is intended to expose the reader to the drying methods, the capabilities, and the applications of single-pot processing to pharmaceutical granulations. Fluid-bed technology, which can also be used to mix, to granulate, and for drying alternative wet granulation technologies in a single unit, will not be addressed in this chapter because it is discussed elsewhere in this book.

## 2. TYPICAL SINGLE-POT PROCESS

The steps and sequence of manufacturing pharmaceutical granulations using single-pot processing are the same as those that use alternative technologies, except that

© 2005 by Taylor & Francis Group, LLC

several of the steps are performed in the same product chamber. The majority of production installations make use of its mixing, granulating, and drying capabilities during the processing of a single batch. Important to note is the absence of a milling step in between granulation and drying. The advantage of a reduced number of process steps is obvious while the drawback is that there is no possibility of breaking lumps generated during granulation. Single-pot operations therefore require excellent control of the granulation to prevent the formation of oversized material.

### 2.1. Dry Mixing

Powders are loaded into the single pot either manually (for development-and pilot-scale units) or by a conveying system (for production-scale units). Vacuum pump(s) used for the drying operation can also be used to charge the processor. Pneumatic- and vacuum-conveying systems contribute to minimizing operator exposure to the drug product. The powders are mixed in the dry state until the desired degree of uniformity is obtained. Depending on the geometry of the processing bowl and the efficiency of its mixing blades, optimal mixing for most processors generally occurs when the bowl is charged to 50–75% of its capacity. Batch size, impeller speed, and mixing time are the variables that affect the desired degree of blend homogeneity before the addition of the binder solution.

### 2.2. Addition of Binder Solution

Once dry mixing is completed, the binder solution is added through a spray lance connected to a solvent delivery system (such as a pressure pot or peristaltic pump). For highly viscous binder solutions it is of advantage to use the vacuum system of the processor for sucking into the processor. Because the single-pot processor is operating as a granulator at this point, all variables considered during the manufacture of wet granulations in conventional high-or low-shear mixer–granulators are applicable. Those variables include the rate of binder action, droplet size, and spray pattern (the last two being determined by the selection of the spray nozzle and the distance between the nozzle tip and granulation bed). The speed of the main impeller and the granulating tool (e.g., high-intensity chopper bar), as well as the jacket temperature should also be controlled during binder addition.

### 2.3. Wet Massing

Following binder addition, additional energy may be imparted to the granulation until the desired consistency is obtained. The speeds of the main impeller and granulating tool, wet-massing time, and jacket temperature are variables that can affect the physical attributes of the granulation. Like the bowl shape the impeller design will also affect the amount of shear imparted to the granulation. Granulation end point may be controlled by process time, temperature of the product bed, and the energy consumption or torque of the main impeller.

### 2.4. Drying

After granulation, the material is dried using one of three approaches: (a) vacuum drying, (b) gas-assisted vacuum drying, or (c) microwave vacuum drying. Details

© 2005 by Taylor & Francis Group, LLC

of each drying method are summarized in Drying Methods for Single-Pot Processors. The product bed is usually stirred at low intensity during the drying process to facilitate solvent removal and promote uniform drying, as well as to prevent caking of the granulation on the chamber's walls. Agitation may be applied by slowly tilting the bowl or operating the impeller at low speed, either continuously or intermittently, throughout the drying stage. Caution must be exercised to avoid granule breakdown during drying, which may result in unfavorable compression characteristics (4). Variables for vacuum drying include the level of vacuum maintained in the bowl, the jacket temperature, and the degree of agitation. In addition to the parameters listed for vacuum drying, gas-assisted vacuum drying must also consider the type of drying gas used and its rate of delivery. When microwave vacuum drying is used, all of the variables used for vacuum drying are applicable, as well as the level of microwave power used to dry the granulation. If yield is of greater importance than process time, a very interesting process option is to follow with the wall temperature very closely the product temperature and use as a source of drying energy only the introduced microwave energy. This mode of operation minimizes the amount of material sticking to the walls for the price of a prolonged drying operation resulting in a reduced throughput. This option is of special interest for the processing of highly expensive materials.

If required, cooling can be conducted at the conclusion of the drying operation. The heated water or steam in the bowl jacket, which supplied conductive heat during the drying process, can be replaced with a glycol–water solution to provide a contact surface as low as 10°C. Another approach to cool the granulation is by purging a cooling gas into the single pot while agitating the granulation bed.

### 2.5. Sizing and Lubrication

Once the granulation is dried, it is usually necessary to size it. This may be accomplished by discharging the material through an in-line mill into a receiving vessel, where it may be blended with any remaining excipients (e.g., lubricant and flavors). This process design maintains the containment benefits of the single-pot process. Alternatively, the remaining excipients may be added to the single-pot processor and blended with the granulation before discharging and milling. This approach requires that the lubricant be adequately distributed during milling and material transfer during the compression operation.

## 3. DRYING METHODS FOR SINGLE-POT PROCESSORS

### 3.1. Conductive Drying

The bowls of single-pot processors are generally jacketed for temperature control, which minimizes condensation of the granulating solvent and assists in solvent evaporation during drying. As a result, conductive heating provided by the heat-jacketed lid and the walls of the single pot contributes to the drying process. Its dependence on the transfer of heat through pharmaceutical powders, which are poor conductors of heat, prevents its use as the sole mode of drying in single-pot processors. Eq. 1 addresses the conductive drying component for solvent removal.

© 2005 by Taylor & Francis Group, LLC

Heat transfer from the vessel walls to the granulation bed is governed by

$$Q \quad hS\Delta T \tag{3.1}$$

where $Q$ the energy exchange, $h$ the exchange coefficient, $S$ the contact surface of the heated wall, and $\Delta T$ the temperature difference between the contact wall and the granulation.

The rate of drying can be facilitated either by increasing the contact area between the granulation and the vessel walls (which can be achieved by agitating the product or utilizing a tilting bowl) or by maximizing the temperature differential between the vessel walls and product (either through increasing the jacket temperature or through maintaining the temperature of the product as low as possible during processing).

Eq. 2 is a simple relation that may be of some value for the scaling-up of processes using conductive heating (5)

$$t_b/t_a \quad (A/V)_a(A/V)_b \tag{3.2}$$

where $t$ drying time, $A$ heat transfer surface ($m^2$), $V$ vessel working volume ($m^3$), a refers to pilot scale, and b refers to production scale.

This relation accounts for the ratio of the surface area of the jacketed bowl and the volume of the product requiring drying.

### 3.2. Vacuum Drying

Single-pot processors using vacuum drying may be considered if the product must be dried at low temperature ($<40°C$), if solvent recovery is required, or if the potential for explosion is high. A vacuum is maintained within the vessel, thereby lowering the temperature at which the granulating solvent evaporates. Because vapors are removed from the processing bowl, vacuum drying provides a convenient means for solvent recovery.

De Smet (6) has discussed the theory, advantages, and limitations of vacuum drying. Aqueous granulations require a large amount of energy during drying, which is generally supplied by the transfer of heat through conduction from the jacketed bowl to the product. The amount of energy required for water removal is dependent on the level of vacuum applied to the vessel and the osmotic pressure of dissolved substances. As additional material dissolves in the water, the osmotic pressure increases and additional energy is necessary to drive off the water. Therefore, as the material becomes drier, the amount of energy necessary to evaporate the water increases, and the rate of evaporation slows down. Processing times in vacuum driers are often long, owing to the limited contact of the granulation with the heat from the jacketed walls, and the slow rate of evaporation of the solvent from the interior of the granules.

The drying rate of the vacuum component is dependent on the following relation:

$$V \quad ks\Delta P \tag{3.3}$$

where $V$ evaporation rate, $k$ rate coefficient, $s$ total surface of granules, and $\Delta P$ the vapor pressure difference between the granules and the surrounding space.

© 2005 by Taylor & Francis Group, LLC




**Figure 4** Typical curve for vacuum drying. (Courtesy of *Manufacturing Chemist*).

The rate of drying can be facilitated by increasing the level of vacuum (i.e., decreasing the pressure within the bowl) to increase the differential between granule and bowl vapor pressure. Figure 4 is a typical drying curve for a vacuum-drying process. When moisture content in the granulation is high, the rate of drying is constant because evaporation of solvent from the product surface readily occurs. As the level of moisture on the granule surface decreases, water must migrate from the interior of the granule before evaporation. As a result, the rate of evaporation progressively decreases.

During vacuum-drying processes, one should be aware of various problems that could arise. For example, granule damage may occur owing to excessive attrition as the bed is agitated during drying. Vacuum systems should contain adequate filtering or blowback to prevent the loss of granulation "fines" through the vacuum line, which may compromise the drug uniformity within the processed batch.

A condenser positioned between the processor and vacuum pump, should always be used, especially for granulations manufactured using organic solvents. The condensate must be sufficiently cooled to prevent it from being released into the atmosphere. Also, filters may become blocked owing to condensation forming on the filter or the entrapment of solid particles. Blockage of the filters reduces the level of vacuum that can be pulled on the bowl and excessively strains the pump itself.

### 3.3. Gas-Assisted Vacuum Drying

Accelerating the drying process in vacuum driers is often limited by characteristics of the product or equipment. Bowl temperature is generally limited by the physicochemical stability of the product, which can limit the use of higher temperatures to expedite drying. Increasing the contact area between the product and the vessel is difficult without significantly altering the design of the equipment. Excessive agitation of the product can lead to considerable granule attrition, which can lead to poor granulation flow and compression properties.

© 2005 by Taylor & Francis Group, LLC




**Figure 5** Gas-assisted vacuum-drying principle. (Courtesy of Collette NV, Belgium.)

Gas-assisted vacuum drying improves the efficiency of single-pot processors that use vacuum drying by continuously introducing a small stream of gas through the granulation to facilitate solvent removal. Drying continues to be performed at lower temperatures (compared with tray and fluid-bed drying), but at shorter-processing times than vacuum drying alone.

The gas may be introduced into the unit through openings in the bottom of the vessel or through the mixing blades (Fig. 5).

Compressed air or nitrogen (mixed with or without air) is the commonly used gas for these units. The rate of gas flow and the level of vacuum applied to the bowl can be adjusted for a specific product to produce optimal drying conditions.

The introduction of gas into a vacuum chamber facilitates the drying process through several actions. The constant flow of gas through the product improves the transport of moisture from the product to the vacuum-solvent recovery system (7). Introducing gas into the bowl also increases the vapor pressure driving force (8). The pressure gradient across the vessel is increased, resulting in a reduction in the rate at which water molecules recombine, producing a net increase in the rate of evaporation. This causes the product temperature to be reduced, which increases the temperature differential between the granules and the bowl wall. The gas also reduces drying time by increasing the heat transfer coefficient from the bowl to the bed. In addition to improving the heat transport through the bed, the gas can reduce or eliminate product sticking to the sides of the vessel walls because it improves flow and dries the particle surfaces more quickly. As the vessel wall is the only notable source of drying energy this technology is best used in the case of:

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 90 of 124 PageID: 2131



- Small batch sizes (good surface volume ratio)
- Heat-insensitive materials (allows to operate a higher wall temperature)
- Organic solvents (requires only a fraction of the energy water needs for evaporation).

Additionally, the boiling temperature corresponding to the actual vacuum level is much lower for organic solvents than for water, generating a larger temperature difference between product bed and vessel.

### 3.4. Microwave Vacuum Drying

High-shear granulators with microwave vacuum-drying capabilities provide the fastest drying rates in the family of single-pot processors. Microwave drying is based on the absorption of electromagnetic radiation by dielectric materials, the theory of which has been extensively described (9–11). Microwaves are a form of electromagnetic energy similar to radio waves, the frequencies of which fall between 300 and 3000 MHz (between radio and optical waves, (Fig. 6). The two frequencies allocated for domestic, scientific, medical, and industrial purposes are 915 and 2450 MHz. Pharmaceutical processors generally use 2450 MHz, because this frequency is more desirable when used in conjunction with vacuum. Single-pot processors incorporating microwave drying are constructed of stainless steel because metal is a common reflector of microwave energy and contains the energy within the processing chamber. Teflon is essentially inert to microwaves, making it a suitable material for components required in the processing bowl (e.g., spray lance and temperature probe).

Energy absorption of materials exposed to microwaves is described by Eq. 4 (10,11):

$$P \quad 2\pi f V^2 E_0 E_r \tan \delta \qquad (3.4)$$

where $P$ the power density of the material (W/m$^3$), $f$ frequency (Hz), $V$ voltage gradient (V/m), $E_0$ dielectric permissivity of free space ($8.85 \times 10^{-12}$ F/m), $E_r$ dielectric constant of the material, and $\tan \delta$ loss tangent.




**Figure 6** The electromagnetic spectrum.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085808

For a constant electric field strength $V$ the term $(2\pi f V^2 E_0)$ is constant. Therefore, the power absorbed is proportional to the term ($E_r \tan \delta$), called the loss factor, which is a relative measure of how easily a material absorbs microwave energy.

Various materials commonly used in pharmaceutical formulations have low loss factors and only absorb microwave energy at high field strengths. Solvents used in the granulation process (water, ethanol, isopropanol, and such), however, possess high loss factors relative to the pharmaceutical powders (10). The dipolar component of the solvents couples with the high-frequency electromagnetic field producing high heating rates for the solvent, resulting in its evaporation and subsequent removal from the processing chamber. Table 1 lists the loss factors for various components in a typical pharmaceutical granulation (12).

Lucisano and Moss (13) performed a study in which a microwave drying process was conducted in two different processors, one using fixed-output magnetrons and the other using a variable-power magnetron. The unit using fixed-output magnetrons had difficulty obtaining low moisture levels (<0.3%) because the E-field safety set point was exceeded when the moisture was <1%. This problem did not occur for the unit using the variable-power magnetron because forward power was reduced as the E-field increased. During the late stages of drying, the unit was primarily functioning as a vacuum dryer, as the amount of microwave energy being introduced into the bowl was minimal. Nowadays, most microwave driers use the variable output magnetrons.

The use of vacuum during microwave drying lowers the temperature at which the solvent volatilizes, thereby limiting the temperature to which the material is exposed. For example, at a vacuum of 45 mbar, water-based granulations will dry at ≈31°C. Once most of the water is removed from the process, the temperature of the material will rise as components in the mixture with lower loss factors start to absorb the microwaves. If too much vacuum is applied to the system, there is a potential for granule breakdown owing to the excessive pressure between the core and the surface of the granules. Microwaves are typically applied in a vacuum range of 30–100 mbar. Introducing microwave into a vacuum <30 mbar risks ignition of the surrounding atmosphere, a condition known as "arcing."

Control of the drying process is achieved through the simultaneous measurement of product temperature, forward power, and reflected power. Figure 7 depicts the level of microwave forward power, microwave reflected power, and product temperature at various times during the drying process. During the initial stage, the product temperature remains relatively constant as the free solvent is preferentially evaporated, and the reflected power remains relatively low. The amount of vacuum applied to the bowl, and to a lesser extent the bowl jacket temperature, will affect the actual product temperature observed. As drying progresses at a constant rate of forward power, the amount of absorbed energy decreases as the material dries, thereby increasing the amount of free energy. As the free energy increases, a corresponding increase in the reflected power is also observed.

The rise in reflected power is accompanied by an increase in product temperature, which is simultaneously monitored while the magnetron output power is reduced. This is necessary because the loss factors for some pharmaceutical components are so small that very low moisture can be achieved before the temperature rises. For such materials, the reflected power can rise sharply once most of the solvent has evaporated, resulting in significant temperature gains.

The rise in temperature and reflected power signifies that the end of the drying process is approaching. Several factors, such as the loss factors of the formulation

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 92 of 124
PageID: 2133






**Figure 7** Relationship between microwave forward power, microwave reflected power, and product temperature during microwave vacuum drying.

components, the microwave power, and the solvent retention properties of the solids influence the point at which the previous relation will occur.

For example, lactose has a low loss factor and shows a sharp rise in reflected power, followed by a slow temperature rise. Conversely, starch has a high loss factor and demonstrates a fast temperature rise followed by a slow rise in reflected power.

## 4. OTHER PROCESSES AND APPLICATIONS

Because of the different technologies incorporated into a single-pot processor, it is capable of executing many different processes, apart from the standard wet granulation and drying process, while small modifications or additional options can extend the flexibility even further.

This chapter discusses some of the possible "special" processes and applications in a single-pot processor. Although many of these processes are used in the pharmaceutical industry, scientific literature on them is rare. The main reason for this is that many of these processes were developed by the pharmaceutical industry as product-specific solutions. This does not imply, however, that these processes cannot be used more widely.

### 4.1. Melt Granulation

Melt granulation is a process in which the binder solution of the standard wet granulation process is replaced with a meltable binder such as a wax or polyethylene glycol (PEG), which is generally added in solid form, and melted during the process by adding the necessary energy.

The most common production technique for melt granulation uses extruders, but melt granulation in a high-shear mixer has also been extensively described in the literature.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085810

In this process, the necessary energy to melt the binder is provided either by the mixer arm (mainly in laboratory-scale equipment) or by a heated jacket (14–16).

If the meltable binder used absorbs microwaves, however (such as PEG for example), using a single-pot processor equipped with microwave drying can present major time-savings to the production process.

Providing the melting energy by the impeller or the heated jacket can be a very time-consuming process, especially in production-scale equipment. Microwaves (as explained earlier) are an instant source of energy that penetrates into the product and can provide the energy faster and immediately where needed.

In a comparison between the use of the heated jacket to melt the binder and the use of the heated jacket supplemented with microwaves, the latter method not only proved to be more than twice faster in melting the binder used (PEG 3000), but also the granulation step was reduced threefold (17).

At this moment, there is no literature available about other meltable binders in combination with microwaves.

However, the results from the previously mentioned study show that it is worthwhile to consider a single-pot processor for the production of melt granulations.

Another step where a single-pot processor can present a major advantage compared to the standard production techniques, and especially compared to the process in a high-shear mixer, is the cooling step. To achieve a stable "dry" granule from a melt granulation process, the product needs to be cooled down to room temperature. In a high-shear mixer, the cooling process is done by circulating cold water or a glycol–water mixture in the bowl jacket. As the contact surface between the product and the jacket is limited, the cooling process generally takes a long time. If the process is executed in a single-pot processor equipped with a gas-assisted vacuum-drying system, this system can be used to pass cold air or even liquid nitrogen through the product to aid the cooling process and reduce the cooling time considerably. If liquid nitrogen is used, even a fivefold reduction of the cooling time is achievable (17). A related chapter in this book should be consulted to gain more understanding of melt granulation.

### 4.2. Pellet Production

For the production of spheres or pellets, in most cases an extrusion/spheronization process is used.

There are, however, many references in scientific literature detailing the production of pellets using a high-shear mixer, most of which concern melt pelletization (15–21). Taking into account the explanations given earlier on melt granulation, a single-pot processor can, of course, also be used for this process for the same reasons.

Also, for other pelletization processes, not using meltable binders, the use of a single-pot processor can be advantageous. In scientific literature, there are some references describing the use of a high-shear mixer for such processes (22,23), but so far none can be found about single-pot processors. Nevertheless, a standard pellet formulation often contains microcrystalline cellulose, which needs high water content to obtain a good granule/pellet quality. Drying the pellets is always a part of the production process. The advantage of a single-pot processor is that the whole process of pelletization and drying can be executed in the same equipment, making

© 2005 by Taylor & Francis Group, LLC



**Figure 8** Example of a special pelletizing mixer arm. (Courtesy of Collette NV, Belgium.)

product transfers redundant and thereby reducing the risk of product loss and contamination and enhancing containment and operator safety.

To enhance the pelletization/spheronization process, many vendors of high-shear mixers/single-pot processors offer special mixing tools for producing pellet-like granules. Depending on the geometry of the equipment, this special mixing tool has either more (up to six) or less (up to two) mixing blades than a standard mixing tool, which generally has three mixing blades (Fig. 8). All special pellet-mixing tools have, however, the same purpose: to simulate the product behavior in a spheronizer and enhance the spheronization process that occurs in the mixer.

### 4.3. Effervescent Production

The production of effervescent tablets is first of all a conventional solid dosage form manufacturing process, which has to be taken into consideration, due to the special characteristics of the product and some unusual features.

For granulation of effervescent products, many different production techniques can be used, ranging from dry granulation methods over two-step granulation (granulating acid and alkali phase separately) to one-step granulation using water or organic solvents.

For the one-step granulation methods, the use of a single-pot processor offers many benefits. Apart from the overall benefit of eliminating product transfer between a granulator and a dryer, a single-pot processor allows easy solvent recovery by condensation in case organic solvents are used as granulation liquid, compared to the quite complex system for the exhaust gas treatment required for a fluid-bed dryer.

When water is used as granulation liquid for effervescents, the effervescent reaction will start and cause a chain reaction. The critical point in such a process is to stop this reaction at the correct time by evaporating the water created by this reaction. In a single-pot processor, this can be very easily and accurately achieved by switching on the vacuum-drying system (possibly supplemented with gas-assisted drying or microwave drying) (24).

© 2005 by Taylor & Francis Group, LLC

### 4.4. Crystallization

Although a high-shear mixer/single-pot processor is mainly intended for powder processing, there is a possibility of executing crystallization or recrystallization processes in this type of equipment as well. Starting either from a solution or from a powder, which is dissolved in a suitable solvent, the speed of the drying process can be controlled to achieve the desired crystallization process. Using vacuum drying only, the drying process will be slow and gradual. Temperatures during this process will remain low, creating an environment for slow crystal growth. When microwaves are used for drying, the process will be considerably faster and the temperature of the product will most likely be higher then under "pure" vacuum conditions. The crystals that result from such a crystallization process will have different characteristics from those from the vacuum-drying process. When choosing the appropriate settings for the drying/evaporation process, combining vacuum and microwave drying, crystals with specific properties can thus be obtained.

The main advantage of executing a (re) crystallizing process in a single-pot processor is that the possibility exists of granulating the product at the same time by varying the mixer speed during the drying process. The resulting product will be suitable for tableting without the necessity of executing other processing steps (apart from lubrication).

## 5. SCALE-UP OF DRYING PROCESSES

Because the rate of solvent removal during vacuum drying is dependent on a favorable surface area/volume ratio, the drying time in a vacuum processor often increases substantially during scale-up as described by Formula (3.2). Microwave vacuum drying is relatively insensitive to the surface area/volume ratio and does not suffer the same inefficiency as vacuum drying during transition from pilot to production scale. Pearlswig et al. reported successfully scaling a microwave vacuum-drying process for a moisture-sensitive formulation that required a drying end point of $< 0.2\%$ (25). The drying time remained within a 30–45 min range throughout the scale-up from 15 kg (Vactron.75) to 300 kg (Vactron.600), whereas the time for vacuum drying increased threefold. After additional scale-up to 600 kg in a Vactron.1200, the drying time rose slightly to a 50–55 min range. Poska also reported attaining equivalent drying times when scaling up in Spectrum processors ranging from 65 to 300 L bowl size (26). Figure 9 compares typical drying curves for lactose–starch granulation prepared in single-pot processors using vacuum drying, gas-assisted vacuum drying, or microwave vacuum drying. Although not as rapid as microwave vacuum drying, gas-assisted vacuum drying can decrease the drying time by up to 50% compared with that of vacuum drying alone. As the wall of the vessel is the only source for drying energy, also in this case the scale is of major importance for the drying time (27).

When performing feasibility trials on a development- or pilot-scale single-pot processor, it is important to be aware of the maximum energy input capacity of the corresponding production-scale processor. In Figures 9 and 10, the drying times for each drying method in a pilot- and production-scale single-pot processor are shown. While for processors equipped with microwaves, the drying time is relatively independent of the scale, a significant increase in drying time is observed for vacuum- and gas-assisted vacuum-drying processes.

© 2005 by Taylor & Francis Group, LLC




**Figure 9** Comparison of drying curves for different modes of drying in a 75 L UltimaPro™. (Courtesy of Collette NV, Belgium.)




**Figure 10** Comparison of drying curves for different modes of drying in a 600 L Ultima-Pro™. (Courtesy of Collette NV, Belgium.)

© 2005 by Taylor & Francis Group, LLC

## 6. CLEANING

As a single-pot processor is often used for highly potent products, or more generally for contained production, it is important that also cleaning of the machine can be executed in a contained, automated fashion to eliminate the risk of operator exposure to the active product.

All single-pot processors on the market nowadays are equipped with a more or less extensive clean-in-place system. Vendors have made a great effort to optimize their design enabling easy cleaning in place, which can be validated (3). The focus has been to eliminate any dead spots in the equipment where the cleaning water cannot reach and including cleaning spray balls in critical product contact areas such as the product filter and discharge valve.

Drying of the single-pot processor after the cleaning cycle to prepare the equipment for the next batch can be done using the system's own vacuum-drying system and jacketed bowl, making a separate drying unit redundant.

A nice case study of an evaluation of a clean-in-place system on a pilot-scale single-pot processor is given in Ref (3). In this study it was proved that a complete changeover from one product to the next can take place in $<2$ hr.

## 7. PRODUCT STABILITY

The stability of pharmaceutical granulations dried by microwaves is comparable with that provided by alternative methods. Microwaves are nonionizing and do not possess the amount of energy required for the formation of free radicals or the liberation of bound water conditions that foster product instability (Fig. 6).

Since the introduction of microwave drying at the end of the 1980s, numerous new and supplemental drug applications that include the use of microwave vacuum drying of wet granulations have been approved by the Food and Drug Administration (FDA). We are unaware of any instance in which the FDA required additional stability or analytical testing beyond that normally required for other methods of manufacture. Mandal (28), Moss (29), and others (26,30) have also published or presented data showing the comparability of the physicochemical characteristics of granulation dried in microwave processors vs. tray driers and fluid-bed driers.

When microwaves were first introduced, some authors (31) concluded that microwave drying could not be generally recommended because of the inability to control the microwaves after they enter the drying cavity and the risk of unacceptable thermal damage to active substances with high loss factors (i.e., high dielectric constants). The routine production of pharmaceutical products by several installations of single-pot processors using microwave vacuum drying indicates that their general concerns can be addressed by the proper selection of formulation components and process parameters.

## 8. REGULATORY CONSIDERATIONS

Single-pot processors combine established technologies into a single piece of equipment and, in general, deserve no special regulatory consideration when using them to develop a new product or to manufacture an approved product. Robin and colleagues (4) surveyed eight European regulatory agencies in 1992 to determine the

© 2005 by Taylor & Francis Group, LLC

implications of converting from fluid bed drying to microwave vacuum drying within a single-pot processor. The majority of the agencies required only process validation data and three suggested limited stability data (up to 6 months of accelerated data). These requests were no different from those expected for similar types of manufacturing changes (i.e., change in process or equipment).

Manufacturers considering converting to a single-pot process for an immediate-release, solid oral dosage form (tablets, capsules, or the like) with an approved manufacturing process should consult their appropriate regulatory agencies governing the practices they use to manufacture their products. For drug products sold in the United States, manufacturers should refer to FDA's SUPAC IR Guidance document (32), which addresses scale-up and postapproval changes for marketed products. This document describes the levels of change that may be made in a manufacturing process and equipment. It outlines the chemistry, manufacturing, and control tests and documentation for each level of change as well as the appropriate regulatory filing (Annual Report, Prior Approval Supplement, or other).

For example, a tablet formulation is currently granulated using a high-shear granulator and dried in a tray drier. A drug manufacturer wishes to replace this process with a single-pot processor that incorporates high-shear granulation and gas-assisted vacuum drying. This conversion would be viewed as a change in equipment to a different design and different operating principles (defined as a Level 2 Equipment Change in the SUPAC IR Guidance document). Such a change requires the manufacturer to submit a Prior Approval Supplement with up to three batches with 3-months accelerated stability data (depending on the duration of commercial experience with the product). The submission would also require updated batch records including the new equipment, and the generation of multipoint dissolution profiles. The requirements for this conversion are, however, the same as those for a conversion of a tray drier to a fluid-bed drying process.

## 9. VALIDATION OF SINGLE-POT PROCESSORS

Because single-pot processors combine standard engineering approaches into a single processor, their validation should pose no special problems. Other sources adequately describe the validation of granulating and drying processes (33), although validation of the microwave drying system and the approach to process control of drying end point deserves special mention.

For operational qualification of microwave components, such as forward and reflected power, and arc detection, we suggest that customers contact the vendors because of the specialized nature of microwave systems. The cost associated with the calibration equipment is difficult to justify, and microwave systems should operate reliably following proper setup and qualification and require no more periodic maintenance than other granulation approaches.

When microwave processors were first introduced, there was the expectation that E-field would be a reliable indicator of the drying end point. With experience, users found that the E-field tends to be too variable, and now view it primarily as a safety feature monitoring the microwave field within the drying cavity. Most microwave driers on the market today do not even include E-field monitoring any more, because of the difficulties with validation of this system.

Product temperature, time, cumulative forward power, and reflected power are proving to be more reliable indicators of drying end point with verification by some

© 2005 by Taylor & Francis Group, LLC

in-process control that directly measures the moisture content of a product sample. The industrial processes in operation today all use one of these approaches for end-point determination.

With the pharmaceutical industry moving toward the use of process analytical technology (PAT), however, the equipment vendors are also investigating the possibility of applying this technology to single-pot processors and thereby eliminating the necessity of taking product samples. The first single-pot processors with PAT will undoubtedly be introduced into the market shortly.

## 10. CONTROL SYSTEMS AND DATA ACQUISITION SYSTEMS

Users of single-pot processors may use one or all of its processing features (mixing, granulating, drying, or other). The accompanying data acquisition system must collect, display, and record the relevant processing conditions and granulation behavior for each cycle. The degree of sophistication of the system may depend on the venue in which the processor is used.

In a development setting, the sequence of cycles is often interrupted to collect samples for analysis, and the user is interested in capturing as much information as possible to assist in defining a suitable processor for a particular formulation. In many cases, the control system for a development environment can be limited to a manual control system. The data acquisition system, however, needs to be more sophisticated to allow registration of all relevant processing data.

In production, the manufacturing sequence and process parameters are predefined and validated, and information needs are reduced to monitoring critical parameters. In these settings, an automatic control system with recipes to reduce operator interventions is indispensable. The data acquisition system may or may not be as sophisticated as for the development settings, depending on the requirements for data in the batch records.

For the purposes of trouble-shooting and trend analysis of production operations, however, the information requirements of development and production converge, and data acquisition systems for single-pot processors should seek to address the needs of both types of users.

All data acquisition systems are considered to generate electronic records. If these electronic records are used as batch documentation, the acquisition system needs to be compliant with FDA 21 CFR part 11.

Most vendors have addressed these issues by including password control, audit trails, and point verification systems (Fig. 11).

## 11. SAFETY

The primary safety concern during the granulation and drying processes is the prevention of explosions. Bulk powder, dust clouds, and flammable vapors, all have the potential to explode. Adequate grounding and ventilation during loading and discharging of the vessel and controlling the various processing conditions can reduce the risk of explosion.

In Europe, all equipment used in a potentially explosive atmosphere needs to be compliant with the ATEX guidelines (34).

Two approaches are generally taken toward explosion protection in single-pot processors. One consists in removing oxygen from the processing chamber and

© 2005 by Taylor & Francis Group, LLC




**Figure 11** Screen of a typical control system for a single-pot processor. (Courtesy of Collette NV, Belgium.)

replacing it with an inert gas (e.g., nitrogen) before any mixing action can take place. The removal of oxygen reduces the risk of explosion by eliminating one of the elements necessary to create an explosion. The other approach is to design the equipment in order to contain the explosion. Executions of 10 or even up to 16 bar of high-shear granulators and single-pot processors are now becoming available on the market.

Apart from the measures taken to avoid or contain explosions within the processing chamber, the electrical, electronic, and mechanical parts of single-pot processors that will be used in potentially explosive atmospheres also need to be explosion protected.

The leakage of microwave energy is a concern for single-pot processors that use this drying approach. Industrial microwave processors are expected to meet the guidelines for microwave leakage specified by the Center for Devices and Radiological Health within FDA and by the American National Standards Institute (35,36). The guideline is 5 $mW/cm^2$ maximum exposure at a frequency of 2450 MHz at a distance of 5 cm from any surface of the microwave cavity. Survey meters for the detection of microwave leakage are relatively inexpensive and should be purchased by users of single-pot processors that incorporate microwave drying. The survey meters are calibrated before shipment and returned to the supplier for recalibration at periodic intervals. Their use should be incorporated in standard operating procedures for the equipment. Operator readings that exceed the guideline limit are often indicative of deteriorating seals around the lid cavity.

In addition to energy leakage standards, microwave processors are designed with safety interlocks to prevent accidental exposure. For example, the magnetrons can be activated only if the microwave cavity (i.e., bowl of the processor) is operating under vacuum, usually 30–100 mbar. If the vacuum falls outside this range, as in the unlikely event that an operator inadvertently tries to open the lid during microwave vacuum drying, the magnetrons are disabled. Vendors also incorporate additional safeguards to ensure that the microwave power is disabled with access to the bowl.

Because of popular misconceptions about the use of microwave ovens (e.g., stainless steel should not be used in a microwave cavity) and electromagnetic radiation (e.g., all types cause biological effects), a training program should be instituted

© 2005 by Taylor & Francis Group, LLC

in any facility that uses microwave drying. This will demystify any unfounded concerns about the technology and foster a rational approach to a sound safety and maintenance program.

## 12. CONCLUSION

Over the last 30 years since its introduction, single-pot processing has developed into a mature and generally accepted production technique.

Even if the technique historically was often used because of its specific advantages for effervescent production, potent compounds, organic solvents, or multiproduct facilities, practice has shown that single-pot processing is also attractive for standard pharmaceutical solid dosage production.

## REFERENCES

1. Van Vaerenbergh G. The influence of a swinging bowl on granulate properties. Pharm Technol 2001; 13(3):36 43.
2. Lucisano LJ, Poska RP. Microwave technology-fad or the future. Pharm Technol 1990; 14:38 42.
3. Van Vaerenbergh G. Cleaning validation practices using a one-pot processor. Pharm Technol. Europe. Feb 2004.
4. Robin P, Lucisano LJ, Pearlswig DM. Rationale for the selection of a single pot manufacturing process using microwave/vacuum drying. Pharm Technol 1994; 18:28 36.
5. Bellini G, Pellegrini L. Non adiabatic drying. In: Goldberg E, ed. Handbook of Downstream Processing, Chapman & Hall, 1993.
6. De Smet P. Vacuum drying. Manuf Chem Mar 1989; 37 39.
7. LB Bohle, Inc. Technical Report. Granulation and Drying with SYSTEM-VAGAS. Bristol, PA: LB Bohle, Inc.
8. Niro-Fielder Ltd. Technical Report. AEROVAC System, Accelerated Vacuum Drying. Eastleigh, Hampshire, U.K.: Niro-Fielder Ltd.
9. Metaxas AC, Meredith RJ. Industrial Microwave Heating. London: Peter Peregrines, 1983.
10. Doyle C, Cliff MJ. Microwave drying for highly active pharmaceutical granules. Manuf Chem Feb 1987; 23 32.
11. Waldron MS. Microwave vacuum drying of pharmaceuticals: the development of a process. Pharm Eng 1988; 8:9 13.
12. Poska RP. Microwave processing: the development experience revisited. Proceedings of International Society of Pharmaceutical Engineers Congress, September, 1992.
13. Lucisano U, Moss RA. Vacuum drying vs. microwave-vacuum drying in three pilot-scale single pot processors using sodium acid pyrophosphate as the model granulation. AAPS Annual Meeting, San Antonio, TX, Nov 15, 1992.
14. Schaefer T. Melt Agglomeration with Polyethylene Glycols in High Shear Mixers. Ph.D. thesis, The Royal Danish School of Pharmacy, Copenhagen, 1996.
15. Schaefer T, Holm P, Kristensen HG. Melt pelletisation in a high shear mixer. I. Effects of process variables and binder. Acta Pharm Nordica 1992; 4:133 140.
16. Schaefer T, Mathiesen C. Melt pelletisation in a high shear mixer. IX. Effects of binder particle size. Int J Pharm 1996; 139:139 148.
17. Van Vaerenbergh G. Melt granulation with polyethylene glycol in a one-pot processor. Pharma. In press.

© 2005 by Taylor & Francis Group, LLC

18. Heng PW, Wong TW, Chan LW. Influence of production variables on the sphericity of melt pellets. Chem Pharm Bull (Tokyo) 2000; 48:420 424.
19. Hamdani J, Moës AJ, Amighi K. Development and evaluation of prolonged release pellets obtained by the melt pelletization process. Int J Pharm 2002; 245:167 177.
20. Thies R, Kleinebudde P. Melt pelletisation of a hygroscopic drug in a high shear mixer. Part 1. Influence of process variables. Int J Pharm 1999; 188(2):131 143.
21. Voinovich D, Moneghini M, Perisutti B, Franceschinis E. Melt pelletization in high shear mixer using a hydrophobic melt binder: influence of some apparatus and process variables. Eur J Pharm Biopharm 2001; 52(3):305 313.
22. Vonk P, Guillaume CPF, Ramaker JS, Vromans H, Kossen NWF. Growth mechanisms of high-shear pelletisation. Int J Pharm 1997; 157(1):93 102.
23. Ramaker JS, Albada Jelgersma M, Vonk P, Kossen NWF. Scale-down of a high-shear pelletisation process: flow profile and growth kinetics. Int J Pharm 1998; 166(1):89 97.
24. Stahl H. Manufacturing effervescent tablets. Pharm Technol 2003; 15(4):25 28.
25. Pearlswig DM, Robin P, Lucisano LJ. Simulation modeling applied to the development of a single-pot process using microwave/vacuum drying. Pharm Technol 1994; 18:44 60.
26. Poska R. Integrated mixing granulating and microwave drying: a development experience. Pharm Eng 1991; 11:9 13.
27. Stahl H. Single pot systems for drying pharmaceutical granules. Pharm Technol Eur 2000; 12(5):23 34.
28. Mandal TK. Evaluation of microwave drying for pharmaceutical granulations. Drug Dev Ind Pharm 1995; 21:1683 1688.
29. Moss RA. Demonstration-microwave/vacuum drying of pharmaceuticals. AAPS Annual Meeting, Washington, DC, Nov 17, 1991.
30. Van Scoik K. Microwave vacuum processing in the Vactron 300. AAPS Annual Meeting, Washington, DC, November 1991.
31. Duschler G, Carius W, Bauer KH. Single-step granulation method with microwaves: preliminary studies and pilot scale results. Drug Dev Ind Pharm 1995; 21:1599 1610.
32. Food and Drug Administration. Immediate release solid oral dosage forms: scale-up and postapproval changes: chemistry, manufacturing, and controls; in vitro dissolution testing; in vivo bioequivalence documentation; guidance. Fed Reg 1995; 60:61638 61643.
33. Berry IR, Nash eds. Pharmaceutical Process Validation. New York: Marcel Dekker, 1993.
34. Directive 94/9/EC of the European Parliament and the Council of 23 March 1994 on the approximation of the laws of the Member States concerning equipment and protective systems intended for use in potentially explosive atmospheres.
35. Performance Standards for Microwave and Radio Frequency Emitting Products. 21 Code of Federal Regulations, Part 1030. Washington, DC: General Services Administration, April 1, 2003.
36. IEEE Standard for Safety Levels with Respect to Human Exposure to Radio Frequency Electromagnetic Fields, 3 kHz to 300 GH Supplement 1999 (IEEE C95.1 1999). New York: Institute of Electrical and Electronics Engineers.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085820

# 17
# Sizing of Granulation

**Gurvinder Singh Rekhi and Richard Sidwell**
*Elan Drug Delivery Inc., Gainesville, Georgia, U.S.A.*

## 1. INTRODUCTION

Tablets are the most frequently administered solid oral dosage forms in contemporary practice. Tablets consist of a mixture of powders or granules that are compacted in the die of a tablet press. Even though the popularity of directly compressible materials has increased, many powders are granulated to overcome the difficulties in obtaining an acceptable tablet dosage form and meeting the product specifications. The most challenging task in a tableting process is to achieve a constant volume of homogenous mixture to flow into the tablet die cavity. Unfortunately, most powder materials do not have inherent flow properties. This, in turn, places demands on changing the physical characteristics of the powder or improving the design of the tablet press (1). Therefore, granulation becomes an integral part of a pharmaceutical process that attempts to improve powder flow characteristics.

The granule properties play a pivotal role in the final performance of a tablet; for example, granule size can affect the flowability and, hence, the average tablet weight and weight variation, and drying rate kinetics of wet granulations. The effect of granule size and size distribution on final blend properties and tablet characteristics is dependent on formulation ingredients and their concentration, as well as the type of granulating equipment and processing conditions employed. Therefore, granulation and sizing of granulation become critical unit operations in the manufacture of oral dosage forms (2,3). To some extent, the same requirements are necessary for capsule manufacture, especially when the drug is bulky or has poor flow properties, or in the newer high-speed capsule-filling machines, where limited compaction occurs.

Few materials used in the manufacture of pharmaceutical dosage forms exist in the optimum size, and most materials must be reduced in size at some stage during production. The advantages of sizing of granules in tablet formulation development are as follows:

1. Mixing and blending of pharmaceutical ingredients are easier and more uniform if the ingredients are of approximately the same size and distribution.
2. Improving color or active ingredient dispersion. Milling may reduce the tendency for mottling, and hence improve the uniformity of color from batch to batch.



© 2005 by Taylor & Francis Group, LLC

APOSEM0085821

3. Wet milling produces uniformly sized wet granules, which promotes uniform and efficient drying.
4. Improving uniformity of dosage units by virtue of uniformity of particle size distribution and reduction in the segregation of the mix.
5. Enhancing flow properties reduces the weight variation and improves content uniformity.
6. Increasing surface area due to particle size reduction may enhance the dissolution rate and thereby, the drug's bioavailability.
7. Reduction of dust, thereby reducing workers' exposure.

Size reduction alone is not the panacea for all tableting problems. There are some disadvantages to size reduction that may affect the final characteristics of a dosage form, such as degradation of the drug or a change in the polymorphic form as a result of the excessive heat generated, or increase in surface energies leading to agglomeration, and so on. Hence, in optimizing the manufacture of pharmaceutical dosage forms, it is important not only to characterize the formulation ingredients, but also to study their effect on the manufacturing process (i.e., whether a granulation should be milled and to what extent based on the final product specifications).

The objective of this discussion is to focus on sizing of granulation after drying in a wet granulation process. However, a process of wet milling for obtaining uniformly sized granules for uniform drying will also be addressed. A full discussion of the theories of comminution or equipment description is beyond the scope of this chapter. However, the text of this chapter will address the various types of equipment used in the size reduction process, their merits and demerits and the variables affecting the size reduction process, scale-up factors, and relevant case studies to be considered in the development and optimization of tablet and capsule manufacture.

## 2. THEORY OF COMMINUTION OR SIZE REDUCTION

Comminution, or size reduction, is the mechanical process of reducing the size of particles or aggregates. There is, as yet, only a basic understanding of the mechanism and quantitative aspects of milling (4,5). Reduction of particle size through fracture requires application of mechanical stress to the material to be crushed or ground. Materials respond to this stress by yielding, with consequent generation of strain. In the case of a brittle substance, complete rebound occurs on release of applied stress at stresses up to the yield point, at which fracture would occur. In contrast, plastic material would neither rebound nor fracture. The vast majority of pharmaceutical solids lie somewhere between these extremes and thus possess both elastic and viscous properties.

The energy expended by comminution ultimately appears as surface energy associated with newly created particle surfaces, internal free energy associated with lattice changes, and heat. For any particle, there is a minimum energy required which will fracture it; however, conditions are so haphazard that many particles receive impacts that are insufficient for fracture, and are eventually fractured by excessively forceful impact. As a result, most efficient mills use $<1$–2% of the energy input to fracture particles and to create new surfaces. The rest of the energy is dissipated in the form of heat from the plastic deformation of the particles that are not fractured, by friction, and in imparting kinetic energy to the particles. The greater the rate at which the force is applied, the less effectively the energy is utilized, and the higher is the proportion of fine material produced.

© 2005 by Taylor & Francis Group, LLC

A flaw in a particle is any structural weakness that may develop into a crack under strain. The Griffith theory (4) of cracks and flaws assumes that all solids contain flaws and microscopic cracks, which increase as the applied force increases, according to the crack length and focus of the stress at the crack apex.

A *granule* is an aggregation of particles that are held together by bonds of finite strength, and the ultimate strength of a wet granule depends on the surface tension of the granulating liquid and capillary forces. After drying, granules develop stronger bonds owing to fusion and recrystallization of particles, and curing of adhesives or binding agent. The final strength of a granule depends on the base material, the type and the amount of granulating agent used, and the granulating equipment employed.

A granule or particle may be subjected to one or more of the following four forces during milling:

1. Shear (cutting forces)
2. Compression (crushing force)
3. Impaction (the direct, high-velocity collision force)
4. Tension (the force that works to elongate or pull a particle apart)

The mechanism by which sizing of dried granules occurs is similar to that of crystalline materials. Cleavage occurs at the weakest point or points in the granule and it could be at (2):

1. the binder–particle interface
2. the bridge of binder between the individual ingredient particles being granulated
3. flaws in the individual ingredient particles within the granules, or
4. a combination of any of these.

Granules held together with lower binding strength agents such as povidone will require less severe grinding conditions because the fractures take place primarily at the binder bridge or the binder–particle interface.

Although the milling process can be described mathematically (6–8), its theory has not been developed to the point at which the actual performance of a mill can be predicted quantitatively. Three fundamental laws (Kick's Law, Rittinger's Law, and Bond's Law) have been proposed to relate size reduction to a single variable, the energy input to the mill. None of the energy laws apply well in practice (9). Generally, laboratory testing is required to evaluate the performance of a particular piece of equipment; however, a work index and grindability index have been used to evaluate the mill performance (5). The efficiency of milling process is influenced by the nature of the force, as well as by its magnitude. The rate of application of force affects comminution because there is a lag time between the attainment of maximum force and fracture. Often, materials respond as a brittle material to fast impact, and as a plastic material to a slow force.

## 3. PROPERTIES OF FEED MATERIALS AFFECTING THE SIZING PROCESS

The milling or sizing process is affected by a variety of factors and has a direct effect on the quality of the final product. The properties of feed material and the finished product specifications determine the choice of equipment to be used for the process of comminution. The properties of feed material include melting point, brittleness,

© 2005 by Taylor & Francis Group, LLC

hardness, and moisture content. The desired particle size, shape, and size distribution must also be considered in the selection of milling equipment.

Materials can be classified as hard, intermediate, soft, or fibrous materials (e.g., glycyrrhiza and rauwolfia) based on Moh's Scale. Fibrous materials require cutting or chopping action and usually cannot be reduced in size effectively by pressure or impact techniques. Before selecting and optimizing a size reduction process one needs to know the properties of the material and the characteristics of a mill. The important material properties (5,10) are as follows:

1. *Toughness*: The material's resistance to the propagation of cracks. Reduction of the particle size of tough material is difficult, but can sometimes be made easier by cooling the material, thereby diminishing its tendency to exhibit plastic flow, and making it more brittle.
2. *Brittleness*: The opposite of toughness. Size reduction poses no problems except if the amount of fines is to be controlled.
3. *Abrasiveness*: This is an important factor because abrasive materials can wear mill parts and screens; hence, metal contamination may be a problem.
4. *Cohesive/adhesiveness*: Particles sticking together or to machine surfaces are often dependent on moisture content and particle size. Problems with moisture content can be mitigated by drying the material or avoided by using a wet size reduction process.
5. *Melting point*: This is critical because considerable heat is generated in size reduction. High temperatures generated can cause melting of the drug, blinding of screen, or can degrade heat-sensitive materials.
6. *Agglomeration tendency*: This tendency can be counteracted by drying the material, either before or during the size reduction operation. In some cases, mixing with other ingredients during milling might be helpful. Generally, materials having a strong tendency to agglomerate are wetted prior to milling.
7. *Moisture content*: A moisture content above 5% can often lead to agglomeration or even liquefaction of the milled material. Hydrates will often release their water of hydration under high temperatures and may require cooling or low-speed milling.
8. *Flammability and explosiveness*: A measure of how readily a material will ignite or explode. Explosive materials must be processed in an inert-gas atmosphere.
9. *Toxicity*: This has little influence on the selection of the mill itself; however, it must be considered in determining operator safety, containment, and setup for this type of material.
10. *Reactivity*: The possibility of materials chemically reacting with the materials of construction of the mill (including liners and gaskets) and cleaning solutions must be considered.

## 4. CRITERIA FOR SELECTION OF A MILL

The selection of equipment is determined by the characteristics of the material, the initial particle size, and the degree of the desired size of the milled product, that is, coarse, medium, or fine.

The criteria for selection of a mill include the following (4):

© 2005 by Taylor & Francis Group, LLC

1. *Properties of feed material*: Size, shape, moisture content, physical and chemical properties, temperature sensitivity, grindability, and material compatibility
2. *Product specifications*: Size, particle size distribution, shape
3. *Versatility of operation*: Wet and dry milling, rapid change of speed and screen, safety features
4. *Scale-up*: Capacity of the mill and production rate requirements
5. *Repeatability*: Ability to meter material to the mill to insure consistent process
6. *Dust control*: Loss of costly drugs, health hazards, contamination
7. *Sanitation*: Ease of cleaning (clean in place, CIP) and sterilization (sterilization in place, SIP)
8. *Auxiliary equipment*: Cooling system, dust collectors, forced feeding, stage reduction
9. *Batch or continuous operation*
10. *Economic factors*: Equipment cost, power consumption, space occupied, labor cost

After consideration of the foregoing factors for a specific milling problem, it is suggested that a variety of mills should be evaluated for optimum product results such as shape of granules and/or scalability from laboratory to production. In addition to the standard adjustments of the milling process (e.g., screen, speed, rotor design, feed rate), other techniques of milling may be considered for special materials. Hygroscopic materials can be milled in a closed system supplied with dehumidified air. As the bulk of the energy used in milling is converted into heat, heat-sensitive materials, or hard materials that build up in the milling chamber may melt, decompose, or explode. A two- or multistep milling process can be used for harder and difficult-to-grind materials. Materials can be milled using a coarser screen, and the material can then be recycled by screening the discharge and returning the oversized material for a second milling (closed circuit mill). Alternatively, one may chill the air or gas (carbon dioxide or nitrogen) that transports the product, cool the product prior to processing, or cool the comminuting chamber through which the product passes. A chiller is necessary for all of these options and will add to the cost of processing (11). If this not sufficient to embrittle the material, it may be fed to the mill simultaneously with dry ice.

## 5. CLASSIFICATION OF MILLS

The majority of size reduction equipment may be classified according to the way in which forces are applied; namely, impact, shear, attrition, and shear-compression (Table 1). A given mill may operate successfully in more than one class: a hammer mill may be used to prepare a 16-mesh granulation and to mill a crystalline material to a 120-mesh powder. The mills used for size reduction of the granules can be divided into two primary categories based on the energy input into the process. Even though there are several high-energy mills available for size reduction, only a few are used in the pharmaceutical industry for the wet or dry sizing process. Milling is an extremely inefficient unit operation with only 1–2% of the applied energy being utilized in the actual size reduction. Milling efficiency is dependent on the characteristics of the material used and the type of mill employed.

© 2005 by Taylor & Francis Group, LLC

**Table 1** General Characteristics of Various Types of Mills

| Mechanism of action | Example | Product size | Type of material | Not used for |
|---|---|---|---|---|
| Impact | Hammer mill | Moderate to fine | Brittle and dry material | Fibrous, sticky, low-melting substances |
| Shear | Extruder and hand screen | Coarse | Deagglomeration, wet granulation | Dry material, hard, abrasive materials |
| Attrition | Oscillating granulator | Coarse to moderate | Dried granulation | Wet granulation, abrasive materials |
| Shear-compression | Conical screening mill | Moderate to coarse | Wet, dry granulation | Abrasive materials |

© 2005 by Taylor & Francis Group, LLC

APOSEM0085826

## 5.1. Low-Energy Mills

### *5.1.1. Hand Screen*

- Size reduction occurs primarily by shear.
- They are made of brass or stainless steel and consist of a woven wire cloth stretched in a circular or rectangular frame.
- They are available in sizes ranging from 4 to 325 mesh; however, for granulation, primarily mesh sizes from 4 to 20 are used.
- They are most widely used for sieve analysis or for size reduction of wet and dry granules in the early stages of formulation development.

### *5.1.2. Oscillating/Rotary Granulator*

- They consist of an oscillating bar contacting a woven wire screen, and the material is forced through the screen by the oscillating-rotary motion of the bar (Figs. 1A and B).
- Size reduction is primarily by shear with some attrition
- Speed, rotary or oscillatory motion, and screen size are important variables to be considered during the sizing process.
- They are used primarily for size reduction of wet and dry granulations and, to some extent, for milling tablets and compacts that must be reprocessed.
- The narrow size distribution and minimum amount of fines are advantages during the size reduction of dry granulation (2).
- Heat-sensitive and waxy materials can be milled owing to the low heat generated during the sizing process.
- Low throughput rates and possible metal contamination from wearing down or broken screen are some of its limitations.

### *5.1.3. Extruder*

- It is primarily used for continuous wet granulation.




**Figure 1** Oscillating granulator: (A) Frewitt MF line and (B) rotor, screen, and tensioning spindles.

© 2005 by Taylor & Francis Group, LLC

- Wet material is forced through a screen and the extruded material is dried in a tray or fluid bed dryer or can be spheronized to produce granules with a high degree of sphericity and then dried for controlled-release applications.
- Less dust generation and more uniform granules are some of the advantages.
- More information on extrusion may be found in Chapter 11.

### 5.2. High-Energy Mills

#### *5.2.1. Hammer Mill*

The hammer mill is one of the most versatile and widely used mills in the pharmaceutical industry. The principle of size reduction in the hammer mill is one of high-velocity impact between the rapidly moving hammers mounted on a rotor and the powder particles (Figs. 2A and B). These mills can produce a wide range of particle sizes, even down to micrometer size. The particle shape, however, is generally sharper and more irregular than that produced by compression methods (5). The force imparted by the hammers and the screen opening size and shape control the degree of particle size reduction.

- They can be used for size reduction of wet or dry granulations and milling of raw materials.
- There is a wide range of interchangeable feed throats and variable feed screw systems available to optimize the feed rate (12).
- Hammers can rotate horizontally or vertically, based on the rotor configuration, and at variable speeds.
- Hammers can be fixed or free-swinging.
- Hammers with blunt or impact edges are preferred for pulverizing and knife or sharp edges are preferred for chopping or sizing of granules (12).
- Screen openings generally vary from 0.3 to 38 mm, with round or square perforations, diagonal or straight slots, or with a rasping surface.
- Feed rate and dryness of the granules are important variables relative to the material.
- Type of hammers, rotor speed, screen type, thickness, and opening size are important variables relative to the machine.

(A) (B)




**Figure 2** Hammer mill: (A) Fitzmill model L1A and (B) principle of operation.

© 2005 by Taylor & Francis Group, LLC

- Ease of setup, clean-up, minimum scale-up problems, and ability to handle a wide variety of size and type of feedstock are some advantages.
- Heat buildup, screen wear, and potential clogging of screens are some of the limitations.
- Integrated designs are available for dust containment.
- Examples include the Granumill and Fitzmill.

*5.2.2. Conical Screening Mill*

- It is effective for dry (deagglomeration–delumping) and wet milling of soft to medium hard materials.
- The comminution chamber consists of an impeller rotating at variable speed, imparting a compression or shear force inside a conical screen.
- The impeller imparts a vortex flow pattern to the feed material, and the centrifugal acceleration forces the particles to the screen surface and up the cone (360°) in a spiraling path (13) (Figs. 3A and B).
- The space between the impeller and the screen can be adjusted.
- The size and shape of the screen holes, screen thickness, impeller configuration, and mill speed are important variables.
- It is used for difficult-to-mill, heat-sensitive material and hard granules.
- Low heat and lower amounts of fines are produced compared with the hammer mill; hence, it produces a narrower particle size distribution.
- The impeller does not touch the screen; hence, chances of screen breakage and metal contamination are greatly reduced compared with an oscillating granulator.
- The dual action of conical screening mills (size reduction and mixing) makes this equipment more desirable than the use of traditional oscillators (14,15).
- Integrated designs are available that are attached to a high-shear granulator discharge, which provides a deagglomerated, lump-free product for the dryer (Fig. 4).
- Examples include the Comil, Glatt sieve GS or GSF, and FitzSiv.

*5.2.3. Centrifugal-Impact Mills*

Centrifugal-impact mills and sieves are useful to minimize the production of fine particles, because their design combines sieving and milling into a single operation. Unlike the conical screening mills, these consist of a nonrotating bar or stator which is fixed within a rotating sieve basket. This action produces a very low product agitation and impact; hence, no heat is generated. The particles that are smaller than the holes of the sieve can pass through the mill without comminution; however, the larger particles are directed by centrifugal force to impact the stator. Older designs are not preferred because the likelihood of sieve-to-stator contact can result in metal particulates in the product. Newer designs eliminate metal-to-metal contact. The Frewitt SG line (Figure 5) is an example of this type.

## 6. WET MILLING

The discussion so far has been focused on dry milling. These mills can also be used for wet milling or coarse milling. There are several reasons for wet milling, including the following (16):

© 2005 by Taylor & Francis Group, LLC

(A)




(B)




**Figure 3** Conical-screening mill: (A) Glatt model GSF 180 and (B) principle of operation.

1. To increase surface area for more efficient drying
2. To improve size uniformity
3. To improve granule formation
4. To prevent large particles that will shatter to "fines" on dry milling
5. For further mixing or blending because ingredients are approximately of the same size

As discussed for low-shear mills, extruders can be used as a continuous wet granulation method. Wet milling is necessary with low-shear mixers, such as planetary, ribbon, or sigma mixers, but with high-shear mixers, the combination of high impeller speed and built-in choppers produces a product ready for drying. Also, integrated designs are available such that the wet milling step in no longer a separate operation.

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 113 of 124
PageID: 2154






**Figure 4** An integrated pharmaceutical manufacturing facility (high-shear granulator conical screening mill fluid bed drier).



**Figure 5** Centrifugal-impact mill: Frewitt SG Line.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085831

Finally, there are continuous granulators available (M6 NICA granulator) for product applications that do not require extensive kneading treatment, and can be used for both batch and continuous operation. The wetted product is discharged in continuous stream through an adjustable opening in the turbine cover. A homogenous mix is produced in a few minutes and further milling may not be necessary.

## 7. VARIABLES AFFECTING THE SIZING PROCESS

### 7.1. Process Variables

As discussed in the introduction, the granule properties can dictate the properties of the final tablet. Some of the problems faced during the tableting process are flow of granules, maintaining uniform density in the granule bed, and the particle size distribution. Each of the stages of the granulation can be critical and can affect tableting. In addition to the wet granulation process, the sizing process can be critical for the particle size distribution that, along with the amount of fines, dictates the flow properties. These, in turn, influence the packing and density of the granules. Reproducibility of batches depends not only on the properties of the unmilled dry granules, but also on the mill and milling parameters. Finally, the dry-milling stage is important because of the excessive heat generated that might affect the stability of the final product.

The characteristics of the granules after size reduction depend mainly on the type of mill, impeller type and speed, screen size, and thickness.

### 7.2. Type of Mill

The type of mill chosen can affect the shape of the granules and throughput. The shape of the milled granules can affect the flow properties. An impact mill produces sharp, irregular particles that may not flow readily, whereas an attrition mill produces free-flowing spheroidal particles. An oscillating granulator uses shear and attrition as the main mechanisms for size reduction. The granules produced are more spheroidal, because size reduction takes place by surface erosion. If the same material is subjected to impact by hammers in a hammer mill, the granules will shatter and cause irregularly shaped granules. If a conical screening mill is used for the same material for size reduction, it imparts some shear and some compression between the rotating impeller and the screen.

#### *7.2.1. Hammer Mill*

There are a number of variables in a hammer mill that can influence comminution (12,17–19). The following section discusses five operating variables in detail:

1. *Rotor shaft configuration*: The hammers may be mounted on a vertical or horizontal shaft (Figs. 6A and B). The vertical shaft mills (Stokes-Tornado mill) have feed inlets at the top and material is fed perpendicular to the swing of the hammers. In the case of horizontal shaft mills (Fitzpatrick–Fitzmill), the material is fed tangentially to the hammer swing. Rotor configuration can influence the particle size distribution of granules. In the vertical configuration, the screen is placed 360° around the hammers and this provides more screen open area and less time for the granules to stay in the milling chamber when compared with the horizontal shaft mills.

© 2005 by Taylor & Francis Group, LLC




**Figure 6** Different types of hammer mills: (A) vertical shaft (B) horizontal shaft.

2. *Material feed rate*: The feed rate controls the amount of the feed material that enters the comminutor and prevents overfeeding (slugging) or underfeeding (starving) in the milling chamber. Although both affect the particle size distribution, overfeeding is relatively more detrimental. If the rate of feed is relatively slow, the product is discharged readily, and the amount of undersize material, or fines, is minimized. On the other hand, overfed material stays in the milling chamber for a longer time, because its discharge is impeded by the mass of material. This leads to a greater reduction of particle size, overloads the motor, and the capacity of the mill is reduced. The rule of thumb is to keep the feed rate equal to the rate of discharge. The feed rate can be controlled using variable-feed screws, vibratory feeders, or dischargers controlled by gravity. In addition to controlling the flow, the feed throat must allow the material to enter at a proper angle. There are more than 50 feed throat designs available that one needs to consider for optimizing the milling process. Most mills used in the pharmaceutical operations are designed so that the force of gravity is sufficient to give free discharge, generally from the bottom of the mill.
3. *Blade type*: Comminution is effected by the impact of the material with the fast moving blades and attrition with the screen. Generally, the blades of a hammer mill have a blunt or flat edge on one side and a sharp or knife-edge on the other side. The desired particle size range determines which blades to use. Many models of hammer mills have a rotor that may be turned 180°, so that the blunt edges can be used for fine grinding or the knife-edge can be used for cutting or granulating. The blunt edge offers the surface and the impact during milling, generating smaller granules. The knife-edge, because the sharper edge causes cutting of the granules, thereby generates larger granules. Individual blades—blunt, sharp, or reversible—are installed either fixed or swinging (Fig. 7A–C). Fixed blades plough through the material being ground, while swinging blades lie back and depend on the centrifugal force for movement. Fixed blades are preferred over swinging blades because they are easier to clean, and work better than swinging blades at low rotor speeds, when grinding fibrous material or if carefully

© 2005 by Taylor & Francis Group, LLC

(A) (B)

(C)



**Figure 7** Different types of hammer mill rotors (Fitzmill): (A) cast rotor, (B) bar rotor and (C) swing-blade rotor.

controlled grinding is needed. The material to be ground determines the configuration of the blades on the motor shaft, as well as the blade density. The shape of the blades (straight, stepped, sickle, or other) is largely a matter of designer preference; little empirical evidence exists to establish the superiority of one shape over another. The size of the grinding chamber generally determines the number of blades (e.g., a 6 in. grinding chamber will have 16 blades).

4. *Rotor speed*: The size of the product is markedly affected by the speed of the hammers. As a general rule, and with all other variables remaining constant, the faster the rotor's speed, the finer the grind. Usually, three speed settings are available: slow (1000 rpm), medium (2500 rpm), and fast (4000 rpm). Changes in rotor speed are accomplished by variable-speed drive, or by manually changing the hammer drive and motor pulley ratio. Rotor speeds of 2500–4000 rpm are typically used with blunt edges in fine grinding applications, whereas speeds of 1000–2500 rpm are typically used with knife-edges for coarse grinding. Particle size distributions are wider at low speed than at medium and high speeds (12). Below the critical rotor speed, the

© 2005 by Taylor & Francis Group, LLC

material experiences attrition, rather than impact action, which causes more spheroidal granules and may result in overheating of the material.

5. *Screen size and type*: The screen is usually an integral part of the hammer mill and does not act as a sieve. The particle size of the product depends on the openings in the screen, the thickness of the screen, and the speed of the hammer. The particle size of the output granules will be much smaller than the size of the screen used, because particles exit at an angle, with high velocity.

Screens can be perforated, woven wire type, or with a slot configuration. The screen openings may range in size and open area based on screen configuration. Because of the large forces that the screens are subjected to, the perforated screens are preferred over the woven-type screens. However, if the raw material fuses from the heat generated, or if the material is difficult to mill, woven-type screens are preferred for their increased open area. The herringbone design and cross-slot are preferred for grinding amorphous and crystalline materials (Fig. 8).

### *7.2.2. Conical Screening Mill*

Similarly, for conical screening mills, the operating variables affecting particle size distribution are type of impeller, impeller speed, and screen size and type:

1. *Material feed rate*: In contrast to hammer mills, conical screening mills perform with greater efficiency when the comminution chamber is kept relatively full. Underfeeding results in low efficiency and reduced throughput.
2. *Impeller*: There are several types of impellers available (13); however, the four main types used frequently are as follows (Fig. 9A).

*Knife-edge*: Its principle mode of operation is shear, and hence, it is used for compression-sensitive, heat-sensitive materials.

*Round-edge*: Its principle mode of operation is compression, and it provides high throughput and low retention. It is mainly used for wet or dry deagglomeration–delumping.



**Figure 8** Different types of hammer mill screens.

© 2005 by Taylor & Francis Group, LLC

(A)

(B)



**Figure 9** Conical screening mill (Comil): (A) impellers and (B) screens.

*Round-edge with teeth*: It is the same as the round-edge impeller except that it has teeth on one side, providing aggressive, high throughput. It reduces fines in milling compacted materials by prebreaking with teeth and reducing retention time. It is often used for tablet rework.

*Knife-edge low-intensity impeller*: It is used where a shear or cut is required; it gives a scissor-like action, for fibrous materials or capsule rework.

3. *Speed*: The speed of the impeller can affect the particle size of the product. Conical screening mills available have variable- or fixed-speed drives, however, the number of revolutions per minute vary depending on the size of the impeller. It is suggested that one keep the tip speed of the impeller the same on scale-up to achieve the same particle size distribution.
4. *Screen size and type*: Screens are available in various sizes (Fig. 9B), based on thickness, open area, and hole configuration such as round, square, slotted, and grater-type openings. Only perforated screens are available.

Various researchers have performed extensive studies of the effects of the foregoing variables on granulation and milling processes (20–22). Motzi et al. (21), based on their observations of significant interaction effects, concluded that effects of mill speed, screen size, and impeller shape on particle size distribution cannot be evaluated individually, but must be evaluated at a level that is a combination of all three.

### *7.2.3. Hybrid Designs*

Hybrid designs, such as the Granumill (Fig. 10A and B), are now available which utilize a one-piece cantilever rotor with heavy blades mounted parallel to the center

© 2005 by Taylor & Francis Group, LLC




**Figure 10** Hybrid design: (A) Granumill and (B) detail of Granumill rotor and screen.

shaft. Incorporating a variable-speed drive, these mills operate as screening mills when run at low speed, and as impact mills when run at high speed.

### 7.3. Other Variables

There are other variables that can affect the sizing process, such as feed material properties, granulation process, and drying process. The properties of materials have been discussed in Section 3. The type of granulation [i.e., dry (roller compaction), planetary, high-shear, or fluid-bed] can determine the strength of the granules and, hence, the sizing process. Furthermore, the drying process, whether tray or fluid-bed, can also be important. Tray-dried granules are usually case hardened and difficult to mill, whereas the fluid-bed process yields more porous and friable granules. Similarly, granules produced by high-shear granulators are harder and are therefore more difficult to mill than those manufactured using low-shear or fluid-bed processes.

## 8. SCALE-UP

### 8.1. Hammer Mill

Table 2 shows the various sizes of Fitzmills available (12). In addition to having the same screen size and type used on the lower scale, keeping the rotor tip speed constant is one of the most important considerations in scale-up of a milling process. Vertical and horizontal rotor configurations may affect throughput and also particle size distribution.

### 8.2. Conical Screening Mill

Table 3 shows the scale-up parameters for various Comils (13). In addition to having the same impeller type, screen size, and screen type used on the lower scale, the tip

© 2005 by Taylor & Francis Group, LLC

**Table 2** Scale-up Parameters for Fitzmill

| | Chamber | | | | | Rotor | | | |
|---|---|---|---|---|---|---|---|---|---|
| Model | Capacity[a] factor | Nominal width | Screen area (in.$^2$) | Diameter of chamber | Rotor configuration | No. of blades | Tip speed factor[b] | Maximum rpm | Maximum horsepower |
| Homoloid | 0.4× | 2.5 | 43.0 | 6.625 | Horizontal | 12 | 1.73 | 7200 | 10.0 |
| M5A | 0.7× | 4.5 | 76.0 | 8.0 | Horizontal | 16 | 2.09 | 4600 | 3.0 |
| D6A | 1.0× | 6.0 | 109.0 | 10.5 | Horizontal | 16 | 2.75 | 4600 | 5.0 |
| DAS06 | 1.0× | 6.0 | 109.0 | 10.5 | Horizontal | 16 | 2.75 | 4600 | 15.0 |

[a]Throughput relative to Model D6 at the same tip speed.
[b]Tip speed = factor × operating speed.
*Source*: From Ref. 12.

**Table 3** Scale-up Parameters for Comil

| Model | Capacity factor | Impeller diameter (in.) | Screen size (in.)[a] A | B | C | Impeller speed scale-up comparison (rpm) | | | | | | | Motor horsepower | Infeed opening (in.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | 1× | 4.375 | 5 | 1.5 | 3 | 1200 | 2400 | 3600 | 4800 | 6000 | 7200 | | 1 or 2 | 3 Round |
| 194 | 5× | 7.625 | 8 | 2.5 | 5 | 700 | 1400 | 2100 | 2800 | 3500 | 4200 | 5600 | 5 | 6 Round |
| 196 | 10× | 11.125 | 12 | 4 | 7 | 450 | 900 | 1350 | 1800 | 2250 | 2700 | 3600 | 10 or 15 | 8 Round |
| 198 | 20× | 23.250 | 24 | 16 | 7 | 225 | 450 | 675 | 900 | | | | 20 | 11 × 22 Rectangular |
| 199 | 40× | 29.469 | 30 | 16 | 12 | 180 | 360 | 540 | | | | | 30 | 12 × 24 Rectangular |
| Tip speed (ft/min) | | | | | | 1400 | 2800 | 4200 | 5600 | 7000 | 8400 | 11,200 | | |

[a]A, screen upper diameter; B, screen lower diameter; C, screen height.
*Source*: From Ref. 13.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085838

speed of the impeller is one of the key variables in scale-up; thus, it should be kept constant.

## 9. CASE STUDIES

### 9.1. Comparison of Fitzmill vs. Comil

It is often difficult to predict the results from similar pieces of equipment having the same operating principle at two different scales, let alone using two pieces of equipment having different operating principles. Many times in the development of a pharmaceutical dosage form the equipment used during formulation development and that used in production are quite different. Apelian et al. (22) studied the effect of particle size distribution on chlorpheniramine maleate granules using a Fitzmill and Comil. For the Fitzmill, various screens sizes (1, 2, 3, and so on) at medium speed were evaluated, and for the Comil, impellers (1601 and 1607) at two speeds (1680 and 3420 rpm) using various screen sizes (039, 045, 055, and 055G) were studied. They reported that milling the granulation using a Fitzmill with a screen size of 2, at medium speed, gave a particle size distribution similar to the granulation milled using a Comil (1601 impeller, 055 screen at 1680 rpm) (Fig. 11). The results of this study suggest that in making a major change in the milling process, one needs to optimize the critical processing variables in order to achieve a similar particle size distribution.

### 9.2. Comparison of Hand Screen vs. Comil

The effect of changing the dry milling from a hand screen operation to a conical screening mill is shown in Figure 12. Naproxen granulations (0.5 and 4 kg) were




**Figure 11** Particle size distribution of chlorpheniramine maleate granulations milled using FitzMill and Comil.

© 2005 by Taylor & Francis Group, LLC




**Figure 12** Particle size distribution of naproxen granulations milled using hand screen and Comil.

manufactured in a fluid-bed granulator using PVP K-90 as a binder (23). The particle size distribution of granules (0.5 kg), passed manually through an 18-mesh screen, was much coarser than that of the granules (4 kg) that were milled using a Comil (Model 197S). A flat-faced impeller (1607) at an impeller speed of 2500 rpm with a spacer setting of 0.25 in. and screen number 2A055 (14-mesh) were used for the milling operation. Even though the granulations were prepared by the same procedure, the milling conditions drastically affected the particle size distribution. As a general rule, during a switch over from a low-energy milling operation to a high-energy milling operation the screen size should be coarser in the high-energy mill. The particle velocity is higher and therefore the size of the granule exiting out of the screen is much smaller than the screen opening. As seen from Figure 12, when the screen size was increased to 14-mesh for the conical-screening mill, the amount of fines generated was higher. Hence, during scale-up, optimization of milling conditions may be necessary to achieve the same particle size distribution.

## 10. LIST OF EQUIPMENT SUPPLIERS

1. The Fitzpatrick Company, 832 Industrial Drive, Elmhurst, IL 60126, USA; www.fitzmill.com
2. Fluid Air, Inc., 2550 White Oak Circle, Aurora, IL 60504, USA; www.fluidairinc.com
3. Frewitt Ltd., P.O. Box 61, CH-1706 Fribourg, Switzerland; www.frewitt.com
4. Glatt Air Techniques Inc., 20 Spear Road, Ramsey, NJ 07446, USA; www.glattair.com

© 2005 by Taylor & Francis Group, LLC

Case 1:24-cv-09729-RMB-EAH Document 83-6 Filed 11/07/25 Page 123 of 124
PageID: 2164



5. Niro, Inc., 9165 Rumsey Road, Columbia, MD 21045, USA; www.niro.com
6. Quadro Inc., 55 Bleeker Street, Millburn, NJ 07041, USA; www.quadro.com
7. Vector Corporation, 675 44th Street, Marion, IO 52302, USA; www.vectorcorporation.com

## ACKNOWLEDGMENTS

The authors would like to thank Dr. Murali K. Vuppala of Praecis Pharmaceuticals Inc. for coauthorship of the first edition of this chapter, Mr. Scott Wennestrum from The Fitzpatrick Company, Mr. John Bender from Fluid Air, Inc., Mr. David Adams and Mr. Patrick Arthur from Quadro, Inc., and Mr. Jeff Montross from Glatt Air Techniques, Inc. for providing the photographs shown in this chapter.

## REFERENCES

1. Prescott JK, Hossfeld RJ. Maintaining product uniformity and uninterrupted flow to direct-compression tableting presses. Pharm Tech 1994; 18:98 114.
2. Lantz RJ Jr. Size reduction. In: Lieberman HA, Lachman L, Schwartz JB, eds. Pharmaceutical Dosage Forms: Tablets. Vol. 2. New York: Marcel Dekker, Inc., 1990:107 157.
3. Fonner DE, Anderson NR, Banker GS. Granulation and tablet characteristics. Lieberman HA, Lachman L, eds. Pharmaceutical Dosage Forms: Tablets. Vol. 2. New York: Marcel Dekker, Inc., 1981:201.
4. Parrot EL. Milling. Lachman L, Lieberman HA, Kanig JL, eds. The Theory and Practice of Industrial Pharmacy. Philadelphia: Lea & Febiger, 1986:21 46.
5. O'Conner RE, Rippie ED, Schwartz JB. Powders. Gennaro AR, ed. Remington's Pharmaceutical Sciences. Easton, PA: Mack Publishing Company, 1990:1615 1617.
6. Carstensen JT, Puisieux F, Mehta A, Zoglio MA. Milling kinetics of granules. Int J Pharm 1978; 1:65 70.
7. Steiner G, Patel M, Carstensen JT. Effect of milling on granulation particle size distribution. J Pharm Sci 1974; 63:1395 1398.
8. Motzi JJ, Anderson NR. The quantitative evaluation of a granulation milling process. III. Prediction of output particle size. Drug Dev Ind Pharm 1984; 10:915 928.
9. Snow RH, Kaye BH, Capes CE, Sresty GC. Size reduction and size enlargement. Perry RH, Green D, eds. Perry's Chemical Engineers' Handbook. New York: McGraw-Hill Inc., 1984:8-9 8-20.
10. Prior MH, Prem H, Rhodes MJ. Size reduction. Rhodes MJ, ed. Principles of Powder Technology. New York: John Wiley & Sons, 1990:237 240.
11. Kukla RJ. Strategies for processing heat-sensitive materials. Powder Bulk Eng 1988; 2:35 43.
12. FitzMill Technical Bulletin. The Fitzpatrick Company, Elmhurst, IL.
13. Quadro Inc., CoMil Product Literature, Millburn, NJ .
14. Poska RP, Hill TR, van Schaik JW. The use of statistical indices to gauge the mixing efficiency of a conical screening mill. Pharm Res 1993; 10:1248 1251.
15. Fourman GL, Cunningham DL, Gerteisen RL, Glasscock JF, Poska RP. Improved color uniformity in tablets made by the direct compression method: a case study. Pharm Tech 1990; 14:34 44.
16. Schwartz JB. Theory of granulation. Kadam KL, ed. Granulation Technology for Bioproducts. Boca Raton, FL: CRC Press, 1990:17.
17. Johnson C. Comminution variables and options. Powder Bulk Eng 1989; 3:40 44.

© 2005 by Taylor & Francis Group, LLC

APOSEM0085841

18. Owens JM. How to correct common hammermill problems. Powder Bulk Eng 1991; 5:38 43.
19. Hajratwala BR. Particle size reduction by a hammer mill I: effect of output screen size, feed particle size, mill speed. J Pharm Sci 1982; 71:188 190.
20. Byers JE, Peck GE. The effect of mill variables on a granulation milling process. Drug Dev Ind Pharm 1990; 16:1761 1779.
21. Motzi JJ, Anderson NR. The quantitative evaluation of a granulation milling process. II. Effect of output, screen size, mill speed and impeller shape. Drug Dev Ind Pharm 1984; 10:713 728.
22. Apelian V, Yelvigi M, Zhang GH, et al. Comparison of quadromill and fitzmill used in milling process of granulation. Pharm Res 1994; 11:S-142.
23. UMAB/FDA Collaborative Agreement RFP # 223 91 3401.

© 2005 by Taylor & Francis Group, LLC