# Exhibit 7

THIRD EDITION

# Handbook of Pharmaceutical Granulation Technology

edited by
Dilip M. Parikh
*DPharma Group Inc.*
*Ellicott City, Maryland, USA*

informa
healthcare
New York London

Informa Healthcare USA, Inc.
52 Vanderbilt Avenue
New York, NY 10017

© 2010 by Informa Healthcare USA, Inc.
Informa Healthcare is an Informa business

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2

International Standard Book Number-10: 1-4398-0789-2 (Hardcover)
International Standard Book Number-13: 978-1-4398-0789-7 (Hardcover)

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequence of their use.

No part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC) 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Library of Congress Cataloging-in-Publication Data**

Handbook of pharmaceutical granulation technology / edited by Dilip M. Parikh.—3rd ed.
p. ; cm.—(Drugs and the pharmaceutical sciences ; 198)
Includes bibliographical references and index.
ISBN-13: 978-1-4398-0789-7 (hardcover : alk. paper)
ISBN-10: 1-4398-0789-2 (hardcover : alk. paper)
1. Drugs—Granulation—Handbooks, manuals, etc. I. Parikh, Dilip M., 1945- II. Series: Drugs and the pharmaceutical sciences ; v. 198.
[DNLM: 1. Technology, Pharmaceutical—Handbooks. 2. Powders—Handbooks. W1 DR893B v.198 2009 / QV 735 H2361 2009]
RS199.G73H36 2009
615′.19—dc22

2009038625

**For Corporate Sales and Reprint Permissions call 212-520-2700 or write to: Sales Department, 52 Vanderbilt Avenue, 7th floor, New York, NY 10017.**

**Visit the Informa Web site at**
**www.informa.com**

**and the Informa Healthcare Web site at**
**www.informahealthcare.com**

# Preface

Since the *Handbook of Pharmaceutical Granulation Technology*, first and second editions, were published, there have been rapid developments in the science of granulation, particle engineering, and process controls, requiring the publication of this third edition. The concepts of design space, process optimization, and harmonization of regulations by the global health authorities are being implemented in the industry. The U.S. and International regulatory bodies are restructuring their oversight of pharmaceutical quality regulation by developing a product quality regulatory system, which provides a framework for implementing quality by design, continuous improvement, and risk management. This edition addresses topics generated by these technological as well as regulatory changes in unit operation of particle generation and granulation.

Current advances in the field have led us to include new chapters on subjects such as supercritical fluids, nanoparticulate technology, nutraceuticals, biotechnology, controlled-release granulation, process control, and expert systems to bring the reader up to date with the key new drivers in the field. All classic and standard bearer chapters such as fluid bed, roller compaction, continuous granulation, process modeling, spray-drying, and effervescent and rapid-release granulation have been thoroughly revised to meet the current state of the art.

Within particle generation technologies, research and application of supercritical fluids and nanotechnology-based processes for particle production have proved suitable for controlling solid-state morphology and particle size of pharmaceuticals. Supercritical fluids have emerged as the basis of a system that optimizes the physicochemical properties of pharmaceutical powders. Supercritical fluids should be considered in a prominent position in the development processes of drug products for the 21st century. Nanoparticulate technology offers a potential path to rapid preclinical assessment of poorly soluble drugs. It offers increased bioavailability, improved absorption, reduced toxicity, and the potential for drug targeting. Nanoparticulate technology may thus allow for the successful development of poorly water-soluble discovery compounds, as well as the revitalization of marketed products through improvements in dosing. These particle generation technologies have been included in new chapters titled "Supercritical Fluid Technology" and "Pharmaceutical Applications of Nanoengineering."

As the nutraceuticals industry is growing worldwide, a new chapter for "Granulation of Plant Products and Nutraceuticals" is included in this edition. These herbal and mineral products pose unique challenges when preparing a solid dose. These products are normally formulated with numerous ingredients with varying particle sizes, morphology, hydrophobic or hydrophilic attributes, along with unique granulating and compressing challenges. Approaches to overcome these difficulties using various granulation techniques described in this chapter will be helpful to the professionals in dietary supplement industry. Regulatory approaches taken by different world regulatory authorities are highlighted in this chapter, and impact of recent implementation of U.S. FDA Good Manufacturing Practices regulation for nutraceutical industry is discussed in this chapter as well.

As the biotechnology industry grows worldwide, formulation efforts to formulate large molecules for oral dosage forms have accelerated. Research and application of classical granulation technologies have been investigated and presented in the chapter titled "Granulation Approaches in Biotech Industry," which will provide much needed knowledge of the current status and challenges inherent in this effort.

Controlled-release technology to produce matrix granulation is widely practiced. To prolong the life cycle of a product or to offer better patient compliance, controlled-release

granulation is a critical unit operation. A new chapter titled "Granulation Approaches for Modified-Release Products" specifically addresses the approaches that can be taken to produce granulation that can provide modified-release attributes.

With advent of high-throughput screening and combinatorial chemistry, evaluation of potential molecules with therapeutic activity is on the increase. However, majority of these new chemical entities have low aqueous solubility. Hence, a new chapter that presents current approaches for various techniques to improve the solubility of difficult to dissolve molecules titled "Granulation for Poorly Water-Soluble Drugs" is included.

End-point determination of a granulation process is the most prominent concern of any practicing industry professional as well as academician. Significant progress has been achieved to determine the process control and the end-point determination for various processes utilized in particle generation and formation of granular products. For example, torque and power measurements in high-shear granulation, online techniques to monitor and control processes using technologies such as near infrared (NIR), focused beam reflectance measurement (FBRM®), particle video microscope (PVM®), Fourier transform infrared spectroscopy (FTIR), etc., are being used routinely. A new chapter devoted to "Advances in Process Control and End-Point Determination" discusses this very important topic and provides helpful guidance.

It is common in most formulation development studies that the formulation scientist may have extensive knowledge of the active ingredients and yet needs to know which excipients to select and their proportions. At this stage, a knowledge-based, so-called "expert system," can be helpful to the scientist in selecting suitable excipients. Another case where such an expert system could be of use in formulation studies is the determination of the design space for manufacturing conditions. There are various researchers who are developing applications of expert system in unit operations such as granulation. A new chapter on "Expert Systems and Their Use in Pharmaceutical Application" discusses developments in this emerging field.

Granulation is a major unit operation in solid dosage manufacturing. It is generally capital intensive, requires more manpower, and is subject to costly batch rejection possibilities if improper techniques are used. It is the objective of every company management to have the most efficient and thus cost-effective product development and manufacturing operation in the current competitive environment. A revised chapter titled "Quality by Design and Process Technology in Granulation" includes current understanding of process analytical technology (PAT) and the subject of "quality by design" (QbD) and provides how industry is applying principles of PAT and how QbD helps integrated, systematic, and scientific approach to design, development, and delivery of performance attributes that ensure consistent delivery of specific quality, safety, and efficacy objectives.

As a complement to the most recent U.S. FDA regulations for Good Manufacturing Practices, "The Pharmaceutical Quality for the 21st Century—A Risk-Based Approach," a completely revised chapter titled "Regulatory Issues in Granulation: The Pharmaceutical Quality for the 21st century—A Risk-Based Approach" is presented in this edition to reflect the impact of these new regulations. It includes International Conference on Harmonization (ICH) guidelines and harmonization as it pertains to the process of granulation. This important topic is critical in building in and maintaining the desired quality in pharmaceutical product.

Besides these new chapters, chapters on high- and low-shear granulation from the second edition are combined into one, titled "Wet Granulation in Low- and High-Shear Mixers," to present a comprehensive treatment of these approaches. All other chapters are completely revised and updated with the information that is helpful to the reader.

This book is designed to give readers comprehensive knowledge of the subject. As in the earlier editions, all chapters include appropriate level of theory on the fundamentals of powder characterization, practical granulation approaches, state-of-the-art technologies, and regulation compliant manufacturing optimization.

Pharmaceutical professionals such as research and development scientists, manufacturing management professionals, process engineers, validation specialists, process specialists, quality assurance, quality control, and regulatory professionals, and graduate students in industrial pharmacy and chemical engineering programs will find the level of theory appropriate and the wealth of practical information from renowned pharmaceutical professionals from industry and academia invaluable. The knowledge provided will be

helpful in selecting the appropriate granulation technology while keeping in mind regulatory requirements and cost-effectiveness.

I would like to extend special thanks to all the contributors for their support and cooperation to make this edition of the book most comprehensive on this technical subject. I would like to extend my sincere thanks to Sandra Beberman of Informa Healthcare for her guidance and to Sherri Niziolek of Informa Healthcare for her help.

*Dilip M. Parikh*
*Ellicott City, Maryland, U.S.A.*

# 1 Introduction

**Dilip M. Parikh**
*DPharma Group Inc., Ellicott City, Maryland, U.S.A.*

## BACKGROUND

The term "granulated" material is derived from the Latin word "granulatum," meaning grained. The practice of delivering medicinal powder by hand rolling into a pill by using honey or sugar has been used for centuries. It is still the practice to deliver the botanical and herbal extracts in homeopathic and ayurvedic branches of medicine, which are still practiced in India along with allopathic medicine.

Thomas Skinner, a physician in his article in 1862 (1), describes earlier mention of granulating medicine cited in 1773 in Duncan's *Elements of Therapeutics*, as follows: "by the application of art, it is intended that medicines should be rendered more agreeable, more convenient, more safe and more efficacious than they are in their natural state. To obtain these ends is the intention of pharmacy." Skinner further describes the earlier method of making granules by French pharmacists who had a form of medication that they call *"poudres granules."* The process of preparing these granules consisted in enveloping the particles of medicines in syrup by means of heat and constant stirring, as in the art of making comfits. This method was further modified to make granules with very little heat or moisture, which can be placed on the tongue and washed over with water, which was a modification of the method of granulating gunpowder.

Perry's *Chemical Engineer's Handbook* (2) defines the granulation process as "any process whereby small particles are gathered into larger, permanent masses in which the original particles can still be identified." This definition is, of course, particularly appropriate to a pharmaceutical granulation where the rapid breakdown of agglomerates is important to maximize the available surface area and aid in solution of the active drug. The granulated material can be obtained by direct size enlargement of primary particles or size reduction from dry, compacted material.

In modern times, granulation technology has been widely used by a wide range of industries, such as chemical, coal, mining, metallurgy, ceramic, and agrochemical. These industries employ agglomeration techniques to reduce dust, provide ease of handling, and enhance the material's ultimate utility.

The development of pharmaceutical granulation was driven by the invention of the tablet press by W. Brockedon in 1843. Subsequent improvements in the tablet machinery were patented in the United States by J. A. McFerran (1874), T. J. Young (1874), and J. Dunton (1876). The demands on the granulation properties were further enhanced in the 1970s as high-speed tablet and capsule-filling machines with automated controls were introduced. The continuous refinements in the regulatory requirements such as low-dose products requiring blend uniformity/content uniformity necessitated knowledge and technology to produce the required granule characteristics. The high-speed compression and capsule-filling machines require a uniform flow of material to the dies or filling stations that produce pharmaceutical dosage form.

### Direct Compression

The processing of drug substance with the excipients can be achieved without employing the process of granulation. By simply mixing in a blender, a directly compressible formulation can be processed and compressed in tablets or filled in the hard gelatin capsules. In the 1970s, microcrystalline cellulose, as a directly compressible vehicle, was introduced. The compressible formulation containing microcrystalline cellulose is suitable for a number of products. This has several obvious advantages, such as lower equipment cost, faster process time, and efficient operation involving only two process steps. Sometimes, excipient costs may have to be compared against the savings in the processing steps and equipment by using alternate methods.

There are, however, a number of products that cannot be directly compressed because of low dosage, or flow properties of the drug and excipient mixture. Blend uniformity and the content uniformity in the drug product are critical attributes with low dose drug formulation. Other than content uniformity of a low-dose drug substance, there are a number of reasons why direct compression may not be suitable for a wide array of products. These include the required flow properties; the amount of drug substance in a dosage form may require it to be densified to reduce the size of the drug product, obtain the required hardness, friability, disintegration/dissolution, and other attributes.

## Current Granulation Techniques and Research

The classical granulation process using either wet or dry methods is employed in the process industries. Pharmaceutical granulation process is used for tablet, capsule, and spherical granules for the modified-release indications or to prepare granules as sprinkles to be used by pediatric patients. In some countries like Japan, having granulated product in a "sachet" is acceptable where a large dose of the drug product is not suitable for swallowing. The reasons for granulating a pharmaceutical compound are well documented in the literature.

Many researchers studied the influence of material properties of the granulating powders and process conditions on the granulation process in a rather empirical way. In the 1990s, fundamental approach to research was started on various topics in the granulation process, looking into more detailed aspects of particle wetting, mechanism of granulation, material properties, and influence of mixing apparatus on the product. The overall hypothesis suggested that the granulation can be predicted from the raw material properties and the processing conditions of the granulation process. One of the major difficulties encountered in granulation technology is the incomplete description of the behavior of powders in general. The ongoing fundamental research on mixing, segregation mechanisms of powder, surface chemistry, and material science is necessary to develop the theoretical framework of granulation technology. An excellent review of the wet granulation process was presented by Iveson et al. (3). The authors have advanced the understanding of the granulation process by stating that there are three fundamental sets of rate processes, which are important in determining wet granulation behavior. These are wetting and nucleation, consolidation and growth; and breakage and attrition. Once these processes are sufficiently understood, then it will be possible to predict the effect of formulation properties, equipment type, and operating conditions of granulation behavior, provided these can be adequately characterized according to the reviewers.

Five primary methods exist to form an agglomerated granule. They are formation of solid bridges, sintering, chemical reaction, crystallization, and deposition of colloidal particles. Binding can also be achieved through adhesion and cohesion forces in highly viscous binders.

Successful processing for the agglomeration of primary particles depends on proper control of the adhesional forces between particles, which encourage agglomerate formation and growth and provide adequate mechanical strength in the product. Furthermore, the rheology of the particulate system can be critical to the rearrangement of particles necessary to permit densification of the agglomerate and the development of an agglomerate structure appropriate for the end-use requirements. If the particles are close enough, then the surface forces such as van der Waals forces (short range) and electrostatic forces can interact to bond particles. Decreasing particle size increases surface-mass ratio and favors the bonding. van der Waals forces are sevenfold stronger than electrostatic forces and increase substantially when the distance between them is reduced, which can be achieved by applying pressure as in dry granulation method. The cohesive forces that operate during the moist agglomerates are mainly due to the liquid bridges that develop between the solid particles. Electrostatic forces keep particles in contact long enough for another mechanism to govern the agglomeration process.

Dry compaction technique like roller compaction is experiencing renewed interest in the industry. There are a number of drug substances that are moisture sensitive and cannot be directly compressed. The roller compaction provides suitable alternative technology for processing these products. Early stages of wet granulation technology development employed low-shear mixers or the mixers/blenders normally used for dry blending such as ribbon mixers. There are a number of products currently manufactured using these low-shear

**Table 1** Frequently Used Granulation Techniques and Subsequent Processing

| | Process | Subsequent processing |
|---|---|---|
| Dry granulation | Direct compression | Blend—process further |
| | Slugging (double compression) | Mill slugs/recompress/mill/ blend—process further |
| | Roller compaction | Mill/blend—process further |
| Wet granulation | Low-shear mixer | Tray or fluid-bed dry, mill, blend—process further |
| | High-shear mixer | Tray or fluid-bed dry, mill, blend—process further |
| | High-shear mixer | Vacuum/gas stripping/microwave assist—mill, blend—process further |
| | Fluid-bed granulator dryer | After drying—mill, blend—process further |
| | Extrusion/spheronization | Tray or fluid-bed dryer—mill, blend—process further |
| | Spray dryer | Spray dryer—process further |
| | Continuous mixer granulator—mechanical | Continuous fluid bed—mill, blend—process further |
| | Continuous fluid-bed granulator/dryer | Dried product—mill, blend—process further |

granulators. The process control and efficiency have increased over the years; however, the industry has embraced high-shear granulators for wet granulation because of its efficient process reproducibility and modern process control capabilities. The high-shear mixers have also facilitated new technologies, such as one-pot processing, that use the mixer to granulate and then dry using vacuum, gas stripping/vacuum, or microwave assist vacuum drying.

Fluid-bed processors have been used in the pharmaceutical industry for the last 40 years, initially only as a dryer and now as a multiprocessor to granulate, dry, pelletize, and coat particles. The most preferred method of granulation is to use the high-shear mixer to granulate and use the fluid bed as a dryer in an integrated equipment setup. This provides the best of both technologies: efficient controllable dense wet granules and a fast-drying cycle using fluid-bed dryer. Here again, the choice of this approach will be dependent on the product being processed and its desired properties at the end of the granulation process. Extrusion/spheronization is used to produce granulation for the tabletting or pelletizing, which involves mixing, extruding, spheronizing, and drying unit operations. These pellets can be produced as matrix pellets with the appropriate polymer or are coated in fluid-bed unit to produce modified-release dosage forms. Other techniques have been used by researchers such as steam granulation, using foam binder in place of liquid binders or moisture-activated dry granulation (MADG) where a small amount of moisture is added to the blend containing certain binders under constant mixing in high-shear mixer. This process eliminates the need for processing of the granulation however, essentially suffers from the same shortcomings as would be encountered with direct compression blend. Table 1 lists the most common techniques to granulate a pharmaceutical compound in the industry.

## Granulation and Particle Design

Granulation is an example of particle design. The desired attributes of the granule are controlled by a combination of the formulation and the process.

Spray drying technique is now routinely used to prepare particles for inhalation dosage forms or to create solid dispersions of poorly soluble drugs. Recent interest in nanotechnology research has opened up a number of avenues for creating newer drugs. Various development groups are working to enhance traditional oral delivery systems with nano-engineered improvements. There are some areas where nano-enhanced drugs could make a big difference in increasing oral bioavailability and reducing undesirable side effects. By increasing bioavailability, nanoparticles can increase the yield in drug development and, more importantly, may help treat previously untreatable conditions. Another approach in the 1990s was to use supercritical fluid technology to produce uniform particles to replace crystallization. Even though supercritical fluids were discovered over 100 years ago and the commercial plant was built over 20 years ago in the United States, it is only now that the technology is used for a number of pharmaceutical applications (4–7) so as to produce aspirin, caffeine, ibuprofen, acetaminophen, etc. One of the major areas on which the research and

development of supercritical fluids is focused is particle design. There are different concepts such as "rapid expansion of supercritical solution," "gas antisolvent recrystallization," and "supercritical antisolvent" to generate particles, microspheres, microcapsules, liposomes, or other dispersed materials. When the supercritical fluid and drug solution make contact, a volume expansion occurs, leading to a reduction in solvent capacity, increase in solute saturation, and then supersaturation with associated nucleation and particle formation. A number of advantages are claimed by using this platform technology such as particle formation from nanometers to tens of micrometers, low residual solvent levels in products, preparation of polymorphic forms of drug, etc. (8). Attempts to make solid dosage forms of large molecules are under way even though there are numerous challenges.

## Current Industry Status and Challenges

Efficient and cost-effective manufacturing of pharmaceutical products is being evaluated by the scientists, engineers, and operational managers of pharmaceutical companies worldwide. In the United States, where 49% of the world pharmaceutical market is, pharmaceutical companies are under tremendous pressure from the managed care organizations, politicians, and consumers. The pharmaceutical industry, worldwide in general and in the United States in particular, faces a unique paradox to drive future innovation through substantial R&D investments and return competitive margin to shareholders while providing access to pharmaceutical products at low cost. The industry has reached a critical juncture in its 100+ years of history. The industry is impacted simultaneously by growing competition, declining market performance, increasing regulation, escalating pricing pressures, and rapidly evolving innovations for improving people's health and quality of life. Recently published reports (9, 10) into pharmaceutical R&D and pharmaceutical manufacturing questioned the existing industry business model and has identified an emerging trend favoring outsourcing of discovery, research, clinical trials, and manufacturing of dosage forms, providing relief from the consistent, high-growth financial return expectations faced by the majority of pharmaceutical companies. Outsourcing allows these companies to pursue potential new revenue streams outside of their core focus areas and to benefit from improved productivity, emerging technologies, in-licensing opportunities, and increased growth. Consumers and local governments in the United States are pressuring the FDA authorities and politicians to allow importation of the drugs from other countries where costs are generally lower than in the United States. Demands for price control also extend to Europe; government-backed pharmaceutical payment plans in Germany and Italy, for example, have cut back reimbursements. Other European countries have controls on the drug prices. As a result of these pricing pressures and to enhance the drugs in the pipeline, mergers and acquisitions have accelerated. Acquisitions remain the preferred route to quickly enhance a product portfolio.

This trend of merging of equals or takeover of the significant biotechnological and technological companies will continue. Major pharmaceutical companies are witnessing the end of traditional research and development. This has created emergence of small niche technology companies as well. Drug delivery companies are becoming potential targets for mergers or strategic alliances.

Because biologics are less susceptible to generic competition, big pharmaceutical companies are acquiring biotech companies as well.

Table 2 lists the 12 biggest mergers that have taken place in 2008–2009 alone which shows how the industry is accelerating the acquisition approach.

During all of the upheaval that the industry is going through, it is becoming obvious that the cost of development, production, and goods must be controlled. The efficiencies in the research, development, and manufacturing, which were not necessarily sought after, are becoming the first priority of the pharmaceutical companies however small they may be in comparison to the final cost of the product to the consumer. The manufacturing of solid dosage product is no exception.

The significant advances that have taken place in the pharmaceutical granulation technology are presented in this book to provide the readers with choices that are available. The various techniques presented in this book will further help the scientists in their understanding and selection of the granulation process most appropriate for the drug substance. There is no substitute for good science. The characterization of the drug substance

**Table 2** Top Twelve mergers in 2008–2009

| Number | Merger/acquisition partners | Value in billion dollars |
|---|---|---|
| 1 | Novartis and Alcon | 39 |
| 2 | Takeda and Millenium | 8.8 |
| 3 | Teva and Barr | 7.46 |
| 4 | Eli Lilly and Imclone | 6.5 |
| 5 | Daiichi and Ranbaxy | 4.6 |
| 6 | Roche and Vatana | 3.4 |
| 7 | GSK and Actelion | 3.2 |
| 8 | Sanofi and Zentiva | 2.6 |
| 9 | Genzyme and Isis | 1.9 |
| 10 | Lilly and Covance | 1.6 |
| 11 | Pfizer and Wyeth (2009) | $68.0 |
| 12 | Merck and Schering-Plough (2009) | $41.0 |

*Source*: From Refs. 11–13.

along with the knowledge of granulation theory, identifying the critical process parameters, process modeling capability, in-line or on-line process analytical tools (PAT), process scale-up approaches, and a good definition of the end product required will prepare the reader to explore the various options presented in this book. Each drug substance poses a unique challenge that must be taken into consideration at the process selection stage by the scientists. The optimization techniques due to availability of state of the art computers, process control, and mathematical techniques to model the granulation process will advance the traditional granulation technology.

For production engineering, validation, and quality professionals in the industry, this book is intended to provide the fundamental understanding of the technique of granulation and the rationale behind the selection of each particular technique. This will further enhance the ability to design the production plant, carry out the technology transfer, scale up, troubleshoot, and maintain the pharmaceutical granulation operation in accordance with regulatory compliance.

## REFERENCES


1. Skinner T. The Granulation of medicines. Br Med J 1862; 1(59):172–175.
2. Ennis BJ, Litster JD. Particle enlargement. In: Perry RH, Greens D, eds. Perry's Chemical Engineer's Handbook. 7th ed. New York:McGraw Hill, 1997:20-56–20-89.
3. Iveson SM, Litster JD, Hopgood K, et al. Nucleation, growth, and breakage phenomenon in agitated wet granulation process: a review. Powder Technol 2001; 117:3–39.
4. Charoenchaitrakool M, Dehghani F, Foster NR. Micronization by RESS to enhance the dissolution rates of poorly water soluble pharmaceuticals. Proceedings of the 5th International Symposium on Supercritical Fluids, Atlanta, GA, April 8–12, 2000.
5. Matson DW, Fulton JL, Petersen RC, et al. Rapid expansion of supercritical fluid solutions: solute formation of powders, thin films, and fibers. Ind Eng Chem Res 1987; 26:2298–2306.
6. Subra P, Boissinot P, Benzaghou S. Precipitation of pure and mixed caffeine and anthracene by rapid expansion of supercritical solutions. Proceedings of the 5th Meeting on Supercritical Fluids, Tome I, Nice, France, March 23–25, 1998.
7. Gilbert DJ, Palakodaty S, Sloan R, et al. Particle engineering for pharmaceutical applications—a process scale up. Proceedings of the 5th International Symposium on Supercritical Fluids, Atlanta, GA, April 8–12, 2000.
8. Baldyga J, Henczka M, Shekunov BY. Fluid dynamics, mass transfer and particle formation in super critical fluids. In: York P, Kompella UB, Shekunov BY, eds. Super Critical Fluid Technology for Drug Product Development. Marcel Dekker, 2004; 91–158.
9. Cambridge Healthcare Advisors (CHA) Report. Report identifies increasing outsourcing by pharma. September 29, 2004. Available at: http://www.outsourcing-pharma.com/Clinical-Development/Report-identifies-increasing-outsourcing-by-pharma.
10. PriceWaterhouseCoopers. Pharma 2020: Virtual R & D Which Path will you take? Available at: http://www.pwc.com/gx/en/pharma-life-sciences/index.jhtml
11. Top 10 Deals of 2008. Available at: http://www.fiercebiotech.com/special-reports/top-10-deals-2008.
12. Pfizer to pay $60 billion for Wyeth-Wall Street Journal, January 26, 2009.
13. Merck to buy rival for $41 Billion-Wall street Journal, March 10, 2009.

# 2 Theory of Granulation: An Engineering Perspective

**Bryan J. Ennis**
*E&G Associates, Inc., Nashville, Tennessee, U.S.A.*

## INTRODUCTION

### Overview

*Wet granulation* is a subset of size enlargement (1–6), which involves any process whereby small particles are agglomerated, compacted, or otherwise brought together into larger, relatively permanent structures in which the original particles can still be distinguished. Granulation technology and size enlargement processes have been used by a wide range of industries, ranging from the pharmaceutical industry to fertilizer or detergent production to the mineral processing industries. *Size enlargement* generally encompasses a variety of unit operations or processing techniques dedicated to particle agglomeration. These processes can be loosely broken down into *agitation* and *compression* methods.

Although terminology is industry specific, *agglomeration by agitation* will be referred to as *granulation*. A particulate feed is introduced to a process vessel and is agglomerated, either batch-wise and continuously, to form a granulated product. Agitative processes include fluid bed, pan (or disk), drum, and mixer granulators. Such processes are also used as coating operations for controlled release, taste masking, and cases where solid cores may act as a carrier for a drug coating. The feed typically consists of a mixture of solid ingredients, referred to as a formulation, which includes an active or key ingredient, binders, diluents, flow aids, surfactants, wetting agents, lubricants, fillers, or end-use aids (e.g., sintering aids, colors or dyes, taste modifiers). A closely related process of spray drying is also included here, but discussed in detail elsewhere (See Ref. 7 and chap. 5). Product forms generally include agglomerated or layered granules, coated carrier cores, or spray dried product consisting of agglomerated solidified drops.

An alternative approach to size enlargement is by *agglomeration by compression*, or *compaction*, where the mixture of particulate matter is fed to a compression device, which promotes agglomeration due to pressure. Either continuous sheets of solid material are produced or some solid form such as a briquette or tablet. Compaction processes range from confined compression devices, such as tabletting, to continuous devices, such as roll presses (chap. 8), briquetting machines and extrusion (chap. 12). Some processes operate in a semicontinuous fashion such as ram extrusion. Capsule filling operations would be considered a low-pressure compaction process.

At the level of a manufacturing plant, the size enlargement process involves several peripheral, unit operations such as milling, blending, drying or cooling, and classification, referred to generically as an agglomeration circuit (Fig. 1). In addition, more than one agglomeration step may be present. In the case of pharmaceutical granulation, granulated material is almost exclusively an intermediate product form, which is then followed by tabletting. In the context of granulation, therefore, it is important to understand compaction processes to establish desirable granule properties for tabletting performance.

Numerous benefits result from size enlargement processes as summarized in Table 1. A wide variety of size enlargement methods are available; a classification of available equipment and initial criteria of process selection is given in Tables 2 and 3. A primary purpose of wet granulation, in the case of pharmaceutical processing, is to create free flowing, nonsegregating blends of ingredients of controlled strength, which may be reproducibly metered in subsequent tabletting or for vial or capsule filling operations. The wet granulation process must generally achieve desired granule properties within some prescribed range. These




**Figure 1** A typical agglomeration circuit utilized in the processing of pharmaceuticals involving both granulation and compression techniques. *Source*: From Refs. 1–6.

**Table 1** Objectives of Size Enlargement

| |
|---|
| Production of useful structural form |
| Provision of a defined quantity for dispensing, with improved flow properties for metering and tabletting |
| Improved product appearance |
| Reduced propensity to caking |
| Increased bulk density for storage and tabletting feeds. |
| Creation of nonsegregating blends with ideally uniform distribution of key ingredients. |
| Control of solubility, and dissolution profiles. |
| Control of porosity, hardness and surface to volume ratio and particle size |

*Source*: From Refs. 1–6.

attributes clearly depend on the application at hand. However, common to most processes is a specific granule size distribution and granule voidage. Size distribution affects flow and segregation properties, as well as compaction behavior. Granule voidage controls strength, and impacts capsule and tablet dissolution behavior, as well as compaction behavior and tablet hardness.

Control of granule size and voidage will be discussed in detail throughout this chapter. The approach taken here relies heavily on attempting to understand interactions at a particle level, and scaling to bulk effects. Developing an understanding of these microlevel processes of agglomeration allows a rational approach to the design, scale-up, and control of agglomeration processes (Figs. 2 and 3). Although the approach is difficult, qualitative trends are uncovered along the way, which aid in formulation development and process optimization, and which emphasize powder characterization as an integral part of product development and process design work.

**Table 2** Process Selection Considerations for Wet Granulation Equipment

| Process | Product details | Production | | Product details | | | Acceptable feed | | | Product details | Process characteristics | | | | Product details | | | Product details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Attribute | | | | | | | | | | | | | | | | | |
| Batch fluid bed | L–M | 100–900 | 0.2–1 | M | SG | M–H | ✗ | ✓ | ✓ | L | ✓ | ✗ | ✓ | ✗ | L | H | ✓ | C |
| Continuous fluid bed | L–M | 50 | 0.1–3 | M | SG | M–H | ✗ | ✓ | ✓ | L | ✓ | ✗ | ✓ | ✗ | L–M | H | ✓ | C, R |
| Continuous disk | M | 0.5–800 | 0.5–20 | L | VSG | VH | ✗ | ✗ | ✓ | L | ✓ | ? | ✗ | ✗ | L | L | ✗ | B, D, C, R |
| Continuous drum | M | 0.5–800 | 2–20 | M | SG | M–H | ✗ | ? | ✓ | L | ✓ | ? | ✓ | ✗ | H | L | ✗ | B, D, C, G, R |
| Batch mixer | M–H | 100–500 | 0.1–3 | M–H | IG | M | ✓ | ✓ | ? | M | ✗ | ✓ | ✓ | ✓ | L–M | H | ✓ | D, C |
| Continuous mixer | M–H | 50 | 0.1–3 | M–H | IG | M | ✓[a] | ?[a] | ? | M | ✗ | ✓ | ✓ | ✓ | L–M | H | ✓ | D, C, T |

Binder required. Either solvent required, or in some cases, heat activated binder. Maximum feed of 500 μm, smaller preferred. Moisture no more than 80% pore saturation. Able to process brittle, abrasive, elastic, most plastic materials.

*Abbreviations*: ✓, yes; ✗, no; ?, possible; L, low; M, medium; H, high; V, very; G, granular; S, spherical; I, irregular; T, tablet form; C, cylindrical processing; C, classification; R, recycle; B, blending; D, drying; G, grinding; T, two-stage.

[a]Dependent on contact time.

**Table 3** Process Selection Considerations for Compaction Equipment

| Product appearance attributes | | | | | | | Acceptable feed | | | | Process characteristics | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Attribute | | | | | | | | | | | | | | | | |
| Process | Product details | Production | | Product details | | | | | | Product details | | | | | | Product details | |
| Roll pressing (smooth) | H | 50 | 0.2–5 | M–H | IG | M | ✗ | ✓ | ✗ | VH | ✗ | ✗ | ✗ | M–H | H | M | B, G, C, R, T |
| Roll pressing (pattern)† | H | 50 | 5–50 | VL | B | M | ✓ | ? | ✗ | H | ✗ | ✗ | ✗ | L–M | M | M | T, B |
| Tabletting | H–VH | 1 | 5–10 | 0 | T | M | ✓ | ✗ | ✗ | H | ✗ | ✗ | ✗ | 0 | L | H | T, B |
| Ram/piston extrusion | H–VH | 5 | 5–10 | 0 | IT | M | ✓ | ✗ | ✗ | VH | ✗ | ✗ | ✗ | 0 | H | H | T, B |
| Pelleting mills | H–VH | 10 | 0.5–3 | L | C–SG | M | ✗ | ✓ | ✓ | VH | ✗ | ✓ | ✗ | L | L | M–H | B, C, D, R |
| Radial extrusion | M–H | 5 | 0.5–3 | L | C–SG | M | ? | ✓ | ✓ | H | ✓ | ✓ | ✓ | L | H | H | B, C, D, R |
| Axial extrusion | VH | 5 | 0.5–3 | L | C–SG | M | ? | ✓ | ✓ | VH | ✓ | ✓ | ✓ | L | H | H | B, C, D, R |

Binder not required except for some hard materials. Small levels of moisture common; must be low or compaction arrested. Minimum feed of 100 μm, unless deaeration/vacuum provided. Moisture no more than 80% pore saturation. Nonwettable material acceptable.

APOSEM0085599




**Figure 2** The mechanisms or micro-level processes of compressive agglomeration or compaction. These processes combined control compact strength, hardness, and porosity. *Source*: From Ref. 4.




**Figure 3** The mechanisms or rate processes of agitative agglomeration, or granulation, which include powder wetting, granule growth, granule consolidation, and granule attrition. These processes combine to control granule size and porosity, and they may be influenced by formulation or process design changes. *Source*: From Ref. 5.

## Granulation Mechanisms

Four key mechanisms or *rate processes* contribute to granulation, as originally outlined by Ennis (4,5), and later developed further by Litster and Ennis (6). These include *wetting* and nucleation, *coalescence* or growth, *consolidation*, and *attrition* or breakage (Fig. 3). Initial *wetting* of the feed powder and existing granules by the binding fluid is strongly influenced by spray rate or fluid distribution, as well as feed formulation properties, in comparison with

mechanical mixing. Wetting promotes *nucleation* of fine powders, or coating in the case of feed particle size in excess of drop size. In the *coalescence* or *growth* stage, partially wetted primary particles and larger nuclei coalesce to form granules composed of several particles. The term *nucleation* is typically applied to the initial coalescence of primary particles in the immediate vicinity of the larger wetting drop, whereas the more general term of *coalescence* refers to the successful collision of two granules to form a new larger granule. In addition, the term of *layering* is applied to the coalescence of granules with primary feed powder. Nucleation is promoted from some initial distribution of moisture, such as a drop or from the homogenization of a fluid feed to the bed, as with high-shear mixing. As granules grow, they are consolidated by compaction forces due to bed agitation. This *consolidation* stage strongly influences *internal* granule voidage or granule porosity, and therefore end-use properties such as granule strength, hardness, or dissolution. Formed granules may be particularly susceptible to *attrition* if they are inherently weak or if flaws develop during drying.

These rate mechanisms can occur simultaneously in all processes. However, certain mechanisms may dominate. For example, fluidized-bed granulators are strongly influenced by the wetting process, whereas mechanical redispersion of binding fluid by impellers and particularly high-intensity choppers diminish the wetting contributions to granule size in high-shear mixing. On the other hand, granule consolidation is far more pronounced in high-shear mixing than fluidized-bed granulation. These simultaneous rate processes taken as a whole—and sometimes competing against one another—determine the final granule size distribution and granule structure and voidage resulting from the process and, therefore, the final end-use or product quality attributes of the granulated product.

### Compaction Mechanisms

Compaction is a forming process controlled by mechanical properties of the feed in relationship to applied stresses and strains, as well as interstitial gas interactions. Microlevel processes are controlled by particle properties such as friction, hardness, size, shape, surface energy, elastic modulus, and permeability. Key steps, in any compaction process, include (*i*) powder filling, (*ii*) stress application and removal, and (*iii*) compact ejection. Powder filling and compact weight variability is strongly influenced by bulk density and powder flowability (2,3), as well as any contributing segregation tendencies of the feed. The steps of stress application and removal consist of several competing mechanisms, as depicted in Figure 2. Powders do not transmit stress uniformly. Wall friction impedes the applied load, causing a drop in stress as one moves away from the point of the applied load (e.g., a punch face in tabletting or roll surface in roll pressing). Therefore, the applied load and resulting density is not uniform throughout the compact, and powder frictional properties control the *stress transmission and distribution* in the compact (8). The general area of study relating compaction and stress transmission is referred to as *powder mechanics* (2,3,8–10). For a local level of applied stress, particles deform at their point contacts, including plastic deformation for forces in excess of the particle surface *hardness*. This allows intimate contact at surface point contacts, allowing cohesion/adhesion to develop between particles, and therefore interfacial bonding, which is a function of their *interfacial surface energy*. During the short timescale of the applied load, any *entrapped air* must escape, which is a function of feed permeability, and a portion of the elastic strain energy is converted into permanent plastic deformation. Upon stress removal, the compact expands because of remaining elastic recovery of the matrix, which is a function of elastic modulus, as well as any expansion of remaining entrapped air. This can result is loss of particle bonding, and flaw development, and this is exacerbated for cases of wide distributions in compact stress because of poor stress transmission. The final step of stress removal involves compact ejection, where any remaining radial elastic stresses are removed. If recovery is substantial, it can lead to capping or delamination of the compact.

These microlevel processes of compaction control the final flaw and density distribution throughout the compact, whether it is a roll pressed, extruded or tabletted product, and as such, control compact strength, hardness, and dissolution behavior. Compaction processes will not be discussed further here, with the remainder of the chapter focussing on wet granulation and agitative processes (for further discussion regarding compaction, see chap. 8 and Refs. 2,3,10, and 11).

### Formulation Vs. Process Design

The *end-use properties* of granulated material are controlled by granule *size* and internal granule *voidage* or *porosity*. Internal granule voidage (or porosity) $\varepsilon_{granule}$ and bed voidage $\varepsilon_{bed}$, or voidage between granules, are related by:

$$\rho_{bulk} = \rho_{granule}(1 - \varepsilon_{bed}) = \rho_s(1 - \varepsilon_{bed})(1 - \varepsilon_{granule}) \quad (1)$$

where $\rho_{bulk}$, $\rho_{granule}$, and $\rho_s$ are bulk, granule, and skeletal or envelop primary particle density, respectively. Here, granule voidage and granule porosity will be used interchangeably. Granule structure may also influence properties. To achieve a desired product quality as defined by metrics of end-use properties, granule size and voidage may be manipulated by changes in either process *operating variables* or product *material variables*, which effect the underlying granulation and compaction mechanisms, as initially outlined by Ennis (4,5), and later developed further by Ennis and Litster (2,3,6). The first approach is the realm of traditional *process engineering*, whereas the second is *product engineering*. Both approaches are critical and must be integrated to achieve a desired end-point in product quality. *Operating variables* are defined by the chosen granulation technique and peripheral processing equipment, as listed for typical pharmaceutical processes in Figure 4. In addition, the choice of agglomeration technique dictates the *mixing pattern* of the vessel. *Material variables* include parameters such as binder viscosity or wet mass rheology, surface tension, feed particle size distribution, powder friction, and the adhesive properties of the solidified binder. Material variables are specified by the choice of ingredients, or *product formulation*. Both operating and material variables together define the *kinetic mechanisms* and *rate constants* of wetting, growth, consolidation, and attrition. Overcoming a given size enlargement problem often requires changes in both processing conditions and in product formulation.

The importance of granule voidage to final product quality is illustrated in Figures 5 and 6 for a variety of formulations. Here, bulk density is observed to decrease, and granule attrition to increase. Similarly, dissolution rate is known to increase with an increase in the granule voidage (1). Bulk density is clearly a function of both granule size distribution, which controls bed voidage, and the voidage or porosity within the granule itself. The data of Figure 5 is normalized with respect to its zero intercept, or its effective bulk density at zero-granule voidage. The granule attrition results of Figure 6 are based on a CIPAC test method, which is effectively the percentage of fines passing a fine mesh size following attrition in a tumbling apparatus. Granules weaken with increased voidage. All industries have their own specific quality and in-process evaluation tests. However, what they have in common are the important contributing effects of granule size and granule voidage in controlling granule quality.

The importance of distinguishing the effects of process versus formulation changes can be illustrated with the help of Figure 6. Let us assume the particular formulation and current process conditions produce a granulated material with a given attrition resistance and dissolution behavior (indicted as "current product"). If one desires instead to reach a given "target," either the formulation or process variable may be changed. Changes to the process, or operating variables, generally readily alter granule voidage. Examples to decrease voidage might include increased bed height, increased processing time, or increased peak bed




**Figure 4** Typical operating variable for pharmaceutical granulation processes. *Source*: From Ref. 5.




**Figure 5** Impact of granule density on bulk density. Normalized bulk density as a function of granule voidage. *Source*: From Ref. 5.




**Figure 6** Impact of granule density on strength and attrition. Illustration of process changes versus formulation changes. *Source*: From Ref. 5.

moisture. However, only a range of such changes in voidage is possible. The various curves are due to changes in formulation properties. Therefore, it may not be possible to reach a target change in granule properties without changes in formulation, or material variables. Examples of key material variable effecting voidage would include feed primary particle size, inherent formulation bond strength, and binder solution viscosity, as discussed in detail in following sections. This crucial interaction between operating and material variables is crucial for successful formulation, and requires substantial collaboration between processing and formulation groups, and a clear knowledge of the effect of scale-up on this interaction.

## Key Historical Investigations

A range of historical investigations has been undertaken involving the impact of operating variables on granulation behavior (4–6,12–14). Typical variables have included the effects of bed hydrodynamics and agitation intensity, pan angle and speed, fluid-bed excess gas velocity, mixer impeller and chopper speeds, drum rotation speed, spray method, drop size, nozzle location, and binder and solvent feed rates. While such studies are important, their general application and utility to studies beyond the cited formulations and process conditions can be severely limited. Often the state of mixing, moisture distribution and rates, and material properties such as formulation size distribution, powder frictional properties, and solution viscosity is insufficiently defined. As such, these results should be used judiciously and with care. Often even the directions of the impact of operating variables on granule properties are altered by formulation changes.

Two key pieces of historical investigation require mention, as the approach developed here stems heavily from this work. The first involves growth and breakage mechanisms that control the evolution of the granule size distribution (15) (Fig. 7). There are strong interactions between these mechanisms. In addition, various forms have been incorporated into population balances modeling to predict granule size in the work of Sastry and Kapur (15–19) See chapter 24 for details. Given the progress made in connecting rate constants to formulation properties, the utility of population balance modeling has increased substantially.




**Figure 7** Growth and breakage mechanisms in granulation processes. *Source*: From Ref. 15.




**Figure 8** Static yield strength of wet agglomerates versus pore saturation. *Source*: From Refs. 19,20.

The second important area of contribution involves the work of Rumpf and colleagues (20–22), who studied the impact of interparticle force $H$, and in detail for capillary forces, on granule static tensile strength, or:

$$\sigma_T = \frac{9}{8}\left(\frac{1-\varepsilon}{\varepsilon}\right)\frac{H}{a^2} = A\left(\frac{1-\varepsilon}{\varepsilon}\right)\frac{\gamma\cos\theta}{a} \quad \text{with} \quad \begin{cases} A = 9/4 & \text{for pendular state} \\ A = 6 & \text{for capillary state} \end{cases} \tag{2}$$

Forces of a variety of forms were studied, including viscous, semisolid, solid, electrostatic, and van der Waals forces.

Of particular importance was the contribution of pendular bridge force arising from surface tension to granule tensile strength. Capillary pressure deficiency due to the curvature of the pendular bridge in addition to a contact line force results in an interparticle force, as highlighted in Figure 8 (here, interparticle velocity $U = 0$). This force summed over the granule area results in a granule static strength, which is a function of pore saturation $S$. The states of pore filling have been defined as pendular (single bridges), funicular (partial complete filling and single bridges), capillary (nearly complete filling $S \sim 80\%$ to 100%), followed by drop formation and loss of static strength. This approach will be extended in subsequent sections to include viscous forces and dynamic strength behavior ($U \neq 0$). The approach taken in this chapter follows this same vein of research as originally established by Rumpf and Kapur, namely, relating granule and particle level interactions to bulk behavior through the development of the rate processes of wetting and nucleation, granule growth and consolidation, and granule breakage and attrition. Each of these will now be dealt with in the subsequent sections.

## WETTING

### Overview

The initial distribution of binding fluid can have a pronounced influence on the size distribution of seed granules, or *nuclei*, which are formed from fine powder. Both the final *extent* of and the *rate* at which the fluid wets the particulate phase are important. Poor wetting results in drop coalescence, fewer larger nuclei with ungranulated powder, and over-wetted masses, leading to broad nuclei distributions. Granulation can retain a memory, with nuclei size distribution impacting final granule size distribution. Therefore, initial wetting can be critical to uniform nuclei formation and often a narrow, uniform product. Wide nuclei distributions can lead to a wide granule size distribution. When the size of a particulate feed material is larger than drop size, wetting dynamics controls the distribution of coating




**Figure 9** Stages of wetting for fine powder compared with drop size. *Source*: From Refs. 5, 6, and 24.

material, which has a strong influence on the later stages of growth. Wetting phenomena also influence redistribution of individual ingredients within a granule, drying processes, and redispersion of granules in a fluid phase. Other granule properties such as voidage, strength, and attrition resistance may be influenced as well. Preferential wetting of certain formulation ingredients can cause component segregation across granule size classes. An extensive review of wetting research may be found in Parfitt (23), Litster and Ennis (6), and Hapgood (24).

### Mechanics of the Wetting Rate Process

Wetting is the first stage in wet granulation involving liquid binder distribution onto the feed powder. There are two extremes: (*i*) liquid drop size is large as compared to feed particle or granule size, and (*ii*) particle size is large as compared to the drop size. In the first case, the wetting process consists of several important steps (Fig. 9). First, droplets are formed related to spray distribution, or spray flux defined as the wetting area of the bed per unit time. Both atomization and the rate of drops are critical. In addition to binder viscosity and rheology, important operating variables include nozzle position, spray area, spray rate, and drop size. Second, droplets impact and coalesce on the powder bed surface if mixing or wet-in time is slow, or the spray flux is low. Third, droplets spread and penetrate into the moving powder bed to form loose nuclei, again coalescing if wet-in is slow or mixing is slow. In the case of high-shear processes, shear forces breakdown over-wet clumps, also producing nuclei.

For the second case of small drop size compared with the primary particle size, the liquid will coat the particles. Coating is produced by collisions between the drop and the particle followed by spreading of the liquid over the particle surface. If the particle is porous, then liquid will also be sucked into its pores by capillary action, lowering the effective moisture content promoting growth (25). Wetting dynamics control the distribution of coating material on large particles or formed granules, which has a strong influence on the later stages of growth as well as coating quality.

### Methods of Measurement

Methods of characterizing wetting consist of four possible approaches: (*i*) drop spreading on powder compacts, (*ii*) penetration of fluid into powder beds, (*iii*) particle penetration into fluids, and (*iv*) interfacial characterization of powder surfaces (2,5,6). In first approach, the ability of a drop to spread is considered (23,26), and it involves the measurement of a *contact angle* $\theta$ of a drop on a powder compact, given by the Young-Dupré equation, or

$$\gamma^{sv} - \gamma^{sl} = \gamma^{lv} \cos\theta \tag{3}$$

where $\gamma^{sv}$, $\gamma^{sl}$, $\gamma^{lv}$ are the solid-vapor, solid-liquid, and liquid-vapor interfacial energies, respectively, and $\theta$ is measured through the liquid. In the limit of $\gamma^{sv} - \gamma^{sl} \geq \gamma^{lv}$, the contact angle equals 0° and the fluid *spreads* on the solid, and is often referred to as the spreading coefficient. The extent of wetting is controlled by the group $\gamma^{lv}\cos\theta$, which is referred to as *adhesion tension*. Sessile drop studies of contact angle can be performed on powder compacts in the same way as on planar surfaces. Methods involve (*i*) the direct measurement of the contact angle from the tangent to the air-binder interface, (*ii*) solution of the Laplace-Young equation involving the




**Figure 10** Characterizing wetting by dynamic contact angle goniometry. *Source*: From Refs. 5, 26, and 27.

contact angle as a boundary condition, or (*iii*) indirect calculations of the contact angle from measurements of, for example, drop height. The compact can either be saturated with the fluid for static measurements, or dynamic measurements may be made through a computer imaging goniometer (Fig. 10). For granulation processes, the dynamics of wetting are often crucial, requiring that powders be compared on the basis of a short timescale, *dynamic contact angle*. In addition, spreading velocity can be measured. Important factors are the physical nature of the powder surface (particle size, pore size, porosity, environment, roughness, pretreatment). The dynamic wetting process is, therefore, influenced by the rates of ingredient dissolution and surfactant adsorption and desorption kinetics (27).

The second approach to characterize wetting considers the ability of the fluid to penetrate into a powder bed (Fig. 11). It involves the measurement of the extent and rate of fluid rise by capillary suction into a column of powder, better known as the *Washburn* test or the Bartell cell variant (28,29). Considering the powder to consist of capillaries of radius $R$, the equilibrium height of rise $h_e$ is determined by equating capillary and gravimetric pressures, or:

$$h_e = \frac{2\gamma^{lv}\cos\theta}{\Delta\rho g R} \tag{4}$$

where $\Delta\rho$ is the fluid density with respect to air, and $g$ is gravity. In addition to the equilibrium height of rise, the dynamics of penetration are particularly important. Ignoring gravity and equating viscous losses with the capillary pressure, the rate $(dh/dt)$ and dynamic height of rise $h$ are given by:

$$\frac{dh}{dt} = \frac{R\gamma^{lv}\cos\theta}{4\mu h}, \quad \text{or} \quad h = \sqrt{\left[\frac{R\gamma^{lv}\cos\theta}{2\mu}\right]t} \tag{5}$$




**Figure 11** Characterizing wetting by Washburn test and capillary rise. *Source*: From Refs. 5 and 28.

where $t$ is time and $\mu$ is binder fluid viscosity (28). The grouping of terms in brackets involve the material properties that control the dynamics of fluid penetration, namely average pore radius, or *tortuosity* $R$ (related to particle size and void distribution of the powder), adhesion tension, and binder viscosity. The rate of capillary fluid rise, or the rate of binding fluid penetration in wet granulation, increases with increasing pore radius (generally coarser powders with larger surface-volume average particle size), increasing adhesion tension (increased surface tension and decreased contact angle), and decreased binder viscosity.

The contact angle of a binder-particle system itself is not a primary thermodynamic quantity, but rather a reflection of individual interfacial energies, which are a function of the molecular interactions of each phase with respect to one another. An interfacial energy may be broken down into its *dispersion* and *polar* components. These components reflect the chemical character of the interface, with the polar component due to hydrogen bonding and other polar interactions and the dispersion component due to van der Waals interactions. These components may be determined by the wetting tests described here, where a variety of solvents are chosen as the wetting fluids to probe specific molecular interactions (30). Interfacial energy is strongly influenced by trace impurities that arise in crystallization of the active ingredient, or other forms of processing such as grinding. It may be modified by judicious selection of surfactants (30,31).

Charges can also exist at interfaces, as characterized by electrokinetic studies (32). The total solid-fluid interfacial energy (i.e., both dispersion and polar components) is also referred to as the *critical solid surface energy* of the particulate phase. It is equal to the surface tension of a fluid, which *just* wets the solid with zero contact angle. This property of the particle feed may be determined by a third approach to characterize wetting, involving the penetration of particles into a series of fluids of varying surface tension (31,33), or by the variation of sediment height (34).

The last approach to characterizing wetting involves chemical probing of properties, which control surface energy (32,35). As just described, these methods include electrokinetic and surfactant adsorption studies. Additional methods are moisture or solvent adsorption studies and *inverse gas chromatography* (IGC). A distinct advantage of IGC is reproducible measurements of physical and chemical surface properties that control adhesion tension. IGC uses the same principles and equipment as standard gas chromatography (36), however, the mobile phase is comprised of probe gas molecules that move through a column packed with the powder of interest, which is the stationary phase. As the probe molecules travel through the column, they adsorb onto and desorb off the powder. The rate and degree of this interaction is determined by the surface chemistry of the powder and the probe molecules. Since the surface chemistry of the probe molecules is known, this allows calculation of the surface energies of the powder with the help of a series of plots of alkane and various polar




**Figure 12** Characterizing wetting by inverse gas chromatography. *Source*: From Ref. 5.

probes. The strength of the solid/liquid interactions determines the average retention time of a probe, which is converted into net retention volume $V_N$. The free energy of desorption is then given by:

$$\Delta G = RT \ln V_N + c = 2Na\left(\sqrt{\gamma_S^D \gamma_L^D} + \sqrt{\gamma_S^P \gamma_L^P}\right) + c \qquad (6)$$

where $R$ is the universal gas constant, $T$ is the column temperature, $c$ is a system constant, $N$ is Avagadro's number, and $a$ is the surface area of a probe molecule. As illustrated in Figure 12, a plot of $RT \ln V_N$ versus $a\sqrt{\gamma_L^D}$ should give a straight line for a series of alkanes, the slope of which allows determination of the solid's dispersive surface energy $\gamma_S^D$. Plotting $RT \ln V_N$ versus $a\sqrt{\gamma_L^P}$ for the polar probes will give a point that is generally somewhere above the alkane reference line. The polar solid energy $\gamma_S^P$ is then found from a plot of these deviations.

## Granulation Examples of Wetting

Wetting dynamics has a pronounced influence on initial nuclei distribution formed from fine powder. As an example, initial nuclei size in fluid-bed granulation is shown to increase with decreasing contact angle, and therefore increasing adhesion tension (Fig. 13). Water contact angle was varied by changing the percentages of hydrophilic lactose and hydrophobic salicylic acid (37). Aulton et al. (38) also demonstrated the influence of surfactant concentration on shifting nuclei size due to changes in adhesion tension.

Figure 14A illustrates an example of dynamic wetting, where a time series of drop profiles are imaged as a drop wets in to a formulation tablet. Note that the timescale of wetting in this case is two seconds, with nearly complete wet-in occurring in one second. This particular formulation was granulated on a continuous pan system in excess of 2 ton/hr. Figure 14B compares differences in lots of the formulation. Note that a second lot—referred to as problem active—experiences significantly degraded granule strength and required production rates to be substantially reduced. This is associated with nearly twice the initial contact angle (120°) and a slower spreading velocity when compared with the good active. Poor wetting in practice can translate into reduced production rates to compensate for increased time for drops to work into the powder bed surface. Weaker granules are also often observed, since poor wet phase interfacial behavior translates, in part, to poor solid bond strength and high granule voidage. Note that differences in the lots are only observed




**Figure 13** The influence of contact angle on nuclei size formed in fluid-bed granulation of lactose/salicylic acid mixtures. Powder contact angle determined by goniometry and percent lactose of each formulation are given in parentheses. *Source*: From Ref. 37.




**Figure 14** Dynamic imaging of drop wetting and its impact on continuous pan granulation. **(A)** Dynamic image of a drop wetting into a formulation with good active ingredient. **(B)** Comparison of surface spreading velocity and dynamic contact angle versus time for good and problem active ingredients or technical. Problem active required reduced production rates. *Source*: From Ref. 5.

over the first one-fourth to half a second, illustrating the importance of comparing dynamic behavior of formulations, after which time surfactant adsorption/desorption reduces contact angle.

As an example of Washburn approaches, the effect of fluid penetration rate and the extent of penetration on granule size distribution for drum granulation were shown by Gluba (39). Increasing penetration rate, as reflected by equation (5) increased granule size and decreased asymmetry of the granule size distribution (Fig. 15).




**Figure 15** Influence of capillary penetration on drum granule size. Increasing penetration rate, as reflected by equation (5) increases granule size and decreases asymmetry of the granule size distribution. *Source*: From Ref. 39.




**Figure 16** A possible regime map of nucleation, relating spray flux, solids mixing (solids flux and circulation time), and formulation properties. *Source*: From Refs. 5, 6, and 24.

## Regimes of Nucleation and Wetting

The mechanisms of nucleation and wetting may be determined from a wetting regime map (Fig. 16), and is controlled by two key parameters. The first is the time required for a drop to wet in to the moving powder bed, in comparison to circulation time of the process. As discussed previously, this wet-in time is strongly influenced by formulation properties [Eq. (5)]. The second parameter is the actual spray rate or spray flux, in comparison with solids flux moving through the spray zones. Spray flux is strongly influenced by process design and operation. If wet-in is rapid and spray fluxes are low, individual drops will form discrete nuclei somewhat larger than the drop size in a *droplet-controlled regime*. At the other extreme, if drop penetration is slow and spray flux is large, drop coalescence and pooling of binder




**Figure 17** Monte-Carlo simulations of drop coverage on a powder bed: **(A)** $\Psi_d = 0.26$, **(B)** $\Psi_d = 0.59$, and **(C)** $\Psi_d = 2.4$. *Source*: From Refs. 6 and 24.




**Figure 18** Effect of spray drop distribution at low spray flux on nuclei distribution. Lactose feed powder in spinning granulator. *Source*: From Ref. 31.

material will occur throughout the powder bed. Shear forces due to solids mixing must then breakdown over-wet masses or clumps in a *mechanical dispersion regime*, independent of drop distribution. Drop overlap and coalescence occur to varying extents in a *transitional intermediate regime*, with an increasingly wider nucleation distribution being formed for increasing spray flux and decreasing wet-in time.

To better understand the impact of process design and scale-up, we will consider drop penetration time and spray flux in greater detail. Small penetration time is desirable for droplet-controlled nucleation. Dimensionless drop penetration time $T_p$ is given by Hapgood (24):

$$T_p = \frac{t_p}{t_c} \quad \text{where} \quad t_p = 1.35\frac{V_d^{2/3}}{\varepsilon_{eff}^2}\left[\frac{\mu}{R_{eff}\gamma\cos\theta}\right] \tag{7}$$

Note the similarity with the Washburn relation equation (5). Dimensionless drop wet-in time decreases with increasing pore radius $R_{eff}$, decreasing binder viscosity $\mu$, increasing adhesion tension $\gamma \cos\theta$, decreasing drop volume $V_d$, increasing bed porosity $\varepsilon_{eff}$, and increasing process circulation time $t_c$. Circulation time is a function of mixing and bed weight, and can change with scale-up. Effective pore radius $R_{eff}$ is related to the surface-volume average particle size $d_{32}$, particle shape $\phi$, bed porosity $\varepsilon$, tapped porosity $\varepsilon_{tap}$, and effective porosity $\varepsilon_{eff}$ by:

$$R_{eff} = \frac{\varphi d_{32}}{3}\left(\frac{\varepsilon_{eff}}{1-\varepsilon_{eff}}\right) \quad \varepsilon_{eff} = \varepsilon_{tap}(1 - \varepsilon + \varepsilon_{tap}) \tag{8}$$

To remain within a droplet-controlled regime of nucleation, the penetration time $t_p$ should be less than the characteristic circulation time $t_c$ of the granulator in question.

Now turning attention to spray distribution, the dimensionless spray flux $\Psi_d$ is the ratio of the rate at which drops cover a given spray area $\psi_d$ to the rate at which solids move through this same zone $\psi_s$ and is a measure of the density of drops falling on the powder surface. The

volumetric spray rate $V'$ and drop size $d_d$ determine the number of drops formed per unit time, and, therefore, both the area occupied by a single drop and the total drop coverage area per unit time, or $\psi_d = 3V'/2d_d$. The dimensionless spray flux is then given by:

$$\Psi_d = \frac{\psi_d}{\psi_s} = \frac{3}{2}\frac{V'}{d_d \psi_s} \tag{9}$$

As with drop penetration time, spray flux plays a role in defining the regimes of nucleation (Figs. 16 and 17) (5,6,24). For small spray flux ($\Psi_d < 0.1$), drops will not overlap on contact and will form separate discrete nuclei if the drops *also* have fast penetration time. For large spray flux ($\Psi_d > .5$), however, significant drop overlap occurs, forming nuclei much larger than drop size, and in the limit, independent of drop size. Spray flux is strongly influenced by process design.

For the case of random drop deposition described by a Poisson's distribution (Fig. 18), Hapgood (24) showed the fraction of surface covered by spray as given by:

$$f_{single} = 1 - \exp(-\Psi_d) \tag{10}$$

In addition, the fraction of single drops forming individual nuclei (assuming rapid drop penetration) versus the number of agglomerates formed was given by:

$$f_{single} = \exp(-4\Psi_d) \tag{11}$$

and

$$f_{agglom} = 1 - \exp(-4\Psi_d) \tag{12}$$

Examples of the above as applied to nucleation are described by Litster et al. (40). Here, nuclei distribution was studied as a function of drop size and spray flux. For a moderate, intermediate spray flux of $\Psi_d = 0.22$, a clear relationship is seen between nuclei size and spray distribution, with nuclei formed somewhat larger than the drop size (Fig. 18). In addition, the nuclei distribution widens with the increasing formation of agglomerates for increasing spray flux (Fig. 19), as given by equation (12), for the case of rapid drop penetration.

The spray flux captures the impact of equipment operating variables on nucleation and wetting, and as such is very useful for scale-up if nucleation rates and nuclei sizes are to be maintained constant (Fig. 16). A *droplet-controlled nucleation regime* occurs when there is both low spray flux—relatively few drops overlap; and fast droplet penetration—drops wet into the bed completely before bed mixing allows further drop contact. Nuclei will be formed of




**Figure 19** Agglomerate formation with lactose, water, and HPLC spray solutions. *Source*: From Refs. 6 and 25.




**Figure 20** Idealized flat spray zone in a spinning riffle granulator. *Source*: From Refs. 6 and 24.

somewhat larger than the drop size. A *mechanical dispersion regime* occurs at the other extreme of high spray flux—giving large drop overlap and coalescence, and large drop penetration times, promoted by poor wet-in rates and slow circulation times and poor mixing. In this regime, nucleation and binder dispersion occurs by mechanical agitation. Viscous, poorly wetting binders are slow to flow through pores in the powder bed in the case of poor penetration time. Drop coalescence on the powder surface occurs (also known as "pooling") creating very broad nuclei size distributions. Binder solution delivery method (drop size, nozzle height) typically has minimal effect on the nuclei size distribution, though interfacial properties may affect nuclei and final granule strength. An *intermediate regime* exists for moderate drop penetration times and moderate spray flux, with the resulting nuclei regime narrowing with decreases in both.

There are several implications with regard to the nucleation regime map in trouble shooting of wetting and nucleation problems. If drop penetration times are large, making adjustments to spray may not be sufficient to narrower granule size distributions if remaining in the mechanical regime. Significant changes to wetting and nucleation occur only if changes take the system across a regime boundary. This can occur in an undesirable way if processes are not scaled with due attention to remaining in the drop controlled regime, or alternatively, within the mechanical dispersion regime. For example, scale-up may cause a granulation process to move from one regime on wetting to another, resulting in unexpected behavior and an entirely different dependence of atomization method and mixing.

### Example of Wetting Regime Calculation

As an example of wetting calculations, consider an idealized powder bed shown in Fig. 20 of width $B = 0.10$ m, moving past a flat spray of spray rate $dV/dt = 100$ mL/min as a solids velocity of $w = 1.0$ m/sec. For a given spray rate, the number of drops is determined by drop volume or diameter $d_d = 100$ μm, which in turn defines the drop area $a$ per unit time, which will be covered by the spray, giving a spray flux $\psi_d$ of:

$$\psi_d = \frac{da}{dt} = \frac{dV/dt}{V_d}\left(\frac{\pi d_d^2}{4}\right) = \frac{3}{2}\frac{(dV/dt)}{d_d} = \frac{3}{2}\frac{(100\times 10^{-6}/60\,\mathrm{m/s})}{(100\times 10^{-6}\,\mathrm{m})} = 0.025\,\mathrm{m^2/s} \quad (13)$$

As droplets contact the powder bed at a certain rate, the powder moves past the spray zone at its own velocity, or at solids flux $\psi_s$ given for this simple example by:

$$\psi_s = \frac{dA}{dt} = B_w = 0.1\,\mathrm{m}\times 1.0\,\mathrm{m/s} = 0.1\,\mathrm{m^2/sec} \quad (14)$$

This gives a dimensionless spray flux of:

$$\Psi_d = \frac{\psi_d}{\psi_s} = \frac{0.025\,\mathrm{m^2/sec}}{0.1\,\mathrm{m^2/sec}} = 0.25 \quad (15)$$

This is at the limit of allowable spray flux to remain within a droplet-controlled regime. If double the spray rate is required, wetting and nucleation would occur within the mechanical dispersion regime, diminishing the need for spray nozzles. To lower the spray rate by a factor of two, as a safety for droplet-controlled nucleation, either two nozzles spread well apart, double the solids velocity, or half the spray rate would be needed (e.g., doubling the spray cycle time). Alternately, smaller drops might prove helpful.

The last requirement for droplet-controlled growth would be a short drop penetration time. For a lactose powder of $d_{32} = 20$ μm, and loose and tapped voidage of $\varepsilon$=0.60 and $\varepsilon_{tap}$=0.40, the effective voidage and pore radius are given by:

$$\varepsilon_{eff} = \varepsilon_{tap}(1 - \varepsilon + \varepsilon_{tap}) = 0.4(1 - 0.6 + 0.4) = 0.32 \tag{16}$$

$$R_{eff} = \frac{\varphi d_{32}}{3}\left(\frac{\varepsilon_{eff}}{1 - \varepsilon_{eff}}\right) = \frac{0.9 \times 20}{3}\left(\frac{0.32}{1 - 0.32}\right) = 2.8\,\mu\text{m} \tag{17}$$

The penetration time should be no more than 10% of the circulation time. For water with a viscosity of $\mu = 1$, $cp$ =0.001 Pa/sec, and adhesion tension of $\gamma \cos\theta$ =.033 N/m, we obtain a penetration time of

$$t_p = 1.35\frac{V_d^{2/3}}{\varepsilon_{eff}^2}\left[\frac{\mu}{R_{eff}\gamma\cos\theta}\right] = 1.35\frac{(100 \times 10^{-6}\pi/6)^{2/3}}{0.32^2}\left[\frac{0.001}{2.8 \times 10^{-6} \times 0.033}\right] = 0.0009\,\text{sec} \tag{18}$$

Note that the penetration time is a strong function of drop size ($\propto d_d^2$) and viscosity. For a 100-fold increase in viscosity representative of a typical binding solution and twice the drop size, the penetration time would increase to 0.4 seconds. This time could, in fact, be short when compared with the circulation times of high-shear systems, suggesting a move toward mechanical dispersion.

## GRANULE GROWTH AND CONSOLIDATION

### Mechanics of Growth and Consolidation

The evolution of the granule size distribution is controlled by several mechanisms. Nucleation of fine powders and coating of existing granules by the fluid phase have been discussed in the previous section. Breakage mechanisms will be treated in the following. Here, we focus particularly on growth and consolidation mechanisms. Granule growth includes the *coalescence* of existing granules as well as the *layering* of fine powder onto previously formed nuclei or granules. The breakdown of wet clumps into a stable nuclei distribution can also be included among coalescence mechanisms. As granules grow by coalescence, they are simultaneously compacted by *consolidation* mechanisms, which reduce internal granule voidage or porosity, which impacts granule strength and breakage.

There are strong interactions between growth and consolidation, as illustrated in Figure 21. For fine powder feed, granule size often progresses through rapid, exponential growth in the initial *nucleation* stage, followed by linear growth in the *transition* stage, finishing with very slow growth in a final *balling* stage. Simultaneously with growth, granule porosity is seen to decrease with time as the granules are compacted. Granule growth and consolidation are intimately connected; increases in granule size are shown here to be associated with a decrease in granule porosity. This is a dominant theme in wet granulation.

As originally outlined in Ennis (4), these growth patterns are common throughout fluidized bed, drum, pan, and high-shear mixer processes for a variety of formulations. Specific mechanisms of growth may dominate for a process—sometimes to the exclusion of others, with the prevailing mechanisms dictated by the interaction of formulation properties, which control granule deformability, and operating variables, which control the local level of shear, or bed agitation intensity.

For two colliding granules to coalesce rather than breakup, the collisional kinetic energy must first be dissipated to prevent rebound as illustrated in Figure 22. In addition, the strength of the bond must resist any subsequent breakup forces in the process. The ability of the granules to deform during processing may be referred to as the formulation's *deformability*, and




**Figure 21** Granule porosity and mean (pellet) size. Typical regimes of granule growth and consolidation, shown for drum granulation of fine limestone. *Source*: From Refs. 16–19.

deformability has a large effect on growth rate, as well as granule consolidation. Increases in deformability increase the bonding or contact area, thereby dissipating and resisting breakup forces. From a balance of binding and separating forces and torque acting within the area of granule contact, Ouchiyama and Tanaka (41) derived a critical limit of size above which coalescence becomes impossible, or a maximum growth limit given by:

$$D_c = \begin{cases} (AQ^{3/2}K^{3/2}\sigma_T)^{1/4} & \text{plastic deformation } (K \propto 1/H) \\ (AQK^{3/2}\sigma_T)^{1/3} & \text{elastic deformation } (K \propto 1/E^{2/3}) \end{cases} \tag{19}$$

Here, $K$ is *deformability*, a proportionality constant relating the maximum compressive force $Q$ to the deformed contact area, $A$ is a constant with units of $[L^3/F]$ and $\sigma_T$ is the *tensile strength* of the granule bond. Depending on the type of collision, deformability $K$ is a function of either hardness $H$, or reduced elastic modulus $E^*$. Granules are compacted as they collide. This expels pore fluid to the granule surface, thereby increasing local liquid saturation in the contact area of colliding granules. This surface fluid (*i*) increases the tensile strength of the liquid bond $\sigma_T$, and (*ii*) increases surface plasticity and deformability $K$.

The degree of granule deformation taking place during granule collisions defines possible growth mechanisms (Fig. 22). If little deformation takes place, the system is referred to as a *low-deformability/low-shear* process. This generally includes fluid bed, drum, and pan granulators. Growth is largely controlled by the extent of any surface fluid layer and surface deformability, which act to dissipate collisional kinetic energy and allow permanent coalescence. Growth generally occurs at a faster timescale than overall granule deformation and consolidation. This is depicted in Figure 22, where smaller granules can still be distinguished as part of a larger granule structure, or a popcorn-type appearance as often occurs in fluid-bed granulation. Note that such a structure may not be observed if layering or nucleation alone dominates. Granules may also be compacted, becoming smoother over time because of the longer-timescale process of consolidation. Granule coalescence and consolidation have less interaction than they do with high deformability systems, making low-deformability/low-shear systems easier to scale-up and control, for systems without high recycle.

For high-shear rates, large granule deformation occurs during collisions, and granule growth and consolidation occur on the same timescale. Such a system is referred to as a




**Figure 22** Mechanisms of granule coalescence for low and high deformability systems. Rebound occurs for average granule sizes greater than the critical granule size $D_c$. $K$ = deformability. Granule structures resulting from **(A)** low and **(B)** high deformability systems, typical for fluid-bed and high-shear mixer granulators, respectively. *Source*: From Refs. 1, 2, and 4.

*deformable/high-shear* process, and includes continuous pin and plow shear type mixers, as well as batch high-shear pharmaceutical mixers. In these cases, kinetic energy is dissipated through deformation of the wet mass composing the granule. Rather than the *sticking* together mechanism of low-deformability processes such as a fluid-bed, granules are *smashed* or *kneaded* together, and smaller granules are not distinguishable within the granule structure (Fig. 22). High-shear and high-deformable processes generally produce denser granules than their low-deformability counterpart. In addition, the combined and competing effects of granule coalescence and consolidation make high-shear processes difficult to scale-up.

Although these extremes of growth are still the subject of much research investigation, a general model has emerged to help process engineers unravel the impact of operating variables and process selection. Two key dimensionless groups control growth. As originally defined by Ennis (4) and Tardos and Khan (42), these are the viscous and deformation Stokes numbers given, respectively, by:

$$\mathrm{St_v} = \frac{4\rho u_o d}{9\mu} \tag{20}$$

$$\mathrm{St_{def}} = \frac{\rho u_o^2}{\sigma_y}(\text{impact}) \quad \text{or} \quad \frac{\rho (\mathrm{d}u/\mathrm{d}x)^2 d^2}{\sigma_y}(\text{shear}) \tag{21}$$

The viscous Stokes number $\mathrm{St_v}$ is the ratio of kinetic energy to viscous work due to binding fluid occurring during granule/particle collisions. Low $\mathrm{St_v}$ or low granule energy represents increased likelihood of granule coalescence and growth, and this occurs for small granule or particle size ($d$ is the harmonic average of granule diameter), low relative collision velocity $u_o$ or granule density $\rho$, and high binder phase viscosity $\mu$. The deformation Stokes number represents the amount of granule deformation taking place during collisions, and is similarly a ratio of kinetic energy to wet mass yield stress, a measure of granule deformability.

Bed agitation intensity is controlled by mechanical variables of the process such as fluid-bed excess gas velocity or mixer impeller and chopper speed. Agitation intensity controls the relative collisional and shear velocities of granules within the process and therefore growth, breakage, consolidation, and final product density. Figure 23 summarizes typical characteristic velocities, agitation intensities and compaction pressures, and product relative densities achieved for a variety of size enlargement processes.

Note that the process or formulation itself *cannot* define whether it falls into a low or high agitation intensity process. As discussed more fully below, it is a function of *both* the level of




**Figure 23** Classification of agglomeration processes by agitation intensity and compaction pressure. *Source*: From Refs. 1, 3, and 5.

shear as well as the formulation deformability. A very stiff formulation with low deformability may behave as a low-deformability system in a high-shear mixer, or a very pliable formulation may act as a high-deformable system in a fluid-bed granulator.

Granule consolidation or densification is also controlled by Stokes numbers, and typically increases for all processes with increasing residence time, shear levels, bed height, bed moisture or granule saturation, particle feed size or pore radius, surface tension, and decreasing binding fluid viscosity. Simultaneous drying or reaction usually acts to arrest granule densification.

## Interparticle Forces

Interstitial fluid and resulting pendular bridges play a large role in both, granule growth and granule deformability. As shown previously, they control the static yield stress of wet agglomerates [Fig. 8, Eq. (2)]. Pendular bridges between particles of which a granule is composed give rise to capillary and viscous interparticle forces, which allows friction to act between point contacts (Fig. 24). Interparticle forces due to pendular bridges and their impact on deformability warrant further attention. Note that capillary forces for small contact angle attract particles (but repel for $\theta > 90°$), whereas viscous and frictional forces always act to resist the direction of motion.

Consider two spherical particles of radius $a$ separated by a gap distance $2h_o$ approaching one another at a velocity $U$ (Fig. 24). The particles could represent two primary particles within the granule, in which case we are concerned about the contribution of interparticle forces on granule strength and deformability. Or they could represent two colliding granules, in which case we are concerned with the ability of the pendular bridge to dissipate granule kinetic energy and resist breakup forces in the granulation process. The two particles are bound by a pendular bridge of viscosity $\mu$, density $\rho$, and surface tension $\gamma$. The pendular bridge consists of the binding fluid in the process, which includes the added solvent and any solubilized components. In some cases, it may also be desirable to also include very fine solid components




**Figure 24** Interparticle forces and granule deformability. Interparticle forces include capillary forces, viscous lubrication forces, and frictional forces. *Source*: From Ref. 4.

within the definition of the binding fluid, and, therefore, consider instead a suspension viscosity and surface tension. These material parameters vary on a local level throughout the process, and are also time dependent and a function of drying conditions.

For the case of a static liquid bridge (i.e., $U = 0$) with perfect wetting, surface tension induces an attractive capillary force between the two particles due to a three-phase contact line force and a pressure deficiency arising from interfacial curvature. (For a poorly wetting fluid, the capillary pressure can be positive leading to a repulsive force.) The impact of this static pendular bridge force on static granule strength has been studied and reported extensively (3,20–22). It is important to recognize that in most processes, however, the particles are moving relative to one another and, therefore, the bridge liquid is in motion. This gives rise to viscous resistance forces, which can contribute significantly to the total bridge strength. The strengths of both Newtonian and non-Newtonian pendular bridges have been studied extensively (4,43,44). For Newtonian fluids (36), the dimensionless dynamic strength was shown to be given by:

$$\frac{F}{\pi\gamma a} = F_{\text{cap}} + F_{\text{vis}} = F_o + 3\text{Ca}/\varepsilon \quad \text{where} \quad \begin{cases} F_{\text{cap}} = (2 - 2H_o)\sin^2\varphi \\ F_{\text{vis}} = 3\text{Ca}/\varepsilon \\ \text{Ca} = \mu U/\gamma \end{cases} \tag{22}$$

Forces have been made dimensionless with respect to a measure of the capillary force, or $\pi\gamma a$. $F_{\text{cap}}$ is the strength of a static capillary bridge, which is a function of air-fluid interfacial curvature $H_o$ and the filling angle $\varphi$. In dimensional form, it is given by:

$$F^*_{\text{cap}} = \pi\gamma a(2 - 2H_o)\sin^2\varphi \tag{23}$$

$F_{\text{vis}}$ is the strength of a viscous, dynamic bridge, and is equivalent to the force between two spheres approaching one another in an infinite fluid. This force is a function of binder viscosity $\mu$, and the collision velocity $U$. Here, $\varepsilon = 2h_o/a$ is gap distance, and not granule voidage. In dimensional form, the viscous force is given by:

$$F^*_{\text{vis}} = 6\pi\mu Ua/\varepsilon \tag{24}$$

From equation (22), one finds that the dynamic bridge force begins with the static bridge strength, which is a constant independent of velocity (or Ca), and then increases linearly with Ca, which is a capillary number representing the ratio of viscous ($\mu Ua$) to capillary ($\gamma a$) forces, and is proportional to velocity. This is confirmed experimentally as illustrated in Figure 25 for the case of two spheres approaching axially. Extensions of the theory have also been conducted for non-Newtonian fluids (shear thinning), shearing motions, particle roughness, wettability, and time-dependent drying binders. The reader is referred to Ennis (4,43) for additional details.




**Figure 25** Maximum strength of a liquid bridge between two axial moving particles as a function of Ca for Newtonian and shear thinning fluids. *Source*: From Ref. 4.

For small velocities, small binder viscosity, and large gap distances, the strength of the bridge will approximate a static pendular bridge, or $F_{cap}$, which is proportional to and increases with increasing surface tension. This force is equivalent to the static pendular force previously given in equation (23) as studied by Rumpf (20–22). On the other hand, for large binder viscosities and velocities, or small gap distances, the bridge strength will approximately be equal to $F_{vis}$, which increases with increasing binder viscosity and velocity. This viscous force is singular in the gap distance and increases dramatically for small separation of the particles. It is important to note that as granules are consolidated, resulting in decreases in effective interparticle gap distance, and binders dry, resulting in large increases in binder viscosity, that the dynamic bridge strength can exceed the static strength by orders of magnitude.

Lastly, the role of interpacticle friction can be large, though rigorous experimental studies of the interaction between particle friction, granule porosity and binder viscosity, and surface tension in controlling bulk dynamic yield stress have not been undertaken.

### Dynamic Wet Mass Rheology and Granule Deformability

Granule deformability and the maximum critical size $D_c$ are strong functions of moisture. Figure 26A illustrates the low-shear rate, stress-strain behavior of agglomerates during




**Figure 26** (**A**) The influence of sample saturation *S* on deformation strain ($\Delta L/L$) and yield strength $\sigma_y$. Dicalcium phosphate with 15 weight percent binding solution of PVP/PVA Kollidon® VA64. Fifty percent compact porosity. (**B**) Typical compact stress response for fast compression versus crosshead compression velocity for glass ballotini ($d_{32}$ = 35 μm). *Source*: From Refs. 45 and 46.




**Figure 27** Distribution of energy dissipation during agglomerate collisions, with granular simulations of wall impact for 128 μsec duration for inviscid and viscous binder agglomerates. *Source*: From Refs. 2 and 47.

compression as a function of liquid saturation. Deformability $K$ is related to both the *yield strength* of the material $\sigma_y$, that is, the ability of the material to resist stresses, and the ability of the surface to be strained without degradation or rupture of the granule, with this maximum allowable *critical deformation strain* denoted by $(\Delta L/L)_c$. In general, high deformability $K$ requires low yield strength $\sigma_y$ and high critical strain $(\Delta L/L)_c$, which is a measure of plastic versus brittle deformation. Increasing granule saturation increases deformability by lowering interparticle frictional. In most cases, granule deformability increases with increasing moisture (or granule saturation to be more precise), decreasing binder viscosity, decreasing surface tension, decreasing interparticle friction, and increasing average particle size (specifically $d_{sv}$, or the surface-volume mean size), as well as increasing bed agitation intensity.

The important contributions of binder viscosity and friction to granule deformability and growth are illustrated by fractions of energy dissipated during a granule collision as depicted in Figure 27. Note that 60% of the energy is dissipated through viscous losses, with the majority of the remainder through interparticle friction. Very little is lost because of capillary forces controlled by surface tension. Therefore, modern approaches to granule coalescence rest in understanding the impact of granule deformability on growth, rather than the original framework put for by Rumpf (20–22) regarding pendular and funicular liquid bridge forces alone.

Figure 26A illustrates yield stress behavior for slow yielding. However, the dependence of interparticle forces on *shear rate* clearly impacts *wet mass rheology* and, therefore, deformability. Figure 26B demonstrates that the peak flow or *dynamic* yield stress increases proportionally with compression velocity (45). In fact, in a similar fashion to dynamic liquid bridge forces, the peak flow stress of wet unsaturated compacts is seen to also increase with Ca (Fig. 28):

$$\frac{\sigma_y^{\text{Peak}}}{\gamma/a} = \sigma_o + A\,\overline{\text{Ca}}^{B} \quad \text{where} \quad \left\{ \begin{array}{l} \sigma_o = 5.0 - 5.3 \\ A = 280 - 320, \quad B = 0.58 - 0.64 \\ \overline{\text{Ca}} = \mu\dot{\varepsilon}\,a/\gamma \end{array} \right. \tag{25}$$

There are several important points worth noting. First is the similarity between the yield strength of the compact [Eq. (25)] and the strength of the individual dynamic pendular bridge [Eq. (22)]; both curves are similar in shape with a capillary number dependency. As with the pendular bridge, two regions may be defined. In region 1, for a bulk capillary number of $\text{Ca} < 10^{-4}$, the strength or yield stress of the compact depends on the static pendular bridge,




**Figure 28** Dimensionless peak flow stress of Figure 26B versus bulk capillary number, for various binder solutions. *Source*: From Ref. 38.

and therefore on surface tension, particle size, and liquid loading. In region 2, for Ca $> 10^{-4}$, the strength depends on the dynamic pendular bridge, and therefore on binder viscosity and strain rate, in addition to particle size.

Second, Figure 28 does not explicitly depict the role of saturation and compact porosity, these properties are known to affect strength. Decrease in compact porosity generally increases compact yield stress through increases in interparticle friction, whereas increases in saturation lowers yield stress (Fig. 26) (46,48). Hence, the curve of Figure 28 should be expected to shift with these variables.

Third, the static granule or assembly strength [Eq. (1.2)] as originally developed by Rumpf (20–22) is captured by the constant, low Ca value of the yield stress, with this yield stress depending linearly on $\sigma_y^{\text{Peak}} \propto (\gamma/a)$ or:

$$\sigma_y^{\text{Peak}} \approx \sigma_0(\gamma/a) \approx \frac{9}{8}\left(\frac{1-\varepsilon}{\varepsilon}\right)\frac{F_{\text{cap}}}{a^2} \approx \left[\frac{9}{4}\left(\frac{1-\varepsilon}{\varepsilon}\right)\cos\theta\right](\gamma/a) \quad \text{for} \quad \text{Ca} < 10^{-4} \qquad (26)$$

Fourth, the mechanism of compact failure depends on strain rate and allowable critical strain rate $(\Delta L/L)_c$. Figure 28 illustrates schematically the crack behavior observed in compacts as a function of capillary number. At low Ca, compacts fail by brittle fracture with macroscopic crack propagation, whereas at high Ca, compacts fail by plastic flow. Large critical strain helps promote plastic flow without rupture, referred to as the *squish test* among process operators.

Within the context of granulation, small yield stresses at low Ca may result in unsuccessful growth when these yield stresses are small compared with breakup forces. With increased yield stress not only comes stronger granules but also decreased deformability. Therefore, high strength might imply a low-deformability growth mechanism for low-shear processes such as a fluid bed. On the other hand, it might imply smaller growth rates for high-shear processes that are able to overcome this yield stress and bring about kneading action and plastic flow in the process. Therefore, it is important to bear in mind that increased liquid




**Figure 29** Collisions between surface wet granules, beginning with approach, and ending with separation. Note that no plastic deformation takes place in the original Stokes model. *Source*: From Refs. 4, 49, and 50.

saturation may initially lower yield stress, allowing more plastic deformation during granules collisions. However, as granules grow and consolidate and decrease in voidage, they also strengthen and rise in yield stress, becoming less deformable with time and withstanding shear forces in the granulator. Hence, the desired granule strength and deformability is linked in a complex way to granulator shear forces and consolidation behavior.

### Low-Shear, Low-Deformability Growth

For those low-shear processes or formulations that allow little granule deformation during granule collisions, consolidation of the granules occurs at a much slower rate than growth, and granule deformation can be ignored to a first approximation. The growth process can be modeled by the collision of two nearly stiff granules, each coated by a liquid layer of thickness $h$, as illustrated in Figure 29. For the case of zero plastic deformation as developed by Ennis (4,49), successful coalescence requires that the viscous *Stokes number* $St_v$ be less than $St^*$, or:

$$St_v = \frac{4\rho u_0 a}{9\mu} < St^* \quad \text{where} \quad St^* = \left(1 + \frac{1}{e_r}\right)\ln(h/h_a) \tag{27}$$

where $St^*$ is a critical Stokes number representing the energy required for rebound, $u_0$ is the relative collisional velocity of the granules, and $a$ is the harmonic average of granule diameter. The Stokes number is one measure of normalized bed agitation energy, representing the ratio of granule collisional kinetic energy to viscous binder dissipation. The binder layer thickness $h$ is related to liquid loading, $e_r$ is the coefficient of restitution of the granules, and $h_a$ is a measure of surface roughness or asperities. This critical condition, given by equation (27), controls the growth of low-deformability systems. This criteria has also been extended to capillary coalescence (4), and for cases of small plastic deformation (50).

Binder viscosity, $\mu$, is a function of local temperature, strain rate (for non-Newtonian binders) and binder concentration dictated by drying rate and local mass transfer and local-bed moisture. It can be controlled as discussed above through judicious selection of binding and surfactant agents and measured by standard rheological techniques (51). The collisional velocity is a function of process design and operating variables, and is related to bed agitation intensity and mixing. Possible choices of $u_0$ are summarized in Figure 23 and discussed more fully regarding scale-up in chapter 25 and Ref. 52. Note that $u_0$ is an interparticle *collisional* velocity, not necessarily the local average flow velocity. Three regimes of granule growth may be identified for low-shear/low-deformability processes (4,49), as show for fluid-bed granulation in Figure 30.

*Noninertial Regime*

For small granules or high binder viscosity lying within a *noninertial regime* of granulation, all values of $St_v$ will lie below the critical value $St^*$ and all granule collisions result in successful growth *provided* binder is present. Growth rate is independent of granule kinetic energy, particle size, and binder viscosity (provided other rate processes are constant). *Distribution of*




**Figure 30** Median granule diameter for fluid-bed granulation of ballotini with binders of different viscosity indicating regimes of growth. *Source*: From Refs. 4 and 49.

*binding fluid* and *degree of mixing* then control growth, and this is strongly coupled with the rate process of wetting described in the previous section. As shown in Figure 30, both binders have the same initial growth rate for similar spray rates, independent of binder viscosity. (Note that binder viscosity can effect atomization and therefore nuclei distribution through the wetting process.) Increases in bed moisture (e.g., spray rate, drop rate) and increases in granule collisions in the presence of binder will increase the overall rate of growth. Bear in mind, however, that there is a 100% success of these collisions, since dissipation of energy far exceeds the collisional kinetic energy required for breakup/rebound.

*Inertial Regime*

As granules grow in size, their momentum increases, leading to localized regions in the process where $St_v$ exceeds $St^*$. In this *inertial regime of granulation*, granule size, binder viscosity, and collision velocity determine the proportion of the bed in which granule rebound is possible. Increases in binder viscosity and decreases in agitation intensity increase the *extent of granule growth*—that is, the largest granule that can be grown [$D_c$ of Eq. (19)]. This is confirmed in Figure 30 with the CMC binder continuing to grow whereas the PVP system with lower viscosity slows in growth. Note that the *rate* of growth, however, is controlled by binder distribution and mixing, and not binder viscosity. Increasing binder viscosity will not effect growth rate or initial granule size, but will result in an increased growth limit.

*Coating Regime*

When the spatial average of $St_v$ exceeds $St^*$, growth is balanced by granule disruption or breakup, leading to the *coating regime of granulation*. Growth continues by coating of granules by binding fluid alone. The PVP system with lower viscosity is seen to reach its growth limit and therefore coating regime in Figure 30.

The exact transitions between granulation regimes depend on bed hydrodynamics. As demonstrated by Ennis et al. (4,5,49), granulation of an initially fine powder may exhibit characteristics of all three granulation regimes as time progresses, since $St_v$ increases with increasing granule size. Implications and additional examples regarding the regime analysis are highlighted by Ennis (4,5,49). Increases in fluid-bed excess gas velocity exhibits a similar but opposite effect on growth rate to binder viscosity; namely, it is observed to not effect growth rate in the initial inertial regime of growth, but instead lowers the growth limit in the inertial regime.

**Example: Extent of Noninertial Growth**

Growth by coalescence in granulation processes can be modeled by population balances (see chap. 24), where one specifies the mechanism and kernel of growth. For fine powders within the noninertial regime of growth, all collisions result in successful coalescence *provided*




Figure 31 (A) Exponential growth in drum granulation reaching a growth limit $d_{max}$, or maximum extent of growth $kt_{max}$, which are functions of moisture saturation, (B) maximum extent of noninertial growth $kt_{max}$ as a linear function of saturation of the powder feed and binder viscosity, and (C) maximum extent normalized for differences in binder viscosity, drum speed, granule density by Stokes number. *Source*: From Refs. 16–19 and 53.

binder is present. Coalescence occurs via a random, size independent kernel $\beta(u, v) = k$ that is only a function of liquid loading $y$ and mixing. In the presence of sufficient binding fluid, it may be rigorously proven that the average granule size increases exponentially with time, or:

$$d = d_0 e^{kt} \quad \text{where} \quad k = k^* f(y, \text{mixing}) \tag{28}$$

This exponential increase in size with time is confirmed experimentally in Figure 31, where increases in liquid loading increase growth rate. (Note that granule saturation $S$ is connected to liquid loading $y$ and porosity.) On the basis of regime analysis work above, growth will continue in a process while the conditions of equation (27) are met, that is, dissipation exceeds collisional kinetic energy or $St_v < St^*$. Examples of these growth limits are seen in fluid beds, drums (16–19), and mixers (Figs. 30–32). Combining Eqs. (27) and (28), the *maximum extent* of granulation $kt_{max}$ occurring within the noninertial regime is given by (53):

$$\ln(d_{max}) = (kt)_{max} = 6 \ln(St^*/St_0) f(y) \propto \ln\left(\frac{\mu}{\rho u_0 d_0}\right) \tag{29}$$

$St_0$ is the Stokes number based on initial nuclei diameter $d_0$. Extent $kt_{max}$ is taken as the logarithim of the growth limit in the first random stage of growth, or $d_{max}$. The maximum diameters (Fig. 31A) are replotted as extents in Figure 31B, which is observed to depend linearly on liquid loading $y$. Therefore, the maximum granule size depends exponentially on liquid loading, as observed experimentally (Figs. 8 and 31C).

From equation (29), it is possible to scale or normalize a variety of drum granulation data to a common drum speed and binder viscosity. Maximum granule size $d_{max}$ and extent $kt_{max}$ depend linearly and logarithmically, respectively, on binder viscosity and the inverse of agitation velocity. Figure 31C illustrates the normalization of extent $kt_{max}$ for the drum granulation of limestone and fertilizers, correcting for differences in binder viscosity, granule density, and drum rotation speed, with the data collapsing onto a common line following normalization.

## High-Shear, Deformable Growth

For high agitation processes involving high-shear mixing or for readily deformable formulations, granule deformability, plastic deformation, and granule consolidation can no longer be neglected as they occur at the same rate as granule growth. Typical growth profiles for high-shear mixers are illustrated in Figure 32. Two stages of growth are evident, which reveal the possible effects of binder viscosity and impeller speed, as shown for data replotted versus impeller speed in Figure 33. The *initial, nonequilibrium stage of growth* is controlled by




**Figure 32** High-shear mixer granulation, illustrating the influence of deformability on growth. Increasing binder viscosity and impeller speed indicated by arrows. (A) Ten-liter melt granulation, lactose, 15 weight percent binder, 1400 rpm impeller speed, two different viscosity grades of polyethylene glycol binders. (B) Ten-liter wet granulation, dicalcium phosphate, 15 weight percent binder solution of PVP/PVA Kollidon® VA64, liquid loading of 16.8 weight percent and chopper speed of 1000 rpm for varying impeller speed. *Source*: From Refs. 56 and 57.




**Figure 33** Granule diameter versus impeller speed for both initial nonequilibrium and final equilibrium growth limit for high-shear mixer granulation. *Source*: From Ref. 12.

granule deformability, and is of most practical significance in manufacturing for high-shear mixers. Increases in St due to lower viscosity or higher impeller speed increase the rate of growth, since the system becomes more deformable and easier to kneed into larger granule structures. These effects are contrary to what is predicted from the viscous Stokes analysis based on rigid, low-deformability granules, where high viscosity and low velocity increase the growth limit.

Growth continues until disruptive and growth forces are balanced in the process. This last *equilibrium stage of growth* represents a balance between dissipation and collisional kinetic energy, and so increases in St decrease the final granule size. Note that the equilibrium granule diameter decreases with the inverse square root of the impeller speed, as it should based on $St_v = St^*$, with $u_0 = a(du/dx) = \omega a$.

The viscous Stokes analysis is used to determine the effect of operating variables and binder viscosity on *equilibrium* growth, where disruptive and growth forces are balanced. In the early stages of growth for high-shear mixers, the Stokes analysis, in its present form, is inapplicable. Freshly formed, uncompacted granules are easily deformed, and as growth proceeds and consolidation of granules occur, they will surface harden and become more resistant to deformation. This increases the importance of the elasticity of the granule assembly. Therefore, in later stages of growth, older granules approach the ideal Stokes model of rigid collisions. In addition, the Stokes number controls, in part, the degree of deformation occurring during a collision since it represents the importance of collision kinetic energy in relation to viscous dissipation, although the exact dependence of deformation on $St_v$ is presently unknown.

The Stokes coalescence criteria of equation (27) must be generalized to account for substantial plastic deformation occurring during the initial nonequilibrium stages of growth in high-shear systems. In this case, granule growth and deformation are controlled by a generalization of $St_v$, or a deformation Stokes number $St_{def}$, as originally defined by Tardos and colleagues (42,54):

$$St_{def} = \frac{\rho u_0^2}{\sigma_y}(\text{impact}) \quad \text{or} \quad \frac{\rho(du/dx)^2 d^2}{\sigma_y}(\text{shear}) \tag{30}$$

Viscosity has been replaced by a generalized form of plastic deformation controlled by the yield stress $\sigma_y$, which may be determined by compression experiments. As shown previously, yield stress is related to deformability of the wet mass, and is a function of shear rate, binder viscosity and surface tension, primary particle size and friction, and saturation and granule porosity. Critical conditions required for granule coalescence may be defined in terms of the viscous and deformation Stokes number, or $St_v$ and $St_{def}$, respectively. These represent a complex generalization of the critical Stokes number given by equation (27), and are discussed in detail elsewhere (6,50). In general terms, as the yield stress of a material decreases, there is a relative increase in $St_{def}$, which leads to an increase in the critical Stokes number St* required for granule rebound, leading to an increase in maximum achievable granule size $D_c$.

An overall view of the impact of deformability of growth behavior may be gained from Figure 34, where types of granule growth are plotted versus deformability in a regime map, and yield stress has been measured by compression experiments (55). Growth mechanism depends on the competing effects of high-shear promoting growth by deformation on one hand, and the breakup of granules giving a growth limit on the other. For high velocities and low yield stress (high $St_{def}$), growth is not possible by deformation due to high shear, and the material remains in a crumb state. For low pore saturation, growth is only possible by initial wetting and nucleation, with surrounding powder remaining ungranulated. At intermediate levels of moisture, growth occurs at a steady rate for moderate deformability, but has a delay in growth for low deformability. This delay or *induction time* is related to the time required to work moisture to the surface to promote growth. For high moisture, very rapid, potentially unstable growth occurs. The current regime map, as presented, requires considerable development. Overall growth depends on the mechanics of local growth, as well as the overall mixing pattern and local/overall moisture distribution. Levels of shear are poorly understood in high-shear processes. In addition, growth by both deformation and the rigid




**Figure 34** Regime map of growth mechanisms, based on moisture level and deformability of formulations. *Source*: From Ref. 55.

growth model are possible. Lastly, deformability is intimately linked to both granule porosity and moisture. They are not constant for a formation, but depend on time and the growth process itself through the interplay of growth and consolidation. Nevertheless, the map provides a starting point, and is discussed in additional detail in chapter 25.

### Example: High-Shear Mixer Growth

An important case study for high deformability growth was conducted by Holm et al. (48) for high-shear mixer granulation. Lactose, dicalcium phosphate, and dicalcium phosphate/starch mixtures (15% and 45% starch) were granulated in a Fielder PMAT 25 VG laboratory scale mixer. Granule size, porosity, power level, temperature rise, and fines disappearance were monitored during liquid addition and wet massing phases. Impeller and chopper speeds were kept constant at 250 and 3500 rpm, respectively, with 7.0 to 7.5 kg starting material. Liquid flow rates and amount of binder added were varied according to the formulation. Power profiles and resulting granule size and porosity are depicted in Figures 35 and 36, respectively. Note that wet massing time (as opposed to total process time) is defined as the amount of time following the end of liquid addition, and the beginning of massing time is indicated in Figure 35.

Clear connections may be drawn between granule growth, consolidation, power consumption, and granule deformability. Noting from Figures 35 and 36 for lactose, there is no further rise in power following the end of water addition (beginning of wet massing), and this corresponds to no further changes in granule size and porosity. In contrast, dicalcium phosphate continues to grow through the wet massing stage, with corresponding continual increases in granule size and porosity. Lastly, the starch formulations have power increases for approximately two minutes into the wet massing stage, corresponding to the two minutes of growth; however, growth ceased when power consumption levels off. Therefore, power clearly tracks growth and consolidation behavior. Lastly, power levels and granule size also tracked temperature rise of the bowl and the level of remaining ungranulated fine powder.




**Figure 35** Power consumption for lactose, dicalcium phosphate, and dicalcium phosphate/starch mixtures (15% and 45% starch) granulated in a Fielder PMAT 25 VG. *Source*: From Ref. 48.




**Figure 36** Granule size and porosity versus wet massing time for lactose, dicalcium phosphate and dicalcium phosphate/starch mixtures (15% and 45% starch) granulated in a Fielder PMAT 25 VG. *Source*: From Ref. 48.

Further results connecting power and growth to compact deformability and rheology are provided in Holm (48). The deformability of lactose compacts, as a function of saturation and porosity, is shown to increase with moisture in a stable fashion toward reaching a large critical strain $(\Delta L/L)_c$ required for plastic deformation. Therefore, growth rates and power rise do not lag behind spray addition, and growth ceases with the end of spraying. Dicalcium phosphate compacts, on the other hand, remain undeformable until a critical moisture is reached, after which they become extremely deformable and plastic. This unstable behavior is reflected by an *inductive lag* in growth and power after the end of spray addition, ending with unstable growth and bowl sticking as moisture is finally worked to the surface.

### Power, Deformability, and Scale-Up of Growth

In the work of Holm (48), split lots of lactose and dicalcium phosphate exhibited reproducible power curves, suggesting the use of power as a control variable. While it is true that the power is reflective of the growth process, it is a dependent variable in many respects. For *small* variations in physical feed properties, specific power may be used for batch control, or for scale-up, to the extent that the entire bowl is activated. In practice, however, different lots of a formulation can possess different yield properties and deformability, and a different dependence on moisture. Therefore, there may not be a unique relationship between power and growth, or more specifically, unique enough to use power level to compensate for physical property variations of the feed that the control rate processes. *Specific* power is required for scale-up, where power is normalized by the active portion of the powder bed. The impact of scale-up on mixing and distribution of power in a wet mass, however, is only partly understood at this point. In many commercial, vertical high-shear designs, the active portion of the bowl changes greatly with scale, and geometric similarity is not maintained with scale-up. This is much less of a concern with horizontal plow shear designs.

Growth by a high-deformable mechanism requires deformation of wet mass, and therefore work input. Work provides a more natural variable than time, demonstrated in Figure 37, for plant scale wet granulation of a NSAID product with power curves versus time




**Figure 37** High-shear mixer granulation of NSAID product, plant scale, nominal 300 kg batches, 1000 L. Impeller power versus (**A**) wet mass time, and (**B**) total work input (*Inset*: varying batch size and scale, 1 to 1000 L).




**Figure 38** High-shear horizontal mixer granulation. Varying binder content, mixer speed, and temperature. Initial mean particle size 200 μm. (A) Mean particle size versus residence time, and (B) mean particle size versus normalized specific work. *E/M*, specific energy input; $\sigma_Y$, yield stress. Figure courtesy of Paul Mort.

are replotted versus work input. Power curves from mixer scales of 1 to 1000 l also collapse onto one curve when replotted versus *specific work*. This is consistent with the work of Holm (49), where granule size tracked thermodynamic temperature rise of the mixer bowl, a measure of work input.

The work concept is taken a step further by Cuitino and Bridgwater (58), by plotting growth curves versus specific energy (or work) normalized by yield stress of each formulation, again with growth profiles collapsing onto a common line (Fig. 38). These trials used a high-shear horizontal pin mixer, of varying mixer speed, temperature, and moisture content. Note the equivalence between this normalized energy or work input, and the deformation number of Tardos, or $St_{def} = \rho u_0^2/\sigma_Y \sim \rho(E/M)/\sigma_Y$.

### Determination of St*

The extent of growth is controlled by some limit of granule size, either reflected by the critical Stokes number, St*, or by the critical limit of granule size, $D_c$. There are several possible methods to determine this critical limit. The first involves measuring the critical rotation speed for the survival of a series of liquid binder drops during drum granulation (5). A second refined version involves measuring the survival of granules in a couette-fluidized shear device (42,54). Both, the onset of granule deformation and complete granule rupture are determined from the dependence of granule shape and the number of surviving granules, respectively, on shear rate. The critical shear rate describing complete granule rupture defines St*, whereas the onset of deformation and the beginning of granule breakdown defines an additional critical value. The third approach is to measure the deviation in the growth rate curve from random exponential growth (59). The deviation from random growth indicates a value of $w^*$, or the *critical granule diameter* at which noninertial growth ends. This value is related to $D_c$ (Fig. 39). (See chap. 24 regarding modeling for further discussion.) The last approach is through the direct measurement of the yield stress through compression experiments.

### Summary of Growth Patterns

Figure 40 summarizes possible *ideal* profiles of the evolution of the granule size distribution, and the impact of the discussed growth mechanisms. For nondeformable growth typical of a fluid-bed or drum granulation, there is an increase in granule size, which is independent of energy and viscous dissipation, and primarily a function of spray rate and contacting (e.g., mixing frequency). For fluid beds, this increase is often linear, whereas for drums, exponential growth is possible on the basis of contact frequency. The demarcation between linear and exponential growth likely depends on spray rate versus mixing rate. Here, attrition has been neglected. In addition, bimodal distributions are possible, with part of the distribution related to ungranulated powder, and the other portion to the granule phase.




**Figure 39** Determination of critical granule growth limit from evolution granule size. *Source*: From Ref. 59.




**Figure 40** Typical evolution of mean granule size and variance for different growth mechanisms in batch or ideal plug flow systems.

For nuclei less than $D_c$, the granule size distribution starts at some nuclei distribution, which is a function of the wetting regime, and then widens with time in the nucleation regime. Variance increasing in proportion to average granule diameter under the conditions of self-preserving growth, as shown in the inset Figure 40A (60,61). When the largest granules reach the limiting granule size $D_c$ [Eqs. (27) and (29)], they slow down substantially in their rate of growth as a balling regime is reached, now only able to grow by sticking to the smallest granules of the distribution (based on a harmonic average granule size less than $D_c$). However, the smaller size portions of granules may grow with all granule size classes. The distribution, therefore, narrows, as it pushes up against $D_c$, as shown in the inset Figure 40B. The limit of growth increases with lowering shear rates and collisional velocities, or raising binder

viscosity, or increasing bed moisture in this nondeformable growth regime governed by the viscous Stokes number $St_v$. (Here, we have assumed $St_{def} = 0$.)

As the yield stress of materials decrease, for example, by the introduction of more moisture, or shear rates increase, the deformation Stokes number $St_{def}$ increases as we enter deformable growth. Growth rate increases as $St_{def}$ increases, as illustrated in Figure 40. However, two features remain for this growth mechanism. First, a growth limit is to expected, depending on the yield properties of the formulation. Second, both widening and narrowing regions for the granule variance are possible, depending on the critical growth limit for the process. Lastly, for very stiff formulation, an induction period of no growth is possible, as discussed previously.

## Granule Consolidation

Consolidation of granules determines *granule porosity or voidage*, and hence *granule density*. Granules may consolidate over extended times and achieve high densities, if there is no simultaneous drying to stop the consolidation process. The extent and rate of consolidation are determined by the balance between the collision energy and the granule resistance to deformation. The voidage $\varepsilon$ may be shown to depend on time as follows:

$$\frac{\varepsilon - \varepsilon_{min}}{\varepsilon_0 - \varepsilon_{min}} = \exp(-\beta t) \quad \text{where} \quad \beta = fn(y, St, St_{def}) \tag{31}$$

Here, $y$ is liquid loading, $\varepsilon_0$ and $\varepsilon_{min}$ are, respectively, the beginning and final minimum porosity (62).

The effect of binder viscosity and liquid content are complex and interrelated. For low-viscosity binders, consolidation *increases* with liquid content as shown in Figure 41 (63). This is the predominant effect for the majority of granulation systems, with liquid content related to peak bed moisture on average. Increased drop size and spray flux are also known to increase consolidation. Drying effects peak bed moisture and consolidation by varying moisture level as well as binder viscosity. For very viscous binders, consolidation *decreases* with increasing liquid content (not shown, see ref. 62). As a second important effect, decreasing feed particle size decreases the rate of consolidation because of the high specific surface area and low permeability of fine powders, thereby decreasing granule voidage. Lastly, increasing agitation intensity and process residence time increases the degree of consolidation by increasing the energy of collision and compaction. The exact combined effect of formulation properties is determined by the balance between viscous dissipation and particle frictional losses, and, therefore, the rate is expected to depend on the viscous and deformation Stokes numbers (62).




**Figure 41** Effect of binder liquid content and primary feed particle size on granule porosity for the drum granulation of glass ballotini. Decreasing granule porosity corresponds to increasing extent of granule consolidation. *Source*: From Ref. 62.

## GRANULE STRENGTH AND BREAKAGE

### Overview

Dry granule strength impacts three key areas of pharmaceutical processing. These include physical attrition or breakage of granules during the granulation and drying processes, breakage of granule in subsequent material handling steps, such as conveying or feeding, and lastly, deformation and breakdown of granules in compaction processes, such as tabletting. Modern approaches to granule strength rely on *fracture mechanics* (63). In this context, a granule is viewed as a nonuniform physical composite possessing certain macroscopic mechanical properties, such as a generally anisotropic yield stress, as well as an inherent flaw distribution. Hard materials may fail in tension, with the breaking strength being much less than the inherent tensile strength of bonds because of the existence of flaws, which act to concentrate stress.

Bulk breakage tests of granule strength measure *both* inherent bond strength and granule flaw distribution and voidage (3,4,64). Figure 6, presented previously, illustrates granule attrition results for a variety of formulations. Granule attrition clearly increases with increasing voidage; note that this voidage is a function of granule consolidation discussed previously. Different formulations fall on different curves, because of inherently differing interparticle bond strengths. It is often important to separate the impact of bond strength versus voidage on attrition and granule strength. Processing influences flaw distribution and granule voidage, whereas inherent bond strength is controlled by formulation properties.

The mechanism of granule breakage is a strong function of material properties of the granule itself, as well as the type of loading imposed by the test conditions (65). Ranking of the product breakage resistance by ad hoc tests may be test specific, and in the worst case differ from actual process conditions. Instead, material properties should be measured by standardized mechanical property tests that *minimize* the effect of flaws and loading conditions under well-defined geometries of internal stress, as described in the below section.

### Mechanics of the Breakage

*Fracture toughness*, $K_c$, defines the stress distribution in the body just before fracture and is given by:

$$K_c = Y\sigma_f\sqrt{\pi c} \tag{32}$$

where $\sigma_f$ is the applied fracture stress, $c$ is the length of the crack in the body, and $Y$ is a calibration factor introduced to account for different body geometries (Fig. 42). The elastic stress increases dramatically as the crack tip is approached. In practice, however, the elastic stress cannot exceed the *yield stress* of the material, implying a region of local yielding at the




**Figure 42** Fracture of a brittle material by crack propagation. *Source*: From Ref. 64.

crack tip. Irwin (66) proposed that this *process zone size*, $r_p$, be treated as an *effective* increase in crack length $\delta c$. Fracture toughness is then given by:

$$K_c = Y\sigma_f\sqrt{\pi(c + \delta c)} \quad \text{with} \quad \delta c \sim r_p \tag{33}$$

The process zone is a measure of the yield stress or plasticity of the material in comparison with its brittleness. Yielding within the process zone may take place either plastically or by diffuse microcracking, depending on the brittleness of the material. For plastic yielding, $r_p$ is also referred to as the *plastic zone size*. The *critical strain energy release rate* $G_c = K_c^2/E$ is the energy equivalent to fracture toughness, first proposed by Griffith (67).

### Fracture Measurements

To ascertain fracture properties in any reproducible fashion, specific test geometries must be used as it is necessary to know the stress distribution at predefined, induced cracks of known length. Three traditional methods are: (*i*) the three-point bend test, (*ii*) indentation fracture testing, and (*iii*) Hertzian contact compression between two spheres of the material. Figures 43 and 44 illustrate a typical geometry and force response for the case of a three-point bend test. By breaking a series of dried formulation bars under three-point bend loading of varying crack length, fracture toughness is determined from the variance of fracture stress on crack length, as given by equation (33) (64).




Figure 43 Three-point bend and indentation testing for fracture properties. *Source*: From Ref. 64.




Figure 44 Typical force-displacement curve for three-point bend semistable failure. *Source*: From Ref. 4.

**Table 4** Fracture Properties of Agglomerated Materials

| Material | Id | $K_c$ (Mpa/m$^{1/2}$) | $G_c$ (J/m$^2$) | $\delta_c$ (μm) | $E$ (MPa) | $G_c/E$ (m) |
|---|---|---|---|---|---|---|
| Bladex 60®[a] | B60 | 0.070 | 3.0 | 340 | 567 | 5.29e–09 |
| Bladex 90®[a] | B90 | 0.014 | 0.96 | 82.7 | 191 | 5.00e–09 |
| Glean®[a] | G | 0.035 | 2.9 | 787 | 261 | 1.10e–08 |
| Glean® Aged[a] | GA | 0.045 | 3.2 | 3510 | 465 | 6.98e–09 |
| CMC-Na (M)[b] | CMC | 0.157 | 117.0 | 641 | 266 | 4.39e–07 |
| Klucel GF[b] | KGF | 0.106 | 59.6 | 703 | 441 | 1.35e–07 |
| PVP 360K[b] | PVP | 0.585 | 199.0 | 1450 | 1201 | 1.66e–07 |
| CMC 2% 1KN[b] | C2/1 | 0.097 | 16.8 | 1360 | 410 | 4.10e–08 |
| CMC 2% 5KN[b] | C2/5 | 0.087 | 21.1 | 1260 | 399 | 5.28e–08 |
| CMC 5% 1KN[b] | C5/1 | 0.068 | 15.9 | 231 | 317 | 5.02e–08 |

[a]DuPont corn herbicides.
[b]50 μm glass beads with polymer binder.
*Source*: From Ref. 64.

In the case of indentation fracture, one determines *hardness*, $H$, from the area of the residual plastic impression and fracture toughness from the lengths of cracks propagating from the indent as a function of indentation load, $F$ (68). Hardness is a measure of the yield strength of the material. Toughness and hardness in the case of indentation are given by:

$$K_c = \beta\sqrt{\frac{E}{H}}\frac{F}{c^{3/2}} \quad \text{and} \quad H \sim \frac{F}{A} \tag{34}$$

Table 4 compares typical fracture properties of agglomerated materials. Fracture toughness, $K_c$, is seen to range from 0.01 to 0.06 MPa/m$^{1/2}$, less than that typical for polymers and ceramics, presumably due to the high agglomerate voidage. Critical strain energy release rates $G_c$ from 1 to 200 J/m$^2$, typical for ceramics but less than that for polymers. Process zone sizes, $\delta c$, are seen to be large and of the order of 0.1 to 1 mm, values typical for polymers. Ceramics, on the other hand, typically have process zone sizes less than 1 μm. Critical displacements required for fracture may be estimated by $G_c/E$, which is an indication of the *brittleness* of the material. This value was of the order of $10^{-7}$ to $10^{-8}$ mm for polymer-glass agglomerates, similar to polymers, and of the order of $10^{-9}$ mm for herbicide bars, similar to ceramics. In summary, granulated materials behave similar to brittle ceramics that not only have small critical displacements and yield strains, but also are similar to ductile polymers that have large process or plastic zone sizes.

### Mechanisms of Breakage

The process zone plays a large role in determining the mechanism of granule breakage (64), with such mechanisms previously presented in Figure 7. Agglomerates with process zones smaller in comparison with granule size break by a brittle fracture mechanism into smaller fragments, or *fragmentation* or *fracture*. On the other hand, for agglomerates with process zones of the order of their size, there is insufficient volume of agglomerates to concentrate enough elastic energy to propagate gross fracture during a collision. The mechanism of breakage for these materials is one of *wear*, *erosion*, or *attrition* brought about by diffuse microcracking. In the limit of very weak bonds, agglomerates may also *shatter* into small fragments or primary particles.

Each mechanism of breakage implies a different functional dependence of breakage rate on material properties. Granules generally have been found to have large process zones, which suggests granule wear as a dominant mechanism or breakage or attrition. For the case of *abrasive wear* of ceramics due to surface scratching by loaded indentors, Evans and Wilshaw (69) determined a volumetric wear rate, $V$, of:

$$V = \frac{d_i^{1/2}}{A^{1/4}K_c^{3/4}H^{1/2}}P^{5/4}l \tag{35}$$




**Figure 45** Bar wear rate and fluid-bed erosion rate as a function of granule material properties. $K_c$ is fracture toughness and $H$ is hardness. *Source*: From Ref. 64.

where $d_i$ is indentor diameter, $P$ is applied load, $l$ is wear displacement of the indentor and $A$ is apparent area of contact of the indentor with the surface. Therefore, wear rate depends inversely on fracture toughness.

For the case of fragmentation, Yuregir et al. (70) have shown that the fragmentation rate of organic and inorganic crystals is given by:

$$V \sim \frac{H}{K_c^2} \rho u^2 a \tag{36}$$

where $a$ is crystal length, ρ is crystal density, and $u$ is impact velocity. Note that hardness plays an opposite role for fragmentation than for wear, since it acts to concentrate stress for fracture. Fragmentation rate is a stronger function of toughness as well.

Drawing on analogies with this work, the breakage rates by wear, $B_w$, and fragmentation, $B_f$, for the case of fluid-bed granulation and drying processes should be of the form:

$$B_w = \frac{d_0^{1/2}}{K_c^{3/4} H^{1/2}} h_b^{5/4} (U - U_{mf}) \tag{37}$$

$$B_f \sim \frac{H}{K_c^2} \rho (U - U_{mf})^2 a \tag{38}$$

where $d$ is granule diameter, $d_0$ is primary particle diameter, $(U - U_{mf})$ is fluid-bed excess gas velocity, and $h_b$ is bed height. Figure 45 illustrates the dependence of erosion rate on material properties for bars and granules undergoing a wear mechanism of breakage, as governed by Eqs. (33) and (37), respectively.

## CONTROLLING GRANULATION PROCESSES

### An Engineering Approach to Granulation Processes

Future advances in our understanding of granulation phenomena rest heavily on engineering process design. A change in granule size or voidage is akin to a change in chemical species, and so analogies exist between granulation growth kinetics and chemical kinetics and the unit operations of size enlargement and chemical reaction. These analogies are highlighted in Figure 46, where several scales of analysis must be considered for successful process design. Let us begin by considering a small volume element of material $A$ within a mixing process as shown in Figure 47, and consider either the molecular or the primary particle/single granule scale. On the *granule scale of scrutiny*, the design of chemical reactors and granulation processes differ conceptually in that the former deals with chemical transformations whereas the latter

Case 1:24-cv-09729-RMB-EAH Document 83-7 Filed 11/07/25 Page 54 of 105 PageID: 2219





**Figure 46** Changes in state as applied to granulator kinetics and design.

deals primarily with *physical transformations* controlled by *mechanical processing*[1] (71–73). Here, the rate processes of granulation are controlled by a set of key *physicochemical interactions*. These rate processes have been defined in the proceeding sections, including wetting and nucleation, granule growth and consolidation, and granule attrition and breakage.

We now consider a *granule volume scale of scrutiny*, returning to our small volume element of material *A* of Figure 47. Within this small volume for the case of chemical kinetics, we generally are concerned with the rate at which one or more chemical species is converted into a product. This is generally dictated by a *reaction rate constant* or *kinetic constant*, which is in turn

[1]This approach was pioneered by Rumpf and others in the early 1960s at the Universität Karlsruhe, leading to development of mechanical process technology within chemical engineering in Germany, or Mechanische Verfahrenstechnik. This was key to the founding of powder technology as a discipline.

APOSEM0085638




**Figure 47** Granulation within a local volume element, as a subvolume of a process granulator volume, which controls local size distribution.

a local function of temperature, pressure, and the concentration of feed species, as was established from previous physicochemical considerations. These local variables are in turn a function of overall heat, mass, and momentum transfer of the vessel controlled by mixing and heating/cooling. The chemical conversion occurring within a local volume element may be integrated over the entire vessel to determine the chemical yield or extent of conversion for the reactor vessel; the impact of mixing and heat transfer is generally considered in this step at the *process volume scale of scrutiny*. In the case of a granulation process, an identical mechanistic

approach exists for design, where chemical kinetics is replaced by granulation kinetics. The performance of a *granulator* may be described by the *extent of granulation* of a species. Let $(x_1, x_2, \ldots, x_n)$ represent a list of attributes such as average granule size, porosity, strength, and any other generic quality metric and associated variances. Alternatively, $(x_1, x_2, \ldots, x_n)$ might represent the concentrations or numbers of certain granule size or density classes, just as in the case of chemical reactors. The proper design of a chemical reactor or a *granulator* then relies on understanding and controlling the evolution (both *time* and *spatial*) of the feed vector $X$ to the desired product vector $Y$. Inevitably, the reactor or granulator is contained within a larger plant scale process chain, or *manufacturing circuit*, with overall plant performance being dictated by the interaction between individual unit operations. At the *plant scale of scrutiny*, understanding interactions between unit operation can be critical to plant performance and product quality. These interactions are far more substantial with solids processing, than with liquid-gas processing. Ignoring these interactions often leads processing personnel to misdiagnose sources of poor plant performance. Tabletting is often affected by segregation or poor mixing. Segregation becomes vital for preferential wetting and drug assay variation per size class, which can be influenced by trace impurities in the production of drug or excipients.

There are several important points worth noting with regard to this approach. First, the engineering approach to the design of chemical reactors is well developed and an integral part of traditional chemical engineering education (74). At present, only the most rudimentary elements of reaction kinetics have been applied to granulator design. Much more is expected to be gleaned from this approach over the coming decade. Examples might include staged addition of ingredients, micronization of processes, and tailored process designs based on specific formulation properties. Second, an appreciation of this engineering approach is absolutely vital to properly scale-up granulation processes for difficult formulations. Lastly, this perspective provides a logical framework with which to approach and unravel complex processing problems, which often involve several competing phenomena. Significant progress had been made with this approach in crystallization (75) and grinding (76).

Many complexities arise when applying the results of the previous sections detailing granulation mechanisms to granulation processing. The purpose of this section is to summarize approaches to controlling these rate processes by placing them within the context of actual granulation systems and granulator design. Additional details of modeling and granulator design can be found in chapters 24–26.

### Scale of a Granule Size and Primary Feed Particles

When considering a scale of scrutiny of the order of granules, we ask what controls the rate processes, as presented in detail in the previous sections. This key step links formulation or material variables to the process operating variables, and successful granulator design hinges on this understanding. Two key local variables of the volume element, $A$, include the *local-bed moisture* and the local level of shear (both *shear rate* and *shear forces*). These variables play an analogous role of species concentration and temperature in controlling kinetics in chemical reaction, with the caveat that granulation mechanisms are primarily path functions in the thermodynamic sense, with work input as opposed to time controlling deformation mechanisms. In the case of chemical reaction, increased temperature or concentration of a feed species generally increases reaction rate. For the case of granulation considered here, increases in shear rate and moisture result in increased granule/powder collisions in the presence of binding fluid, resulting in an increased frequency of successful growth events and increases in granule growth rate. Increases in shear forces also increase the granule consolidation rate and aid growth for deformable formulations. In the limit of very high shear (e.g., due to choppers), they promote wet and dry granule breakage, or limit the growth at the least. Lastly, in the case of simultaneous drying, bed and gas phase moisture, temperature control heat and mass transfer, and the resulting drying kinetics.

### Scale of a Granule Volume Element

Next consider a scale of scrutiny of the level of a small bulk volume of granules, or volume element of material, $A$, in Figure 46. This volume element has a particular granule size distribution controlled by the local granulation rate processes are shown pictorially in

Figure 47. In the wetting and nucleation rate process, droplets interact with fine powder to form initial nuclei, either directly of through mechanical breakdown of pooled over-wetted regions. It is generally useful to consider the initial *powder phase* and *drop phase* as independent feed phases to the *granule phase*. In addition, the granule phase can be broken down into separate *species*, each species corresponding to a particular granule mesh size cut. Nucleation, therefore, results in a loss of powder and drop phases, and the *birth* of granules. Granules and initial nuclei collide within this volume element with each other and with the surrounding powder phase, resulting in both granule growth and consolidation due to compaction forces. Granule growth by coalescence results in the discrete *birth* of granules to a new granule size class or species, as well as loss or *death* of granules from the originating size classes. This is a rapid, often exponential mechanism, with a widening of the distribution when below the limiting granule size. On the other hand, granule growth by layering and granule consolidation result in a slow differential increase and decrease in granule size, respectively. Granule breakage by fracture and attrition (or wear) act in a similar, but opposite, fashion to granule coalescence and layering, increasing the powder phase and species of smaller granules. Lastly, this volume element of granules interacts with surrounding material of the bed, as granulated, powder, and drop phases flow to and from surrounding volume elements. The rate processes of granulation and the flows or exchanges with surrounding elements combine to control the local granule size distribution and growth rate within this small volume element.

As illustrated in Figure 48, conducting an inventory of all granules entering and leaving a given size class $n(x)$ by all possible granulation mechanisms leads to a microlevel population balance over the volume element given by:

$$\frac{\partial n_a}{\partial t} + \frac{\partial}{\partial x_i}(n_a u_i) = G_a = B_a - D_a \tag{39}$$

where $n(x,t)$ is the instantaneous granule size distribution, which varies with time and position. $G$, $B$, and $D$ are growth, birth, and death rates due to granule coalescence and granule fracture. The second LHS term reflects contributions to the distribution from layering and




**Figure 48** The population balance over a sieve class, or specific granule size class.

wear, as well as interchanges of granules from surrounding volume elements. Nucleation rate would be considered a boundary condition of equation (39), providing a source of initial granules. Equation (39) governs the local growth rate within volume element *A*.

Solutions to this population balance are described in greater detail in chapter 24, as well as in Refs. 6,75, and 76. Analytical solutions are only possible in the simplest of cases. Although actual processes would require specific examination, some general comments are warranted. Beginning with nucleation, in the case of fast drop penetration into fine powders and for small spray flux, new granules will be formed of the order of the drop size distribution, and contribute to those particular size cuts or granule species. If spray is stopped at low moisture levels, one will obtain a bimodel distribution of nuclei size superimposed on the original feed distribution. Very little growth may occur for these low moisture levels. This should not be confused with induction type growth, which is a result of low overall formulation deformability. In fact, the moisture level of the nuclei themselves will be found to be high and nearly saturated. Moisture, however, is locked up within these nuclei, surrounded by large amounts of fine powder. Therefore, it is important not to confuse granule moisture, local moisture, and the overall average peak bed moisture of the process; they are very much not the same but all are influenced by proper vessel design and operation. As moisture levels increase, and the concentration of the ungranulated powder phase decreases, the portion of the granule phase increases. As granules begin to interact more fully because of decreased surrounding powder and greater chances to achieve wet granule interaction, granule coalescence begins to occur. This, in turn, results in a decrease in granule number, and a rapid often exponential increase in granule size as previously demonstrated. Coalescence generally leads to an initial widening of the granule size distribution until the granule growth limit is reached, discussed in detail in section "Summary of Growth Patterns" (Fig. 40). As larger granules begin to exceed this growth limit, they can no longer coalesce with granules of similar size. Their growth rate drops substantially as they can only continue to grow by coalescence with fine granules or by layering with any remaining fine powder. At this point, the granule size distribution generally narrows with time. This provides a local description of growth, whereas the overall growth rate of the process depends greatly on mixing described next, as controlled by process design.

## Scale of the Granulator Vessel

The local variables of moisture and shear level vary with volume element, or position in the granulator, which leads to the kinetics of nucleation, growth, consolidation, and breakage being dependent on position in the vessel, leading to a scale of scrutiny of the vessel size. As shown in Figure 47, moisture levels and drop phase concentration and nucleation will be high at position D. Significant growth will occur at position B because of increased shear forces and granule deformation, as well as increased contacting. Significant breakage can occur at position C in the vicinity of choppers. Each of these positions or volume elements will have their own specific, local granule size distribution at any moment in time.

Solids mixing (3,77) impacts overall granulation in several ways. First, it controls the local shear. Local shear rates and forces are a function of shear-stress transfer through the powder bed, which is in turn a function of mixer design and bed bulk density, granule size distribution, and frictional properties. Local shear rates determine granule collisional velocities. This first area is possibly one of the least understood areas of powder processing, and requires additional research to establish the connection between operating variables and local shear rates and forces. It is also a very important scale-up consideration, as discussed in chapter 25 (3,6,77).

Second, solids mixing controls the interchange of moisture, powder phase, and droplet phases among the local volume elements. Third, it controls the interchange of the granulated phase. Within the context of reaction kinetics (74), one generally considers extremes of mixing between well-mixed continuous, plug flow continuous or well-mixed batch processes. The impact of mixing on reaction kinetics is well understood, and similar implications exist for the impact of mixing on granulation growth kinetics. In particular, well-mixed continuous processes would be expected to provide the widest granule size distribution (deep continuous fluidized beds are an example), whereas plug flow or well-mixed batch processes should result

in narrower distributions.[2] In addition, it is possible to narrow the distribution further by purposely segregating the bed by granule size,[3] or staging the addition of ingredients, though this is a less explored area of granulator design. Lastly, it should be possible to predict effects of dispersion, back-mixing, and dead/stagnant zones on granule size distribution on the basis of previous work regarding chemical reaction kinetics.

Equation (39) reflects the evolution of granule size distribution for a particular volume element. When integrating this equation over the entire vessel, one is able to predict the granule size distribution versus time and position within the granulator. Lastly, it is important to understand the complexities of scaling rate processes on a local level to overall growth rate of the granulator. If such considerations are not made, misleading conclusions with regard to granulation behavior may be drawn. Wide distributions in moisture and shear level, as well as granule size, and how this interacts with scale-up must be kept in mind when applying the detailed description of rate processes discussed in the previous sections. With this phenomenological description of granulation in place, we will now discuss controlling wetting, growth and consolidation, and breakage in practice, as well as the implications for two of the more common pharmaceutical granulation processes, namely fluid-bed and high-shear mixer granulation.

## Controlling Processing in Practice

Table 5 summarizes operating variables and their impact on fluid-bed and high-shear mixer granulation. From a processing perspective, we begin with the uniformity of the process in terms of solids mixing. Approaching a uniform state of mixing as previously described will ensure equal moisture and shear levels and, therefore, uniform granulation kinetics throughout the bed; on the other hand, poor mixing will lead to differences in local kinetics. If not accounted for in design, these local differences will lead to a wider distribution in granule size distribution and properties than is necessary, and often in unpredictable fashions—particularly with scale-up.

Increasing fluid-bed excess gas velocity ($U - U_{mf}$) will increase solids flux and decrease circulation time. This can potentially narrow nuclei distribution for intermediate drop penetration times. Growth rates will be minimally affected because of increased contacting, however, the growth limit will decrease. There will be some increase in granule consolidation, and potentially a large increase in attrition. Lastly, initial drying kinetics will increase. Impeller speed in mixers will play a similar role in increasing solids flux. However, initial growth rates and granule consolidation are likely to increase substantially with an increase in impeller speed. The growth limit will decrease, partly controlled by chopper speed.

Fluidized beds can be one of the most uniform processes in terms of mixing and temperature. Powder frictional forces are overcome as drag forces of the fluidizing gas support bed weight, and gas bubbles promote rapid and intensive mixing. In the case of mixers, impeller speed, in comparison with bed mass, promote mixing, with choppers eliminating any gross maldistribution of moisture and over growth.

With regard to bed weight, forces in fluid beds and, therefore, consolidation and granule density generally scale with bed height. As a gross rule of thumb, ideally the power input per unit mass should be maintained with mixer scale-up, related, in part, to swept volume per unit time, as studied by Kristensen and coworkers. However, cohesive powders can be ineffective in transmitting stress, meaning that only a portion of the bed may be activated with shear at large scale, whereas the entire bowl may be in motion at a lab scale. Therefore, mixing may not be as uniform in mixers as it is in fluidized beds. Equipment design also plays a large role, including air distributor and impeller/chopper design for fluid bed and mixers, respectively.

[2]*All else being equal*, plug-flow continuous and batch well-mixed processes should produce identical size distributions in the absence of back-mixing. It is very difficult to achieve uniform mixing in practice, with properly operating fluidized bed possibly coming the closest.

[3]Pan granulation is a specific process promoting segregation by granule size. Since large granules interact less with smaller granule size classes, layering can be promoted at the expense of coalescence, thereby narrowing the granule size distribution.

**Table 5** Impact of Key Operating Variables in Pharmaceutical Granulation

| Effect of changing key process variables | Fluidized beds (including coating and drying) | High-shear mixers |
|---|---|---|
| Increasing solids mixing, solids flux, and bed agitation | Increasing excess gas velocity: improves bed uniformity, increases solids flux, decreases solids circulation time, potentially improves nucleation, no effect on noninertial growth rate, lowers growth limit, some increase in granule consolidation, increases granule attrition, increases initial drying kinetics. | Increasing impeller/chopper speed: improves bed uniformity, increases solids flux, decreases solids circulation time, potentially improves nucleation, increases growth rate, lowers growth limit, increases granule consolidation, increases granule attrition. |
| | Distributor design: impacts attrition and defluidization. | Impeller/chopper design: improvements needed to improve shear transmission for cohesive powders. |
| Increasing bed weight | Increasing bed height: increases granule consolidation, density and strength. | Increasing bed weight: generally lowers power per unit mass in most mixers, lowering growth rate. Also increasing nonuniformity of cohesive powders, and lowers solids flux and increases circulation time. |
| Increasing bed moisture (*note*: increasing bed temperature normally acts to lower bed moisture due to drying), increasing residence time | Increases rates of nucleation, growth and consolidation giving larger, denser granules with generally a wider distribution. Distribution can narrow if growth limit is reached. Increases chances of defluidization. | Increases rates of nucleation, growth and consolidation giving larger, denser granules with generally a wider distribution. Distribution can narrow if growth limit is reached. Increases chances of overmassing and bowl buildup. |
| Increasing spray distribution: lower liquid feed or spray rate, lower drop size, increase number of nozzles, increase air pressure (two-fluid nozzles), increase solids mixing (above) | Largely effected: wettable powders and short penetration times generally required. For fast penetration: decreases growth rate, decreases spread of size distribution, decreases granule density and strength. For slow penetration: poor process choice and defluidization likely. | Less effected: poorly wetting powders and longer penetration time possible. For fast penetration: decreases growth rate, decreases spread of size distribution, decreases granule density and strength. For slow penetration: mechanical dispersion of fluid, little effect of distribution, however, slowing rate of addition minimizes lag in growth rate. |
| Increasing feed particle size (can be controlled by milling). | Requires increase in excess gas velocity, minimal effect of growth rate, increase in granule consolidation and density. | Increase in growth rate, increase in granule consolidation and density. |

Increasing bed moisture and residence time increase overall growth and consolidation. However, it also increases the chances of bed defluidization or overmassing/bowl buildup in fluid beds and mixers, respectively. Increasing bed temperature normally acts to lower bed moisture due to drying. This acts to raise effective binder viscosity and lower granule consolidation and density, as well as initial growth rates for the case of high-shear mixers. This effect of temperature and drying generally offsets the inverse relationship between viscosity and temperature.

Spray distribution generally has a large effect in fluid beds, but in many cases, a small effect in mixers. In fact, fluid-bed granulation is only practical for wettable powders with short drop penetration time, since otherwise defluidization of the bed would be promoted by local pooling of fluid. Mechanical dispersion counteracts this in mixers. There may be benefit, however, to slowing spray rate in mixers for formulation with inductive growth behavior, as this will minimize the lag between spray and growth, as discussed previously.

In summary for the case of fluid-bed granulation, growth rate is largely controlled by spray rate and distribution and consolidation rate by bed height and peak bed moisture. For

the case of mixers, growth and consolidation are controlled by impeller and chopper speed. From a formulation perspective, we now turn to each rate process.

### Controlling Wetting in Practice

Typical changes in material and operating variables that improve wetting uniformity are summarized in detail elsewhere (1,3). Improved wetting uniformity generally implies a tighter granule size distribution and improved product quality. Eqs. (7) and (9) provide basic trends of the impact of material variables on wetting dynamics and extent, as described by the dimensionless spray flux and drop penetration time.

Since drying occurs simultaneously with wetting, the effect of drying can substantially modify the expected impact of a given process variable and this should not be overlooked. In addition, simultaneously drying often implies that the *dynamics* of wetting are far more important than the *extent*.

Adhesion tension should be maximized to increase the rate and extent of both binder spreading and binder penetration. Maximizing adhesion tension is achieved by minimizing contact angle and maximizing surface tension of the binding solution. These two aspects work against one another as surfactant is added to a binding fluid, and in general, there is an optimum surfactant concentration for the formulation (31). Surfactant type influences adsorption and desorption kinetics at the three-phase contact line. Inappropriate surfactants can lead to Marangoni interfacial stresses, which slow the dynamics of wetting (28). Additional variables, which influence adhesion tension include (*i*) impurity profile and particle habit/morphology typically controlled in the particle formation stage such as crystallization, (*ii*) temperature of granulation, and (*iii*) technique of grinding, which is an additional source of impurity as well.

Decreases in binder viscosity enhance the rate of both binder spreading and binder penetration. The prime control over the viscosity of the binding solution is through binder concentration. Therefore, liquid loading and drying conditions strongly influence binder viscosity. For processes *without* simultaneous drying, binder viscosity generally decreases with increasing temperature. For processes *with* simultaneous drying, however, the dominant observed effect is that lowering temperature lowers binder viscosity and enhances wetting due to decreased rates of drying and increased liquid loading.

Changes in particle size distribution affect the pore distribution of the powder. Large pores between particles enhance the *rate* of binder penetration, whereas they decrease the final *extent*. In addition, the particle size distribution effects the ability of the particles to pack within the drop as well as the final degree of saturation (78).

The drop distribution and spray rate of binder fluid have a major influence on wetting. Generally, finer drops will enhance wetting, as well as the distribution of binding fluid. The more important question, however, is how large may the drops be or how high a spray rate is possible. The answer depends on the wetting propensity of the feed. If the liquid loading for a given spray rate exceeds the ability of the fluid to penetrate and spread on the powder, maldistribution in binding fluid will develop in the bed. This maldistribution increases with the increasing spray rate, increasing drop size, and decreasing spray area (due to, for example, bringing the nozzle closer to the bed or switching to fewer nozzles). The maldistribution will lead to large granules on one hand and fine ungranulated powder on the other. In general, the width of the granule size distribution will increase and generally the average size will decrease. Improved spray distribution can be aided by increases in agitation intensity (e.g., mixer impeller or chopper speed, drum rotation rate, or fluidization gas velocity) and by minimizing moisture losses due to spray entrainment, dripping nozzles, or powder caking on process walls.

### Controlling Growth and Consolidation in Practice

Typical changes in material and operating variables, which maximize granule growth and consolidation, are summarized else in detail elsewhere (1,3). Also discussed are appropriate routes to achieve these changes in a given variable through changes in either the formulation or in processing. Growth and consolidation of granules are strongly influenced by rigid (especially fluid beds) and deformability (especially mixers) Stokes numbers. Increasing St increases

energy with respect to dissipation during deformation of granules. Therefore, the rate of growth for deformable systems (e.g., deformable formulation or high-shear mixing) and the rate of consolidation of granules generally increases with increasing St. St may be increased by decreasing binder viscosity or increasing agitation intensity. Changes in binder viscosity may be accomplished by formulation changes (e.g., the type or concentration of binder) or by operating temperature changes. In addition, simultaneous drying strongly influences the effective binder concentration and viscosity. The *maximum* extent of growth increases with decreasing St and increased liquid loading, as reflected by equation (29). See section "Summary of Growth Patterns" and Figure 40 for additional discussion. Increasing particle size also increases the rate of consolidation, and this can be modified by upstream milling or crystallization conditions.

## Controlling Breakage in Practice

Typical changes in material and operating variables, which are necessary to minimize breakage are summarized in detail elsewhere (1,3). Also discussed are appropriate routes to achieve these changes in a given variable through changes in either the formulation or processing. Both fracture toughness and hardness are strongly influenced by the compatibility of the binder with the primary particles, as well as the elastic/plastic properties of the binder. In addition, hardness and toughness increase with decreasing voidage and are influenced by previous consolidation of the granules. While the direct effect of increasing gas velocity and bed height is to increase breakage of dried granules, increases in these variables may also act to increase consolidation of wet granules, lower voidage, and, therefore, lower the final breakage rate. Granule structure also influences breakage rate, for example, a layered structure is less prone to breakage than a raspberry shaped agglomerate. However, it may be impossible to compensate for extremely low toughness by changes in structure. Measurements of fracture properties help define expected breakage rates for a product and aid product development of formulations.

## ACKNOWLEGEMENTS

This chapter is the result of many collaborative efforts. Support for initial granulation research was provided by the International Fine Particle Research Institute, G. Tardos and R. Pfeffer of The City College of the City University of New York, and E.I. du Pont de Nemours & Company. On the basis of earlier versions with A. Maraglou of Du Pont, the material was developed into a training course by E&G Associates, and later refined in collaboration with J. Litster of the University of Queensland. All of these collaborations, as well as discussions with P. Mort, A. Adetayo, J. Seville, S. Pratsinis, S. Iveson, K. Hapgood, J. Green, P.C. Kapur, T. Schaefer, and H. Kristensen are acknowledged with great appreciation. Lastly, to the countless granulation ad compaction course participants over the last two decades goes a special thank you.

## REFERENCES

1. Ennis BJ. Theory of granulation. In: Parikh D, ed. Handbook of Pharmaceutical Granulation, 2005.
2. Ennis BJ, Litster J. Size enlargement and size reduction. In: Green D, Perry R, eds. Perry's Chemical Engineers' Handbook. Section 21 7th ed. New York: McGraw-Hill, 1994.
3. Ennis BJ, section ed. Solids-solids processing. In: Green D, Perry R, eds. Perry's Chemical Engineers' Handbook. Section 19 8th ed. New York: McGraw-Hill, 2005.
4. Ennis BJ. On the Mechanics of granulation, Ph.D. Thesis, The City College of the City University of New York, University Microfilms International (No.1416, Printed 1991), 1990.
5. Ennis BJ. Design & Optimization of Granulation Processes for Enhanced Product Performance. Nashville: E&G Associates, 1990–2004.
6. Litster J, Ennis BJ. The Science & Engineering of Granulation Processes. Dordrecht, The Netherlands: Kluwer Academic, 2004.
7. Masters K. Spray Drying Handbook. 3rd ed. Wiley, 1979; Spray Drying in Practice. ApS, Denmark: SprayDryConsult International, 2002.
8. Ennis BJ. Characterizing the impact of flow aids on flowability of pharmaceutical excipients by automated shear cell. AAPS Annual Meeting, Baltimore, MD, 2004.
9. Nederman R. Statics and Dynamics of Granular Material. Cambridge University Press, 1990.

10. Ennis BJ. Measuring Powder Flowability: Its Theory and Applications. E&G Associates, Inc., 2009.
11. Stanley-Wood N. Enlargement and Compaction of Particulate Solids. Butterworth & Company Limited, 1983.
12. Ennis BJ. Agglomeration and size enlargement session summary paper. Powder Technol 1996; 88:203.
13. Turton R, Tardos G, Ennis B. Fluidized Bed Coating and Granulation. Yang WC, ed. Westwood: Noyes Publications, 1999:331.
14. Pietsch W. Size Enlargement by Agglomeration. Chichester: Wiley, 1992.
15. Sastry K, Fuerstenau D. In: Sastry KVS, ed. Agglomeration 77. New York: AIME, 1977:381.
16. Kapur PC. Balling and granulation. Adv Chem Eng 1978; 10:55.
17. Kapur PC. Chem Eng Sci 1971; 26:1093.
18. Kapur PC, Fuerstenau DW. Size distributions and kinetic relationships in the nuclei region of wet pelletization. Ind Eng Chem Eng 1966; 5:5.
19. Kapur PC. Chem Eng Sci 1972; 27:1863.
20. Rumpf H. The strength of granules and agglomerates. In: Knepper WA, ed. Agglomeration. New York: Interscience, 1962:379–414.
21. Rumpf H. Particle adhesion. In: Sastry KVS, ed. Agglomeration 77. New York: AIME, 1977:97–129.
22. Augsburger L, Vuppala M. Theory of granulation. In: Parikh DM, ed. Handbook of Pharmaceutical Granulation Technology. New York: Marcel-Dekker, 1997:7–23.
23. Parfitt G. ed. Dispersion of Powders in Liquids. Elsevier Applied Science Publishers Limited, 1986.
24. Hapgood K. Nucleation and binder dispersion in wet granulation, Ph.D. thesis, University of Queensland, 2000.
25. Smith thesis
26. Kossen NWF, Heertjes PM. The determination of the contact angle for systems with a powder. Chem Eng Sci 1965; 20:593.
27. Pan et al. Dynamic Properties of Interfaces & Association Structure. American Oil Chemists' Society Press, 1995.
28. Washburn EW. Phys Rev 1921; 17:273.
29. Bartell FE, Osterhof HJ. Determination of the wettability of a solid by a liquid. Ind Eng Chem 1927; 19:1277.
30. Zisman WA. Relation of the equilibrium contact angle to liquid and solid construction. In: Fowkes FM, ed. Contact Angle, Wettability, & Adhesion, Advances in Chemistry Series, ACS, 43. Washington, DC: American Chemical Society, 1964:1.
31. Ayala R. Ph.D. Thesis, Chemical Engineering, Carnegie Mellon University, 1985.
32. Shaw DJ, Williams R. Introduction to Colloid & Surface Chemistry.London: Butterworths & Company Limited, 1980:273.
33. Fuerstaneau DW, Diao J, Williams MC. Colloids Surf 1991; 60:127.
34. Vargha-Butler EI, In: Botsaris GD, Glazman YM, eds. Interfacial Phenomena in Coal Technology.
35. Aveyard R, Haydon DA. An Introduction to the Principles of Surface Chemistry. London: Cambridge University Press, 1973:70.
36. Lloyd DR, Ward TC, Schreiber HP. eds. ACS Symposium Series 391. Washington DC: ACS, 1989.
37. Aulton ME, Banks M. Proceedings of Powder Technology in Pharmacy Conference, Powder Advisory Centre, Basel, Switzerland, 1979.
38. Aulton et al. J Pharm Pharmacol 1977; 29:59.
39. Gluba et al. Powder Hand Proc 1990; 2:323.
40. Litster et al. Powder Technol 2001; 124:272.
41. Ouchiyama N, Tanaka T. Ind Eng Chem Proc Des Dev 1982; 21:29.
42. Tardos G, Khan MI. AIChE Annual Meeting, Miami, 1995.
43. Ennis BJ, Li J, Tardos G, et al. The influence of viscosity on the strength of an axially strained pendular liquid bridge. Chem Eng Sci 1990; 45(10):3071.
44. Mazzone D, Tardos G, Pfeffer R. The effect of gravity on the shape and strength of a liquid bridge between 2 spheres. J Colloid Interface Sci 1986; 113:544.
45. Iveson SM, Breathe JA, Page NW. The dynamic strength of partially saturated powder compacts: the effect of liquid properties. Powder Technol 2002; 127:149.
46. Holm P et al. Granulation in high speed mixers. I. Effects of process variables during kneading. Powder Technol 1985; 43:213.
47. Adams M, Thornton C, Lian G. Agglomeration & Size Enlargement, Proc 1st Int Particle Technology Forum, Vol. 1, Denver, Co. AIChE, New York, 1994:155–286.
48. Holm P, Schaefer T, Kristensen HO. Parts V and VI. Powder Technol 1985; 43:213–233.
49. Ennis B, Tardos G, Pfeffer R. A microlevel-based characterization of granulation phenomena. Powder Technol 1991; 65:257.

50. Liu LX, Litster JD, Iveson SM, et al. Coalescence of deformable granules in wet granulation processes. AIChE J 2000; 46(3):529.
51. Bird RB, Armstrong RC, Hassager O. Dynamics of Polymeric Liquids, Vol.1. Wiley, 1977.
52. Forrest S, Bridgwater J, Mort PR, et al. Flow patterns in granulating systems. Proceedings of World Congress of Chemical Engineering, Melbourne, Australia, 2001.
53. Adetayo AA, Lister JD, Pratsinis SE, et al., Population balance modeling of drum granulation of materials with wide size distribution. Powder Technol 1995; 82:37.
54. Tardos GI, Khan MI, Mort PR. Critical parameters and limiting conditions in binder granulation of fine powders. Powder Technol 1997; 94:245.
55. Iveson SM, et al. Powder Technol 2001; 117:83.
56. Schaefer T, Holm P, Kristensen HG. Melt granulation in a laboratory scale high shear mixer. Drug Dev Ind Pharm 1990; 16(8):1249.
57. Schaefer T, Holm P, Kristensen G. Wet granulation in a laboratory scale high shear mixer. Pharm Ind 1990; 52(9):1147.
58. Cuitino, Bridgwater.
59. Adetayo A, Ennis B. A unifying approach to modeling granule coalescence mechanisms. AIChE J 1996; 43(4):927.
60. Sastry balling.
61. Pratsinis self preserving reference, or Friedlander.
62. Iveson S, Litster JD, Ennis BJ. Powder Technol 1996; 88:15.
63. Lawn B. Fracture of Brittle Solids. 2nd ed. Cambridge: Cambridge University Press, .
64. Ennis BJ, Sunshine G. On wear mechanism of granule attrition. Tribiol Int 1993; 26:319.
65. Bemros CR, Bridgwater J. A review of attrition and attrition test methods. Powder Technol 1987; 49:97.
66. Irwin GR. Analysis of stresses and strains near the end of a crack traversing a plate. J Appl Mech 1957; 24:361.
67. Griffith AA. The phenomena of rupture and flow in solids. Phil Trans Royal Soc 1920; A221:163.
68. Johnsson NL, Ennis DM. Proc First Int Part Technol Forum, Vol. 2, AIChE, Denver, 1994:178.
69. Evans AG, Wilshaw TR. Quasi-static solid particle damage in brittle solids. I. Observations analysis and implications. Acta Metal 1976; 24:939.
70. Yuregir KR, Ghadiri M, Clift R. Impact attrition of sodium chloride crystals. Chem Eng Sci 1987; 42:843.
71. Rumpf H. Translated Bull FA. Particle Technology. New York: Chapman & Hall, 1975.
72. Ennis BJ, Green J, Davies R. Particle technology: The US legacy of neglect. Chem Eng Prog 1994; 90 (4):32.
73. Ennis B, Green J. Visualizing Pharmaceutical Manufacturing as an Integrated Series of Particle Processes. New York: Interphex, 1995.
74. Levenspiel O. Chemical Reaction Engineering. 2nd ed. New York: Wiley, 1972.
75. Randolph AD, Larson MA. Theory of Particulate Processes. San Diego: Academic Press, Inc., 1988.
76. Prasher CL. Crushing and Grinding Process Handbook. New York: Wiley, 1987.
77. Weinekötter R,. Gericke H. Mixing of Solids. Dordrecht, The Netherlands: Kluwer Academic, 2000.
78. Waldie B. Growth mechanism and the dependence of granule size on drop size in fluidized-bed granulation. Chem Eng Sci 1991; 46:2781.

# 8 Roller Compaction Technology

Ronald W. Miller
*Miller Pharmaceutical Technology Consulting, Travelers Rest, South Carolina, U.S.A.*

## INTRODUCTION

Since the publication of the *Handbook of Pharmaceutical Granulation Technology, Second Edition*, late 2005, the world's economy has slowed and capital expansion in worldwide pharmaceutical industry, particularly in oral solid dosage forms, has suffered (1). A number of pharmaceutical drug companies, large and small, have had and are still reducing staffs, selling manufacturing sites or merging. During the last three years, new drug development has slowed as well, as is evident for fewer new drug approvals by the U.S. Food and Drug Administration. In spite of the apparent pharmaceutical industry economic and the innovative drug downturn trends temporarily, I do believe, the important need for dry granulation technology keeps growing in the pharmaceutical industry, as well as in other industries.

The legacy pharmaceutical roller compaction technology and scale-up book chapters, by this author, previously published in *The Handbook of Pharmaceutical Granulation Technology, First and Second Editions, The Encyclopedia of Pharmaceutical Technology, and The Pharmaceutical Process Scale-Up, Second Edition* covered a very wide range of useful related topics (1–4). The learnings and findings expressed in these chapters reviewed and discussed roller compaction theory, equipment design features, for example, feed screw and specifically the importance of vacuum deaeration theory and equipment designs of different manufacturers. New findings by Guigon and his team were expressed about their advanced roll sensor instrumentation. The work showed that the pressure variance applied to powder across the roll surface was caused by the feed screw position.

Miller presented the first at-line near-infrared (NIR) roller compaction evaluations of compacts manufactured at different roll pressures, vacuum deaeration pressures, power consumptions and compared different processing effects. Later, he teamed with Purdue University Industrial Physical Pharmacy School faculty and graduate students, in a series of noninvasive real-time NIR dynamic-mode roller-compacted powder blend property (e.g., content uniformity, moisture content, compact density, tensile strength, and Young's modulus), evaluations that were published (5).

The beginning section of this book chapter describes the industrial perspective of the value of roller compaction technology, its importance and some technical aspects. While the primary focus of this chapter is related to the pharmaceutical industry, other industrial viewpoints are illustrated for comparison and reference.

## ACTIVE PHARMACEUTICAL INGREDIENT POWDERS

In the pharmaceutical industry, brand name innovator companies aim to develop formulations and processes to convey new therapeutical benefits of active pharmaceutical ingredients (APIs), in oral solid dosage forms for patients.

Typically the morphology of newly invented synthesized API powders is very fine, with low density and nonuniform in shape; with powder particle physical attributes being nonfree flowing. Ultimately, the API is a poor actor regarding powder property behaviors for formulation and process development considerations and for downstream drug product manufacturing. Similar situations arise in the battery, beverage, cement, chemical, and food industries, where synthesized processes produce powders that have poor powder physical properties for next step downstream processing operations.

When manufacturing solid oral dosage forms, there must be successful powder rheology performance. This means, it is often necessary to modify the morphology characteristics of fine API powders, typically those powders that are less than 150 μm in size, to obtain better powder

properties for tableting, encapsulation, and powder for oral suspensions (PFOSs) drug product manufacturing.

Emphasizing the key considerations of powder technology properties for pharmaceutical oral solid dosage forms, which are given below, cannot be understated.

- Powder flowability
- Powder compactibility
- Chemical stability

Controlling these three key powder properties will assure achieving critical oral solid dosage form specifications and efficacy. Without the proper physical properties of powder flowability and powder compactibility, meeting worldwide pharmacopeia requirements such as tablet or capsule content uniformity, assay, dissolution, weight, and dosage form physical robustness: hardness and friability are virtually impossible.

The third powder property, chemical stability, is very important for any manufactured drug product. Effects of moisture and dry heat from processing powder granulations can be problematic and stressful for drug product manufactured by nondry granulation technologies. There is significantly less product stability risk from latent moisture and heat liable degradation products when manufacturing by a dry granulation processing method. The author admits that from a stability standpoint, it has been his observation that the most robust drug product granulation manufacturing is by roller compaction dry granulation technology. Anecdotal proof of this assertion can be surveyed online in the pharmaceutical "The Pink Sheets" or "The Pink Sheets Daily," publisher FDC Reports, where product recall information identifies which commercial oral solid dosage form product failed specifications, why it failed, and describes the general drug process method. Reviewing these two published resources since 2000, there have been no cited dry granulated recalled products (6).

## GRANULATION TECHNOLOGIES

There are three key technology drug product processing methods that are most widely used to enable modifying API physical properties to formulate pharmaceutical oral solid dosage forms: direct compression, wet agglomeration, and dry agglomeration. Direct compression is a process by which tablets are compressed directly from powder blends containing the API and suitable excipients, for example, disintegrants, binders, glidants, and lubricants, without any preprocessing treatment. For some time now, many new API powder substances in the pharmaceutical industry cannot be directly compressed into tablets or encapsulated into hard gelatin capsules or even filled into PFOS bottles. Typically, a successful direct compression blend must be designed and developed to meet drug product specification requirements when operating high speed compression machines, for example, filling a die cavity in 12 msec; anecdotally, not a trivial task (7).

The majority of new active pharmaceutical powder ingredients are small, needle-like habit morphology that is very heterogeneous in size and very potent. Oral solids formulations of these drugs are usually low dosage strengths that are generally well under 100 mg per dose. Achieving active uniform distribution to guarantee correct drug product uniformity in each individual unit dose is paramount and not easy, requiring an optimal processing technology.

The demanding robustness of such formulations and drug product processes must imperatively withstand API and excipients' additional physical property variances, for example, lot-to-lot granulometry and morphology changes, which effect potential segregation of powder blend transfers from one manufacturing floor to another, or the transfer of the product's process to multiple drug product manufacturing sites. Illustrating the point, potential powder segregation can occur during the conveyance of a final blend from a holding vessel through a long tube or chute (possibly as long as two to four meters) from one processing floor to another where compressing or encapsulating machines are located. Variable API and excipient raw material physical properties and the potential rigorous handling of drug product blend throughout the drug product manufacturing process requires that the successful drug product be undisturbed by potential segregation mechanisms or influences. Thus, it is the author's

contention that it is less likely that brand name innovator companies will want to develop and manufacture new oral solid drug formulations via direct compression technology.

The increasingly important reason for pretreatment of active pharmaceutical powders is the necessity to attain acceptable powder flowability, powder compactibility, and minimize powder segregation after mixing during downstream process handling.

The wet granulation pretreatment technologies, low shear, high shear, and fluid bed have two common processing technology requirements: a liquid to granulate the batch and a drying cycle to dry the granulated mass. The author has observed that the new APIs developed today are more potent and much more sensitive to nondry preprocessing treatments and environments. The pharmaceutical risk is that in aqueous drug product manufacturing environments the API can be potentially modified and new degradants formed or a known degradant level abnormally increased.

Pharmaceutically, this is unacceptable for stability, efficacy, and potential safety reasons and can delay or doom a promising API for potential patient therapeutical use. It is the author's opinion that the risk is so great that it can over-ride all other attributes regarding wet agglomeration development and product manufacturing. Other issues that compare and illustrate additional wet granulation differences versus dry granulation roller compaction drug product technologies are given below.

- Typically, there are more machines and plant space requirements to maintain for aqueous granulation processes than dry granulation technology.
- Equipment sunken costs are greater for wet granulation equipment cross contamination issues than with dry granulation technology requirements.
- Variable operating costs are higher for wet granulator and dryer systems than with dry granulation technology.
- Cleaning cycles are more frequent with wet granulation equipment trains than dry granulation manufacturing equipment.
- Initial operating and recovery safety issues are very costly with solvent granulating systems, there are none with roller compaction.
- Scale-up is less complicated with dry granulation compared with wet granulation (4).
    - Wet granulation scale-up has many more major and minor variables to monitor during wet granulation and drying processes than a dry granulation roller compaction process (8).
    - Scale-up using wet granulation equipment requires larger bowl and batch sizes—manufacturing capacity is a function of bowl size volume and manufacturing time.
    - Scale-up using roller compaction can be accomplished with development sized equipment—it only requires longer equipment operating hours as manufacturing capacity is primarily a function of operating time providing more capacity and operational flexibility.
- Wet granulation end points can change as the granulator power consumption profile can change when manufacturing multiple consecutive batches during a shift or campaign-requiring more sensor controls to understand the process.
- The wetting of raw material is more influenced with raw material property changes, for example, particle size distribution (psd), and density than raw material changes affecting roller compaction.
- In the case of manufacturing a wet granulation batch, if an electrical outage occurs, the probability of losing the batch is high if there is no backup battery system to quickly start up and continue the process; this is not an issue with a roller compaction process.
- Massing effects and drying capacity issues are key concerns in scale-up for drying granulations produced in separate steps for high- or low-shear wet granulation technologies (8).

A word regarding solvent granulation processing technology: while the solvent granulation technology generally eliminates the issues and the pharmaceutical risks that are associated with aqueous drug product manufacturing environments as aforementioned; the



**Figure 1** Dry agglomeration processing steps; API powder (*upper left*), compacted API blend (*lower left*), milled and blended compacts (*upper right*), and compressed tablets (*lower right*).

manufacturing equipment and ancillary supporting equipment costs, environmental, U.S. government, and OSHA safety issues, and public concerns with solvent manufacturing technologies have become significantly more intense, complex and costly, particularly for start-up. Lastly, it is highly questionable that this technology, in general, does not reduce pharmaceutical drug product manufacturing costs for the potential drug product manufacturing gains.

### Summary

The above-mentioned concerns and issues, which are associated with the development of new APIs transformed into pharmaceutical drug product processes; direct compression, wet and solvent granulation technologies, and improved drug product granulation processes make use of dry granulation technology, roller compaction. A schematic picture depicts basic dry agglomeration processing stages (Fig. 1).

## COMPACTION THEORY

The bonding forces in a dry aggregate are important for granulation properties such as granule integrity, flowability, friability, density, compressibility, and size for downstream manufacturing process steps. Pietsch and co-workers (9) described the bonding mechanisms occurring during dry granulation as a mixture of van der Waals forces, mechanical interlocking, a recombination of bonds established between freshly created surfaces, and solid bridges, created because of solidification during compression.

A general theory describes particle bonding related to roller compaction in the *Handbook of Pharmaceutical Granulation Technology* (2). The process of dry granulation relies on interparticulate bond formation. Granule bond formation is characterized in different stages, which usually occurs in the following order:

1. Particle rearrangement
2. Particle deformation
3. Particle fragmentation
4. Particle bonding

Particle rearrangement occurs initially as powder particles begin filling void spaces. Air begins to leave the powder blend's interstitial spaces, and particles begin to move closer together. This action increases the powder blend's density. Particle shape and size are key factors in the rearrangement process. Spherical particles will tend to move lesser than other-shaped particles because of their close initial packing to one another. Particle deformation occurs as compression forces are increased. This deformation increases the points of contact between particles where bonding occurs and is described as plastic deformation (2). Particle fragmentation follows as the next bonding stage. This occurs at increased compression force levels. At this stage, particle fracturing creates multiple new surface sites, additional contact points, and potential bonding sites. Particle bonding occurs when plastic deformation and fragmentation happen. It is generally accepted that bonding takes place at the molecular level, and that this is due to the effect of van der Waals forces (2).




**Figure 2** Front view of rolls in horizontal plain. *Source*: From Ref. 10.

When powder granules undergo an applied force or stress, a stress force is released from the granules. The granules attempt to return to their original shape or form; this is described as *elastic deformation*. A deformation that does not totally recover after the stress is released is a *plastic deformation*. Elastic and plastic deformations can occur simultaneously, but one effect usually predominates.

Dehont et al. provided a simplified approach to roller compaction theory. They described that powder granules move through stages in the feed area. The material is drawn into the gap by rubbing against the roll surfaces. The densification that occurs in this area is particle rearrangement. At this stage, the speed of the powder is slower than the peripheral speed of the rollers. Figure 2 represents compactor rolls in the horizontal plain; powder is pushed vertically downward into the compaction area (10).

Note that in Figure 2, α is the nip angle and β is the material in volume space. The material is located in the compaction area between α and the horizontal axis (Fig. 2). At this stage, the material undergoes additional compaction forces.

The particles undergo plastic deformation and are bonded. Dehont's team noted that nip angle varies according to the material characteristics of particle size and density and the angle is about 12° (10). They defined the neutral angle, γ, which corresponds to the point where the pressure applied by the rollers is the greatest on the material. They also defined elastic deformation, δ, and that occurs after the compact begins leaving the compression roll area. Compacted flakes may increase in size because of material elastic deformation and actually may have a larger thickness than the roll gap, *e*, (10). Dehont et al. developed equation (1) for the linear variation of flake thickness at a specific roll diameter (10).

$$e_1 = D\left(\frac{d_0}{d_1 - d_0}\right)(1 - \cos\alpha) \tag{1}$$

Equation (1) defined:

$e_1$ = flake thickness
$D$ = roll diameter
$d_0$ = material density at angle $\alpha$
$d_1$ = flake density

Dehont et al. assumed that the material in the compaction area remains horizontal and moves at the peripheral speed of the rollers. They also considered that the angle, α, is independent of the roller diameter size and noted that the flake thickness, $e_1$, depends on the roller speed, the roller surface, and the compaction pressure. All these parameters influence the density of the flake, $d_1$. Dehont et al. concluded that if the same flake thickness were obtained with different roller diameters, the flake density would be greater with larger diameter rollers (10). This is due to the greater nip angle formed with the larger rolls allowing more material to be compacted.

Johanson identified, through very comprehensive mathematical models and relationships, material properties, press dimensions, and operating conditions for roll compactors. For more information, the interested person should read the entire reference 11. In short, he




**Figure 3** Front view of compactor rolls in horizontal plain depicting powder regions under different compaction forces. *Abbreviations*: $P_o$, horizontal pressure between rolls; θ, angular position of roll bite; α, nip angle; 2*d*, roll diameter *D*; *h*, height above the roll center line at which feed pressure $P_o$ is applied; $P_m$, horizontal pressure at θ = 0; *S*, roll gap. *Source*: From Ref. 11.

described that roller compaction involves a continuous shear deformation of the granules into a solid mass.

To satisfy the theory's assumption, it was postulated that the material be isotropic, frictional, cohesive and compressible. Figure 3 depicts material in a press that undergoes shear deformation into a solid mass (11).

Johanson pointed out that no roller compactor theories at that time determined the angle of the nip and the bulk density at $\theta = \alpha$, except by actually rolling the granular solid in a roll press. He also provided a method to calculate the nip angle and the pressure distribution between the rolls. His calculations determined the pressure distribution above the nip area and the pressure in that area (11).

He provided the technical rationale to calculate the nip pressures in the nip region. He showed that the material trapped in a volume, $V_\alpha$, between arc-length segments $\Delta L$, must be compressed to volume, $V_\theta$, between the same arc-length segments. The relationship requires that the bulk densities, $\gamma_\alpha$ and $\gamma_\theta$ in volumes, $V_\alpha$, and $V_\theta$, be related by equation (2) (11).

$$\frac{\gamma_\alpha}{\gamma_\theta} = \frac{V_\theta}{V_\alpha} \tag{2}$$

Johanson stated that the pressure, $\sigma_\theta$, at any $\theta < \alpha$ can be determined as a function of the pressure $\sigma_\alpha$, at $\theta = \alpha$, by the pressure-density relationship. It was understood that, for increasing pressures, log density was a linear function of log pressure (12).

Johanson found that the nip angle does not depend on the magnitude of the roll force or the roll diameter. He demonstrated that the nip angle was affected very little by the geometry of the press or the cut grooves on the roll surface. It was mostly influenced by the nature of the materials that were compressed. The very compressible materials, with small *K* values, had very large nip angles. On the other hand, incompressible materials, with large *K* values, had very small nip angles. Ultimately, Johanson's results showed that material properties determine the maximum pressure that a roller press can apply to a material.

Note that further information from authorities, Heckel, Johanson, and Pietsch, on bonding and compaction theories is described for the readers' interest in *The Handbook of Pharmaceutical Granulation Technology, Second Edition* (1).

## DESIGN FEATURES OF ROLLER COMPACTORS

Certainly, a key enhancement that highlights today's pharmaceutical industry state-of-the-art roller compactors, is programmable logic controllers (PLCs). They are used to control and monitor mechanical parts that regulate screw feed rate, roll speed, roll pressure, roll gap, vacuum deaeration, and mill speed. Operator interface screens allow online monitoring and controlling feed screw speed, roll gap and pressure, and sizing granulators. Diagnostic feature functions are displayed online, such as operation, maintenance and calibration. All functions are interfaced and adjustable through PLC for process control and report monitoring. The technical nature of this information and discussion is precluded in this chapter because of brevity requirements. The interested reader can contact roller compactor manufacturing vendors and get information on the same subject.

Briefly, a key machine innovation, vacuum deaeration, was a new important feature design added by some roller compactor vendors in the early-mid-1990s. The design feature has been shown to help premodify raw material density prior to compacting and increase throughput (13). Other equipment features, such as multiple horizontal or angled feed screws, assist manufacturing a uniform powder feed across the rolls (13,14).

Newly designed roll machine blocks, featuring cantilever roll systems, offer more efficient ways to clean, handle, facilitate product and equipment changeovers. Newly designed storage hoppers and various screw feeder designs have improved delivering poor powder flowing materials to the rolls. A history of hopper and feed screw designs showed that each design evolved to facilitate and improve powder flow to the compactor feed screw conveyance system. Innovatively designed feed screw systems are used commercially in roller compactors worldwide to improve powder feed to the rolls. These systems can be seen in reference (3). Sizing mills are now trimly fitted to the compactor body and controlled by variable-speed drives. Most compactors no longer require a second machine (mill) in tandem to size compacts as required by slugging technology. Roller compactors have clean-in-place (CIP) systems that offer environmental and safety features. These systems minimize human exposure to chemicals and improve cleaning efficiencies.

Compactor design features have evolved over the years. By the mid-1970s, research revealed a number of roll design improvements that increased compacting efficiency. Three key conditions were identified, at that time, which optimized the roll compact throughput and minimized leakage of noncompacted powder (15).

- Adequate powder supply must enter the gripping zone.
- Powder must be conveyed fully into the narrowest part of the roller gap.
- Compaction pressure must be distributed as uniformly as possible across the whole roller-gripped powder mass.

Equipment engineers and researchers worked on improving feeding-equipment systems and roll designs to satisfy and maximize the above conditions. Some of the key advances are identified in reference (13) and are reemphasized here.

Because of powder feed variability at the nip and in the roll gap regions, powder leakage is produced during the compaction process. This situation produces excessive fines and possible undesirable processed material. Usually, this problem is caused by uneven powder flow and compact formed when the powder is fed toward the middle of the roll width. Granules produced under these conditions are sometimes not optimal for further pharmaceutical processing.

This leads to some questions; What is the optimum roll speed for a compaction process? What factors does the formulating scientist or process engineer need to consider to maximize compact quality and compaction throughput? Johanson (16) attempted to answer these questions by predicting roll-limiting speeds for briquetting presses. He developed mathematical expressions considering even the gas and liquid effects as they can theoretically be squeezed from a solid mass. Solid properties, press dimensions, and operating conditions were evaluated to predict optimum roll speeds. The results necessary for a quality briquette are most critical for low-density fine particles. Johanson's work showed the relation between feed pressure and roll speed to essentially be proportional to the material's permeability (porosity). For additional information, the interested reader should peruse the reference list.

Sheskey and Hendren, in 1999, studied the effect of roll surface configuration on the drug release and physical properties of a HPMC matrix controlled-release dosage form (17). Smooth and axial-grooved roll surface designs were studied using a Vector Model TF-Mini roller compactor (Vector Corporation, Marion, IA). Their hypothesis was that the greater the depth of the roll concavity surface, the less evenly the powder would displace on the roll surface compared to a smooth non-concave roll surface. Thus, as with tablet-tooling design, the top of the crown area of the compacted ribbon would theoretically be softer than the rest of the ribbon. However, the results of a particle size distribution test performed on milled ribbons generated using both smooth and axial-grooved roll pairs, showed similarity between tested samples. In addition, results showed little difference in tablet-crushing strength values between samples manufactured using either type of (smooth or axial grooved) roll surface designs. Drug release profiles of tablets prepared from roller-compacted granulations using both roll surface configurations were also similar.

The consistency and evenness of the powder feed, largely determined by powder flow properties and by the feed screw conveyance into the roll pair determines to a large extent, how complete a compact is made and ultimately the success of a compaction process. Most roller compacting systems suffer the disadvantage of leakage, that is, 20% to 30% powder particles (depending on the formulation) that are not uniformly compacted. This primarily occurs because of uneven powder feed and powder slippage between individual loose particles and the roll surfaces. Under these conditions, it is usually necessary to recycle the uncompacted powder or fines. Recycling a compaction process is a significant drawback because of additional capital expenditure, labor costs, and increased throughput time.

Operationally, the key goal of a compactor is to maintain a range of pressure on the powder feedstock, independent of the fluctuating powder granulometry and powder flow fed to the rolls, so that a consistent compact is made. Historically, the compaction process was managed by controlling the input material, the quantity per unit of time, the roll speed, and the roll gap. Allowing the roll gap to float unchecked can influence the production rate and the compact quality. Therefore, it is important to control the compaction process by setting a constant powder feed rate during the compaction operation. Design innovations on the powder feed input side of the roller compactor are complex. It is suggested that the interested readers read Ref. 2 for additional details.

## Deaeration Theory

A key factor limiting compaction throughput and quality is air entrapment in powder materials. During compression, air-occupying voids between particles are compressed and squeezed. The gas pushes through the powder causing powder fluidization and a nonuniform level of powder at the roll gap. It is best described in Figure 4A. This situation limits compact throughput and creates a nonuniform compact density. It also creates excess fines prior to sizing because of "spidering" compact edges (18).

The spidering condition occurs when gases rush across the inside of a compact to thinly and weakly formed flaked edges. The flake edges break apart perpendicular to the compaction direction. The compact edge breakage appears "saw tooth" in structure and varies in length depending on the nature of the powder binding properties, the amount of air entrainment and the roll dwell time.

Both Johanson and Pietsch reported that expanding gas in a compact is detrimental to the compaction process: by reducing the compaction throughput and increasing the amount of fine particles. The effects of roll speed and powder porosity on air pressure in a compacted sheet are illustrated in Figure 5 by Pietsch (19). This graphic shows a relatively larger roll speed operating range when compacting a permeable (porous) powder. Air entrainment does not limit roller speed for coarse granular powders. On the other hand, when compacting very fine powders, the operating roll speed range is significantly reduced because of air entrainment.

Miller indicated that the evenness of the powder feed into the rolls determines, to a large extent, the success of compaction. Roller compactor systems suffer from two disadvantages: as the powder feed bulk density approaches 0.3 $g/cm^3$ or less, the compaction throughput efficiency decreases. Secondly and concurrently, the uncompacted powder leakage generally




Figure 4 (A) Front view of compactor rolls in horizontal plain depicting nip angle. (B) Pattern of gas escape from roll nip region. *Abbreviations*: $P_o$, horizontal pressure between rolls; θ, angular position of roll bite; α, nip angle; 2*d*, roll diameter *D*; *h*, height above the roll center line at which feed pressure $P_o$ is applied; $P_m$, horizontal pressure at θ = 0; *S*, roll gap, Δ*L*, arc-length segments; $V_\alpha$, material trapped in volume space described by arc lengths; $V_\theta$, compressed volume space described by arc lengths; $\gamma_\alpha$ and $\gamma_\theta$, respective powder bulk densities in volume spaces $V_\alpha$ and $V_\theta$; *K*, a material property constant for a given moisture content, temperature, and time of compaction. *Source*: From Refs. 11 and 18.




Figure 5 Effects of roll speed and permeability on air pressure in a compact. *Source*: From Ref. 19.

increases around the rolls (13). Miller, in 1994, described a new machine design improvement that used vacuum deaeration to remove air entrainment from the powder just prior to the nip angle during roller compaction. The multiple benefits of such an action are significant, and remarkable efficiency results have been observed when compacting low-density raw materials (13).

- More uniform powder feed to the rollers
- Less voltage and amperage variability for the roll pair
- More uniform and strong compact




**Figure 6** Side view of feed screw system and vacuum deaeration with sintered plate segments. *Source*: From Ref. 2.

- Less powder leakage
- Greater yield
- Less powder adhering to the compact prior to sizing
- Higher compact throughput
- Less airborne particles

The newly designed equipment involved a compactor fitted with two horizontal feed screws, which featured vacuum deaeration. Specifically, the roll compactor was equipped with a conical storage hopper containing a variable-speed agitator. Bulk powder was fed directly from the top of the hopper to the top of twin horizontal auger feed screws, which directly transported the powder to the nip roll area (2). A side view of the design features is shown in Figure 6.

The design is described as a novel stainless steel encasing that leads to the compactor rolls that enclose the variable-speed auger screws. Just before the nip area, a pair of sintered stainless steel segments are assembled within the horizontal auger feed system, which can operate under partial vacuum. A small, self-contained vacuum pump draws negative pressure through a dry filter and a stainless steel line to the sintered assembly plates. The partial vacuum is adjustable from −0.1 to −0.8 bars. The compaction rolls operate at different speeds and are supported on heavy-duty bearings in such a way that the lower roll is fixed and the upper roll is slightly movable in the vertical plane. The deaerated material passes through the roll pair, which is under infinitely variable hydraulic pressure. The deaeration, auger feed screws' design and speed, roll speed, and hydraulic roll pressures are the main factors in producing a compact with specified properties.

In several experiments, Miller studied the effects of using horizontal twin auger feed screws under partial vacuum (Alexanderwerk, Inc., Horsham, Pennsylvania, U.S., model 50/75 compactor). The powder feed was deaerated just before roller compaction. The experimental design showed that the compactor's deaeration feed system significantly increased compaction output and minimized powder leakage when compacting very low-density blends ($<0.35\ g/cm^3$) (13).

In several other trials, Miller also studied the effects of using two different compactor's vacuum deaeration systems. His experiments evaluated the effects of powder density, screw




**Figure 7** Horizontal twin-scew vacuum deaeration feed system. *Source*: From Ref. 20.

feed speed, roll speed, roll pressure, vacuum deaeration pressure, compaction rate, and compaction-leakage rate. Test results demonstrated that the first compactor's deaeration and feed system designs significantly increased compaction output. The new equipment design and process provided high compact yields and virtually eliminated powder leakage, obviating the need for expensive powder recirculation equipment. Vacuum deaeration design of the compactor 1 (Fig. 7) proved to be superior to the second compactor design (Fig. 8), when compacting an active bulk drug with a density of approximately 0.2 $g/cm^3$. In summary, a new critical condition, vacuum deaeration, had been identified in optimizing roller compacting effectiveness and efficiency (2,13).

Miller concluded that four key processing conditions must exist to optimize roller compaction throughput and minimize powder leakage around the rolls (2,13).

- Adequate powder supply must enter the gripping zone.
- Powder must be fully conveyed into the narrowest part of the roller gap.




**Figure 8** Compactor front view of vertical feed screw system with vacuum deaeration. *Source*: From Ref. 2.

- Compaction pressure must be distributed as uniformly as possible over the whole of the roller-gripped powder mass.
- Sufficient vacuum deaeration must be effectively distributed prior to the nip roll region, particularly for low bulk density powder feed stock.

Today most compactor companies have designed deaeration systems and have engineered improvements in their deaeration operational effectiveness.

## FORMULATION CONSIDERATIONS

There has not been much published about which ingredients are typically used and at what percentages in the pharmaceutical industry as well as in other industries. This is a very sensitive subject as it goes to patentability, competitive business advantages, and privileged information. The author, while reviewing previous book chapters that he wrote, noted there was no mention of this subject matter and thus brief remarks are made here.

The nature of a dry granulated formulation is directly tied very closely to API, the intended therapeutical use and its physical characteristics. Looking at the intended drug use, we need to determine if the dosage form is for immediate- or extended-release therapy. Both dosage forms are uniquely different and require a different formulation approach in the selection of pharmaceutical excipients to make drug product.

The percentage of the API in a formulation is usually dependent on its potency and therapeutical effect, for example, a highly potent API, usually requires a smaller percentage of active drug substance, by weight, to be formulated. On the other hand, a lower potent API, usually requires a larger percentage of the active drug substance, by weight, to be formulated into a dosage form. Thus, the physical characteristics of the API generally come more into play when developing a roller compaction formulation when the API potency is low and the physical amount of the API is greater by weight.

The API physical property characteristics, cohesive/adhesive, particle size and distribution, low density—typically less than 0.4 g/cc, and morphology, are the keys to determine if the API powder property behavior is a good or bad actor. Generally, if the API powder has poor powder properties, then more or very specific excipients are needed to enhance powder flow to assist roller compaction processing. Typical pharmaceutical excipient selections for

roller compaction formulations are cited below. Specific ingredients and concentrations vary depending on the aforementioned drug product release discussion. Useful formulation starting points are noted below.

- Filler/diluents/binders—microcrystalline cellulose, mannitols, corn starch, povidone, tribasic calcium phosphate, lactose, HPC, HPMC ~10% to 90%.
- Disintegrants—sodium starch glycolate, (all; half intra and half extra), ~ 1% to 1.5%.
- Lubricants—magnesium stearate, PEGs, SSF, stearic acid, calcium stearate ~1%.
- Glidants—colloidal silicon dioxide ~0.5%.
- Surfactant—sodium lauryl sulfate ~ less than 0.5%.

### Compaction Formulation Technology Needs

2001 survey findings concluded that companies manufactured less than 25% of their products worldwide using roller compaction. More pharmaceutical innovator companies used roller compaction for a larger percentage of their product line than other industry segments, Figure 9. It was speculated by the authors that the innovator industry may be more likely to prefer a granulation of one type versus another because of long lead times from discovery to market and to minimize the risk of the uncertainty of API chemical properties (21).

In the same survey, Table 1 illustrates the preferences for different polymer types used to roller compact immediate-release formulations. Pharmaceutical formulators in general appeared to have a similar formulating mindset when it came to developing solid dosage forms. The authors speculated that roller compaction, in the mind of a pharmaceutical




**Figure 9** Companies' approximate percentage of products roller compacted worldwide. *Source*: From Ref. 21.

**Table 1** Preferences for Polymer for Immediate-Release Roller Compaction Formulations

| Polymer | Responses | Average rating |
|---|---|---|
| Microcrystalline cellulose, PH 101 or PH 102, USP | 48 | 3.8 |
| Polyvinylpyrrolidone, USP | 41 | 3.7 |
| Hydroxypropyl methylcellulose, NF | 40 | 3.4 |
| Starch, USP | 45 | 3.2 |
| Methylcellulose, USP | 38 | 2.8 |
| Hydroxypropyl cellulose, NF | 36 | 2.8 |
| Methacrylic acid copolymer, A, B, or C | 20 | 2.3 |
| Ammonio methacrylate copolymer, A or B | 29 | 1.7 |
| Wax | 28 | 1.5 |
| Others | 8 | 1.9 |

5, high preference; 1, low preference.
*Source*: From Ref. 21.

**Table 2** Preferences for Polymer for Extended-Release Roller Compaction Formulations

| Polymer | Responses | Average rating |
|---|---|---|
| Hydroxypropyl methylcellulose, NF | 46 | 4.5 |
| Hydroxypropyl cellulose, NF | 37 | 3.6 |
| Ethylcellulose, USP | 37 | 3.5 |
| Methylcellulose, USP | 38 | 3.0 |
| Ammonio methacrylate copolymer, A or B | 29 | 2.5 |
| Methacrylic acid copolymer, A, B, or C | 32 | 2.5 |
| Aminoalkyl methacrylate copolymer, E | 29 | 2.1 |
| Others | 9 | 2.3 |
| Wax | 27 | 2.1 |

5, high preference; 1, low preference.
*Source*: From Ref. 21.

**Table 3** Excipient Class Preferences

| Excipient class | Responses | Average rating |
|---|---|---|
| Binder | 54 | 3.6 |
| Disintegrant | 51 | 3.2 |
| Lubricant | 53 | 3.0 |
| Filler | 53 | 2.9 |
| Glidant | 52 | 2.5 |

5, high preference; 1, low preference.
*Source*: From Ref. 21.

formulator, is a combination of a direct compression choice for a polymer (e.g., microcrystalline celluloses) and a granulation choice for a polymer (e.g., the wet granulation polymers chosen by formulators such as polyvinylpyrrolidone, hydroxypropyl methylcellulose, and starch) (21).

When developing an immediate-release tablet formulation, the tablet must release the drug quickly while maintaining good physical characteristics. To achieve fast drug dissolution properties, it is useful to incorporate a portion of the disintegrant excipient within the powder mix prior to roller compaction. A remaining portion of the disintegrant should be added extragranular to the final blend just before the lubricant addition. This intra- and extragranular disintegrant placement is quite important to maintain minimal tablet disintegration and fast dissolution times. This concept is described in U.S. patent 4609695 (Franz and Guyer). They described tablet disintegration and drug release of ibuprofen from a high dose drug formulation was enhanced through the use of intra- and extragranular placement of a disintegrant excipient.

Table 2 shows that hydroxypropyl methylcellulose is the preferred polymer for use in extended-release roller compaction formulations. Hydroxypropyl cellulose and ethylcellulose polymers are also significantly preferred, followed by methylcellulose and various methacrylate polymers. The polymer preferences for extended-release formulations, using roller compaction technology, appeared to reflect polymer usage that is associated with matrix extended-release systems.

Survey information ranked compaction formulations containing API and lubricant only versus compacting formulations containing API with small amounts of lubricant and excipients. The combination of API + lubricant + excipients was more preferred in formulations. This process preference may be due, in part, to improved efficiencies of technical operations, from minimizing subsequent processing and less cumbersome handling steps downstream prior to encapsulating and or tableting.

Table 3 indicates that the binder class is slightly more likely to be used than other excipient classes when a roller compaction formulation is developed. The preferred usage of the other excipient classes is about the same.

**Table 4** Excipient Filler Preferences

| Excipient filler | Responses | Average rating |
|---|---|---|
| Microcrystalline cellulose, PH 101 | 54 | 4.0 |
| Microcrystalline cellulose, PH 102 | 53 | 3.6 |
| Lactose | 48 | 3.2 |
| Lactose, anhydrous | 43 | 3.1 |
| Dibasic calcium phosphate | 48 | 2.5 |
| Starch | 52 | 2.4 |
| Others | 6 | 2.7 |

5, high preference; 1, low preference.
*Source*: From Ref. 21.

**Table 5** Disintegrant Preferences

| Disintegrant | Responses | Average rating |
|---|---|---|
| Croscarmellose sodium | 36 | 3.7 |
| Sodium starch glycolate | 44 | 3.4 |
| Pregelatinized starch 1500 | 34 | 3.3 |
| Crospovidone | 30 | 2.8 |
| Starch | 37 | 2.5 |
| Other | 6 | 1.3 |

5, high preference; 1, low preference.
*Source*: From Ref. 21.

Table 4 shows that the most preferred excipient filler for pharmaceutical roller compaction is the microcrystalline celluloses followed by lactoses. Microcrystalline celluloses and lactoses are popular in solid-dose formulations because of their compactibility, compatibility, functionality, uniformity of supply, and their long withstanding use in the industry. A comment about the "other" excipient category is warranted; a number of survey write-ins included sucrose as an excipient filler of choice.

Regarding the use of disintegrants, Table 5 shows the most highly rated disintegrants used in roller compaction, croscarmellose sodium and sodium starch glycolate.

It is useful to incorporate half of the total lubricant in the powder mix before the roller compaction step and incorporate the remaining portion of the lubricant post granulation.

The idea is to have sufficient lubricity in the powder mix to adequately lubricate the surfaces of the roller compaction equipment (interior of the powder feed area, feed screws, and roll surfaces) and secondly, also for the tablet press tooling and dies. Figure 10 describes lubricant usage levels in roller-compacted formulations. Seventy-five percent of the roller-compacted formulations containing magnesium stearate are formulated at 0.5% to 1.0% level. Stearic acid, hydrogenated vegetable oil, and talc are formulated primarily at 1% or higher levels in roller compaction formulations. Sodium stearyl fumarate, at this time, appears to be used sparingly in roller compaction formulations (21).

Sheskey et al. conducted studies demonstrating the enhancement of material flow properties of niacinamide controlled-release matrix. The excipients used consisted of methylcellulose, hydroxypropyl methylcellulose, and magnesium stearate. Using roller compaction technology, the authors successfully demonstrated the processing of high molecular weight polymers with niacinamide into free-flowing granules that were compressed into controlled-release tablets (22).

They also roller-compacted powder blends at low, intermediate, and high pressure levels and selectively sized the compacts. The granule portions were evaluated for the following process attributes: recompactibility, content uniformity, and tablet characteristics. Evaluations of the selective granule portions indicated that the smaller granules were produced at lower compaction pressures and the larger granules were produced at higher compaction pressures. The relationship is explained by higher compactor pressures producing a stronger, more resilient powder mass,




**Figure 10** Lubricant usage in roller-compacted formulations. *Source*: From Ref. 21.

which, when subsequently milled, resists sizing. This, in turn, produced a coarser particle size distribution. Compressed tablets from the three different pressure compacts demonstrated consistently higher hardness values and lower friability results from granulations compacted at the lowest compaction pressures. These findings parallel other authors' results (23,24) pertaining to reworking compressed tablets into sized granules that were then recompressed into tablets.

Sheskey et al. (24) also found that extensive recycling of coarse and fine material with the original feedstock produced poor tablet content uniformity results. The subsequent tablet compression produced lower tablet hardness values than were observed in the original tablet compression. This situation is explained by the production of robust granules that exhibit increasing resistance to deformation during recompression. This effect is known as the work hardening principle. Sheskey and team found no apparent relationship between the compaction pressure level applied to the polymers in the matrix system and the resultant drug tablet dissolution. Also, no relationship was observed between the tablet hardness levels and the drug tablet dissolution. In their studies, they observed that the granulation densities increased because of roller compaction. The interested reader will find more information per the reference.

## INSTRUMENTED ROLLER COMPACTOR TECHNOLOGY FOR PRODUCT DEVELOPMENT, DESIGN OF EXPERIMENTS, AND SCALE-UP

Some time ago in the mid-1990s, I mentioned, "There is no such thing as a standard approach to solve compactor scale-up or compactor equipment changes in the pharmaceutical production process" (2). At that time, it appeared that was very much the case history of roller compaction scale-up in the pharmaceutical industry. This understanding was based on the fact that there were no pharmaceutical industrial journal articles published at the time on the subject. On the other hand, it was also true that considerations, approaches, and examples presented in that chapter were experienced by others and were not all-inclusive.




**Figure 8** Compactor front view of vertical feed screw system with vacuum deaeration. *Source*: From

- Compaction pressure must be distributed as uniformly as possible over the w the roller-gripped powder mass.
- Sufficient vacuum deaeration must be effectively distributed prior to the region, particularly for low bulk density powder feed stock.

Today most compactor companies have designed deaeration systems and have eng improvements in their deaeration operational effectiveness.

## FORMULATION CONSIDERATIONS

There has not been much published about which ingredients are typically used and percentages in the pharmaceutical industry as well as in other industries. This is sensitive subject as it goes to patentability, competitive business advantages, and pri information. The author, while reviewing previous book chapters that he wrote, note was no mention of this subject matter and thus brief remarks are made here.

The nature of a dry granulated formulation is directly tied very closely to A intended therapeutical use and its physical characteristics. Looking at the intended dr we need to determine if the dosage form is for immediate- or extended-release therap dosage forms are uniquely different and require a different formulation approach selection of pharmaceutical excipients to make drug product.

The percentage of the API in a formulation is usually dependent on its poter therapeutical effect, for example, a highly potent API, usually requires a smaller percei active drug substance, by weight, to be formulated. On the other hand, a lower pote usually requires a larger percentage of the active drug substance, by weight, to be forr into a dosage form. Thus, the physical characteristics of the API generally come more ir when developing a roller compaction formulation when the API potency is low a physical amount of the API is greater by weight.

The API physical property characteristics, cohesive/adhesive, particle size anc bution, low density—typically less than 0.4 g/cc, and morphology, are the keys to dete the API powder property behavior is a good or bad actor. Generally, if the API pow poor powder properties, then more or very specific excipients are needed to enhance flow to assist roller compaction processing. Typical pharmaceutical excipient selecti




**Figure 11** Schematic of roller compaction in-line sensor approach. Powder blend (input) and compacted ribbon properties (output) are monitored, as well as the force–time profile (process). This approach allows for control and optimization of the final product as a function of process and input materials. Details of the roll sensor technology are shown in Figure 12.

This temporal loading profile is a signature of the process that can be directly linked to the characteristics of the ribbon from the fed powder blend, as schematically described in Figure 11.

Three elements, powder blend, ribbon property, and final blend characterizations, are necessary to understand the process characterization. These sources of information are necessary to build an experimental database, which contains the information for the development of physically based models that link the properties of the input (powder blend) with the compactor output (compact ribbon and sized granules).

This type of model is desired for designing products attendant to the powder and process characteristic, and thus, central to the quality by design initiative. These models are also necessary for developing robust scaling-up guidelines using numerical simulations that account for the material characteristics as well as boundary and initial conditions, such as techniques that include discrete particle dynamics and finite element method. The predictive capabilities of these numerical techniques rest on the accuracy of the constitutive relations for the evolving properties, in this case, the roller-compacted material, which starts as a loose powder and is transformed into solid-ribbon compact and is then converted back to loose powder.

The instrumented roll provides a new dimension in the translation from R&D to scale-up and routine manufacturing, which is a model-independent approach. The central idea is to instrumentize two different rolls, one typically for R&D environments (small roll) and one for manufacturing environments (large roll). The strategy is that once a successful roller compaction process is achieved in the R&D lab, the load-time signature is recorded, as well as the sized granulometry measured. When in the manufacturing site, the conditions of the production compactor are tuned to produce the same load-time signature using the larger instrumented roll as the one obtained from the R&D compactor. From an operational point, there is no need for constant use of the instrumented roll in the laboratory or in the manufacturing plant after the specific process has been validated by this technology. The sensor-roll will be used only to develop and record the load-time profile during the design of experiments. Similarly, the sensor-roll on the production compactor will be used only during scale-up and validation. Process parameters are stored in the compactor's control memory for real-time process monitoring and control.

Figure 12 shows pictorially the development of an instrumented roll with small inserted load cells across the roll face that measure $F = P \times A$ on the compact in real time. Real-time information is generated by this device that enables the development of the design of



Figure 12 Using embedded load cells (red dots) the temporal force profile across the roll is measured in real time on an Alexanderwerk WP120 roll. Wireless technology transports signals to a control monitor where statistical analysis determines compact density in real time.

experiments, modeling, and scale-up strategies to larger roll compactors (with more of the same sensors on the larger roll).

Wireless communication instrumented from the roll facilitates the sensor information to software that statistically interprets the data real time. The scale-up and compaction control through real-time statistical feedback goes to a monitor where the information is processed, displayed, and stored.

This applied instrumented roll approach goes to the heart of *process analytical technology*, by providing real-time data to expand the processing knowledge, to shorten the drug product development time, to shorten drug product scale-up time, to reduce raw material loses, and to reduce drug product manufacturing risks due to processing failures that originate from non-controlled processes.

The author and an engineering firm are currently implementing this technology on two production scale drug product R&D compactors. A paper is planned later in the year.

## REFERENCES

1. Miller RW. Roller compaction technology. In: Parikh DM, ed. Handbook of Pharmaceutical Granulation Technology. Vol 154. 2nd ed. Boca Raton: Taylor Francis Group, 2005:159–190.
2. Miller RW. Roller compaction technology. In: Parikh DM, ed. Handbook of Pharmaceutical Granulation Technology. Vol 81. 1st ed. New York: Marcel Dekker, Inc., 1997:99–150.
3. Miller RW. Roller Compaction Technology for the Pharmaceutical Industry. Encyclopedia of Pharmaceutical Technology. New York: Marcel Dekker, Inc., 2003 (online).
4. Miller RW, Morris KR, Gupta A. Roller compaction scale-up. In: Levin, M. Ed. Pharmaceutical Process Scale-Up. Vol 157. 2nd ed. Boca Raton: Taylor and Francis Group, 2006:237–266.
5. Gupta A, Peck G, Miller RW, et al. Real time NIR monitoring of content uniformity, moisture content, compact density, tensile strength and Young's modulus of roller compacted powder blends. February 2, 2005, published online Wiley InterScience, DOI 10.1002/ JPS 20375.
6. FDC Reports: the pink sheets. published online.
7. Pietsch W. Agglomeration in Industry. In: Pharmaceutical Applications. Vol 1. Weinheim: Wiley-VCH Verlag GmbH & Company, 2005.
8. Parikh D. In: Parikh DM, ed. Handbook of Pharmaceutical Granulation Technology. Vol 154. 2nd ed. Boca Raton: Taylor Francis Group, 2005:247–309.
9. Pietsch W. Roll Pressing. London: Heyden, 1976.
10. Dehont F R, Hervieu PM, Jerome E, et al. Briquetting and granulation by compaction: a new granulator-compactor. In: Wells J, Rubinstein M, eds. Pharmaceutical Technology, Tableting Technology. Vol 2 (Compression). London: Ellis Horwood, 1993:1–11.
11. Johanson JR. Rolling theory for granular solids. Trans Am Soc Mech Eng 1965; 842–848.
12. Jenike AW, Shield RT. Plastic flow of coulomb solids beyond original failure. J Appl Mech 1959; 26:599–602.

13. Miller RW. Advances in pharmaceutical roller compactor feed system designs. Pharm Technol 1994; 154–162.
14. Shileout G, Lammens R L, Kleinebudde P. Dry granulation with a roller compactor. Part 1. The function units and operational modes. Pharm Technol Eur 2000; 24–35.
15. Funakoshi Y, Asogawa T, Satake E. Use of a novel roller compactor with a concavo-convex roller pair to obtain uniform compacting pressure. Drug Dev Ind Pharm 1977; 3(6):555–573.
16. Johanson JR. Predicting limiting roll speed for briquetting presses. Proceedings of the 13th Institute for Briquetting and Agglomeration, 1975, 13:89–99.
17. Sheskey P J, Hendren J. The effects of roll compaction equipment variables, granulation technique, and HPMC polymer level on a controlled-release matrix model drug formulation. Pharm Technol 1999; 23(3):90–106.
18. Dec RT. Problems with processing of fine powders in roll press. Proceedings of the 24th Institute for Briquetting and Agglomeration, 1995, 24:199–210.
19. Pietsch W. Size enlargement by agglomeration. In: Fayed M, Otten L, eds. Handbook of Powder Science, and Technology. 2nd ed. New York: Chapman and Hall, 1997:347–364.
20. Miller RW. Using vacuum-deaeration feed system to minimize powder leakage during roll compaction. Powder Bulk Eng 1997; 11(2), 71–75.
21. Miller RW, Sheskey PJ. A survey of current industrial practices and preferences of roller compaction technology and excipients year 2000. Am Pharm Rev 2001; 4(1):24–35.
22. Sheskey PJ, Cabelka T, Robb R, et al. Use of roller compaction in preparation of controlled-release hydrophilic tablets containing methylcellulose and hydroxypropyl methylcellulose polymers. Pharm Technol 1994; 18:132–150.
23. Malkowska S, Khan K. Effect of recompression on the properties of tablets prepared by dry granulation. Drug Dev Ind Pharm 1983; 9:331–347.
24. Sheskey PJ, Cabelka T. Reworkability of sustained-release tablet formulation containing HPMC polymers. Pharm Technol 1992; 16:60–74.
25. Miller RW. Process Analytical Technologies (PAT). Part 2. Am Pharm Rev 2003; 6(2):52–61.
26. Guidance for industry immediate release solid oral dosage forms scale-up and post approval changes, SUPAC: chemistry, manufacturing, and controls in vitro dissolution testing and in vivo bioequivalence documentation. Coordinating Committee (CMC CC) of the Center for Drug Evaluation and Research at the Food and Drug Administration, November 1997.
27. U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Center for Veterinary Medicine (CVM), and Office of Regulatory Affairs (ORA). PAT—a framework for innovative pharmaceutical development, manufacturing, and quality assurance. Available at: http://www.avarent.com/docs/pat.pdf.
28. wwwfdagov.com. Innovation and continuous improvement in pharmaceutical manufacturing pharmaceutical CGMPs for the 21st Century. September 29, 2004. Available at: http://www.fda.gov/cder/gmp/gmp2004GMP_final report2004.htm.

# 9 Wet Granulation in Low- and High-Shear Mixers

**Rajeev Gokhale**
*Abbott, Abbott Park, Illinois, U.S.A.*

**Namrata R. Trivedi**
*Covidien, Webster Groves, Missouri, U.S.A.*

## INTRODUCTION

Granulation is the process of agglomeration of a dry powder mixture with a suitable binder. Enlargement of particles through the granulation process is often necessary for manufacturing solid dosage forms such as tablets. The materials, which are compressed into tablets, must possess adequate flowability, density, and compressibility. This is because the requisite amount of powder mixture required to compress each tablet is filled into the die cavity by volume and not by weight. This requirement of adequate flowability, density, and compressibility is particularly important during a high-speed tablet production where the dwell time is often short. For example, active pharmaceutical ingredients such as ibuprofen and acetaminophen, which have inadequate flow and compression properties, and a relative high dose, are often granulated prior to compression into tablets. Thus, the overall purpose of granulation is to improve the flowability and compressibility of the powder mixture. Besides improving the flowability and compressibility, the granulation process can also

- ensure uniform distribution of the drug in the powder mixture,
- narrow the particle size distribution of the powder mixture,
- densify the powder mixture and reduce dust, and
- improve the dissolution characteristics of the finished tablets.

The three commonly used granulation methods include wet granulation, dry granulation, and hot-melt granulation. These methods are categorized on the basis of the type of binder and the process employed during granulation. The equipment that is used during the granulation processes is classified into the following three major categories on the basis of the shearing strength it generates on the powder bed during the granulation process:

- Low-shear granulators
- Medium-shear granulators, for example, fluid-bed granulators with a rotogranulator attachment
- High-shear granulators

This chapter discusses in detail the equipment, process variables, formulation requirements, granulation end point determination, and scale-up considerations of wet granulation using both low- and high-shear granulation processes.

## TYPES OF GRANULATORS

### Types of Low-Shear Granulators

The low-shear granulators generate lesser shear than medium- or high-shear granulators, because of either agitator speed, sweep volume, or bed pressures on the powder bed. Examples of low-shear granulators include

1. ribbon and paddle blenders,
2. planetary mixer granulators,

3. orbiting screw granulators,
4. Sigma blade mixers, and
5. rotating-shape mixer/granulators.

*Ribbon and Paddle Blenders*

The ribbon blender consists of ribbon-shaped blades, which are attached to a drive shaft. The blades traverse the entire length of a U-shaped horizontal trough. It is top-loading equipment with a bottom discharge port. The ribbon blender is generally used for mixing either solids or liquids and solids. After loading the mixer with the desired quantities of powder, the top of the mixer is covered during mixing to prevent generation of dust during the dry-mixing process. The cover also prevents evaporation of the granulating solution or liquid during the wet granulation process. Despite being a good blender, one of the main disadvantages of the equipment is the dead spots at the end and in the corners of the mixer where some material may remain unmixed. To prevent the unmixed material from being trapped in the discharge spout, it is opened several times during blending and the discharged material is returned to the mixer.

The paddle blender consists of a fabricated paddle agitator with multiple paddles positioned to move materials in opposing lateral directions and radially through a U-shaped horizontal trough.

It is designed to scoop, lift, and tumble materials in a gentle and thorough mixing action. The material travels in a three-dimensional "Figure 8" pattern while being mixed. The most aggressive mixing takes place in the middle of "Figure 8," where the material is constantly being pulled from the ends of the mixer. This unique paddle design is ideal for mixing solids or liquids of various particle sizes, density, and viscosity. The gentle scooping action is ideal for blending fragile materials. Paddle blenders can be operated with as little as 20% of the rated capacity, thus allowing flexibility of batch sizes. Unlike ribbons, the paddles require less torque during mixing and have less sticking problems. Hence, the paddle blenders can handle wetter pastes. Moreover, the paddle style agitators allow easier access for cleaning between batches.

*Planetary Mixers*

The planetary mixer consists of a mixing bowl, a mixer blade attached to a mixing shaft. The mixing shaft is driven by a planetary gear train (Fig. 1). The mixer blade is rotated when the small planetary gear, which is attached to the mixing blade, is driven in the direction around the ring gear. Hence, in this mixer, both the mixing blade shaft and the mixing blade rotate



**Figure 1** Planetary mixer MP2150. *Source*: Courtesy of GEA.

simultaneously. The planetary mixer can be operated at a variable speed. Generally, the slower speed is used to mix powders, and faster speeds are used for the kneading action required during the wet granulation process. The mixing bowl can be removed from the mixer either by lowering the mixing bowl underneath the blade or raising the blade above the mixing bowl. One of the advantages of the planetary mixers is that there are no dead spaces in the mixing bowl. However, one of the disadvantages is the limited batch size that can be prepared at one time. Hence, often, several sublots are prepared using this equipment and the final blend of the sublots is done in a large tumbling mixer.

There are several commercial manufacturers of the planetary mixers, and hence these mixers are often called by their manufacturer's name as Hobart mixer, kitchen aide mixer, Pony mixer, and AMF Glen granulators. All of these mixers have the same basic makeup, which includes: (a) planetary motion, (b) removable bowl, and (c) top-drive agitators.

*Conical Screw Mixer Granulators*

The conical screw mixer granulator is also called as an orbiting screw mixer granulator. Like the ribbon, paddle, and the planetary mixers, the orbiting screw granulator is also a stationary shell mixer. In this blender, the screw shaft rotates around the periphery of the cone and the screws turn in such a way that the pitch transfers the material from the bottom of the mixer to the top. The orbiting screw granulator is a very gentle granulator mixer.

The equipment can be adapted for wet granulation by fitting a nozzle for adding liquids through the center of the agitator. Also, the vessel can be jacketed for providing both heating and cooling. Drying can also be facilitated in the blender by placing a sintered metal plate that allows entry of compressed air through the skin of the mixer and exhaustion of the moisture from the wet granules. All of these added features, along with a chopper along the sidewall, allow this blender to be used as an effective granulator for powders, or for mixing slurries, suspensions, and pastes (Fig. 2).

*Sigma Blade Mixer Granulators*

The σ blade mixer is commonly used in the baking industry for dough mixing because of its kneading action created by the intermeshing blades. The mixer can be used for either blending solids, or liquids and solids. The mixer has a minimum of dead space in the bowl during mixing because of the close tolerances between the sidewalls and the bottom of the mixer shell. It is top-loading equipment and the granulated material is emptied by tilting the entire shell via rack and pinion drive assembly.

*Rotating-Shape Mixer Granulators*

In these types of mixer granulators, mixing of materials and granulation occurs because of rotation of the entire mixer shell or body. These vessels of the granulators are usually some



**Figure 2** Conical (orbiting) screw mixer.




**Figure 3** (**A**) V-blender with intesifier bar, (**B**) slant V-blender (cross flow), (**C**) double-cone mixer granultor, and (**D**) slant double-cone mixer granulator *Source*: Courtesy of Patterson Kelly Corporation and Gemco.

derivation of a cylinder, for example, a double cone or a V shape. The peripheral rotation speed of the vessel generally ranges from 72.2 to 106.7 m/min (250–350 ft/min), whereas, the rotation speed in rpm changes as vessel size grows (1). For example, a laboratory model may rotate at 25 to 30 rpm, whereas a larger production model may rotate at 4 to 8 rpm. The peripheral speed remains constant to maintain a scale-up relationship among vessel sizes (1) Examples of rotating-shape granulators include

a. V-shell mixer granulator (Fig. 3A),
b. slant V-blender (cross flow) (Fig. 3B),
c. double-cone mixer granulator (Fig. 3C), and
d. slant double-cone mixer granulator (Fig. 3D).

The slant-cone design eliminates the dead space that may occur in a double-cone vessel. The advantages of using the V-shell, double-cone, and the slant V-blender and double-cone mixer granulators are as follows:

a. Minimal shear and attrition during mixing.
b. Equipment is available in large capacity, thus allowing laboratory-scale formulation batches to be scaled up to production batches.
c. The materials can be easily loaded and discharged from the granulators.
d. The granulators are easy to clean.

To facilitate wet granulation after mixing of the powders in the vessel, a second high-speed rotating device (a bar) called an agitator or intensifier bar with disks is located on the same axis of the rotating shell. The bar is driven by an additional, larger motor that runs independently of the shell motor, and imparts substantially more energy to the system than that delivered by the rotating shell. The agitator or intensifier bar may also serve as a delivery device through the slits, for granulating fluid, such as binder solution or a binder activating liquid, during the granulation process. Alternatively, a separate liquid dispensing system can be installed in the vessel as well. The agitator or intensifier bar is either supported at both ends or is cantilevered, with support only at one end.

The vessel of the granulator may be jacketed for heating and cooling, if there is a need during the granulation process. In addition, the granulators may also have vacuum capabilities, thus making them ideal candidates for a single-pot processor for mixing, granulating, and drying in the same vessel.

## TYPES OF HIGH-SHEAR MIXER GRANULATORS

Most of the conventionally used high-shear granulators consist of a mixing bowl, a three-bladed impeller, and an auxiliary chopper. The shape of the mixing bowl can be cylindrical or conical. The mixing bowl can be jacketed for heating or cooling the contents in the bowl, by circulating hot or cool liquid or steam through the jacket. An impeller is employed to mix the dry powder and to spread the granulating fluid. The impeller of the high-shear mixer granulator normally rotates at a speed ranging from 100 to 500 rpm. The function of the chopper is to break down the wet lumps into granules. The rotation speed of the chopper ranges from 1000 to 3000 rpm. The high-shear granulator could be termed as either vertical or horizontal, on the basis of the orientation and the position of the impeller. The vertical high-shear granulator could be either a top- or bottom-driven unit.

Figure 4 shows the schematic view of a top-driven vertical high-shear granulator, ULTIMAGRAL™/ULTIMAPRO™. Figure 5 shows GMX top-drive high-shear granulation/mixing system.




**Figure 4** Schematic view of top-driven vertical high-shear granulator. *Source*: Courtesy of GEA (ULTIMAGRAL™/ULTIMAPRO™).



**Figure 5** GMX 600 top-drive high-shear granulation/mixing system. *Source*: Courtesy of Vector Corporation.




**Figure 6** Schematic view of a bottom-driven vertical high-shear granulator with horizontal chopper shaft. *Source*: Courtesy of GEA.



**Figure 7** **(A)** Glatt high-shear mixer VG 1200 with cylindrical working vessel for nonsticky products. **(B)** Glatt high-shear mixer VG 100 with conical working vessel for sticky products. *Source*: Courtesy of Glatt GmbH Binzen.

Figure 6 shows the schematic view of a bottom-driven vertical high-shear granulator, with a horizontal chopper shaft (PMA through-the-wall design). Figure 7A and B shows cylindrical and conical working vessels of bottom-driven vertical high-shear granulators. The cylindrical working vessel is generally used for nonsticky products, whereas the conical working vessel is used for sticky products. Figure 8 (A–C) shows photographs of impellers and choppers of high-shear granulators. Figure 9 shows the photograph of horizontal high shear mixer granulator.

Over the years, tray drying was employed to dry wet-granulated product, but now the preferred drying method for the wet granules obtained from the high-shear multiphase granulation process is fluid bed drying. However, a primary problem inherent in the two-step process of high-shear mixer granulation and fluid-bed drying is the possibility of exposure of the workers and the environment to potentially toxic materials during the transfer of the wet granules from the high-shear granulator to the fluid bed.

To avoid manual transfer of the granulation from the high-shear mixer to the fluid-bed unit, an integrated system that connects discharge from the high-shear mixer to the fluid bed is a very common set up that is used in the industry. The material handling and operator exposure problems of the multiphase granulation process can be remedied by a single-pot granulation process in which the high-shear wet granulation and drying processes are combined into a single step. This approach improves material handling, reduces the possibility of cross contamination and exposure of potentially toxic materials to the workers and the environment, and saves time since cleaning and validating a single bowl is inherently easier than tackling two or three units. Moreover, it is easy to maintain compliance with good manufacturing practices (GMP) with the single-pot granulation process.

The single-pot granulators consist of a double jacketed mixing bowl, an impeller and a chopper combined with a built-in dryer. However, the drying efficiency of single-pot dryer

Case 1:24-cv-09729-RMB-EAH Document 83-7 Filed 11/07/25 Page 91 of 105
PageID: 2256





(A)



(C)



(B)

**Figure 8** (**A**) GRAL™ top-driven impeller and chopper, (**B**) z-shaped rotor blade, and (**C**) chopper design of Glatt vertical granulator. *Source*: Courtesy of GEA and Glatt GmbH Binzen.



**Figure 9** A horizontal high-shear mixer granulator (FKM-1200, Loedige) has been presented.

with just a heated jacket is inferior to conventional fluid-bed drying. Therefore, the options such as oscillating the bowl during drying, vacuum drying, gas-assisted vacuum drying, and microwave drying are also available to improve the drying efficiency, and to decrease the drying time. In addition, attention should also be given to particle over growth and lump formation since single-pot process does not involve any wet milling or sieving before the drying step. Figures 10 and 11 show the single-pot units manufactured by different suppliers.

The sizes of the high-shear granulators vary considerably from the small laboratory-scale models to large production-scale models, depending on the type of the model and end use.

APOSEM0085675



**Figure 10** Single-pot high-shear mixer granulator with vacuum drying capabilities UltimaPro™ 600 swinging bowl. *Source*: Courtesy of GEA.



**Figure 11** Single-pot high-shear mixer granulator VMA-70. *Source*: Courtesy of L. B. BOHLE LLC.

High-shear granulators are often equipped with granulation end point control devices, which are used to detect the end point of the granulation process. Some other features include clean-in-place (CIP) or wash-in-place (WIP) system, user-friendly modern operating panel, process monitoring through built-in camera, and NIR probe. High-shear granulators with CIP or WIP features can be cleaned easily, without removing the bowl, the impeller, and the chopper. This also helps to validate the cleaning process because of the automation. Process monitoring through NIR and built-in camera provide great promise as PAT tools for real-time process monitoring.

*High-Shear Wet Granulation Process*

A high-shear wet granulation process includes the following steps:

- Loading all the ingredients into the mixing bowl by either of the following methods: Manually charging the bowl, gravity feeding with manual or pneumatic valve, and vacuum feeding

- Mixing of dry ingredients such as API, other excipients, and disintegrant (optional), with an impeller and chopper at high-speed settings for a short period of time (2–5 minutes)
- Addition of a liquid binder (either binder solution or solvent) into the powder mixture, while both the impeller and the chopper are running at a low speed
- Wet massing with both the impeller and the chopper running at a high speed (this can vary depending on product)
- Wet milling and screening (most desirable)
- Removal of the resulting wet granules from the granulator bowl, and drying them using an appropriate drying technique such as fluid bed or tray drying
- Sieving the dried granules

The high-shear wet granulation process offers several advantages over the other granulation processes. These include

- short processing time,
- use of less binder solution,
- granulation of highly cohesive materials containing hydrophilic polymers, which is not achievable with low-shear granulation processes,
- greater densification and production of less friable granules than the low-shear granulated product,
- production of reproducible granules with a uniform particle size distribution,
- reduction of process dust, thus minimizing exposure to workers during the subsequent processing, and
- obtaining predictable granulation end point determination.

Despite the above advantages, the process is not immune to challenges such as

- overwet, harder granules could produce less compressible granules compared with low-shear granulation processes and
- narrow range of operating conditions.

## FACTORS AFFECTING THE GRANULATION PROCESS

Factors affecting granulation process include process variable and formulation variables.

### Effects of Process Variables

Process variables play a critical role in defining various granular properties of the final granules. Generally, formulations are developed in R&D scale granulators and then scaled up to production-scale granulators. Significant differences exist between laboratory and production models of granulators in terms of design, shape, size, speed, and geometry of the granulator bowl, impellers, and choppers. Even though the composition of the formulation is similar, the physical properties of the obtained granules could be dramatically different because of the differences between granulators used at the development scale and the production scale. These differences could significantly affect the physical properties of the granules, which in turn could affect the properties and performance of the final tablets. The understanding of various process factors is the key to successful tech transfer in product development process.

The following example illustrates how varying the aforementioned process variables influence the properties of the granules obtained using a high-shear wet granulation process. Processing variables, such as impeller speed, granulating solution addition rate, total amount of water added in the granulation step, wet massing time, etc., were evaluated using a Plackett-Burman experimental design in a study by Badawy et al. (2). The results showed that granule compressibility of the lactose-based formulation was extremely sensitive to the processing conditions. The granule particle size was increased by increasing the amount of added water, high impeller speed, and short wet massing time. The wet massing time and impeller speed

also had a significant impact on granulation compressibility. Increasing the impeller speed and/or wet massing time decreased granule porosity and fragmentation propensity, and resulted in decreased hardness of the finished tablets.

In a similar study, Wang et al. investigated the effect of impeller speed, chopper speed, and kneading time on granule properties. The authors found that process parameters also have a significant effect on MCC- and starch-based formulations (3).

*Granulating Solution Addition Rate and Method*

The optimal amount of liquid binder used for high-shear granulation is within a narrow range. If the optimal amount of binder solution is not used, there could be no growth or lump formation during the wet granulation process. In theory, the amount of liquid should be equal or just exceed the liquid content corresponding to 100% liquid saturation. However, some grades of lactose and dicalcium phosphate could be granulated by coalescence at liquid saturation far below 100% (4). It would be desirable to predict the required amount of liquid binder on the basis of the formulation composition. However, this is a challenging task, since the liquid binder required for high-shear granulation depends on a number of formulation and process factors, such as physicochemical properties of the starting materials (API and excipients), type of the binder used, impeller speed, wet massing time, etc.

The mode of addition of the liquid binder can affect the characteristics of the granules (5). When water used as a binder liquid was added to the powder mixture by atomization, granules with a slightly narrower particle size distribution were obtained. The droplet size would have a large effect on particle size distribution of the granules made in low-shear granulators compared with the high-shear granulator.

*Effect of Granulator Size and Design*

A variety of high-shear granulators are commercially available. The orientation of the mixing chamber in the granulators is either vertical or horizontal. The vertical granulators could be bottom or top driven. Besides, the configuration differences, a significant difference exists among the mixers in terms of the shapes of the mixing bowl and impeller blades. For example, the GRAL™ (vertical top drive) mixer utilizes a curved-blade design allowing the tips of the mixing blade to reach up the sidewall of the mixing bowl, which is curved in a similar shape. On the other hand, the Diosna (vertical bottom drive) mixers have a flat blade design, parallel to the lid and bowl bottom. Only a small portion of the impeller blade directly sweeps off the sidewall of the mixing bowl. However, the conical shape of the mixing bowl, which bends back toward the center, can fold back the powder mixture into the mixing blade. These differences in impeller blades and mixing bowl design are expected to result in different flow patterns and dynamics for powder mixture in the bowl.

During the wet granulation process, the impellers impact the powder mixture and keep the mixture moving. During this process, binder solution is distributed and the powder mixture is compacted and densified. Relative swept volume, the volume swept out per second by impeller and chopper divided by the volume of the mixer, is the indicator of the work input on the powder material inside the bowl of the granulator. Changes in the granulator design could affect the relative swept volume of the granulation process, which in turn could change the degree of densification of the wet agglomerates. As a result, the optimal amount of granulating liquid and the physical properties of the resulting granules may be altered. Therefore, the design of high-shear granulators must be taken into account during the granulation process.

Schaefer et al. (6) found that there was a difference between the horizontal (Lödige M5GR) and vertical (Fielder PMAT 25 VG) granulators in terms of granule growth for dicalcium phosphate. The degree of liquid saturation required was higher for the vertical (Fielder PMAT 25 VG) granulator to obtain the same granule size. Agglomeration of dicalcium phosphate began at lower degrees of liquid saturation in the horizontal (Lödige M5GR) granulator. This could be because the rolling motion of granules in the horizontal (Lödige M5GR) granulator facilitated agglomeration, whereas the stronger mechanical forces in vertical (Fielder PMAT 25 VG) granulator promoted the breakage of granules. A similar trend was observed for lactose granulation (7).

*Load of the Granulator Bowl*

The effect of granulation processing parameters, fill ratios, impeller speed, chopper speed, and wet massing time on granule size distribution of placebo formulations was studied by Bock and Kraas (8). High fill ratios in the bowl resulted in an increased proportion of fines in the obtained granules. Increasing the impeller speed and the massing time increased the granule size. The speed of the chopper did not affect the granule size distribution for the formulations that were tested. The fill level of 50% to 70% of the total size of the bowl is generally used. Overloading of the bowl can influence the mixing process and result in inadequate mixing and granulation. However, under-loading of material can affect the mechanical energy applied to powder bed and result in poor granulation. The type of the granulator vessel material can also affect the granule properties. Bouwman et al. (9) investigated the effect of different kinds of granulator vessel materials such as stainless steel, glass, polymethylmethacrylate (PMMA), and polytetrafluoroethylene (PTFE), and found that the granules made in glass and stainless steel vessels were different than those made in PMMA and PTFE vessels.

*Impeller/Chopper Design and Speed*

The movement of the powder bed inside the granulator vessels is dependent on the design and speed of the impeller, while the purpose of the chopper is to cut lumps into smaller pieces and help to distribute the binder. The different designs of impeller and chopper can have major impact on swept volume, product temperature, material adhesion, and attrition during the granulation process. The shear effects of the impeller on the properties of granules prepared from surface-treated sericite were investigated by Oulahna et al. (10). Surface-treated sericite was granulated with an alcoholic solution of polyethylene glycol 20000 using a high-shear granulator at three different impeller speeds (100, 500, 100 rpm). The properties of the granules produced under different impeller speeds were examined in terms of porosity, friability, and binder content. The results indicated that heterogeneous granules (in terms of binder concentration) with more fine particles and a wider particle size distribution were obtained at low impeller speed (100 rpm). However, at higher impeller speeds, homogenous granules with lesser fine particles, and a narrower size distribution were observed. Moreover, the porosity of the granules decreased with increasing impeller speeds. Therefore, mechanical energy brought to the powder bed by the impeller is as important as the physicochemical characteristics of the powder-binder pair to affect the granule properties.

The effects of impeller and chopper design on granule growth of dicalcium phosphate in a laboratory high-speed mixer (Fielder PMAT 25) were investigated by Holm (11). Three different changeable impeller blades with the same surface area were constructed. The angles of inclination were kept at 30°, 40°, and 50°. The granules with low porosity were obtained at high impeller speed for the inclination angles at 40° and 50°. The effects of the impeller design with respect to the blade inclination and impeller rotation speed can be explained in terms of the volume of powder mixture swept out by the impeller. The relative swept volumes for the impellers at three different inclination angles were 2.2, 2.82, and 3.36 at 400 rpm. A high swept volume causes high densification of the agglomerates and narrow granule size distributions. Chopper size and rotation speed had no effect in this case; on the granule size distribution because the primary function of the chopper is to disturb the uniform flow pattern of the mass.

*Wet Massing Time*

The effects of massing time on the properties of the granules of hydrophilic polymer based controlled-release formulations were studied by Timmins et al. (12). The formulations consisted of approximately 30% sodium alginate, 10% hydroxypropyl methylcellulose (HPMC), and approximately 50% of diltiazem hydrochloride or verapamil hydrochloride. The increase in massing time resulted in an increase in the mean granule size of the formulations. This could be true for all the matrix controlled-release formulations, which contain high concentration of hydrophilic polymers.

Microcrystalline cellulose (MCC) granules were prepared by wet granulation with water in a high-shear mixer granulator. Samples of wet granules were taken at different time points after the addition of water to examine the physical characteristics of the granules using near IR

spectrometry, thermogravimetry, and isothermal water vapor adsorption. The results indicated that the degree of interaction between MCC and water increased with granulation time because of change of physical structure of MCC during the granulation process (13).

## Effect of Formulation Variables

*Binders Classification and Characteristics*

The binders used in wet granulation process can be broadly classified into three categories: binders derived from natural, semisynthetic, or synthetic origins, and polysaccharides and sugars.

Detailed information on the types of binders can be seen in chapter 4.

*Binder Efficiency*

In general, various physicochemical properties of drug, binders, and other excipients can have a strong influence over the binder efficiency. Primary particle size of drug or excipients affect granule strength, porosity, and consolidation rate during granulation. Smaller particles have more contact surfaces to allow formation of stronger granules. However, binder and solvent requirements increase, when the drug particle size is small.

Increasing the solubility of drug and excipients in the solvent reduces solvent requirements and friability, and produces granules with tighter particle size distributions. If the insoluble excipients such as MCC are added to lactose, the solvent, binder requirement increases with production of larger granule size (14). In a comparative study, PVP K90, PVP K25, PVP-PVA copolymer, Methocel E5, Methocel E15 were studied. The results demonstrated that binder solution with higher surface tension such as PVP solutions produced denser granules with larger mean particle diameter (15).

The film forming properties of binders determine the strength and deformation behavior of binder matrix. The results show that while acacia and PVP form weak films, gelatin produces films with higher tensile strengths (16). PVP is a more deformable and the most versatile binder.

Dense, nonfriable granules are expected when binder spreading coefficient is high, while a nonspreading binder produces porous granules. For low polarity substrates such as griseofulvin, PVP, and starch will be optimal binders, while for polar substrates such as theophylline, acacia or HPMC will be optimal binders (17). PVP and HPMC have higher spreading coefficients over lactose, acyclovir and pentoxyphylline substrates. Increasing the solvent viscosity and granule particle size decreases the amount of binder required. When the viscosity of the binder solution is increased, excessive spreading of the binder solution becomes an issue. Increasing the viscosity of PVP and HPMC is directly related to their molecular weight.

*Binder Concentration and Liquid Addition Rates*

Generally, increasing the amount of binder concentration could result in production of larger granules. However, starch paste behaves differently (18). In this case, increasing the binder concentration decreased the granule particle size. However, no differences in granule friabilities were observed. As the binder concentration of PVP was increased, the crushing strength of the granules also increased (19). Starch and gelatin produced much stronger granules with lower concentrations than those produced with acacia (20). High molecular weight PVP produces larger calcium hydrogen phosphate granules than hydrolyzed gelatin and low viscosity HPMC (21). PVP produced granules of lower friability than those produced with HPMC. Gelatin produced the strongest granules. In a formulation containing a model API, Avicel®, and lactose excipients, increasing the binder concentration with low viscosity HPMC, increased the wet mass consistency. Granule friability decreased with an increase in binder concentration. An inverse relationship was observed between granule friability and the amount of water added to formulation of lower drug concentration. In another study, the effect of different types of binders such as PVP K 30, HPMC (HP-M603), maltodextrin, pregelatinized starch, low substituted hydroxypropyl cellulose (L-HPC) was studied on the hardness of placebo and paracetamol tablets (19). The placebo granules only contained lactose and Avicel. The binders were added at 2%, 6%, and 10% in the dry form and water was used as a granulating liquid. The median particle size increased between 2% and 6% binder solutions

except when L-HPC was used as binder. The granule size and the hardness increased with increasing binder concentration. PVP K30 (6%) and HP-M603 (6%) appeared to be binders of choice for paracetamol. Concentrated starch paste produces lactose granules with a narrow particle size distribution in high-shear mixers. High impeller speed and longer processing times were required to cause deaggregation and better distribution of starch paste. Dilute starch paste produce stronger granules with better compressibility and longer disintegration times. When starch is dextrimized by the addition of α-amylase, the resultant paste produces stronger granules with better flowability and tablets with shorter disintegration times, lower friability, uniform weight, and hardness. Excessive dextrimization leads to poor binding capabilities (19).

In general, granules are finer when the amount of granulation liquid is decreased. For example, the mean particle size of lactose, glucose, and mannitol granules increased when the amount of granulation solution was increased. Besides the effect on the particle size of the granules, the amount of water added can also affect content uniformity. For water-soluble drug such as ascorbic acid, the content uniformity was not affected. However, for water-insoluble drug, ethenzamide, more drug was found in smaller granules. The drug content in the smaller size granules decreased as the amount of binder was increased (22).

Lower water addition rates improve PVP-PVA copolymer distribution and lowers liquid requirements for acceptable granulation (5,23). Slower PVP solution addition rate enhances granule growth and decreases porosity of the insoluble dicalcium phosphate. The hardness of MCC granules increases with granulation time and amount of water added. The specific surface area decreases during the granulation process. Crystallite size of cellulose decreased with granulation time, and increased amount of water added. Different binders affect granulation properties on the basis of liquid saturation rates (21). The granules prepared with PVP and gelatin produce larger particle size granules and thus lower intragranular porosity. This was attributed to higher densification of DCP. PVP-PVA copolymer, Methocel E5, and Methocel E 15 binder solutions behaved equally. Thus, it was concluded that granules had higher liquid saturation with lower volume of binder solution.

Granules of MCC or silicified microcrystalline cellulose (SMMC) were prepared in high-shear mixers (24). Increasing water level affected the granule particle size, increased granule density, and flow properties of the granules, and decreased porosity and compactibility. The compactibility of both materials was similar up to a water level of 40%. Both the materials showed poor compactibility at higher levels. No difference was observed between MCC and SMCC.

Increasing the impeller speed in high-shear granulation for PVP and PVP-PVA copolymer increased the granule size and bulk and tap density. In the wet addition method, different viscosity grades of HPMC and MC in lactose-cornstarch-MCC systems increases the percentage of binder rich oversize granules (7,25–28). In dry addition method, increasing the concentration of HPC, and low viscosity HPMC, increases medium granule size. Increasing the concentration of medium and relatively high viscosity HPMC and MC is accompanied by a decrease in medium size granule fraction and increase in oversized granules.

## GRANULATION END POINT DETERMINATION AND CONTROL

The granule properties are a function of the process parameters such as the impeller speed, amount of granulating fluid, and granulation time (wet massing time). Therefore, the time to end the granulation process during a high-shear granulation process becomes critical. The properties of the granules produced determine, in part, the ultimate quality and performance of the finished dosage forms. Thus, the determination of the granulation end point becomes necessary. The ultimate goal of end point determination in a granulation process is to obtain an indication of formation of granules with the desired physical properties, such as acceptable mean particle size range and porosity. The advantages of using an appropriate method to determine the granulation end point are listed below:

- Process optimization
  - Evaluate raw material
  - Determine optimal end point

- Batch reproducibility
  Use end point to achieve batch to batch consistency
  Document adherence to batch protocol
- Process troubleshooting
  Detect mechanical problems
  Identify mixing irregularities

Several different approaches have been explored for granulation end point determination. These approaches can be classified into two major categories: indirect measurements and direct measurements. In the indirect measurements, the electrical and mechanical parameters of the motor are monitored since the changes of these parameters are related to the changes of the consistency of the powder mixture in the wet granulation process. Faure's study (29) has confirmed that there is a close relationship between the wet mass consistency/viscosity of samples prepared in a mixer granulator and physical properties of the dry granules produced from the wet mass. The physical properties of the dry granules include granule size distribution, bulk density, friability, and flow characteristics. Variations in the formulation affect the relationships between the wet mass consistency and dry granule properties, and the net power consumption of the mixer granulator.

In the direct measurements, the physicochemical properties of the powder mixture are monitored during the wet granulation process. These properties could be mass conductivity and granule size.

### Indirect Measurements

In the indirect measurement, both electrical and mechanical characteristics of the motor are monitored to control the end point. The electrical characteristics of the motor are motor current and power consumption. The mechanical characteristics of the motor are torque and tachometry.

The power consumption of the granulator motor is related to the resistance of the mass mixture to the granulator blades, which varies with the consistency of the powder mixture. Power consumption used as granulation end point control has been related to the level of liquid saturation of the moist agglomerates (30), densification of wet mass (15,31,32) and granule growth (30). Leuenberger proposed that the liquid amount required for granulation corresponds to the plateau in the power consumption record profile (33).

High-shear granulators capable of monitoring the granulation end point using power consumption are commercially available. Figure 12 (33) shows a typical power consumption profile obtained from a commercially available high-shear granulator with an end point determination. It is evident that the profile consists of five phases during the wet granulation process.




**Figure 12** A typical power consumption profile obtained from a commercially available high-shear granulator. *Source*: From Ref. 33.

In phase I, the powder mixture is being moistened by adding granulation liquid. In this phase, there is no formation of liquid bridges between primary particles. Therefore, the power consumption does not increase. In phase II, liquid bridges begin to form among the primary particles; hence, this is the stage of granule formation. In this phase, the power consumption increases dramatically. In phase III, as more granulation liquid is added, the interparticular voids are filled by the granulation liquid and coarser granules are formed. The power consumption remains relatively constant in this phase. In phase IV, liquid saturation of the powder bed is reached and more coarse granules are formed. The power consumption increases. In phase V, as more granulation liquid is added, a suspension is formed, where particles are surrounded by liquid (droplet stage). The power consumption starts declining in this phase. It has been noticed that only the granules formed during phase III are usable for further dosage form development. Thus, the power consumption profile can be used to monitor the granulation process and to determine the end point.

The drawback of monitoring power consumption is that the signal is affected by a number of factors, such as product, equipment, or process variables. For example, the densification properties of the starting materials, type and amount of binder used, addition rate of binder solution, impeller speed, etc., influence the power consumption profile. Wear and tear of the granulator could also affect the power consumption signal. Thus, the power consumption profile for a granulation process is formulation and process specific.

The end point control of granulation by power consumption measurement in a 25-L high-shear mixer was investigated by Holm et al. (5). The effect of impeller design, impeller speed, liquid addition rate, type of binder, and mixing ratios between lactose and starch on the correlation between power consumption and granule growth was investigated in the liquid addition phase of the process using a fractional factorial experimental design. A linear correlation between power consumption and mean granule size was observed. The correlation was dependent on the impeller design, the impeller speed, and the type of binder. However, an end point control based on power consumption was not found to be sensitive to variations in the lactose:starch ratio. An end point control based on the peak detection method was not generally applicable, because a peak in the differentiated power consumption signal could not be identified in all the experiments.

Monitoring of power consumption was also explored for automating of wet granulation process (34). A vertical high-shear mixer (300 L Collette GRAL™) was instrumented with a control unit, which controls the continuous addition of granulating liquid in relation to the consistency of the powder mass by power consumption measurement. The instrumentation comprises an important approach for automated process control and online documentation of critical process parameters with respect to validation. Similarly, a signal analysis system with memory-programmable automatic process control for determining power consumption in a high-shear mixer was introduced by Laicher et al. (35). The signal analysis system makes it possible to perform gliding mean value calculations of the measuring signal and to evaluate the signal fluctuations. The granulation end point is determined by curve analysis. Using this system, granules with a reproducible particle size distribution are obtained from active ingredient/excipient mixtures, which either show a tendency to form lumps in the case of overwetting (paracetamol) or require a short granulation time because of low melting point (ibuprofen).

Since power consumption is related to both current and voltage of the motor, it would be logical to use motor current for end point control. However, the motors used in high-shear granulators are induction motors, which use alternating current that lags behind the voltage. Therefore, it is inappropriate to determine granulation end point by monitoring motor current or the simple combined product of current and voltage (32). The power consumption of induction motors can be expressed by the following equation:

$$\text{Power} = \sqrt{3}\, IV \cos\theta$$

where $I$ = current, $V$ = voltage, and $\theta$ = phase difference between current and voltage.

Alternative to power consumption is torque measurement (31). A high-shear mixer was instrumented with a new capacitive sensor, a wattmeter, and a strain-gauge torque sensor.

Placebo formulations containing dicalcium phosphate, MCC 101, MCC 102, and lactose were granulated in the high-shear granulator. A similar graph (profile of torque measurement or power consumption) of the granulation process was obtained for power consumption and torque measurement.

In another study (32), a high-shear vertical mixer/granulator was instrumented to monitor power consumption, direct torque (signal from impeller shaft) and reactive torque (signal from the motor). Of the three methods used, direct torque generated the most descriptive profile for the granulation process. Granules produced for the test formulations based on the end points determined using direct torque measurement resulted in tablets with acceptable hardness. Measurement of direct torque also could detail the granulation process of an overwetted formulation.

Torque profiles of granulation of MCC or lactose in a high-shear granulator with various operating conditions were studied by Kornchankul et al. (36). The torque measurement for each batch of granules obtained was correlated with the corresponding tablet characteristics. The scatter plots of tablet hardness indicated that hardness for tablets prepared with MCC granules was higher than 7 kP as long as end torque was less than 100 lb-in, granulation rate was less than 0.4 lb-in/sec, and granulation extent was less than 13,000 lb-in/sec.

The relevance of end point determination based on torque measurement in controlling performance characteristics of compressed tablets such as hardness, friability, disintegration time, and dissolution time was determined by Achanta et al. (37). The measurement of torque was used to determine the end point of the granulation process in a high-shear granulator. With increasing end point levels, tablets compressed with corresponding granules were found to be harder.

### Direct Measurements

During high-shear wet granulation process, the binder liquid is dispersed in the powder mixture. At this point, the wetted powder becomes agglomerated and densified. Thus, the physical properties (particle size, density, consistency) of the powder mixture change with time during the granulation process. This change in the properties of the powder mixture can be used as an indication of the end point of the granulation process.

### Consistency Measurement Using a Probe

One approach to determine the granulation end point is based on monitoring the change of the consistency or strength of the wet mass during granulation process. This approach was first developed by the Boots Company for Diosna high-shear mixers (4). The Diosna-Boots probe is designed to detect changes in momentum of granules in a constant velocity region of the mass with use of strain gauges instrumented on the probe. To avoid bias due to random events (e.g., large lumps due to inhomogeneous solution distribution), signal pulse heights, sampling times, and pulse density are all considered to attain the final signal. The signal is normalized over a calibrated range of forces 0% to 100%. The criterion for end point indication is that the signal obtained during granulation process must be greater than the preset value. When properly developed and calibrated for a given high-shear granulator, the probe can be successfully used to determine a repeatable granulation end point (similar particle size and density). However, the signal obtained from the probe is granulator and formulation dependent.

However, this approach is no longer used in the industry because of its intrusive approach.

### Acoustic Emission

Acoustic emission monitoring detects and analyzes the sound produced by a process or system. During the wet granulation process, particle size, flow properties of the powder mixture, and degree of powder densification change with time because of the addition of binder and formation of agglomerates. The change of physical properties of the powder mixture could affect the acoustic emission signal. Thus, this technique can be used to map the granulation process and determine its end point. The technique is noninvasive, sensitive and relatively inexpensive.

The acoustic emissions during the wet granulation of a model formulation containing lactose and MCC were monitored using acoustic emission sensors (38). The sensors were attached to the outside of the high-shear mixer bowl. Undergranulated to overgranulated granules were prepared by varying the quantity of the binder solution. Average signal level increased with increasing the amount of binder solution added and wet massing time. A strong correlation between the acoustic emissions and the physical properties of the granules at the end of the granulation process was demonstrated. This technique was capable of monitoring changes in physical properties of powder material during granulation (particle size, flow properties, and compression properties).

### Image Analysis

In the direct measurement techniques, one of the successful methods is monitoring the granulation processing on the basis of the particle size of the granules. A novel system to continuously monitor granule growth in a high-shear granulation has been developed by Watano et al. (39). The system consists of an image processing system and a particle image probe comprising a CCD camera, lighting unit, and air purge system. High-shear granulation was conducted using pharmaceutical powders and granule size, and product's yield of various size ranges were continuously measured by the developed system. Sieve analysis of the granules sampled out during the granulation was simultaneously conducted, and the data was compared with that of the in-line image processing system. A close relationship was found between both data, proving that the system could monitor the granule growth accurately and continuously throughout. Another approach to characterize the real-time growth of particles by measuring back scattered laser beams is offered by Lasentec as Focused Beam Reflectance Measurement (FBRM®) and Particle Vision Measurement (PVM®), which can be added to the existing equipment.

Such imaging process system was further developed to automatically control the wet granulation process by Watano et al. (40). Besides the image probe, a fuzzy control system using a linguistic algorithm employing if-then rules with a process lag element was developed to control granule growth accurately. The system consisted of an image processing and a fuzzy control system. An image probe continuously monitored granule images through the sidewall of the vessel. The images were digitized by the image processing system and granule median diameter and shape factor were calculated automatically. The difference between desired and measured granule diameters was used as input for fuzzy reasoning. The result of fuzzy reasoning was used to control the output power of liquid feed pump. The system could control granule growth with high accuracy, regardless of changes in operating conditions.

### NIR Spectroscopy

In recent years more and more emphasis has been placed on real-time process monitoring as a part of the FDA's PAT initiative. The push for the in-line process monitoring and control has led the industry toward the nonconventional techniques such as NIR spectroscopy. The granulation power consumption and torque measurement have been conventionally used tools for process monitoring and end point determination. However, NIR spectroscopy, a PAT tool is gaining a lot of interest as *in situ* processing monitoring. NIR spectroscopy is a great technique that provides qualitative information in real-time process. NIR can detect the change in moisture and agglomeration behavior during the granulation process. Rantanen et al. (41,42) were able to find good correlation between NIR spectra and mean particle size, bulk density, and moisture content. Bjorn et al. (43) used NIR spectrums as in-line process monitoring tool to detect the changes in granulation process by changing the impeller speeds and quantity of MCC.

For additional reading on end point control, see chapters 26 and 29.

## A COMPARISON OF AND DIFFERENCES BETWEEN LOW- AND HIGH-SHEAR GRANULATION PROCESSES

The process of wet granulation involves several steps including blending and mixing, liquid binder addition with or without dissolved binder and wet massing or distribution of the liquid, followed by granule formation, and determining the end point of liquid addition, wet sieving, drying, and finally dry sieving.

In general, the bulk densities of granulations produced by low shear are intermediate between high shear and fluid bed, with fluid bed being the lowest. In general, low-shear granulators produce fluffier, more porous granules than do high-shear granulators. Moreover, high-shear granulation requires 60% to 80% of the liquid as compared with low-shear granulation, because of higher densification. In the high-shear granulation, slower drug dissolution is frequently observed because of slower dissolution media penetration into the denser and less porous granules. The degree of granule fragmentation is related to granule porosity. A granule with high porosity has a higher fragmentation propensity. On the other hand, the tablet strength is correlated with fragmentation, the granules with higher fragmentation yield tablets of higher hardness. The high-shear granules have lower friability as compared with the one produced by low-shear granulation.

In the low-shear granulation, synergistic effects of less mechanical shear and low bed pressure allows for thicker deposits indicating uneven distribution of binder solution, especially when the binder is added as a bolus into the granulation instead of being sprayed as droplets. Use of dissolved solids binder addition method through an agitator bar in V-blender could be problematic. Any undissolved solid may clog the liquid evacuation spacing on the disk. Thus, droplet size becomes very important in low-shear granulation compared with high-shear granulation where the distribution of liquid is helped by the high mechanical energy in the mixer. Moreover, particle motion in low-shear granulator becomes complex creating difficulties to determine the optimum rate of liquid addition. Stamm and Paris (44) studied the effect of different liquid addition rates in a fixed shell, helicoidal mixer, and vertical bar and found that the slowest rate had the best results. Extremely rapid liquid addition overwhelms the blending capability of the system resulting in overwet granulation in certain areas and underwet granulation in other areas of the bed.

The thicker film often dries to a more effectively spreadable film during compression of these granules to form tablets. This increased plasticity is especially true for at the low compression forces. The tablets also have a much lower friability. The improved friability can be over a much broader range of compression forces. The fact that less amount of liquid can be used for high-shear granulation provides reduced drying time, thus increasing the overall efficiency of the granulation process.

## SCALE-UP CONSIDERATION

The granulation process is a multiphase process with numerous formulations and process variables. The incomplete understanding of the main effect and the interaction effect of each variable often lands the scale-up process in the trial and error world. The formulation and process for a new API is normally optimized using laboratory-scale granulator owing to the limited amount of API. The formulation is generally fixed during the clinical trial studies. However, the production batches are manufactured with large-scale equipment. Therefore, scale-up of a solid dosage form, prepared using the wet granulation process in a high-shear granulator becomes challenging. This is because significant differences exist between laboratory and production models in terms of design, shape, size, speed, and geometry of the granulator bowl, impellers and choppers. Even though the composition of the formulation is similar, the physical properties of the obtained granules could be dramatically different because of the difference of granulators at development scale and the production scale. These differences in the physical properties of the granules could significantly affect the properties and performance of the final tablets.

The ultimate goal of product scale-up is to maintain the properties of the granules at similar level even after scale-up. Therefore, it is important to identify and monitor key-process parameters during the product development stage so that the tablets produced from the large-scale granulation batch perform similarly to those produced from the small scale batch.

Ideally, the amount of binder and granulation liquid will be scaled by linearly increasing the amount of water with batch size. If the time of binder solution addition was kept constant by increasing the rate of binder addition upon scale-up, then the variables, which needed to be controlled, can be narrowed down to impeller speed and wet massing time. Different approaches have been proposed to control the impeller speed, which includes the following: keep the tip speed of the impeller constant, keep relative swept volume constant, or keep

Froude number (dimensionless number) constant during scale-up. The wet massing time can be determined by end point determination such as power consumption. However, because of the size and shape differences of mixing bowl and impeller between laboratory and production-scale granulators, linear scale-up may not work.

A constant relative swept volume and a constant impeller tip speed during the granulation of lactose in three GRAL high-shear mixers (GRAL 10, 75, and 300 L), did not produce desirable results (45). Thus, even within the similar kind of high-shear granulators, compensatory changes in either volume of binder fluid, impeller speed, or wet massing time, to produce equivalent granules during scale-up may be required.

To achieve a linear scale-up for formulations that are sensitive to the changes due to scale-up, the two processes from laboratory scale to production scale have to be similar. The two processes may be considered similar if there is a geometrical, kinematic, and dynamic similarity (46). The two systems are considered geometrically similar if they have the same ratio of linear dimensions. Two geometrically similar systems are kinematically similar if they have the same ratio of velocities between corresponding points. Two kinematically similar systems are dynamically similar when they have the same ratio of forces between corresponding points. For any two dynamically similar systems, all the dimensionless numbers, necessary to describe the process, are the same (47).

An ideal scenario is that the granulation processes at laboratory- and production-scale granulators are geometrically, kinematically, and dynamically similar. However, the shape and size of granulators currently available vary from manufacturer-to-manufacturer. It is difficult for the processes to be geometrically, kinematically, and dynamically similar. For example, Collette GRAL 10, 75, and 300 are not geometrically similar (45). One relatively easier approach is to keep the processes from two different scales dynamically similar, which is defined by same dimensionless numbers. Therefore, dimensionless number such as Froude number can be used for scale-up. The matching Froude numbers for different size granulators provide the possibility of linear scale-up. However, some precautions are still needed for the geometric dissimilarity of mixing bowl vessels and the shape of the impellers in the granulators of different types and scales.

### Nonlinear Scale-Up

If linear scale-up cannot be achieved, the amount of binder solution, impeller speed and the wet massing time should be optimized. For example, Kristensen attempted to compensate the less efficient mixing from large-scale granulation by increasing the relative amount (ratio between granulation liquid and starting materials) of granulation liquid used (48). Rekhi et al. (49) recommended maintaining the tip speed constant, scaling up the granulation liquid linearly, and adjusting the granulation time on the basis of the ratio of impeller speeds between the granulators used in the two scales.

Additional information on scaling up can be found in chapter 25.

### Utilization of Optimization Techniques

Since scale-up of high-shear granulation is still a "trial and error" process due to the complexity of the granulation process and lacking standards for granulators of different types and sizes, methodology of design of experiment (DoE) can be useful.

## CONCLUSIONS

Low- and high-shear wet granulation processes are important unit operations in the production of tablets. Various innovative approaches have been explored to simplify and control the granulation process, and improve the quality of the produced granules. Some of these novel approaches in the high-shear wet granulation process include using a one-pot granulation system, and end point measurement techniques. However, both the low- and high-shear wet granulation process and formulation parameters for each formulation still need to be individually optimized because of the complexity of the number of variables involved during the granulation process and uniqueness of the formulation. Moreover, the relationship between the properties of the finished tablets and unit operations for tableting, such as wet granulation, drying, milling, and tablet compression is inconclusive. Therefore, a systematic

evaluation of all formulation and process variables involved in the manufacturing of tablets is required for the optimization of production of tablets. Future advancement in the equipment and granulation techniques could further improve the granulation process, thus resulting in better quality of the granules.

## REFERENCES


1. Chirkot T, Propst C. Low shear granulation. In: Parikh DM, ed. Handbook of Pharmaceutical Granulation Technology. 2nd ed. Boca Raton: Taylor & Francis Group, 2005:229–245.
2. Badawy SIF, Lee TJ, Menning MM. Effect of drug substance particle size on the characteristics of granulation manufactured in a high-shear mixer. AAPS Pharm Sci Tech 2001; 1(4):E33.
3. Wang S, Ye G, Heng PW, et al. Investigation of high shear wet granulation processes using different parameters and formulations. Chem Pharm Bull 2008; 56(1):22–27.
4. Kristensen HG, Schaefer T. Granulation. A review on pharmaceutical wet-granulation. Drug Dev Ind Pharm 1987; 13:803–872.
5. Holm P, Schaefer T, Larsen C. End point detection in a wet granulation process. Pharm Dev Technol 2001; 6:181–192.
6. Schaefer T, Holm P, Kristensen HG. Comparison between granule growth in a horizontal and a vertical high speed mixer. I. Granulation of dicalcium phosphate. Arch Pharm Chem, Sci Ed 1986; 14:1–16.
7. Schaefer T, Holm P, Kristensen HG. Comparison between granule growth in a horizontal and a vertical high speed mixer. II. Granulation of lactose. Arch Pharm Chem, Sci Ed 1986; 14:17–29.
8. Bock TK, Kraas U. Experience with the Diosna mini-granulator and assessment of process scalability. Eur J Pharm Biopharm 2001; 52:297–303.
9. Bouwman A, Visser MR, Eissens AC, et al. The effect of vessel material on granules produced in a high-shear mixer. Eur J Pharm Sci 2004; 23(2):169–179.
10. Oulahna D, Cordier F, Galet L, et al. Wet granulation: the effect of shear on granule properties. Powder Technol 2003; 130:238–246.
11. Holm P. Effect of impeller and chopper design on granulation in a high speed mixer. Drug Dev Ind Pharm 1987; 13:1675–1701.
12. Timmins P, Delargy AM, Minchom CM, et al. Influence of some process variables on product properties for a hydrophilic matrix controlled-release tablet. Eur J Pharm Biopharm 1992; 38:113–118.
13. Suzuki T, Kikuchi H, Yonemochi E, et al. Interaction of microcrystalline cellulose and water in granules prepared by a high-shear mixer. Chem Pharm Bull (Tokyo) 2001; 49:373–378.
14. Rohera BD, Zahir A. Granulation in a fluidized-bed: effect of binders and their concentrations on granule growth and modeling the relationship between granules size and binder concentration. Drug Dev Ind Pharm 1993; 19(7):773–792.
15. Ritala M, Holm P, Schafer T, et al. Influence of liquid bonding strength on power consumption during granulation in a high-shear mixer. Drug Dev Ind Pharm 1988; 14:1041–1060.
16. Healey JNC, Rubinstein MH, Walter V. The mechanical properties of some binders used in tableting. J Pharm Pharmac 1974; (suppl 26):41.
17. Rowe RC. Binder-substrate interactions in granulation: a theoretical approach based on surface free energy and polarity. Int J Pharm 1989; 52:149–154.
18. Visavarungroj N, Remon JP. Crosslinked starch as a binding agent. II. Granulation in a high-shear mixer. Int J Pharm 1990; 65:43–48.
19. Becker D, Rigassi T, Bauer Brandi A. Effectiveness of binders in wet granulation: a comparison using model formulations of different tablet ability. Drug Dev Ind Pharm 1997; 23:791–808.
20. Armstrong NA, March GA. Quantitative assessment of factors contributing to mottling of colored tablets. II. Formulation variables. J Pharm Sci 1976; 65(2):200–204.
21. Ritala M, Jungersen O, Holm P, et al. A comparison between binder in wet phase granulation in a high shear mixer. Drug Dev Ind Pharm 1986; 12(11–13):1685–1700.
22. Miyamoto Y, Rye A, Sugawara S, et al. Simultaneous optimization of wet granulation process involving factor of drug content dependency on granule size. Drug Dev Ind Pharm 1998; 24:1055–1065.
23. Lindeberg NO, Johnson C. Granulation of lactose in a recording high-speed mixer, Diosna P 25. Drug Dev Ind Pharm 1983; 9(6):959–970.
24. Habib YS, Abramonowitz R, Jerzewski RL, et al. Is silicified wet-granulated microcrystalline cellulose better than original wet granulated microcrystalline cellulose? Pharm Dev Technol 1999; 4:431–437.
25. Schaefer T, Holm P, Kristensen HG. Comparison between granule growth in a horizontal and vertical high speed mixer. I. Granulation of dicalcium phosphate. Arch Pharm Chem Sci Ed 1984; 14:1–16.
26. Lindeberg NO, Johnson C. Granulation of lactose and starch in a recording high-speed mixer, Diosna P 25. Drug Dev Ind Pharm 1985; 11(2,3):387–403.

27. Vojnovic D, Chicco D, El Zenary H. Doehlert experimental design applied to optimization and quality control of granulation process in a high shear mixer. Int J Pharm 1996; 145:203–213.
28. Badaway SIF, Mennning MM, Gorko MA, et al. Effect of process parameters on compressibility of granulation manufactured in a high-shear mixer. Int J Pharm 2000; 198:51–61.
29. Faure A, Grimsey IM, Rowe RC, et al. Process control in a high shear mixer-granulator using wet mass consistency: the effect of formulation variables. J Pharm Sci 1999; 88:191–195.
30. Holm P, Schaefer T, Kristensen HG. Granulation in high-speed mixers. Part VI. Effects of process conditions on power consumption and granule growth. Powder Technol 1985; 43:225–233.
31. Corvari V, Fry WC, Seibert WL, et al. Instrumentation of a high-shear mixer: evaluation and comparison of a new capacitive sensor, a watt meter, and a strain-gage torque sensor for wet granulation monitoring. Pharm Res 1992; 9:1525–1533.
32. Kopcha M, Roland E, Bubb G, et al. Monitoring the granulation process in a high shear mixer/granulator: an evaluation of three approaches to instrumentation. Drug Dev Ind Pharm 1992; 18:1945–1968.
33. Leuenberger H. Granulation, new techniques. Pharm Acta Helv 1982; 57:72–82.
34. Werani J. Production experience with end point control. Acta Pharm Suecica 1988; 25:247–266.
35. Laicher A, Profitlich T, Schwitzer K, et al. A modified signal analysis system for end-point control during granulation. Eur J Pharm Sci 1997; 5:7–14.
36. Kornchankul W, Parikh NH, Sakr A. Correlation between wet granulation kinetic parameters and tablet characteristics. Drugs Made Ger 2001; 44:78–87.
37. Achanta AS, Adusumilli PS, James KW. Endpoint determination and its relevance to physicochemical characteristics of solid dosage forms. Drug Dev Ind Pharm 1997; 23:539–546.
38. Whitaker M, Baker GR, Westrup J, et al. Application of acoustic emission to the monitoring and end point determination of a high shear granulation process. Int J Pharm 2000; 205:79–92.
39. Watano S, Numa E, Miyanami K, et al. On-line monitoring of granule growth in high shear granulation by an image processing system. Chem Pharm Bull (Tokyo) 2000; 48:1154–1159.
40. Watano S, Numa T, Miyanami K, et al. A fuzzy control system of high shear granulation using image processing. Powder Technol 2001; 115:124–130.
41. Rantanen J, Wikstrom H, Turner R, et al. Use of in-line near-infrared spectroscopy in combination with chemometrics for improved understanding of pharmaceutical processes. Anal Chem 2005; 77 (2):556–563.
42. Rasanen E, Rantanen J, Jørgensen A, et al. Novel identification of pseudopolymorphic changes of theophylline during wet granulation using near infrared spectroscopy. J Pharm Sci 2001; 90(3): 389–396.
43. Bjorn NI, Jansson A, Karlsson M, et al. Empirical to mechanistic modeling in high shear granulation. Chem Eng Sci 2005; 60(14):3795–3803.
44. Stamm A, Paris L. Influence of technological factors on the optimal granulation liquid requirement measured by power consumption. Drug Dev Ind Pharm 1985; 11(2–3):333–360.
45. Horsthuis GJB, van Laarhoven JAH, van Rooij RCBM, et al. Studies on upscaling parameters of the GRAL high-shear granulation process. Int J Pharm 1993; 92:143–150.
46. Leuenberger H. Scale-up of granulation processes with reference to process monitoring. Acta Pharm Technol 1983; 29:274–280.
47. Zlokarnik M. Problems in the application of dimensional analysis and scale-up of mixing operations. Chem Eng Sci 1998; 53:3023–3030.
48. Kristensen HG. Particle agglomeration in high shear mixers. Powder Technol 1996; 88:197–202.
49. Rekhi GS, Caricofe RB, Parikh DM, et al. A new approach to scale-up of high shear granulation process. Pharm Technol 1996; 20:58–67.