# Exhibit 8

SECOND EDITION

# Pharmaceutics

## THE SCIENCE OF DOSAGE FORM DESIGN



Edited by
M. E. Aulton

CHURCHILL LIVINGSTONE

# Pharmaceutics

## The Science of Dosage Form Design

Edited by

**Michael E. Aulton** BPharm PhD FAAPS MRPharmS
Professor of Pharmaceutical Technology,
School of Pharmacy,
De Montfort University,
Leicester, UK

SECOND EDITION

CHURCHILL
LIVINGSTONE

EDINBURGH LONDON NEW YORK PHILADELPHIA ST LOUIS SYDNEY TORONTO 2002

# 1
# The design of dosage forms

*Peter York*

CHAPTER CONTENTS

**Principles of dosage form design** 1

**Biopharmaceutical aspects of dosage form design** 2
- Routes of drug administration 4
  - Oral route 4
  - Rectal route 5
  - Parenteral route 5
  - Topical route 5
  - Respiratory route 6

**Drug factors in dosage form design** 6
- Particle size and surface area 6
- Solubility 7
- Dissolution 7
- Partition coefficient and p$K_a$ 8
- Crystal properties; polymorphism 8
- Stability 9
- Organoleptic properties 10
- Other drug properties 10

**Therapeutic considerations in dosage form design** 11

**Summary** 11

**Bibliography** 11

## PRINCIPLES OF DOSAGE FORM DESIGN

Drugs are rarely administered as pure chemical substances alone and are almost always given as formulated preparations or medicines. These can vary from relatively simple solutions to complex drug delivery systems through the use of appropriate additives or excipients in the formulations. The excipients provide varied and specialized pharmaceutical functions. It is the formulation additives that, among other things, solubilize, suspend, thicken, preserve, emulsify, modify dissolution, improve the compressibility and flavour drug substances to form various preparations or dosage forms.

The principal objective of dosage form design is to achieve a predictable therapeutic response to a drug included in a formulation which is capable of large-scale manufacture with reproducible product quality. To ensure product quality, numerous features are required: chemical and physical stability, suitable preservation against microbial contamination if appropriate, uniformity of dose of drug, acceptability to users including both prescriber and patient, as well as suitable packaging and labelling. Ideally, dosage forms should also be independent of patient to patient variation, although in practice this is difficult to achieve. However, recent developments that rely on the specific metabolic activity of individual patients, or implants that respond, for example, to externally applied sound or magnetic fields to trigger a drug delivery function, are beginning to accommodate this requirement.

Consideration should be given to differences in bioavailability between apparently similar formulations, and the possible causes for this. In recent years increasing attention has therefore been directed towards eliminating variation in bioavailability characteristics, particularly for chemically equivalent products, as it is now recognized that formulation

factors can influence their therapeutic performance. To optimize the bioavailability of drug substances it is often necessary to carefully select the most appropriate chemical form of the drug. For example, such selection should address solubility requirements, drug particle size and physical form, and consider appropriate additives and manufacturing aids coupled to selecting the most appropriate administration route(s) and dosage form(s). Suitable manufacturing processes and packaging are also required.

There are numerous dosage forms into which a drug substance can be incorporated for the convenient and efficacious treatment of a disease. Dosage forms can be designed for administration by alternative delivery routes to maximize therapeutic response. Preparations can be taken orally or injected, as well as being applied to the skin or inhaled, and Table 1.1 lists the range of dosage forms that can be used to deliver drugs by the various administration routes. However, it is necessary to relate the drug substance to the clinical indication being treated before the correct combination of drug and dosage form can be made, as each disease or illness often requires a specific type of drug therapy. In addition, factors governing the choice of administration route and the specific requirements of that route which affect drug absorption need to be taken into account when designing dosage forms.

Many drugs are formulated into several dosage forms of varying strengths, each having selected pharmaceutical characteristics suitable for a specific application. One such drug is the glucocorticoid prednisolone, used in the suppression of inflammatory and allergic disorders. Through the use of different chemical forms and formulation additives a range of effective anti-inflammatory preparations are available, including tablet, enteric-coated tablet, injections, eye drops and enema. The extremely low aqueous solubility of the base prednisolone and acetate salt makes these forms useful in tablet and slowly absorbed intramuscular suspension injection forms, whereas the soluble sodium phosphate salt enables a soluble tablet form, and solutions for eye and ear drops, enema and intravenous injection to be prepared. The analgesic paracetamol is also available in a range of dosage forms and strengths to meet specific needs of the user, including tablets, dispersible tablets, paediatric soluble tablets, paediatric oral solution, sugar-free oral solution, oral suspension, double-strength oral suspension and suppositories.

**Table 1.1 Dosage forms available for different administration routes**

| Administration route | Dosage forms |
|---|---|
| Oral | Solutions, syrups, suspensions, emulsions, gels, powders, granules, capsules, tablets |
| Rectal | Suppositories, ointments, creams, powders, solutions |
| Topical | Ointments, creams, pastes, lotions, gels, solutions, topical aerosols |
| Parenteral | Injections (solution, suspension, emulsion forms), implants, irrigation and dialysis solutions |
| Respiratory | Aerosols (solution, suspension, emulsion, powder forms) inhalations, sprays, gases |
| Nasal | Solutions, inhalations |
| Eye | Solutions, ointments, creams |
| Ear | Solutions, suspensions, ointments creams |

It is therefore apparent that before a drug substance can be successfully formulated into a dosage form many factors must be considered. These can be broadly grouped into three categories:

1. Biopharmaceutical considerations, including factors affecting the absorption of the drug substance from different administration routes;
2. Drug factors, such as the physical and chemical properties of the drug substance;
3. Therapeutic considerations, including consideration of the clinical indication to be treated and patient factors.

High-quality and efficacious medicines will be formulated and prepared only when all these factors are considered and related to each other. This is the underlying principle of dosage form design.

## BIOPHARMACEUTICAL ASPECTS OF DOSAGE FORM DESIGN

Biopharmaceutics can be regarded as the study of the relationship between the physical, chemical and biological sciences applied to drugs, dosage forms and drug action. Clearly, understanding the principles of this subject is important in dosage form design, particularly with regard to drug absorption, as well as drug distribution, metabolism and excretion. In general, a drug substance must be in solution form before it can be absorbed via the absorbing membranes and epithelia of the skin, gastrointestinal tract and lungs into body fluids. Drugs are absorbed in two

CHURCHILL LIVINGSTONE
An imprint of Harcourt Publishers Limited

© Harcourt Publishers Limited 2002

is a registered trademark of Harcourt Publishers Limited

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without either the prior permission of the publishers (Harcourt Publishers Limited, Harcourt Place, 32 Jamestown Road, London NW1 7BY), or a licence permitting restricted copying in the United Kingdom issued by the Copyright Licensing Agency, 90 Tottenham Court Road, London W1P 0LP.

First published 1988
Second Edition 2002

Standard edition ISBN 0 443 05517 3

International Student Edition ISBN 0 443 05550 5

**British Library Cataloguing in Publication Data**
A catalogue record for this book is available from the British Library

**Library of Congress Cataloging in Publication Data**
A catalog record for this book is available from the Library of Congress

**Note**
Medical knowledge is constantly changing. As new information becomes available, changes in treatment, procedures, equipment and the use of drugs become necessary. The editor, contributors and the publishers have taken care to ensure that the information given in this text is accurate and up to date. However, readers are strongly advised to confirm that the information, especially with regard to drug usage, complies with the latest legislation and standards of practice.

The publisher's policy is to use paper manufactured from sustainable forests

Printed in Spain

general ways, by passive diffusion and by specialized transport mechanisms. In passive diffusion, which is thought to control the absorption of most drugs, the process is driven by the concentration gradient that exists across the cellular barrier, with drug molecules passing from regions of high to those of low concentration. Lipid solubility and the degree of ionization of the drug at the absorbing site influence the rate of diffusion. Several specialized transport mechanisms are postulated, including active and facilitated transport. Once absorbed, the drug can exert a therapeutic effect either locally or at a site of action remote from that of administration. In the latter case the drug has to be transported in body fluids (Fig. 1.1).

When the drug is administered from dosage forms designed to deliver via the buccal, respiratory, rectal, intramuscular or subcutaneous routes, it passes directly into the blood-stream from absorbing tissues, but the intravenous route is the most direct of all. When delivered by the oral route the onset of drug action will be delayed because of the required transit time in the gastrointestinal tract, the absorption process and hepatoenteric blood circulation features.

The physical form of the oral dosage form will also influence absorption rate and onset of action, with solutions acting faster than suspensions, which in turn generally act faster than capsules and tablets. Dosage forms can thus be listed in order of time of onset of therapeutic effect (Table 1.2). However, all drugs, irre-

**Table 1.2 Variation in time of onset of action for different dosage forms**

| Time of onset of action | Dosage forms |
|---|---|
| Seconds | i.v. injections |
| Minutes | i.m. and s.c. injections, buccal tablets, aerosols, gases |
| Minutes to hours | Short-term depot injections, solutions, suspensions, powders, granules, capsules, tablets, modified-release tablets |
| Several hours | Enteric-coated formulations |
| Days | Depot injections, implants |
| Varies | Topical preparations |




**Fig. 1.1** Pathways a drug may take following the administration of a dosage form by different route.



APOSEM0085956

spective of their delivery route, remain foreign substances to the human body, and distribution, metabolic and elimination processes commence immediately following absorption until the drug is eliminated from the body via the urine, faeces, saliva, skin or lungs in either unchanged or metabolized form.

## Routes of drug administration

The absorption pattern of drugs varies considerably between individual substances as well as between the different administration routes. Dosage forms are designed to provide the drug in a suitable form for absorption from each selected route of administration. The following discussion considers briefly the routes of drug administration, and although dosage forms are mentioned this is intended only as an introduction; as they will be dealt with in greater detail in other parts of this book.

### *Oral route*

The oral route is the one most frequently used for drug administration. Oral dosage forms are usually intended for systemic effects resulting from drug absorption through the various epithelia and mucosa of the gastrointestinal tract. A few drugs, however, are intended to dissolve in the mouth for rapid absorption, or for local effect in the tract, either because of the poor absorption by this route or because of their low aqueous solubility. Compared with other routes, the oral route is the simplest, most convenient and safest means of drug administration. Disadvantages, however, include the relatively slow onset of action, the possibilities of irregular absorption and the destruction of certain drugs by the enzymes and secretions of the gastrointestinal tract. For example, insulin-containing preparations are inactivated by the action of stomach fluids.

Several specific features relating to drug absorption from the gastrointestinal tract can be emphasized in the context of routes of administration. Changes in drug solubility can result from reactions with other materials present in the gastrointestinal tract, as for example the interference of absorption of tetracyclines through the formation of insoluble complexes with calcium, which can be available from foodstuffs or formulation additives. Gastric emptying time is an important factor for effective drug absorption from the intestine. Slow gastric emptying can be detrimental to drugs inactivated by the gastric juices, or slow down the absorption of drugs that are more effectively absorbed from the intestine. In addition, because environmental pH can influence the ionization and lipid solubility of drugs, the pH change that occurs along the gastrointestinal tract, from about 1 in the stomach to approximately 7 or 8 in the large intestine, is important to both degree and site of drug absorption. As membranes are more permeable to unionized rather than ionized forms, and as most drugs are weak acids or bases, it can be shown that weak acids, being largely unionized, are well absorbed from the stomach. In the small intestine (pH about 6.5), with its extremely large absorbing surface, both weak acids and weak bases are well absorbed.

The most popular oral dosage forms are tablets, capsules, suspensions, solutions and emulsions. Tablets are prepared by compression and contain drugs and formulation additives, which are included for specific functions, such as disintegrants which promote tablet break-up into granules and powder particles in the gastrointestinal tract, thereby facilitating drug dissolution and absorption. Tablets are often coated, either to provide a protection against environmental factors for drug stability purposes or to mask unpleasant drug taste, as well as to protect drugs from the acid conditions of the stomach (enteric coating). Increasing use is being made of modified-release tablet products, such as fast-dissolving systems and controlled, delayed or sustained-release formulations. The benefits of controlled-release tablet formulations, achieved for example by the use of polymeric-based tablet cores or coating membranes, include reduced frequency of drug-related side-effects and the maintenance of steady drug-plasma levels for extended periods. These factors are important when medications are delivered for chronic conditions, or where constant levels are required to achieve optimal efficacy, as in treating angina and hypertension.

Capsules are solid dosage forms containing drug and usually appropriate filler(s), enclosed in a hard or soft gelatin shell. As with tablets, uniformity of dose can be readily achieved and various sizes, shapes and colours of shell are commercially available. The gelatin shell readily ruptures and dissolves following oral administration, and in most cases the drug is released from a capsule faster than from a tablet. Recently, renewed interest has been shown in filling semisolid and microemulsion formulations into hard gelatin capsules to provide rapidly dispersing dosage forms for poorly soluble drugs.

Suspensions, which contain finely divided drugs suspended in a suitable vehicle, are a useful means of administering large amounts of drugs that would be inconvenient if taken in tablet or capsule form. They are also useful for patients who experience difficulty in swallowing tablets and capsules, and for paediatric



APOSEM0085957

use. Whereas dissolution of drugs is required prior to absorption following administration, fine particles with a large surface area are presented to dissolving fluids, which facilitate dissolution in the gastrointestinal tract, absorption, and hence the onset of drug action. Not all oral suspensions are formulated for systemic effects however, and several, for example kaolin and morphine mixture, are designed for local effects in the gastrointestinal tract. On the other hand, solutions, including formulations such as syrups and linctuses, are absorbed more rapidly than solid dosage forms or suspensions, as drug dissolution is not required.

### Rectal route

Drugs given rectally in solution, suppository or emulsion form are generally administered for local rather than systemic effects. Suppositories are solid forms intended for introduction into body cavities (usually rectal, but also vaginal and urethral), where they melt, releasing the drug, and the choice of suppository base or drug carrier can greatly influence the degree and rate of drug release. This route of administration is indicated for drugs that are inactivated by the gastrointestinal fluids when given orally, or when the oral route is precluded, as for example when a patient is vomiting or unconscious. Drugs administered rectally also enter the systemic circulation without passing through the liver, an advantage for drugs that are significantly inactivated by the liver following oral absorption. However, the rectal route is inconvenient and drug absorption is often irregular and difficult to predict.

### Parenteral route

A drug administered parenterally is one injected via a hollow needle into the body at various sites and to varying depths. The three main parenteral routes are subcutaneous (s.c.), intramuscular (i.m.) and intravenous (i.v.). Other routes, such as intracardiac and intrathecal, are used less frequently. The parenteral route is preferred when rapid absorption is essential, as in emergency situations or when patients are unconscious or unable to accept oral medication, and in cases when drugs are destroyed or inactivated or poorly absorbed following oral administration. Absorption after parenteral drug delivery is rapid and, in general, blood levels attained are more predictable than those achieved by oral dosage forms.

Injectable preparations are usually sterile solutions or suspensions of drugs in water or other suitable physiologically acceptable vehicles. As previously mentioned, drugs in solution are rapidly absorbed and so injection suspensions are slower acting than solutions. In addition, because body fluids are aqueous, by using drugs suspended in oily vehicles a preparation exhibiting slower absorption characteristics can be formulated to provide a depot preparation, providing a reservoir of drug which is slowly released into the systemic circulation. Such preparations are administered by intramuscular injection deep into skeletal muscles (e.g. several penicillin-containing injections). Alternatively, depot preparations can be achieved by subcutaneous implants or pellets, which are compressed or moulded discs of drug placed in loose subcutaneous tissue under the outer layers of the skin. Such systems include solid microspheres, polymeric biodegradable polymeric microspheres (e.g. polylactide co-glycollic acid homo- and copolymers) containing proteins or peptides (e.g. human growth hormone and leuprolide). More generally, subcutaneous injections are aqueous solutions or suspensions that allow the drug to be placed in the immediate vicinity of blood capillaries. The drug then diffuses into the capillaries. The inclusion of vasoconstrictors or vasodilators in subcutaneous injections will clearly influence blood flow through the capillaries, thereby modifying the capacity for absorption. This principle is often used in the administration of local anaesthetics with the vasoconstrictor adrenaline, which delays drug absorption. Conversely, improved drug absorption can result when vasodilators are included. Intravenous administration involves the injection of sterile aqueous solutions directly into a vein at an appropriate rate. Volumes delivered can range from a few millilitres, as in emergency treatment or for hypnotics, up to litre quantities, as in replacement fluid treatment or nutrient feeding.

Given the generally negative patient acceptance of this important route of drug delivery, primarily associated with pain and inconvenience, recent developments have focused on 'needle-free' injection systems which propel drugs in aqueous solution or powder form at high velocity directly through the external layers of the skin.

### Topical route

Drugs are applied topically, that is to the skin, mainly for local action. Although this route can also be used for systemic drug delivery, percutaneous absorption is often poor and erratic, although several transdermal patches delivering drug for systemic distribution are available (e.g. glyceryl trinitrate patches for the prophylaxis and treatment of angina). Drugs applied to the skin for local effect include antiseptics,

antifungals, anti-inflammatory agents, as well as skin emollients for protective effects.

Pharmaceutical topical formulations – ointments, creams and pastes – are composed of drug in a suitable semisolid base which is either hydrophobic or hydrophilic in character. The bases play an important role in determining the character of drug release from the formulation. Ointments are hydrophobic, oleaginous-based dosage forms, whereas creams are semisolid emulsions. Pastes contain more solids than ointments and thus are stiffer in consistency. For topical application in liquid form other than solution, lotions – suspensions of solids in aqueous solution – or emulsions are used. More recently, interest in transdermal electrotransport systems has grown. Here a low electrical potential maintained across the skin can improve drug transport.

The application of drugs to other topical surfaces, such as the eye, ear and nose, is common and ointments, creams, suspensions and solutions are utilized. Ophthalmic preparations are required, among other features, to be sterile. Nasal dosage forms include solutions or suspensions delivered by drops or fine aerosol from a spray. Ear formulations in general are viscous to prolong contact with affected areas.

### *Respiratory route*

The lungs provide an excellent surface for absorption when the drug is delivered in gaseous, aerosol mist or ultrafine solid particle form. For drug presented in an aerosol or solid form, particle size largely determines the extent to which they penetrate the alveolar region, the zone of rapid absorption. Particles in the region 0.5–1 μm diameter reach the alveolar sacs. Particles outside this range are either exhaled or deposited upon larger bronchial airways. This delivery route has been found particularly useful for the treatment of asthmatic problems, using both powder aerosols (e.g. sodium cromoglycate) and metered aerosols containing the drug in liquefied inert propellant (e.g. salbutamol sulphate aerosol). Importantly, this delivery route is being increasingly recognized as a means of administering the therapeutic agents emerging from biotechnology, such as peptides and proteins.

## DRUG FACTORS IN DOSAGE FORM DESIGN

Each type of dosage form requires careful study of the physical and chemical properties of drug substances to achieve a stable, effective product. These properties, such as dissolution, crystal size and polymorphic form, solid-state stability and drug – additive interactions, can have profound effects on the physiological availability and physical and chemical stability of the drug. By combining such data with those from pharmacological and biochemical studies, the most suitable drug form and additives can be selected for the formulation of chosen dosage forms. Although comprehensive property evaluation will not be required for all types of formulations, those properties that are recognized as important in dosage form design and processing are listed in Table 1.3, together with the stresses to which the formulation might be exposed during processing and manipulation into dosage forms, as well as the procedures involved. Variations in physicochemical properties, occurring for example between batches of the same material or resulting from alternative treatment procedures, can modify formulation requirements as well as processing and dosage form performance. For instance, the fine milling of poorly soluble drug substances can modify their wetting and dissolution characteristics, properties that are important during granulation and product performance, respectively. Careful evaluation of these properties and understanding of the effects of these stresses upon these parameters is therefore important in dosage form design and processing, as well as in product performance.

### Particle size and surface area

Particle size reduction results in an increase in the specific surface (i.e. surface area per unit weight) of powders. Drug dissolution rate, absorption rate, dosage form content uniformity and stability are all dependent to varying degrees on particle size, size distribution and interactions of solid surfaces. In many cases, for both drugs and additives particle size reduction is required to achieve the desired physiochemical characteristics.

It is now generally recognized that poorly aqueous-soluble drugs showing a dissolution rate-limiting step in the absorption process will be more readily bioavailable when administered in a finely subdivided form with larger surface than as a coarse material. Examples include griseofulvin, tolbutamide, indomethacin, spironolactone and nifedipine. The fine material, often in micrometre or submicrometre (nanometre) form with large specific surface, dissolves at a faster rate, which can lead to improved drug absorption by passive diffusion. On the other hand, with formulated nitrofurantoin preparations an



APOSEM0085959

**Table 1.3 Properties of drug substances important in dosage form design and potential stresses occurring during processes, with range of manufacturing procedures**

| Properties | Processing stresses | Manufacturing procedures |
|---|---|---|
| Particle size, surface area | Pressure | Precipitation |
| Solubility | Mechanical | Filtration |
| Dissolution | Radiation | Emulsification |
| Partition coefficient | Exposure to liquids | Milling |
| Ionization constant | Exposure to gases and liquid vapours | Mixing |
| Crystal properties, polymorphism | Temperature | Granulation |
| Stability | | Drying |
| Organoleptic | | Compression |
| (Other properties) | | Autoclaving |
| | | Crystallization |
| | | Handling |
| | | Storage |
| | | Transport |

optimal particle size of 150 μm reduces gastrointestinal distress while still permitting sufficient urinary excretion of this urinary antibacterial agent.

Rates of drug dissolution can be adversely affected, however, by unsuitable choice of formulation additives, even though solids of appropriate particle size are used. Tableting lubricant powders, for example, can impart hydrophobicity to a formulation and inhibit drug dissolution. Fine powders can also increase air adsorption or static charge, leading to wetting or agglomeration problems. Micronizing drug powders can lead to polymorphic and surface energy changes which cause reduced chemical stability. Drug particle size also influences content uniformity in solid dosage forms, particularly for low-dose formulations. It is important in such cases to have as many particles as possible per dose to minimize potency variation between dosage units. Other dosage forms are also affected by particle size, including suspensions (for controlling flow properties and particle interactions), inhalation aerosols (for optimal penetration of drug particles to absorbing mucosa) and topical formulations (for freedom from grittiness).

## Solubility

All drugs, by whatever route they are administered, must exhibit at least limited aqueous solubility for therapeutic efficiency. Thus relatively insoluble compounds can exhibit erratic or incomplete absorption, and it might be appropriate to use more soluble salt or other chemical derivatives. Alternatively, micronizing, complexation or solid dispersion techniques might be employed. Solubility, and especially degree of saturation in the vehicle, can also be important in the absorption of drugs already in solution in liquid dosage forms, as precipitation in the gastrointestinal tract can occur and bioavailability be modified.

The solubilities of acidic or basic compounds are pH dependent and can be altered by forming salt forms with different salts exhibiting different equilibrium solubilities. However, the solubility of a salt of a strong acid is less affected by changes in pH than is the solubility of a salt of a weak acid. In the latter case, when pH is lower the salt hydrolyses to an extent dependent on pH and $pK_a$, resulting in decreased solubility. Reduced solubility can also occur for slightly soluble salts of drugs through the common ion effect. If one of the ions involved is added as a different, more water-soluble salt, the solubility product can be exceeded and a portion of the drug precipitates.

## Dissolution

As mentioned above, for a drug to be absorbed it must first be dissolved in the fluid at the site of absorption. For example, an orally administered drug in tablet form is not absorbed until drug particles are



APOSEM0085960

dissolved or solubilized by the fluids at some point along the gastrointestinal tract, depending on the pH–solubility profile of the drug substance. Dissolution describes the process by which the drug particles dissolve.

During dissolution, the drug molecules in the surface layer dissolve, leading to a saturated solution around the particles that forms the diffusion layer. Dissolved drug molecules then pass throughout the dissolving fluid to contact absorbing mucosa, and are absorbed. Replenishment of diffusing drug molecules in the diffusion layer is achieved by further drug dissolution, and the absorption process continues. If dissolution is fast, or the drug is delivered and remains in solution form, the rate of absorption is primarily dependent upon its ability to transverse the absorbing membrane. If, however, drug dissolution is slow owing to its physicochemical properties or formulation factors, then dissolution may be the rate-limiting step in absorption and influence drug bioavailability. The dissolution of a drug is described in a simplified manner by the Noyes–Whitney equation:

$$\frac{dm}{dt} = kA(C_s - C)$$

where $\frac{dm}{dt}$ is the dissolution rate, $k$ is the dissolution rate constant, $A$ is the surface area of dissolving solid, and $C_S$ is the concentration of drug in the dissolution medium at time $t$. The equation reveals that dissolution rate can be raised by increasing the surface area (reducing particle size) of the drug, by increasing the solubility of the drug in the diffusing layer and by increasing $k$, which incorporates the drug diffusion coefficient and diffusion layer thickness. During the early phases of dissolution $C_S > C$, and if the surface area $A$ and experimental conditions are kept constant, then $k$ can be determined for compacts containing drug alone. The constant $k$ is now termed the intrinsic dissolution rate constant, and is a characteristic of each solid drug compound in a given solvent under fixed hydrodynamic conditions.

Drugs with $k$ values below 0.1 mg$^{-1}$ cm$^{-2}$ usually exhibit dissolution rate-limiting absorption. Particulate dissolution can also be examined where an effort is made to control $A$, and formulation effects can be studied.

Dissolution rate data, when combined with solubility, partition coefficient and p$K_a$, provide an insight to the formulator into the potential in vivo absorption characteristics of a drug. However, in vitro tests only have significance when they are related to in vivo results. Once such a relationship has been established, in vitro dissolution tests can be used as a predictor of in vivo behaviour. The importance of dissolution testing has been widely recognized by official compendia, as well as drug registration authorities, with the inclusion of dissolution specifications using standardized testing procedures for a range of preparations.

## Partition coefficient and p$K_a$

As pointed out above, for relatively insoluble compounds the dissolution rate is often the rate-determining step in the overall absorption process. Alternatively, for soluble compounds the rate of permeation across biological membranes is the rate-determining step. Whereas dissolution rate can be changed by modifying the physicochemical properties of the drug and/or by altering the formulation composition, the permeation rate is dependent upon the size, relative aqueous and lipid solubility and ionic charge of drug molecules, factors that can be altered through molecular modifications. The absorbing membrane acts as a lipophilic barrier to the passage of drugs which is related to the lipophilic nature of the drug molecule. The partition coefficient, for example between oil and water, is a measure of lipophilic character.

The majority of drugs are weak acids or bases and, depending on their pH, exist in an ionized or unionized form. Membranes of absorbing mucosa are more permeable to unionized forms of drugs than to ionized species, because of the greater lipid solubility of the unionized forms and the highly charged nature of the cell membrane, which results in the binding or repelling of the ionized drug, thereby decreasing penetration. Therefore, the dominating factors that influence the absorption of weak acids and bases are the pH at the site of absorption and the lipid solubility of the unionized species. These factors, together with the Henderson–Hasselbalch equations for calculating the proportions of ionized and unionized species at a particular pH, constitute the pH-partition theory for drug absorption. However, these factors do not describe completely the process of absorption, as certain compounds with low partition coefficients and/or which are highly ionized over the entire physiological pH range show good bioavailability, and therefore other factors are clearly involved.

## Crystal properties: polymorphism

Practically all drug substances are handled in powder form at some stage during manufacture into dosage forms. However, for those substances composed of, or containing, powders or compressed

powders in the finished product, the crystal properties and solid-state form of the drug must be carefully considered. It is well recognized that drug substances can be amorphous (i.e. without regular molecular lattice arrangements), crystalline, anhydrous, at various degrees of hydration or solvated with other entrapped solvent molecules, as well as varying in crystal hardness, shape and size. In addition, many drug substances can exist in more than one form, with different molecular packing arrangements in the crystal lattice. This property is termed polymorphism, and different polymorphs may be prepared by manipulating the conditions of particle formation during crystallization, such as solvent, temperature and rate of cooling. It is known that only one form of a pure drug substance is stable at a given temperature and pressure, with the other forms, termed metastable, converting at different rates of the stable crystalline form. The different polymorphs vary in physical properties such as dissolution and solid-state stability, as well as processing behaviour in terms of powder flow and compaction during tableting in some cases.

These different crystalline forms can be of considerable importance in relation to the ease or difficulty of formulation and as regards stability and biological activity. As might be expected, higher dissolution rates are obtained for metastable polymorphic forms; for example, the metastable form of chlortetracyline hydrochloride exhibits improved rate and extent of bioavailability. In some cases, amorphous forms are more active than crystalline forms.

The polypeptide hormone insulin, widely used in the regulation of carbohydrate, fat and protein metabolism, also demonstrates how differing degrees of activity can result from the use of different crystalline forms of the same agent. In the presence of acetate buffer, zinc combines with insulin to form an extremely insoluble complex of the proteinaceous hormone. This complex is an amorphous precipitate or crystalline product, depending on environmental pH. The amorphous form, containing particles of no uniform shape and smaller than 2 μm, is absorbed following i.m. or s.c. injection and has a short duration of action, whereas the crystalline product, consisting of 10–40 micrometre-sized rhombohedral crystals, is more slowly absorbed and has a longer duration of action. Insulin preparations that are intermediate in duration of action are prepared by taking physical mixtures of these two products.

Polymorphic transitions can also occur during milling, granulating, drying and compressing operations (e.g. transitions during milling for digoxin and spironolactone). Granulation can result in solvate formation or, during drying, a solvated or hydrated molecule may be lost to form an anhydrous material. Consequently, the formulator must be aware of these potential transformations, which can result in undesirable modified product performance even though routine chemical analyses may not reveal any changes. Reversion from metastable forms, if used, to the stable form may also occur during the lifetime of the product. In suspensions this may be accompanied by changes in the consistency of the preparation which affect its shelf life and stability. Such changes can often be prevented by the inclusion of additives, such as hydrocolloids and surface-active agents.

## Stability

The chemical aspects of formulation generally centre around the chemical stability of the drug and its compatibility with the other formulation ingredients. In addition it should be emphasised that the packaging of the dosage form is an important contributing factor to product stability and must be an integral part of stability testing programmes. Only a brief summary is given at this point. It has been mentioned previously that one of the principles of dosage form design is to ensure that the chemical integrity of drug substances is maintained during the usable life of the product. At the same time, chemical changes involving additive and any physical modifications to the product must be carefully monitored to optimize formulation stability.

In general, drug substances decompose as a result of the effects of heat, oxygen, light and moisture. For example, esters such as aspirin and procaine are susceptible to solvolytic breakdown, whereas oxidative decomposition occurs for substances such as ascorbic acid. Drugs can be classified according to their sensitivity to breakdown:

1. Stable under all conditions (e.g. kaolin)
2. Stable if handled correctly (e.g. aspirin)
3. Moderately stable even with special handling (e.g. vitamins)
4. Very unstable (e.g. certain antibiotics in solution form).

Although the mechanisms of solid-state degradation are complex and often difficult to analyse, a full understanding is not a prerequisite in the design of a suitable formulation containing solids. For example, in cases where drug substances are sensitive to hydrolysis, precautions such as minimum exposure to moisture during preparation, low moisture content specifications in the final product, and moisture resistant packaging can be used. For oxygen-



APOSEM0085962

sensitive drugs antioxidants can be included in the formulation and, as with light-sensitive materials, suitable packaging can reduce or eliminate the problem. For drugs administered in liquid form, the stability in solution as well as the effects of pH over the gastrointestinal pH range of 1–8 should be understood. Buffers may be required to control the pH of the preparation to improve stability, or where liquid dosage forms are sensitive to microbial attack, preservatives are required. In these formulations, and indeed in all dosage forms incorporating additives, it is also important to ensure that the components, which may include additional drug substances as in multivitamin preparations, do not produce chemical interactions themselves. Interactions between drug(s) and added excipients, such as antioxidants, preservatives, suspending agents, colourants, tablet lubricants and packaging materials, do occur and must be checked for during formulation. Over recent years data from thermal analysis techniques, particularly differential scanning calorimetry (DSC), when critically examined have been found useful in rapid screening for possible drug-additive and drug–drug interactions. For example, using DSC it has been demonstrated that the widely used tableting lubricant magnesium stearate interacts with aspirin and should be avoided in formulations containing this drug.

## Organoleptic properties

Modern medicines require that pharmaceutical dosage forms are acceptable to the patient. Unfortunately, many drug substances in use today are unpalatable and unattractive in their natural state and dosage forms containing such drugs, particularly oral preparations, may require the addition of approved flavours and/or colours.

The use of flavours applies primarily to liquid dosage forms intended for oral administration. Available as concentrated extracts, solutions, adsorbed on to powders or microencapsulated, flavours are usually composed of mixtures of natural and synthetic materials. The taste buds of the tongue respond quickly to bitter, sweet, salt or acid elements of a flavour. In addition, unpleasant taste can be overcome by using water-insoluble derivatives of drugs which have little or no taste. An example is the use of amitriptyline pamoate. In such approaches other factors, such as bioavailability, must remain unchanged. If an insoluble derivative is unavailable or cannot be used, a flavour or perfume can be used. Alternatively, unpleasant drugs can be administered in capsules or prepared as coated particles, or tablets may be easily swallowed avoiding the taste buds.

The selection of flavour depends upon several factors, but particularly on the taste of the drug substance. Certain flavours are more effective at masking various taste elements: for example, citrus flavours are frequently used to combat sour or acid-tasting drugs. The solubility and stability of the flavour in the vehicle are also important. The age of the intended patient should also be considered, as children, for example, prefer sweet tastes, as well as the psychological links between colours and flavours (e.g. yellow is associated with lemon flavour). Sweetening agents may also be required to mask bitter tastes. Sucrose continues to be used, but alternatives such as sodium saccharin, which is 200–700 times sweeter depending on concentration, are available. Sorbitol is recommended for diabetic preparations.

Colours are employed to standardize or improve an existing drug colour, to mask a colour change or complement a flavour. Although colours are obtained both from natural sources (e.g. carotenoids) and synthesized (e.g. amaranth), the majority used are synthetically produced. Dyes may be aqueous (e.g. amaranth) or oil soluble (e.g. Sudan IV) or insoluble in both (e.g. aluminium lakes). Insoluble colours are known as pigments. Lakes (which are generally water-insoluble calcium or aluminium complexes of water-soluble dyes) are particularly useful in tablets and tablet coatings because of their greater stability to light than corresponding dyes, which also vary in their stability to pH and reducing agents. However, in recent years the inclusion of colours in formulations has become extremely complex because of the banning of many traditionally used colours in many countries. (A useful summary on colours is given in Martindale, *The Extra Pharmacopoeia*).

## Other drug properties

At the same time as ensuring that dosage forms are chemically and physically stable and are therapeutically efficacious, it is also relevant to establish that the selected formulation is capable of efficient and, in most cases, large-scale manufacture. In addition to those properties previously discussed, such as particle size and crystal form, other characteristics, such as hygroscopicity, flowability and compressibility, are particularly valuable when preparing solid dosage forms where the drugs constitute a large percentage of the formulation. Hygroscopic drugs can require low-moisture manufacturing environments and need to avoid water during preparation. Poorly flowing



APOSEM0085963

formulations may require the addition of flow agents (e.g. fumed silica). Studies of the compressibility of drug substances are frequently undertaken using instrumented tablet machines in formulation laboratories to examine the tableting potential of the material, in order to foresee any potential problems during compaction, such as lamination or sticking which may require modification to the formulation or processing conditions.

## THERAPEUTIC CONSIDERATIONS IN DOSAGE FORM DESIGN

The nature of the clinical indication, disease or illness against which the drug is intended is an important factor when selecting the range of dosage forms to be prepared. Factors such as the need for systemic or local therapy, the duration of action required and whether the drug will be used in emergency situations, need to be considered. In the vast majority of cases a single drug substance is prepared into a number of dosage forms to satisfy both the particular preferences of the patient or physician and the specific needs of a certain clinical situation. For example, many asthmatic patients use inhalation aerosols from which the drug is rapidly absorbed into the systematic circulation following deep inhalation for rapid emergency relief, and oral products for chronic therapy.

Patients requiring urgent relief from angina pectoris, a coronary circulatory problem, place tablets of nitroglycerin sublingually for rapid drug absorption from the buccal cavity. Thus, although systemic effects are generally obtained following oral and parenteral drug administration, other routes can be employed as the drug and the situation demand. Local effects are generally restricted to dosage forms applied directly, such as those applied to the skin, ear, eye and throat. Some drugs may be well absorbed by one route and not another, and must therefore be considered individually.

The age of the patient also plays a role in defining the types of dosage forms made available. Infants generally prefer liquid dosage forms, usually solutions and mixtures, given orally. Also, with a liquid preparation the amount of drug administered can be readily adjusted by dilution to give the required dose for the particular patient, taking weight, age and patient's condition into account. Children can have difficulty in swallowing solid dosage forms, and for this reason many oral preparations are prepared as pleasantly flavoured syrups or mixtures. Adults generally prefer solid dosage forms, primarily because of their convenience. However, alternative liquid preparations are usually available for those unable to take tablets and capsules.

Interest has grown recently in the design of formulations that deliver drugs to specific 'targets' in the body, for example the use of liposomes and nanoparticles, as well as providing drugs over longer periods of time at controlled rates. Alternative technologies for preparing particles with required properties – crystal engineering – provide new opportunities. Supercritical fluid processing using carbon dioxide as a solvent or antisolvent is one such method, allowing fine-tuning of crystal properties and particle design and fabrication. Undoubtedly these new technologies and others, as well as sophisticated formulations, will be required to deal with peptide and protein drugs, the advent of gene therapy and the need to deliver such labile macromolecules to specific cells in the body. Interest is also likely to be directed to individual patient requirements, such as age, weight and physiological and metabolic factors, features that can influence drug absorption and bioavailability.

## SUMMARY

This chapter has demonstrated that the formulation of drugs into dosage forms requires the interpretation and application of a wide range of information from several study areas. Although the physical and chemical properties of drugs and additives need to be understood, the factors influencing drug absorption and the requirements of the disease to be treated also have to be taken into account when identifying potential delivery routes. The formulation and associated preparation of dosage forms demand the highest standards, with careful examination, analysis and evaluation of wide-ranging information by pharmaceutical scientists to achieve the objective of creating high-quality and efficacious dosage forms.

## BIBLIOGRAPHY

Amidon, G.L., Lennernas, H., Shah, V.P., Crison, J.R. (1995). A theoretical basis for a biopharmaceutical drug classification: the correlation of in vitro drug product dissolution and bioavailability. *Pharmaceutical Research*, **12**, 413–420.

Martindale, W. (1999) *The Extra Pharmacopoeia*, Royal Pharmaceutical Society of Great Britain, London.



APOSEM0085964

*Modern Pharmaceutics*, 3rd edn. (1999) (Eds Banker, G.S., Rhodes, C.T.) Marcel Dekker.
*Pharmaceutical Dosage Forms and Drug Delivery Systems*, 7th edn. (1999) (Eds Ansel, H.C., Allen, L.V., Popovitch, N.G.) Lippincott Williams & Wilkins, Philadelphia.
*Physical Pharmacy: Physical Chemical Principles in the Pharmaceutical Sciences*, 4th edn. (1993) Martin A.N. and Bustamanta, P. Lea and Febiger, Philadelphia.
*Physicochemical Principles of Pharmacy*, 3rd edn. (1998) Florence, A.T. and Attwood, D., Macmillan, Basingstoke.
Shekunov, B. Yu., York, P. (2000) Crystallization processes in pharmaceutical technology and drug delivery design. *Journal of Crystal Growth*, **211**, 122–136.
*Solid State Chemistry of Drugs*, 2nd edn. (1999) Byrn, S.R., Pfeiffer, R.R., Stowell, J.G., SSCI Inc., West Lafayette.



APOSEM0085965

PART FOUR

# DOSAGE FORM DESIGN AND MANUFACTURE



APOSEM0085966

# 24

# Powders and granules

*Malcolm Summers*

CHAPTER CONTENTS

**Powdered and granulated products as dosage forms 360**
Advantages and disadvantages of powdered and granulated products 361

**Dispensed preparations 361**
Bulk powders 361
Divided powders 361
Bulk granules 362
Divided granules 362
Dusting powders 362
Insufflations 362
Dry-powder inhalers 362

**Preparations requiring further treatment at time of dispensing 363**
Oral antibiotic syrups 363
Powders for injection 363

**Bibliography 363**

## POWDERED AND GRANULATED PRODUCTS AS DOSAGE FORMS

The term 'powder' when used to describe a dosage form describes a formulation in which a drug powder has been mixed with other powdered excipients to produce the final product. The function of the added excipients depends upon the intended use of the product. Colouring, flavouring and sweetening agents, for example, may be added to powders for oral use.

Conventionally, the title 'powder' should be restricted to powder mixes for internal use, and alternative titles are used for other powdered formulations, e.g. dusting powders, which are for external use. The more descriptive title 'oral powder' to differentiate powders for internal use is recommended.

Granules which are used as a dosage form consist of powder particles that have been aggregated to form a larger particle, which is usually 2–4 mm in diameter. This is much larger than granules prepared as an intermediate for tablet manufacture. The processes involved in forming granules from powders are discussed in Chapter 25.

Powdered and granulated products are traditionally dispensed as:

- bulk powders or granules for internal use
- divided powders or granules (i.e. single preparations) for internal use
- dusting powders for external use.

Other preparations which are presented as powders or granules include:

- insufflations for administration to ear, nose or throat
- antibiotic syrups to be reconstituted before use
- powders for reconstitution into injections
- dry powder inhalers.

## Advantages and disadvantages of powdered and granulated products

The advantages of this type of preparation are as follows.

1. Solid preparations are more chemically stable than liquid ones. The shelf-life of powders for antibiotic syrups, for example, is 2–3 years, but once they are reconstituted with water it is 1–2 weeks. The instability observed in liquid preparations is usually the primary reason for presenting some injections as powders to be reconstituted just prior to use.
2. Powders and granules are a convenient form in which to dispense drugs with a large dose. The dose of Compound Magnesium Trisilicate Oral Powder is 1–5 g, and although it is feasible to manufacture tablets to supply this dose it is often more acceptable to the patient to disperse a powder in water and swallow it as a draught.
3. Orally administered powders and granules of soluble medicaments have a faster dissolution rate than tablets or capsules, as these must first disintegrate before the drug dissolves. Drug absorption from such powdered or granulated preparations will therefore be faster than from the corresponding tablet or capsule, if the dissolution rate limits the rate of drug absorption.

The disadvantages of powders and granules are as follows.

1. Bulk powders or granules are far less convenient for the patient to carry than a small container of tablets or capsules, and are as inconvenient as liquid preparations, such as mixtures. Modern packaging methods for divided preparations, such as heat-sealable laminated sachets, mean that individual doses can be conveniently carried.
2. The masking of unpleasant tastes may be a problem with this type of preparation. A method of attempting this is by formulating the powder into a pleasantly tasting or taste-masked effervescent product, whereas tablets and capsules are a more common alternative for low-dose products.
3. Bulk powders or granules are not suitable for administering potent drugs with a low dose. This is because individual doses are extracted from the bulk using a 5 mL spoon. This method is subject to such variables as variation in spoon fill (e.g. 'level' or 'heaped' spoonfuls) and variation in the bulk density of different batches of a powder. It is therefore not an accurate method of measurement. Divided preparations have been used for more potent drugs, but tablets and capsules have largely replaced them for this purpose.
4. Powders and granules are not a suitable method for the administration of drugs which are inactivated in, or cause damage to, the stomach; these should be presented as enteric-coated tablets, for example.

## DISPENSED PREPARATIONS

### Bulk powders

The mixed ingredients are packed into a suitable bulk container, such as a wide-mouthed glass jar. Because of the disadvantages of this type of preparation the constituents are usually relatively non-toxic medicaments with a large dose, e.g. magnesium trisilicate and chalk, as present in Compound Magnesium Trisilicate Oral Powder. Relatively few proprietary examples exist, although many dietary/food supplements are packed in this way.

### Divided powders

Divided powders are similar formulations to bulk powders but individual doses are separately wrapped.

Traditionally, single doses were wrapped in paper. This was unsatisfactory for most products, particularly if the ingredients were hygroscopic, volatile or deliquescent. Modern packaging materials of foil and plastic laminates have replaced such paper wrappings because they offer superior protective qualities and are amenable to use on high-speed packing machines.

Effervescent powders can now be packed in individual dose units because of the protective qualities of laminates. Such powders contain, for example, sodium bicarbonate and citric acid, which react and effervesce when the patient adds the powder to water to produce a draught. It is important to protect the powder from the ingress of moisture during manufacture and on subsequent storage to prevent the reaction occurring prematurely.

All powders and granules should be stored in a dry place to prevent deterioration due to ingress of moisture. Even if hydrolytic decomposition of susceptible ingredients does not occur, the particles will adhere and cake, producing an inelegant, often unusable product.



APOSEM0085968

## Bulk granules

One disadvantage of bulk powders is that, because of particle size differences, the ingredients may segregate (see Chapter 13), either on storage in the final container or in the hoppers of packaging machines. If this happens the product will be non-uniform and the patient will not receive the same dose of the ingredients on each occasion. This can be prevented by granulating the mixed powders.

Bulk granules therefore contain similar medicaments to powders, i.e. those with low-toxicity, high-dose drugs. Methylcellulose Granules, for example, are used as a bulk-forming laxative and have a dose of 1–4 g daily. Many proprietary preparations contain similar bulk-forming laxatives.

## Divided granules

These are granulated products in which sufficient for one dose is individually wrapped. Effervescent granules can be formulated and presented in this manner. The comments on packaging materials discussed under Divided powders above are also equally pertinent to divided granules.

## Dusting powders

Dusting powders contain ingredients used for therapeutic, prophylactic or lubricant purposes and are intended for external use.

Only sterile dusting powders should be applied to open wounds. Such preparations should be prepared using materials and methods designed to ensure sterility and to avoid the introduction of contaminants and the growth of micro-organisms.

Dusting powders for lubricant purposes or superficial skin conditions need not be sterile but they should be free from pathogenic organisms. As minerals such as talc and kaolin may be contaminated at source with spores of organisms causing tetanus and gangrene, these should be sterilized before they are incorporated into the product. Talc dusting powder is a sterile cutaneous powder containing starch and purified talc in which the talc is sterilized before incorporation with the starch, or the final product is subject to a suitable terminal sterilization procedure.

Dusting powders are normally dispensed in glass or metal containers with a perforated lid. The powder must flow well from such a container, so that they can be dusted over the affected area. The active ingredients must therefore be diluted with materials having reasonably good flow properties, e.g. purified talc or maize starch.

Hexachlorophane Dusting Powder contains an antibacterial agent and Talc Dusting Powder is used as a lubricant to prevent chafing. Proprietary products are available, usually for the treatment of bacterial or fungal infections, e.g. Canesten Powder (clotrimazole) is used as an antifungal agent and CX Powder (containing chlorhexidine acetate) is used as a general skin disinfectant.

## Insufflations

Insufflations are medicated powders which are blown into regions such as the ear, nose and throat using an insufflator. The use of traditional insufflations declined because they were not very acceptable, being more inelegant and less convenient to apply than other topical preparations. A second problem was that if the powder contained a drug that had systemic activity it was difficult, with the conventional insulator, to ensure that the same dose was delivered on each occasion.

Some potent drugs are now presented in this way because they are rapidly absorbed when administered as a fine powder via the nose (see Chapter 32 for a detailed discussion of the nasal route of administration). To enhance convenience and ensure that a uniform dose is delivered on each occasion, devices have been developed to replace the traditional insufflator. Sufficient drug for one dose may be presented in a hard gelatin capsule diluted with an inert, soluble diluent such as lactose. The capsule is placed in the body of the insufflator and is broken when the device is assembled. The drug is inhaled by the patient as a fine powder.

## Dry-powder inhalers

The use of dry-powder systems for pulmonary drug delivery is now extensive. This dosage form has developed into one of the most effective methods of delivering active ingredients to the lung for the treatment of asthma and chronic obstructive pulmonary disease. Its popularity is reflected in the number of commercial preparations available in a number of sophisticated and increasingly precise devices. Pulmonary delivery is discussed fully in Chapter 31, and the reader is referred there for further information.



APOSEM0085969

## PREPARATIONS REQUIRING FURTHER TREATMENT AT TIME OF DISPENSING

### Oral antibiotic syrups

For patients who have difficulty taking capsules and tablets, e.g. young children, a liquid preparation of a drug offers a suitable alternative. However, many drugs, e.g. antibiotics, are physically or chemically unstable when formulated as a solution or suspension. The method used to overcome this instability problem is to manufacture the dry ingredients of the intended liquid preparation in a suitable container in the form of a powder or granules. When the pharmacist dispenses the product, a given quantity of water is added to reconstitute the solution or suspension. This enables sufficient time for warehouseing and distribution of the product and storage at the pharmacy without degradation. Once it is reconstituted, the patient is warned of the short shelf-life. A shelf-life of 1–2 weeks for the reconstituted syrup should not be a serious problem for the patient. Examples are Erythroped Suspension and Amoxicillin Oral Suspension.

### Powders for injection

Injections of medicaments that are unstable in solution must be made immediately prior to use and are presented as sterile powders in ampoules. Sufficient diluent, e.g. sterile Water for Injections, is added from a second ampoule to produce the required drug concentration and the injection is used immediately. The powder may contain suitable excipients in addition to the drug, e.g. sufficient additive to produce an isotonic solution when the injection is reconstituted.

## BIBLIOGRAPHY

*British Pharmacopoeia* (2000), HMSO, London.

Further information on proprietary products can be found in:

*The Data Sheet Compendium*, Datapharm Publications Ltd (published annually).

*The Monthly Index of Medical Specialities* (MIMS), Medical Publications Ltd.

# 25 Granulation

*Malcolm Summers, Michael Aulton*

CHAPTER CONTENTS

**Introduction to granulation 365**
Reasons for granulation 365
To prevent segregation of the constituents of the powder mix 365
To improve the flow properties of the mix 366
To improve the compaction characteristics of the mix 366
Other reasons 366
Methods of granulation 366
Dry granulation 366
Wet granulation (involving wet massing) 366
Effect of granulation method on granule structure 367

**Granulation mechanisms 367**
Particle-bonding mechanisms 367
Adhesion and cohesion forces in immobile films 367
Interfacial forces in mobile liquid films 367
Solid bridges 368
Partial melting 368
Hardening binders 368
Crystallization of dissolved substances 368
Attractive forces between solid particles 368

**Mechanisms of granule formation 369**
Nucleation 369
Transition 369
Ball growth 369
Coalescence 369
Breakage 369
Abrasion transfer 369
Layering 369

**Pharmaceutical granulation equipment 369**
Wet granulators 369
Shear granulators 370
High-speed mixer/granulators 371
Fluidized-bed granulators 372
Advantages of fluidized-bed granulation 372
Disadvantages of fluidized-bed granulation 373
Spray-driers 374
Spheronizers/pelletizers 374
Extrusion/spheronization 374
Applications of extrusion/spheronization 374
Controlled drug release 374
Processing 374
Desirable properties of pellets 375
The process 375
Dry mixing of ingredients 375
Wet massing 375
Extrusion 375
Spheronization 375
Drying 376
Screening 376
Formulation variables 376
Summary 376

**Rotor granulation 376**

**Dry granulators 378**
Sluggers 378
Roller compactors 378

**Bibliography 378**

## INTRODUCTION TO GRANULATION

Granulation is the process in which **primary powder particles** are made to adhere to form larger, multiparticle entities called **granules**. Pharmaceutical granules typically have a size range between 0.2 and 4.0 mm, depending on their subsequent use. In the majority of cases this will be in the production of tablets or capsules, when granules will be made as an intermediate product and have a typical size range between 0.2 and 0.5 mm, but larger granules are used as a dosage form in their own right (see Chapter 24).

Granulation normally commences after initial dry mixing of the necessary powdered ingredients so that a uniform distribution of each ingredient through the mix is achieved. After granulation the granules will either be packed (when used as a dosage form), or they may be mixed with other excipients prior to tablet compaction or capsule filling.

### Reasons for granulation

The reasons why granulation is often necessary are as follows.

*To prevent segregation of the constituents of the powder mix*

Segregation (or demixing, see Chapter 13) is due primarily to differences in the size or density of the components of the mix, the smaller and/or denser particles concentrating at the base of a container with the larger and/or less dense ones above them. An ideal granulation will contain all the constituents of the mix in the correct proportion in each granule, and segregation of the ingredients will not occur (Fig. 25.1).

It is also important to control the particle size distribution of the granules because, although the individual components may not segregate, if there is a wide size distribution the granules themselves may segregate. If this occurs in the hoppers of sachet-filling machines, capsule-filling machines or tablet machines, products with large weight variations will result. This is because these machines fill by volume rather than weight, and if different regions in the hopper contain granules of different sizes (and hence bulk density), a given volume in each region will contain a different weight of granules. This will lead to an unacceptable distribution of the drug content within the batch of finished product, even though the drug is evenly distributed, weight per weight, through the granules.




Fig. 25.1 Granulation to prevent powder segregation.



APOSEM0085972

### To improve the flow properties of the mix

Many powders, because of their small size, irregular shape or surface characteristics, are cohesive and do not flow well. Poor flow will often result in a wide weight variation within the final product owing to variable fill of tablet dies etc. Granules produced from such a cohesive system will be larger and more isodiametric, both factors contributing to improved flow properties.

### To improve the compaction characteristics of the mix

Some powders are difficult to compact even if a readily compactable adhesive is included in the mix, but granules of the same formulation are often more easily compacted and produce stronger tablets. This is associated with the distribution of the adhesive within the granule and is a function of the method employed to produce the granule. Often solute migration (see Chapter 26) occurring during the postgranulation drying stage results in a binder-rich outer layer to the granules. This in turn leads to direct binder–binder bonding, which assists the consolidation of weakly bonding materials.

### Other reasons

The above are the primary reasons for the granulation of pharmaceutical products, but there are other reasons that may necessitate the granulation of powdered material:

1. The granulation of toxic materials will reduce the hazard associated with the generation of toxic dust that may arise when handling powders. Suitable precautions must be taken to ensure that such dust is not a hazard during the granulation process. Thus granules should be non-friable and have a suitable mechanical strength.
2. Materials which are slightly hygroscopic may adhere and form a cake if stored as a powder. Granulation may reduce this hazard, as the granules will be able to absorb some moisture and yet retain their flowability because of their size.
3. Granules, being denser than the parent powder mix, occupy less volume per unit weight. They are therefore more convenient for storage or shipment.

## Methods of granulation

Granulation methods can be divided into two types: **wet** methods, which use a liquid in the process, and ***dry*** methods in which no liquid is used.

In a suitable formulation a number of different excipients will be needed in addition to the drug. The common types used are diluents, to produce a unit dose weight of suitable size, and disintegrating agents, which are added to aid the break-up of the granule when it reaches a liquid medium, e.g. on ingestion by the patient. Adhesives in the form of a dry powder may also be added, particularly if dry granulation is employed. These ingredients will be mixed before granulation.

### Dry granulation

In the dry methods of granulation the primary powder particles are aggregated under high pressure. There are two main processes. Either a large tablet (known as a '***slug***') is produced in a heavy-duty tabletting press (a process known as '***slugging***') or the powder is squeezed between two rollers to produce a sheet of material ('***roller compaction***'). In both cases these intermediate products are broken using a suitable milling technique to produce granular material, which is usually sieved to separate the desired size fraction. The unused fine material may be reworked to avoid waste. This dry method may be used for drugs that do not compress well after wet granulation, or those which are sensitive to moisture.

### Wet granulation (involving wet massing)

Wet granulation involves the massing of a mix of dry ***primary powder particles*** using a ***granulating fluid***. The fluid contains a solvent which must be volatile so that it can be removed by drying, and be non-toxic. Typical liquids include water, ethanol and isopropanol, either alone or in combination. The granulation liquid may be used alone or, more usually, as a solvent containing a dissolved ***adhesive*** (also referred to as a ***binder*** or ***binding agent***) which is used to ensure particle adhesion once the granule is dry.

Water is commonly used for economical and ecological reasons. Its disadvantages as a solvent are that it may adversely affect drug stability, causing hydrolysis of susceptible products, and it needs a longer drying time than do organic solvents. This increases the length of the process and again may affect stability because of the extended exposure to heat. The primary advantage of water is that it is non-flammable, which means that expensive safety precautions such as the use of flameproof equipment need not be taken. Organic solvents are used when

water-sensitive drugs are processed, as an alternative to dry granulation, or when a rapid drying time is required.

In the traditional wet granulation method the wet mass is forced through a sieve to produce wet granules which are then dried. A subsequent screening stage breaks agglomerates of granules and removes the fine material, which can than be recycled. Variations of this traditional method depend on the equipment used, but the general principle of initial particle aggregation using a liquid remains in all of the processes.

### *Effect of granulation method on granule structure*

The type and capacity of granulating mixers significantly influences the work input and time necessary to produce a cohesive mass, adequate liquid distribution and intragranular porosity of the granular mass. The method and conditions of granulation affect intergranular and intragranular pore structure by changing the degree of packing within the granules. It has been shown that precompressed granules, consisting of compressed drug and binder particles, are held together by simple bonding during compaction. Granules prepared by wet massing consist of intact drug particles held together in a sponge-like matrix of binder. Fluidized-bed granules are similar to those prepared by the wet massing process, but possess greater porosity and the granule surface is covered by a film of binding agent. With spray-dried systems the granules consist of spherical particles composed of an outer shell and an inner core of particles. Thus the properties of the granule are influenced by the manufacturing process.

# GRANULATION MECHANISMS

## Particle-bonding mechanisms

To form granules, bonds must be formed between powder particles so that they adhere and these bonds must be sufficiently strong to prevent breakdown of the granule to powder in subsequent handling operations.

There are five primary bonding mechanisms between particles:

1. Adhesion and cohesion forces in the immobile liquid films between individual primary powder particles;
2. Interfacial forces in mobile liquid films within the granules;
3. The formation of solid bridges after solvent evaporation;
4. Attractive forces between solid particles;
5. Mechanical interlocking.

Different types of mechanism were identified in each group and the ones discussed below are those that are relevant to pharmaceutical granulations.

### *Adhesion and cohesion forces in immobile films*

If sufficient liquid is present in a powder to form a very thin, immobile layer, there will be an effective decrease in interparticulate distance and an increase in contact area between the particles. The bond strength between the particles will be increased because of this, as the van der Waals forces of attraction are proportional to the particle diameter and inversely proportional to the square of the distance of separation.

This situation will arise with adsorbed moisture and accounts for the cohesion of slightly damp powders. Although such films may be present as residual liquid after granules prepared by wet granulation have been dried, it is unlikely that they contribute significantly to the final granule strength. In dry granulation, however, the pressures used will increase the contact area between the adsorption layers and decrease the interparticulate distance, and this will contribute to the final granule strength.

Thin, immobile layers may also be formed by highly viscous solutions of adhesives, and so the bond strength will be greater than that produced by the mobile films discussed below. The use of starch mucilage in pharmaceutical granulations may produce this type of film.

### *Interfacial forces in mobile liquid films*

During wet granulation liquid is added to the powder mix and will be distributed as films around and between the particles. Sufficient liquid is usually added to exceed that necessary for an immobile layer and to produce a mobile film. There are three states of water distribution between particles, which are illustrated in Figure 25.2.

At low moisture levels, termed the ***pendular state***, the particles are held together by lens-shaped rings of liquid. These cause adhesion because of the surface tension forces of the liquid/air interface and the hydrostatic suction pressure in the liquid bridge. When all the air has been displaced from between



APOSEM0085974




**Fig. 25.2** Water distribution between particles of a granule during formation and drying.

the particles the ***capillary state*** is reached, and the particles are held by capillary suction at the liquid/air interface, which is now only at the granule surface. The ***funicular state*** represents an intermediate stage between the pendular and capillary states. Moist granule tensile strength increases about three times between the pendular and the capillary state.

It may appear that the state of the powder bed is dependent upon the total moisture content of the wetted powders, but the capillary state may also be reached by decreasing the separation of the particles. In the massing process during wet granulation, continued kneading/mixing of material originally in the pendular state will densify the wet mass, decreasing the pore volume occupied by air and eventually producing the funicular or capillary state without further liquid addition.

In addition to these three states, a further state, the droplet, is illustrated in Figure 25.2. This will be important in the process of granulation by spray-drying of a suspension. In this state, the strength of the droplet is dependent upon the surface tension of the liquid used.

These wet bridges are only temporary structures in wet granulation because the moist granules will be dried. They are, however, a prerequisite for the formation of solid bridges formed by adhesives present in the liquid, or by materials that dissolve in the granulating liquid.

### Solid bridges

These can be formed by:

1. partial melting
2. hardening binders
3. crystallization of dissolved substances.

*Partial melting* Although not considered to be a predominant mechanism in pharmaceutical materials, it is possible that the pressures used in dry granulation methods may cause melting of low melting-point materials where the particles touch and high pressures are developed. When the pressure is relieved, crystallization will take place and bind the particles together.

*Hardening binders* This is the common mechanism in pharmaceutical wet granulations when an adhesive is included in the granulating solvent. The liquid will form liquid bridges, as discussed above, and the adhesive will harden or crystallize on drying to form solid bridges to bind the particles. Adhesives such as polyvinylpyrrolidone, the cellulose derivatives (such as carboxymethylcellulose) and pregelatinized starch function in this way.

*Crystallization of dissolved substances* The solvent used to mass the powder during wet granulation may partially dissolve one of the powdered ingredients. When the granules are dried, crystallization of this material will take place and the dissolved substance then acts as a hardening binder. Any material soluble in the granulating liquid will function in this manner, e.g. lactose incorporated into dry powders granulated with water.

The size of the crystals produced in the bridge will be influenced by the rate of drying of the granules: the slower the drying time, the larger the particle size. It is therefore important that the drug does not dissolve in the granulating liquid and recrystallize, because it may adversely affect the dissolution rate of the drug if crystals larger than that of the starting material are produced.

### Attractive forces between solid particles

In the absence of liquids and solid bridges formed by binding agents, there are two types of attractive force that can operate between particles in pharmaceutical systems.

Electrostatic forces may be important in causing powder cohesion and the initial formation of agglomerates, e.g. during mixing. In general they do not contribute significantly to the final strength of the granule.

Van der Waals forces, however, are about four orders of magnitude greater than electrostatic forces and contribute significantly to the strength of granules produced by dry granulation. The magnitude of these forces will increase as the distance between



APOSEM0085975

adjacent surfaces decreases, and in dry granulation this is achieved by using pressure to force the particles together.

## Mechanisms of granule formation

In the dry methods, particle adhesion takes place because of applied pressure. A compact or sheet is produced which is larger than the granule size required, and therefore the required size can be attained by milling and sieving.

In wet granulation methods, liquid added to dry powders has to be distributed through the powder by the mechanical agitation created in the granulator. The particles adhere to each other because of liquid films, and further agitation and/or liquid addition causes more particles to adhere. The precise mechanism by which a dry powder is transformed into a bed of granules varies for each type of granulation equipment, but the mechanism discussed below serves as a useful broad generalization of the process.

The proposed granulation mechanism can be divided into three stages.

### *Nucleation*

Granulation starts with particle–particle contact and adhesion due to liquid bridges. A number of particles will join to form the pendular state illustrated in Figure 25.2. Further agitation densifies the pendular bodies to form the capillary state, and these bodies act as nuclei for further granule growth.

### *Transition*

Nuclei can grow in two possible ways: either single particles can be added to the nuclei by pendular bridges, or two or more nuclei may combine. The combined nuclei will be reshaped by the agitation of the bed.

This stage is characterized by the presence of a large number of small granules with a fairly wide size distribution. Providing that this distribution is not excessively large, this is a suitable end-point for granules used in capsule and tablet manufacture, as relatively small granules will produce a uniform tablet die or capsule fill. Larger granules may give rise to problems in small-diameter dies owing to bridging across the die and uneven fill.

### *Ball growth*

Further granule growth produces large, spherical granules and the mean particle size of the granulating system will increase with time. If agitation is continued, granule coalescence will continue and produce an unusable, overmassed system, although this is dependent upon the amount of liquid added and the properties of the material being granulated.

Although ball growth produces granules that may be too large for pharmaceutical purposes, some degree of ball growth will occur in planetary mixers and it is an essential feature of some spheronizing equipment.

The four possible mechanisms of ball growth are illustrated in Figure 25.3.

*Coalescence* Two or more granules join to form a larger granule.

*Breakage* Granules break into fragments which adhere to other granules, forming a layer of material over the surviving granule.

*Abrasion transfer* Agitation of the granule bed leads to the attrition of material from granules. This abraded material adheres to other granules, increasing their size.

*Layering* When a second batch of powder mix is added to a bed of granules the powder will adhere to the granules, forming a layer over the surface and increasing the granule size. This mechanism is only relevant to the production of layered granules using spheronizing equipment.

There will be some degree of overlap between these stages and it will be very difficult to identify a given stage by inspection of the granulating system. For end-product uniformity it is desirable to finish every batch of a formulation at the same stage, and this may be a major problem in pharmaceutical production.

Using the slower processes, such as the planetary mixer, there is usually sufficient time to stop the process before overmassing occurs. With faster granulation equipment the duration of granulation can only be used as a control parameter when the formulation is such that granule growth is slow and takes place at a fairly uniform rate. In many cases, however, the transition from a non-granulated to an overmassed system is very rapid, and monitoring equipment is necessary to stop the granulation at a predetermined point, known as granulation end-point control.

# PHARMACEUTICAL GRANULATION EQUIPMENT

## Wet granulators

There are three main types of granulator used in the pharmaceutical industry for wet granulation.



APOSEM0085976




**Fig. 25.3** Mechanisms of ball growth during granulation.

*Shear granulators*

In the traditional granulation process a planetary mixer is often used for wet massing of the powders, e.g. Hobart, Collette, Beken (Fig. 25.4). Powder mixing usually has to be performed as a separate operation using suitable mixing equipment. With some formulations, such as those containing two or three ingredients in approximately equal quantities, however, it may be possible to achieve a suitable mix in the planetary mixer without a separate stage.

The mixed powders are fed into the bowl of the planetary mixer and granulating liquid is added as the paddle of the mixer agitates the powders. The planetary action of the blade when mixing is similar to that of a household mixer.

The moist mass has then to be transferred to a granulator, such as an oscillating granulator (Fig. 25.5). The rotor bars of the granulator oscillate and force the moist mass through the sieve screen, the size of which determines the granule size. The mass should be sufficiently moist to form discrete granules when sieved. If excess liquid is added, strings of material will be formed and if the mix is too dry the mass will be sieved to powder and granules will not be formed.

The granules can be collected on trays and transferred to a drying oven, although tray drying suffers from three major disadvantages:




**Fig. 25.4** Planetary mixer for wet massing.




**Fig. 25.5** Oscillating granulator.

1. The drying time is long.
2. Dissolved material can migrate to the upper surface of the bed of granules, as the solvent is only removed from the upper surface of the bed on the tray.
3. Granules may aggregate owing to bridge formation at the points of contact of the granules.

To deaggregate the granules and remix them, a sieving stage is necessary after drying.

An alternative method is to dry the granules using a fluidized-bed drier. This is quicker and, as it keeps the individual granules separated during drying, it reduces the problems of aggregation and intergranular solute migration, thereby reducing the need for a sieving stage after drying.

The disadvantages of this traditional granulation process are its long duration, the need for several pieces of equipment, and the high material losses that can be incurred because of the transfer stages. Advantages are that the process is not very sensitive to changes in the characteristics of the granule ingredients (e.g. surface area variations in different batches of an excipient), and the end-point of the massing process can often be determined by inspection.

### *High-speed mixer/granulators*

This type of granulator (e.g. Diosna, Fielder) is used extensively in pharmaceutics. The machines have a stainless steel mixing bowl containing a three-bladed main impeller, which revolves in the horizontal plane, and a three-bladed auxiliary chopper (breaker blade) which revolves either in the vertical or the horizontal plane (Fig. 25.6).

The unmixed dry powders are placed in the bowl and mixed by the rotating impeller for a few minutes. Granulating liquid is then added via a port in the lid of the granulator while the impeller is turning. The granulating fluid is mixed into the powders by the impeller. The chopper is usually switched on when the moist mass is formed, as its function is to break up the wet mass to produce a bed of granular material. Once a satisfactory granule has been produced, the granular product is discharged, passing through a wire mesh which breaks up any large aggregates, into the bowl of a fluidized-bed drier.

The advantage of the process is that mixing, massing and granulation are all performed within a few minutes in the same piece of equipment. The process needs to be controlled with care as the granulation progresses so rapidly that a usable granule can be transformed very quickly into an unusable, overmassed system. Thus it is often necessary to use a suitable monitoring system to indicate the end of the granulation process, i.e. when a granule of the desired properties has been attained. The process is also sensitive to variations in raw materials, but this may be minimized by using a suitable end-point monitor.

A variation of the Diosna/Fielder type of design is the Collette–Gral mixer (Fig. 25.7). This is based on the bowl and overhead drive of the planetary mixer, but the single paddle is replaced by two mixing shafts. One of these carries three blades, which rotate in the horizontal plane at the base of the bowl, and the



APOSEM0085978




**Fig. 25.6** High-speed mixer/granulator.




**Fig. 25.7** Collette–Gral granulator: mixing shafts and bowl.

second carries smaller blades which act as the chopper and rotate in the horizontal plane in the upper regions of the granulating mass. Thus the operation principle is similar.

### *Fluidized-bed granulators*

Fluidized-bed granulators (e.g. Aeromatic, Glatt) have a similar design and operation to fluidized-bed driers, i.e. the powder particles are fluidized in a stream of air, but in addition granulation fluid is sprayed from a nozzle on to the bed of powders (Fig. 25.8).

Heated and filtered air is blown or sucked through the bed of unmixed powders to fluidize the particles and mix the powders; fluidization is actually a very efficient mixing process. Granulating fluid is pumped from a reservoir through a spray nozzle positioned over the bed of particles. The fluid causes the primary powder particles to adhere when the droplets and powders collide. Escape of material from the granulation chamber is prevented by exhaust filters, which are periodically agitated to reintroduce the collected material into the fluidized bed. Sufficient liquid is sprayed to produce granules of the required size, at which point the spray is turned off but the fluidizing air continued. The wet granules are then dried in the heated fluidizing airstream.

*Advantages of fluidized-bed granulation* Fluidized-bed granulation has many advantages over conventional wet massing. All the granulation processes, which require separate equipment in the conventional method, are performed in one unit, saving labour costs, transfer losses and time. Another advantage is that the process can be automated once the conditions affecting the granulation have been optimized.




**Fig. 25.8** Fluidized-bed granulator.

*Disadvantages of fluidized-bed granulation* On the downside, the equipment is initially expensive and optimization of process (and product) parameters affecting granulation needs extensive development work, not only during initial formulation work but also during scale-up from development to production. Similar development work for the traditional process and that using high-speed granulators is not as extensive.

This long and very product-specific development process has proved to be a serious problem with fluidized-bed granulation in the pharmaceutical industry. There are numerous apparatus, process and product parameters that affect the quality of the final granule. These are listed in Table 25.1. The extent of this list, coupled with the fact that each formulation presents its own individual development problems,

**Table 25.1 Apparatus, process and product variables influencing fluidized-bed granulation**

| Apparatus parameters | Process parameters | Product parameters |
|---|---|---|
| Air distribution plate | Bed load | Type of binder |
| Shape of granulator body | Fluidizing air flow rate | Quantity of binder |
| Nozzle height | Fluidizing air temperature | Binder solvent |
| Positive or negative pressure operation | Fluidizing air humidity | Concentration of granulating solution |
| Scale-up | Atomization | Temperature of granulation solution |
| | Nozzle type | Starting Materials |
| | Spray angle | Fluidization |
| | Spraying regime | Powder hydrophobicity |
| | Liquid flow rate | |
| | Atomizing air flow rate | |
| | Atomizing air pressure | |
| | Droplet size | |

has led to fluidized-bed granulation not reaching its full potential in pharmaceutical production. This is exacerbated by the reality that most pharmaceutical companies have a wide range of products made at relatively small batch sizes, unlike other industries (fertilizers, herbicides, foodstuffs) where fluidized-bed granulation is used successfully and extensively.

### *Spray-driers*

These differ from the method discussed above in that a dry, granular product is made from a solution or a suspension rather than initially dry primary powder particles. The solution or suspension may be of drug alone, a single excipient or a complete formulation.

The process of spray-drying is discussed fully in Chapter 26. The resultant granules are free-flowing hollow spheres and the distribution of the binder in such granules (at the periphery following solute migration during drying) results in good compaction properties.

This process can be used to make tablet granules, although it is probably economically justified for this purpose only when suitable granules cannot be produced by the other methods. Spray-drying can convert hard elastic materials into more ductile ones. Spray-dried lactose is the classic example, and its advantages over $\alpha$-lactose monohydrate crystals when compacted are discussed in Chapter 27.

The primary advantages of the process are the short drying time and the minimal exposure of the product to heat owing to the short residence time in the drying chamber. This means that little deterioration of heat-sensitive materials takes place, and it may be the only process suitable for this type of product.

### *Spheronizers/pelletizers*

For some applications it may be desirable to have a dense, spherical pellet of the type difficult to produce with the equipment above. Such pellets are used for controlled drug release products following coating with a suitable polymer coat and filling into hard gelatin capsules. Capsule filling with a mixture of coated and non-coated drug-containing pellets would give some degree of programmed drug release after the capsule shell dissolves.

A commonly used process involves the separate processes of wet massing, followed by extrusion of this wet mass into rod-shaped granules and subsequent spheronization of these granules. Because this process is used so frequently to produce modified-release multiparticulates, it will be discussed in some detail.

## Extrusion/spheronization

Extrusion/spheronization is a multistep process used to make uniformly sized spherical particles. It is used primarily to produce multiparticulates for controlled drug release applications. The major advantage over other methods of producing drug-loaded spheres or pellets is the ability to incorporate high levels of active ingredients without producing excessively large particles (i.e. minimal excipients are necessary).

The main steps of the process are:

1. ***Dry mixing of ingredients*** to achieve a homogenous powder dispersion;
2. ***Wet massing*** to produce a sufficiently plastic wet mass;
3. ***Extrusion*** to form rod-shaped particles of uniform diameter;
4. ***Spheronization*** to round off these rods into spherical particles;
5. ***Drying*** to achieve the desired final moisture content;
6. ***Screening*** (optional) to achieve the desired narrow size distribution.

### *Applications of extrusion/spheronization*

Potential applications are many, but relate mainly to controlled drug release and improved processing.

*Controlled drug release* Both immediate-release and controlled-release pellets can be formed. In turn, these pellets can either be filled into hard gelatin capsule shells or compacted into tablets to form unit dosage forms. Pellets can contain two or more ingredients in the same individual unit, or incompatible ingredients can be manufactured in separate pellets.

Pellets can be coated in sub-batches to give, say, rapid-, intermediate- and slow-release pellets in the same capsule shell. Dense multiparticulates disperse evenly within the GI tract and have less variable gastric emptying and intestinal transit times than do single units, such as coated monolithic tablets.

*Processing* The process of extrusion/spheronization can be used to increase the bulk density, improve flow properties and reduce the problems of dust usually encountered with low-density, finely divided active and excipient powders.

Extrusion/spheronization is a more labour-intensive process than other forms of granulation and should therefore only be considered when other methods are either not satisfactory for that particular formulation or are inappropriate (i.e. when spheres are required).



APOSEM0085981

## Desirable properties of pellets

*Uncoated pellets*:

- Uniform spherical shape
- Uniform size
- Good flow properties
- Reproducible packing (into hard gelatin capsules)
- High strength
- Low friability
- Low dust
- Smooth surface
- Ease of coating.

*Once coated*:

- Maintain all of the above properties
- Have desired drug-release characteristics.

## The process

*Dry mixing of ingredients* This uses normal powder-mixing equipment.

*Wet massing* This stage also employs normal equipment and processes as used in wet granulation. There are two major differences in the granulation step compared with granulation for compaction:

1. The amount of granulation fluid
2. The importance of achieving a uniform dispersion of fluid.

The amount of fluid needed to achieve spheres of uniform size and sphericity is likely to be greater than that for a similar tablet granulation. Poor liquid dispersion will produce a poor-quality product.

*Extrusion* Extrusion produces rod-shaped particles of uniform diameter from the wet mass. The wet mass is forced through dies and shaped into small cylindrical particles with uniform diameter. The extrudate particles break at similar lengths under their own weight. Thus the extrudate must have enough plasticity to deform, but not so much that the extruded particles adhere to other particles when collected or rolled in the spheronizer.

There are many designs of extruder, but generally they can be divided into three classes, based on their feed mechanism:

- Screw-feed extruders (axial or end-plate, dome and radial)
- Gravity-feed extruders (cylinder roll, gear roll, radial)
- Piston-feed extruders (ram).

The first two categories (Fig. 25.9) are used for both development and production, but the latter is only used for experimental development work as it is easy to add instrumentation.




**Fig. 25.9** Schematic representation of production extruders.

The primary extrusion process variables are:

- the feed rate of the wet mass
- the diameter of the die
- the length of the die
- the water content of the wet mass.

The properties of the extrudate, and hence the resulting spheres, are very dependent on the plasticity and cohesiveness of the wet mass. In general, an extrudable wet mass needs to be wetter than that appropriate for conventional granulation by wet massing.

*Spheronization* The function of the fourth step in the process (i.e. spheronization) is to round off the rods produced by extrusion into spherical particles.

This is carried out in a relatively simple piece of apparatus (Fig. 25.10). The working part consists of a bowl with fixed side walls and a rapidly rotating bottom plate or disc. The rounding of the extrudate into spheres is dependent on frictional forces generated by particle–particle and particle–equipment collisions. The bottom disc has a grooved surface to increase these forces. Two geometric patterns are generally used:

- A cross-hatched pattern with grooves running at right-angles to one another
- A radial pattern with grooves running radially from the centre of the disc.



APOSEM0085982




**Fig. 25.10** A spheronizer showing the characteristic toroidal (rope-like) movement of the forming pellets in the spheronizer bowl during operation.




**Fig. 25.11** Representation of a mechanism of spheronization. The diagram shows a transition from cylindrical particles (a) into cylindrical particles with rounded edges (b), then dumbbells (c), to ellipsoids (d) and finally spheres (e).

The transition from rods to spheres during spheronization occurs in various stages. These are best described by examining the following diagrams (Fig. 25.11).

If the mass is too dry spheres will not be formed: the rods will only transform as far as dumbbells.

*Drying* A drying stage is required in order to achieve the desired moisture content. This is often the final step in the process. The pellets can be dried in any drier that can be used for conventional wet granulations, including tray dryers and fluidized-bed driers. Both are used successfully for extrusion/spheronization. If solute migration (Chapter 26) occurs during drying of the wet spheres, this may result in:

- an increased initial rate of dissolution
- stronger pellets
- modified surfaces which might reduce the adhesion of any added film coats.

*Screening* Screening may be necessary to achieve the desired narrow size distribution. Normal sieves are used. If all the previous stages are performed efficiently and with careful development of process and formulation conditions, this step may not be necessary.

### *Formulation variables*

The composition of the wet mass is critical in determining the properties of the particles produced. During the granulation step a wet mass is produced which must be plastic, deform when extruded, and break off to form uniformly sized cylindrical particles which are easily deformed into spherical particles. Thus the process has a complex set of requirements that are strongly influenced by the ingredients of the pellet formulation.

### *Summary*

Extrusion/spheronization is a versatile process capable of producing spherical granules with very useful properties. Because it is more labour-intensive than more common wet massing techniques its use should be limited to those applications where a sphere is required and other granulation techniques are unsuitable.

The most common application of the process is to produce spherical pellets for controlled drug release.

Care must be taken to understand the required properties of the pellets and the manner in which the process and formulation influence the ability to achieve these aims.

## Rotor granulation

This process allows the direct manufacture of spheres from dry powder. In the Freund granulator, the powder mix is added to the bowl and wetted with granulating liquid from a spray (Fig. 25.12). The baseplate rotates at high speed and centrifugal force keeps the moist mass at the edges of the rotor. Here, the velocity difference between the rotor and the static walls, combined with the upward flow of air around the rotor plate, causes the mass to move in a toroidal motion, resulting in the formation of discrete spherical pellets. These spheres (actually, of course, wet granules) are dried by the heated inlet air



APOSEM0085983




**Fig. 25.12** Freund granulator.

from the air chamber, which also acts as a positive-pressure seal during granulation.

Using this technique it is possible to continue the process and coat the pellets by subsequently spraying coating solution on to the rotating dried pellets. In addition, layered pellets can be produced by using uncoated pellets as nuclei in a second granulation with a powder mix of a second ingredient or ingredients.




**Fig. 25.13** Roller compaction: (a) Alexanderwerk and (b) Hutt types.



APOSEM0085984

## Dry granulators

Dry granulation converts primary powder particles into granules using the application of pressure without the intermediate use of a liquid. It therefore avoids heat–temperature combinations that might cause degradation of the product.

Two pieces of equipment are necessary for dry granulation: first, a machine for compressing the dry powders into compacts or flakes, and secondly a mill for breaking up these intermediate products into granules.

### *Sluggers*

The dry powders can be compressed using a conventional tablet machine or, more usually, a large heavy-duty rotary press can be used. This process is often known as 'slugging', the compact made in the process (typically 25 mm diameter by about 10–15 mm thick) being termed a 'slug'. A hammer mill is suitable for breaking the compacts.

### *Roller compactors*

Roller compaction is an alternative gentler method, the powder mix being squeezed between two rollers to form a compressed sheet (Fig. 25.13). The sheet normally is weak and brittle and breaks immediately into flakes. These flakes need gentler treatment to break them into granules, and this can usually be achieved by screening alone.

## BIBLIOGRAPHY

There are a large number of published papers in the field of pharmaceutical granulation and only a limited number are listed below.


Baert, L. (1992) Correlation of extrusion forces, raw materials and sphere characteristics. *J. Pharm. Pharmacol.*, **44**, 676–678.

Das, S. and Jarowski, C.I. (1979) Effect of granulating method on particle size distribution of granules and disintegrated tablets. *Drug Dev. Ind. Pharm.*, **5**, 479.

Faure, A., Grimsey, I.M., Rowe, R.C. York, P. and Cliff, M.J. (1999) Applicability of a scale-up methodology for the wet granulation process in Collette Gral high shear mixer granulators. *Eur. J. Pharm. Sci.*, **8**, 85–93.

Gandhi, R., Kaul, C.L. and Panchagnula, R. (1999). Extrusion and spheronization in the development of oral controlled-release dosage forms. *Pharm. Sci. Tech. Today*, **2**(4), 160–81.

Gergely, G. (1981) Granulation – a new approach. *Mfg Chem. Aerosol News*, **52**, 43.

Landin, M., York, P., Cliff, M.J. and Rowe, R.C. (1999) Scale up of a pharmaceutical granulation in planetary mixers. *Pharm. Dev. Tech.*, **4(2)**, 145–150.

Law, M.F.L. et al (1997). Comparison of two commercial brands of microcrystalline cellulose for extrusion–spheronization. *J. Microencap.*, **14(6)**, 713–723.

Lindberg, N.-O. and Leander, L. (1982) Instrumentation of a Kenwood major domestic-type mixer for studies of granulation. *Drug Dev. Ind. Pharm.*, **8**, 775.

Maejima, T. et al (1998) Application of tumbling melt granulation (TMG) method to prepare controlled-release fine granules. *Chem. Pharm. Bull*, **46(3)**, 534–536.

Nurnberg, E. and Wunderlich, J. (1998). Manufacturing pellets by extrusion and spheronization (Part I). *Pharm. Technol. Eur.*, **11(2)**, 41–47; Part II **11(3)**.

Ogawa, S. et al (1994) A new attempt to solve the scale-up problem for granulation using response surface methodology. *J. Pharm. Sci.*, **83(3)**, 439–443.

Parikh, D.M. (1997). *Handbook of Pharmaceutical Granulation Technology*, Marcel Dekker, New York.

Rubino, O.R. (1999) Fluid-bed technology; overview and criteria for process selection. *Pharm. Tech.*, **(6)**, 104–113.

Shah, R.D. et al (1995) Physico-mechanical characterization of the extrusion-spheronization process. *Pharm. Res.*, **12(4)**, 496–507.

Thoma, K. and Ziegler, I. (1998) Investigations on the influence of the type of extruder for pelletization by extrusion–spheronization I. Extrusion behavior of formulations. *Drug Dev. Ind. Pharm.*, **24(5)**, 401–411; II Sphere characteristics. *Drug Dev. Ind. Pharm.*, **24(5)**, 413–422.

Wørts, O. (1998) Wet granulation – fluidized bed and high shear techniques compared. *Pharm. Techn. Europe*, **10(11)**, 27–30.

Zhang, F. and McGinity, J.M. (1999). Properties of sustained-release tablets prepared by hot-melt etrusion. *Pharm. Dev. and Tech.*, **4(2)**, 241–250.




APOSEM0085985

# 27

# Tablets and compaction

*Göran Alderborn*

CHAPTER CONTENTS

**Introduction 398**
**Quality attributes of tablets 398**
**Tablet manufacturing 399**
Stages in tablet formation 399
Die filling 399
Tablet formation 399
Tablet ejection 399
Tablet presses 399
Single-punch press (eccentric press) 399
Rotary press 400
Computerized hydraulic press 400
Instrumentation of tablet presses 400
Technical problems during tabletting 402
Tablet production via granulation 403
Rationale for granulating powders prior to tabletting 403
Granulation by convective mixing 403
Alternative granulation procedures 404
Tablet production by direct compaction 404
**Tablet excipients 404**
Filler (or diluent) 404
Disintegrant 406
Binder 407
Glidant 408
Lubricant 408
Antiadherent 410
Sorbent 410
Flavour 410
Colourant 410
**Tablet types 410**
Classification of tablets 410
Disintegrating tablets 411
Chewable tablets 412
Effervescent tablets 412
Lozenges 413
Sublingual and buccal tablets 413
Extended-release tablets 413
Classification of extended-release tablets 413
Diffusion-controlled release systems 414
Reservoir systems 414
Matrix systems 415
Dissolution-controlled release systems 415
Erosion-controlled release systems 416
Osmosis-controlled release systems 417
**Tablet testing 417**
Uniformity of content of active ingredient 417
Disintegration 418
Dissolution 419
Stirred-vessel methods 419
Continuous-flow methods 419
Mechanical strength 420
Attrition-resistance methods 422
Fracture-resistance methods 422
**Fundamental aspects of the compression of powders 423**
Mechanisms of compression of particles 423
Evaluation of compression behaviour 424
Procedures 424
Inspection of tablets 425
Pore structure and specific surface area of tablets 425
Force–displacement profiles 426
Tablet volume–applied pressure profiles 427
Heckel equation 427
Strain-rate sensitivity 428
Kawakita equation 428
Evaluation of die-wall friction during compression 428
**Fundamental aspects of the compaction of powders 430**
Bonding in tablets 430
The compactability of powders and the strength of tablets 431
Post-compaction tablet strength changes 433
**Relationships between material properties and tablet strength 435**
Factors of importance for powder compactability 435
The compaction of solid particles 435
The compaction of granules 437
The compaction of binary mixtures 438
**References 439**
**Bibliography 439**



APOSEM0085986

## INTRODUCTION

The oral route is the most common way of administering drugs, and among the oral dosage forms tablets of various different types are the most common. Although a variety of tablets exist, with few exceptions (primarily sugar lozenges) tablets are formed by the compression of a powder held within a confined space. The idea of forming a solid dosage form by powder compression is not new. In 1843 the first patent for a hand-operated device used to form a tablet was granted. The use of tablets as dosage form became of interest to the growing pharmaceutical industry, but within pharmacies the pill (a dosage form for oral administration formed by hand into spherical particles about 4–6 mm in diameter) remained the most popular solid dosage form for a long time.

A tablet consists of one or more drugs (active ingredients) as well as a series of other substances used in the formulation of a complete preparation. In the European Pharmacopoeia (3rd edition, 1997) tablets are defined as 'solid preparations each containing a single dose of one or more active ingredients and obtained by compressing uniform volumes of particles. They are intended for oral administration. Some are swallowed whole, some after being chewed, some are dissolved or dispersed in water before being administered and some are retained in the mouth, where the active ingredient is 'liberated'. Thus, a variety of tablets exists and the type of excipients and also the way in which they are incorporated in the tablet vary between the different types. There are also other dosage forms that can be prepared in a similar way, such as suppositories, but which are administered by other routes.

Tablets are used mainly for systemic drug delivery but also for local drug action. For systemic use the drug must be released from the tablet, i.e. normally dissolved in the fluids of the mouth, stomach or intestine, and thereafter be absorbed into the systemic circulation, by which it reaches its site of action. Alternatively, tablets can be formulated for local delivery of drugs in the mouth or gastrointestinal tract, or can be used to increase temporarily the pH of the stomach.

Tablets are popular for several reasons:

- The oral route represents a convenient and safe way of drug administration.
- Compared to liquid dosage forms tablets have general advantages in terms of the chemical and physical stability of the dosage form.
- The preparation procedure enables accurate dosing of the drug.
- Tablets are convenient to handle and can be prepared in a versatile way with respect to their use and to the delivery of the drug.
- Finally, tablets can be mass produced, with robust and quality-controlled production procedures giving an elegant preparation of consistent quality and, in relative terms, low price.

The main disadvantage of tablets as a dosage form concerns the bioavailability of poorly water-soluble or poorly absorbable drugs. In addition, some drugs may cause local irritant effects or otherwise cause harm to the gastrointestinal mucosa.

## QUALITY ATTRIBUTES OF TABLETS

Like all other dosage forms, tablets should fulfil a number of specifications regarding their chemical, physical and biological properties. Quality issues relating to the final product are worth considering early in the development process (and thus early in this chapter) as they give an indication of the goal to be achieved during the development and manufacture of tablets.

Tests and specifications for some of these properties are given in pharmacopoeias. The most important of these are dose content and dose uniformity, the release of the drug in terms of tablet disintegration and drug dissolution, and the microbial quality of the preparation. In addition, the authorities and manufacturers define a set of other specifications. One such important property is the resistance of the tablet towards attrition and fracture.

The quality attributes a tablet must fulfil can be summarized as follows:

1. The tablet should include the correct dose of the drug.
2. The appearance of the tablet should be elegant and its weight, size and appearance should be consistent.
3. The drug should be released from the tablet in a controlled and reproducible way.
4. The tablet should be biocompatible, i.e. not include excipients, contaminants and microorganisms that could cause harm to patients.
5. The tablet should be of sufficient mechanical strength to withstand fracture and erosion during handling.
6. The tablet should be chemically, physically and microbiologically stable during the lifetime of the product.

7. The tablet should be formulated into a product acceptable by the patient.
8. The tablet should be packed in a safe manner.

## TABLET MANUFACTURING

### Stages in tablet formation

Tablets are prepared by forcing particles into close proximity to each other by powder compression, which enables the particles to cohere into a porous, solid specimen of defined geometry. The compression takes place in a die by the action of two punches, the lower and the upper, by which the compressive force is applied. Powder compression is defined as the reduction in volume of a powder owing to the application of a force. Because of the increased proximity of particle surfaces accomplished during compression, bonds are formed between particles which provides coherency to the powder, i.e. a compact is formed. Compaction is defined as the formation of a porous specimen of defined geometry by powder compression.




**Fig. 27.1** The sequence of events involved in the formation of tablets.

The process of tabletting can be divided into three stages (sometimes known as the ***compaction cycle***) (Fig. 27.1).

#### *Die filling*

This is normally accomplished by gravitational flow of the powder from a hopper via the die table into the die (although presses based on centrifugal die filling are also used). The die is closed at its lower end by the lower punch.

#### *Tablet formation*

The upper punch descends and enters the die and the powder is compressed until a tablet is formed. During the compression phase, the lower punch can be stationary or can move upwards in the die. After maximum applied force is reached, the upper punch leaves the powder, i.e. the decompression phase.

#### *Tablet ejection*

During this phase the lower punch rises until its tip reaches the level of the top of the die. The tablet is subsequently removed from the die and die table by a pushing device.

### Tablet presses

There are two types of press in common use during tablet production: the single-punch press and the rotary press. In addition, in research and development work hydraulic presses are used as advanced equipment for the evaluation of the tabletting properties of powders and the prediction of scale-up on the properties of the formed tablets (scale-up refers to the change to a larger apparatus for performing a certain operation on a larger scale).

#### *Single-punch press (eccentric press)*

A single-punch press possesses one die and one pair of punches (Fig. 27.2). The powder is held in a hopper which is connected to a hopper shoe located at the die table. The hopper shoe moves to and fro over the die, by either a rotational or a translational movement. When the hopper shoe is located over the die, the powder is fed into the die by gravity. The amount of powder filled into the die is controlled by the position of the lower punch. When the hopper shoe is located beside the die, the upper punch descends and the powder is compressed. The lower punch is stationary during compression and the pressure is thus applied by the upper punch and



APOSEM0085988




**Fig. 27.2** A single-punch tablet press.

controlled by the upper punch displacement. After ejection the tablet is pushed away by the hopper shoe as it moves back to the die for the next tablet.

The output of tablets from a single-punch press is about 200 tablets per minute. A single-punch press thus has its primary use in the production of small batches of tablets, such as during formulation development, and during small-scale production, such as production for clinical trials.

### *Rotary press*

The rotary press (also referred to as a multistation press) was developed to increase the output of tablets. The primary use of this machine is thus during scale-up in the latter part of the formulation work, and during large-scale production. Outputs of over 10 000 tablets per minute can be achieved by rotary presses.

A rotary press operates with a number of dies and sets of punches, which can vary considerably from three for small rotary presses up to 60 or more for large presses. The dies are mounted in a circle in the die table and both the die table and the punches rotate together during operation of the machine, so that one die is always associated with one pair of




**Fig. 27.3** Schematic illustration of the events involved in the formation of tablets with a rotary press.

punches (Figs. 27.3 and 27.4). The vertical movement of the punches is controlled by tracks that pass over cams and rolls used to control the volume of powder fed into the die and the pressure applied during compression.

The powder is held in a hopper whose lower opening is located just above the die table. The powder flows by gravity on to the die table and is fed into the die by a feed frame. The reproducibility of the die feeding can be improved by a rotating device, referred to as a force-feeding device. During powder compression both punches operate by vertical movement. After tablet ejection, the tablet is knocked away as the die passes the feed frame.

### *Computerized hydraulic press*

For computerized hydraulic presses the movement of the punches can be controlled and varied considerably. Thus, tablets can be prepared under controlled conditions with respect to the loading pattern and loading rate. Possible applications are the investigation of the sensitivity of a drug to such variations, or to mimic the loading pattern of production presses to predict scale-up problems. Because of this latter application, this type of press is also referred to as a 'simulator'.

### *Instrumentation of tablet presses*

Significant research on the process of tablet preparation was initiated in the 1940s and 1950s, i.e. about 100 years after the introduction of tablets as a dosage form. An important step in the development of such fundamental research was the introduction of instrumented tablet machines. By this instrumentation, the forces involved in the compaction process, i.e. the press forces from the upper and lower punches and




**Fig. 27.4** Diagram of punch tracks of a rotary tablet press. UR, upper roller; LR, lower roller; W, powder volume adjuster; F, feed frame with granules. U1 to U8, upper punches in raised position; L1, lower punch at top position, tablet ejected; L2 to L7, lower punches dropping to lowest position and filling die with granules to an overfill at L7; L8, lower punch raised to expel excess granules giving correct volume; U9 to U12, upper punches lowering to enter die at U12; L13 and U13, upper and lower punches pass between rollers and granules are compacted to a tablet; U14 to U16, upper punch rising to top position; L14 to L16, lower punch rising to eject tablet.

the force transmitted to the die, and the displacement of the upper and lower punch during the compression and decompression phases, could be recorded.

Instrumented presses are used in research, in development and in the production of tablets. In research and development, instrumented machines are used to provide fundamental information on the mechanical and compaction properties of powders that should be used in tablet formulations. With this application, the work is normally carried out by instrumented single-punch presses or with instrumented hydraulic presses (compaction simulators). The two main applications for an instrumented press in research and development are:

1. to prepare tablets under defined conditions, e.g. in terms of applied force during compaction. These tablets are thereafter characterized by different procedures, such as imaging, surface area and tensile strength analysis;
2. to describe and analyse the compression properties of materials by studying punch forces and punch displacements during the compression and decompression phases. A series of different procedures exists involving, for example, the assessment of deformation behaviour of particles during compression and friction properties during ejection. Some of these are described below.



APOSEM0085990

In production, instrumented production machines, i.e. rotary presses, are used to control the tabletting operation and to ensure that tablets of consistent quality are produced. Normally, only force signals are used on production machines and the variation in force signal during compression is followed as it reflects variations in tablet weight.

Force transducers commonly used in the instrumentation of tablet machines are of two types. The most common type is called a ***strain gauge***, which consists of wires through which an electric current is passed. The strain gauge is bonded to a punch or punch holder. During powder compression, a force is applied to the punches and they will temporarily deform. The magnitude of this deformation is dependent on the elastic modulus of the punches and the force applied. When the punch is deformed the wire of the strain gauge is also deformed, and the electrical resistance of the strain gauge will change. This change in electrical resistance can be recorded and calibrated in terms of a force signal. Another, less common, type of force transducer, employs piezoelectric crystals. These are devices which emit an electrical charge when loaded, the magnitude of which is proportional to the applied force.

Displacement transducers measure the distance which the punches travel during the compression and decompression processes. The most common type of displacement transducer delivers an analogue signal. It consists of a rod and some inductive elements mounted in a tube. When the rod moves within the tube, a signal is obtained which directly reflects the position of the rod. The movable rod is connected to the punch so that they move in parallel, i.e. the signal from the displacement transducer reflects the position of the punch. Digital displacement transducers are also used in instrumented tablet machines. Such transducers are based on differences in signal level depending on the position of an indicator. One advantage of a digital displacement transducer is that it is insensitive to electrical noise.

Displacement transducers are necessarily mounted some distance from the punch tip. There is therefore a difference in the position given by the transducer and the real position of the punch tip owing to deformation of the punch along the distance between its tip and the connection point of the transducer. This deviation must be determined by a calibration procedure, e.g. by compressing the punch tips against each other, and a correction for this error must be made before the displacement data can be used.

The signals from the force and displacement transducers are normally amplified and sampled into a computer. After conversion into digital form, the signals are transformed into physically relevant units, i.e. N, Pa, $\mu$m etc., and organized as a function of time. To obtain reliable data the calibration of the signals, the resolution of the measuring systems and the reproducibility of the values must be carefully considered.

## Technical problems during tabletting

A number of technical problems can arise during the tabletting procedure, among which the most important are:

- high weight and dose variation of the tablets
- low mechanical strength of the tablets
- capping and lamination of the tablets
- adhesion or sticking of powder material to punch tips
- high friction during tablet ejection.

Such problems are related to the properties of the powder intended to be formed into tablets, and also to the design and conditions of the press. They should therefore be avoided by ensuring that the powder possesses adequate technical properties and also that a suitable, well conditioned tablet press is used, e.g. in terms of the use of forced-feed devices and polished and smooth dies and punches.

Important technical properties of a powder which must be controlled to ensure the success of a tabletting operation are:

- homogeneity and segregation tendency
- flowability
- compression properties and compactability
- friction and adhesion properties.

The technical properties of the powder are controlled by the ingredients of the formulation (i.e. the drug and excipients) and by the way by which the ingredients are combined into a powder during precompaction processing. The precompaction processing often consists of a series of unit operations in sequence. The starting point is normally the drug in a pure, most often crystalline form; the subsequent treatment of the drug particles is sometimes referred to as ***downstream processing***. The unit operations used during this precompaction treatment are mainly particle size reduction, powder mixing, particle size enlargement and powder drying. For further details see Chapters 11,13, 25 and 26, respectively. Traditionally, the use of a particle size enlargement operation, normally referred to as granulation, is the dominant procedure in preparing a powder for tabletting. To save time and energy, precompaction

processing without a particle size enlargement operation is chosen if possible. This procedure is called ***tablet production by direct compression***, or ***direct compaction***.

## Tablet production via granulation

### *Rationale for granulating powders prior to tabletting*

Because both granulation and tabletting involve the formation of aggregates, tablet production by granulation is based on the combination of two size enlargement processes in sequence. The main rationales for granulating the powder (drug and filler mixture) before tabletting are:

- to increase the bulk density of the powder mixture and thus ensure that the required volume of powder can be filled into the die;
- to improve the flowability of the powder in order to ensure that tablets with a low and acceptable tablet weight variation can be prepared;
- to improve mixing homogeneity and reduce segregation by mixing small particles which subsequently adhere to each other;
- to improve the compactability of the powder by adding a solution binder, which is effectively distributed on the particle surfaces;
- to ensure a homogenous colour in a tablet by adding the colour so it is distributed effectively over the particle surfaces;
- to affect the dissolution process for hydrophobic, poorly soluble particles by using a fine particulate drug which is thoroughly mixed with a hydrophilic filler and a hydrophilic binder.

Before granulation the drug might be processed separately in order to obtain a suitable quality in terms of solid-state and particulate properties, such as spray-drying and milling. Normally, the drug exists in dry particulate form before granulation. However, it might be suspended or dissolved in a liquid and be added to the filler as a part of the agglomeration liquid.

Different procedures may be used to prepare a granulation, among which the most important are the use of convective mixers, fluidized-bed driers, spray driers and compaction machines (see Chapter 25 for further detail).

### *Granulation by convective mixing*

Agitation of a powder by convection in the presence of a liquid followed by drying, is the main procedure for the preparation of a pharmaceutical granulation. This is considered to be the most effective means in terms of production time and cost to prepare good-quality granulations. The process is often referred to as ***wet granulation***.

The ingredients to be granulated in a convective mixer are first dry mixed. The objective is to achieve a good homogeneity. As the components are often cohesive powders, a convective mixer operating at high intensity is normally used (a high-shear mixer). The mixture often consists of the drug and a filler. A disintegrant may also be included (i.e. an intragranular disintegrant), but it is also common to add the disintegrant to the dry granulation (i.e. an extragranular disintegrant). After wet mixing the wet mass is dried in a separate drier (a fluidized-bed dryer or a tray dryer). Because granulation in a convective mixer is not a very well controlled operation, large granules (above 1 mm) are often formed which must be broken down into smaller units. This is normally done by milling in a hammer mill or by pressing the granulation through a screen in an oscillating granulator. Granules ranging in size from about 100 to 800 $\mu$m are thus obtained.

The prepared granulation is finally dry-mixed with the other ingredients, for example in a double-cone mixer, before tabletting. Common excipients added in this final mixing operation are disintegrants, lubricants, glidants and colourants. Figure 27.5 summarizes the sequence of unit operations used in the production of tablets with precompaction treatment by granulation.




**Fig. 27.5** Overview of the sequence of unit operations used in the production of tablets with precompaction treatment by granulation.



APOSEM0085992

### *Alternative granulation procedures*

A series of alternative granulation procedures can be preferable in certain situations. Granulation in a fluidized-bed apparatus is less common than the use of convective mixers as it is considered to be more time-consuming. However, granulations of high quality in terms of homogeneity, flowability and compactability can be prepared by this operation.

By spray drying a suspension of drug particles in a liquid, which can contain a dissolved binder, relatively small spherical granules with uniform size can be prepared. The process is of limited use except for the preparation of fillers or diluents for direct compaction. The granulation can show a good compactability and presents a possibility to granulate a drug suspension without a separate drying step for the drug substance.

The formation of granules by compacting the powder into large compacts which are subsequently comminuted into smaller granules (often referred to as ***dry granulation***, or ***slugging***) is a possible granulation procedure which, however, is not widely used in pharmaceutical production. The procedure can be employed as a means to avoid exposure of the powder to moisture and heat. In addition, for powders of very low bulk density compaction can be an effective means to increase markedly their bulk density.

## Tablet production by direct compaction

An obvious way to reduce production time and hence cost is to minimize the number of operations involved in the pretreatment of the powder mixture before tabletting. Tablet production by direct compaction involves only two operations in sequence, powder mixing and tabletting (Fig. 27.6). The advantage with direct compaction is primarily a reduced production cost. However, in a direct compactable formulation specially designed fillers and dry binders are normally required, which usually are more expensive than the traditional ones. They may also require a larger number of quality tests before processing. As heat and water are not involved, product stability can be improved. Finally, drug dissolution might be faster from a tablet prepared by direct compaction owing to fast tablet disintegration into primary drug particles.

The disadvantages of direct compaction are mainly technological. In order to handle a powder of acceptable flowability and bulk density, relatively large particles must be used which, firstly, may be difficult to mix to a high homogeneity, and secondly are prone to segregate. Moreover, a powder consisting mainly of drug will be difficult to form into tablets if the drug itself has poor compactability. Finally, an even colouring of tablets can be difficult to achieve with a colourant in dry particulate form.




**Fig. 27.6** Overview of the sequence of unit operations used in the production of tablets by direct compaction.

Direct compaction has been used mainly for two types of drug, firstly, relatively soluble drugs which can be processed as coarse particles (to ensure good flowability) and, secondly, relatively potent drugs which are present in a few milligrams in each tablet and can be mixed with relatively coarse excipient particles (in this latter case the flow and compaction properties of the formulation are controlled mainly by the excipients).

## TABLET EXCIPIENTS

In addition to the active ingredient(s), a series of excipients are normally included in a tablet; their role is to ensure that the tabletting operation can run satisfactorily and to ensure that tablets of specified quality are prepared. Depending on the intended main function, excipients to be used in tablets are subcategorized into different groups. However, one excipient can affect the properties of a powder or the tablet in a series of ways, and many substances used in tablet formulations can thus be described as multifunctional. The functions of the most common types of excipients used in tablets are described below. Examples of substances used as excipients in tablets are given in Table 27.1.

### Filler (or diluent)

In order to form tablets of a size suitable for handling, a lower limit in terms of powder volume and weight is required. Tablets weigh normally at least 50 mg. Therefore, a low dose of drug per tablet requires the incorporation of a substance into the formulation to increase the bulk volume of the powder and



APOSEM0085993

**Table 27.1 Examples of substances used as excipients in tablet formulation**

| Type of excipient | Example of substances |
|---|---|
| Filler | Lactose<br>Sucrose<br>Glucose<br>Mannitol<br>Sorbitol<br>Calcium phosphate<br>Calcium carbonate<br>Cellulose |
| Disintegrant | Starch<br>Cellulose<br>Crosslinked polyvinyl pyrrolidone<br>Sodium starch glycolate<br>Sodium carboxymethyl cellulose |
| Solution binder | Gelatin<br>Polyvinyl pyrrolidone<br>Cellulose derivatives<br>(e.g. hydroxypropylmethyl cellulose)<br>Polyethylene glycol<br>Sucrose<br>Starch |
| Dry binder | Cellulose<br>Methyl cellulose<br>Polyvinyl pyrrolidone<br>Polyethylene glycol |
| Glidant | Silica<br>Magnesium stearate<br>Talc |
| Lubricant | Magnesium stearate<br>Stearic acid<br>Polyethylene glycol<br>Sodium lauryl sulphate<br>Sodium stearyl fumarate<br>Liquid paraffin |
| Antiadherent | Magnesium stearate<br>Talc<br>Starch<br>Cellulose |

hence the size of the tablet. This excipient, known as the filler or the diluent, is not necessary if the dose of the drug per tablet is high.

The ideal filler should fulfil a series of requirements, such as:

- be chemically inert
- be non-hygroscopic
- be biocompatible
- possess good biopharmaceutical properties (e.g. water soluble or hydrophilic)
- possess good technical properties (such as compactability and dilution capacity)
- have an acceptable taste
- be cheap.

As all these requirements cannot be fulfilled by a single substance, different substances have gained use as fillers in tablets, mainly carbohydrates but also some inorganic salts.

Lactose is the most common filler in tablets. It possesses a series of good filler properties, e.g. dissolves readily in water, has a pleasant taste, is non-hygroscopic and fairly non-reactive and shows good compactability. Its main limitation is that some people have an intolerance to lactose.

Lactose exists in both crystalline and amorphous form. Crystalline lactose is formed by precipitation and, depending on the crystallization conditions, $\alpha$-monohydrate or $\beta$-lactose (an anhydrous form) can be formed. By thermal treatment of the monohydrate form, crystalline $\alpha$-anhydrous particles can be prepared. Depending on the crystallization conditions and the use of subsequent size reduction by milling, lactoses of different particle sizes is obtained.

Amorphous lactose can be prepared by spray-drying a lactose solution (giving nearly completely amorphous particles) or a suspension of crystalline lactose particles in a lactose solution (giving aggregates of crystalline and amorphous lactose). Amorphous lactose dissolves more rapidly than crystalline and shows better compactability. Its main use is therefore in the production of tablets by direct compaction. The amorphous lactose is, however, hygroscopic and physically unstable, i.e. it will spontaneously crystallize if crystallization conditions are met as a result of elevated temperature or high relative humidity.

Other sugars or sugar alcohols, such as glucose, sucrose, sorbitol and mannitol, have been used as alternative fillers to lactose, primarily in lozenges or chewable tablets because of their pleasant taste. Mannitol has a negative heat of solution and imparts a cooling sensation when sucked or chewed.

Apart from the sugars perhaps the most widely used fillers are celluloses in powder forms of different types. Celluloses are biocompatible, chemically inert and have good tablet-forming and disintegrating properties. They are therefore used also as dry binders and disintegrants in tablets. They are compatible with many drugs but, owing to their hygroscopicity, may be incompatible with drugs prone to hydrolyse in the solid state.

The most common type of cellulose powder used in tablet formulation is microcrystalline cellulose. The name indicates that the particles have both crystalline and amorphous regions, depending on the relative position of the cellulose chains within the solid. The crystallinity might vary depending on the source of the cellulose and the preparation



APOSEM0085994

procedure. The degree of crystallinity will affect the physical and technical properties of the particles, e.g. in terms of hygroscopicity and powder compactability.

Microcrystalline cellulose is prepared by hydrolysis of cellulose followed by spray drying. The particles thus formed are aggregates of smaller cellulose fibres. Depending on the preparation conditions, aggregates of different particle size can be prepared which have different flowabilities.

A final important example of a common filler is an inorganic substance, dicalcium phosphate dihydrate. This is insoluble in water and non-hygroscopic but is hydrophilic, i.e. easily wetted by water. The substance can be obtained both in a fine particulate form, mainly used in granulation, and in an aggregated form. The latter possesses good flowability and is used in tablet production by direct compaction. Calcium phosphate is slightly alkaline and may thus be incompatible with drugs sensitive to alkaline conditions.

## Disintegrant

A disintegrant is included in the formulation to ensure that the tablet, when in contact with a liquid, breaks up into small fragments, which promotes rapid drug dissolution. Ideally, the tablet should break up into individual drug particles in order to obtain the largest possible effective surface area during dissolution.

The disintegration process for a tablet occurs in two steps. First, the liquid wets the solid and penetrates the pores of the tablet. Thereafter, the tablet breaks into smaller fragments. The actual fragmentation of the tablet can also occur in steps, i.e. the tablet disintegrates into aggregates of primary particles which subsequently deaggregate into their primary drug particles. A deaggregation directly into primary powder particles will set up conditions for the fastest possible dissolution of the drug. A scheme for the release of the drug from a disintegrating tablet is shown in Fig. 27.7.

Several mechanisms of action of disintegrants have been suggested, such as swelling of particles, exothermic wetting reaction, particle repulsion and particle deformation recovery. However, as two main processes are involved in the disintegration event, disintegrants to be used in plain tablets are here classified into two types:

1. *Disintegrants that facilitate water uptake.* These disintegrants act by facilitating the transport of liquids into the pores of the tablet, with the consequence that the tablet may break into fragments. One obvious type of substance that can promote liquid penetration are surface active agents. Such substances are used to make the drug particle surfaces more hydrophilic and thus promote the wetting of the solid and the penetration of the liquid into the pores of the tablet. It has also been suggested that other substances can promote the liquid penetration using capillary forces to suck water into the pores of the tablet.
2. *Disintegrants that will rupture the tablet.* Rupturing of tablets can be caused by swelling of the disintegrant particles during sorption of water. However, it has also been suggested that non-swelling disintegrants can break the tablet, and different mechanisms have been suggested. One such concerns a repulsion of particles in contact with water and another the recovery of deformed particles to their original shape in contact with water, i.e. particles which have been deformed during compaction.

The most traditionally used disintegrant in conventional tablets is starch, among which potato, maize and corn starches are the most common types used. The typical concentration range of starch in a tablet formulation is up to 10%. Starch particles swell in contact with water and this swelling can subsequently disrupt the tablet. However, it has also been suggested that starch particles may facilitate disintegration by particle–particle repulsion.

The most common and effective disintegrants act via a swelling mechanism and a series of effective swelling disintegrants have been developed which can swell dramatically during water uptake and thus quickly and effectively break the tablet. These are normally modified starch or modified cellulose. High-swelling disintegrants are included in the formulation at relatively low concentrations, typically 1–5% by weight.

Disintegrants can be mixed with other ingredients prior to granulation and thus be incorporated within the granules (intragranular addition). It is also common for the disintegrant to be mixed with the dry granules before the complete powder mix is compacted (extragranular addition). The latter procedure will contribute to an effective disintegration of the tablet into smaller fragments. Disintegrants may also be incorporated as both an intragranular and an extragranular portion.

A third group of disintegrants functions by producing gas, normally carbon dioxide, in contact with water. Such disintegrants are used in effervescent tablets and normally not in tablets that should be swallowed as a solid. The liberation of carbon dioxide is



APOSEM0085995




**Fig. 27.7** Mechanistic representation of the drug release process from a tablet by disintegration and dissolution. From Wells, J.I. and Rubinstein, M.W. (1976) *Pharm. J.* **217**, 629.

obtained by the decomposition of bicarbonate or carbonate salts in contact with acidic water. The acidic pH is accomplished by the incorporation of a weak acid in the formulation, such as citric acid and tartaric acid.

## Binder

A binder (also sometimes called adhesive) is added to a drug–filler mixture to ensure that granules and tablets can be formed with the required mechanical



APOSEM0085996

strength. Binders can be added to a powder in different ways:

- As a dry powder which is mixed with the other ingredients before wet agglomeration. During the agglomeration procedure the binder might thus dissolve partly or completely in the agglomeration liquid;
- As a solution which is used as agglomeration liquid during wet agglomeration. The binder is here often referred to as a ***solution binder***.
- As a dry powder which is mixed with the other ingredients before compaction (slugging or tabletting). The binder is here often referred to as a ***dry binder***.

Both solution binders and dry binders are included in the formulation at relatively low concentrations, typically 2–10% by weight. Common traditional solution binders are starch, sucrose and gelatin. More commonly used binders today, with improved adhesive properties, are polymers such as polyvinylpyrrolidone and cellulose derivatives (in particular hydroxypropyl methylcellulose). Important examples of dry binders are microcrystalline cellulose and crosslinked polyvinylpyrrolidone.

Solution binders are generally considered the most effective, and this is therefore the most common way of incorporating a binder into granules; the granules thus formed are often referred to as binder–substrate granules. It is not uncommon, however, for a dry binder to be added to the dry binder–substrate granules before tabletting in order to further improve the compactability of the granulation.

## Glidant

The role of the glidant is to improve the flowability of the powder. This is especially important during tablet production at high production speeds and during direct compaction. However, because the requirement for adequate flow is high, a glidant is often also added to a granulation before tabletting.

Traditionally, talc has been used as a glidant in tablet formulations, in concentrations of about 1–2% by weight. Today, the most commonly used glidant is probably colloidal silica, added in very low proportions (about 0.2% by weight). Because the silica particles are very small they adhere to the particle surfaces of the other ingredients and improve flow by reducing interparticulate friction. Magnesium stearate, normally used as a lubricant, can also promote powder flow at low concentrations (< 1% by weight).

## Lubricant

The function of the lubricant is to ensure that tablet formation and ejection can occur with low friction between the solid and the die wall. High friction during tabletting can cause a series of problems, including inadequate tablet quality (capping or even fragmentation of tablets during ejection, and vertical scratches on tablet edges) and may even stop production. Lubricants are thus included in almost all tablet formulations.

Lubrication is achieved by mainly two mechanisms: ***fluid lubrication*** and ***boundary lubrication*** (Fig. 27.8). In fluid lubrication a layer of fluid is located between and separates the moving surfaces of the solids from each other and thus reduces the friction. Fluid lubricants are seldom used in tablet formulations. However, liquid paraffin has been used, such as in formulations for effervescent tablets.

Boundary lubrication is considered as a surface phenomenon, as here the sliding surfaces are separated by only a very thin film of lubricant. The nature of the solid surfaces will therefore affect friction. In boundary lubrication the friction coefficient and wear of the solids are higher than with fluid lubrication. All substances that can affect interaction between sliding surfaces can be described as boundary lubricants, including adsorbed gases. The lubricants used in tablet formulations acting by boundary lubrication are fine particulate solids.

A number of mechanisms have been discussed for these boundary lubricants, including that lubricants are substances that show a low resistance towards shearing. The most effective of the boundary lubricants are stearic acid or stearic acid salts, primarily




**Fig. 27.8** Schematic illustration of lubrication mechanisms by fluid and boundary lubrication.

magnesium stearate. Magnesium stearate has become the most widely used lubricant owing to its superior lubrication properties. The stearic acid salts are normally used at low concentrations (< 1% by weight).

Besides reducing friction lubricants may cause undesirable changes in the properties of the tablet. The presence of a lubricant in a powder is thought to interfere in a deleterious way with the bonding between the particles during compaction, and thus reduce tablet strength (Fig. 27.9). Because many lubricants are hydrophobic, tablet disintegration and dissolution are often retarded by the addition of a lubricant. These negative effects are strongly related to the amount of lubricant present, and a minimum amount is normally used in a formulation, i.e. concentrations of 1% or below. In addition, the way in which the lubricant is mixed with the other ingredients should also be considered. It can, for example, be important if the excipients are added sequentially to a granulation rather than simultaneously. The total mixing time and the mixing intensity are also important in this context.

The commonly observed retardation of disintegration and dissolution of tablets is related to the hydrophobic character of the most commonly used lubricants. In order to avoid these negative effects more hydrophilic substances have been suggested as alternatives to the hydrophobic lubricants. Examples are surface-active agents and polyethylene glycol. A combination of hydrophobic and hydrophilic substances might also be used.

Both the effect on friction and the effect on the changes in tablet properties of a lubricant are related to the tendency of lubricants to adhere to the surface of drugs and fillers during dry mixing. Lubricants are often fine particulate substances which thus are prone to adhere to larger particles. In addition, studies on the mixing behaviour of magnesium stearate have indicated that this substance has the ability to form a film which can cover a fraction of the surface area of the drug or filler particles (the substrate particles). This film can be described as being continuous rather than particulate. A number of factors have been suggested to affect the development of such a lubricant film during mixing, and hence also affect friction and changes in tablet properties, such as the shape and surface roughness of the substrate particles; the surface area of the lubricant particles; mixing time and intensity; and the type and size of mixer.

Concerning the tablet strength-reducing effect of a lubricant, apart from the degree of surface coverage of the lubricant film obtained during mixing, the compression behaviour of the substrate particles will also be important. Drugs and fillers can thus be evaluated in terms of their lubricant sensitivity, i.e. the reduction in tablet strength due to the addition of a lubricant compared to a tablet formed from a powder without a lubricant. An important property for this lubricant sensitivity seems to be the degree of fragmentation the substrate particles undergo during compression (see below). It is thus assumed that, during compression,




Fig. 27.9 The reduction in tablet tensile strength as a function of the reduction in friction coefficient during tabletting of a sodium chloride powder mixed with 0.1% by weight of a series of lubricants admixed at two different mixing intensities. (From Hölzer, A.H. and Sjögren, J. Acta Pharm. Suec. 18, 139, 1981, with permission).

particle surfaces which are not covered with a lubricant film are formed during particle fragmentation, and that these clean surfaces will bond differently from the lubricant-covered particle surfaces.

To explain the effect of lubricant film formation on the tensile strength of tablets, a coherent matrix model has been developed. This suggests that when a continuous matrix of lubricant-covered particle surfaces exists in a tablet, along which a fracture plane can be formed, the tablet strength is considerably lower than that of tablets formed from unlubricated powder. However, if the mixing and compression processes do not result in such a coherent lubricant matrix within the tablet, for example due to irregular substrate particles or particle fragmentation, the lubricant sensitivity appears to be lower.

### Antiadherent

The function of an antiadherent is to reduce adhesion between the powder and the punch faces and thus prevent particles sticking to the punches. Many powders are prone to adhere to the punches, a phenomenon (known in the industry as ***sticking*** or ***picking***) which is affected by the moisture content of the powder. Such adherence is especially prone to happen if the tablet punches are engraved or embossed. Adherence can lead to a build-up of a thin layer of powder on the punches, which in turn will lead to an uneven and matt tablet surface with unclear engravings.

Many lubricants, such as magnesium stearate, have also antiadherent properties. However, other substances with limited ability to reduce friction can also act as antiadherents, such as talc and starch.

### Sorbent

Sorbents are substances that are capable of sorbing some quantities of fluids in an apparently dry state. Thus, oils or oil–drug solutions can be incorporated into a powder mixture which is granulated and compacted into tablets. Microcrystalline cellulose and silica are examples of sorbing substances used in tablets.

### Flavour

Flavouring agents are incorporated into a formulation to give the tablet a more pleasant taste or to mask an unpleasant one. The latter can be achieved also by coating the tablet or the drug particles.

Flavouring agents are often thermolabile and so cannot be added prior to an operation involving heat. They are often mixed with the granules as an alcohol solution.

### Colourant

Colourants are added to tablets to aid identification and patient compliance. Colouring is often accomplished during coating (see Chapter 28 for further information), but a colourant can also be included in the formulation prior to compaction. In the latter case the colourant can be added as an insoluble powder or dissolved in the granulation liquid. The latter procedure may lead to a colour variation in the tablet caused by migration of the soluble dye during the drying stage (see Chapter 26 for more information on the phenomenon of solute migration).

## TABLET TYPES

### Classification of tablets

Based on their drug-release characteristics, tablets can be classified into three types, immediate release, extended release and, delayed release. For immediate-release tablets the drug is intended to be released rapidly after administration, or the tablet is dissolved and administered as a solution. This is the most common type of tablet and includes disintegrating, chewable, effervescent, sublingual and buccal tablets.

Modified-release tablets should normally be swallowed intact. The formulation and thus also the type of excipients used in such tablets might be quite different from those of immediate-release tablets. The drug is released from an extended-release tablet slowly at a nearly constant rate. If the rate of release is constant during a substantial period of time, a zero-order type of release is obtained, i.e. $M = kt$ (where $M$ is the cumulative amount of drug released and $t$ is the release time). This is sometimes described as an ideal type of extended-release preparation. However, for most type of extended-release tablets a perfect zero-order release is not obtained.

For delayed-release tablets the drug is liberated from the tablet some time after administration. After this period has elapsed, the release is normally rapid. The most common type of delayed-release tablet is an enteric tablet, for which the drug is released in the upper part of the small intestine after the preparation has passed the stomach. However, a delayed-release can also be combined with a slow drug release, e.g. for local treatment in the lower part of the intestine or in the colon.

The type of release obtained from immediate-, extended- and delayed-release tablets is illustrated in Figure 27.10.

## Disintegrating tablets

The most common type of tablet is intended to be swallowed and to release the drug in a relatively short time thereafter by disintegration and dissolution, i.e. the goal of the formulation is fast and complete drug release in vivo. Such tablets are often referred to as conventional or plain tablets. A disintegrating tablet includes normally at least the following type of excipients: filler (if the dose of the drug is low), disintegrant, binder, glidant, lubricant and antiadherent.

As discussed above, the drug is released from a disintegrating tablet in a sequence of processes, including tablet disintegration, drug dissolution and drug absorption (see Fig. 27.7). All these processes will affect, and can be rate-limiting steps for, the rate of drug bioavailability. The rate of the processes is affected by both formulation factors and production conditions.

The disintegration time of the tablet can be markedly affected by the choice of excipients, especially disintegrant (Fig. 27.11). The type of filler and lubricant can also be of significant importance for tablet disintegration.

Tablet disintegration may also be affected by production conditions during manufacture. Important examples are the design of the granulation procedure (which will affect the physical properties of the granules), mixing conditions during the addition of lubricants and antiadherents, and the applied punch force during tabletting and the punch




**Fig. 27.10** Schematic representation of the cumulative amount of drug released from immediate-, extended- and delayed-release tablets.




**Fig. 27.11** The dissolution rate of salicylic acid, as assessed by an in vitro dissolution method based on agitated baskets, from tablets formed from mixtures of salicylic acid (325 mg) and a series of different types of starches as disintegrant. (From Underwood, T.W. and Cadwallader, D.E., J. Pharm. Sci. 61, 239, 1972.) □ potato starch, ● arrowroot starch, ▲ rice starch, • corn starch, △ compressible starch.

force–time relationship. It has been reported that an increased compaction pressure can either increase or decrease disintegration time, or give complex relationships with maximum or minimum disintegration times.

For poorly water-soluble drugs the dissolution rate is often the rate-limiting step for bioavailability. The dissolution rate is a function of the solubility and the surface area of the drug (see Chapter 2). Thus, dissolution rate will increase if the solubility of the drug is increased, e.g. by the use of a salt of the drug. It is also possible to speed up the dissolution process by incorporating into the formulation a substance that forms a salt with the drug during dissolution. This has been a common means to increase the dissolution rate of aspirin by using magnesium oxide in the formulation.

The drug dissolution rate will also increase with an increase in the surface area of the drug. Thus,



APOSEM0086000

control of drug particle size is important to control drug dissolution. However, a reduced particle size will make a powder more cohesive. A reduction in drug particle size might thus give aggregates of particles which are difficult to break up, with the consequence that the drug dissolution rate from the tablet will be reduced. It is thus important to ensure that the tablet is formulated in such a way that it will disintegrate, and the aggregates thus formed break up into small drug particles so that a large surface area of the drug is exposed to the dissolution medium.

For drugs with poor absorption properties the absorption can be affected (see Chapter 17) by modifying the drug lipophilicity, e.g. by esterification of the drug. The use of substances in the formulation that affect the permeability of the gastrointestinal cell membranes, often referred to as absorption enhancers, is also a possible means to increase the drug absorption rate and degree.

Single disintegrating tablets can also be prepared in the form of multilayers, i.e. the tablet consists of two or three layers cohered to each other (double- and triple-layered tablets). During the preparation of multilayer tablets the die is filled in two or three consecutive steps with different granulations from separate feed stations. Each layer is normally compressed after each fill.

Multilayer tablets are made primarily to separate incompatible drugs from each other, i.e. incompatible drugs can be incorporated into the same tablet. Although intimate contact exists at the surface between the layers, the reaction between the incompatible drugs is limited. The use of layered tablets where the layers are differently coloured represents an approach to preparing easily identifiable tablets.

Another variation of the disintegrating tablet is coated tablets which are intended to disintegrate and release the drug quickly (in contrast to coated tablets intended for modified release). The rationale for using coated tablets and detailed descriptions of the procedures used for tablet coating (sugar coating, film coating and press coating) are given in Chapter 28.

## Chewable tablets

Chewable tablets are chewed and thus mechanically disintegrated in the mouth. The drug is, however, normally not dissolved in the mouth but swallowed and dissolves in the stomach or intestine. Thus, chewable tablets are used primarily to accomplish a quick and complete disintegration of the tablet – and hence obtain a rapid drug effect – or to facilitate the intake of the tablet. A common example of the former is antacid tablets. In the latter case, the elderly and children in particular have difficulty in swallowing tablets, and so chewable tablets are attractive forms of medication. Important examples are vitamin tablets. Another general advantage of a chewable tablet is that this type of medication can be taken when water is not available.

Chewable tablets are similar in composition to conventional tablets except that a disintegrant is normally not included in the composition. Flavouring and colouring agents are common, and sorbitol and mannitol are common examples of fillers.

## Effervescent tablets

Effervescent tablets are dropped into a glass of water before administration, during which carbon dioxide is liberated. This facilitates tablet disintegration and drug dissolution; the dissolution of the tablet should be complete within a few minutes. As mentioned above, the effervescent carbon dioxide is created by a reaction in water between a carbonate or bicarbonate and a weak acid such as citric or tartaric.

Effervescent tablets are used to obtain rapid drug action, for example for analgesic drugs (Fig. 27.12), or to facilitate the intake of the drug, for example for vitamins.

The amount of sodium bicarbonate in an effervescent tablet is often quite high (about 1 g). After dissolution of such a tablet, a buffered water solution will be obtained which normally temporarily increases the pH of the stomach. The result is a rapid emptying of the stomach and the residence time of the drug in the stomach will thus be short. As drugs




**Fig. 27.12** Concentration of salicylates in plasma after administration of acetylsalicylic acid tablets (1 g). Circles, effervescent tablet; squares, conventional tablet. (From Ekenved, G., Elofsson, R. and Sölvell, L. Acta Pharm. Suec. 12, 323, 1975.)

are absorbed more effectively in the small intestine than in the stomach, effervescent tablets can thus show a fast drug bioavailability, which can be advantageous, for example, for analgesic drugs. Another aspect of the short residence time of the drug in the stomach is that drug-induced gastric irritation can be avoided, e.g. for aspirin tablets, as the absorption of aspirin in the stomach can cause irritation.

Effervescent tablets also often include a flavour and a colourant. A water-soluble lubricant is preferable in order to avoid a film of a hydrophobic lubricant on the surface of the water after tablet dissolution. A binder is normally not included in the composition.

Effervescent tablets are prepared by both direct compaction and by compaction via granulation. In the latter case, traditional wet granulation is seldom used; instead, granules are formed by the fusion of particles as a result of their partial dissolution during wet massing of a moistened powder.

Effervescent tablets should be packaged in such a way that they are protected against moisture. This is accomplished with waterproof containers, often including a dessicant, or with blister packs or aluminium foils.

## Lozenges

Lozenges are tablets that dissolve slowly in the mouth and so release the drug dissolved in the saliva. Lozenges are used for local medication in the mouth or throat, e.g. with local anaesthesia, antiseptic and antibiotic drugs. They can thus be described as slow-release tablets for local drug treatment.

Disintegrants are not used in the formulation, but otherwise such tablets are similar in composition to conventional tablets. In addition, lozenges are often coloured and include a flavour. The choice of filler and binder is of particular importance in the formulation of lozenges, as these excipients should contribute to a pleasant taste or feeling during tablet dissolution. The filler and binder should therefore be water soluble and have a good taste. Common examples of fillers are glucose, sorbitol and mannitol. A common binder in lozenges is gelatin.

Lozenges are normally prepared by compaction at high applied pressures in order to obtain a tablet of high mechanical strength and low porosity which can dissolve slowly in the mouth.

## Sublingual and buccal tablets

Sublingual and buccal tablets are used for drug release in the mouth followed by systemic uptake of the drug. A rapid systemic drug effect can thus be obtained without first-pass liver metabolism. Sublingual tablets are placed under the tongue and buccal tablets are placed in the side of the cheek.

Sublingual and buccal tablets are often small and porous, the latter facilitating fast disintegration and drug release.

## Extended-release tablets

### *Classification of extended-release tablets*

In recent years there has been great interest in the development and use of tablets which should be swallowed and thereafter slowly release the drug in the gastrointestinal tract. Such tablets are denominated in various ways, such as slow release, prolonged release, sustained release and extended-release. In the European Pharmacopoeia the term extended-release has been chosen as denominator for these types of tablets and so is used here. Extended-release tablets are often referred to as controlled-release preparations. This latter term is somewhat misleading, as all tablets, irrespective of their formulation and use, should release the drug in a controlled and reproducible way. (The nomenclature for extended-release preparations is subject to some debate and no worldwide acceptable system exists. The reader is referred to Chapter 20 for further discussion on this subject.)

After the release of the drug from the tablet the drug should normally be absorbed into the systemic circulation. The aim is normally to increase the time period during which a therapeutic drug concentration level in the blood is maintained. However, the aim can also be to increase the release time for drugs that can cause local irritation in the stomach or intestine if they are released quickly. Examples of the latter are potassium chloride and iron salts. In addition, drugs for local treatment of diseases in the large intestine are sometimes formulated as extended-release tablets.

An extended-release tablet contains one dose of the drug which is released for a period of about 12–24 hours. The release pattern can vary, from being nearly continuous to two or more pulses. In the latter case the pulses can correspond to a rapid release of the drug, or can be a combination of a rapid release of one portion of drug followed by a slow release of a second portion.

An extended-release preparation can also be categorized as a single-unit or a multiple-unit dosage form. In the first case the drug dose is incorporated into a single-release unit, and in the latter is divided into a large number of small release units. A multi-



APOSEM0086002

ple-unit dosage form is often considered to give a more reproducible drug action.

There are a series of rationales behind the increased interest in administering drugs orally for systemic uptake in the form of extended-release tablets. However, the drug must fulfil certain criteria in order to render itself suitable for sustained-release medication, otherwise another type of tablet is a more feasible alternative. These rationales and criteria, as well as the pharmacokinetic aspects of extended-release drug administration, are described elsewhere in this book (Chapters 19 and 20). In Chapter 20 the formulation principles used to achieve extended drug release are described.

Extended-release tablets are often classified according to the mechanism of drug release. The following are the most common means used to achieve a slow, controlled release of the drug from tablets:

- Drug transport control by diffusion
- Dissolution control
- Erosion control
- Drug transport control by convective flow (accomplished by, for example, osmotic pumping)
- Ion-exchange control.

### *Diffusion-controlled release systems*

In diffusion-controlled extended-release systems the transport by diffusion of dissolved drugs in pores filled with gastric or intestinal juice or in a solid (normally polymer) phase is the release-controlling process. Depending on the part of the release unit in which the drug diffusion takes place, diffusion-controlled release systems are divided into matrix systems (also referred to as monolithic systems) and reservoir systems. The release unit can be a tablet or a nearly spherical particle of about 1 mm in diameter (a granule or a millisphere). In both cases the release unit should stay more or less intact during the course of the release process. In matrix systems diffusion occurs in pores located within the bulk of the release unit, and in reservoir systems diffusion takes place in a thin water-insoluble film or membrane, often about 5–20 $\mu$m thick, which surrounds the release unit. Diffusion through the membrane can occur in pores filled with fluid, or in the solid phase that forms the membrane.

Drug is released from a diffusion-controlled release unit in two steps:

1. The liquid that surrounds the dosage form penetrates the release unit and dissolves the drug. A concentration gradient of dissolved drug is thus established between the interior and the exterior of the release unit.
2. The dissolved drug will diffuse in the pores of the release unit or the surrounding membrane and thus be released, or, alternatively, the dissolved drug will partition into the membrane surrounding the dose unit and diffuse in the membrane.

A dissolution step is thus normally involved in the release process, but the diffusion step is the rate-controlling step. The rate at which diffusion will occur depends on four variables: the concentration gradient over the diffusion distance, the area and distance over which diffusion occurs; and the diffusion coefficient of the drug in the diffusion medium. Some of these variables are used to modulate the release rate in the formulation.

*Reservoir systems* In a reservoir system the diffusion occurs in a thin film surrounding the release unit (Fig. 27.13). This film is normally formed from a high molecular weight polymer. The diffusion distance will be constant during the course of the release and, as long as a constant drug concentration gradient is maintained, the release rate will be constant, i.e. a zero-order release ($M = kt$).

One possible process for the release of the drug from a reservoir system involves partition of the drug dissolved inside the release unit to the solid membrane, followed by transport by diffusion of the drug within the membrane. Finally, the drug will partition to the solution surrounding the release unit. The driving force for the release is the concentration gradient of dissolved drug over the membrane. The release rate can be described in a simplified way by the following equation, which also summarizes the formulation factors by which the release rate can be controlled, i.e.

$$M/t = C\,A\,K\,D/h \qquad (27.1)$$

where $C$ is the solubility of the drug in the liquid, $A$ and $h$ are the area and thickness of the membrane, $D$ is the diffusion coefficient of the drug in the




**Fig. 27.13** Schematic illustration of the mechanism of drug release from a diffusion-based reservoir tablet ($t$ = time).

membrane and $K$ the partition coefficient for the drug between the membrane and the liquid at equilibrium.

In practice, the membrane surrounding the release unit often includes a water-soluble component. This can be small particles of a soluble substance, such as sucrose, or a water-soluble polymer, such as a water-soluble cellulose derivative (e.g. hydroxypropyl methylcellulose). In the latter case the polymer is used together with a water-insoluble polymer as the film-forming materials that constitute the coating. In such a membrane the water-soluble component will dissolve and form pores filled with liquid in which the drug can thereafter diffuse. The area and length of these pores will thus constitute the diffusion area and distance. These factors can be estimated from the porosity of the membrane ($E$) and the tortuosity ($\tau$) of the pores (the tortuosity refers to the ratio between the actual transport distance in the pores between two positions and the transport distance in a solution). The release rate can thus be described in a simplified way as follows:

$$M/t = C\,A\,E\,D/h\,\tau \qquad (27.2)$$

The membrane porosity and pore tortuosity can be affected by the addition of water-soluble components to the membrane.

For oral preparations the film surrounding the release units is normally based on high molecular weight, water-insoluble polymers, such as certain cellulose derivatives (e.g. ethyl cellulose) and acrylates. The film often also includes a plasticizer. In the case of drug release through liquid-filled pores a small amount of a water-soluble compound is also added, as described above. Reservoir systems today are normally designed as multiple-unit systems rather than single units.

*Matrix systems* In a matrix system the drug is dispersed as solid particles within a porous matrix formed of a water-insoluble polymer, such as polyvinyl chloride (Fig. 27.14). Initially, drug particles located at the surface of the release unit will be dissolved and the drug released rapidly. Thereafter, drug particles at successively increasing distances from the surface of the release unit will be dissolved and released by diffusion in the pores to the exterior of the release unit. Thus, the diffusion distance of dissolved drug will increase as the release process proceeds. The drug release, in terms of the cumulative amount of drug ($M$) released from a matrix in which drug particles are suspended is proportional to the square root of time i.e. $M = kt^{1/2}$.

The main formulation factors by which the release rate from a matrix system can be controlled are the amount of drug in the matrix, the porosity of the release unit, the length of the pores in the release unit (dependent on the size of the release unit and the pore tortuosity) and the solubility of the drug (which regulates the concentration gradient). The characteristics of the pore system can be affected by, for example, the addition of soluble excipients and by the compaction pressure during tabletting.

Matrix systems are traditionally designed as single-unit systems, normally tablets, prepared by tabletting. However, alternative preparation procedures are also used, especially for release units that are smaller than tablets. Examples of such techniques are extrusion, spray-congealing and casting.

### *Dissolution-controlled release systems*

In dissolution-controlled extended-release systems the rate of dissolution in the gastrointestinal juices of the drug or another ingredient is the release-controlling process. It is obvious that a sparingly water-soluble drug can form a preparation of a dissolution-controlled extended-release type. A reduced drug solubility can be accomplished by preparing poorly soluble salts or derivatives of the




**Fig. 27.14** Schematic illustration of the mechanism of drug release from a diffusion-based matrix tablet ($t$ = time).

drug. In practice, this approach is a less common way of formulating an extended-release preparation. An alternative means to achieve extended release based on dissolution is to incorporate the drug in a slowly dissolving carrier.

Dissolution-controlled extended-release systems can also be obtained by covering drug particles with a slowly dissolving coating. The release of the drug from such units occurs in two steps:

1. The liquid that surrounds the release unit dissolves the coating (rate-limiting dissolution step).
2. The solid drug is exposed to the liquid and subsequently dissolves.

In order to obtain an extended release based on dissolution of a coating, the tablet is designed to release the drug in a series of pulses. Although this type of release is not continuous it is normally referred to as extended release, as a similar bioavailability as with continuous-release systems can often be achieved. A pulsatile drug release can be accomplished by dividing the drug dose into a number of smaller release units, which are coated in such a way that the dissolution time of the coatings will vary (Fig. 27.15). The release unit is often a nearly spherical granule about 1 mm in diameter. A variation in dissolution time of the coating can be accomplished by varying its thickness or its solubility. Release units with different release times will be mixed and formed into tablets. After disintegration of the tablet, the release units will deliver the drug in a sequence of pulses.

The procedure described here is also the most common means to prepare a delayed-release system, such as enteric-coated dosage forms. In this case dissolution is inhibited until the preparation reaches the higher pH of the small intestine, where the drug is released in a relatively short time.

### *Erosion-controlled release systems*

In erosion-controlled extended-release systems the rate of drug release is controlled by the erosion of a matrix in which the drug is dispersed. The matrix is normally a tablet, i.e. the matrix is formed by a tabletting operation, and the system can thus be described as a single-unit system. The erosion in its simplest form can be described as a continuous liberation of matrix material (both drug and excipient) from the surface of the tablet, i.e. a surface erosion. The consequence will be a continuous reduction in tablet weight during the course of the release process (Fig. 27.16). Drug release from an erosion system can thus be described in two steps:

1. Matrix material, in which the drug is dissolved or dispersed, is liberated from the surface of the tablet.
2. The drug is subsequently exposed to the gastrointestinal fluids and mixed with (if the drug is dissolved in the matrix) or dissolved in (if the drug is suspended in the matrix) the fluid.

This release scheme is in practice a simplification, as erosion systems may combine different mechanisms for drug release. For example, the drug may be released both by erosion and by diffusion within the




**Fig. 27.15** Schematic representation of the cumulative amount of drug released from a dissolution-based (due to differences in coating thickness) pulsatile-release preparation.




**Fig. 27.16** Schematic illustration of the mechanism of drug release from an erosion tablet.



APOSEM0086005

matrix. Thus, a mathematical description of drug release from an erosion system is complex. However, drug release can often approximate zero-order for a significant part of the total release time.

The eroding matrix can be formed from different substances. One example is lipids or waxes, in which the drug is dispersed. Another example is polymers that gel in contact with water (e.g. hydroxyethyl cellulose). The gel will subsequently erode and release the drug dissolved or dispersed in the gel. Diffusion of the drug in the gel may occur in parallel.

### *Osmosis-controlled release systems*

In osmosis-controlled extended-release systems the flow of liquid into the release unit, driven by a difference in osmotic pressure between the inside and the outside of the release unit, is used as the release-controlling process. Osmosis can be defined as the flow of a solvent from a compartment with a low concentration of solute to a compartment with a high concentration. The two compartments are separated by a semipermeable membrane, which allows flow of solvent but not of the solute.

In the most simple type of osmosis-controlled drug release the following sequence of steps is involved in the release process:

1. Osmotic transport of liquid into the release unit;
2. Dissolution of drug within the release unit;
3. Convective transport of a saturated drug solution by pumping of the solution through a single orifice or through pores in the semipermeable membrane.

The pumping of the drug solution can be accomplished in different ways. One example is a tablet which includes an expansion layer, i.e. a layer of a substance that swells in contact with water, the expansion of which will press out the drug solution from the release unit. Alternatively, the increased volume of fluid inside the release unit will increase the internal pressure, and the drug solution will thus be pumped out.

If the flow rate of incoming liquid to the release unit is the rate-controlling process, the drug release rate can be described as:

$$M/t = C\,V/t \qquad (27.3)$$

where $V$ is the volume of incoming liquid. The flow rate of incoming liquid under steady-state conditions is a zero-order process, and the release rate of the drug will therefore also be a zero-order process. The water flow is not affected by the flow and pH of the dissolution medium. However, the water flow rate




**Fig. 27.17** Schematic illustration of the mechanism of drug release from an osmosis-controlled release system designed as a single-unit tablet with a single release orifice.

and hence drug release rate can be affected by a number of formulation factors, such as the osmotic pressure of the drug solution within the release unit, the drug solubility and the permeability and mechanical properties of the membrane.

Osmosis-controlled release systems can be designed as single-unit or multiple-unit tablets. In the first case the drug solution can be forced out from the tablet through a single orifice (Fig. 27.17) formed in the membrane by boring with a laser beam. Alternatively, the drug solution can flow through a number of pores formed during the uptake of water. Such pores can be formed by the dissolution of water-soluble substances in the membrane, or by straining of the membrane owing to the increased internal pressure in the release unit. In the case of multiple-unit release tablets the transport occurs in formed pores.

## TABLET TESTING

### Uniformity of content of active ingredient

A fundamental quality attribute for all pharmaceutical preparations is the requirement for a constant dose of drug between individual tablets. In practice, small variations between individual preparations are accepted and the limits for this variation are defined as standards in pharmacopoeias. For tablets, uniformity of dose or dose variation is tested in two separate tests: uniformity of weight and uniformity of active ingredient. These either reflect indirectly or measure directly the amount of drug substance in the tablet.



APOSEM0086006

Case 1:24-cv-09729-RMB-EAH Document 83-8 Filed 11/07/25 Page 58 of 80 PageID: 2328



The test for uniformity of weight is carried out by collecting a sample of tablets, normally 20, from a batch and determining their individual weights. The average weight of the tablets is then calculated. The sample complies with the standard if the individual weights do not deviate from the mean more than is permitted in terms of percentage.

If the drug substance forms the greater part of the tablet mass, any weight variation obviously reflects variations in the content of active ingredient. Compliance with the standard thus helps to ensure that uniformity of dosage is achieved. However, in the case of potent drugs which are administered in low doses, the excipients form the greater part of the tablet weight and the correlation between tablet weight and amount of active ingredient can be poor (Fig. 27.18). Thus, the test for weight variation must be combined with a test for variation in content of the drug substance. Nevertheless, the test for uniformity of weight is a simple way to assess variation in drug dose, which makes the test useful as a quality control procedure during tablet production.

The test for uniformity of drug content is carried out by collecting a sample of tablets, normally 10, followed by a determination of the amount of drug in each. The average drug content is calculated and the content of the individual tablets should fall within specified limits in terms of percentage deviation from the mean.

## Disintegration

As discussed above, the drug release process from immediate-release tablets often includes a step at which the tablet disintegrates into smaller fragments. In order to assess this, disintegration test methods have been developed and examples are described as official standards in pharmacopoeias.

The test is carried out by agitating a given number of tablets in an aqueous medium at a defined temperature, and the time to reach the end-point of the test is recorded. The preparation complies with the test if the time to reach this end-point is below a given limit. The end-point of the test is the point at which all visible parts of the tablets have been eliminated from a set of tubes in which the tablets have been held during agitation. The tubes are closed at the lower end by a screen and the tablet fragments formed during the disintegration are eliminated from the tubes by passing the screen openings, i.e. disintegration is considered to be achieved when no tablet fragments remain on the screen (fragments of coating may remain).

A disintegration apparatus (Fig. 27.19) consists normally of six chambers, i.e. tubes open at the upper end and closed by a screen at the lower. Before disintegration testing, one tablet is placed in each tube and normally a plastic disc is placed upon it. The tubes are placed in a water bath and raised and lowered at a constant frequency in the water in such a way that at the highest position of the tubes, the screen remains below the surface of the water.

Tests for disintegration do not normally seek to establish a correlation with in vivo behaviour. Thus, compliance with the specification is no guarantee of an acceptable release and uptake of the drug in vivo and hence an acceptable clinical effect. However, it is reasonable that a preparation that fails to comply with the test is unlikely to be efficacious. Disintegration tests are, however, useful as a means to assess the potential importance of formulation and process variables on the biopharmaceutical properties of the tablet, and as




**Fig. 27.18** Correlation between amount of active ingredient and tablet weight for (a) a low dose (drug content 23% of tablet weight) and (b) a high dose (drug content 90% of tablet weight) tablet. (From Airth, J.M., Bray, D.F., and Radecka, C. (1967). J. Pharm. Sci., 56, 233–235.



APOSEM0086007



Fig. 27.19 Diagram of a disintegration instrument for the testing of tablet disintegration time.

a control procedure to evaluate the quality reproducibility of the tablet during production.

## Dissolution

Dissolution testing is the most important way to study, under in vitro conditions, the release of a drug from a solid dosage form, and thus represents an important tool to assess factors that affect the bioavailability of a drug from a solid preparation. During a dissolution test the cumulative amount of drug that passes into solution is studied as a function of time. The test thus describes the overall rate of all the processes involved in the release of the drug into a bioavailable form.

Dissolution studies are carried out for several reasons:

- To evaluate the potential effect of formulation and process variables on the bioavailability of a drug;
- To ensure that preparations comply with product specifications;
- To indicate the performance of the preparation under in vivo conditions.

This last point requires that in vitro dissolution data correlate with the in vivo performance of the dosage form, which must be experimentally verified. The term in vitro/in vivo correlation in this context is related to the correlation between in vitro dissolution and the release or uptake of the drug in vivo. The establishment of such a correlation is one of the most important aspects of a dissolution test for a preparation under formulation development, and is discussed further in Chapter 18.

Dissolution is accomplished by locating the tablet in a chamber containing a flowing dissolution medium. So that the method is reproducible, all factors that can affect the dissolution process must be standardized. This includes factors that affect the solubility of the substance (i.e. the composition and temperature of the dissolution medium) and others that affect the dissolution process (such as the concentration of dissolved substance in, and the flow conditions of, the fluid in the dissolution chamber). Normally, the concentration of the drug substance in the bulk of the dissolution medium shall not exceed 10% of the solubility of the drug, i.e. sink conditions. Under sink conditions, the concentration gradient between the diffusion layer surrounding the solid phase and the concentration in the bulk of the dissolution medium is often assumed to be constant.

A number of official and unofficial methods exist for dissolution testing, which can be applied to both drug substances and formulated preparations. With respect to preparations, the main test methods are based on forced convection of the dissolution medium and can be classified into two groups: stirred-vessel methods and continuous-flow methods.

### *Stirred-vessel methods*

The most important stirred-vessel methods are the paddle method (Fig. 27.20) and the rotating-basket method (Fig. 27.21). Details of these can be found in official monographs in the European or US Pharmacopoeias. Both use the same type of vessel, which is filled with a dissolution medium of controlled volume and temperature. In the paddle method, the tablet is placed in the vessel and the dissolution medium is agitated by a rotating paddle. In the rotating-basket method, the tablet is placed in a small basket formed from a screen. This is then immersed in the dissolution medium and rotated at a given speed.

### *Continuous-flow methods*

In the continuous-flow method the preparation is held within a flow cell, through which the dissolution medium is pumped at a controlled rate from a large reservoir. The liquid which has passed the flow cell is collected for analysis of drug content. The continuous-flow cell method may have advantages over stirred-vessel methods, e.g. it maintains sink conditions throughout the experiment and avoids floating of the preparation.



APOSEM0086008




**Fig. 27.20** Diagram of a dissolution instrument based on the rotating paddle method for the testing of tablet dissolution rate. (From Banakar, U.V. Pharmaceutical Dissolution Testing. Marcel Dekker, Inc., New York 1992.)

The amount of drug dissolved is normally analysed more or less continuously as the concentration in the vessel at a series of consecutive times. However, sometimes a single measurement can be performed if required in the Pharmacopoeia or product specification, i.e. the amount of drug dissolved within a certain time period is determined.

The composition of the dissolution medium might vary between different test situations. Pure water may be used, but in many cases a medium that shows a closer resemblance to some physiological fluid is used. In such media the pH and ionic strength can be controlled, and surface-active agents might be added to affect the surface tension of the liquid and the solubility of the drug. Such fluids are often referred to as simulated gastric or intestinal fluids. Also, other dissolution media might be used, such as solvent mixtures, if the solubility of the drug is very low.

## Mechanical strength

The mechanical strength of a tablet is associated with the resistance of the solid specimen towards fracturing and attrition. An acceptable tablet must remain intact during handling between production and administration. Thus, an integrated part of the




**Fig. 27.21** Diagram of a dissolution instrument based on the rotating-basket method for the testing of tablet dissolution rate. (From Banakar, U.V. Pharmaceutical Dissolution Testing. Marcel Dekker, Inc., New York 1992.)

formulation and production of tablets is the determination of their mechanical strength. Such testing is carried out for several reasons, such as:

- To assess the importance of formulation and production variables for the resistance of a tablet towards fracturing and attrition during formulation work, process design and scaling up;
- To control the quality of tablets during production (in-process and batch control);
- To characterize the fundamental mechanical properties of materials used in tablet formulation.

A number of methods are available for measuring mechanical strength and they give different results. Especially for the use of strength data to assess material properties, a number of test methods originating from materials science are used, such as beam bending and uniaxial tensile testing. In this context also the hardness of a tablet can be measured by indentation. The hardness of a specimen is associated with its resistance to local permanent deformation, and is thus not a measure of the resistance of the tablet towards fracturing.

The most commonly used methods for strength testing can be subcategorized into two main groups: attrition-resistance methods and fracture-resistance methods.



APOSEM0086010

### *Attrition-resistance methods*

The idea behind attrition resistance methods is to mimic the kind of forces to which a tablet is subjected during handling between its production and its administration. These are also referred to as friability tests: a friable tablet is one that is prone to erode mechanically during handling. During handling, tablets are subjected to stresses from collisions and tablets sliding towards one another and other solid surfaces, which can result in the removal of small fragments and particles from the tablet surface. The result will be a progressive reduction in tablet weight and a change in its appearance. Such attrition can occur even though the stresses are not high enough to break or fracture the tablet into smaller pieces. Thus, an important property of a tablet is its ability to resist attrition so as to ensure that the correct amount of drug is administered and that the appearance of the tablet does not change during handling. Another application of a friability method is to detect incipient capping, as tablets with no visible defects can cap or laminate when stressed by an attrition method, e.g. a rotating cylinder.

The most common experimental procedure to determine attrition resistance involves the rotation of tablets in a cylinder followed by the determination of weight loss after a given number of rotations. Another approach is to shake tablets intensively in a jar of similar dimensions to a pack-jar. Normally, weight loss of less than 1% during a friability test is required. In addition, the tablets should not show capping or cracking during such testing.

### *Fracture-resistance methods*

Analysis of the fracture resistance of tablets involves the application of a load on the tablet and the determination of the force needed to fracture or break the specimen along its diameter. In order to obtain a controlled loading, care must be taken to ensure that the load is applied under defined and reproducible conditions in terms of the type of load applied (compression, pulling, twisting etc.) and the loading rate.

For compressive loading of tablets, the test is simple and reproducible under controlled conditions, and the diametric compression test has therefore a broad use during formulation development and tablet production. In such compression testing the tablet is placed against a platen and the load is applied along its diameter by a movable platen. The tablet fails ideally along its diameter, i.e. parallel to the compression load, in a single fracture into two pieces of similar size (Fig. 27.22), and the fracture force is recorded. This mode of failure is actually a tensile failure even though it is accomplished here by compressive loading. The force needed to fracture the tablet by diametral compression is often somewhat unfortunately referred to as the crushing or breaking strength of the tablet. The term hardness is also used in the literature to denote the failure force, which is in this context incorrect as hardness is a deformation property of a solid.

The force needed to fracture a tablet depends on the tablet's dimensions. An ideal test, however, should allow comparison between tablets of different sizes or even shapes. This can be accomplished by assessing the strength of the tablet, i.e. the force needed to fracture the tablet per unit fracture area. A strength test requires that the fracture mode (i.e. the way by which the crack is formed) can be controlled and that the stress state along the fracture plane can be estimated. The simplest and most common tensile strength test is the indirect diametral compression test described above. For a cylindrical flat-faced tablet the tensile strength ($\sigma_t$) can be calculated by Eqn 27.4, provided that the tablet fails in a tensile fracture mode characterized by a single linear fracture across the diameter of the cylindrical specimen:

$$\sigma_t = 2F/\pi D\, t \qquad (27.4)$$

where $F$ is the force needed to fracture the tablet and $D$ and $t$ are the diameter and the thickness of the cylindrical flat-faced tablet, respectively.

In practice, more complicated failure characteristics than tensile failure are often obtained during diametral compression (Fig. 27.23), which will prevent the strict application of the calculation procedure. It should be pointed out that the tensile strength of convex-faced tablets can also be calculated by using other equations.

An alternative procedure to measure the tensile strength of a tablet is to directly pull the tablet apart




**Fig. 27.22** Illustration of the tensile failure of a tablet during diametral compression.




**Fig. 27.23** Examples of different types of failure induced by diametral compression. (a) Simple tensile failure. (b) Triple cleft failure. (c) Failure due to shear at platen edges. (From Davies, P.N. and Newton, J.M. In: Pharmaceutical Powder Compaction Technology (Eds. Alderborn G. and Nyström, C.), Marcel Dekker Inc., New York 1996.)




**Fig. 27.24** Schematic illustration of particle deformation, elastic and plastic, during compression. (From Armstrong, N.A. Mfg. Chem. October, 64 1982.)

by the application of stresses along its main axes until fracture occurs, i.e. a direct axial tensile test. The use of this method is primarily to detect weaknesses in the compact in the axial direction, which is an indication of capping or lamination tendencies in the tablet. Thus, the strength value obtained by this procedure indicates weak zones in the tablet rather than the mean strength of the whole tablet.

## FUNDAMENTAL ASPECTS OF THE COMPRESSION OF POWDERS

### Mechanisms of compression of particles

The compressibility of a powder is defined as its propensity, when held within a confined space, to reduce in volume while loaded. The compression of a powder bed is normally described as a sequence of processes. Initially, the particles in the die are rearranged, resulting in a closer packing structure and reduced porosity. At a certain load the reduced space and the increased interparticulate friction will prevent any further interparticulate movement. The subsequent reduction of the tablet volume is therefore associated with changes in the dimensions of the particles.

Particles, either whole or a part, can change their shape temporarily by elastic deformation and permanently by plastic deformation (Fig. 27.24). Particles can also fracture into a number of smaller, discrete particles, i.e. particle fragmentation. The particle fragments can then find new positions, which will further decrease the volume of the powder bed. When the applied pressure is further increased the smaller particles formed could again undergo deformation. Thus, one single particle may undergo this cycle of events several times during one compression. As a consequence of compression particle surfaces are brought into close proximity to each other and particle–particle bonds can be formed.

Elastic and plastic deformation of particles are a time-independent processes, i.e. the degree of deformation is related to the applied stress and not the time of loading. However, it can also be time-dependent, i.e. the degree of deformation is related to the applied stress *and* the time of loading. This deformation behaviour is referred to as viscoelastic and viscous deformation of a material. The consequence is that the compression behaviour of a material might depend on the loading conditions during the formation of a tablet in terms of the punch displacement–time relationship. Many pharmaceutical substances seem to have a viscous character, i.e. be strain-rate sensitive, and the properties of the tablet is thus dependent on the punch displacement–time relationship for the compression process.

Elastic deformation can be described as a densification of the particle due to a small movement of the cluster of molecules or ions that forms the particle, e.g. a crystal lattice or a cluster of disordered molecules. Plastic deformation is considered to occur by the sliding of molecules along slip planes within the particles. For real crystals, such slip planes are formed at defects in the crystal lattice, especially dislocations.

The majority of powders handled in pharmaceutical production consist not of non-porous primary

particles but rather of granules, i.e. porous secondary particles formed from small dense primary particles. For granules, a larger number of processes are involved in their compression. These can be classified into two groups:

- Physical changes in the granules, i.e. the secondary particles;
- Physical changes in the primary particles from which the granules are formed.

The latter concern changes in the dimensions of the primary particles due to elastic and plastic deformation and fragmentation. Such processes may be significant for the strength of tablets. It is, for example, common for a capping-prone substance, when compacted as dense particles, to also be prone to cap or laminate during compaction in the form of granules, such as substrate-binder granules. However, in terms of the evolution of the tablet structure, the physical changes in the granules that occur during compression are of primary importance.

At low compression forces the reduction in volume of the bed of granules can occur by a rearrangement within the die. However, granules are normally fairly coarse, which means that they spontaneously form a powder bed of relatively low voidage (i.e. the porosity of the intergranular spaces). Therefore, this initial rearrangement phase is probably of limited importance with respect to the total change in bed volume of the mass. With increased loading, a further reduction in bed volume therefore requires changes in the structure of the granules. The granules can deform, both elastically and permanently, but also densify, i.e. reduce their intragranular porosity. By these processes granules can still be described as coherent units, but their shape and porosity will change.

Granules can also be broken down into smaller units by different mechanisms:

1. Primary particles might be removed from the surface of granules when they slide against each other or against the die wall. This can be described as erosion or attrition, rather than fracturing. This mechanism occurs primarily for granules with a rough surface texture.
2. Granules can fracture into a number of smaller ones i.e. granule fragmentation.

Studies on the compression properties of granules formed from pharmaceutical substances have indicated that granules are not prone to fracture into smaller units during compression over a normal range of applied pressures. Thus, permanent deformation and densification dominate the compression event. However, for irregular, rough granules some attrition might occur. Deformation and densification of granules have been suggested to occur by the repositioning of primary particles within the granules, i.e. these processes involves an internal flow of primary particles. In this context, the terms ***degree*** and ***mode*** of deformation have been used to describe granule deformation. Degree of deformation refers to some quantitative change in the shape of the granules, whereas mode of deformation refers to the type of shape change, such as a flattening of the granule, or a more complicated shape change towards irregular granules.

The dominating compression mechanisms for dense particles and granules are summarized in Table 27.2. The relative occurrence of fragmentation and deformation of solid particles during compression is related to the fundamental mechanical characteristics of the substance, such as their elasticity and plasticity. For granules, both the mechanical properties of the primary particles from which the granules are formed and the physical structure of the granule, such as their porosity and shape, will affect the relative occurrence of each compression mechanism.

## Evaluation of compression behaviour

### *Procedures*

The procedures used in research and development work to evaluate the compression behaviour of particles and the mechanisms of compression involved in the volume reduction process are of two types:

- Characterization of ejected tablets;
- Characterization of the compression and decompression events.

Concerning the characterization of ejected tablets, the most important procedures used are inspection and the determination of the pore structure of the

**Table 27.2 Dominating compression mechanisms for dense particles and granules (porous particles)**

| Dense particles | Granules |
|---|---|
| Repositioning of particles | Repositioning of granules |
| Particle deformation | Granule deformation (permanent) |
| elastic | Granule densification |
| plastic | Granule attrition |
| viscous/viscoelastic | Deformation of primary particles |
| Particle fragmentation | |



APOSEM0086013

tablet, in terms of a mean pore size, pore size distribution and specific surface area. A less common approach is to calculate ratios between the mechanical strengths of tablets measured in different directions.

Concerning characterization of the compression and decompression events, these procedures are based on relationships between parameters that can be derived from the compaction process (Table 27.3). Some of the most common approaches used in this context are described below.

### *Inspection of tablets*

The inspection of tablets, e.g. by scanning electron microscopy, is an important means to study changes in the physical properties of particles during compression. Such changes include fragmentation into smaller particles, permanent shape changes due to deformation, and finally, the formation of cracks within the particles. Such inspection will also give information about the relative positions of particles within the tablet and hence the interparticulate pore structure. The fracture path during strength testing, i.e. failure around or across the particles, can also be estimated from inspection of the tablet fracture surface.

In addition to the inspection of intact tablets, studies of the fragmentation of particles during compression can be obtained by analysing the size and size distribution of particles obtained by deaggregation of a tablet. Such deaggregation can occur spontaneously by disintegration of the tablet in a liquid, or be created mechanically. Studies on such deaggregated tablets have indicated that powder compression can effectively reduce the size of particles and result in a wider particle size distribution of the cohered particles within a tablet.

**Table 27.3 Parameters used in procedures to describe compression and decompression events**

| |
|---|
| Upper punch force/pressure versus compression time* |
| Lower punch force/pressure versus compression time† |
| Upper punch force/pressure versus lower punch force/pressure |
| Upper punch force versus die-wall force |
| Punch force versus punch displacement (mainly upper punch) |
| Tablet volume versus upper punch pressure/force |
| Tablet porosity versus upper punch pressure/force |

* Used both during ordinary compression and also as prolonged loading after maximum applied force/pressure has been reached (referred to as stress relaxation measurements).
† Used primarily to describe the ejection phase.

### *Pore structure and specific surface area of tablets*

One of the most important ways to study the evolution of tablet structure during compression is to measure some characteristic of the pore structure of the tablet. Information on pore size distribution can be obtained by mercury intrusion measurements and by gas adsorption–desorption. However, the most common way to evaluate the pore system of a tablet has been to measure the surface area of the tablet by air permeability or gas adsorption. The former has also been used to derive an indication of the mean pore size in a tablet.

Fragmentation is a size reduction process and so can be assessed by measuring the specific surface area of a particulate solid before and after compaction, or measuring changes in tablet surface area with compaction pressure. The surface area of tablets can be determined by several procedures, including gas adsorption and mercury intrusion. Both these methods can provide useful information on particle fragmentation. However, by these methods it is difficult to differentiate between inter- and intraparticulate pores, and the procedure might thus not reflect particle fragmentation only, but also the formation or closure of cracks or intraparticulate pores.

A method which measures the external surface area is thus advantageous in this context. Air permeametry is one such method which also has the advantage of being simple and fast. The procedure involves the formation of tablets at a series of applied pressures, followed by the measurement of the tablet's specific surface area. The slope of the relationship between tablet surface area and applied pressure represents the degree of fragmentation and can be used to classify materials with respect to their fragmentation propensity (Fig. 27.25). It should be pointed out that the calculation of tablet surface area from air permeability measurements may give erroneous values as a result of the assumptions made in the derivation of the calculation procedure. In spite of this, the method has been shown to give useful data in terms of describing the fragmentation propensity of a substance.

The relationship between tablet surface area and applied pressure is, however, strongly dependent on the original surface area of the powder, i.e. the tablet




**Fig. 27.25** The tablet surface area, measured by air permeametry, as a function of compaction pressure for a series of pharmaceutical substances. (From Alderborn, G., Pasanen, K., and Nyström, C. Int. J. Pharm., 23, 79 1985. □ sodium chloride, ▲ sodium bicarbonate, ○ saccharose, ■ sodium citrate, △ ascorbic acid, ● lactose, ◇ paracetamol, ◆ Emcompress.

surface area increases more markedly with applied pressure when the original particle size was smaller. Attempts have been made in the literature to derive an expression similar to those describing the size reduction of particles during milling (see Chapter 11), by which a measure of the propensity of particles to fragment independent of the original powder surface area can be calculated.

It is generally assumed that a change in the size of a particle affects the mechanics of particle deformation, i.e. how a particle responds to an applied load. Such a size-related change in the mechanics of particles can, for example, be attributed to a reduced probability of the presence of flaws in the crystal structure at which a catastrophic failure is initiated. It seems possible, therefore, that at a limiting particle size fragmentation might cease. Examples of such transitions from a brittle to a plastic behaviour have been reported, and the particle size at which this transition takes place is referred to as the critical particle size. An example is that of α-lactose monohydrate crystals, where this transition takes place at about 20 μm. This critical size has been suggested to vary markedly between different substances.

The use of surface area data to estimate particle fragmentation from gas adsorption and permeability measurements can only be applied to powders consisting of solid particles, and not to those consisting of porous particles, such as granules. The problem for the latter type is related to the internal surface area and the intraparticulate porosity of the granules.

As granules are porous particles, the pore structure of a bed of granules is dualistic, i.e. there will be pores both within and between the granules. The compression process will dramatically affect the pore structure, and for tablets prepared from granules it is in practice difficult to distinguish between inter- and intragranular pores. It seems, though, that granules tend to keep their integrity during compaction, and hence the pore structure of the tablet is principally dualistic. It has been shown that the porosity of the intragranular pore space constitutes a significant portion of the total porosity of a tablet formed from granules. As granules densify during compression, measures of their porosity before compression is not sufficient compensation for the intragranular part of the pore system.

In order to avoid the problem of defining the porosity of the intergranular pore space, a simplified approach based on air permeability measurements has been used instead to characterize the compression behaviour of granules. In this case, a tablet permeability coefficient is measured and studied in relation to the applied pressure. By this procedure, the change in intergranular tablet pore structure with applied pressure can be assessed, which is suggested to reflect the deformation and densification behaviour of granules during tabletting.

### *Force–displacement profiles*

The relationship between upper punch force and upper punch displacement during compression, often referred to as force–displacement profile, has been used as a means to derive information on the compression behaviour of a powder and to make predictions on its tablet-forming ability. The area under a force–displacement curve represents the work or energy involved in the compression process. Different procedures have been used to analyse the curves.

One suggested approach is based on the division of the force–displacement curve into different regions (denoted E1, E2 and E3 in Fig. 27.26). It has been suggested that the areas of E1 and E3 should be as small as possible if the powder will perform well in a tabletting operation and give tablets of a high




**Fig. 27.26** The relationship between upper punch force and upper punch displacement during compression and decompression of a powder. (From Ragnarsson, G. In: Pharmaceutical Powder Compaction Technology (Eds. Alderborn G. and Nyström, C.), Marcel Dekker Inc., New York 1996.)

mechanical strength. An alternative proposed approach is based on mathematical analysis of the force–displacement curve from the compression phase, e.g. in terms of a hyperbolic function.

Force–displacement curves have some use in pharmaceutical development as an indicator of the tablet-forming ability of powders, including the assessment of the elastic properties of materials from the decompression curve. It can also be used as a means to monitor the compression behaviour of a substance in order to document and evaluate reproducibility between batches. However, the interpretation of the force–displacement relationship in terms of mechanisms of particle compression, or compression mechanics, is not clarified, which limits the use of force–displacement curves in fundamental compression studies.

Force–displacement measurements have also been used in fundamental studies on the energy conditions during compaction of powders, i.e. a thermodynamic analysis of the process of compact formation. The energy applied to the powder can be calculated from the area under the force–displacement curve. This compaction energy is used to overcome friction between particles, to deform particles both permanently and reversibly, and to create new particle surfaces by fragmentation. The thermal energy released during compaction can be assessed by calorimetry, i.e. the die is constructed as a calorimeter. The heat released during compression is the result of particle deformation – i.e. energy is consumed during deformation and thereafter partly released when the deformation is completed – and the result of the formation of interparticulate bonds.

Data have been reported indicating that the net effect of a compaction process is exothermal, i.e. more thermal energy is released during compaction than is applied to the powder in terms of mechanical energy. The main explanation for this is released bonding energy in the form of heat due to the formation of bonds between particles.

### *Tablet volume–applied pressure profiles*

In both engineering and pharmaceutical sciences, the relationship between volume and applied pressure during compression is the main approach to deriving a mathematical representation of the compression process. A large number of tablet volume–applied pressure relationships exist. In addition to tablet volume and applied pressure parameters, such expressions include some constants which often are defined in physical terms. However, only for a few equations has the physical significance of the constants been generally accepted. Among these, the most recognized expression in both engineering and pharmaceutical science is the tablet porosity–applied pressure function according to Heckel.

*Heckel equation* Tablet porosity can be measured either on an ejected tablet or on a powder column under load, i.e. in die. The latter approach is more common as it can be performed rapidly with a limited amount of powder. A problem might be that the compression time is different at each pressure, which could affect the profile for materials having pronounced time-dependent compression behaviour.

The compression of a powder can be described in terms of a first-order reaction where the pores are the reactant and the densification the product. Based on this assumption, the following expression was derived:

$$\ln(1/E) = KP + A$$

where $E$ is the tablet porosity, $P$ the applied pressure, $A$ a constant suggested to reflect particle rearrangement and fragmentation, and $K$ the slope of the linear part of the relationship which is suggested to reflect the deformation of particles during compression. The reciprocal of the slope value $K$ is often calculated and considered to represent the ***yield stress*** or ***yield pressure*** ($P_y$) for the particles, i.e.:

$$\ln(1/E) = (P/P_y) + A$$

The yield stress is defined as the stress at which particle plastic deformation is initiated. To be able to use the Heckel yield pressure parameter to compare

different substances, it is important to standardize the experimental conditions, such as tablet dimensions and speed of compaction.

Figure 27.27 shows a typical Heckel profile. This often shows an initial curvature (phase I) which has been suggested to reflect particle fragmentation and repositioning. Thereafter, the relationship is often linear over a substantial range of applied pressures (phase II), and thus obeys the expression. From the gradient of this linear part the yield pressure can be calculated, which is thus a measure of the particle plasticity. Finally, during decompression an expansion in tablet height is represented by increased tablet porosity (phase III). From this decompression phase a measure of the particle elasticity can be calculated as the relative change in tablet porosity or height.

*Strain-rate sensitivity* Another proposed use of yield pressure values from Heckel profiles is to assess the time-dependent deformation properties of particles during compression by comparing yield pressure values derived under compression at different punch velocities. A term denoted the ***strain-rate sensitivity*** (SRS) has been proposed (Roberts and Rowe 1985) as a characteristic of the time dependency of a powder:

$$SRS = (P_y' - P_y'')/P_y''$$

where $P_y'$ is the yield pressure derived at a high punch velocity and $P_y''$ is that derived at a low punch velocity. $P_y'$ is normally higher than $P_y''$ and the SRS is thus a positive value.

The discussion on the use of Heckel profiles to derive a measure of the compression yield pressure is applicable to the compression of powders consisting




**Fig. 27.27** A typical example of a Heckel profile during compression and decompression of a powder. (From Duberg, M. and Nyström, C. Powder Technol. 46, 67, 1986.)

of solid particles. It should be emphasized that the interpretation of $1/K$ in terms of a mean yield stress for the particles is under debate. Nevertheless, support has been presented that such an interpretation is valid for solid (non-porous) particles. For porous particles, i.e. granules and pellets, the Heckel procedure is inadequate for the derivation of a measure of deformability or granule strength. The problem of applying the Heckel approach to the compression of porous particles is related to the need to assess the porosity of the reactant pore system. The pore space of interest in relation to the Heckel equation is intergranular, and the problem of quantifying this is discussed above.

*Kawakita equation* A promising means of assessing the compression mechanics of granules is to calculate a compression shear strength from the ***Kawakita equation***. This was derived from the assumption that, during powder compression in a confined space, the system is in equilibrium at all stages, so that the product of a pressure term and a volume term is constant. The equation can be written in the following linear form:

$$P/C = (1/ab) + (P/a)$$

where $P$ is applied pressure, $C$ the degree of volume reduction and $a$ and $b$ are constants. The degree of volume reduction relates the initial height of the powder column ($h_o$) to the height of the powder column (the compact) at an applied pressure $P$ ($h_p$) as follows:

$$C = (h_o - h_p)/h_o$$

The equation has been applied primarily to powders of solid particles. However, it has been suggested (Adams et al 1994) that the compression parameter $1/b$ corresponds to the strength of granules in terms of a compression strength. The procedure thus represents a possible means to characterize the mechanical property of granules from a compression experiment.

## Evaluation of die-wall friction during compression

Friction is a serious problem during tabletting. A series of procedures has thus been developed with the aim of assessing the friction between the powder or tablet and the die wall during compression and ejection, which can be used during tablet formulation to evaluate lubricants. These methods are based mainly on the use of force signals during powder compression or tablet ejection. The most common type of compression situation used in this context is



APOSEM0086017

to use a single-punch press with a movable upper punch and a stationary lower punch. In such a rig the force is applied by the upper punch and transmitted axially to the lower punch, and also laterally to the die. The ejection of the tablet involves the application of an ejection force by the lower punch. Typical force profiles during compression in a single-punch press with a stationary lower punch are given in Figure 27.28.

When the descending upper punch establishes contact with the powder bed in the die, the force increases with compression time. The applied force rises to a maximum value and thereafter decreases during the decompression phase to zero. Parallel with the force trace from the upper punch, force traces from the lower punch and the die will be obtained. These can be described as transmitted forces and the force values are thus generally lower than the applied force. The force transmitted from the upper punch to the lower is considered to depend on a number of factors, including the friction between the powder and the die wall. These factors can be summarized in the following expression:

$$F_a = F_b\, e(KL/D)$$

where $F_a$ and $F_b$ are applied and transmitted forces, $L$ and $D$ are the length and diameter of the powder column within the cylindrical die (Fig. 27.29) and $K$ is a constant. The constant $K$ is a function of the friction coefficient between particles and the die wall. Thus, the transmission of force from the upper to the lower punch depends on the friction between the powder and the die wall. Both the difference in transmitted force, i.e. upper punch force–lower punch force, and the ratio between the upper and lower punch force, i.e. lower punch force/upper punch force (often denoted the $R$ value), are used as measures of die-wall friction during compression. For a well lubricated powder the force transmission corresponds to $R$ >0.9.




**Fig. 27.28** Force–time signals (from punches and die) during uniaxial powder compression.




**Fig. 27.29** Schematic illustration of punch and die-wall forces involved during uniaxial powder compression in a cylindrical die

In addition to studies on transmitted forces during uniaxial compression of a powder, studies have been performed with the intention of describing the distribution of the compression pressure within the powder column in a more detailed way. A complex pressure pattern will be developed during the compression, an example of which is given in Figure 27.30. This distribution in pressure will probably be associated with local variations in porosity, pore size and strength within the tablet, caused by, for example, pressure-related variations in the degree of particle deformation within the tablet.

After the upper punch has lost contact with the tablet and its force has consequently decreased to zero, the tablet will be positioned in the die in contact




**Fig. 27.30** The distribution of compression pressure (in MPa) during uniaxial powder compression (From Train, D. Trans. Inst. Chem. Engrs. 35, 258, 1957.)

with the lower punch and the die wall. In this situation, the tablet will apply a force to both the lower punch and the die wall. The magnitude of these forces is dependent on the mechanical character of the particles formed into the tablet, but also by the friction conditions at the interface between tablet and die wall.

The ejection of the tablet will result in an increased force signal from the lower punch, referred to as the ejection force. This is a function of the lateral die-wall force, but also of the friction condition at the interface between tablet and die wall. The maximum ejection force is thus also used as a measure of friction between tablet and die wall. One approach to assess friction during ejection is to calculate the dimensionless friction coefficient ($\mu$) as the ratio between the ejection force ($F_e$) and the die-wall force ($F_w$) at the beginning of the ejection phase, i.e.:

$$\mu = F_e / F_w$$

To summarize, the following procedures are mainly used to derive measures of friction between powder or tablet and the die wall from force signals during tabletting in a single-punch press:

- Force difference between upper and lower punch;
- Force ratio between lower and upper punch;
- Maximum ejection force;
- Friction coefficient during ejection.

## FUNDAMENTAL ASPECTS OF THE COMPACTION OF POWDERS

### Bonding in tablets

The transformation of a powder into a tablet is fundamentally an interparticulate bonding process, i.e. the increased strength of the assembly of particles is the result of the formation of bonds between them. The nature of these bonds is traditionally subdivided into five types – known as the Rumpf classification:

1. Solid bridges
2. Bonding by liquids (capillary and surface tension forces)
3. Binder bridges (viscous binders and adsorption layers)
4. Intermolecular and electrostatic forces
5. Mechanical interlocking.

In the case of compaction of dry powders, two of the suggested types of bond are often considered to dominate the process of interparticulate bond formation, i.e. bonding due to intermolecular forces and bonding due to the formation of solid bridges. Mechanical interlocking between particles is also considered as a possible but less significant bond type in tablets.

Bonding by intermolecular forces is sometimes also known as ***adsorption bonding***, i.e. the bonds are formed when two solid surfaces are brought into intimate contact and subsequently adsorb to each other. Among the intermolecular forces, dispersion forces are considered to represent the most important bonding mechanism. This force operates in vacuum and in a gaseous or liquid environment up to a separation distance between the surfaces of approximately 10–100 nm.

The formation of solid bridges, also referred to as the ***diffusion theory of bonding***, occurs when two solids are mixed at their interface and accordingly form a continuous solid phase. Such a mixing process requires that molecules in the solid state are movable, at least temporarily, during compression. An increased molecular mobility can occur due to melting, or as a result of a glass–rubber transition of an amorphous solid phase.

***Mechanical interlocking*** is the term used to describe a situation where strength is provided by interparticulate hooking. This phenomenon usually requires that the particles have an atypical shape, such as needle-shaped, or highly irregular and rough particles.

For tablets of a porosity in the range 5–30% it is normally assumed that bonding by adsorption is the dominant bond type between particles. In tablets formed from amorphous substances or from substances with low melting points, it is possible that solid bridges can be formed across the particle–particle interface. It is also reasonable that if tablets of a very low porosity, i.e. close to zero, are formed, particles can fuse together to a significant degree.

Often granules, i.e. secondary particles formed by the aggregation of primary particles, are handled in a tabletting operation. When granules are compacted, bonds will be formed between adjacent granule surfaces. For granules that do not include a binder the fusion of adjacent surfaces during compaction is probably not a significant bonding mechanism. Thus, intermolecular bonding forces acting between intergranular surfaces in intimate contact will probably be the dominant bond type in such tablets.

Granules often include a binder. When such binder–substrate granules are compacted it is reasonable to assume that the binder also plays an important role in the formation of intergranular bonds. The binder may fuse together locally and form binder bridges between granule surfaces which

cohere the granules to each other. Such bridges may be the result of a softening or melting of binder layers during the compression phase. These bonds can be described as solid bridges according to the Rumpf classification (see above). However, different types of adsorption bonds may be active between granule surfaces. These may be subdivided into three types: binder–binder, binder–substrate and substrate–substrate bonds.

For adsorption bonds between granules in a tablet, the location of the failure during fracturing of the tablet can vary. Fractures occurring predominantly through binder bridges between substrate particles, as well as predominantly at the interface between the binder and the substrate particle, may occur. The location of the failure has been attributed to the relative strength of the cohesive (binder bridge) and adhesive (binder–substrate interface) forces acting within the granules, which can be affected by, for example, the surface geometry of the substrate particles.

The main bond types in tablets formed from dense particles (interparticulate bonds) and from granules (intergranular bonds) are summarized in Table 27.4.

## The compactability of powders and the strength of tablets

The compactability of a powder refers to its propensity to form a coherent tablet and thus represents a critical powder property in successful tabletting operations. The ability of a powder to cohere is understood in this context in a broad sense, i.e. a powder with a high compactability forms tablets with a high resistance towards fracturing and without tendencies to cap or laminate (Fig. 27.31). In practice, the most common way to assess powder compactability is to study the effect of compaction pressure on the strength of the resulting tablet, as assessed by the force needed to fracture the formed tablet while loaded diametrically, or the tensile strength of the tablet. Such relationships are often nearly linear (Fig. 27.32) above a lower pressure threshold needed to form a tablet and up to a pressure corresponding to a tablet of a few percent porosity. At low porosities the relationship between tablet strength and compaction pressure will often level out. This relationship can thus be described simply in terms of a three-region relationship characterized by lower and upper tablet strength thresholds and an intermediate region in which the tablet strength is pressure dependent in an almost linear way. However, if cracks are formed in the tablet during tabletting, e.g. during the ejection phase, this will often affect the assessed strength. Cracking and capping can often be induced at relatively high compaction pressures. This can often be reflected as a drop in the tablet strength–compaction pressure profile.

By determining the tensile strength of a tablet by direct pulling in the axial direction, weaknesses in the tablet caused by small cracks can be observed as a reduction in axial tensile strength without a parallel effect on the tablet's tensile strength.

Alternatives to tablet strength–compaction pressure relationships for representing the compactability of powders are also used, such as the relationship

**Table 27.4 Suggested predominant bond types in tablets formed from dense particles (interparticulate bonds) and from granules (intergranular bonds)**

| Interparticulate bonds | Intergranular bonds |
|---|---|
| Adsorption bonds (intermolecular forces) | Adsorption bonds of three types: binder–binder, binder–substrate, substrate–substrate |
| Solid bridges | Solid binder bridges |




**Fig. 27.31** Illustration of tablet defects referred to as capping and lamination.




**Fig. 27.32** Outline of the relationship between tablet tensile strength and compaction pressure for tablets showing no lamination (I) and for tablets showing lamination or capping (II).

between tablet strength and tablet porosity, and the relationship between tablet strength and the work done by the punches during tablet formation.

Compaction is fundamentally a bonding process, i.e. strength is provided by bonds formed at the interparticulate junctions or contact sites during the compression process. Studies on the structure of fractured tablets indicate that a tablet generally fails by the breakage of interparticulate bonds, i.e. an interparticulate fracture process. However, especially for tablets of low porosity, the tablet can also fracture by breakage of the particles that form the tablet, i.e. a combination of an inter- and an intra-particulate fracture process. In general terms it seems, though, that the interparticulate contacts in a tablet represent the preferred failure path during fracturing. This conclusion is applicable both to tablets formed from solid particles and to tablets formed from porous secondary particles (granules and pellets). Consequently, factors that affect the microstructure at the interparticulate junctions have been considered significant for the compactability of a powder.

Our understanding of the mechanical strength of a solid is based on the resistance of a solid body to fracture while loaded. It might seem reasonable that the sum of the bonding forces that cohere the molecules forming the solid will represent the strength of that solid. However, solids fail by a process of crack propagation, i.e. the fracture is initiated at a specific point within the solid and is thereafter propagated across a plane, thereby causing the solid to break. The consequence in terms of the strength of the solid is that the sum of the bonding forces acting over the fracture surface will be higher than the stress required to cause failure. It is known, for example, that for crystalline solids the theoretical strength due to the summation of intermolecular bonds is much higher than the measured strength of the solid.

In order to understand the strength of solids, the process of fracture has attracted considerable interest in different scientific areas. In this context important factors associated with the fracturing process and the strength of a specimen are the size of the flaw at which the crack is initiated and the resistance of the solid towards fracturing. The latter property can be described by the ***critical stress intensity factor***, which is an indication of the stress needed to propagate a crack. Another fracture mechanics parameter, which is related to the critical stress intensity factor, is the strain energy release rate, which is a measure of the energy that is released during crack propagation. By using the critical stress intensity factor, the tensile strength of the solid is considered to relate to the flaw size ($c$) and the critical stress intensity factor ($K_{IC}$) in the following way:

$$\sigma_t = f(K_{IC}/c^{1/2})$$

The critical stress intensity factor varies with tablet porosity. It has therefore been suggested that for compacts, such as tablets, factors such as the size of the particles within the tablet and the surface energy of the material will affect the critical stress intensity factor (Kendall 1988). These factors are also considered to control the interparticulate bond structure in a tablet.

Procedures to determine the critical stress intensity factor for a particulate solid have been described. Such a procedure involves normally the formation of a beam-shaped compact in which a notch is formed. When the compact is loaded, the fracture is initiated at the notch. The force needed to fracture the compact is determined and the critical stress intensity factor thereafter calculated. In order to assess a material characteristic, compacts of a series of porosities are formed and the series of values for the critical stress intensity factor subsequently determined is plotted as a function of the compact porosity (Fig. 27.33). The relationship is thereafter sometimes extrapolated to zero porosity, and the value thus derived is sometimes considered a fundamental material characteristic.

In addition to the fundamental studies on the strength of solids, indices and expressions have been derived within pharmaceutical science which can be described as indicators of the compactability




**Fig. 27.33** A log-linear relationship between the critical stress intensity factor and the compact porosity for beams formed from polyethylene glycols of different molecular weight (From Al-Nasassrah, M.A., Podczeck, F., Newton, J.M. Eur. J. Pharm. Biopharm. 46, 31, 1998.)



APOSEM0086021

of a powder. There are several applications of such indicators during pharmaceutical development, such as:

- the evaluation of the compactability of small amounts of particles;
- the selection of drug candidates during preformulation based on technical performance;
- the detection of batch variations of drugs and excipients;
- the selection of excipients and the evaluation of the compactability of formulations.

Examples of such indicators which have found industrial use are the indices of tabletting performance derived by Hiestand and co-workers (1996). Hiestand derived three indices of tabletting performance, among which the ***bonding index*** (BI) and the ***brittle fracture index*** (BFI) are suggested to reflect the compactability of the powder. These indices are dimensionless ratios between mechanical properties of compacts formed at some porosity. The bonding index is proposed to reflect the ability of particles to form a tablet of high tensile strength, whereas the brittle fracture index is proposed to reflect the ability of a tablet to resist fracturing and lamination during handling. These indices are defined as follows:

$$BI = T/H$$

and

$$BFI = (T/T_o - 1)/2$$

where $T$ is the tensile strength of a normal compact, $T_o$ is the tensile strength of a compact with a small hole and $H$ is the hardness of the compact.

Other approaches to derive an indicator of the compactability of a powder aim to describe the microstructure of a tablet in terms of an interparticulate bond structure. They are based on the view that bond formation during compaction is significant for the development of coherence, i.e. it is postulated that the tensile strength of a tablet has some proportionality to the interparticulate bonds that act over the fracture area. The latter can be modelled in terms of, for example, the effective number of bonds and the effective contact area of the bonds. Such models can thus be described as bond summation approaches, and it is implicit that all bonds are separated simultaneously. This is not consistent with the real mode of failure of a solid and the models are thus not fundamental approaches to understanding the strength of a tablet. They can, however, be described as pragmatic models, with the aim of describing the importance of the compression behaviour of particles for the evolution of bond structure and tablet strength.

Examples of such equations have been given by Leuenberger (1982) and Alderborn and co-workers (Eriksson and Alderborn 1995, Sebhatu and Alderborn 1999). In both cases the bond structure is modelled and related to an end-point representing the maximum tensile strength ($\sigma_t^{max}$) that can be obtained for tablets of a specific powder. This maximum tensile strength can thus be described as reflecting the bond strength. Leuenberger's approach is based on the concept of effective number of interparticulate bonds in a cross-section of the tablet. It is assumed that over a cross-section of a tablet a number of bonding and non-bonding sites exist. This number depends on the applied pressure during compression ($P$) and the tablet relative density ($\rho$, which is equivalent to 1 minus the tablet porosity). In the derivation of the expression the term ***compression susceptibility*** ($\gamma$) was introduced, which described the compressibility of the powder and has the unit 1/pressure. The equation takes the following form:

$$\sigma_t = \sigma_t^{max} (1 - e [\gamma P \rho])$$

Alderborn's approach is based on the concept of effective contact area between particles in a cross-section of the tablet. In the derivation it was assumed that both particle fragmentation and particle permanent deformation are bond-forming processes, and that the former controlled the number of bonds in a tablet cross-section and the latter the area of contact between a pair of particles in that section. The expression indicates that the propensity of particles to deform irreversibly during compression is a dominant factor for the microstructure of the formed tablet, which thus is considered to be of significant importance for the resistance of a tablet towards fracturing (Fig. 27.34).

## Post-compaction tablet strength changes

The compactability of a powder is normally understood in terms of the ability of particles to cohere during the compression process and hence to form a porous specimen of defined shape. However, the mechanical strength of tablets can change, increase or decrease, during storage without the application of any external mechanical force. The underlying mechanisms for such changes are often a complex function of the combination of ingredients in the tablet and the storage conditions, such as relative humidity and temperature. In order to describe



APOSEM0086022




**Fig. 27.34** The tensile strength of lactose tablets as a function of their microstructure, as calculated in terms of an effective contact area between the particles in the tablet by using the yield pressure from Heckel profiles ($P_y$). Upper graph represents tablets formed from amorphous lactose of three different particle sizes and lower graph represents tablets formed from crystalline lactose of three different particle sizes. (From Sebhatu, T. and Alderborn, G. Eur. J. Pharm. Sci. 8, 235, 1999.)

**Table 27.5 Proposed mechanisms for post-compaction changes (increase or decrease) in the mechanical strength of tablets**

| |
|---|
| *Decreased tablet strength* |
| Reduced bonding (intermolecular forces) due to condensation of water in tablet pores |
| Change in tablet microstructure due to dissolution of material in condensed water |
| Softening of amorphous material due to water absorption |
| *Increased tablet strength* |
| Formation of bonds due to crystallization of material dissolved in condensed water |
| Formation of bonds due to crystallization of amorphous material in rubbery state |
| Change in tablet microstructure due to viscous particle deformation |
| Change in tablet microstructure due to rearrangement of solid material in the amorphous state |
| Change in tablet microstructure due to polymorphic transformations |

mechanisms responsible for post-compaction changes in tablet strength, studies on simple, one-component powders have been conducted (Table 27.5). The suggested mechanisms are probably active also in tablets formed from complete formulations of several components.

During storage at a fairly high relative humidity, tablets can be softer and their tensile strength reduced. With increased relative humidity, the state of water adsorbed at the solid surface can change from an adsorbed gas to a liquid, i.e. water condenses in the tablet pores. Furthermore, if the solid material is freely soluble in water, it can dissolve. Both the presence of condensed water in the pores and the dissolution of a substance in the condensed water can drastically decrease tablet strength and eventually lead to the collapse of the whole tablet. However, the dissolution of a freely soluble substance in condensed pore water can also give an increase in tablet strength if the water is allowed to evaporate owing to a change in temperature or relative humidity. The result of this evaporation can be a crystallization of solid material, with the subsequent formation of solid bridges between particles in the tablet and increased tablet strength.

In addition to the mechanisms involving the presence of condensed pore water, several other mechanisms causing an increase in tablet strength during storage at a relative humidity at which condensation of water is unlikely to occur, have been proposed. One such mechanism is a continuing viscous deformation of particles after the compaction process is completed. This phenomenon is referred to as ***stress relaxation*** of tablets. The increase in tablet strength can be significant with no or minor detectable changes in its physical structure. However, viscous deformation of small parts of particles might change the microstructure of the tablet in terms of the relative orientation of particle surfaces, and the geometry of the interparticle voids, and thus affect the resistance to fracturing of a tablet. A characteristic feature for stress relaxation changes is that the tablet strength changes occur for a limited time in connection with the compaction phase.

Explanations for observed changes in tablet strength due to the presence of amorphous material in tablets have been presented. If the amorphous substance absorbs or desorbs moisture, the mechanical strength of the tablet can change. This is probably related to an effect of absorbed moisture on the mechanical properties of the amorphous material. If the uptake of moisture allows the amorphous material to change from a glassy to a rubbery state, the amorphous phase may crystallize. Such crystallization can subsequently affect – normally increase – tablet strength.

Another mechanistic explanation for a storage-related increase in tablet strength which involves amorphous material is a process described as a restructuring of parts of the pore system due to a rearrangement of solid material. It has been reported, for example, that a marked increase in tablet strength during storage occurred in parallel with a change to a more open pore structure. Moreover, these changes do not necessarily occur immediately after compaction, but can be initiated by exposure of the tablet to humid air for a certain period after compaction (Fig. 27.35). The restructuring of the pore system might be due to a diffusion-like transport of molecules or ions at the surface of particles, followed by a localization of material in zones where particle surfaces are close to each other. Such a mobility of molecules in the solid state has been shown by an amorphous phase.

Finally, an increase in tablet strength during storage has also been explained by a change in the crystal structure of particles, from a less to a more stable crystal form, i.e. a polymorphic transformation.




**Fig. 27.35** The tensile strength of sodium chloride tablets as a function of storage time for tablets stored at different relative humidities. Open symbols: tablets stored 4 days at low, 4 days at high and 3 days at low relative humidity. Closed symbols: tablets stored 4 days at high, 4 days at low and 3 days at high relative humidity. (From Eriksson, M. and Alderborn, G. Int. J. Pharm. 109, 59, 1994.)

## RELATIONSHIPS BETWEEN MATERIAL PROPERTIES AND TABLET STRENGTH

### Factors of importance for powder compactability

A number of empirical studies exists in the pharmaceutical literature with the aim of mapping factors that affect the structure of a tablet and its mechanical strength, i.e. tensile strength, resistance towards attrition and capping tendencies. These factors can be classified into three group: material and formulation factors; processing factors (choice of tablet machine and operation conditions); and environmental factors (relative humidity etc.).

Of special importance from a formulation perspective are the physical and mechanical properties of the particles used in the formulation and how these particles are combined in granulation and mixing steps. Relationships for powders consisting both of one component and of two components, such as a filler and a lubricant or a dry binder, have been discussed in this context.

### The compaction of solid particles

It is often assumed that the evolution of the interparticulate structure of a tablet, in terms of bonds between particles and the pores between the particles, will be significant for the mechanical strength of the tablet. Thus, the material-related factors that control the evolution of the microstructure of the tablet have been discussed as important factors for the compactability of a powder. In this context, the compression behaviour and the original dimensions of the particles have received special interest.

As discussed above, the degree of fragmentation and permanent deformation that particles undergo during compression are significant for tablet structure and strength. It has been suggested that both fragmentation and deformation are strength-producing compression mechanisms. The significance of particle fragmentation has been considered to be related to the formation of small particles which constitute the tablet, with the consequence that a large number of contact sites between particles at which bonds can be formed will be developed. The significance of permanent deformation has been explained in terms of an effect on the area of contact of the interparticulate contact sites, with a subse-



APOSEM0086024

quent increased bonding force. The relative importance of these mechanisms for the bonding between particles in a tablet and the resistance of a tablet towards fracturing has, not however, been fully clarified. Concerning elastic deformation, which is recoverable, this is considered as a disruptive rather than a bond-forming mechanism. Poor compactability, in terms of low tablet strength and capping/lamination, has been attributed to elastic properties of the solid. A summary of proposed advantages and disadvantages of the different particle compression mechanisms for the ability of the particles to form tablets is given in Table 27.6.

It is sometimes considered that one of the most important properties of particles for the mechanical strength of a tablet is their size before compaction. A number of empirical relationships between particle dimensions before compaction and the mechanical strength of the resultant tablet can thus be found in the literature. As a rule, it is normally assumed that a smaller original particle size increases tablet strength. However, it is also suggested that the effect of original particle size is in relative terms limited for powder compactability, with the possible exception of very small (i.e. micronized) particles. Reported data show, however, that different and sometimes complex relationships between particle size and tablet strength can be obtained, with maximum or minimum tablet strength values. Complex relationships might be associated with a change in the shape, structure (such as the formation of aggregates) or degree of disorder of the particles with particle size. It seems also that increased compaction pressure stresses the relationship between original particle size and tablet strength in absolute terms.

Expressions quantifying the relationship between tablet strength and original particle size have been presented in the literature, such as the following:

$$F = K\,d^{-a}$$

where $F$ is the force (N) needed to break the compact, $d$ is the diameter (m) of the particle, and, $K$ and $a$ are constants. The expression thus describes the general assumption that tablet strength increases with a reduced original particle size. The compactability of sodium chloride and hexamine is described by this equation (Fig. 27.36).

Some studies have specifically reported on the effect of original particle shape on tablet strength. The results indicate that, for particles that fragment to a limited degree during compression, an increased particle irregularity improved their compactability. However, for particles that fragmented markedly during compression the original shape of the particles did not affect tablet strength. Moreover, an increased compaction pressure increased the absolute difference in strength of compacts of different original particle shape. Thus, the shape characteristics of particles that fragment markedly during compression seem not to affect the microstructure and the tensile strength of tablets, but the converse applies for particles that showed limited fragmentation.

**Table 27.6 Proposed advantages and disadvantages of the different compression mechanisms in relation to the tablet-forming ability of the powder**

| Compression mechanism | Advantages | Disadvantages | Others |
|---|---|---|---|
| Fragmentation | No effect of particle shape<br>Low sensitivity to additives<br>Strain-rate insensitive | May cause fracturing of tablets (capping etc.) | Bond-forming ability (and tablet strength) dependent on degree of particle fragmentation |
| Plastic deformation | Resistant towards fracturing of tablets (capping etc.)<br>Strain-rate insensitive | Sensitive to additives and variations in original particle shape | Bond-forming ability (and tablet strength) dependent on degree of particle deformation |
| Elastic deformation | – | May cause fracturing of tablets (capping etc.) | – |
| Time-dependent deformation | – | Strain rate sensitive<br>Prone to change tablet strength after compaction due to stress relaxation | – |




**Fig. 27.36** The relationship (log-log scales) between the force needed to break the tablet and the original diameter of the particles of sodium chloride and hexamine. (From Shotton, E. and Ganderton, D. J. Pharm. Pharmacol. Suppl. 13, 144T, 1961.

## The compaction of granules

The rationale for granulating a powder mixture before tabletting has been discussed above, one reason being to ensure good compactability. When granules are compacted, the mechanical characteristics of the primary particles will probably affect the compactability of the mass. For example, it is a common experience that capping-prone material will show capping tendencies in the granulated form of the substance also. However, the design of the granulation process, such as the method of granulation, will also affect the compactability of the granules. Such process conditions will control the physical properties of the aggregates formed, e.g. in terms of intragranular binder distribution and granule porosity.

Tablets formed from granules can in physical terms be described as granules bonded together by intergranular bonds. When subjected to a load, tablets formed from granules often fail because of breakage of these bonds. Hence, the bonding force of the intergranular bonds and the structure of the intergranular pores will be significant for the tensile strength of the tablets. The evolution of the intergranular tablet microstructure during compression is affected by the physical properties of the granules before compression, as well as their composition.

Thus, in order to engineer granules in terms of their compactability, two main factors can be controlled:

- The composition of the granules (e.g. choice of filler and binder);
- The physical properties of the granules (e.g. porosity and mechanical strength).

In terms of the physical properties of granules, porosity, compression shear strength and shape are significant properties that influence compactability. In general terms, increased porosity, decreased compression shear strength and increased irregularity (Fig. 27.37) will increase the compactability of the granules. As discussed above, pharmaceutical granules seem to fragment to only a limited degree during compression. The importance of these granule properties for compactability has thus been discussed in terms of a sequential relationship between the original physical character of the granules, the degree of deformation they undergo during compression, and the area of contact and the geometry of the intergranular pores of the formed tablet. The formation of large intergranular areas of contact and a closed pore system promotes a high tablet strength.

Traditionally, the most important means to control the compactability of granules has been to add a binder to the powder to be granulated. This is normally done by adding the binder in a dissolved form, thereby creating binder–substrate granules. An increased amount of binder can correspond to an increased compactability, but this is not a general rule. The importance of the presence of a binder for the compactability of such granules can be explained in two ways. First, it has been suggested that intergranular bonds that involve binder-coated granule surfaces can be described as comparatively strong,




**Fig. 27.37** The tensile strength of tablets formed from granules of a series of porosities and of two different shapes. Open symbol: irregular granules. Closed symbol: nearly spherical granules. (From Johansson, B. and Alderborn, G. Unpublished data.)



APOSEM0086026

i.e. difficult to break. Secondly, binders are often comparatively deformable substances, which can reduce the compression shear strength of the whole granule and thus facilitate the deformation of the granules during compression. An increased degree of granule deformation is sometimes proposed to increase the compactability of the granules. Thus, the binder might have a double role in the compactability of granules, i.e. increase granule deformation and increase bond strength. Except for the presence of a binder in the granules, the combination of fillers in terms of the hardness and dimensions of the particles can affect the compression shear strength and hence the deformation properties of the granules during compression.

In the preparation of binder–substrate granules the intention is normally to spread out the binder homogenously within the granules, i.e. all substrate particles are more or less covered with a layer of binder. However, it is possible that the binder will be concentrated at different regions within the granules, e.g. due to solute migration during drying. The question of the importance of a relatively homogenous distribution versus a peripheral localization of the binder, i.e. concentration at the granule surface, has been addressed in the literature. It has been argued that a peripheral localization of the binder in the granules before compression should be advantageous, as the binder can thereby be used most effectively for the formation of intergranular bonds. However, the opposite has also been suggested, i.e. a homogenous binder distribution is advantageous for the compactability of granules. This observation was explained by assuming that, owing to extensive deformation and some attrition of granules during compression, new extragranular surfaces will be formed originating from the interior of the granule. When the binder is distributed homogenously, such compression-formed surfaces will show a high capacity for bonding.

Figure 27.38 gives an overview of the physical granule properties that affect the compactability of granules.

## The compaction of binary mixtures

Most of the fundamental work on powder compaction has been carried out on one-component powders. It is, however, of obvious interest to derive knowledge that enables the prediction of the compactability of mixtures of powders from the information from the compaction behaviour of the individual components. In this context, powder mixtures of two components, i.e. binary mixtures, have been the system of choice in pharmaceutical studies. Binary mixtures can be of two types: simple physical mixtures, i.e. nearly randomized mixtures of particles, and interactive (ordered) mixtures. Most of the studies in this context are empirical, although models for the compaction of binary powder mixtures have been derived.

Concerning simple binary mixtures, the importance of the relative proportions of the ingredients has been studied in relation to the compactability of




**Fig. 27.38** Overview of proposed physical granule properties of importance for the compactability of granules.

the respective single component. The mixture can show a change in compactability, as can be predicted proportionally from the compactability of the single powders, but deviations from such a simple linear relationship, both positively and negatively, have also been reported. Such non-linear behaviour has been explained in terms of differences between the components in their mechanical and adhesive properties.

Interactive mixtures, especially their compactability after the admixture of lubricants and dry binders, have been the subject of study. Concerning the tablet strength-reducing effect of a lubricant mixed with solid particles, it depends on the surface coverage of the lubricant film obtained during mixing, on the compaction properties of the lubricant per se, and on the compression behaviour of the substrate particles. Lubricant sensitivity, also referred to as dilution capacity, seems to be strongly related to the fragmentation propensity of the substrate particles, as discussed earlier.

Concerning the tablet-strength increasing effect of a dry binder mixed with solid particles, similar factors seem to control the compactability of the dry binder mixture as for the lubricant mixture, i.e. the degree of surface coverage of the substrate particle, the binding capacity and deformability of the dry binder, and the fragmentation propensity of the substrate particles (Fig. 27.39).




**Fig. 27.39** The tensile strength of tablets formed from three substrate substances of different fragmentation propensities in binary mixtures with some fine particulate dry binders i.e. microcrystalline cellulose, methylcellulose and polyvinylpyrrolidone of different particle size. The dotted lines represent the tensile strength of tablets formed from the single substrate substances. (From Nyström, C. and Glazer, M. Int. J. Pharm. 23, 255, 1985.)

The dilution capacity of interactive mixtures between granules and lubricants or dry binders seems to be related to the degree of deformation the granules undergo during compression, i.e. a high degree of deformation will give a lower sensitivity to a lubricant but also a less positive effect of a dry binder.

## REFERENCES

Adams, M.J., Mullier, M.A., Seville, J.P.K. (1994) Agglomerate strength measurement using a uniaxial confined compression test. *Powder Technol.*, **78**, 5.

Eriksson, M. and Alderborn, G. (1995) The effect of particle fragmentation and deformation on the interparticulate bond formation process during powder compaction. *Pharm. Res.* **12**, 1031.

Hiestand, E.N. (1996) Rationale for and the measurement of tableting indices. In: Pharmaceutical Powder Compaction Technology (eds. Alderborn, G. and Nyström, C.), p. 219, Marcel Dekker Inc., New York.

Kendall, K. (1988) Agglomerate strength. *Powder Metall.*, **31**, 28.

Leuenberger, H. (1982) The compressibility and compactability of powder systems. *Int. J. Pharm.* **12**, 41.

Roberts, R. and Rowe, R. (1985) The effect of punch velocity of the compaction of a variety of materials. *J. Pharm. Pharmacol.*, 37, 377.

Sebhatu, T. and Alderborn, G. (1999) Relationships between the effective interparticulate contact area and the tensile strength of tablets of amorphous and crystalline lactose of varying particle size. *Eur. J. Pharm. Sci.* **8**, 235.

## BIBLIOGRAPHY

Alderborn, G. and Nyström, C. (1996) *Pharmaceutical Powder Compaction* Technology. Marcel Dekker Inc., New York.

Alderborn, G., Pasanen, K., and Nyström, C. (1985) Studies on direct compression of tablets. XI. Characterization of particle fragmentation during compaction by permeametry measurements of tablets, *Int. J. Pharm.*, **23**, 79.

Al-Nasassrah, M.A., Podczeck, F. and Newton, J.M. (1998) The effect of an increase in chain length on the mechanical properties of polyethylene glycols. *Eur. J. Pharm. Biopharm.* 46, 31.

Armstrong, N.A. (1982) Causes of tablet compression problems. *Mfg Chem.* October 62.

Banakar, U.V. (1992) *Pharmaceutical Dissolution Testing*. Marcel Dekker, Inc., New York.

Chien, Y.W. (1992) *Novel Drug Delivery Systems*, 2nd edition. Marcel Dekker, Inc., New York.

Chulia, D., Deleuil, M. and Pourcelot, Y. (1991) *Powder Technology and Pharmaceutical Processes* (Handbook of Powder Technology, vol. 9). Elsevier, Amsterdam.

Duberg,. M. and Nyström, C. (1986) Studies on direct compression of tablets. XVII. Porosity–pressure curves for the characterization of volume reduction mechanisms in powder compression. *Powder Technol.* **46**, 67.



APOSEM0086028

Eriksson, M. and Alderborn, G. (1994) Mechanisms of post-compaction changes in tensile strength of sodium chloride compacts prepared from particles of different dimensions. *Int. J. Pharm.* **109**, 59.

*European Pharmacopoeia* 3rd edition 1997. Council of Europe, Strasbourg.

Hölzer, A.H. and Sjögren, J. (1981) Evaluation of some lubricants by the comparison of friction coefficients and tablet properties. *Acta Pharm. Suec.* **18**, 139.

Lieberman, H.A., Lachman, L. and Schwartz, J.B. (1989) *Pharmaceutical Dosage Forms: Tablets* (2nd edition, volumes 1–3). Marcel Dekker, Inc, New York.

Nyström, C. and Glazer, M. (1985) Studies on direct compression of tablets. XIII. The effect of some dry binders on the tablet strength of compounds with different fragmentation propensity. *Int. J. Pharm.* **23**, 255.

Podczeck, F. (1998) *Particle–particle Adhesion in Pharmaceutical Powder Handling*. Imperial College Press, London.

Sandell, E. (1993) *Industrial Aspects of Pharmaceutics*. Swedish Pharmaceutical Press, Stockholm.

Stanley-Wood, N.G. (1983) *Enlargement and Compaction of Particulate Solids*. Butterworths, London.