# Exhibit 10

The invention claimed is:

1. A solid dosage pharmaceutical composition comprising:

(a) a first type of granules comprising sodium N-(8-(2-hydroxybenzoyl)amino)caprylic acid (SNAC), lubricant, and no GLP-1 peptide, wherein the SNAC is at least 75% (w/w), and wherein the lubricant is less than 10% (w/w);

(b) a second type of granules comprising GLP-1 peptide, filler, binder, and no SNAC, wherein the GLP-1 peptide is 2 to 40% (w/w), wherein the filler is at least 15% (w/w), and wherein the binder is less than 40% (w/w); wherein:

the GLP-1 peptide is semaglutide, wherein the formula of semaglutide is N-epsilon26-[2-(2-{2-[2-(2-{2-[(S)-4-carboxy-4-(17-carboxy-heptadecanoylamino)butyrylamino]ethoxy}ethoxy)acetylamino]ethoxy}ethoxy)acetyl] [Aib8,Arg34]GLP-1(7-37); and

the composition is a tablet, wherein the weight of the tablet is in the range of 150 mg to 1000 mg.

2. The pharmaceutical composition according to claim **1**, wherein the release of said sodium N-(8-(2-hydroxybenzoyl)amino)caprylic acid is faster than the release of said GLP-1 peptide in the first 20 minutes of dissolution as determined by dissolution testing using Assay (I) carried out at pH 2.5.

3. The pharmaceutical composition according to claim **1**, wherein the first type of granules further comprises filler, wherein the filler is less than 20% (w/w).

4. The pharmaceutical composition according to claim **1** or claim **3**, wherein the composition comprises at least 60% (w/w) of SNAC, less than 10% (w/w) binder, 5-40% (w/w) filler, and less than 10% (w/w) lubricant.

5. The pharmaceutical composition according to claim **1** or claim **3**, wherein the binder is povidone.

6. The solid dosage pharmaceutical composition according to claim **1** or claim **3**, wherein the filler is microcrystalline cellulose.

7. The solid dosage pharmaceutical composition according to claim **1** or claim **3**, wherein the lubricant is magnesium stearate.

8. The pharmaceutical composition according to claim **1** or claim **3** wherein the weight of the tablet is in the range of 300 mg to 600 mg.

9. The solid dosage pharmaceutical composition according to claim **1** or claim **3**, wherein the weight of the tablet is in the range of 350 mg to 450 mg.

10. A solid dosage pharmaceutical composition comprising:

(a) a first type of granule comprising sodium N-(8-(2-hydroxybenzoyl)amino)caprylic acid (SNAC), lubricant, and no GLP-1 peptide, wherein the SNAC is at least 75% (w/w), and wherein the lubricant is less than 10% (w/w);

(b) a second type of granule comprising GLP-1 peptide, filler, binder, and no SNAC, wherein the GLP-1 peptide is 2 to 40% (w/w), the filler is at least 15% (w/w), and the binder is less than 40% (w/w);

wherein the GLP-1 peptide is semaglutide, and wherein the formula of semaglutide is N-epsilon26-[2-(2-{2-[2-(2-{2-[(S)-4-carboxy-4-(17-carboxy-heptadecanoylamino) butyrylamino]ethoxy}ethoxy)acetylamino]ethoxy}ethoxy)acetyl] [Aib8,Arg34]GLP-1(7-37).

11. The pharmaceutical composition according to claim **10**, wherein the filler is microcrystalline cellulose, the lubricant is magnesium stearate, and the binder is povidone.

12. The pharmaceutical composition according to claim **10**, wherein the first type of granules further comprises filler, wherein the filler is less than 20% (w/w).

13. The pharmaceutical composition according to claim **12**, wherein the filler of the first type of granules is microcrystalline cellulose, wherein the filler of the second type of granules is microcrystalline cellulose, wherein the lubricant is magnesium stearate, and wherein the binder is povidone.

14. The pharmaceutical composition according to claim **13**, wherein the composition is in the form of a tablet having a weight in a range of 150 mg to 1000 mg.

15. The pharmaceutical composition according to claim **14**, wherein the weight of the tablet is in the range of 300 mg to 600 mg.

16. The pharmaceutical composition according to claim **15**, wherein the weight of the tablet is in the range of 350 mg to 450 mg.

17. A solid dosage pharmaceutical composition comprising:

(a) a first type of granules consisting essentially of sodium N-(8-(2-hydroxybenzoyl)amino)caprylic acid (SNAC) and one or more excipients selected from the group consisting of a lubricant, a filler, and a binder, wherein the SNAC is at least 75% (w/w);

(b) a second type of granules consisting essentially of GLP-1 peptide and one or more excipients selected from the group consisting of a lubricant, a filler, and a binder, wherein the GLP-1 peptide is 2 to 40% (w/w);

wherein the GLP-1 peptide is semaglutide, and wherein the formula of semaglutide is N-epsilon26-[2-(2-{2-[2-(2-{2-[(S)-4-carboxy-4-(17-carboxy-heptadecanoylamino)butyrylamino]ethoxy}ethoxy)acetylamino]ethoxy}ethoxy)acetyl] [Aib8,Arg34]GLP-1(7-37).

18. The pharmaceutical composition according to claim **17**, wherein the composition is a tablet with a weight in the range of 150 mg to 1000 mg.

19. The pharmaceutical composition according to claim **18**, wherein the weight of the tablet is in the range of 300 mg to 600 mg.

20. The pharmaceutical composition according to claim **19**, wherein the weight of the tablet is in the range of 350 mg to 450 mg.

21. The pharmaceutical composition according to claim **17**, wherein (a) the first type of granules consists essentially of (SNAC) and the lubricant; and wherein (b) the second type of granules consists essentially of semaglutide, the filler, and the binder.

22. The pharmaceutical composition according to claim **21**, wherein the lubricant of the first type of granules is magnesium stearate, wherein the filler of the second type of granules is microcrystalline cellulose, and wherein the binder of the second type of granules is povidone.

23. The pharmaceutical composition according to claim **17**, wherein (a) the first type of granules consists essentially of (SNAC), the lubricant, and the filler; and wherein (b) the second type of granules consists essentially of semaglutide, the filler, and the binder.

24. The pharmaceutical composition according to claim **23**, wherein the lubricant of the first type of granules is less than 10% (w/w), wherein the filler of the first type of granules is less than 20% (w/w), wherein the filler of the second type of granules is at least 15% (w/w), and wherein the binder of the second type of granules is less than 40% (w/w).

25. The pharmaceutical composition according to claim **24**, wherein the lubricant of the first type of granules is magnesium stearate, wherein the filler of the first type of

granules is microcrystalline cellulose, wherein the filler of the second type of granules is microcrystalline cellulose, and wherein the binder of the second type of granules is povidone.

**26**. The pharmaceutical composition according to claim **25**, wherein the composition is a tablet with a weight in a range of 150 mg to 1000 mg.

**27**. The pharmaceutical composition according to claim **26**, wherein the weight of the tablet is in the range of 300 mg to 600 mg.

**28**. The pharmaceutical composition according to claim **27**, wherein the weight of the tablet is in the range of 350 mg to 450 mg.

* * * * *

SEQUENCE LISTING

```
<160> NUMBER OF SEQ ID NOS: 2

<210> SEQ ID NO 1
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 1

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 2
<211> LENGTH: 40
<212> TYPE: PRT
<213> ORGANISM: Heloderma suspectum

<400> SEQUENCE: 2

His Gly Glu Gly Thr Phe Ile Thr Ser Asp Leu Ser Lys Gln Met Glu
1               5                   10                  15

Glu Glu Ala Val Arg Leu Phe Ile Glu Trp Leu Lys Asn Gly Gly Pro
            20                  25                  30

Ser Ser Gly Ala Pro Pro Pro Ser
        35                  40
```

The invention claimed is:

**1**. A solid dosage pharmaceutical composition comprising (1) semaglutide and (2) a granule;

wherein the granule comprises a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid (salt of NAC), a lubricant, and no semaglutide;

wherein the salt of NAC is at least 75% (w/w) of the granule; and

wherein the lubricant is less than 10% (w/w) of the granule.

**2**. The composition according to claim **1**, wherein the salt of NAC is sodium N-(8-(2-hydroxybenzoyl)amino)caprylic acid (SNAC).

**3**. The composition according to claim **1**, wherein the salt of NAC is 80-86% (w/w) of the granule.

**4**. The composition according to claim **3**, wherein the salt of NAC is sodium N-(8-(2-hydroxybenzoyl)amino)caprylic acid (SNAC).

**5**. The composition according to claim **1**, wherein the lubricant is magnesium stearate.

**6**. The composition according to claim **1**, wherein the lubricant is 1-3% (w/w) of the granule.

**7**. The composition according to claim **6**, wherein the lubricant is magnesium stearate.

**8**. The composition according to claim **1**, wherein the granule further comprises a filler.

**9**. The composition according to claim **8**, wherein the filler is microcrystalline cellulose.

**10**. The composition according to claim **8**, wherein the microcrystalline cellulose is 10-20% (w/w) of the granule.

**11**. The composition according to claim **8**, wherein the microcrystalline cellulose is less than 20% (w/w) of the granule.

**12**. The composition according to claim **11**, wherein the microcrystalline cellulose is 14-17% (w/w) of the granule.

**13**. The composition according to claim **1**, wherein the weight of the composition is in the range of 150 mg to 1000 mg.

**14**. The composition according to claim **13**, wherein the weight of the composition is in the range of 300 mg to 600 mg.

**15**. The composition according to claim **14**, wherein the weight of the composition is in the range of 350 mg to 450 g.

**16**. The composition according to claim **1**, wherein the salt of NAC is sodium N-(8-(2-hydroxybenzoyl)amino) caprylic acid (SNAC), and wherein the lubricant is magnesium stearate.

**17**. The composition according to claim **16**, wherein the salt of NAC is 80-86% (w/w) of the granule, and wherein the lubricant is 1-3% (w/w) of the granule.

**18**. The composition according to claim **17**, wherein the granule further comprises a filler, wherein the filler is microcrystalline cellulose, and wherein the microcrystalline cellulose is 10-20% (w/w) of the granule.

**19**. The composition according to claim **18**, wherein the microcrystalline cellulose is 14-17% (w/w) of the granule.

**20**. The composition according to claim **17**, wherein the granule further comprises a filler, wherein the filler is microcrystalline cellulose, and wherein the microcrystalline cellulose is less than 20% (w/w) of the granule.

**21**. The composition according to claim **1**, wherein the composition comprises at least 60% (w/w) of the salt of NAC.

**22**. The composition according to claim **21**, wherein the salt of NAC is sodium N-(8-(2-hydroxybenzoyl)amino) caprylic acid (SNAC).

**23**. The composition according to claim **21**, wherein the composition comprises at least 70% (w/w) of the salt of NAC.

**24**. The composition according to claim **23**, wherein the salt of NAC is sodium N-(8-(2-hydroxybenzoyl)amino) caprylic acid (SNAC).

**25**. The composition according to claim **16**, wherein the composition comprises at least 60% (w/w) of the SNAC.

**26**. The composition according to claim **25**, wherein the composition comprises at least 70% (w/w) of the SNAC.

* * * * *

TABLE 11

Dissolution of Compound A and SNAC from tablet composition H

| | pH of dissolution media | | | |
|---|---|---|---|---|
| | 2.5 | | 6.8 | |
| Dissolution time | Compound A released (% of total) | SNAC released (% of total) | Compound A released (% of total) | SNAC released (% of total) |
| 0 | 0 | 0 | 0 | 0 |
| 5 | 10 | 19 | — | — |
| 10 | 19 | 31 | — | — |
| 15 | 26 | 37 | 37 | 47 |
| 20 | 31 | 38 | — | — |
| 30 | 36 | 34 | 63 | 75 |
| 45 | 42 | 29 | 74 | 83 |
| 60 | 46 | 27 | 79 | 87 |
| 120 | — | — | 89 | 97 |

Example 10

Bioavailability of GLP-1 in Dogs from Tablet Compositions G-H

Bioavailability of GLP-1 from tablet compositions G-H was determined in dogs according to Assay (II) described herein. The results are shown in Table 12.

TABLE 12

Bioavailability of GLP-1 in dogs from tablet compositions G-H

| Tablet composition | Bioavailability of GLP-1 in dogs (% F) |
|---|---|
| G | 2.1 |
| H | 2.5 |

The results show that tablet composition G provided a bioavailability of 2.1%. The results show that tablet composition H provided a bioavailability of 2.5%.

While certain features of the invention have been illustrated and described herein, many modifications, substitutions, changes, and equivalents will now occur to those of ordinary skill in the art. It is, therefore, to be understood that the appended claims are intended to cover all such modifications and changes as fall within the true spirit of the invention.

```
SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 2

<210> SEQ ID NO 1
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 1

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 2
<211> LENGTH: 40
<212> TYPE: PRT
<213> ORGANISM: Heloderma suspectum

<400> SEQUENCE: 2

His Gly Glu Gly Thr Phe Ile Thr Ser Asp Leu Ser Lys Gln Met Glu
1               5                   10                  15

Glu Glu Ala Val Arg Leu Phe Ile Glu Trp Leu Lys Asn Gly Gly Pro
            20                  25                  30

Ser Ser Gly Ala Pro Pro Pro Ser
        35                  40
```

The invention claimed is:

1. A solid dosage pharmaceutical composition comprising (1) a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid (salt of NAC) and (2) a granule;

wherein the granule comprises semaglutide, a binder, a filler, and no salt of NAC;

wherein the filler is at least 15% (w/w) of the granule; and

wherein the binder is less than 40% (w/w) of the granule.

**2**. The composition according to claim **1**, wherein the salt of NAC is sodium N-(8-(2-hydroxybenzoyl)amino)caprylic acid (SNAC).

**3**. The composition according to claim **1**, wherein the filler is microcrystalline cellulose.

**4**. The composition according to claim **1**, wherein the filler is 50-75% (w/w) of the granule.

**5**. The composition according to claim **4**, wherein the filler is microcrystalline cellulose.

**6**. The composition according to claim **1**, wherein the binder is povidone.

**7**. The composition according to claim **1**, wherein the binder is 15-25% (w/w) of the granule.

**8**. The composition according to claim **7**, wherein the binder is povidone.

**9**. The composition according to claim **1**, further comprising a lubricant that is not in the granule.

**10**. The composition according to claim **9**, wherein the lubricant is magnesium stearate.

**11**. The composition according to claim **1**, wherein the weight of the composition is in the range of 150 mg to 1000 mg.

**12**. The composition according to claim **11**, wherein the weight of the composition is in the range of 300 mg to 600 mg.

**13**. The composition according to claim **12**, wherein the weight of the composition is in the range of 350 mg to 450 g.

**14**. The composition according to claim **1**, wherein the salt of NAC is sodium N-(8-(2-hydroxybenzoyl)amino) caprylic acid (SNAC), the filler is microcrystalline cellulose, and the binder is povidone.

**15**. The composition according to claim **1**, wherein the filler is 50-75% (w/w) of the granule, and wherein the binder is 15-25% (w/w) of the granule.

**16**. The composition according to claim **15**, wherein the salt of NAC is sodium N-(8-(2-hydroxybenzoyl)amino) caprylic acid (SNAC), the filler is microcrystalline cellulose, and the binder is povidone.

**17**. The composition according to claim **14**, further comprising magnesium stearate that is not in the granule.

**18**. The composition according to claim **15**, further comprising magnesium stearate that is not in the granule.

**19**. The composition according to claim **16**, further comprising magnesium stearate that is not in the granule.

**20**. The composition according to claim **14**, wherein the weight of the composition is in the range of 300 mg to 600 mg.

**21**. The composition according to claim **15**, wherein the weight of the composition is in the range of 300 mg to 600 mg.

**22**. The composition according to claim **16**, wherein the weight of the composition is in the range of 300 mg to 600 mg.

**23**. The composition according to claim **1**, wherein the composition comprises at least 60% (w/w) of the salt of NAC.

**24**. The composition according to claim **23**, wherein the salt of NAC is sodium N-(8-(2-hydroxybenzoyl)amino) caprylic acid (SNAC).

**25**. The composition according to claim **23**, wherein the composition comprises at least 70% (w/w) of the salt of NAC.

**26**. The composition according to claim **25**, wherein the salt of NAC is sodium N-(8-(2-hydroxybenzoyl)amino) caprylic acid (SNAC).

**27**. The composition according to claim **16**, wherein the composition comprises at least 60% (w/w) of the SNAC.

**28**. The composition according to claim **27**, wherein the composition comprises at least 70% (w/w) of the SNAC.

* * * * *

The invention claimed is:

1. A solid dosage pharmaceutical composition comprising:

(a) a first type of granules comprising at least 75% (w/w) of sodium N-(8-(2-hydroxybenzoyl)amino)caprylic acid (SNAC) and less than 10% (w/w) of a lubricant; and

(b) a second type of granules comprising semaglutide, at least 15% (w/w) of a filler, and less than 40% (w/w) of a binder.

2. The composition according to claim **1**, wherein the lubricant is magnesium stearate.

3. The composition according to claim **1**, wherein the lubricant is 1-3% (w/w) of the first granule.

4. The composition according to claim **3**, wherein the lubricant is magnesium stearate.

5. The composition according to claim **1**, wherein the filler is microcrystalline cellulose.

6. The composition according to claim **1**, wherein the filler is 50-75% (w/w) of the second granule.

7. The composition according to claim **6**, wherein the filler is microcrystalline cellulose.

8. The composition according to claim **1**, wherein the binder is povidone.

9. The composition according to claim **1**, wherein the binder is 15-25% (w/w) of the second granule.

10. The composition according to claim **9**, wherein the binder is povidone.

11. The composition according to claim **1**, further comprising a filler in the first granule.

12. The composition according to claim **11**, wherein the filler is microcrystalline cellulose.

13. The composition according to claim **11**, wherein the filler is less than 20% (w/w) of the first granule.

14. The composition according to claim **13**, wherein the filler is microcrystalline cellulose.

15. The composition according to claim **11**, wherein the filler is 10-20% (w/w) of the first granule.

16. The composition according to claim **15**, wherein the filler is microcrystalline cellulose.

17. The composition according to claim **14**, wherein the filler is 14-17% (w/w) of the granule.

18. The composition according to claim **17**, wherein the filler is microcrystalline cellulose.

19. The composition according to claim **1**, wherein the weight of the composition is in the range of 150 mg to 1000 mg.

20. The composition according to claim **1**, wherein the lubricant is magnesium stearate, the filler is microcrystalline cellulose, and the binder is povidone.

21. The composition according to claim **1**, wherein the SNAC is 80-86% (w/w) of the first granule, the lubricant is 1-3% (w/w) of the first granule, the filler is 50-75% (w/w) of the second granule, and the binder is 15-25% (w/w) of the second granule.

22. The composition according to claim **21**, wherein the lubricant is magnesium stearate, the filler is microcrystalline cellulose, and the binder is povidone.

23. The composition according to claim **1**, further comprising lubricant outside the first type of granules and second type of granules.

24. The composition according to claim **23**, wherein the lubricant is magnesium stearate.

25. The composition according to claim **22**, further comprising magnesium stearate outside the first type of granules and second type of granules.

26. The composition according to claim **25**, wherein the magnesium stearate outside the first type of granules and the second type of granules is in an amount of 2 mg.

27. The composition according to claim **1**, wherein the composition comprises at least 60% (w/w) of the SNAC.

28. The composition according to claim **27**, wherein the composition comprises at least 70% (w/w) of the SNAC.

29. The composition according to claim **22**, wherein the composition comprises at least 60% (w/w) of the SNAC.

30. The composition according to claim **29**, wherein the composition comprises at least 70% (w/w) of the SNAC.

* * * * *