Rebekah R. Conroy
**STONE CONROY LLC**
25A Hanover Road, Suite 301
Florham Park, NJ 07932
rconroy@stoneconroy.com
(973) 400-4181

*Of Counsel*
William A. Rakoczy (wrakoczy@rmmslegal.com)
Joseph T. Jaros (jjaros@rmmslegal.com)
Katie A. Boda (kboda@rmmslegal.com)
Conly S. Wythers (cwythers@rmmslegal.com)
Steven J. Birkos (sbirkos@rmmslegal.com)
Alejandro Hernandez (ahernandez@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Apotex Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S, *Plaintiffs,* v. APOTEX INC., *Defendant.* | Civil Action No. 24-cv-09729-RMB-AMD |

**SUPPLEMENTAL DECLARATION OF CONLY S. WYTHERS IN SUPPORT OF**
**APOTEX'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Conly S. Wythers, hereby declare as follows:

1. I am an attorney at Rakoczy Molino Mazzochi Siwik LLP, counsel for Defendant Apotex Inc. ("Apotex").

2. I am fully familiar with the matters set forth herein and submit this declaration in support of Apotex's Opening Claim Construction Brief.

3. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the deposition transcript of Patrick Sinko, Ph.D., dated October 16, 2025.

4. Attached hereto as **Exhibit 18** is a true and correct copy of Apotex's summary of the file history of U.S. Patent Application No. 15/651,043.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct.  Executed on this 7th day of November, 2025.

_____

Conly S. Wythers, Esq.