Rebekah R. Conroy
**STONE CONROY LLC**
25A Hanover Road, Suite 301
Florham Park, NJ 07932
rconroy@stoneconroy.com
(973) 400-4181

*Of Counsel*
William A. Rakoczy (wrakoczy@rmmslegal.com)
Joseph T. Jaros (jjaros@rmmslegal.com)
Katie A. Boda (kboda@rmmslegal.com)
Conly S. Wythers (cwythers@rmmslegal.com)
Steven J. Birkos (sbirkos@rmmslegal.com)
Alejandro Hernandez (ahernandez@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Apotex Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVO NORDISK INC. and<br>NOVO NORDISK A/S,<br><br>*Plaintiffs,*<br><br>v.<br><br>APOTEX INC.,<br><br>*Defendant.* | Civil Action No. 24-cv-09729-RMB-AMD |

**SECOND SUPPLEMENTAL DECLARATION OF CONLY S. WYTHERS**
**IN SUPPORT OF APOTEX'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Conly S. Wythers, hereby declare as follows:

1. I am an attorney at Rakoczy Molino Mazzochi Siwik LLP, counsel for Defendant Apotex Inc. ("Apotex").

2. I am fully familiar with the matters set forth herein and submit this declaration in support of Apotex's Responsive Claim Construction Brief.

3. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the deposition transcript of Graham Buckton, Ph.D., dated October 14, 2025.

4. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the deposition transcript of Patrick Sinko, Ph.D., dated October 16, 2025.

5. Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiffs' document bearing Bates numbers NNI-RYBEL113870 – NNI-RYBEL113939, to which highlighting has been added.[1]

6. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of Plaintiffs' Infringement Contentions Exhibit 11, dated May 15, 2025.

7. Attached hereto as **Exhibit 23** is a true and correct copy of U.S. Patent No. 9,427,448.

8. Attached hereto as **Exhibit 24** is a true and correct copy of U.S. Patent No. 9,808,465.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct. Executed on this 5th day of December, 2025.

____________________________

Conly S. Wythers, Esq.

[1] Leading zeros from Bates-numbered document ranges have been omitted.