

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

**December 19, 2025**

<u>**VIA ECF**</u>
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

     **Re:** *Novo Nordisk Inc., et al v. Apotex Inc.*
           **Civil Action No. 1:24-cv-09729 (RMB) (AMD)**

Dear Judge Donio:

     This firm, together with Groombridge, Wu, Baughman & Stone LLP, represents Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Novo Nordisk") in the above-referenced matter. We write on behalf of Novo Nordisk and Defendant Apotex, Inc. ("Apotex") regarding the deadline to submit the Joint Proposed Schedule for Claim Construction Hearing pursuant to L. Pat. R. 4.6. Pursuant to the September 19, 2025 Amended Schedule (ECF No. 79), the current deadline to file the Joint Proposed Schedule for Claim Construction Hearing is today, December 19, 2025.

     The parties respectfully request a short extension of time, until Monday, December 29, 2025, to submit the Joint Proposed Schedule for Claim Construction Hearing.

     If the requested extension is acceptable to Your Honor, we respectfully request this letter be "So Ordered" and entered on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

                         Respectfully submitted,

                         */s/ Liza M. Walsh*

                         Liza M. Walsh

SO ORDERED on 12/22/2025

   s/ Ann Marie Donio

_____
Hon. Ann Marie Donio, U.S.M.J.