**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

NOVO NORDISK INC. and
NOVO NORDISK A/S,

        Plaintiffs,

    v.

APOTEX INC.,

        Defendant.

C.A. No. 24-9729-RMB-AMD

**<u>DECLARATION OF GRAHAM BUCKTON, PH.D.</u>**

## I.    INTRODUCTION

1.    My name is Graham Buckton.

2.    I am an Emeritus Professor of Pharmaceutics at the University College London (UCL) School of Pharmacy (https://www.ucl.ac.uk/pharmacy/). I have over 30 years of experience in pharmaceutical research and development including formulation development, salt selection, physical form of materials, pharmaceutical processing, and drug delivery systems.

3.    I have been asked by the defendant named above, Apotex Inc., to provide my opinions regarding the patents identified in Paragraph 3 below.

4.    I have been informed that my declaration is to be filed along with a declaration by an attorney, Conly Wythers. I will refer to the same exhibit numbers provided in the Wythers Declaration, which I am informed are:

| Exhibit | Description | Paragraphs Cited |
|---|---|---|
| 1 | 120 patent | 23 |
| 2 | 501 patent | 75 n.10, 97 n.14 |
| 3 | 502 patent | 75 n.10, 97 n.14 |
| 4 | 503 patent | *passim* |
| 5 | Barrera-Medrano 2007 | 33 |
| 6 | Parikh 2005 | 34 |
| 7 | Parikh 2010 | 35 |
| 8 | Aulton 2002 | 35 n.4 |
| 9 | Davies 2004 | 35 n.4 |
| 10 | Highlighted Claims (120, 501, 502, 503) | 55, 58, 71, 79, 80, 102, 104 |
| 11 | 120 prosecution summary | 72, 96, 109 |

1

| Exhibit | Description | Paragraphs Cited |
|---|---|---|
| 12 | 501 prosecution summary | 73 |
| 13 | 502 prosecution summary | 74 |
| 14 | 503 prosecution summary | 75, 97, 110 |
| 15 | 123 patent | 96 n.13 |
| 16 | Mohylyuk 2022 | 33 n.3, 40 n.6, 91 n.12 |

5.      In preparing this declaration, I have reviewed and considered, among other things, the exhibits listed above and the prosecution histories of the patents (APOSEM_106673-29754 (120 patent); NNIRYB_29143-36629 (501 patent); NNIRYB_36630-7109 (502 patent); NNIRYB_37110-598 (503 patent)), and I have drawn on my personal background and experience.

6.      This declaration is based on the information currently available to me. To the extent that additional information becomes available, I reserve the right to amend and supplement this declaration, as well as my analyses and opinions.

7.      If I am called to testify, I may refer to additional documents and information, including to provide visual aids to help present and explain my analyses and opinions.

8.      I am being compensated for my work at my usual and customary hourly rate of £500 per hour, in addition to reimbursement of reasonable business expenses, including lodging and airfare. My compensation does not depend on the opinions expressed in this declaration, or the outcome of this or any other litigation.

***

2

## II.   SUMMARY OF OPINIONS

9.      Based on the claims themselves, a person of ordinary skill in the art ("POSA") would understand the terms "granule" and "granules" to have their plain and ordinary meanings, *i.e.*, "aggregation(s) of particles designed to adhere together during a dosage form manufacturing process." The written description further confirms those plain and ordinary meanings, and a POSA need not consult the prosecution history to further understand the terms. In any event, there is nothing in the prosecution history that would change the POSA's understanding that "granule" and "granules" have their plain and ordinary meanings.

10.     Based on the claims and written description, a POSA would understand the phrases "first type of granule," "first type of granules" and "first granule" to be described, explained and distinguished as "granule(s) designed to be a homogenous mixture with SNAC at least substantially free of semaglutide." Although a POSA need not consult the prosecution history records, there is nothing in those records that would change the POSA's understanding of the two types of granules phrases, on the contrary they affirm it.

11.     Similarly, based on the claims and written description, a POSA would understand the phrases "second type of granule" and "second type of granules" to be described, explained and distinguished as "granule(s) designed to be a homogenous mixture with semaglutide at least substantially free of SNAC." Although a POSA need not consult the prosecution history records, there is nothing in those records that would change the POSA's understanding of the two types of granules phrases, on the contrary they affirm it.

*** 

3

### III.    QUALIFICATIONS

12.    My qualifications are described in my curriculum vitae, attached as **Appendix A**.

13.    In the last four years, I provided testimony in the cases identified in **Appendix A**.

14.    I graduated in 1981 from Chelsea College, University of London, with a B. Pharm. degree with Honours, and I received my Ph.D. in Pharmaceutics in 1985 from King's College, University of London.   In 1997, I received a Doctor of Science from the University of London for research work in pharmaceutical materials science.

15.    I taught at the School of Pharmacy at the University of London (now UCL School of Pharmacy) from 1984 to 2015, and served as the head of the Department of Pharmaceutics from 2001 to 2007. I have taught courses in numerous aspects of pharmaceutics, including courses in salt selection, formulation development, and drug delivery systems.  I ran and taught on the Royal Pharmaceutical Society Tableting Technology course for over 20 years which was delivered to industrialists.  Here my lectures related to formulation, including the form of the drug substance, granulation and tablet manufacture, product testing and included the concepts of biopharmaceutics.

16.    My research group conducted projects primarily relating to materials science applied to pharmaceutical processing and drug delivery systems, notably those for inhalation and oral delivery.   The central theme of my research was to investigate the behaviour of materials of pharmaceutical importance in terms of their bulk and interfacial properties and to relate such behaviour to processing, such as granulation, and drug delivery.   This work included the study of physical forms (*e.g.*, salts, crystals, hydrates, amorphous forms, *etc.*), testing to characterise materials (*e.g.*, X-ray diffraction, thermal methods, spectroscopies and microscopies), and how physical properties relate to function and use.

17.    I have authored more than 180 publications, including books and full papers, in addition to more than 100 abstracts and book reviews.   I have received numerous awards and honours, including the 1992 Pfizer Award for excellence in published research and the 1993 British Pharmaceutical Conference Science Medal.   In 2000, I was the first recipient of the Academy of Pharmaceutical Sciences Medal for services to U.K. Pharmaceutical Sciences, and, in 2003, served as the Science Chairman for the British Pharmaceutical Conference.

18.    I have been honoured with fellowships of the American Association of Pharmaceutical Scientists, the Royal Society of Chemistry, the Royal Pharmaceutical Society of Great Britain,  and  the Academy of Pharmaceutical Sciences of Great Britain.   I served a 10-year term as an Editor of the International Journal of Pharmaceutics and have been an editorial board member of Pharmaceutical Research, the AAPS Journal, AAPS PharmSciTech, and was an advisory board member for the Handbook of Pharmaceutical Excipients.    I reviewed and made editorial decisions on a great many papers relating to the form of an active drug, formulations including granulations, capsules and tablets, dissolution and biopharmaceutical data for such products.   These are considered authoritative references in the field of pharmaceutical science.

19.    I founded Pharmaterials Ltd., and, from 2000 until 2012, I served as Chief Executive Officer.    From 2000 until 2008, I was also Chairman of Pharmaterials Ltd. Pharmaterials Ltd. was a spinoff company from the School of Pharmacy, University of London, which provided contract service provision in salt selection, polymorph screening, physical characterisation, formulation including granulations, capsules and tablets, formulation optimisation, and clinical manufacture of pharmaceuticals.   Pharmaterials won the Queen's Award for Enterprise in 2008 for international trade.    U.S. company Pharmaceutics International Incorporated acquired the majority shareholding in 2008 (at which time the School of Pharmacy

5

exited from the Company), and acquired the remainder in 2012 (at which time I exited from the Company).

20.     For over 20 years, I served on the Chemistry, Pharmacy and Standards subcommittee of the Committee on Safety of Medicines (CSM) (which became the Commission on Human Medicines) and for some time chaired this subcommittee and was a member of CSM. This is the body that grants (and revokes) product approvals in the United Kingdom (equivalent to the Food and Drug Administration (FDA) in the United States). I was responsible for reviewing the materials properties, formulation development, dissolution data and biopharmaceutical data of all new products and first generics as part of the Chemistry, Pharmacy and Standards subcommittee of CSM. I served as a member of the British Pharmacopoeia Commission from 2004 to 2012, and served on a European Pharmacopoeia working party. I was also a member of the United States Pharmacopoeia Expert Group on Physical Methods.

21.     Throughout my career, I have also consulted for pharmaceutical companies in the United States, Europe, and Asia, on materials properties, formulation development and refinement relating to biopharmaceutical feedback.

## IV.     LEGAL STANDARDS

22.     In forming my opinions, I have applied certain legal principles, as explained below. My understanding of those principles is based on information received from counsel. I do not contend to have an independent understanding of the legal principles governing claim construction.

23.     My opinions regarding the meaning of claim terms and phrases, and the claims as a whole, are rendered from the perspective of a hypothetical POSA at the time of the claimed inventions, *i.e.*, the earliest filing date of the patents in Paragraph 3. I understand that the earliest filing date of the patents is January 4, 2013. *See, e.g.*, **Exhibit 1** at cover.

24.     I understand that the purpose of claim construction is to determine the meaning of certain claim terms and phrases in light of disputed issues in the case, and that claim construction is a question of law that will be decided by the Court.

25.     I understand that a claim term or phrase should generally be given its plain and ordinary meaning in light of the written description,[1] and that a party seeking to alter the plain and ordinary meaning of a claim term or phrase must demonstrate why such an alteration is required. I also understand that a patentee may provide a special description or definition of a claim term or phrase in the patent specification, which may differ from a plain and ordinary meaning.

26.     I understand that claim construction analysis is conducted in light of the claims themselves, the written description, and the prosecution history, all of which are viewed from the perspective of a POSA at the time of the invention, in the context of the entire patent. I understand that those materials are referred to as "intrinsic" evidence.

27.     In construing the claims, I understand that, if the intrinsic evidence is ambiguous, the Court may decide to consider additional evidence referred to as "extrinsic" evidence. I understand that extrinsic evidence is evidence outside the patent and prosecution history, including, for example, expert opinions, dictionaries, treatises and testimony. I also understand that extrinsic evidence generally is considered less reliable than intrinsic evidence.

*** 

---

[1] I understand that, together, the claims plus the written description of a particular patent may be referred to as "the patent specification." In this case, the 120, 501, 502 and 503 patents share a common written description.

7

## V.    BACKGROUND

### A.    The Common Written Description and Technology Background

28.    I understand that Novo has asserted certain claims of the 120, 501, 502 and 503 patents against Apotex. I further understand that those patents have a common written description, so I will refer to the 503 patent (**Exhibit 4**) unless noted otherwise.

29.    The title of the patents is "Compositions of GLP-1 Peptides and Preparation Thereof." A POSA understands that "GLP-1" stands for glucagon-like peptide-1, a naturally occurring hormone that is believed to play a role in regulating blood sugar levels and appetite. *See, e.g.*, https://www.novomedlink.com/diabetes/products/treatments/rybelsus.html.

30.    The Abstract provides:

> (57)    **ABSTRACT**
>
> The invention relates to pharmaceutical compositions comprising a first type of granules and a second type of granules, wherein said first type of granules comprises a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid and no GLP-1 peptide, and wherein said second type of granules comprises a GLP-1 peptide and no salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid, as well as the intermediate granules, processes for the preparation of the granules and compositions, and use thereof in medicine.

**Exhibit 4** at cover.[2]

---

[2] The patents define **GLP-1 peptide**: "The term 'GLP-1 peptide' as used herein refers to a compound, which fully or partially activates the human GLP-1 receptor." Column 11, line 14; *see also* Column 11, line 32 ("In some embodiments the GLP-1 peptide is a GLP-1 analogue, optionally comprising one substituent."); Column 11, line 63 ("In some embodiments the term 'GLP-1 analogue' or 'analogue of GLP-1' as used herein refers to a peptide, or a compound, which is a variant of the human Glucagon-Like Peptide-1 (GLP-1(7-37))." The other compound, **N-(8-(2-hydroxybenzoyl)amino(caprylic acid)**, is referred to as "NAC." Column 3, line 43. The sodium salt of that compound is referred to as "SNAC." Column 19, line 20. A POSA would understand SNAC can be described as a "delivery agent" or "absorption enhancer." Column 18, line 48 ("The delivery agent used in the present invention is a salt of [NAC]. In some embodiments the delivery agent is an absorption enhancer.").

8

31. The Background states:

> ### BACKGROUND
>
> One of the main challenges in oral delivery of proteins and peptides is the inability of these compounds to be readily transported across the membranes of the gastrointestinal tract. The delivery agent SNAC has previously been shown to improve the bioavailability of orally administered peptides. The present invention relates to further improvements of the bioavailability by oral administration of compositions of such peptides, in particular of GLP-1 peptides.

Column 1, line 35.

32. The Summary includes the following description of "granule" and "granules":

> ### SUMMARY
>
> In one embodiment the invention relates to a pharmaceutical composition comprising a first type and a second type of granules, wherein said first type of granules comprises a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid and no GLP-1 peptide, and wherein said second type of granules comprises a GLP-1 peptide and no salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid. In some embodiments the term "granule" refers to small particles gathered into a large mass.

Column 1, line 46.

33. A POSA understands that a "granule" is an aggregation of particles designed to adhere together during a dosage form manufacturing process. *See, e.g.*, **Exhibit 4** at page 8 (citing Barrera-Medrano 2007); **Exhibit 5** at 1190-92 (describing "granule structure").[3]

---

[3] Mohylyuk 2022 also helps explain and illustrate pharmaceutical granules. *See, e.g.*, **Exhibit 16** at 431 (illustrating granules produced by three dry granulation compaction pressures). As noted in Paragraph 7, I may rely on **Exhibit 16**, and other sources of visual aids, to help present and explain my analyses and opinions.

34.    For example, a reference cited in the patents describes granules as "small particles . . . gathered into larger, permanent masses." **Exhibit 4** at page 8 (citing Parikh 2005); **Exhibit 6** at 1. Parikh 2005 also states:

> The development of pharmaceutical granulation was driven by the invention of the tablet press by W. Brockedon in 1843. Subsequent improvements in the tablet machinery were patented in the United States by J. A. McFerran (1874), T. J. Young (1874), and J. Dunton (1876). The demands on the granulation properties were further enhanced in the 1970s as high-speed tablet and capsule filling machines with automated controls were introduced. The continuous refinements in the regulatory requirements such as low-dose products requiring blend uniformity/content uniformity necessitated knowledge and technology to produce the required granule characteristics. The high-speed compression and capsule filling machines require a uniform flow of material to the dies or filling stations that produce pharmaceutical dosage form. Granulation is an example of particle design. The desired attributes of the granule are controlled by a combination of the formulation and the process.

**Exhibit 6** at 1.

35.    Another reference cited in the patents explains the purpose of granulation:

> Granulation is the process of agglomeration of a dry powder mixture with a suitable binder. Enlargement of particles through the granulation process is often necessary for manufacturing solid dosage forms such as tablets. The materials, which are compressed into tablets, must possess adequate flowability, density, and compressibility. This is because the requisite amount of powder mixture required to compress each tablet is filled into the die cavity by volume and not by weight. This requirement of adequate flowability, density, and compressibility is particularly important during a high-speed tablet production where the dwell time is often short. For example, active pharmaceutical ingredients such as ibuprofen and acetaminophen, which have inadequate flow and compression properties, and a relative high dose, are often granulated prior to compression into tablets. Thus, the overall purpose of granulation is to improve the flowability and compressibility of the powder mixture. Besides improving the flowability and compressibility, the granulation process can also
>
> • ensure uniform distribution of the drug in the powder mixture,
> • narrow the particle size distribution of the powder mixture,
> • densify the powder mixture and reduce dust, and
> • improve the dissolution characteristics of the finished tablets.

**Exhibit 4** at page 8 (citing Parikh 2010); **Exhibit 7** at 183.[4]

_____

[4] The intrinsic granule references are consistent with extrinsic granule references. *See, e.g.,* **Exhibit 8** at 367 ("To form granules, bonds must be formed between powder particles so that they

36.     Each of the intrinsic references cited above (Parikh 2005, Barrera-Medrano 2007, and Parikh 2010) is consistent with a POSA's understanding that a "granule" is an aggregation of particles designed to adhere to together during a dosage form manufacturing process.

37.     The Description of the claimed invention includes the following statements about design of granules, dissolution and bioavailability:

> DESCRIPTION
>
> The present inventors surprisingly found that the disso-lution properties of tablets manufactured from the same composition (i.e. same type and the same amounts of excipients and delivery agent) was determined by the design of the granules from which the tablets were formed.
> Furthermore, the present inventors found that the disso-lution behaviour surprisingly had a marked effect on the bioavailability of GLP-1 peptide from the composition, such as the tablet. Thus, the present inventors have shown that the
>
> bioavailability of solid tablets manufactured from various granule designs can be predicted from in vitro data, i.e. dissolution data. In one embodiment this invention provides compositions, granules and methods for their preparation with improved bioavailability of the GLP-1 peptide.

Column 2, line 56.[5] For the purpose of this claim construction declaration, I assume the stated correlation between "dissolution properties," "design of granules" and "improved bioavailability,"

---

adhere and these bonds must be sufficiently strong to prevent breakdown of the granule to powder in subsequent handling operations."); **Exhibit 9** at 422 ("In forming granules, individual particles of the starting ingredients are agglomerated together.  If a homogeneous powder is achieved before commencing agglomeration, the granules will consist of a homogeneous mix of those ingredients.  More importantly, the particles of drug substance will be bounded to the particles of the excipients, thus reducing the potential for segregation and improving the chances of content uniformity.").

[5] A POSA understands that "dissolution properties" refers to how a composition releases a delivery agent (*e.g.*, SNAC) and active pharmaceutical ingredient (API) (*e.g.*, semaglutide).  For example, the patents provide *in vitro* methods for evaluating dissolution.  *See* column 11, line 3 ("In Vitro Methods"); column 28, line 52 ("Assay (I): Dissolution Testing"); column 34, line 47 (Examples 2 through 6, Tables 4 through 8).

but I reserve the right to further evaluate that correlation and provide substantive analysis and any

rebuttal opinions at later stages of this case.

38.    The Description also includes the following definition of "bioavailability":

> Generally, the term "bioavailability" as used herein refers to the fraction of an administered dose of an active pharmaceutical ingredient (API) and/or active moieties, such as a GLP-1 peptide as defined herein, which reaches the systemic circulation un-changed or in another active form. By definition, when an API and/or active moieties are administered intravenously, its bioavailability is 100%. However, when it is administered via other routes (such as orally), its bioavailability decreases (due to incomplete absorption and/or first-pass metabolism). Knowledge about bioavailability is important when calculating dosages for non-intravenous routes of administration.

Column 3, line 6.

39.    The "Pharmaceutical Compositions" section includes the following description of

two types of granules:

> **Pharmaceutical Compositions**
> In some embodiments the invention relates to a pharmaceutical composition comprising a first type and a second type of granules, wherein said first type of granules comprises a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid and said second type of granules comprises a GLP-1 peptide. In some embodiments the first type of granules further comprises a lubricant, such as magnesium stearate. In some embodiments the first type of granules further comprises a filler, such as microcrystalline cellulose. Accordingly, the first type of granules may further comprise a lubricant and optionally a filler. In some embodiments the second type of granules further comprises a filler, such as microcrystalline cellulose. In some embodiments the second type of granules further comprises a binder, such as povidone. Accordingly, the second type of granules may further comprise a filler and optionally a binder. In some embodiments the composition further comprises an extragranular lubricant, such as magnesium stearate.

12

> In some embodiments N-(8-(2-hydroxybenzoyl)amino) caprylic acid is referred to as "NAC".
>
> In some embodiments the first type of granules comprising a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid does not contain a GLP-1 peptide. In some embodiments the second type of granules comprising a GLP-1 peptide does not contain a salt of N-(8-(2-hydroxybenzoyl)amino) caprylic acid. In some embodiments the pharmaceutical composition comprises a first type and a second type of granules, wherein said first type of granules comprises a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid and no GLP-1 peptide, and wherein said second type of granules comprises a GLP-1 peptide and no salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid.
>
> In some embodiments the term "granule" refers to particles gathered into larger particles.

Column 3, line 24.

40.    The "Pharmaceutical Compositions" section also includes the following description of granules:

> In some embodiments the composition comprises granules which have been manufactured by dry granulation. In some embodiments the composition comprises granules which have been manufactured by roller compaction. In some embodiments the moldings from the roller compactions process are comminuted into granules. As used herein the term "composition" refers to a pharmaceutical composition.

Column 4, line 63.[6]

41.    Finally, the "Pharmaceutical Compositions" section includes additional description of two types of granules:

---

[6] **Exhibit 16** describes and illustrates dry granulation, roller compaction and preparation of tablets. In simple terms, dry granulation is a process to create granules without the use of liquids. One method of dry granulation uses rollers (*i.e.*, roller compaction) to create ribbons of powders that are milled (*i.e.*, comminuted) into granules. As with many pharmaceutical formulation processes, the goal is a consistent, homogenous material for processing into a uniform dosage unit.

13

> In some embodiments the invention relates to a composition comprising a first and a second type of granules, wherein the first type of granule comprises at least 75% (w/w) delivery agent, less than 10% (w/w) lubricant, optionally less than 20% filler and no GLP-1 peptide, and wherein the second type of granule comprises a GLP-1 peptide, at least 15% (w/w) filler, less than 40% (w/w) binder and no salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid. In some embodiments the invention relates to a composition comprising a first and a second type of granules, wherein the first type of granule comprises at least 75% (w/w) delivery agent, less than 10% (w/w) lubricant, less than 20% filler and no GLP-1 peptide, and wherein the second type of granule comprises a GLP-1 peptide, at least 15% (w/w) filler, less than 40% (w/w) binder and no salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid. In some embodiments the invention relates to a composition comprising a first and a second type of granules, wherein the first type of granule comprises at least 75% (w/w) delivery agent, less than 10% (w/w) lubricant, and no GLP-1 peptide, and wherein the second type of granule comprises a GLP-1 peptide, at least 15% (w/w) filler, less than 40% (w/w) binder and no salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid.

Column 7, line 41.

42.    The next section of the patents, "Methods of Preparation of Pharmaceutical Compositions," states: "In some embodiments the composition or the granule may be prepared as described in the examples herein." Column 7, line 66. That section also includes additional description of granules:

14

> To prepare a dry blend of tabletting material, the various components are weighed, optionally delumped and then combined. The mixing of the components may be carried out until a homogeneous blend is obtained.
>
> If granules are to be used in the tabletting material, granules may be produced in a manner known to a person skilled in the art, for example by dry granulation techniques in which the pharmaceutically active agent and/or delivery agents are compacted with the excipients to form relatively large moldings, for example slugs or ribbons, which are comminuted by grinding, and the ground material serves as the tabletting material to be later compressed into tablets. Suitable equipment for dry granulation includes but is not limited to roller compaction equipment from Gerteis, such as Gerteis MINI-PACTOR.

Column 8, line 35; *see also* https://www.gerteis.com/en/products/minipactor/.

43.    The patents also describe "Particular Embodiments" of two types of granules:

> **Particular Embodiments**
>
> The following are particular embodiments of the invention
>
> 1. A pharmaceutical composition comprising a first type and a second type of granules, wherein said first type of granules comprises a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid, and wherein said second type of granules comprises a GLP-1 peptide.
>
> 2. A pharmaceutical composition according to any one of the preceding embodiments, wherein said first type of granules does not comprise GLP-1 peptide.
>
> 3. A pharmaceutical composition according to any one of the preceding embodiments, wherein said second type of granules does not comprise salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid.

Column 21, line 1.

44.    The patents also include "Further Particular Embodiments" of two types of granules:

11. A pharmaceutical composition comprising a first type and a second type of granules, wherein said first type of granules comprises a salt of N-(8-(2-hydroxybenzoyl) amino)caprylic acid and said second type of granules comprises a GLP-1 peptide.

12. A pharmaceutical composition according to embodiment 11, wherein said first type of granules further comprises a lubricant, such as magnesium stearate.

13. A pharmaceutical composition according to embodiment 11 or 12, wherein said first type of granules further comprises a filler, such as microcrystalline cellulose.

14. A pharmaceutical composition according to any one of embodiments 11-13, wherein said second type of granules further comprises a filler, such as microcrystalline cellulose.

15. A pharmaceutical composition according to any one of embodiments 11-14, wherein said second type of granules further comprises a binder, such as povidone.

Column 25, line 34.

45.    Example 1 and Tables 2 and 3 of the patents also describe two types of granules, including by contrast to a single granule composition. Column 30, line 14. Example 1, "Preparation of Tablet Compositions Comprising GLP-1 and SNAC," includes Table 2:

16

**TABLE 2**

Composition of the tablet compositions

| Component | Amount (mg/tablet) | Function |
|---|---|---|
| Semaglutide or Compound A | 10 | Active ingredient |
| SNAC | 300 | Delivery agent |
| Microcrystalline cellulose (Avicel PH 101) | 80 | Filler |
| Povidone K 90 (Kollidon 90F) | 8 | Binder |
| Magnesium stearate | 9.7 | Lubricant |
| Total amount | 407.7 | |

Tablet compositions were prepared by mixing the components listed in Table 2 in different ways. The tablet compositions consisted of a first type of granules, in some cases a second type of granules, as well as extragranular ingredients mixed with the first type of granules and, if present, the second type of granules. Preparation of granules by roller compaction and preparation of tablets from the tablet compositions were as described in the section General Methods of Preparation. The design of the tablet compositions is shown in Table 3.

Column 30, line 28.

46.    Example 1 also includes Table 3:

**TABLE 3**

Design of tablet compositions (the amount of each component in mg/tablet is shown in brackets)

| Tablet composition | Composition of first type of granules (mg/tablet) | Composition of second type of granules (mg/tablet) | Extragranular ingredients (mg/tablet) |
|---|---|---|---|
| B | SNAC (300), magnesium stearate (7.7) | semaglutide (10), microcrystalline cellulose (80), povidone (8) | magnesium stearate (2) |
| C | SNAC (300), semaglutide (10), magnesium stearate (7.7) | — | microcrystalline cellulose (80), povidone (8), magnesium stearate (2) |

17

### TABLE 3-continued

Design of tablet compositions (the amount of each
component in mg/tablet is shown in brackets)

| Tablet compo-sition | Composition of first type of granules (mg/tablet) | Composition of second type of granules (mg/tablet) | Extragranular ingredients (mg/tablet) |
|---|---|---|---|
| D | SNAC (300), semaglutide (10), povidone (8), magnesium stearate (7.7) | — | microcrystalline cellulose (80), magnesium stearate (2) |
| E | SNAC (300), semaglutide (10), microcrystalline cellulose (80), povidone (8), magnesium stearate (7.7) | — | magnesium stearate (2) |
| F | SNAC (300), microcrystalline cellulose (57), magnesium stearate (7.7) | semaglutide (10), microcrystalline cellulose (23), povidone (8) | magnesium stearate (2) |
| G | SNAC (300), magnesium stearate (7.7) | Compound A (10), microcrystalline cellulose (80), povidone (8) | magnesium stearate (2) |
| H | SNAC (300), microcrystalline cellulose (57), magnesium stearate (7.7) | Compound A (10), microcrystalline cellulose (23), povidone (8) | magnesium stearate (2) |

47.     The Table 3 compositions include four tablet compositions made from the claimed "two types of granules": Compositions B, F, G and H. The description of the preparation of those four compositions is consistent with the description of Tablet Composition B:

> **Tablet Composition B**
>
> Magnesium stearate for the first granule fraction was passed through a 355 μm sieve. Magnesium stearate was manually mixed with SNAC in a stainless steel bowl in corresponding volumes. Two cycles of geometric dilution was applied by mixing for around 60 s until the blend was visually homogenous. The remaining quantity of SNAC was transferred to a blender and was pre-mixed for 2 min at 25 rpm. The SNAC and magnesium stearate pre-mix was added to the blender and mixing was performed for 20 min at 25 rpm. The blend was roller compacted. The granules were sieved through a 180 μm mesh.
>
> Semaglutide, microcrystalline cellulose and povidone for the second granule fraction were weighed directly into a stainless steel bowl in the order of decreasing amounts and mixed manually for at least 3 min until visually homogenous before transferring the pre-mix to a 1000 mL Duma bottle. The Duma bottle was closed with a lid and tumbled manually in a Turbula-like movement for 1 min. The blend was roller compacted.
>
> The two types of granules were added to a blending container in order of decreasing content and mixed for 5 minutes at 32 rpm. Extragranular magnesium stearate was mixed with the granule blend by manual mixing using volume-doubling followed by 30 s mixing in the Turbula mixer at 32 rpm. Tablets were prepared from this composition.

Column 31, line 34; *see also* column 33, line 38 ("two types of granules"); column 34, line 1 ("two types of granules"); column 34, line 37 ("two types of granules").

48.     The Table 3 compositions also include three comparative single granule tablet compositions: Compositions C, D and E.[7] Each of those comparative compositions were mixed using similar processes to those described for Composition B, but with all ingredients being mixed by a process designed to make a single homogenous powder blend before making one type of granule. *See, e.g.,* column 32, lines 24, 31, 34.

---

[7] I understand that a patent applicant may describe and illustrate a claimed invention by comparison to unclaimed examples, including by distinguishing examples of prior art compositions. Those unclaimed examples may be referred to as "comparative" examples. *See, e.g.,* Paragraph 72.

19

49.    Finally, Example 7 and Table 9 compare the bioavailability of Tablet Compositions B through F:

> Bioavailability of GLP-1 from tablet compositions B-F was determined in dogs according to Assay (II) described herein. The results are shown in Table 9.
>
> TABLE 9
>
> Bioavailability of GLP-1 in dogs from tablet compositions B-F
>
> | Tablet composition | Bioavailability of GLP-1 in dogs (% F) |
> |---|---|
> | B | 0.7 |
> | C | 0.5 |
> | D | 0.3 |
> | E | 0.4 |
> | F | 1.0 |
>
> The results show that tablet composition F provided a bioavailability of 1.0%. The results show that tablet composition B provided a bioavailability of 0.7%. The results show that tablet composition C provided a bioavailability of 0.5%. The results show that tablet composition E provided a bioavailability of 0.4%. The results show that tablet composition D provided a bioavailability of 0.3%.

Column 39, line 28.

### B.    Person of Ordinary Skill in the Art

50.    For the purposes and scope of this declaration, in my opinion, a POSA would have an advanced degree, such as an M.S., Ph.D., or equivalent, in chemistry, chemical engineering, pharmaceutical formulation or a related field, with at least two years of laboratory experience working with formulation of pharmaceutical solids, or, alternatively, a bachelor's degree in chemistry, chemical engineering, or a related field, with at least five years of practical experience working with formulation of pharmaceutical solids.  A POSA also would have access to, and collaborate with, as needed, individuals in other areas of science, including specialists in various analytical techniques and product evaluation.

## C.  Novo's Interpretation of the Asserted Claims

51.    I understand that Novo asserts the following claims:

| 120 patent | 1, 2, 4-11 |
|---|---|
| 501 patent | 1, 2, 5-7, 13-16, 21-26 |
| 502 patent | 1-3, 6, 9-14, 17, 20, 23-26 |
| 503 patent | 1-5, 8, 19-20, 23-24, 27-28 |

52.    I have been informed that, based on its current disclosures of infringement theories, it appears that Novo interprets the asserted claims of the 120, 501 and 502 patents to require █

████████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

53.    I have also been informed that, based on its current disclosure of potential infringement theories, it appears that Novo interprets the asserted claims of the 503 patent to cover

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████

***

21

## VI.    ANALYSIS

54.    I have been asked to provide my opinions regarding how a POSA would read and understand the following terms and phrases in the context of the asserted claims:

| | |
|---|---|
| "granule" and "granules" | *e.g.*, 120 patent (claims 1 & 10)<br>503 patent (claims 1 & 3) |
| "first type of granule" and "first type of granules" | *e.g.*, 120 patent (claims 1 & 10)<br>503 patent (claim 1) |
| "second type of granule" and "second type of granules" | *e.g.*, 120 patent (claims 1 & 10)<br>503 patent (claim 1) |
| "first granule" | *e.g.*, 503 patent (claim 3) |

55.    A highlighted copy of the claims of the 120, 501, 502 and 503 patents is provided by **Exhibit 10**.  The first type of granules are highlighted in blue; the second type of granules are highlighted in orange; and the non-asserted claims are highlighted in grey.  Representative claims from each patent appear below:

22

**120 Patent**

1. A solid dosage pharmaceutical composition comprising:

(a) a first type of granules comprising sodium N-(8-(2-hydroxybenzoyl)amino)caprylic acid (SNAC), lubricant, and no GLP-1 peptide, wherein the SNAC is at least 75% (w/w), and wherein the lubricant is less than 10% (w/w);

(b) a second type of granules comprising GLP-1 peptide, filler, binder, and no SNAC, wherein the GLP-1 peptide is 2 to 40% (w/w), wherein the filler is at least 15% (w/w), and wherein the binder is less than 40% (w/w); wherein:

the GLP-1 peptide is semaglutide, wherein the formula of semaglutide is N-epsilon26-[2-(2-{2-[2-(2-{2-[(S)-4-carboxy-4-(17-carboxy-heptadecanoylamino)butyrylamino]ethoxy}ethoxy)acetylamino]ethoxy}ethoxy)acetyl] [Aib8,Arg34]GLP-1(7-37); and

the composition is a tablet, wherein the weight of the tablet is in the range of 150 mg to 1000 mg.

**501 Patent**

1. A solid dosage pharmaceutical composition comprising (1) semaglutide and (2) a granule;

wherein the granule comprises a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid (salt of NAC), a lubricant, and no semaglutide;

wherein the salt of NAC is at least 75% (w/w) of the granule; and

wherein the lubricant is less than 10% (w/w) of the granule.

**502 Patent**

1. A solid dosage pharmaceutical composition comprising (1) a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid (salt of NAC) and (2) a granule;

wherein the granule comprises semaglutide, a binder, a filler, and no salt of NAC;

wherein the filler is at least 15% (w/w) of the granule; and

wherein the binder is less than 40% (w/w) of the granule.

23

**503 Patent**

> 1. A solid dosage pharmaceutical composition comprising:
>    (a) a first type of granules comprising at least 75% (w/w) of sodium N-(8-(2-hydroxybenzoyl)amino)caprylic acid (SNAC) and less than 10% (w/w) of a lubricant; and
>    (b) a second type of granules comprising semaglutide, at least 15% (w/w) of a filler, and less than 40% (w/w) of a binder.

## A.   The Granule Terms

56.   I understand the following proposed constructions have been provided to the Court:

| Claim Term | Apotex Construction | Novo Construction |
|---|---|---|
| "granule" | "aggregation of particles designed to adhere together during a dosage form manufacturing process" | "small particles gathered into a larger particle" |
| "granules" | "aggregations of particles designed to adhere together during a dosage form manufacturing process" | "small particles gathered into larger particles" |

### 1.   The Claims

57.   I understand that the claims themselves may provide substantial guidance regarding the meaning of particular terms.

58.   In my opinion, a POSA would understand that the claims, read individually and together, are describing the use of pharmaceutical granules to prepare a solid dosage form. *See* Paragraph 55 and **Exhibit 10**. In the pharmaceutical formulation and dosage form context of the patent claims, a POSA would understand that the plain and ordinary meaning of the claimed "granule" and "granules" are an "aggregation(s) of particles designed to adhere together during a dosage form manufacturing process."

24

59.     Although I see that Novo's proposed construction is based on two statements in the patents (*see, e.g.*, **Exhibit 4** (503 patent) at column 1, line 54 ("In some embodiments the term 'granule' refers to small particles gathered into a large mass.") and column 3, line 57 ("In some embodiments the term 'granule' refers to particles gathered into larger particles.")), a POSA would understand those statements to refer to the plain and ordinary meaning of the granule terms, *i.e.*, an "aggregation of particles designed to adhere together during a dosage form manufacturing process," not the incomplete construction proposed by Novo. A POSA would consider the terms "gathered" and "large mass" to be related to the plain and ordinary meaning of granulation, which is a process whereby small particles are gathered into larger permanent masses (*see* Parikh 2005) to achieve the benefits of granulation (such as improved properties to facilitate tablet manufacture and use). A POSA would understand the terms in light of the purpose of a pharmaceutical granule, including to remain essentially intact during a dosage form manufacturing process. If, for example, "small particles" were merely "gathered into larger particles," as proposed by Novo, without considering the plain and ordinary meaning of granules, those "larger particles" could simply be transient aggregates formed during a mixing process, and not granules at all. Transient aggregates would not be understood by a POSA to be granules, and would not be expected to withstand further processing such as sieving and other process steps that may be used to produce the claimed solid dosage pharmaceutical compositions. It follows that an informative construction of granules must be one that actually describes a granule (an "aggregation of particles designed to adhere together during a dosage form manufacturing process"), and not one that includes, for example, transient masses of particles which are not granules.

25

## 2.    The Written Description

60.    I understand that the written description of the claimed invention is highly relevant to the meaning of claim terms, and may be dispositive (*e.g.*, may resolve any potential ambiguity).

61.    In my opinion, a POSA would understand that the entire written description is consistent with the plain and ordinary meaning of "granule" and "granules."

62.    The "Abstract" describes two types of granules, and "processes for the preparation of the granules and composition." *See* Paragraph 30.  A POSA understands that pharmaceutical granules are designed to adhere together during manufacturing processes.

63.    The "Background" describes "further improvements of the bioavailability by oral administration" of the claimed compositions.  *See* Paragraph 31.  A POSA understands that the granules themselves are conventional pharmaceutical granules.

64.    The "Summary" describes "small particles gathered into a large mass," which, as I explained above, is an incomplete description of a conventional pharmaceutical granule, but does allow a POSA to understand that they should apply the plain and ordinary meaning.  *See* Paragraphs 32, 59.  A POSA understands that conventional pharmaceutical granules can be described, in part, as an aggregation of particles into a larger mass of those particles, but a POSA would also differentiate granules, which hold together during manufacture, from transient loose aggregates which are not granules.  Indeed, the written description states: "If granules are to be used in the tabletting material, granules may be produced in a manner known to a person skilled in the art, for example by dry granulation techniques . . . [which] serves as the tabletting material to be later compressed into tablets." *See* Paragraph 42.  A POSA would understand the written description refers to the plain and ordinary meaning of granules, being an "aggregation of particles designed to adhere together during a dosage form manufacturing process" made by well-known

26

processes because the purpose of granulation is to make structures that remain largely intact during processing into a finished drug product.

65.     The "Description" states what a POSA would understand to be the purpose of granules in the claimed invention. *See* Paragraph 37.  In short, a POSA understands that the patents describe the use of "granule designs" to obtain "dissolution properties" of a delivery agent and GLP-1 peptide for "improved bioavailability of the GLP-1 peptide."  A transient aggregate which did not survive the manufacturing process through to making a solid oral dosage form (*e.g.*, a tablet), could not provide the stated advantage of improved bioavailability because an intact, separate granule would not be used to make the tablets.

66.     The "Pharmaceutical Compositions" section of the patents describes the use of two types of granules (a first type with a delivery agent, and a second type with a GLP-1 peptide).  *See* Paragraphs 39, 41.  A POSA understands that those two types of granules are intended to obtain dissolution properties to improve bioavailability, as further explained later in the patents.

67.     The "Pharmaceutical Compositions" and "Methods of Preparation of Pharmaceutical Compositions" sections also describe use of conventional granulation techniques, such as dry granulation and roller compaction, to produce conventional pharmaceutical granules. *See* Paragraphs 40, 42 ("granules may be produced in a manner known to a person skilled in the art").  A POSA understands that the patents describe conventional pharmaceutical granules produced by conventional granulation processes, so both "granule" and "granules" have their plain and ordinary meaning: "aggregation(s) of particles designed to adhere together during a dosage form manufacturing process."

68.     Example 1 is also consistent with conventional granules produced by conventional techniques, *i.e.*, the granule structure is not described as unusual, or otherwise claimed to be novel.

A POSA understands that Table 3 and Tablet Composition B, for example, describe the preparation of conventional pharmaceutical granules, specifically by dry granulation using roller compaction.[8] *See* Paragraphs 45-47.

69.    In addition, the description of Tablet Composition B, for example, illustrates how and why pharmaceutical granules are designed to adhere together during processing. *See* Paragraph 47. A "first granule fraction" and "second granule fraction" were prepared by roller compaction, then the formed granules were mixed together before the addition of extragranular lubricant (magnesium stearate). *Id.* A POSA understands that those granule fractions were designed to adhere together during mixing, including because the example is directed to "two types of granules," *i.e.*, two distinct and separate granule components that are intended to remain distinct and separate for the purpose of making solid dosage forms with desirable properties. *Id.*

### 3.    The Prosecution History Records

70.    I understand that the prosecution history can inform the meaning of the claim language by demonstrating how the applicant understood the invention, and whether the applicant limited the invention during prosecution.

71.    The term "granule" or "granules" appears in each of the 120, 501, 502 and 503 patents. *See* Paragraph 55 and **Exhibit 10**. In my opinion, the prosecution records of the patents are consistent with the plain and ordinary meaning of the terms.

72.    For example, during prosecution of the 120 patent, Novo distinguished prior art granules by clearly and repeatedly stating that the invention requires separate granules of GLP-1

---

[8] Table 3 describes various ingredients. *See* Paragraph 46. SNAC is a delivery agent; magnesium stearate is a conventional lubricant (**Exhibit 4** at column 6, line 14); semaglutide is a GLP-1 peptide; microcrystalline cellulose is a conventional filler (*id.* at column 5, line 38); and povidone is a conventional binder (*id.* at column 5, line 52).

peptide and SNAC. *See, e.g.*, **Exhibit 11** at page 33 (Novo distinguished its claimed separate granules from prior art granules), page 41 (Examiner noted that "particles gathered into larger particles" is "quite broad"), page 48 (Novo distinguished claimed separate granules, *i.e.*, those containing SNAC and no GLP-1 and those containing GLP-1 and no SNAC, from "prior art" granules), page 55 (Novo distinguished "design of the granules" from prior art granules based on separate content of the claimed granules), page 59 (Novo: "The existence of the two types of granules enables the independent release of the components of each granule type."), page 69 (Novo distinguished separate granules from prior art based on separate content), page 78 (Examiner stated that the "invention is drawn to small particles of GLP-1 and SNAC in combination."), page 83 (Novo distinguished design of separate granules from prior art granules based on separate content), page 84 (Novo: "granulation may be defined as a size enlargement process which converts small particles into *physically stronger and larger agglomerates*, which are known as granules" (emphasis added)), page 100 (Novo distinguished design of separate granules from prior art granules based on separate content), page 104 (Novo distinguished "two separate granule types" from prior art "where the SNAC and semaglutide are mixed together in one granule," and noted that the "existence of two types of granules enables the independent release of the components of each granule type"), **page 114** (Examiner: "While GLP-1 (semaglutide) with SNAC is known in the art, combined as separate granule composition is not known in the prior art applied above."), page 124 (Novo acknowledged the Examiner's **page 114** statement), page 141 (Examiner: "The prior art teaches them together, but not as separate granules whereby the SNAC release and the semaglutide (Novo) release can be separately controlled.").

73.    During prosecution of the 501 patent, the Examiner rejected the application claims as obvious over the same prior art cited in the 120 patent prosecution, stating: "The instant

invention is drawn to a two-component composition of Claim 16, comprised of two granules, each containing different ingredients and medicaments." **Exhibit 12** at page 29. Then-claim 16 read:

> 16. (New)  A solid dosage pharmaceutical composition comprising (1) semaglutide and (2) a granule;
>
> wherein the granule comprises a salt of N-(8-(2-hydroxybenzoyl)amino)caprylic acid (salt of NAC), a lubricant, and no semaglutide;
>
> wherein the salt of NAC is at least 75% (w/w) of the granule; and
>
> wherein the lubricant is less than 10% (w/w) of the granule.

*Id.* at page 25.  The Examiner also rejected the claims based on non-statutory double patenting[9] over the 120 patent, stating that the application claims are "not patentably distinct."  *Id.* at pages 34, 37, 38 ("Regardless of the granule, the same final formulation is found in the final product, and through that solid form, delivers the same therapeutic components.  Therefore, the invention is [*sic*] remains obvious over" the 120 patent.).  In response to the double patenting rejection, Novo filed a terminal disclaimer based on the 120 patent.  *Id.* at pages 40-41.

74.    During prosecution of the 502 patent, the Examiner rejected the application claims based on non-statutory double patenting over the 120 patent, stating that the application claims are "not patentably distinct."  **Exhibit 13** at 26.  In response to the double patenting rejection, Novo filed a terminal disclaimer based on the 120 patent.  *Id.* at pages 28-33.

75.    During prosecution of the 503 patent, the Examiner rejected the application claims based on non-statutory double patenting over the 120 patent and the co-pending applications that led to the 501 and 502 patents,[10] stating that the application claims are "not patentably distinct"

---

[9] I understand that non-statutory double patenting is also known as obviousness-type double patenting, which is a doctrine that prevents a patentee from attempting to extend patent coverage by claiming obvious variations of earlier application claims or patent claims.

[10] I understand that the co-pending 363 application led to the 501 patent (**Exhibit 2** at cover), and the co-pending 610 application led to the 502 patent (**Exhibit 3** at cover).

from those references. **Exhibit 14** at pages 24-25. In response to those rejections, Novo filed a terminal disclaimer. *Id.* at pages 26-31.

### 4.    The Intrinsic Evidence as a Whole

76.    I understand that the words of a patent claim are generally given their ordinary and customary meaning as understood by a POSA when read in the context of the claims, written description and prosecution history. As explained above, in my opinion, the intrinsic evidence as a whole confirms that the claim terms "granule" and "granules" should be given their plain and ordinary meaning: "aggregation(s) of particles designed to adhere together during a dosage form manufacturing process." *See* Paragraph 56.

### B.    The Two Types of Granules Phrases

77.    I understand the following proposed constructions have been provided to the Court:

| Claim Term | Apotex Construction | Novo Construction |
|---|---|---|
| "first type of granule" | "granule designed to be a homogenous mixture with SNAC at least substantially free of semaglutide" | "a first kind of granules" |
| "first type of granules" | "granules designed to be a homogenous mixture with SNAC at least substantially free of semaglutide" | "a first kind of granules" |
| "first granule" | "granules designed to be a homogenous mixture with SNAC at least substantially free of semaglutide" | "a first kind of granules" |

### 1.    The Claims

78.    As noted above, I understand that the claims themselves may provide substantial guidance regarding the meaning of particular claim terms.

31

79.    The disputed phrases in Paragraph 77 appear in the 120 and 503 patents.  *See* Paragraph 55 and **Exhibit 10**.

80.    In my opinion, a POSA would understand that the claims of the 120 and 503 patents, read individually and together, are describing the use of two types of granules designed to separately release SNAC and semaglutide.  Although the claims of the 503 patent allow the possibility of semaglutide in the SNAC granule and SNAC in the semaglutide granule, a POSA would understand from the claims themselves that any substantial amount of semaglutide in the SNAC granule (or any substantial amount of SNAC in the semaglutide granule) would defeat the essential purpose of two types of granules, as reflected by, for example, the "no" SNAC and "no" semaglutide limitations in the 120 patent and Novo's repeated statements during prosecution.  *See* Paragraph 72.  More broadly, a POSA would understand that the essence of the stated invention is claimed in the 120 patent (*i.e.*, two types of granules designed and intended to allow separate release of the delivery agent and active ingredient to attempt to improve bioavailability), and that the subsequent patents (501, 502 and 503 patents) allow the possibility of transfer of semaglutide to SNAC granules and the transfer of SNAC to semaglutide granules.  *See* Paragraph 55 and **Exhibit 10**; **Exhibit 4** at column 9, lines 20-29 (describing, for example, mixing SNAC granules with a "composition" of semaglutide).  With that in mind, in my opinion, a POSA would understand that the "first type of granule(s)" are "granule(s) designed to be a homogenous mixture with SNAC at least substantially free of semaglutide."[11]

81.    In contrast, Novo's proposed construction ("a first kind of granules") is an empty replacement of the word "type" with "kind" that does not clarify the claims or address Novo's

---

[11] A POSA would also understand that the dependent claim phrase "first granule" refers back to "first type of granule," and therefore has the same meaning.  *See, e.g.*, **Exhibit 4** at claim 3 (referring back to the "first type of granules" in claim 1).

apparent interpretation of the claims. For example, Novo's word substitution does not address whether the claims would cover ███████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████

### 2.    The Written Description

82.    As noted above, I understand that the written description of the claimed invention is highly relevant to the meaning of claim terms, and may be dispositive (*e.g.*, may resolve any potential ambiguity).

83.    In my opinion, a POSA would understand that the patents describe, explain and distinguish the claimed "first type of granule(s)."

84.    The "Abstract" describes the claimed "first type of granules" as one of two types of granules, where the first type of granules contains a delivery agent (a salt of NAC). *See* Paragraph 30.

33

85.     The "Background" describes the stated purpose of two types of granules, *i.e.*, "further improvements of the bioavailability by oral administration of compositions of such peptides." *See* Paragraph 31. Because the "Background" also states that "SNAC has previously been shown to improve the bioavailability of orally administered peptides," a POSA understands that the first type of granule is designed to release a delivery agent (such as SNAC) to improve the bioavailability of the GLP-1 peptide in the second type of granules.

86.     The "Summary" describes the same two types of granules as the "Abstract," as part of an embodiment with "no GLP-1 peptide" in the first type of granules. *See* Paragraph 32. Again, a POSA would draw the same conclusion about the first type of granules, *i.e.*, they are designed to release a delivery agent (such as SNAC) to improve bioavailability of the GLP-1 peptide in the second type of granules.

87.     The "Description" explains, in further detail, the purpose of the "design" of two types of granules, *i.e.*, to improve bioavailability of the GLP-1 peptide. *See* Paragraph 37. A POSA would understand that the claimed "design" is two types of granules, where the first type of granule is substantially free of GLP-1 peptide, for the stated purpose of improving bioavailability.

88.     The "Pharmaceutical Compositions" section further describes two types of granules, including a "first type of granules" that "does not contain a GLP-1 peptide." *See* Paragraph 39. That section also describes two types of granules where the "first type of granule" has "no GLP-1 peptide." *See* Paragraph 41. A POSA would understand those descriptions to include a first type of granules that are not made with any amount of GLP-1 peptide, including a first type of granules that are designed to be free of the GLP-1 peptide throughout the formulation and manufacturing process.

34

89.     The "Particular Embodiments" and "Further Particular Embodiments" also describe and distinguish two types of granules, allowing the possibility of an insubstantial amount of GLP-1 peptide in the "first type of granules." *See* Paragraphs 43-44.  Although this portion of the description does not state an amount of GLP-1 peptide that may be present inside or on the surface of the first type of granule, a POSA would understand the embodiments in the context of the claimed invention, as being two types of granules designed to improve bioavailability due to differential dissolution rates of SNAC and the GLP-1 peptide, achieved by separating the delivery agent granules from the GLP-1 peptide granules.

90.     Examples 1 and 7, and Tables 2, 3 and 9, provide a more detailed description and explanation of the stated purpose of two types of granules.  *See* Paragraphs 45-49.  A POSA would understand those examples and tables to compare tablet compositions made from the claimed invention (two types of granules) to comparative tablet compositions in keeping with those in the prior art (containing SNAC and semaglutide in a single type of granule) having the same types and amounts of ingredients as the two types of granules compositions.  For example, Table 3 describes four separate granule designs (compositions B, F, G and H) and three prior art granule designs (compositions C, D and E).  Read together with Example 7 and Table 9, a POSA would understand that the patents are explaining and illustrating the basis for the statements in Paragraph 37 that dissolution properties and bioavailability of the GLP-1 peptide are determined by the claimed design of two types of granules (a first type releasing a delivery agent to improve absorption, a second type releasing a GLP-1 peptide).

91.     Additionally, Tablet Composition B, for example, illustrates how an insubstantial amount of semaglutide could transfer to the first type of granules (SNAC granules) during mixing of two types of granules.  *See* Paragraph 47.  A POSA would understand that, depending on the

35

granules (friability, linked to factors such as density, size, shape, *etc.*), there may be an insubstantial amount of transfer between the two types of granules.[12]  A POSA would also understand that, for example, during compression and tableting, there may be an insubstantial amount of transfer between the two types of granules, depending on how the granules respond to the forces of compression as they are tableted.  Although a POSA would also understand that formulations and consequently granules are designed to be homogenous, the patents describe the possibility of transfer between the two types of granules during processing.  *See, e.g.,* **Exhibit 4** at column 31 to column 34 (describing formulation steps, including mixing and blending, to produce homogenous granules).

92.     Finally, the patents explain the possibility that "modifications" and "changes" will "occur to those of ordinary skill in the art," but the claims are "intended to cover all such modifications and changes as fall within the true spirit of the invention":

> While certain features of the invention have been illustrated and described herein, many modifications, substitutions, changes, and equivalents will now occur to those of ordinary skill in the art. It is, therefore, to be understood that the appended claims are intended to cover all such modifications and changes as fall within the true spirit of the invention.

---

[12] Mohylyuk 2022 also helps explain and illustrate the potential for transfer between two types of granules.  *See, e.g.,* **Exhibit 16** at 431 (illustrating granules produced by a range of roller compaction pressures which also contain a few ungranulated particles).  During mixing of two types of granules, a POSA would understand that there may be transfer of SNAC to semaglutide granules and transfer of semaglutide to SNAC granules.  In addition, SNAC particles may adhere to semaglutide granules and semaglutide particles may adhere to SNAC granules.  In any event, a POSA would understand that the two separate types of claimed granules persist, and that they remain substantially free of the separated ingredients (either SNAC or semaglutide), at least until compression or tableting.

36

**Exhibit 4** at column 42, line 18.  In my opinion, a POSA would understand that the "true spirit" of the claimed two types of granules is to separately release a delivery agent and a GLP-1 peptide to improve bioavailability compared to prior art compositions, where, for example, SNAC and semaglutide were present in a composition made from a single type of granules, as illustrated by Table 3.  *See* Paragraph 46, 72.  That is not to say that the written description or claims rule out the possibility of insubstantial transfer of the ingredients.  But a POSA would understand that nothing in the written description or prosecution records suggests designed or intentional mixing of semaglutide with SNAC, or SNAC with semaglutide, before granulation.

93.     In summary, in my opinion, a POSA would understand the "first type of granule(s)" phrases in the context of the 120 and 503 patent claims and written description to mean "granules designed to be a homogenous mixture with SNAC at least substantially free of semaglutide." While it is possible that the claimed "first type of granule" could be completely free of semaglutide (*i.e.*, no detectable amount of semaglutide), a POSA would understand that insubstantial transfer may occur during mixing and processing of two types of granules (or during mixing of one type of granule with a composition of the other ingredient), including during compression into a tablet composition.

### 3.     The Prosecution History Records

94.     As noted above, I understand that the prosecution history can inform the meaning of the claim language by demonstrating how the applicant understood the invention, and whether the applicant limited the invention during prosecution.

95.     The phrases "first type of granule" and "first type of granules" appear in the 120 and 503 patents.  In my opinion, the prosecution records of the 120 and 503 patents provide further support for a POSA's understanding of the claimed first type of granules.

96.     As I explained in Paragraph 72, during prosecution of the 120 patent, Novo distinguished prior art granules by clearly and repeatedly stating that the invention requires separate granules of SNAC and GLP-1 peptide.  *See* Paragraph 72.   Novo also repeatedly emphasised that the claimed "design" of two types of granules distinguished prior art compositions where SNAC and a GLP-1 peptide were mixed and present together in a single granule or composition.  *See, e.g.*, **Exhibit 11** at page 48 (describing "first type of granule" as a "key" limitation, and quoting and emphasising that dissolution, and hence bioavailability, "**was determined by the design of the granules from which the tablets were formed**" (original emphasis)), page 48 (Novo distinguished tablet compositions C, D and E "with SNAC and semaglutide together (as in the prior art)," and argued that prior art references "teach a composition in which GLP-1 and the delivery agent are mixed together in a tablet"), page 55 (Examiner: prior art "speaks to granulation and combining granulated components"), page 59 (Novo distinguished prior art "where the SNAC and semaglutide are mixed together"), page 68-69 (Novo emphasised that "first type of granule" is a "key" limitation, and emphasised "*the design of the granules from which the tablets were formed*" (original emphasis)), page 82 (Novo again emphasised that "first type of granule" is a "key" limitation, and further emphasised "*the design of the granules from which the tablets were formed*" (original emphasis)), page 83 (Novo again relied on the examples and tables to distinguish the claimed invention ("SNAC and semaglutide in different granules") from prior art granules ("SNAC and semaglutide together")), page 92 (Examiner: "Applicants are quite right that the design of the granules is important"), page 100-101 (Novo repeatedly emphasised "***design of the granules from which the tablets were formed***," "***design of the granules forming the tablet***," "Applicants' data in the specification as filed demonstrate the correlation between ***design of the granules*** . . . and ultimate bioavailability of the GLP-1 peptide" (original

38

emphasis)), page 101 (Novo directed the Examiner to Example 1, Table 3 showing "the **design** of tablet Compositions B through F" (original emphasis), and distinguished the two types of granules in Compositions B and F from "Compositions C, D and E . . . designed as a simple mixture made up of one type of granules"), page 102 (Novo: "As discussed above, the inventors have surprisingly discovered that the ***design of the granules*** as a two-granule system forming a solid composition determines the dissolution properties of the composition resulting in higher bioavailability for the GLP-1 peptide." (original emphasis)), page 102 (Novo described prior art as "mixing SNAC and semaglutide together in the same granules," "similar to tablet Compositions C, D and E . . . which are designed by mixing SNAC and semaglutide together"), page 104 (Novo distinguished a double patenting reference "where the SNAC and semaglutide are mixed together"), page 138 (Novo distinguished the same double patenting reference based on the claimed "***first type of granules*** and a ***second type of granules***" (original emphasis) compared to the "claims" (original emphasis) of the reference, which "do not recite a first type of granules or a second type of granules"), page 139 (Novo distinguished the same reference because the specification "does not recite a first type of granules or a second type of granules"),[13] page 141 (Examiner: "The following is an examiner's statement of the reasons for allowance: the instant invention is drawn to a two part granular composition as in Claim 1.  The prior art teaches them together, but not as separate granules whereby the SNAC release and the semaglutide (Novo) release can be separately controlled.").

---

[13] The double patenting reference was the 123 patent, which I understand Novo has asserted in this case against Apotex.  *See* **Exhibit 15**.  The 123 patent describes and claims a tablet composition containing granules of SNAC and semaglutide.  *See, e.g.*, *id.* at column 12, line 20 (describing use of granules in tableting material), claim 2 ("tablet"), claim 11 (semaglutide and SNAC).  I have been informed that the parties have agreed that the GLP-1 agonist in claim 1 of the 123 patent is semaglutide.

97.     As I noted in Paragraph 75, during prosecution of the 503 patent, the Examiner rejected the application claims based on non-statutory double patenting over the 120 patent and the co-pending applications that led to the 501 and 502 patents,[14] stating that the application claims are "not patentably distinct" from those references.  **Exhibit 14** at pages 24-25.  In response to those rejections, Novo filed a terminal disclaimer.  *Id.* at pages 26-31.

### 4.      The Intrinsic Evidence as a Whole

98.     As noted above, I understand that the words of a patent claim are generally given their ordinary and customary meaning as understood by a POSA when read in the context of the claims, written description and prosecution history.

99.     In my opinion, the "first type of granule" phrases do not have an ordinary and customary meaning.  In fact, as Novo repeatedly emphasised in its prosecution of the 120 patent, according to Novo, two types of granules (including a "first type of granule"), as described, explained and distinguished in the written description, were not present in the prior art or the primary double patenting reference (the 123 patent).  *See* Paragraph 96.

100.    For those reasons, in my opinion, a POSA would understand the "first type of granule(s)" phrases to mean "granule(s) designed to be a homogenous mixture with SNAC at least substantially free of semaglutide" based on the claims, written description and prosecution history of the 120 and 503 patents.  *See* Paragraph 77.

***

---

[14] As noted above, I understand that the 363 application led to the 501 patent (**Exhibit 2** at cover), and the 610 application led to the 502 patent (**Exhibit 3** at cover).

101.    I understand the following proposed constructions have been provided to the Court:

| Claim Term | Apotex Construction | Novo Construction |
|---|---|---|
| "second type of granule" | "granule designed to be a homogenous mixture with semaglutide at least substantially free of SNAC" | "a second kind of granules" |
| "second type of granules" | "granules designed to be a homogenous mixture with semaglutide at least substantially free of SNAC" | "a second kind of granules" |

### 1.    The Claims

102.    The disputed phrases in Paragraph 101 appear in the 120 and 503 patents.  *See* Paragraph 55 and **Exhibit 10**.

103.    My analyses and opinions about the "first type of granule" phrases apply equally to the "second type of granule" phrases, so I incorporate those analyses and opinions here.  *See* Paragraphs 77-100.  That said, I will also summarise my opinions regarding the "second type of granules" phrases below.

104.    As I explained in Paragraph 80, in my opinion, a POSA would understand that the claims of the 120 and 503 patents, read individually and together, are describing the use of two types of granules designed to separately release SNAC and semaglutide.  Although the claims of the 503 patent allow the possibility of semaglutide in the SNAC granule and SNAC in the semaglutide granule, a POSA would understand from the claims themselves that any substantial amount of semaglutide in or on the SNAC granule (or any substantial amount of SNAC in or on the semaglutide granule) would defeat the purpose of two types of granules, as reflected by the "no" SNAC and "no" semaglutide limitations in the 120 patent and Novo's repeated statements during prosecution.  *See* Paragraphs 72, 96.  More broadly, a POSA would understand that the

41

essence of the stated invention is claimed in the 120 patent (*i.e.*, two types of granules designed and intended to allow separate release of the delivery agent and active ingredient to attempt to improve bioavailability), and that the subsequent patents (501, 502 and 503 patents) allow the possibility of transfer of semaglutide to SNAC granules and the transfer of SNAC to semaglutide granules. *See* Paragraphs 55, 80; **Exhibit 10**; **Exhibit 4** at column 9, lines 20-29 (describing, for example, mixing SNAC granules with a "composition" of semaglutide). With that in mind, in my opinion, a POSA would understand that the "second type of granule(s)" are "granule(s) designed to be a homogenous mixture with semaglutide at least substantially free of SNAC."

105. In contrast, Novo's proposed construction ("a second kind of granules") is an empty replacement of the word "type" with "kind" that does not clarify the claims or address Novo's apparent interpretation of the claims.

## 2.    The Written Description

106. As I explained in Paragraphs 82-92, the patents describe, explain and distinguish the claimed two types of granules from prior art granule designs (*e.g.*, compositions C, D and E). In addition, the patents explain how an insubstantial amount of SNAC could transfer to the second type of granules (semaglutide granules) during mixing of two types of granules. *See* Paragraphs 47, 80, 91.

42

107. In summary, in my opinion, a POSA would understand the "second type of granule(s)" phrases in the context of the 120 and 503 patent claims and written description to mean "granules designed to be a homogenous mixture with semaglutide at least substantially free of SNAC." While it is possible that the claimed "second type of granule" could be completely free of SNAC (*i.e.*, no detectable amount of SNAC), a POSA would understand that insubstantial transfer may occur during mixing and processing of two types of granules, including during compression into a tablet composition. *See* Paragraph 93.

### 3. The Prosecution History Records

108. As I explained in Paragraphs 94-97, the prosecution records of the 120 and 503 patents provide further support for a POSA's understanding of the claimed second type of granules.

109. For example, Novo repeatedly emphasised that the claimed "design" of two types of granules distinguished prior art compositions where SNAC and a GLP-1 peptide were mixed and present together in a single granule or composition. *See, e.g.*, **Exhibit 11** at page 48 (Novo distinguished tablet compositions C, D and E "with SNAC and semaglutide together (as in the prior art)," and argued that prior art references "teach a composition in which GLP-1 and the delivery agent are mixed together in a tablet"), page 59 (Novo distinguished prior art "where the SNAC and semaglutide are mixed together"), page 83 (Novo again relied on the examples and tables to distinguish the claimed invention ("SNAC and semaglutide in different granules") from prior art granules ("SNAC and semaglutide together")), page 101 (Novo directed the Examiner to Example 1, Table 3 showing "the **design** of tablet Compositions B through F" (original emphasis), and distinguished the two types of granules in Compositions B and F from "Compositions C, D and E . . . designed as a simple mixture made up of one type of granules"), page 102 (Novo described prior art as "mixing SNAC and semaglutide together in the same granules," "similar to

tablet Compositions C, D and E . . . which are designed by mixing SNAC and semaglutide together"), page 104 (Novo distinguished a double patenting reference "where the SNAC and semaglutide are mixed together"), page 138 (Novo distinguished the same double patenting reference based on the claimed "***first type of granules*** and a ***second type of granules***" (original emphasis) compared to the "<u>claims</u>" (original emphasis) of the reference, which "do not recite a first type of granules or a second type of granules"), page 139 (Novo distinguished the same reference because the specification "does not recite a first type of granules or a second type of granules"), page 141 (Examiner: "The following is an examiner's statement of the reasons for allowance: the instant invention is drawn to a two part granular composition as in Claim 1. The prior art teaches them together, but not as separate granules whereby the SNAC release and the semaglutide (Novo) release can be separately controlled.").

110.  As I explained in Paragraph 97, during prosecution of the 503 patent, the Examiner rejected the application claims based on non-statutory double patenting over the 120 patent and the co-pending applications that led to the 501 and 502 patents, stating that the application claims are "not patentably distinct" from those references. **Exhibit 14** at pages 24-25. In response to those rejections, Novo filed a terminal disclaimer. *Id.* at pages 26-31.

### 4.    The Intrinsic Evidence as a Whole

111.  In my opinion, the "second type of granule" phrases do not have an ordinary and customary meaning. In fact, as Novo repeatedly emphasised in its prosecution of the 120 patent, according to Novo, two types of granules (including a "second type of granule"), as described, explained and distinguished in the written description, were not present in the prior art or the primary double patenting reference (the 123 patent). *See* Paragraphs 96, 109.

44

112.    For those reasons, in my opinion, a POSA would understand the "second type of granule(s)" phrases to mean "granule(s) designed to be a homogenous mixture with semaglutide at least substantially free of SNAC" based on the claims, written description and prosecution history of the 120 and 503 patents.  *See* Paragraph 101.

## VII.    SUPPLEMENTATION OF OPINIONS

113.    I reserve the right to amend and supplement my opinions for any reason, including based on Novo's opening claim construction brief, any supporting declarations, and claim construction discovery.

## VIII.    CONCLUSION

114.    In my opinion, a POSA would read and understand the claim terms and phrases as set forth above.  *See* Paragraphs 76, 100, 112.

115.    I declare, under penalty of perjury, that the foregoing statements are true and correct, to the best of my knowledge and ability.

***

Dated: September 19, 2025

_____

Graham Buckton, Ph.D.

45

████████████████████████

112.    For those reasons, in my opinion, a POSA would understand the "second type of granule(s)" phrases to mean "granule(s) designed to be a homogenous mixture with semaglutide at least substantially free of SNAC" based on the claims, written description and prosecution history of the 120 and 503 patents. *See* Paragraph 101.

## VII.    SUPPLEMENTATION OF OPINIONS

113.    I reserve the right to amend and supplement my opinions for any reason, including based on Novo's opening claim construction brief, any supporting declarations, and claim construction discovery.

## VIII.    CONCLUSION

114.    In my opinion, a POSA would read and understand the claim terms and phrases as set forth above. *See* Paragraphs 76, 100, 112.

115.    I declare, under penalty of perjury, that the foregoing statements are true and correct, to the best of my knowledge and ability.

\*\*\*

Dated: September 19, 2025

Graham Buckton, Ph.D.

45

# **Appendix A**

# Graham Buckton

## BPharm, AKC, C.Dir, PhD, DSc, CChem, FRSC,  FAPS, FAAPS, FRPharmS

### 1) Personal Details

**Name:**  Graham Buckton      **Date of Birth:** 30.4.60    **Status:** Married, 2 children

**Nationality:**  British      **Born:** Brighton, Sussex.

### 2) Fellowship/Membership of Professional Bodies/Associations:

The Royal Pharmaceutical Society of Great Britain **made a Fellow in April 1997**;
The Royal Society of Chemistry **made a Fellow in 1997**;
American Association of Pharmaceutical Scientists **made a Fellow in 1997;**
Academy of Pharmaceutical Sciences **made a Fellow in 2009.**
Member of MENSA. (lapsed)

Associations/Clubs – The Athenaeum. The Worshipful Society of Apothecaries.  MCC. North Hants Golf Club. Leander Club.

### 3) Awards/Honours

2012 Freedom of the City of London.

2003 Science Chairman for the British Pharmaceutical Conference.

2000 First recipient of the Academy of Pharmaceutical Sciences Medal, for services to UK Pharmaceutical Sciences (relating to the establishment of the APS by negotiating a merger between the previously competing activities of "UKAPS" and the "Pharmaceutical Sciences Group").

1998 Stig Sunner Award, presented by the USA Calorimetry Conference "in recognition of research and contributions to thermodynamics and thermochemistry" to a scientist under the age of 40.

1998 Foss Near Infra red European Users Group award for best new work in near-IR spectroscopy

1993 British Pharmaceutical Conference Science Medal

1992 Pfizer Award for "excellence in published research", granted for "imaginative use of thermodynamic principles in the understanding and design of drug delivery systems". The Pfizer Awards are not open to application, and are given on the basis of review of published literature by senior Pfizer scientists, and senior academic advisers

1

## 4) Education

**Institute of Directors 2012 Diploma in Company Direction**

**Institute of Directors 2012 Certificate in Company Direction.**

**University of London 1997   Doctor of Science** for research work in pharmaceutical materials science.

**King's College (KQC), University of London, Manresa Road.**
September 1982 - August 1985  *Ph.D.* Title: Assessment of the wettability of powders
1985-1987  *Associate of King's College* (AKC) Examined course in Philosophy (part time)

**Chelsea College, University of London, Manresa Road.**
September 1978 - June 1981.  *B.Pharm.* (Hons.)

**Varndean Sixth Form College, Brighton, Sussex.**
September 1976 - July 1978;  AO level - Human Biology; 3 A levels - Mathematics, Chemistry and Physics.

**Brighton Secondary Technical School.**
September 1971 - July 1976, June 1975 3 O levels;   June 1976 8 O levels

## 5)  Present Employment

**Managing Director of Buckton Consulting**

**Emeritus Professor of Pharmaceutics, UCL School of Pharmacy, University of London and**

5.1) Buckton Consulting (a part of Brighton City Property Ltd)

Consultancy service covering:
1) pharmaceutical physical form, formulation development, GMP manufacturing and regulatory considerations.
2) Expert witness

I have acted as a consultant to industrial companies in UK, mainland Europe, middle east and USA.  This is a diverse role involving advice on materials science, formulation (inhalation and oral products), regulatory, and as an expert witness in patent litigation.

2

## 6) Previous employment

Pharmaterials Ltd

I founded Pharmaterials Ltd in 2000 to transfer advanced materials characterisation techniques into a commercial contract service.  I developed the company to cover preformulation, especially salt and polymorph selection, formulation development (oral and inhalation) and GMP clinical trial manufacture in a large purpose built facility in Reading UK. The % of my time linked to this activity expanded (to 70%) to keep pace with the needs of the success of a growing enterprise.

Pharmaterials operates on a fee for service basis and has grown through profits on income.

Pharmaterials won the Queen's Award for Enterprise in 2008 for international trade.

At the time of my departure  36 staff were employed.

In keeping with the success of the business,  the majority stake in Pharmaterials was sold to PII in January 2008.  The remaining stake was sold in September 2012 at which stage I exited from my role as Chief Executive of the company, where I acted to directly oversee the strategic and business planning, financial management, business development, staffing and resource provision.


**School of Pharmacy, University of London, 29-39 Brunswick Square, London WC1N 1AX
1988 - 2015**

January 2001 – April 2007  Head of Department of Pharmaceutics.

Management and Leadership

 *Of the School*

As Head of Department much of my time was spent discussing the management of the School, including preparations for previous and future research assessment exercise, teaching quality audit, day-to-day management and strategic directions.

Internal committees:
> Member of School Council. Member of the following committees of Council: Finance, Nominations, Governance, Fellowship  and Honorary Degrees, Audit Committee.
> Other School Committee work: Academic Board, Policy and Resources Executive, Policy and Resources, Research Strategy Task Force,  Academic Standards, Undergraduate Studies Management Group, Pharmacy Advisory, Library and Information Services, Joint Committee of Academic Board and Students, Higher Degrees, Taught Postgraduate Studies.

*Of the Department of Pharmaceutics*

Pharmaceutics had 13 fte academic staff, and some  70 research staff/PhDs, also 5 technicians, and support services (workshop and wash-up).  In my time as Head all bar 1 member of academic staff was either appointed or promoted.

3

I managed the staff development and infrastructure for the departmental activities, to maximise the productivity, whilst working within strict financial limits.

I appointed senior industrialists to positions of visiting professor to develop strategy for direction and funding.

Teaching:

Instigator of MSc in Drug Delivery (developed concept and course, then transferred to staff to manage)

Provide direction for all teaching in Pharmaceutics through regular reviews with staff, informed by staff views and course review reports.  Allocate staff to lead the Pharmaceutics teaching in each semester, manage projects and dissertations, and the examination processes.

I was part of the small design team that initiated the review of the BPharm, to produce a matrix management teaching structure (of course coordinators and heads of departments) to allow better subject integration.  I was part of the group that assigned subjects to semesters and planned the curriculum, I was one of the first course coordinators.  This structure was expanded to form the basis of the existing MPharm.

Examining:

Chair of the MPharm exam board (2002- 2012)

Past-chair of the exam boards for MSc subjects.

Numerous PhD degrees (in recent years venues include: LSOP, Kings College London, Imperial College, Nottingham, Cardiff, Bradford, Brighton, Portsmouth, Manchester, Aston, Grenwich, Canterbury,  Uppsala (Sweden), Copenhagen, Oslo).

I have been / am MPharm examiner at Queens University of Belfast, Cardiff, Nottingham, Kings College, University of Colombo, Sri Lanka, and Robert Gordon University

Previously MSc examiner Kings College London and MSc Industrial Pharmacy, University of Brighton.


**Previous positions at the School of Pharmacy, University of London**

July 1998  Professor of Pharmaceutics;
May 1995 Reader in Pharmaceutics;
February 1991 Senior Lecturer in Pharmaceutics;
September 1988 Lecturer in Pharmaceutics;

**Lecturer in Pharmacy (Pharmaceutics)**
Chelsea Department of Pharmacy, King's College (KQC), University of London, Manresa Road, London, SW3 6LX.
October 1984 - September 1988
**Advanced Drug Delivery Research unit, Ciba-Geigy  Pharmaceuticals, Horsham.**
July to December 1987 (Secondment)

**Charing Cross Hospital, Fulham Palace Road, London.**
August 1981 - July 1982.  Pre-registration pharmacist

4

**Community Pharmacy Locum work** (1982-1988)

## 7) External activities

Member of the Chemistry, Pharmacy and Standards Subcommittee of CHM (2000-2024)

Steering Committee of The Handbook of Pharmaceutical Excipients (retired 2021)

British Pharmacopoeia Commissioner (2004-2010)

Member of the BP committee on pharmacy (2005-2012)

Member of a European Pharmacopoeia Working Party (2008-2010)

Member of Committee on Safety of Medicines until it was disbanded in 2005.

Chairman of Chemistry, Pharmacy and Standards sub-committee of CSM and member of this committee previously.

Editor of International Journal of Pharmaceutics (1999-2009)

Editorial board member of: Pharmaceutical Research, The AAPS Journal, AAPS PharmSci Tech
Member of the United States Pharmacopoeia Expert Group on Physical Methods (2010-2016)

Course organiser for RPSGB residential meeting on "Tabletting Technology" (Every year 1989 - 2004)

Member of the Committee of the Pharmaceutical Sciences Group of the Royal Pharmaceutical Society, now the Academy of Pharmaceutical Sciences (1994 - 2001)

Chairman of the RPSGB Pharmaceutical Sciences Group  (1995-7).

Member of the RPSGB Science Committee and also British Pharmaceutical Conference Committee (during period 1995-2003)

Chairman for 1997 AAPS/RPSGB Arden House Conference (Europe).  Faculty member for Arden House USA.

Member of IUPAC Commission on Thermodynamics task group – Calibration of calorimeters.

The first Chairman of the Academy of Pharmaceutical Sciences of Great Britain (1999-2000).

Chairman for the 2005 AAPS/APS/RPSGB Arden House Conference (Europe), Planning committee Arden House USA.  (First person to have chaired this prestigious meeting twice).

Course organizer / Planning Committee member for numerous international conferences across Europe

Editorial Board of Recent Patents on Drug Delivery and Formulation. Advances in Pharmaceutics.

## 8) Research

The central theme of my research was to investigate the behaviour of materials of pharmaceutical importance in terms of their molecular and interfacial properties and to relate such behaviour to processing and drug delivery.

This work was diverse in application, ranging from fundamental studies on surfaces, through the adaptation of physical properties of powders by crystallisation and physical manipulation (e.g. milling), to the preparation and characterisation of dosage forms (solid oral / inhalation). A major part of my work centered on investigations of powder / water interactions. The implications of powder / water interactions are manifold, influencing many aspects, including product (solid and liquid dosage forms) preparation, usage (e.g. drug release), and stability (microbiological, chemical and physical).

### 8.1) Grants obtained

1987 Glaxo Group Research fully funded PhD student (Effect of processing and chemical structure on surface energetics)  ca £25,000.

1987 Ciba-Geigy Advanced Drug Delivery Research fully funded PhD student (Binding of opsonising proteins to drug conjugates) ca£23,000.

1987 Glaxo Group Research £2,500 to purchase equipment.

1987 Lilly Research Ltd.  Gift of computing equipment (value £6,000).

1988 Wellcome Foundation Ltd.  £10,000 for equipment.

1988 Wellcome Foundation Ltd.  £1,000 for work on surface energetics of polymorphs.

1988 Wellcome Foundation Ltd.  Fully funded PhD student (Crystal engineering and surface energetics) ca£23,000.

1988 SERC CASE - Lilly Research Centre Ltd. PhD student, The stability of inhalation  aerosols, plus ongoing gifts of equipment ca £28,000.

1988 Upjohn Ltd. Summer studentship   £1000.

1988 Wellcome Foundation Ltd. Summer studentship  £1000.

1988 Lilly Research Centre Ltd,  Two summer studentships £2000.

1988 Wellcome Foundation Ltd., Fully funded PhD student  £25,000

1988 SERC/ CASE award with Beecham  Pharmaceuticals, £25,000

1989 Wellcome Foundation Ltd. £1,876 towards equipment.

1989 Wellcome Trust Summer Studentship £622

1989 Lilly Research Summer Project (£750)

1990 British Council Travel Award to visit University of Athens (£2800).

1990  SERC/CASE award with MSD,  Computer modelling as a means of predicting powder properties. £30,000

1991 The Wellcome Trust, £29,639 to purchase a microcalorimeter.

1992 The Wellcome Foundation £33,000 for PhD studentship

1992 Thermometric Ltd. - £12,000 of calorimetric equipment.

1993  The Wellcome Foundation Ltd.  - £15,000 for employment of a research Technician.

6

1993   School of Pharmacy studentship for PhD studies, with collaborative funding obtained from MSD (£30,000).

1993 SERC/CASE award with MSD (£30,000.

1993 The Wellcome Trust, Characterisation of powder surface properties, with application  to inhaled drug delivery, £100,515

1994 Roche Products Ltd., Surface properties of powders in relation to tabletting. ca £40,000 over 3 years.

1994 EPSRC ROPA award (the first of such awards to be made), £47,940 for the purchase of a microcalorimeter.

1994 The Wellcome Foundation, £750 towards maintenance of the microcalorimeter.

1994 Pharmacia Farmitalia, £4,000 towards the cost of a project on bioadhesion.

1994 SERC/CASE award, SB Pharmaceuticals - molecular structure, crystal packing       and physico-chemical properties of drugs.(£40,000)

1994 Wellcome Foundation, gift of equipment and software for instrumentation of  a tabletting machine ca £10,000.

1995 Merck, West Point, USA, £43,000 over 3 years to study drug-surfactant interactions.

1995 Pfizer Central Research, £43,000 over 3 years to study powder mixing.

1995 SB Pharmaceuticals, industrial CASE allocation, to study spray granulation.

1996 Glaxo-Wellcome, £43,500 over 3 years to study microfluidisation technologies.

1996 Mendell ca £21,000 for studies on microcrystalline cellulose.

1997 Astra Charnwood £45,000 over 3 years to study surfactant systems

1997 SB/Roche/Pfizer £190,000 over 3 years to develop inverse phase gas chromatography

1997 EPSCR/MSD Case project ca £45,000 over 3 years to study drying processes.

1997 Mendell £25,000 for further studies on microcrystalline cellulose.

1997 Mendell £7,500 for calorimetry accessories.

1998 ICI, application of isothermal microcalorimetry £60,000

1998 Core Technologies, post-doctoral worker on hydrogel technology, ca £65,000

1998 Elan Pharmaceuticals, post-doctoral worker on surfactant systems, ca£65,000

1998 Pfizer Central Research, PhD on powder mixing, £50,000

1998 Industrial BBSRC/CASE award from SB pharmaceuticals, £50,000

1998 RPSGB Award to Sarah Hogan for PhD studentship, ca £45,000

1999 Novartis studies of dry powder inhaler formulation design £69,000

1999 EPSRC CASE with SB Pharmaceuticals- powder surface charactersiation    £48,000

2000 BBSRC committee student to study stabilisation of solid state macromolecules £60,000.

2001 EPSRC/GSK  - £20,550 to fund study of Dynamic vapour sorption technique

2001 AstraZeneca - £50,000 to fund study on Modification of surfaces of  microparticles for inhalation

2001 GSK - £20,550 to fund investigations into predicting physical stability of amorphous compounds

2001 EPSRC - £192,271 to fund study of preparation and characterisation of amorphous pharmaceutical blends from libraries of polymers

2001 Schering Plough - £50,000 The effect of milling process on crystalline materials.

2002 Pfizer Central Reseacrh £150,000 to fund Centre for Paediatric Pharmacy (with Ian Wong)

2003 AstraZeneca – 45,000 First  studentship rolling scheme.

2002   £4000 bench fee for visiting scientist (Dr Ohta from Japan)

2003 Meiji Seika Daisha Ltd – £7,000 Bench fee for visiting Scientist

2004 Pfizer Central Research £60,000 for PhD student on inhalation formulation.

2005 EPSRC Academic Fellowship Scheme, £125,000 for Solid state DNA vaccine particles for inhaled drug delivery. (5 year fellowship jointly funded by School), with Prof Alpar.

2005 BBSRC £50,000 for establishment of distance learning MSc in Drug Delivery.

2005 Astra Zeneca ca £60,000 for PhD student on the stability of pressurized metered dose inhalers

2006 Pfizer Central Research ca £80,000 for PhD student on Process Analytical Technology

2006 Maplethorpe post doctoral grant – surface energy determination using AFM and IGC c £80,000.

2012 EPSRC DTC with Uni of Nottingham, Pfizer, AZ, GSK and other £1,950,000.

2014 EPSRC DTC with Nottingham £11,800,000

## 8.2) Publications

### 8.2.1) Single authored book

Interfacial phenomena in drug delivery and targeting.

G.Buckton, Harwood Academic Press, Amsterdam, (1995).  Part of the series in Targeting and Drug Delivery

### 8.2.2) Book

Pharmaceutical Thermal Analysis (2nd Edition)
J Ford, P.Timmins and G.Buckton.  (2001) Taylor and Francis.

### 8.2.3) Full Papers

1) Assessment of the wettability and surface-energy of a  pharmaceutical powder by liquid penetration.
G.Buckton and J.M.Newton, (1985), J. Pharm. Pharmacol., 37, (9): 605-609.

2)  The significance of contact angles measured on surfaces that  have undergone plastic deformation.
G.Buckton and J.M.Newton, (1986), in Gorrod,J.W., Gibson,G.G., and  Mitchard,M., (Eds.), Development of Drugs and Modern Medicine,  Ellis Horwood, Southampton, pp421-424.

3) Assessment of the wettability of powders by use of compressed  powder discs.
G.Buckton and J.M.Newton, (1986), Powder Technol., 46, (2-3): 201-208.

4) Liquid penetration as a method of assessing the wettability and  surface energy of pharmaceutical powders.
G.Buckton and J.M.Newton, (1986), J. Pharm.  Pharmacol., 38, (5): 329-334

5) A vacuum microbalance technique for studies on the wettability  of powders.
G.Buckton, A.E.Beezer and J.M.Newton, (1986), J. Pharm.  Pharmacol., 38, (10):
713-720.

6) The potential value of dielectric response measurements in the   assessment of the wettability of powders.
G.Buckton, L.A.Dissado, R.M.Hill and J.M.Newton, (1987), Int. J.  Pharm., 38, (1-3): 1-7.

7) A microcalorimetric study of powder surface energetics.
G.Buckton and A.E.Beezer, (1988), Int. J. Pharm., 41, (1-2): 139-145.

8) In vitro dissolution of some commercially available sustained  release theophylline preparations.
G.Buckton, D.Ganderton and R.Shah, (1988), Int. J. Pharm., 42, (1-3): 35-39.

8

9) Preservation of oral solid dosage forms.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1988), in Bloomfield, S.F., Leech,R., Baird,R. and Leak,R., (Eds.), Microbial Quality Assurance of Pharmaceuticals, Cosmetics and Toiletries, Ellis Horwood, Southampton, pp104-118.

10) Effect of comminution technique on the surface energy of a powder.
G.Buckton, A.Choularton, A.E.Beezer and S.M.Chatham, (1988), Int. J. Pharm. 47, (1-3): 121-128.

11) The assessment, and pharmaceutical importance, of the solid / liquid and the solid / vapour interface: a review with respect to powders. Invited review.
G. Buckton, (1988) Int. J. Pharm., 44, (1-3): 1-8.

12) Structure-activity relationships for solubility and wettability of a number of substituted barbituric acids.
G.Buckton and A.E.Beezer (1989) Thermochimica Acta., 138, (2): 319-326

13) In vitro dissolution testing of oral controlled release preparations in the presence of artificial foodstuffs. I) Exploration of alternative methodology: microcalorimetry.
L.J.Ashby, A.E.Beezer and G.Buckton, (1989), Int. J. Pharm., 51, (3): 245-251.

14) In vitro dissolution testing of oral controlled release preparations in the presence of artificial foodstuffs. II) Probing drug / food interactions using microcalorimetry.
G.Buckton, A.E.Beezer, S.M.Chatham and K.K.Patel, (1989), Int J Pharm., 56, (2): 151-157.

15) The use of surface-energy values to predict optimum binder selection for granulations.
L.Zajic and G.Buckton, (1990), Int. J. Pharm., 59, (2): 155-164.

16) Contact-angle, adsorption and wettability - a review with respect to powders. Invited review.
G.Buckton, (1990), Powder Technol., 61, (3): 237-249.

17) Modelling drug release from hydrophobic matrices by use of thermodynamic activation parameters.
M.Efentakis and G.Buckton,(1990), Int. J. Pharm., 60, (3): 229-234.

18) Particle growth in aqueous suspension: the influence of surface-energy and polarity.
S.A.Young and G.Buckton, (1990), Int. J. Pharm., 60, (3): 235-241.

19) Polyoxyethylene - polyoxypropylene block copolymers: a novel phase transition in aqueous solution of Pluronic F87.
N.Mitchard, A.E.Beezer, N.Rees, J.Mitchell, S.Leharne, B.Chowdhry and G.Buckton, (1990), J.Chem. Soc., Chem. Commun. (13): 900-901.

20) The use of thermodynamic activation parameters and compensation analysis to model drug release from hydrophobic matrices.
G.Buckton and M.Efentakis, (1990), Int. J. Pharm., 62, (2-3): 157-163.

21) The interaction of various types of microcrystalline cellulose and starch with water.
T.C.Blair, G.Buckton, A.E.Beezer and S.F.Bloomfield, (1990), Int. J. Pharm., 63, (3): 251-257.

22) The role of compensation analysis in the study of wettability, solubility, disintegration and dissolution.
G.Buckton, (1990), Int. J. Pharm., 66, (1-3): 175-182.

23) Problem based learning - a valuable approach to pharmaceutical education.
G.Buckton and I.P.Bates, (1991), Int. Pharm. J., 5: 7-13.

24) Modelling drug release from matrix formulations by use of thermodynamic activation parameters and extrathermodynamics.
G.Buckton, M.Efentakis and Z.Hussain, (1991), Eur. J. Pharm. Biopharm., 37, (3):154-158.

25) Solution thermodynamics of 4-hydroxybenzoates in water, 95 % ethanol / water, 1-octanol and hexane.
A.E.Beezer, G.Buckton, S.Forster, W-B.Park and G.J.Rimmer, (1991), Thermochimica Acta, 178: 59-65.

26) Spreading coefficients: the practical application of surface energy and polarity data. Invited review.
G.Buckton, (1991), Pharmakeftiki, 3: 145-149.

27) The influence of surfactants on drug release from a hydrophobic matrix.
M.Efentakis, H.Al-Hmoud, G.Buckton and Z.Rajan, (1991), Int. J. Pharm., 70, (1-2): 153-158.

28) On the mechanism of kill of microbial contaminants during tablet compression.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1991), Int. J. Pharm., 72, (2): 111-115.

29) The effect of surface treatment on the values of contact angles measured on a compressed powder surface.
I.O.Odidi, J.M.Newton and G.Buckton, (1991), Int. J. Pharm., 72, (1): 43-49.

30) The importance of chain-length on the wettability and solubility of organic homologs.
S.Forster, G. Buckton and A.E.Beezer, (1991), Int. J. Pharm., 72, (1): 29-34.

31) Sustained release (SR) theophylline preparations: A review of biopharmaceutical influences on in vivo and in vitro drug absorption / release data. Invited review.
G. Buckton, (1991), J. Biopharm. Sci., 2 : 81-96.

32) Pharmaceutical microcalorimetry: a selective review.  Invited review.
G.Buckton, S.Russell and A.E.Beezer, (1991), Thermochim. Acta, 193: 195-214

33) The applications of  microcalorimetry to the field of physical pharmacy.
G.Buckton and A.E.Beezer, (1991), Int. J. Pharm., 72, (3): 181-191 (Invited review).

34) Surface analysis of pharmaceutical powders.  I) X-ray photoelectron spectroscopy (XPS) related to powder wettability.
G.Buckton, R.Bulpett and N. Verma, (1991), Int. J. Pharm., 72, (2):157-162.

35) The influence of surfactants on drug release from acrylic matrices.
G.Buckton, M.Efentakis, H.Al-Hmoud and Z.Rajan, (1991), Int. J. Pharm., 74, (2-3): 169-174.

36) Observations on the biopharmaceutical importance of chain-length in pharmaceutically related compounds.
G.Buckton, A.E.Beezer, S.P.Denyer and S.J.Russell, (1991), Int. J. Pharm., 73, (1): 1-7.

37) NMR evidence for novel phase transition in aqueous solutions of pluronic-F87 (poloxamer 237).
A.E.Beezer, J.C.Mitchell, N.H.Rees, J.K.Armstrong, B.Z.Chowdhry, S.Leharne and G.Buckton, (1991), J. Chem. Res. (9): 254-255.

10

38) Safety aspects of non-ionic surfactant vesicles: A toxicity study related to the physico-chemical characteristics of non-ionic surfactants.
H.E.J.Hofland, J.A.Bouwstra, J.C.Verhoef, G.Buckton, B.Z.Chowdhry, M.Ponec and H.E.Junginger, (1992), J. Pharm. Pharmacol.,44, (4): 287-294.

39) The use of high sensitivity differential scanning calorimetry to characterise dilute aqueous dispersions of surfactants.
G.Buckton, B.Z.Chowdhry, J.K.Armstrong, S.A.Leharne, J.A.Bouwstra and H.E.J.Hofland, (1992), Int. J. Pharm., 83, (1-3): 115-121.

40) The extent of errors associated with contact angles obtained using liquid penetration results.
G.E.Parsons, G.Buckton and S.M.Chatham, (1992), Int. J. Pharm., 82, (1-2): 45-150.

41) The estimation and application of surface energy data for powdered systems.
G.Buckton, (1992), Drug Dev. Ind. Pharm., 18, (11-12): 1149-1167, Invited Review.

42) Drug release from gel bases: A case for enthalpy-entropy compensation.
G.Buckton and S.Tamburic, (1992), J. Cont. Rel., 20, (1): 29-36.

43) The use of surface energy and polarity determinations to predict the physical stability of non-polar non-aqueous suspensions.
G.E.Parsons, G.Buckton and S.M.Chatham, (1992), Int. J. Pharm., 83, (1-3): 163-170.

44) The influence of four selected processing and formulation factors on the production of spheres by extrusion and spheronisation.
J.F.Pinto, G.Buckton and J.M.Newton, (1992), Int. J. Pharm., 83, (1-3): 187-196.

45) Temperature effects on the dissolution of promethazine hydrochloride from hydroxypropylmethylcellulose matrix tablets: the role of compensation analysis.
G.Buckton, (1992), Eur. J. Pharm. Biopharm., 38, (5): 172-173.

46) High sensitivity scanning microcalorimetry study of phase transitions in dilute solutions of polyoxyethylene-polyoxypropylene block copolymers.
A.E.Beezer, N.Mitchard, J.C.Mitchell, J.K.Armstrong, B.Z.Chowdhry, S.A.Leharne and G.Buckton, (1992), J. Chem. Res., (7): 236-238.

47) The relationship between particle size and solubility.
G.Buckton and A.E.Beezer, (1992), Int. J. Pharm., 82, (3):  R7-10.

48) The effect of surfactant charge on drug release from acrylic matrices.
M.Efentakis, G.Buckton and H. Al-Hmoud, (1992), STP Pharma Sciences, 4: 332-336.

49) Thermodynamic analysis of scanning calorimetric transitions observed for dilute aqueous solutions of ABA block copolymers.
N.Mitchard, A.E.Beezer, J.C.Mitchell, J.K.Armstrong, B.Z.Chowdhry, S.Leharne and G.Buckton, (1992), J. Phys. Chem., 96, (23): 9507-9512.

50) Assessment of the wettability of pharmaceutical powders.
G.Buckton, (1993), J. Adhesion Sci. Technol., 7, (3): 205-219. Invited Review.

51) Factors influencing the mechanism of release from sustained-release matrix pellets, produced by extrusion / spheronisation.
C.Tapia, G.Buckton and J.M.Newton, (1993), Int. J. Pharm., 92, (1-3): 211-218

11

52) Comparison of measured wetting behaviour of materials with identical surface energies, presented as particles and plates.
G.E.Parsons, G.Buckton and S.M.Chatham, (1993), J. Adhesion Sci. Technol., 7, (2): 95-104.

53) Isothermal stability of dilute aqueous solutions of block copolymers of polyoxyethylene-polyoxypropylene-polyoxyethylene. A microcalorimetric study of pluronic F 87 (poloxamer 237) and pluronic F88 (poloxamer P238).
J.J.Irwin, A.E.Beezer, J.C.Mitchell, G.Buckton, B.Z.Chowdhry, D.Eagland and N.J.Crowther (1993), J. Phys. Chem., 97, (9): 2034-2036.

54) Swelling studies on mixtures of two hydrophilic excipients.
E.Papadimitriuo, G.Buckton, M.Efentakis and N.Choulis, (1993), STP Pharma Sciences, 3: 232-236.

55) Probing the mechanisms of swelling of hydroxypropylmethylcellulose matrices.
E.Papadimitriuo, G.Buckton and M.Efentakis, (1993), Int. J. Pharm., 98, (1-3): 57-62.

56) Consideration of adhesion to modified container walls, by use of surface energy and polarity data, and Lewis acid - Lewis base interactions.
G.Buckton and B.Chandaria, (1993) Int. J. Pharm., 94, (1-3): 223-229.

57) Assessment of the wettability of pharmaceutical powders.
G.Buckton, (1993), in Mittal,K.L. (Ed.), Contact Angle, Wettability and Adhesion, VSP, Netherlands, pp 437-451.

58) Pharmaceutical preformulation
G.Buckton, (1994), in W.Lund, (Ed.), The Pharmaceutical Codex: Principles and Practice of Pharmaceutics, 12th Edn., The Pharmaceutical Press, London, pp178-197.

59) An investigation into the structure and properties of Carbopol 934 gels using dielectric spectroscopy and oscillatory rheometry.
D.Q.M.Craig, A.Tamburic, G.Buckton and J.M.Newton, (1994), J. Cont. Rel., 30, (3): 213-223.

60) The use of isothermal microcalorimetry in the study of changes in crystallinity induced during the processing of powders.
L-E. Briggner, G.Buckton, K.Bystrom and P Darcy, (1994), Int. J. Pharm., 105, (2): 125-135.

61) The extent of errors associated with contact angles. II. Factors affecting data obtained using a Wilhelmy plate technique for powders.
P.L.Sheridan, G.Buckton and D.E.Storey, (1994), Int. J. Pharm., 109, (2): 155-171.

62) The interaction of albumin and drugs with 2 hemofiltration membranes.
C.A.Oborne, G.Buckton and N.Barber, (1994), J. Clin. Pharm. Therapeutics., 19, (2): 119-126.

63) The use of high sensitivity differential scanning calorimetry to characterise dilute aqueous dispersions of surfactants. 2. Further studies on polyoxyethylene alkyl ethers.
G.Buckton, J.K.Armstrong, B.Z.Chowdhry, S.Leharne and A.E.Beezer, (1994), Int. J. Pharm., 110, (2): 179-187.

64) The controlled crystallization of a model powder: I) The effects of altering the stirring rate and the supersaturation profile, and the incorporation of a surfactant (Poloxamer 188).
A.J.Mackellar, G.Buckton, J.M.Newton, B.Z.Chowdhry and C.A.Orr., (1994) Int. J. Pharm., 112, (1): 65-78.

65) The controlled crystallisation of a model powder: II) Investigation into the mechanism of action of poloxamers in changing crystal properties.
A.J.Mackellar, G.Buckton, J.M.Newton and C.A.Orr., (1994), Int. J. Pharm., 112, (1): 79-85.

66) Wilhelmy plate contact angle data on powder compacts: Fractal geometry considerations of plate perimeter.
A.Chawla, G.Buckton, K.M.G.Taylor, J.M.Newton and M.C.R.Johnson, (1994),Eur. J. Pharm. Sci., 2, (3): 253-258.

67) Characterisation of powder surfaces: Understanding sources of variability in products.
G.Buckton, (1994), In Karsa,D.R. and Stephenson,R.A., (Eds.), Excipients and Delivery Systems for Pharmaceutical Formulations, Royal Society of Chemistry, pp59-74.

68) Application of isothermal microcalorimetry in the pharmaceutical sciences.
G.Buckton, (1995), (invited review) Thermochimica Acta, 248: 117-129.

69) The influence of a phase transition in poly(oxyethylene) / poly(oxypropylene) / poly(oxyethylene) surfactants on adsorption behaviour from dilute aqueous solution.
D.Carthew, G.Buckton, G.E.Parsons and S.Poole, (1995), Pharm. Sci., 1: 3-5.

70) Preservation of oral solid dosage forms.
T.C.Flatau, S.F.Bloomfield and G.Buckton (1996), in R.M.Baird and S.F.Bloomfield,  (Eds.), Microbial Quality  Assurance of Pharmaceuticals, Cosmetics and Toiletries, 2nd Edn., Ellis Horwood, Southampton, pp113-132.

71) The extent of errors associated with contact angles. III. The influence of surface roughness effects on angles measured using a Wilhelmy plate technique for powders.
G.Buckton, P.Darcy and D.McCarthy, (1995), Colloids and Surfaces A: Physicochemical and Engineering Aspects, 95, (1): 27-35.

72) The use of isothermal microcalorimetry in the study of changes in crystallinity of spray dried salbutamol sulphate.
G.Buckton, P.Darcy, D.Greenleaf and P.Holbrook., (1995), Int. J. Pharm., 116, (1): 113-118.

73) Surface characterisation: Understanding sources of variability in the production and use of pharmaceuticals (British Pharmaceutical Conference Science Award Medal manuscript).
 G.Buckton, (1995) J. Pharm. Pharmacol., 47, (4): 265-275.

74) Modelling mucoadhesion by use of the Lewis acid-Lewis base approach to surface energy determination.
M.Rillosi and G.Buckton, (1995) Int. J. Pharm., 117, (1): 75-84.

75) The use of isothermal microcalorimetry in the study of small degrees of amorphous content of powders.
G.Buckton, P.Darcy and A.J.Mackellar, (1995), Int. J. Pharm., 117, (2): 253-256.

76) Modelling mucoadhesion by use of the Lewis acid-Lewis base approach to surface energy determination. II.Studies on anionic, cationic and unionisable polymers.
M.Rillosi and G.Buckton, (1995), Pharm. Res., 12, (5):  669-675.

77) A relationship between surface free energy and polarity data and some physical properties of spheroids.
J.Pinto, G.Buckton and J.M.Newton, (1995), Int. J. Pharm., 118, (1): 95-101.

13

78) Development of a flow microcalorimetry method for the assessment of the surface properties of powders.
P.L.Sheridan, G.Buckton and D.E.Storey, (1995), Pharm. Res., 12., (7): 1025-1030.

79) The influence of additives on the recrystallisation of amorphous spray dried lactose.
G.Buckton and P.Darcy, (1995), Int. J. Pharm., 121., (1): 81-87.

80) Investigations of the relationship between surface energy terms and the thermodynamics of transfer of drugs into sodium dodecyl sulphate micelles.
S.Mall, G.Buckton, T.Gregori and D.A.Rawlins, (1995), J. Phys. Chem., 99, (20): 8356-8361.

81) The use of gravimetric studies to assess the degree of crystallinity of predominantly crystalline powders.
G.Buckton and P.Darcy, (1995), Int. J. Pharm., 123., (2): 265-271.

82) Microcalorimetric investigation of the interaction of a surfactant (oleic acid) onto crystalline and partially crystalline salbutamol sulphate in non-aqueous suspension.
P.M.Blackett and G.Buckton, J. Mater. Sci. Letters, (1995), 14, (17): 1182-1184.

83) A microcalorimetric study of surfactant aggregation and surfactant-drug interaction in a model inhalation aerosol system.
P.M.Blackett and G.Buckton, (1995), Int. J. Pharm., 125, (1): 33-139.

84) The use of molecular orbital indices to predict the surface properties of pharmaceutical powders.
P.L.Sheridan, G.Buckton and D.E.Storey, (1995), Int. J. Pharm., 125., (1): 141-149.

85) Non-ionic surfactant vesicles and colloidal targeting delivery systems: The role of surfactant conformation.
G. Buckton, In Karsa,D.R. and Stephenson,R.A., (Ed.) Chemical Aspects of Drug Delivery Systems, Royal Society of Chemistry, 1995, pp77-88.

86) A microcalorimetric investigation of the interaction of surfactants with crystalline and partially crystalline salbutamol sulphate in a model inhalation aerosol system.
P.M.Blackett and G.Buckton, (1995), Pharm. Res., 12, (11): 1689-1693.

87) The use of isothermal microcalorimetry in the study of small degrees of amorphous content of a hydrophobic powder.
H.Ahmed, G.Buckton and D.A.Rawlins, (1996), Int. J. Pharm., 130, (2): 195-201.

88) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate micelles: a thermodynamic approach.
S.Mall, G.Buckton and D.A.Rawlins, (1996), J. Pharm. Sci., 85, (1): 75-78.

89) Slower dissolution rates of a drug (sulfamerazine) in aqueous sodium dodecyl sulphate solutions than in water.
S.Mall, G.Buckton and D.A.Rawlins, (1996) Int. J. Pharm., 131, (1): 41-46.

90) Water mobility in amorphous lactose below and close to the glass transition temperature
G.Buckton and P.Darcy, (1996), Int. J. Pharm., 136, (1-2): 141-146..

91) A comparison of two contact angle methods and inverse gas chromatography to assess the surface energies of caffeine and theophylline
J.W.Dove, G.Buckton and C.Doherty, (1996), Int. J. Pharm., 138, (2): 199-206.

14

92) The effect of temperature on the surface nature of an adsorbed layer of poly(oxyethylene)-poly(oxypropylene)-poly(oxyethylene) block copolymers.
D.L.Carthew, G.Buckton, G.E.Parsons and S.Poole,  (1996) Pharm. Res., 13, (11): 1730-1733.

93) Dynamic surface tension studies of hydroxypropylmethylcellulose film coating solutions.
G.Buckton and E. Ocha Machiste, (1996) Int. J. Pharm., 145, (1-2): 197-202.

94) The interaction between hydroxypropylmethylcellulose and sodium dodecyl sulphate
G.Buckton, A.Kee and M. Efentakis, (1996), Pharm. Sci., 2: 561-562.

95) Characterisation of small changes in the physical properties of powders of significance for dry powder inhaler formulations.
G.Buckton, (1997) Adv. Drug Del. Rev., 26, (1):17-27.

96) The influence of a phase transition in poly(oxyethylene) / poly(oxypropylene) / poly(oxyethylene) block copolymer surfactants on the properties of material adsorbed from dilute aqueous solution.
D.L.Carthew, G.Buckton, G.E.Parsons and S.Poole, (1997), J. Adhesion, 63, (1-3): 89-98.

97) Differences between dynamic and equilibrium surface tension of poly(oxyethylene)-poly(oxypropylene)-poly(oxyethylene) block copolymer surfactants (Poloxamers P407, P237 and P338) in aqueous solution.
G.Buckton and E. Ocha Machiste,  (1997) , J. Pharm. Sci.,  86, (2):  163-166.

98) The use of thermal techniques to assess the impact of feed concentration on the amorphous content and polymorphic forms present in spray dried lactose.
O.C.Chidavaenzi, G.Buckton, F.Koosha and R.Pathak, (1997) Int. J. Pharm., 159, (1): 67-74.

99) Predicting interaction of powders in binary mixes from their surface energy components.
N.M.Ah Fat, G.Buckton, R.Burrows and M.Ticehurst, (1997) Int. J. Pharm., 156, (1): 89-95.

100) The influence of heating/drying on the crystallisation of  amorphous lactose after structural collapse
P.Darcy and G.Buckton, (1997) Int. J. Pharm., 158, (2): 157-164.

101) The formation of an inclusion complex of methocarbamol with hydroxypropyl-cyclodextrin: the effect on chemical stability, solubility and dissolution rate.
E.Antoniadou-Vyza, G.Buckton, S.G.Michaleas, Y.L.Loukas and M.Efentakis, (1997) Int. J. Pharm., 158,  (2): 233-240.

102) Crystallisation of partially amorphous griseofulvin in water vapour: determination of thermodynamic and kinetic parameters using isothermal heat conduction microcalorimetry.
H.Ahmed, G.Buckton and D.A.Rawlins, (1998), Int. J. Pharm., 167, (1-2): 139-146.

103) Quantitative assessments of powder crystallinity: Estimates of heat and mass transfer to interpret isothermal microcalorimetry data.
Patricia Darcy and Graham Buckton,(1998), Thermochimica Acta, 316, (1): 29-36

104)  Modelling mucoadhesion by use of surface energy terms obtained by the Lewis acid-Lewis base approach.  III. An interaction between teflon and carbopol.
G.Buckton and M.Cappuccinello, (1998) Pharm. Res.. 15, (3): 502-503.

105) Crystallisation of bulk samples of partially amorphous spray-dried lactose.
P.Darcy and G.Buckton (1998), Pharm. Dev. Technol., 3, (4): 503-507.

15

106) Conversions between different amorphous states and crystal polymorphs of significance for inhalation systems.
G.Buckton in R.N. Dalby, P.R.Byron and S.J. Farr (Eds.) Resp. Drug Del. VI  (1998), Interpharm Press, 145-152.

107) The use of near infra-red spectroscopy to detect changes in the form of amorphous and crystalline lactose.
G.Buckton, E.Yonemochi, J.Hammond and A.Moffat, (1998) Int. J. Pharm., 168, (2): 231-242.

108) Assessment of  disorder in crystalline powders - a review of analytical techniques and their application.
G.Buckton and P.Darcy, (1999) Int. J. Pharm., 179, (2): 141-158.

109) Differences in crystallization behaviour between quenched and ground amorphous ursodeoxycholic acid.
E. Yonemochi, Y.Inoue, G.Buckton, A.Moffat, T.Oguchi and K.Yamamoto. (1999) Pharm. Res., 16, (6): 835-840.

110) Water sorption and near IR spectroscopy to study the difference between microcrystalline cellulose and silicified microcrystalline cellulose, before and after wet granulation.
G.Buckton, E.Yonemochi, W.L.Yoon and A.C.Moffat. (1999) Int. J. Pharm., 181, (1):  41-48.

111) A high sensitivity differential scanning calorimetry study of the interaction between poloxamers and dimyristoylphosphatidylocholine and dipalmitoylphosphatidylcholine liposomes.
J.D.Castile, K.M.G.Taylor and G.Buckton, (1999) Int. J. Pharm., 182, (1): 101-110.

112) Isothermal microcalorimetry and inverse phase gas chromatography to study small changes in powder surface properties
G.Buckton, J.W. Dove and P.Davis, (1999), Int. J. Pharm., 193, (1): 13-19.

113) Isothermal microcalorimetry water sorption experiments: Calibration issues
G.Buckton. (2000) Thermochimica Acta. 347, (1-2): 63-71,

114) An exploration of inter-relationships between contact angle, inverse phase gas chromatography and triboelectric charging data.
N.M.Ahfat, G.Buckton, R.Burrows and M.D.Ticehurst. (2000)  European Journal of Pharm. Sci., 9,  (3): 271-276.

115) Near IR spectroscopy to quantify the silica content and difference between silicified microcrystalline cellulose and physical mixtures of microcrystalline cellulose and silica.
G.Buckton and E.Yonemochi. (2000) Eur. J. Pharm. Sci., 10, (1):  77-80.

116) The novel combination of dynamic vapour sorption gravimetric analysis and near infra-red spectroscopy as a hyphonated technique.
R.A.Lane and G.Buckton, (2000) Int. J. Pharm., 207, (1-2): 49-56.

117) The quantification of small degrees of disorder in lactose using solution calorimetry.
S.E.Hogan and G.Buckton, (2000) Int. J. Pharm., 207, (1-2): 57-64

118) The application of near infrared spectroscopy and dynamic vapour sorption to quantify low amorphous contents of crystalline lactose. S.E.Hogan and G.Buckton (2001) Pharm Res., 18, (1): 112-116.

16

119) The effect of co-spray drying with polyethylene glycol 4000 on the crystallinity and physical form of lactose
O.C .Chidavaenzi,  G. Buckton and   F. Koosha , (2001), Int. J. Pharm., 216, (1-2): 43-49.

120) Potential Applications of Microcalorimetry for the Study of Physical Processes in Pharmaceuticals
S. Gaisford and G. Buckton (2001) Thermochimica Acta, 380, (2): 185-198.

121) The use of inverse phase gas chromatography to measure the surface energy of crystalline, amorphous and recently milled lactose.
H.E. Newell, G. Buckton, D.A. Butler, F. Thielmann  and DR Williams, (2001) Pharm Res., 18, (5): 662-666.

122) The influence of incubation temperature and surfactant concentration on the interaction between dimyristoylphosphatidylcholine liposomes and poloxamer surfactants.
J.D. Castile, K.M.G. Talor and G. Buckton, (2001) Int, J. Pharm., 221, (1-2): 197-209.

123) The use of inverse phase gas chromatography to study the change of surface energy of amorphous lactose as a function of relative humidity and the processes of collapse and crystallisation.
H.E. Newell, G. Buckton, D.A .Butler, F. Thielmann, D.R. Williams, (2001), Int. J. Pharm., 217, (1-2): 45-56.

124) Water sorption/desorption-Near IR and calorimetric study of crystalline and amorphous raffinose
S.E. Hogan and G. Buckton, (2001), Int. J. Pharm., 227, (1-2): 57-69.

125) Characterizing physical forms of powders: Impact and advances.
G..Buckton (2001), Pharm. Tec. Eur.,13: 44-55.

126) The imidazole catalysed hydrolysis of triacetin: an inter- and intra-laboratory development of a test reaction for isothermal heat conduction microcalorimeters used for determination of both thermodynamic and kinetic parameters.
A.E. Beezer, A.K. Hills, M.A.A..O'Neill, A.C. Morris, K.T.E..Kierstan, R.M. Deal, L.J. Waters, J. Hadgraft, J.C. Mitchell, J.A. Connors, J.E. Orchard, R.J .Willson, T.C. Hofelich, J. Beaudin, G. Wolf, F..Baitalow, S. Gaisford, R.A. Lane, G. Buckton, M.A. Phipps, R.A. Winneke, E.A. Schmidtt, L.D. Hansen, D. O'Sullivan, M.K. Parmar, (2001) Thermochimica Acta, 380, (2): 3-17.

127) A study of the crystallisation of amorphous salbutamol sulphate using water vapour sorption and near infrared spectroscopy.
A. Columbano, G. Buckton and P. Wikeley (2002) Int. J. Pharm., 237, (1-2): 171-178.

128) The effect of erosion and swelling on the dissolution of theopylline from low and high viscosity sodium alginate matrices
M. Efentakis and G. Buckton (2002) Pharm. Dev. Technol. 7, (1): 69-77

129) The effect of alkylpolyglycoside surfactants on the crystallisation of spray dried salbutamol sulphate: a gravimetric-near infrared spectrometry study
A. Columbano, G. Buckton and P. Wikeley  (2002) AAPS Pharm Sci. 4 , (3): article 16.

130) Solid state properties, G.Buckton, in Pharmaceutics the Science of Dosage Form Design 2nd Edition, (2002) M.E.Aulton (Ed), Churchill Livingstone, London.  p141-151.

131) The effect of spray drying feed temperature and subsequent storage conditions on the physical form of lactose.
O. C. Chidavaenzi, G. Buckton and F. Koosha (2002) AAPS Pharm. Sci. Tech., 3 (4): 37.

132) Characterisation of surface modified salbutamol sulphate-alkylpolyglycoside microparticles prepared by spray-drying.
A. Columbano, G. Buckton and P. Wikeley (2003) Int. J. Pharm., 253, (1-2): 61-70.

133) Inverse gas chromatography: Considerations about appropriate use for amorphous and crystalline powders
O. Planinsek and G. Buckton (2003) J Pharm Sci, 92, (6): 1286-1294

134) Quantification of amorphous content in mixed systems: amorphous trehalose with lactose
D. Al-Hadithi G. Buckton and S. Brocchini, (2004) Thermochimica Acta., 417, (2): 193-199

135) The use of high speed differential scanning calorimetry (Hyper DSCTM) to study the thermal properties of carbamazepine polymorphs.
C. McGregor, M.H. Saunders, G. Buckton and R.D. Saklatvala, (2004) Thermochimica Acta., 417, (2): 231-237

136) Determination of the changes in surface energetics of cefditoren pivoxil as a consequence of processing induced disorder and equilibrium to different relative humidities.
M. Ohta and G. Buckton, (2004) Int. J. Pharm., 269, (1): 81-88.

137) The use of inverse gas chromatography to assess the acid-base contributions to surface energies of cefditoren pivoxil and methacrylate copolymers and possible links to instability.
M. Ohta and G. Buckton (2004) Int J Pharm, 272: 121-128.

138) The potential of high speed DSC (Hyper-DSC) for the detection and quantification of small amounts of amorphous content in predominantly crystalline samples.
M.H.. Saunders, K. Podluii, S. Shergill, C. Blatchford, G. Buckton and P. Royall. (2004) Int J Pharm, 274, (1-2): 35-40.

139) The use of dynamic vapour sorption and near infra-red spectroscopy (DVS-NIR) to study the crystal transitions of theophylline and the report of a new solid-state transition,
K.L. Vora, G. Buckton and D. Clapham (2004), Eur. J. Pharm. Sci., 22, (2-3): 97-105.

140) Inverse gas chromatography: Investigating whether the technique preferentially probes high energy sites for mixtures of crystalline and amorphous lactose
H.E. Newell and G. Buckton. (2004) Pharm. Res. , 21, (8): 1440-1444.

141) The use of inverse phase gas chromatography to study the glass transition temperature of a powder surface.
G. Buckton, A. Amberkane and K. Pincott, (2004) Pharm. Res., 21, (9): 1554-1557

142) Approaches to determine the enthalpy of crystallisation, and amorphous content, from isothermal microcalorimetry data.
S.E. Dilworth, G. Buckton, S. Gaisford and R. Ramos. (2004) Int. J. Pharm., 284, (1-2): 83-94

143) The crystallisation of a model hydrophobic drug (terfenadine) following exposure to humidity and organic vapours.

R.M. Samra and G. Buckton. (2004) Int. J. Pharm., 284, (1-2): 53-60

144) Bilayer to micelle transition of DMPC and alcohol ethoxylate surfactants studied by isoperibol calorimetry.
L.Barriocanal, K.M.G. Taylor and G. Buckton (2005) J Pharm. Sci. 94 (8): 1747-1755

145) A study of the differences between two amorphous spray-dried samples of cefditoren pivoxil which exhibited different physical stabilities
M. Ohta and G. Buckton. (2005) Int. J. Pharm., 289,  (1-2): 31-38.

146) A study of liposome formation using solution (isoperibol) calorimeter
L. Barriocanal, K.M.G..Taylor and G. Buckton (2004) Int. J. Pharm., 287, (1-2): 113-121.

147) Stability assessment of pharmaceuticals by isothermal microcalorimetry: two component systems.
C.V. Skarai, S. Gaisford, M.A.A. O'Neill, G. Buckton and A.E. Beezer (2005) Int. J. Pharm., 292, (1-2): 127-135.

148) Calorimetric study of bovine serum albumin dilution and adsorption onto polystyrene particles.
 M.J. Pollitt, G. Buckton, S. Brocchini, H.O. Alpar, Int. J. Pharm., (2005) 298 (2): 333-338

149) The use of microcalorimetry in stress testing.
G. Buckton and S. Gaisford in S.W. Baertschi (Ed) Pharmaceutical Stress Testing, Taylor and Francis,  New York, 2005. pp327-354.

150) A comparison of high speed differential scanning calorimetry (Hyper-DSC) and modulated differential scanning calorimetry to detect the glass transition of polyvinyl pyrolidone: the effect of water content and detection sensitivity in powder mixtures (a model formulation)
R.D. Saklatvala, M.H. Saunders, S. Fitzpatrick and G. Buckton  (2005) J Drug Del. Sci Technol. 15 , (4): 257-260

151) Formation and characterization of porous indomethacin-PVP coprecipitates prepared using solvent-free supercritical fluid processing.
K. Gong, R. Viboonkiat, J..A. Darr, I.U. Rehman and G. Buckton,  (2005) J. Pharm. Sci. 94 , (12): 2583-2590

152)  A comparison of chemical reference materials for solution calorimeters
R. Ramos, S. Gaisford, G. Buckton, P.G. Royall, B.T.S. Yff, M.A.A. O'Neill, (2005) Int. J. Pharm 299: 1-2) 73-83

153) Calorimetric determination of amorphous content in lactose:  a note on the preparation of calibration curves
R. Ramos, S. Gaisford and G. Buckton, (2005) Int. J. Pharm. 300 , (1-2): 13-21

154) The hygroscopicity of moisture barrier film coatings
E. Mwesigwa, G. Buckton, A.W. Basit, (2005) Drug Dev Ind Pharm. 13 , (10): 959-968

155) The use of precursor polymers to prepare new excipients
J. Fletcher, A. Godwin, E. Pedone, B. Jahangeer, G. Buckton and S. Brocchini
(2005) J. Drug Del. Sci. Tech. 15 , (4): 295-299

156) Hyper DSC studies of amorphous polyvinylpyrrolidone in a model wet granulation system

G. Buckton, A.A. Adeniyi, M. Saunders and A. Ambarkhane. (2006) Int. J. Pharm. 312, (1-2): 61-65

157) Investigation to find a suitable reference material for use as an inverse gas chromatography system suitability test
J. Stapley, G. Buckton and D. Merrifield.  (2006) Int. J. Pharm.  318,(1-2): 22-27

158) Solution calorimetry to monitor swelling and dissolution of polymers and polymer blends.
S. Conti, S. Gaisford, G. Buckton and U. Conte. (2006) Thermochica Acta, 450, (1-2): 56-60

159) Isothermal methods to investigate the structural relaxation of amorphous materials
R. Ramos, S. Gaisford and G. Buckton.  (2006)  J. Pharm. Pharmacol., 58, (1): A22-A22

160) Adjusting and understanding the properties and crystallisation behaviour of amorphous trehalose as a function of spray drying feed concentration
A. Moran and G. Buckton.  (2007) Int. J. Pharm. 343: 12-17

161) The use of isothermal titration calorimetry to assess the solubility enhancement of simvastatin by a range of surfactants
R. Patel, G. Buckton and S. Gaisford.  (2007) Thermochimica Acta,  456, (2): 106-113

162) The importance of surface energetics of powders for drug delivery and the establishment of inverse gas chromatography. G. Buckton and H. Gill.   (2007) Advanced Drug Delivery Reviews.  59, (14): 474-1479.

163) The role of solution calorimetry in investigating controlled-release processes from polymeric drug delivery systems.
S. Conti, S. Gaisford, G. Buckton, L. Maggi and U. Conte.  (2008) Eur. J. Pharm. Biopharm.; 68, (3): 795-801

164) Determination of outer layer and bulk dehydration kinetics of trehalose dihydrate using atomic force microscopy, gravimetric vapour sorption and near infrared spectroscopy.
M.D. Jones, A.E. Beezer and G. Buckton. J Pharm Sci. (2008).  97, (10): 4404-4415.

165) Moisture sorption and permeability characteristics of polymer films: Implications for their use as barrier coatings for solid dosage forms containing  hydrolyzable drug substances.
E. Mwesigwa, A.W. Basit and G. Buckton. J Pharm Sci. (2008), 97 , (10): 4433-4445.

166) Determination of the structural relaxation at the surface of amorphous solid dispersion using inverse gas chromatography.
S. Hasegawa, K.E. Peng and G. Buckton.  J Pharm Sci. (2009).  98 (6): 2133-9

167) Studies of the crystallisation of amorphous trehalose using simultaneous gravimetric vapor sorption/near IR (GVS/NIR) and "modulated" GVS/NIR
A. Moran and G. Buckton.  AAPS Pharm. Sci. Tech. (2009); 10 ,(1): 297-302.

168) Characterisation and aerosolisation of mannitol particles produced via confined liquid impinging jet. Tang, H.K. Chan, H. Chiou, K. Ogawa, M.D. Jones, H. Adi, G. Buckton, R.K. Prud'homme, andJ.A. Raper. Int. J. Pharm. (2009)  367, (1-2): 51-7.

169) Anomalous properties of spray dried solid dispersions. H. Al-Obaidi, S. Brocchini and G Buckton .  J. Pharm. Sci. (2009). 98 (12): 4724-37.

170) Evaluation of griseofulvin binary and ternary solid dispersions with HPMCAS

H. Al-Obaidi and G. Buckton
AAPS PharmSciTech. (2009) 10 (4): 1172-7

171) The relationship between drug concentration, mixing time, blending order and ternary dry powder inhalation performance.
M.D. Jones, J.G. Santo, B. Yakub, M. Dennison, H. Master and G. Buckton.  Int. J. Pharm. (2010). 31;39 (1-2): 137-47.

172) Intermolecular bonding forces – where materials and process come together.  G. Buckton in Pharmaceutical Powder Compaction Technology, M. Celik (Ed), Informa, New York. pp 1-9. (2011) 1-8.

173) Characterisation and stability of ternary solid dispersions with PVP and PHPMA.  H. Al-Obaidi and G. Buckton (2011) Int. J. Pharm., 419, 20-17.

174) A carbamazepine-indomethacin (1:1) cocrystal produced by milling.
M. Majumder, G. Buckton, C. Rawlinson-Malone, A.C. Williams, M.J. Spillman, N. Shankland and K. Shankland.  (2011) Cryst. Eng. Comm. 13, 6327-6328.

175) Investigation of preparation methods on surface/bulk structural relaxation and glass fragility of amorphous solid dispersions P. Ke, H. Al-Obaidi, G.Buckton.  (2012).  Int J Pharm, 422, 170-178..

176) Do amorphous troglitazones prepared from two diastereomer-pairs have the same molecular mobility and crystallization rate at the surface? N. Furuyama, S.Hasegawa, S. Yada, T.Hamaura, N. Wakiyama, E.Yonemochi, K.Terada and G.Buckton.  (2012) Chem. Pharm. Bull, 59, 1452-1457.

177) Application of hydrogen-bond propensity calculations to an indomethacin-nicotinamide (1:1) co-crystal.
M Majunder, G. Buckton, C.F. Rawlinson-Malome, A.C.Williams, M.J.Spillman, E. Pidcock and K.Shankland.  (2013) Cryst Eng Comm, 15, 4041-4044.

178) Theophylline cocrystals prepared by spray drying: physicochemical properties and aerosolization performance.  Alhalaweh, A., Kaialy, W., Buckton, G., Gill, H., Nokhodchi, A., Velega, S.P., AAPS PharmSciTech, (2013) 14, 265-276.

179) Measuring antibody coatings on gold nanoparticles by optical spectroscopy.
M Pollitt, S.Brocchini, G Buckton RSC Advances, (2015), 5, 24521-7

180) Nanoparticle agglomerates of indomethacin: the role of poloxamers and matrix formers on aerosolisation efficiency.
M Malamatari, S. Somavarapu, M Bloxham, G Buckton, Int. J. Pharm. accepted.

181) Using DVS-NIR to assess the water sorption behaviour and stability of a griseofulvin/PVP K 30 solid dispersion.  Li.W, Buckton, G., Int. J. Pharm, 495 (2015) 999-1004.

182) A new era of pulmonary delivery of nano-antimicrobial therapeutics to treat chronic pulmonary infections. Merchant,Z., Buckton,G., Taylor,K.M.G., Stapleton,P., Saleem,I.Y., Zariwala,M.G. and Somavarapu, S. accepted.

21

183) Solidification of nanosuspensions for the production of solid oral dosage forms and inhalable dry powders.  M. Malamatari, S. Sompavarapu, K Taylor and G Buckton.  Expert Opinion on Drug Delivery. Accepted

184) Atypical effects of incorporated surfactants on stability and dissolution properties of amorphous polymeric dispersions.  Al-Obaidi, H., Lawrence, M.J. and Buckton,G., J Pharm. Pharmacol. 68 (2016) 1373-1383

185) Comparison of the cohesion-adhesion balance approach to colloidal probe atomic force microscopy and the measurement of Hansen partial solubility parameters by inverse gas chromatography for the prediction of dry powder inhaler performance.  Jones, MD., and Buckton, G.,  Int. J. Pharm. 509 (2016) 419-430

186) Preparation of respirable nanoparticle agglomerates of the low melting and ductile drug ibuprofen: impact of formulation parameters. M. Malamatari, S. Sompavarapu, K. Kachrimanis, G.Buckton and K. Taylor Powder Technology, 308(2017)123-134.

## 9) Abstracts and Book Reviews

1) Assessment of the wettability of pharmaceutical powders using  compressed discs.
G.Buckton and J.M.Newton, (1985), J. Pharm.Pharmacol., 37, 27P.

2)  An alternative approach to the study of the wettability of a  pharmaceutical powder.
G.Buckton, A.E.Beezer and J.M.Newton, (1986), Proc. 4th. Int.  Conf. Pharm. Tech., Paris.

3) Problems of assessing the effect of a polymer surface coating   on the wetting of paracetamol.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1986), J. Pharm.  Pharmacol., 38, 98P.

4) Water availability of Enterobacter cloacae contaminating  tablets stored at high relative humidities.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1987), J. Pharm.  Pharmacol., 39, 125P.

5) Use of thermodynamic functions to describe the mechanisms of  drug release from a sustained release dosage form.
G.Buckton and M.R.Francis, (1987), J. Pharm. Pharmacol., 39, 132P.

6) Effect of particle size on the surface energetics of  pharmaceutical powders.
G.Buckton and A.E.Beezer, (1987), J. Pharm. Pharmacol., 39, 126P.

7) Drug Formulation, I. Racz.
Book review, (1990), Int. Pharm. J., 4, 108.

8) Pharmaceutical Thermal Analysis, J.L.Ford and P.Timmins.
Book review, (1990), Pharm. J., 244, 808.

9) Use of thermal methods for the characterisation of pharmaceuticals (report).
Pharm. J., 245 (1990) 183-184.

10) The effect of long term storage on the bleeding number and microscopical appearance of processed white soft paraffin.
J.H.King, G.Buckton and S.Poole, (1990), J. Pharm. Pharmacol. Suppl. 131P

11) Calorimetric studies of polymer solutions: studies of polymer phase transitions and binding to particles.
A.E.Beezer, N.Mitchard, B.Z.Chowdhry, S.Leharne and G.Buckton, (1990), Acta Pharmaceutica Nordica, 2, 295.

12) Physiological Pharmaceutics, C.Wilson and N.Washington.
Book review, (1990), Int. J. Pharm.

1) Understanding experimental design and interpretation in pharmaceutics,
N.A.Armstrong and K.C.James., Book review, (1991), Int. J. Pharm., 73, 267.

14) The use of compensation analysis to study drug release mechanisms.
G. Buckton, M.Efentakis, H. Al-Hmoud, Intern. Symp. Control. Rel. Bioact.    Mater.,  18 (1991) 652-653.

15) QSAR studies of dissolution of barbituric acids
J.C.Dearden, S.J.A.Bradburne and G.Buckton, J. Pharm. Pharmacol., 1991, Suppl. 70P.

16) A relationship between surface free energy and polarity data, and some physical properties of spheroids.
J.F.Pinto, G.Buckton and J.M.Newton, Proc. APV Symposium, (1992), Eur. J. Pharm. Biopharm., 38, 21S.

17) The assessment of the wettability of pharmaceutical powders
G.Buckton, Invited contribution, American Chem. Soc., Symposium on Contact Angle, Adhesion and Wettability, San Francisco, April, 1992.

18) Analysis of bioadhesive carbopol gels using dielectric spectroscopy and oscillatory rheology
D.Q.M.Craig, S.Tamburic, G.Buckton and J.M.Newton, Proc. Int. Symp. Control. Rel. Bioact. Mater. 1992

19) The application of percolation theory to swelling studies on mixtures of two hydrophilic excipients.
E.Papadimitriuo, G.Buckton, M.Efentakis and N.Choulis, 12th Pharmaceutical Technology Conference, Elsinore, Denmark, 1993.

20) Probing the mechanisms of swelling of hydroxypropylmethylcellulose matrices.
E.Papadimitriuo, G.Buckton, M.Efentakis and N.Choulis, 12th Pharmaceutical Technology Conference, Elsinore, Denmark, 1993.

23

21) Diffusion and Relaxation mechanisms for drug release from different hydrophilic formulations.
E.Papadimitriou, M.Efentakis, N.Choulis and G.Buckton, 12th Pharmaceutical Technology Conference, Elsinore, Denmark, 1993.

22) Applications of isothermal microcalorimetry in the field of physical pharmacy.
G.Buckton, European Society of Thermal Analysis, Calorimetry, Thermodynamics and Chemical Reactivity, Symposium on Pharmacy and Thermal Analysis, Freiberg, Germany, March 1993.

23) Calorimetric studies of powder wettability
G.Buckton, European Society of Thermal Analysis, Calorimetry, Thermodynamics and Chemical Reactivity, Symposium on Pharmacy and Thermal Analysis, Freiberg, Germany, March 1993.

24) Comparison of two methods for the assessment of the wettability of pharmaceutical powders.
P.L.Sheridan, G.Buckton and D.E.Storey,    (1993), J. Pharm. Pharmacol., 45, 1097.

25) The relationship between wettability and molecular orbital indices.
P.L.Sheridan, G.Buckton and D.E.Storey, (1993), J. Pharm. Pharmacol, 45, 1149.

26) Surface energy determinations of powders for use in dry powder aerosol formulations.
A.Chawla, G.Buckton, K.M.G.Taylor, J.M.Newton and M.C.R.Johnson, British Pharmaceutical Conference, (1993), J. Pharm. Pharmacol., 45, 1148.

27) Investigations of the relationship between surface energy terms and the thermodynamics of transfer into sodium dodecyl sulphate micelles.
G.Buckton, S.Mall, T.Gregori and D.A.Rawlins. (1994) Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg, France, vol 2, pp289-298.

28) The use of microcalorimetry as a rapid method of assessing bacterial kill by ciprofloxacin.
I.Morrisey and G. Buckton. (1994)  Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg, France, vol 3, pp119-127.

29) The use of high sensitivity differential scanning calorimetry to characterise dilute aqueous dispersions of surfactants: Further studies on polyoxyethylene alkyl ethers.
G.Buckton, J.A.Armstrong, B.Z.Chowdhry, S.Leharne and A.E.Beezer, (1994), Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg, France, vol 3, pp 125-158.

30) Prediction of the surface properties of pharmaceutical powders from molecular structure.
P.L.Sheridan, G.Buckton, D.E.Storey, (1994),
Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg,     France, vol 2, pp 299-323.

31) Delivering pharmaceutical care
G.Buckton, Pharm. J., (1994), 252, 662.

32) Temperature dependence on the adsorption of poloxamer F108 to a model hydrophobic drug.
D.Carthew, G.Buckton, G.E.Parsons and S.Poole (1994) J. Pharm. Pharmacol., 46 (Suppl. 2), 1039.

33) Microcalorimetric study of crystallinity of spray dried salbutamol sulphate.

D.Greenleaf, G.Buckton, P.Darcy and P.Holbrook, AAPS Annual meeting, (1994), Pharm. Res., PT6085, S-152.

34) The effect of temperature on the adsorption of poloxamer P388 to the surface of three hydrophobic solids.
D.Carthew, G.Buckton, G.E.Parsons and S.Poole (1995) 14th Pharmaceutical Technology Conference, Barcelona, Vol. 3 pp50-62.

35) The use of isothermal microcalorimetry in studies on the influence of microcrystalline cellulose or magnesium stearate on the recrystallisation of amorphous spray dried lactose.
G.Buckton and P.Darcy (1995) 14th Pharmaceutical Technology Conference, Barcelona, Vol 3, pp63-75.

36) The use of isothermal microcalorimetry for studies of surfactant aggregation and surfactant - drug interaction in a non-polar fluid (a model inhalation aerosol system).
P. Blackett and G.Buckton (1995) 14th Pharmaceutical Technology Conference, Barcelona, Vol 3, pp122-133.

37) The use of gravimetric studies to assess the degree of crystallinity of predominantly crystalline powders.
G. Buckton and P.Darcy. 1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995, pp203-204.

38) Adsorption behaviour of a surfactant (oleic acid) onto salbutamol base and salbutamol sulphate in non-aqueous suspension.
P.Blackett and G.Buckton. 1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995 pp 603-604.

39) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate micelles - a thermodynamic approach.
S.Mall, G.Buckton and D.A.Rawlins. 1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995 pp 32-33.

40) The use of isothermal microcalorimetry in the study of the amorphous content of a hydrophobic powder.
H.Ahmed, G.Buckton and D.A.Rawlins. 1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995, pp74-75.

41) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate solutions
S.Mall, G.Buckton, D.A.Rawlins, British Pharmaceutical Conference, Warwick, (1995), J. Pharm. Pharmacol., 47, 1067.

42) The relationship between surface energy and tensile strength
P.L.Sheridan, G.Buckton and D.E.Storey, British Pharmaceutical Conference, Warwick, (1995), J. Pharm. Pharmacol., 47, 1067.

43) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate micelles - a thermodynamic approach.
S.Mall, G.Buckton and D.A.Rawlins.  Symposium of Surfactants, Micelles and Microemulsions, University of Florida, August 1995.

44) Probing small amounts of amorphous content in crystals of a hydrophobic drug.
H.Ahmed, G. Buckton and D.A.Rawlins, AAPS 10th Annual Meeting, Miami Beach, November 1995 (PDD 7009) Pharm. Res., 12, S-195.

25

45) An overview of the uses of high sensitivity differential scanning calorimetry to characterise di-/triblock copolymers and polyoxyethylene alkyl ethers.
S.A.Leharne, B.Chowdhry, G.Buckton, A.E.Beezer and J.C.Mitchell.    2nd Symp. On Pharmacy and Thermal Analysis, University of Geneva, October 1995, A5.

46) Dissolution behaviour of sulponamides into sodium dodecyl sulphate micelles.
S.Mall, G.Buckton and D.A.Rawlins, AAPS 10th Annual Meeting, Miami Beach, November 1995 (PDD 7096). Pharm. Res., 12, S-216.

47) Surfactant Adsorption onto amorphous and crystalline salbutamol sulphate in model inhalation aerosols.
P.M.Blackett and G.Buckton. AAPS 10th Annual Meeting, Miami Beach, November 1995 (PDD 7382).  Pharm. Res., 12, S-288.

48) New insight into the behaviour of materials
G.Buckton, Asia Pharma. Mfrg. Show 1996 (An Express Pharma Pulse Special Edition) p 4.

49) The formation of an inclusion complex between methacarbamol and HP-beta-cyclodextrin: Structure determination, molecular modelling, solubility and dissolution rate studies.
E.Antoniadou-Vyza, M.Efentakis, G.Buckton and Y.Loukas. 15th Pharm. Tec. Conf., March 1996, Oxford, Vol 1. 466-475.

50) Water mobility in amorphous lactose below and close to the glass transition temperature.
P.Darcy and G.Buckton., 15th Pharm. Tec. Conf  Oxford, March 1996, Vol 3. 128-133.

51) Comparison of wetting behaviour of theophylline and coffeine using various contact angle measurement methods and inverse gas chromatography.
J. Dove, G.Buckton and C.Doherty.  15th Pharm. Tec. Conf. Oxford, March 1996. Vol 3, 50-62.

52) Characterisation of adsorbed poloxamer surfactants
D.L.Carthew, G.Buckton, G.E.Parsons and S.Poole, Pharm. Res., (1996), 13 (Suppl.), PDD 7100, S-237.

53) The dynamic surface tension of HPMC film coating solutions
E.Ocha Machista and G.Buckton, Pharm. Res., (1996), 13 (Suppl.), PDD 7172, S-275.

54) Validation of humidity controlled experiments.
J.W.Dove, G.Buckton, J.Booth and C.Doherty.  Pharm. Res., (1996), 13, (Suppl) PDD 7481, S-369..

55) Calorimetric and gravimetric water sorption profiles of silicified microcrystalline cellulose (SMCC).
G.Buckton, P.Darcy and B.E.Sherwood. Pharm. Res., (1996) ,13,(Suppl) PT 6166, S-198.

56) Predicting interaction of powders in binary mixes from their surface energy components.
M.Ah Fat, G.Buckton, R.Burrows and M.Ticehurst, Pharm. Res., (1996), 13 ,(Suppl.), PDD7463, S-348.

57) A comparison between inverse gas chromatography and a novel Wilhelmy plate contact angle method in determining the surface properties of powders.
J.W.Dove, G.Buckton and C.Doherty, Pharm. Res., (1996),13 ,(Suppl.), PDD 7548, S-353.

58) An investigation into the interaction between poloxamers and liposomes.
J.Castille, K.Taylor and G.Buckton. Pharm. Res., (1996), 13, (Suppl.), PT6035, S-165.

26

59) An innovative technique for the measurement of contact angles of alpha-lactose monohydrate.
N.M.W.Ahfat, G.Buckton, R.Burrows, M.Ticehurst.  J. Pharm. Pharmacol., (1997),49 Suppl, 68.

60) The effect of relative humidity on milled and spray dried nedocramil sodium.
E.Y.Ampratwum, K.M.G.Taylor, G.Buckton, K.Chippendale and D.Y.T.Wong, J. Pharm. Pharmacol., (1997), 49 (Suppl), 80.

61) The influence of heating on water loss (drying) of collapsed amorphous lactose. P.Darcy and G.Buckton, J. Pharm. Pharmacol., (1997), 49 (Suppl.), 70.

62) Measurement of alterations in surface energy characteristics due to different drying processes.
J.W.Dove, G.Buckton and C.Doherty, (1997), 49 (Suppl.), 69.

63) Investigations into new salt forms of cemetidine. P.Patel, G. Buckton, D. Elder and D. Eggleston. AAPS Boston 1997.

64) Surfactant drug interactions. R. Patel, G. Buckton, D.A. Rawlins and D.E. Storey.  AAPS, Boston 1997.

65) Crystallization of ground and quenched ursodeoxycholic acid.  E.Yonemochi, G. Buckton, T.Oguchi and K.Yamamoto.  AAPS Boston 1997.

66) The effects of surfactant purity on the solubility and dissolution of a water insoluble drug. R. Patel, G. Buckton, D.A. Rawlins, and D.E. Storey.  AAPS Boston, 1997.

67) Moisture uptake and recrystallisation studies for bulk samples of partially amorphous lactose.  P. Darcy and G.Buckton. AAPS Boston, 1997.

68) Crystallisation of amorphous lactose at different temperatures and humidities. P. Darcy and G. Buckton. AAPS Boston 1997.

69) Thermodynamic characterisation of water sorption in microcrystalline cellulose and silicified microcrystalline cellulose (SMCC) before and after wet granulation.  G.Buckton and P.Darcy, Pharm. Res.,14,  S-199, 1997.

70) The use of NIR spectroscopy to study the difference between Emcocel and Prosolv SMCC before and after wet granulation.  17th Pharm. Tech. Conf. , Dublin, March 1998, Vol. 3, pp17-27.

71) Performance of moisture barrier film coatings.
M.Whiteman, M.P.Jordan and G.Buckton.  APGI/APV 2nd Wld. Meet. Pharm. Biopharm. Pharm.Tec., Paris, 25-28May 1998, 367-8

72) Near IR detection of change in form of amorphous and crystalline lactose.
E.Yonemochi, G.Buckton, J.Hammond and A.Moffat. APGI/APV 2nd Wld. Meet. Pharm. Biopharm. Pharm.Tec., Paris, 25-28May 1998, 13-14.

73) Physical characterisation of drugs and excipients.
G.Buckton.  J. Pharm. Parmacol., 50 (Suppl.), 60

74) The influence of poloxamer surfactants on the thermal pre-transition of DMPC and DPPC liposomes.
J.D.Castile, K.M.G.Taylor and G.Buckton. J. Pharm. Parmacol., 50 (Suppl.), 147.

75) The impact of feed temperature on the polymorphic content of spray dried lactose.
O.C.Chidavaenzi, G.Buckton and F.Koosha. J. Pharm. Parmacol., 50 (Suppl.), 184.

76) The physicochemical basis for enhanced drug absorption: calorimetric studies of drug-surfactant interactions.
R.Patel, G.Buckton, D.A.Rawlins and D.E.Storey. J. Pharm. Parmacol., 50 (Suppl.), 189.

77) Characterisation of microcrystalline cellulose and silicified microcrystalline cellulose.
G.Buckton, E. Yonemochi, W.Yoon and A. Moffat, Pharm. Sci., Suppl. 1998, 1 S-30.

78) Electrostatic charging of microcrystalline cellulose and silicified microcrystalline cellulose.
G.Buckton, A.Ghelani and R.Lane, Pharm. Sci., Suppl. 1998, 1 S-311.

79) Hygroscopicity of moisture  barrier film coatings.
G.Buckton, P.Darcy and M.Whiteman.  Pharm. Sci. Suppl., 1998, 1 S-445.

80) NIR spectroscopy of microcrystalline cellulose and colloidal silica as physical mixtures and as PROSOLV SMCC.
G.Buckton and E.Yonemochi.  Pharm. Sci. Suppl., 1998, 1 S-311.

81) Physicochemical characterisation of spray dried lactose prepared at different feed temperatures.
O.Chidavaenzi, G.Buckton and F.Koosha. Pharm. Sci. Suppl., 1998, 1 S-314

82) The impact of spray drying lactose in the presence of PEG 4000.
O.Chidavaenzi, G.Buckton and F.Koosha. Pharm. Sci. Suppl., 1998, 1 S-314

83) Interaction of poloxamer surfactants with hydrophobic surfaces.
S.Ali, G.Buckton and S.Mills.  Pharm. Sci. Suppl., 1998, 1 S-169.

84) Characterising amorphous and crystalline trehalose and raffinose: Near IR Studies.
E.Yonemochi, G.Buckton and A.Moffat., Pharm. Sci. Suppl., 1998, 1 S-404.

85) Physicochemical characterisation of Passcal formulations and excipients, Malcolmson, R.H., Buckton, G., Darcy, P., Cox, R.L., Renwick, C.E., and Embleton, J.K.  Proc. Rep Drug Del, VI, 1998.  p365-367

86) Adsorption of alkylpolyglycoside surfactants onto beclomethasone dipropionate.
A.Columbano, G.Buckton, M.Grosvenor and P.Wikeley, (1999) J. Pharm. Pharmacol., 51, 62

87) Modification of microparticle surfaces by use of alkylpolyglycoside surfactants.
A.Columbano, G.Buckton, M.Grosvenor and P.Wikeley (1999) J. Pharm. Pharmacol., 51, 1999, 337

88) Inverse gas chromatography on microparticles after adsorption of alkylpolyglycoside surfactants.
A.Columbano, G.Buckton and P.Wikeley, (1999)  PharmSci Suppl., 1, 502 (abstract 3510)

89) Modification of the surface energy of spray dried salbutamol sulphate in the presence of alkylpolyglycoside surfactants.

A.Columbano, G.Buckton and P.Wikeley, (1999) PharmSci Suppl., 1, 503 (abstract 3511)

90) The novel combination of near infrared and dynamic vapour sorption gravimetric analysis to detect crystallisation in amorphous lactose.
R.A. Lane and G. Buckton, (1999)  J.Pharm. Pharmacol., 51, 46.

91) The development of isothermal titration microcalorimetry to probe interactions in a complex surfactant/polymer system.  G.Buckton. Proc.  54th Annual Calorimetry Conference, Tallahassee, Florida, August 1999.

92) Surface Properties  of a-lactose monohydrate under Humidified Conditions.
H.E Newell, G. Buckton, D.A Butler and D.R. Williams (1999) American Association of Pharmaceutical Scientists Annual Meeting,  New Orleans.
Abstract 2348

93) The application of dynamic vapour sorption and near-infrared spectroscopy in combination to quantify small amounts of amorphous lactose S. E. Hogan and G. Buckton, J. Pharm. Pharmacol. 2000, 52 (Supplement): 163.

94) Characterisation of maltodextrins using isothermal microcalorimetry
A. Shah, G. Buckton and S. Booth, J. Pharm. Pharmacol. 2000, 52 (Supplement)183

95) Characterisation of maltodextrins using isothermal microcalorimetry
A. Shah, G. Buckton and S. Booth
AAPS PharmSci Supplement, 2, 2000,ISSN 1522-0893

96) A comparison of Dynamic Vapour Sorption/Near Infrared Spectroscopy and Solution Calorimetry to quantify low amorphous lactose contents
S.Hogan and G. Buckton
www.aapspharmaceutica.com/scientificjournals/pharmsci/am_abstracts/2000/1982.html

97) The use of Solution Calorimetry in assessing partially amorphous dry powder inhalation carriers, D. Al-hadithi, G. Buckton and S. Brocchini.  (Oral Presentation), *6th International Conference on Pharmacy and Applied Physical Chemistry (PhandTA 6)*, Ascona, Switzerland, 2002.

98) Partially amorphous carriers in dry powder inhalation, D. Al-hadithi, G. Buckton, S. Brocchini, N. Lowther and D. Singh.  *Respiratory Drug Delivery VIII*, Tuscon, Arizona, 2002.

99) The *in vitro* evaluation of modified lactose as a novel dry powder inhalation carrier, D. Al-hadithi, G. Buckton, S. Brocchini, N. Lowther and D. Singh.  *Abstracts from Drug Delivery to the Lungs XI. Journal of Aerosol Medicine*, 14 (1) 128, 2001.

100) Measurement of molecular mobility of molecules in amorphous state using enthalpy relaxation data measured by StepScan DSC, A.V. Ambarkhane, B. Stockton and G Buckton. BPC, Harrogate 2003.

101) Estimation of critical relative pressure of water (%cRH) for amorphous indomethacin using Isothermal microcalorimetry. A.V. Ambarkhane, B. Stockton and G. Buckton.  BPC, Harrogate 2003.

102) The use of inverse phase gas chromatography to study the glass transition temperature of a powder surface.  A.V. Ambarkhane, K. Pincott and G. Buckton.
BPC, Manchester 2004.

29

103) Calorimetric study of protein adsorption onto polystyrene latex
M.J. Pollitt, G. Buckton, H.O. Alpar, S. Brocchini
Presented at the 5th European Workshop on Particulate Systems, London, July 2004.

104) Estimation of glass transition of amorphous lactose by inverse gas chromatography.
A.V. Ambarkhane, K. Pincitt and G Buckton.
AAPS, Baltimore 2004.

105) In vitro deposition from a dry powder inhaler and its correlation with surface energy of amorphous fine particle surfaces
A.C. Oliveira, G. Buckton, E. Collins (need to check rest of names).  (2006) J. Pharm. Pharmacol., 58, (1): A24-A24

106) A calorimetric investigation of hydrogel swelling and drug release
L. He, S. Gaisford, S. Conti (need to check rest of names).  (2006) J. Pharm. Pharmacol., 58, (1):  A21-A22

107) In-situ process monitoring using calorimetry: Assessment of powder and tablet swelling
S. Gaisford, S. Conti and G Buckton.  (2006)  J. Pharm. Pharmacol., 58, (1): A5-A5

108) The characterization and dissolution properties of griseofulvin solid dispersions with HPMCAS
H. Al-Obaidi and G. Buckton.  (2006)  J. Pharm. Pharmacol. , 58, (1): A18-A19

109) Bridging polymeric excipients to stabilise amorphous dispersions
J. Fletcher, N. Wilson, G. Buckton, S. Brochini
Sent to Controlled Release Society Meeting

110) Spray dried alkaline phosphatase: variation of particle morphology
A. Khalid, G. Buckton, S. Brocchini
Sent to Controlled Release Society Meeting

111) Influence of the spray-drying concentration on the relaxation of an amorphous solid dispersion
H. Al-Obaidi, S. Brocchini, G. Buckton
BPC, 2007

112) Variation of dissolution rate of spray-dried solid dispersions from different solvents
H. Al-Obaidi, S. Brocchini, G. Buckton
BPC, 2007

113) Comparison of particle-particle interactions measured by atomic force microscopy and calculated from Hansen solubility parameters measured by inverse gas chromatography: preliminary report. In proceedings of Drug Delivery to the Lungs 18, Edinburgh, UK, pp. 180-83.
M.D. Jones and G. Buckton
The Aerosol Society, 2007

114) Solution calorimetry: A valuable technique to investigate properties of co-crystals.
M. Majumder, C. Rawlinson, A.C.Williams and G.Buckton.  BACG meeting, London July 2011.

115) Producing homogeneous co-crystals in solid state: Can solution calorimetry provide kinetic information?

30

M.Majumder, C.F.Rawlinson, A.C Williams and G.Buckton UKPharmSci, August 2011.

116) Surface properties and aerosolization behavior of anhydrous and cocrystal forms of theophylline.
A.Alhalaweh, G.Buckton and S.P.Velaga.  AAPS Annual Meeting, Washington DC, October 2011.

117) Mannitol as a co-milling agent for the preparation of theophylline inhalable particles.
M Malamatari, S Somavarapu, M Bloxhamn G. Buckton. Pharmaceutical Technology conference, Croatia. 2015.

118) Understanding nanoscale order in amorphous pharmaceuticals.
K.B.Borisenko, W., Li, G.Buckton, A,Stewart, A.I.Kirkland. ECM29 Croatia, 2015.

119) Conversion of nanosuspensions of dry powders by spray drying: a platform for the preparation of inhalation particles.
M.Malamatari, M.Bloxham, S.Somavarapu and G.Buckton, J Aerosol Med and Pulmonary Del. 28, A11, (2015).

## 10) Patents

Al-Hadithi, Buckton, Brocchini:  Derivatised Particulate Inhalation Carriers:  WO 03/094884

Al-Hadithi, Buckton, Brocchini: Particulate Inhalation Carriers: WO 02/45682

Fletcher, Buckton and Brocchini, Solid dispersions for oral drug release (filed January 2005)

(all lapsed)

Patent applied for by Astra Zeneca.  I was involved in the research work contained in this patent, but not involved in writing the patent.  Columbano, Buckton, Wickeley. Glycosides to stabilize inhalations granted patent

Patents granted from work at Pharmaterials Ltd for IntraCellular Therapeutics (which I mention as I have been named as an inventor). I was involved in the contract work for the company, but was not involved in the subsequent use of the data nor writing the patents – US 61/838,105 :"Free base crystals" (2013) and WO 2014/205354, USP 9,469,647 "Salt crystals". European Patent application 20165092.6 "Process for Preparing salts of a known PDE1 Inhibitor"

## 11) Research Supervision

PhD Research students supervised

T.C.Blair.  Some factors influencing the survival of microbial contaminants in solid oral dosage forms.   SERC award: 1986-1989.

N.Mitchard. The interactions of proteins and synthetic polymers with model hydrophobic drug carrier systems.  Funded by ADDR Ciba-Geigy: 1987-1990.

S.C.Forster. Changes in physical properties of an homologous series of solids. Funded by Glaxo Group Research: 1987- writing up.

S.Russell.  Title withheld.  Funded by The Wellcome Foundation: 1988-1991.

31

G.Parsons. The use of surface energies to model the stability of non-aqueous suspensions. SERC / CASE (Lilly Research Centre Ltd.): 1988-1991.

A.MacKellar. Controlled crystallisation. SERC / CASE (Beecham Pharmaceuticals): 1988-1991.

J.H.King. The effects of processing on the structure of ointments and creams. Funded by The Wellcome Foundation: 1988-1991 (did not submit).

P.L.Sheridan. The use of computer modelling to predict the surface energies, and behaviour of powders. SERC / CASE (MSD): 1990-1993.

J.F.A.Pinto. Development of novel controlled release products from pellets. Personal funding: 1990-1993.

S.Mall. Surfactant interactions in solid dosage forms. SERC / CASE (MSD) 1992-1995

D.Carthew. Stabilisation of microfine suspensions. Wellcome Foundation Ltd., 1992- 1995.

H.Ahmed. The influence of processing on material properties. SERC/CASE (MSD), 1993-1996.

P.Darcy. Studies on the amorphous form of lactose. 1994-1998 (part time)

P.Patel. Crystal structure determination and physico-chemical characterisation of salt forms of drugs. SERC/CASE (SB) 1994-1997.

J.Dove. Molecular modelling, crystal structure determination and physico-chemical characterisation of a range of related drugs. Roche Products. 1994-1997.

M.Ah-Fat. Modelling of powder mixing (1995-1998)

R.Patel. Drug - surfactant interactions (1995-1998)

O.Chidavaenzi. Understanding spray granulation (1995-1998)

S.Ali, Suspension stabilisation, Glaxo-Wellcome (1996-1999)

A.Shah, The influence of processing on powder crystallinity, MSD CASE (1997-2000)

A.Colombano, Physico-chemical characterisation of novel surfactants, Astra, (1998-2001)

S.Hogan, Stabilising protein formulation, RPSGB, (1998-2001)

L.Barriocanal, Surfactant-macromolecule interactions, School Millennium Studentship, (1999-2002).

M.Daifi, Spray drying processing, SB CASE award, (1998-2001)

C.Galligan, The influence of surface energy on mixing. Pfizer, (1998-2001)

32

J.Guaquiere, Novel particles for inhaled delivery of proteins, (1998-2001)

R. M. Samra, Characterisation of Terfenedine and a model of hydrophobic amorphous Form of a drug and preparation and characterization of some of its derivatives, (part-time 1998-2003)

R.Viboonkiat, Stabilising amorphous solid dosage forms (1999-2002)

D. Al-Hadithi, Development of novel inhaled particles, Novartis (1999-2002)

A.  Moran, Solid state stability of macromolecular drugs, BBSRC, (2000-2003)

E. Beusang, Modification of the surfaces of microparticles for inhalation drug delivery, AsraZeneca (2001-2004)

L.  Schueller, Dry powder inhalation: investigation of physical and chemical modifications of carrier on drug deposition, Novartis, (2001-2004)

E. Mwesisgwa, The Hygroscopicity of Moisture-Barrier Film Coatings, Commonwealth Scholarship (2001-2004)

K. Vora, Use of Dynamic Vapour Sorption Technique to Probe Surface Energies and Wettability of Powders, EPSRC CASE/GSK ((2001-2004)

J. Stapely, The application of inverse gas chromatography (part–time 2003 – 2007) GSK funded.

J. Fletcher,  Studies of dispersion of drugs in polymers (EPSRC 2001-2004)

A.  Khalid,  Studies of spray dried particles for stabilising proteins (EPSRC 2002-2005)

A.Ambarkhane, Investigating into predicting the long term physical stability of amorphous compounds, GSK/SOP (2002-2005)

M. Pollitt, (with Dr Brocchini and Prof Alpar)  Nasal delivery of proteins SOP, (2003-2006)

R. Ramos, The effect of milling process on crystalline drugs  ,  Schering Plough, (2003-2006)

C.V. Scaria, (with Dr Gaisford), Use of isothermal microcalorimetry for stability studies. SOP, (2003-2006)

V. Gohil, Micronised/Milled Materials and Wet Granulation, AstraZeneca, (2003-2006)

Z. Ding, Titration calorimetry to study surfactant interactions with drugs  (2003-2006)

L. He, Drug loading and release from hydrogels (2003-2006)

A.  Matos De Oliveira, Spray dried powders for dry powder inhalers, Pfizer (2004-2007)

H Al-Obaidi, Griseofulvin in Solid Dispersions, (2004-2007)

Peng Ke, self funding (2005-2008) Stability of amorphous dispersions.

33

K. Barck, Astra Zenecca, studies on pMDI inhalation systems (2005-2008)

WangJing Li  self funded (2010-2013).  Stability of amorphous dispersions.

M Malamataris (2013-2016) EPSRC DTC grant.   Engineering particles from nanoparticle association.

Z Marchant (2014-2017) SoP Funded.  Nanoparticle delivery.


Visiting scientists

The following have worked in my laboratories:-

Dr L Zajic, University of Belgrade, Yugoslavia.; Dr M Efentakis, University of Athens, Greece; Dr L Oner, University of Hacettepe, Turkey; Dr M Angberg, University of Uppsala, Sweden; Mr C Tapia, University of Santiago, Chile; Dr S Tamburic, University of Belgrade, Yugoslavia; Dr E Papadimitriou, University of Athens, Greece; Ms T Gregori, University of Pavia, Italy; L Rousseau, University of Grenoble, France; V Ludet, University of Grenoble, France; Dr M Montagno Cappuccinello, Pharmacia Farmitalia, Italy; Dr M Rillosi, University of Pavia, Italy; Professor Ch'ng Hung Seng, Penang, Malaysia; Dr E O Machiste, University of Pavia, Italy; Dr E Yonemochi, Chiba University, Japan; Dr O Planinsek, University of Ljubljana, Slovenia; Dr M Ohta, Meiji Seika Kaisha Ltd, Japan; Dr M Ono, Daiichi Pharmaceutical Co. Ltd., Japan; Dr M Makoto Seiki Pharmaceuticals Japan,  Dr Susumu Hasegawa, Sankyo Co. Ltd., Japan.

## 12) Invited and external lectures SINCE 2001

1)  Plenary lecture at Krka award ceremony, Slovenia, January 2001

2) Research seminar Vectura Ltd, March 2001

3) Lecture at Swedish APS 4th International Symposium on Solid Dosage
 Forms, May 2001

4) Plenary lecture EUFEPS meeting on solid dosage forms, May 2001

5) Presentation at 29th Interpharm Research Conference, May 2001

6) RPSGB meeting - Physical stability testing lecture, May 2001

7) Seminar Petra University Jordan, May 2001

8) Management Forum speaker - Dry powder inhalers, powder properties,
 June 2001

9) Plenary lecture 1st World Conference on Inverse Phase Gas
   Chromatography, September 2001

10) Plenary speaker EUFEPS 10th Anniversary conference, September, 2001

11) Invited lecture at Technology Showcase, BPC, September 2001

12) Invited speaker, Drug delivery symposium, Edinburgh (Quintiles),

September 2001

13) Management Forum - Physical form of excipients with regard
registration, September 2001

14) Invited presentation at AAPS - Denver USA, October 2001

15) Invited seminar Bristol MS - New Jersey USA, October 2001

16) Six lectures to RPSGB Tabletting Course, November2001

17) RPSGB stability testing, April 2002

18) Seminar Strathclyde University, May 2002

19) Seminar Mahidol University, Bangkok, August 2002

20) Management Forum – Excipients -regulatory issues, September 2002
21) BPC – Presentation on Inverse Phase Gas Chromatography, September 2002.

22) Presentation at AAPS "Excipioeconomics" October 2002.

23) Schering Plough – New Jersey, Seminar – October 2002

24) RPSGB meeting on Tabletting Technology.  Series of lectures.  Cambridge,  November
2002.

25) IPEC Europe Seminar –  Plenary lecture Analytical Characterisation of
Excipients, January 2003.

26) APS – Inhaled Delivery Symposium, session chair and discussion group leader.

27)  Materials Department, QMW University of London, seminar -  Physical
properties of materials of importance for drug delivery, February 2003.

28) RPSGB - Stability Testing, Cambridge, April 2003.

29) Invited presentation to the London, Oxford and Cambridge joint show case of leading
new biotech companies, for Pharmaterials Ltd.

30) Swedish APS – Presentation on Characterisation and quantification of amorphous
content in excipients, September, 2003.

31) BPC – Science Conference Chairman, September 2003.

32) Management Forum Excipients Conference – Presentation on Physical Testing of
Excipients to Ensure Functionality, London, September 2003.

33) Kings College London – Seminar on Physicochemical Characterisation of Importance for
Drug Delivery. October 2003.

34) British Crystallographic Association Industial Group, Invited lecture on Amorphous
Materials, November 2003.

35) RPSGB – Course Director for meeting on Tabletting Technology. Cambridge, November 2003.

36) Management Forum –  Speaker on Physical impurities and their effect – London, February 2004.

37) RPSGB – Stability Testing, Cambridge, February 2004.

38) International Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology – Co-Chair and speaker Pharmaceutical materials to underpin Drug Delivery, Nuremberg, March 2004.

39) Interpharm Research Conference – IGC to determine the surface Tg of particles. Chester.  May 2004

40) Seminar at Bespak on Pharmaceutical Materials Science. July 2004

41) In-house training course on physical form – Sanofi-Aventis, September 2004

42) Hyper DSC and Inverse Gas Chromatography – British Pharmaceutical Conference Manchester, September 2004

43) Thermal methods to characterise the solid state – EDQM Quality on the Move: Dynamics of the European Pharmacopoeia.  Budapest, October 2004.

44) Workshop on the amorphous state (IQWPC) – Frankfurt, October 2004

45) Symposium to mark the retirement of Henning Kristenson, Copenhagen, October 2004.

46) Web cast organised by Perkin Elmer-  Applications of Hyper DSC November 2004

47) Seminar – Materials Properties to underpin Drug Delivery, Astra Zeneca, Wilmington USA November 2004.

48) RPSGB Tabletting Technology, series of lectures, November 2004

49) Training conference on Poorly Soluble Drugs – series of lectures, London November 2004

50) Physical characterisation of materials and the significance for drug delivery - Plenary lecture to Korean Pharmaceutical Conference November 2004

51) Pharmaceutical materials science. Chuncheon University, Korea November 2004

52) Physical form and its significance for drug delivery.  Active Biotech, Lund Sweden, December 2004

53) Surface properties of powders, determination and application (2 lectures) AAPS Arden House, Harriman NY, January 2005.

54) Amorphous materials – where are we now and where will we go?  APSGB Amorphous Materials, London February 2005.

55) Physical impurities.  Management Forum, Barcelona, March 2005

36

56) Hyper DSC, Seminar to global Pfizer sites through video conference, March 2005

57) Solid dispersions and the amorphous state.  Arden House Conference, London, March 2005

57) Inverse gas chromatography.  Arden House Conference, London March 2005

58) Inverse gas chromatography. Novartis Pharma, Basle, April 2005

59) Respiratory Drug Delivery Europe, Amorphous content control – Feasible test methods and specifications for inhaled drug products. Paris, May 2005 (Plenary)

60) Amorphous content control – a review of test methods GSK Ware in house seminar. July 2005.

61) Pharmaterials four years on.  BPC Technology Showcase, Manchester, September 2005.

62) Physical characterization for product development.  Dr Reddy's, Hyderabad, India, August 2005.

63) Amorphous Materials – detection, quantification removal and stabilization.  IRR Optimising Polymorph Selectionand Crystallisation Processes.  London 22-25th November (also meeting Chairman for the entire event). London, 22-25 November 2005

64) RPSGB Tabletting Technology – series of lectures.  November 2005

65) Importance of Physical Form for Product Development and Life Cycle Management – Japan, December 2005

66) London Technology Network – London, January 2006

67) Stability Testing – Characterising Materials With Respect to Physical Stability – Cambridge, February 2006.

68) Management Forum – The Impact of Small Physico-Chemical 'Impurities' on Product Performance – Barcelona, March 2006.

69) Pharma IQ Polymorphism & Crystallisation 2006 – Amorphous Behaviour Workshop, London, March 2006.

70) TAC – Thermal Methods for Process Induced Disorder - London, April 2006.

71) IWPPCAS-1 – Presented talk and chaired session – Stamford, May 2006.

72) Amorphous Meeting –  Ran and delivered programme for 2 day training course, London, 7 June 2006

73) European Continuing Education College – Formulation and Development for Poorly Water Soluble Drugs – London, June 2006.

73) Impurities Meeting IPC – Effectively Overcoming the Consequences of Polymorphism in the Production of Your APIs – London, June 2006.

74) Webcast on the use of Hyper DSC 12 October

37

75) Poorly Soluble Drugs – Ran and delivered a two day course.  London 18/19 October 2006

76) AAPS Short Course.  "Compatability starts at the interface" at AAPS Annual Conference Venue 29 October 2006

77) Amorphous materials course.  Ran and delivered a 2 day course.  Copenhagen 16 / 17 November 2006.

78) RPSGB Tabletting Technology.  Delivered a series of lectures.  27 November 2006

79) JPAG "Functionality testing of excipients and APIs" London 7 December 2006

80) 7th Int. Symp. On Drug Delivery.  CRS Inidian Chapter, Mumbai, 13 February 2007. Plenary lecture.

81) Poorly soluble drugs course, European Continuing Education College, London 19 March 2007 (3 hour lectures)

82) JPAG meeting "Characterisation of Amorphous Materials"  London, 22 March 2007

83) APS Inhalation "Problem solving and decision making in inhaled drug delivery"  27th March 2007 Bath.

84) Astra Zeneca symposium on poorly soluble drug substances.  Loughborough 29 March 2007.  "Advances in amorphous formulations".

85) Management Forum "The impact of small physico-chemical impurities on product performance".  Nice, 27 April 2007.

86) NATAS , Michigan, 26/27 August 2007

Presented 2 short courses, one plenary lecture and co-hosted session on Pharmacy:

"Isothermal, solution and titration calorimetry
to study pharmaceutical systems" Short course

"Hyper DSC and its potential" Short course

"Characterising the amorphous state" Plenary Lecture

87) Management Forum "The impact of small physico-chemical impurities on product performance".  Nice, 5 October 2007

88) Pharmaceutical Training Services – Amorphous Conference.  London,11/12 October 2007

89) Society for Pharmaceutical Medicine "Changes in drug delivery over 20 years".  London, 25 October 2007

90) RPSGB, Tabletting Technology – presented the following courses:

 "A review of the reasons for granulation and tabletting, the classes of excipients and principles of operation of tabletting machines"

"Material Properties of Importance for Tabletting (I) and (II)"

"A Brief Introduction to Modified Release"

Cambridge, 19 November 2007

91)  Seminar at Boehringer Ingleheim, January 2008

92)  3rd SAB Meeting, Mumbai, 22-25 Feb 2008, 'Physical Form and its Significance for Drug Delivery',

93)  FMC Florida, 27-29 Feb

94)  APS Amorphous Conference, Bath, 18/19 March 2008, 'The Future of Amorphous Materials'

95)  Impurities Conference, - 'The Impact of Small Physico-Chemical "Impurities" on Product Performance', Nice, 10/11 April 2008

96)  Colourcon,'Poorly Soluble Drug Formulation', 30 April 2008

97)  AAIPS, Washington, 8 May 2008

98) Interpharm,  'New Trends in the Pharmaceutical & Regulatory Sciences' , 3-6 May 2008

99)  Cambridge Seminar, 3 June 2008

100) Pharma Event – ASSA International Workshop - 'Particle Characterisation' – July 2008

101) Informa Life Sciences meeting - Crystal Form Selection and Crystallisation of API - 'Choosing an amorphous phase over a crystalline phase',  Brussels, 14 October 2008

102) Colorcon Formulation School, Germany, 6 November 2008

103)  ECEC Course – Formulation and Development of Poorly Water-Soluble Drugs - 'Solid dose strategies for poorly water soluble drugs', London, 11 November 2008

104) Colorcon Formulation School, Budapest, 12 November 2008

105) RPSGB, Tabletting Technology –   series of lectures.  24 November 2008

106) Drug Delivery to the Lungs – 'Academic/Industry/Spin out Interactions – Drivers for Inhalation Innovation', Edinburgh, 11 December 2008

107) 4TH Scientific Advisory Board Meeting – seminar given on 'Amorphous Pharmaceuticals', Mumbai, 23 February 2009.

108) Controlled Release Society (CRS) Indian Chapter – lecture given on 'Amorphous Pharmaceuticals', Mumbai, 25 February 2009.

109) Interpharm (Chairman of meeting) The challenges facing pharmaceutical science in the UK.  Careys Manor 13-15 May 2009.

110) Management Forum Impurties meeting, Series of lectures, Nice, 25-26 June 2009.

39

111) Workshop on Inhalation, Informa Life Sciences, London 21 Sept 2009.

112) Compiling a physic-chemical profile (for inhalation products) Informa, London, 22 Sept 2009.

113) Short course in poorly soluble drug formulation, Teva, Israel, 25-26 November 2009.

114) Solid dispersions: Ideal if the formulation and process are right.  APS Amorphous 2010. Nottingham 14th April 2010.

115)  Interpharm 2010 (Chairman of Meeting), talk "Ordered Chaos".  Careys Manor, Hampshire, May 2010.

116) Characterisation of amorphous dispersions.  Informa Meeting Slovenia, 18th May 2010.

117) Finding the optimum polymorph strategy.  Bio2Business, Copenhagen, 17th June 2010.

118) Amorphous pharmaceuticals.  Visiongain.  London.  24th January 2011.

119) Series of 3 lectures on physical form, testing methodology and excipient compatibility. Impurities.  Management Forum, London 10th June 2011.

120) Early formulations: selecting a strategy to achieve fast to man.  Bio2Business London, 20th Sept 2011.

121) A strategy for formulation of poorly soluble APIs.  AAPS Annual Meeting., Washington DC. 25th Oct 2011.

122) RPSGB Tableting Technology – series of 5 lectures, November 2011 London

123) RPSGB Tableting Technology – series of 5 lectures, November 2012 London

124) Poorly soluble drug delivery – Society for Medicines Research, London, October 2012.

125) Thermal studies of physical form – Thermal Methods Conference, Hertfordshire, November 2012.

126) Update on physical form.  Allergan, California, June 21013.

127) RPSGB Tableting Technology – series of 5 lectures, November 2013 London

128) Interpharm conference – Overview presentation – May 2014, Midlands, UK

129) Update on poorly soluble drug delivery.  Allergan, California, June 2014

130) RPSGB Tableting Technology – series of 5 lectures, November 2014 London

131) RPSGB Tableting Technology – series of 5 lectures, November 2015 London

132) RPSGB Tableting Technology – series of 5 lectures, November 2016, London

133) RPSGB Tableting Technology – series of 5 lectures, November 2017, London

**13) Expert witness**

I list below the cases which have progressed to trial or public hearing in which I have assisted as an expert witness. I have underlined the company for which I was retained.

1) Deposition USA – GSK v Teva. Rosiglitazone maleate salt form. [2007]

2) Dublin, court testimony. GSK v Norton Healthcare (Teva). Seretide inhalation formulation patent. [2009] IEHC 277 – Dublin.

3) UK  court testimony.  Schering Plough v Norbrook. Sustained release veterinary product [2005] EWHC 2532 (Ch) – London

4) Deposition USA – December 2009.  Duramed v Paddock.  Sustained release tablet formulation.

5) Sweden 2010 – written declaration.  Cepahalon v Orifarm.  Modafinil formulation (particle size).Odense, Denmark, December 2010. Infringement hearing.  Cephalon v Orifarm. Modafinil formulation patent.  UK report – preliminary injunction. 2011. Cephalon v Orifarm / Orchid / Mylan (Generics UK).  Modafinil formulation patent.  Danish Appeal Court testimony - September 2011,  Cephalon v Orifarm.  Modafinil formulation patent.

UK court testimony – May 2011. Cephalon v Mylan(Generics UK) / Orchid. Modafinil formulation patent.

6) UK court testimony – February 2011.  Schering (Bayer) v Gedeon Richter.  Oral contraceptive (drospirenone and ethinyl estradiol) tablet formulation.

7) US court testimony – June 2011 Valeant v Watson.  Bupropian HBr salt patent (deposition in December 2010)

8 ) Deposition USA – October 2011, Warner Chilcott v Mylan.  Doryx formulation. Court testimony February 2012, Warner Chilcott v Mylan.  Doryx formulation (stabilizing coat patent).  Newark, New Jersey.

9) Deposition May 2013, Par v Novartis, Rivastigmine transdermal patch.  New York. And also Deposition in same case in August 2013 and April 2014.  Trial testimony in the same case May 2014 in Wilmington Dellaware.

10) Deposition Oct 2013, Mylan (Lupin) v Janssen, Darunavir tablets. Chicago. USA.

11) Deposition August 2014, Watson (Actavis) v Sepracor (Sunovion), Levalbuterol tartrate MDI. Washington DC.  Trial in same case November 2014 Willmington Dellaware.

12) UK Court testimony.  Teva v Boehringer Ingelheim.  Tiotropium bromide inhalation capsules.  July 2015.  Norway court testimony on the same case March 2016.  February 2017 testimony in Dublin for Irish version of the same case. Testimony in Oslo appeal court November 2017. Stockholm court testimony March 2018. Testimony in Lisbon, Portugal, November 2021.

13) Deposition July 2015.  Apotex  (consolidated with Sandoz, Alembic, Zydus, Intas and Hetero) v Otsuka Aripiprazole low hygroscopicity forms.  Follow up deposition Washington DC, Sept 2015, same case.  Testimony at the Markman hearing in Camden New Jersey, October 2015. Further deposition September 2016.

14) Deposition July 2015 Rufinamide polymorphs.  Roxane, Mylan, Lupin v Novartis. Deposition.

15) Deposition October 2015 Perrigo v AstraZeneca, Esomeprazole trihydrate claim construction.

16) Trial testimony, February 2016, Bayer v Cobalt.  Drospirenone / ethinyl estradiol tablet. Toronto, Canada.

17) UK Court testimony, June 2016, Actavis / Teva / Mylan / Actelion v ICOS / Lilly. Tadalafil particle size formulation patent.   Same case in Norway and Dublin.

18) Deposition July 2016, Mylan v Noven, Methylphenadate transdermal patch claim construction.

19) Deposition July 2017, Mylan / Par v Indivior / Monosol.  Buprenorphine oral film.  IPR action. San Diego, California.  Depositions August 2017 on non-infringement and invalidity for court case, Washington DC.

20) Deposition January 2018, Bionpharma v Silvergate.  Enalapril powder.  San Diego, California.

21) Deposition June 2018, Apotex v Lilly. Pemetrexed formulation claim construction. Chicago.  Deposition June 2019 in the same case.

22) Deposition October 2018, Aurobindo, DRL, Lupin, Sun, Accord, Amneal, Invagen, Torrent, Zydus  v Sumitomo.  Invalidity of tablet formulation of lurasidone with pregelatinized starch.

23) UK Trial November 2018, GSK v Vectura.  Dry powder inhaler with a ternary blend.

24) Deposition June 2019, Aurobindo, Sigmapharm, Unichem and Zydus v BMS/Pfizer. Invalidity of claim to an apixaban salt.  Trial in same case Wilmington De, October 2019

25) Deposition November 2020, Amneal v Silvergate.  Validity/Infringement of enalapril maleate oral solution.  (Virtual) Trial in same case, Wilmington De, February 2021.

26) Deposition March 2021, Apotex and Accord v Astellas.  Non-infringement/validity regadenoson monohydrate form.

27) UK Trial May 2021, Teva v Bayer.  Sorafenib tosylate salt form.  Nov 5th 2021 attended (virtual) NL trial in the same case.  16th February 2022 testified (virtual) in Portuguese PI trial, and actual trial in March 2023.  Trial Barcelona July 2023.

28) Deposition July 2021, Sandoz, Apotex, Sun, Mylan, Aurobindo, DRL, Ajanta v Merck. Sitagliptin dihydrogenphosphate monohydrate form.  Trial, Virginia, Mylan v Merck December 2021.

29) Deposition August 2021, Alvogen v Indivior.  Non-infringement of oral film patent of buprenorphine/naloxone.

30) Deposition March 2022, Lupin v Takeda.  Non-infringement / invalidity Azilsartan Kamedoxomil.

31) Deposition September 2022, Glenmark v Pfizer.  Non-infringement axitinib tablets.

32) Deposition January 2023, Lupin v Astellas,  Non-infringement of mirabegron tablets. Trial February 2023 Wilmington DE. Deposition same case August 2025.

33) Deposition on claim construction January 2023. Bausch/Salix v Mylan Plecanatide tablets.

34) Deposition on PTAB case.  September 2023.  Pharmion v Apotex. Azacitdine non-enteric coated tablets.

35) Deposition October 2023, Galderma v Lupin.  Non-infringement of Doxycycline IR/DR capsules.  Trial of same case January 2024, Wilmington DE (held in Philadelphia).

36) Deposition December 2023, Exeltis v Lupin.  Invalidity and non-infringement, Slynd Progesterone only pill.   Trial in same case, Wilmington Dellaware, February 2024.

37) Deposition December 2023.  Gilead/Janssen v Lupin.  Invalidity, Cobicistat on silica. Deposition regarding a 4 drug fixed dose tablet (Darunavir, Tenofovir alafenamide hemifumarate, emtricitabine and cobicistat. Washington DC January 2024.